IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, et al.,<br><br>    Defendants. | No. CV-21-00167-PHX-ROS<br><br>**ORDER** |

    The Court has received Plaintiffs' Motion to Extend Dispositive Motion Deadline (Expedited Request). (Doc. 298). Plaintiffs' counsel has suffered a family loss and seeks a 21-day extension to the dispositive motion deadline. Plaintiffs' counsel did not solicit Defendants' position on this request. While the Court will very likely grant this extension given these circumstances, Plaintiffs must comply with the Local Rules and confer with Defendants on this issue before moving the Court. *See* L. R. Civ. P. 7.3. Accordingly, the Court will deny the motion without prejudice to allow for the parties to confer.

    Good cause appearing,

    **IT IS ORDERED** Plaintiffs' Motion to Extend Dispositive Motion Deadline (Expedited Request) (Doc. 298) is **DENIED WITHOUT PREJUDICE**.

    Dated this 8th day of August, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge