Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>    Defendants. | Case No.: 21-cv-00167-ROS<br><br>**UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**EXPEDITED REQUEST**<br><br>(Hon. Rosyln O. Silver) |

Plaintiffs, by and through undersigned counsel, submit this Unopposed Motion to Extend Dispositive Motion Deadline and respectfully request an extension of twenty-one (21) days for filing dispositive motions in this matter. Undersigned counsel, Thomas A. Connelly, is the lead attorney on this matter. Mr. Connelly's mother passed away unexpectedly on Saturday, August 5, 2023. As a result, counsel traveled to Illinois and is occupied with addressing issues arising from his mother's death and needs some time to

address family and estate issues and then be able to focus as needed on dispositive briefing issues.

The deadline is currently Thursday, August 31, 2023. Counsel requests an additional twenty-one days, until Thursday, September 21, 2023. Counsel had made considerable progress on the issues Plaintiffs intend to move on but, due to the reasons set forth above, respectfully requests the additional time to complete the briefing.

Defendants' counsel have been consulted about this request and have no objection to the granting of the relief requested.

**RESPECTFULLY SUBMITTED** this 8th day of August 2023.

**MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
   DeeAn Gillespie Strub
   7319 North 16th Street
   Phoenix, AZ 85020

   *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

   */s/ Thomas A. Connelly*

2