UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*, <br> Plaintiffs, <br> v. <br> Arizona Dept. of Child Safety, *et al.*, <br> Defendants. | Case No.: 21-cv-00167-ROS <br><br> **ORDER** <br><br> (Hon. Rosyln O. Silver) |

     This matter coming before the Court on Plaintiffs' Unopposed Motion to Extend the Dispositive Motion Deadline, and good cause appearing therefore,

     IT IS HEREBY ORDERED extending the dispositive motion deadline up to and including September 21, 2023.