# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Unopposed Motion to Extend Dispositive Motion Deadline (Doc. 300), Expedited Request. As opposing counsel agrees, and good cause appearing,

**IT IS ORDERED** the Unopposed Motion to Extend Dispositive Motion Deadline (Doc. 300) is **GRANTED**.

**IT IS FURTHER ORDERED** the dispositive motion deadline in this matter is now **September 21, 2023**.

Dated this 9th day of August, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge