Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**JOINT STATUS REPORT ON PROGRESS OF PROBATE COURT APPROVAL OF SETTLEMENT**<br><br>(Hon. Rosyln O. Silver) |

　　　　Plaintiffs and State Defendants, by and through their respective undersigned counsel, pursuant to this Court's Order dated 20 July 2023 (Doc. 293), submit this *Joint Status Report* indicating the progress of the Probate Court approval process pertinent to the settlement between these reporting parties.

　　　　Plaintiffs' counsel has prepared the petition and other materials necessary for the Probate Court and are awaiting Plaintiffs' final approval before the petition can be filed. It is anticipated that final approval will be received early next week and that the petition will be filed promptly thereafter.

**RESPECTFULLY SUBMITTED** this 31st day of August 2023.

        **MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
     Thomas A. Connelly
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
     DeeAn Gillespie Strub
     7319 North 16th Street
     Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**JONES SKELTON & HOCHULI**

By   */s/ Ravi Patel*
     Georgia Staton
     Ravi Patel
     40 N. Central Ave., Ste. 2700
     Phoenix, Arizona 85004

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/   Thomas A. Connelly*

2