Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>          Defendants. | Case No.: 21-cv-00167-ROS<br><br>STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS AND CERTAIN CLAIMS ONLY<br><br>(Hon. Rosyln O. Silver) |

The Parties, by and through their counsel undersigned, and pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., hereby stipulate to the voluntary dismissal with prejudice of all claims against Defendants Zachary Dion and Jane Doe Dion, Carey Lewis and John Doe Lewis, and Claim Six only against Defendant William S. Wood and Jane Doe Wood. To the extent any claims are asserted against an Unidentified PCH Social Worker, those claims are also voluntarily dismissed. The parties shall incur their own attorneys' fees and costs incurred regarding these claims against these Defendants.

///

**RESPECTFULLY SUBMITTED** this 20th day of September 2023.

          **MILLS + WOODS LAW PLLC**

          By   /s/ *Thomas A. Connelly*
               Thomas A. Connelly
               Robert T. Mills
               Sean A. Woods
               5055 North 12th Street, Suite 101
               Phoenix, AZ 85014

          **GILLESPIE, SHIELDS & TAYLOR**
               DeeAn Gillespie Strub
               7319 North 16th Street
               Phoenix, AZ 85020

          *Attorneys for Plaintiffs*


          **GUST ROSENFELD P.L.C.**

          By   /s/ *Robert C. Stultz*
               Kari Zangerle
               Robert C. Stultz
               1 East Washington Street, Ste. 1600
               Phoenix, AZ 85004

          *Attorneys for PCH Defendants*


          **GORDON & REES SCULLY MANSUKHANI**

          By   /s/ *Rachel L. Werner*
               Cynthia Patane
               Rachel L. Werner
               2 North Central Avenue, Ste. 2200
               Phoenix, AZ 85004

          *Attorneys for Defendant Cassidy*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/   *Heather Stamps*

3