MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>         Defendants. | Case No.: 21-cv-00167-ROS<br><br>**ORDER**<br><br>(Hon. Rosyln O. Silver) |

This matter coming before the Court on the parties' *Stipulation of Voluntary Dismissal of Certain Defendants and Certain Claims Only*, and good cause appearing therefore,

IT IS HEREBY ORDERED granting the stipulation and dismissing with prejudice all claims against Defendants Zachary Dion and Jane Doe Dion, Carey Lewis and John Doe Lewis, the Unidentified PCH Social Worker, and Claim Six only against Defendant William S. Wood and Jane Doe Wood, the parties to incur their own attorneys' fees and costs.