Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Dept. of Child Safety, *et al.*, <br><br> Defendants. | Case No.: 21-cv-00167-ROS <br><br> **MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **EXPEDITED REQUEST** <br><br> (Hon. Rosyln O. Silver) |

Plaintiffs, by and through undersigned counsel, submit this Motion to Extend Dispositive Motion Deadline and respectfully request an extension of eight (8) days for filing dispositive motions in this matter.

2023 has been a challenging year for Plaintiffs' lead counsel, having since July lost first his *de facto* mother-in-law in mid-July and then his mother in early August. Earlier this month, his brother-in-law went into hospice with a prognosis of less than six months. Counsel traveled to St. Johns, Arizona, approximately 225 miles (nearly 5 hours' drive one

way) from Phoenix, for a long weekend, Thursday through Monday, 14 – 18 September 2023, to assist and comfort his sister. Back in Illinois, there have been unexpected claims made to counsel's mother's estate that have consumed more time than previously anticipated, and totally unforeseen custody matters involving counsel's great-niece to which he has devoted time to consulting with his youngest sister and local counsel to resolve. Given the foregoing, it was apparently overly optimistic that the 21-day extension sought on 7 August 2023 (Doc. 298) would provide sufficient time to deal with family and estate matters following his mother's death, which became exacerbated by his brother-in-law's recent health deterioration. Perhaps Plaintiffs should have requested at least a 30-day extension at that time, but, as they say, hindsight is 20 / 20.

Equally problematic for Plaintiffs in meeting the current deadline of 21 September 2023, an associate attorney who has extensive knowledge of the record in this matter and is indispensable to briefing a dispositive motion had to travel out-of-state due to her son having an emergency surgery. That was just over a week ago. Then, a few days after she returned to Arizona, there was a death of a close relative, also out-of-state, which she is attending to this week, all of which has substantially impaired the gathering and organizing of the necessary factual matter, exhibits, and such, pertinent to Plaintiffs' dispositive motion, as well as the drafting of the motion itself.

Consequently, Plaintiffs respectfully request a second short extension of the dispositive motion deadline from Thursday, September 21, 2023, until preferably Tuesday, October 3, 2023, or alternatively, until Friday, September 29, 2023, and at the least, until Wednesday, September 27. There will not be any prejudice to Defendants by this short extension, and they can still file their dispositive motions on 21 September 2023 if they desire to do so.

Defendants' counsel have been consulted about this request. PCH Defendants object to the request. Defendant Cassidy has not stated a position.

A form of proposed order is submitted herewith for the Court's consideration.

///

2

**RESPECTFULLY SUBMITTED** this 20th day of September 2023.

        **MILLS + WOODS LAW PLLC**

        By   */s/ Thomas A. Connelly*
             Thomas A. Connelly
             Robert T. Mills
             Sean A. Woods
             5055 North 12th Street, Suite 101
             Phoenix, AZ 85014

        **GILLESPIE, SHIELDS & TAYLOR**
        DeeAn Gillespie Strub
        7319 North 16th Street
        Phoenix, AZ 85020

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of September 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

   */s/ Thomas A. Connelly*

3