MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>    Defendants. | Case No.: 21-cv-00167-ROS<br><br>**ORDER**<br><br>(Hon. Rosyln O. Silver) |

This matter coming before the Court on Plaintiffs' Motion to Extend the Dispositive Motion Deadline, and good cause appearing therefore,

IT IS HEREBY ORDERED extending the dispositive motion deadline up to and including _____, 2023.