**GUST ROSENFELD, P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona  85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood*
 *and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and*
*Roald Dietzman; Zachary Dion; and Carey Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al.*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br>**PCH DEFENDANTS' AMENDED OBJECTION TO PLAINTIFF'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |

Defendants Phoenix Children's Hospital, Dr. William S. Wood and spouse Rachel Wood, Dr. Kathryn Coffman, and Haley Dietzman and spouse Roald Dietzman ("PCH Defendants"), submit their amended objection to Plaintiffs' Motion to Extend Dispositive Motion Deadline (Doc 304). Amendments are in **bold** font.  Plaintiffs have requested numerous extensions for discovery and dispositive deadlines throughout

1  litigation over the last year.  The delay has prevented Defendants from seeking dismissal
2  of the claims, and Plaintiffs delayed the voluntary dismissal of certain Defendants until
3  late last night despite the Court ordering they proceed expeditiously in its order of June
4  6, 2023.  (Doc. 287, Doc. 303).  This was despite multiple requests from PCH in order
5  to prevent the need to file additional dispositive motions.  While PCH empathizes with
6  the personal and personnel issues, there have been innumerable issues preventing timely
7  disposition of this case despite there being four different attorneys appearing on behalf
8  of Plaintiffs, several that are unaffected by the issues posed in the present motion.

9  Plaintiffs have requested multiple extensions to discovery which delayed the
10 dispositive motion deadline, which were ruled upon by this Court.  (Doc. 54, Doc. 56,
11 Doc. 94, Doc. 185, Doc. 203, Doc. 287, Doc. 299, and Doc. 301).  Each time counsel
12 presented a new reason why discovery could not occur on time.  Even when extensions
13 were granted, they still failed to proceed with multiple depositions that required months
14 of planning by PCH, most of which were cancelled at the last moment. There are still
15 disputes about Plaintiffs failing to pay expert fees owed for the depositions that
16 occurred.

17 Plaintiffs failed to list standard of care experts against the ~~PHC~~ **PCH** Defendants
18 and did not take the depositions of several of the individually named defendants.  The
19 personal anguish that has been experienced by the individual defendants is significant,
20 not to mention the cost, all without even a sliver of testimony to support a claim their
21 care was below the standard of care.  It is multiplied by an immunity statute that
22 increases the burden on Plaintiffs to provide evidence of bad faith, all of which is not
23 borne out by the evidence.  It is time for the motions to be filed, especially given
24 extensions were granted twice in the last **two months**.  (Doc. 287 and Doc. 299).

25
26 / / / /

1 | DATED this 21st day of September, 2023.

**GUST ROSENFELD, P.L.C.**

By /s/ Kari B. Zangerle
Kari B. Zangerle
Robert C. Stultz
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553
*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Mark Shields, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | Georgia A. Staton, Esq. |
| 2 | Ravi V. Patel, Esq.<br>Jones, Skelton & Hochuli, PLC |
| 3 | 40 North Central Ave., Suite 2700 |
| 4 | Phoenix, AZ  85004<br>*Attorneys for Defendants State of Arizona and ADOCS* |
| 5 | |
| 6 | Cynthia Y. Patane, Esq.<br>Rachel L. Werner, Esq. |
| 7 | Gordon Rees Scully Mansukhani, LLP<br>One Renaissance Square |
| 8 | Two North Central Ave., #2200<br>Phoenix, AZ  85004 |
| 9 | *Attorneys for Defendant Brendan Cassidy* |
| 10 | By */s/* Melody Kern |