# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

A Stipulation of Voluntary Dismissal of Certain Defendants and Certain Claims Only (Doc. 303) having been filed,

**IT IS ORDERED** the Stipulation of Voluntary Dismissal of Certain Defendants and Certain Claims Only (Doc. 303) is **GRANTED**.

**IT IS FURTHER ORDERED** all claims against Defendants Zachary Dion and Jane Doe Dion, Carey Lewis and John Doe Lewis, and the Unidentified PCH Social Worker are **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

…

…

…

…

…

…

**IT IS FURTHER ORDERED** as to Defendant William S. Wood and Jane Doe Wood, Claim Six only is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

Dated this 20th day of September, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge