# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Plaintiffs have filed a Motion to Extend Dispositive Motion Deadline (Doc. 304) with a request for an expedited ruling. Good cause appearing,

**IT IS ORDERED** the Motion to Extend Dispositive Motion Deadline (Doc. 304) is **GRANTED**. Plaintiffs shall have through **September 27, 2023**, to file their Dispositive Motion.

Dated this 21st day of September, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge