# EXHIBIT 2

# In the Matter of:

*Duvall*

*vs*

## *Arizona Department of Child Safety*

---

*Honor Duvall*

*January 14, 2022*

---



# GRIFFIN GROUP
# INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Duvall vs
Arizona Department of Child Safety

Honor Duvall

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>      Plaintiffs,<br>vs.<br><br>Arizona Department of Child Safety, a governmental entity; State of Arizona, a governmental entity; Brenda Gualajara; Fernando Araizo; Alyssa Lucero; Jeffrey Duncan; Chantel Madson; Brendan Cassidy; Phoenix Children's Hospital, Inc., et al.,<br><br>      Defendants. | Case No.<br>21CV00167-PHX-ROS |

VIDEOTAPED DEPOSITION OF HONOR DUVALL

Phoenix, Arizona
January 14, 2022
9:00 a.m.

REPORTED BY:
LINDA BLACKMON, RPR/RMR
Certified Reporter
Certificate No. 50320

PREPARED FOR:

(Copy)



Griffin Group International
888.529.9990 | 602.264.2230

```
 1              MS. ZANGERLE:  -- if I have the speakers
 2   on, so sorry.
 3              MS. PATANE:  No, I just want to make sure
 4   we weren't having a technical issue and that I wasn't --
 5   that I hadn't done something.
 6              MS. ZANGERLE:  Thank you for asking.
 7       Q.     BY MS. PATANE:  Okay.  So you were present for
 8   Dr. Cassidy's exam.  You told us about that earlier in
 9   the deposition, correct?
10       A.     Correct.
11       Q.     Did you tell us everything you can recall about
12   Dr. Cassidy's exam and your interactions with him?
13       A.     I believe so.
14       Q.     Okay.  Before Dr. Cassidy's exam, you were
15   already aware that DCS had been contacted and was
16   getting involved in -- in this case, correct?
17       A.     Correct.
18       Q.     You had, in fact, expressed worry to a social
19   worker at PCH on February 21st about DCS coming and
20   getting involved in the case, true?
21       A.     Probably, yes.
22       Q.     And why were you worried about DCS's
23   involvement?
24       A.     Because DCS involvement is not a good thing and
25   can result in having your child taken away from you.
```

| Duvall vs | Honor Duvall |
|---|---|
| Arizona Department of Child Safety | |

268

1    A.    No.

2    Q.    And your pediatrician has never advised you
3  that Swayde has any problems with his vision or that his
4  eyes aren't aligned and tracking the same?

5    A.    No.  I don't recall any -- any concerns about
6  vision, ever.

7    Q.    Okay.  Was Dr. Cassidy present during any of
8  the interviews that you had with DCS or the Buckeye
9  Police Department?

10   A.    I do not believe so.

11   Q.    Do you think you ever saw him again?  I think
12 you told us you may have seen him after February 22nd
13 during the dependency hearing.  Aside from that, do you
14 think you ever saw him again?

15   A.    No.  I -- I did see him at the dependency
16 hearing, but that was the only other time.

17   Q.    Okay.  Did he ever represent to you that he was
18 from DCS or that he was with the Buckeye Police
19 Department or any other law enforcement agency?

20   A.    Not that I can recall, no.

21   Q.    You -- you understand that he was not a DCS
22 case worker or he was not a police officer, didn't you?

23   A.    Yes.  Correct.

24   Q.    Okay.  There was an exhibit marked in the case
25 yesterday.  It's Exhibit 21.  It looks like this.

