EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. 21-CV-00167-PHX-ROS |
| ) | |
| Arizona Department of Child ) | |
| Safety, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DEPOSITION OF GREGORY McKAY

Phoenix, Arizona
July 31, 2023
10:02 a.m.

Reported by:
Christine Johnson
Registered Professional Reporter
Registered Merit Reporter
Arizona CR No. 50383

CARRIE REPORTING, LLC
Certified Reporters
17505 North 79th Ave.
Suite 301-C
Glendale, Arizona 85308

(480) 429-7573

```
 1   and experience in providing care for those children; true?
 2              MR. CONNELLY:  Form and foundation.
 3              THE WITNESS:  Yes.
 4              MR. STULTZ:  Those are the questions I have for
 5   you.  Thank you.
 6              THE WITNESS:  You're welcome.
 7
 8                          EXAMINATION
 9   BY MS. WERNER:
10        Q.    Hi, Mr. McKay.  My name is Rachel Werner and I
11   represent Brendan Cassidy.  He is the pediatric
12   ophthalmologist who examined Swayde Sankey back in
13   February of '19.
14              I just have a few questions.  I guess the first
15   question would be:  Did you know Dr. Brendan Cassidy in
16   2019?
17        A.    I know of him, but I don't know him.
18        Q.    Have you ever met Dr. Cassidy?
19        A.    I don't know.
20        Q.    Did you ever speak with Dr. Cassidy about Swayde
21   Sankey?
22        A.    No.
23        Q.    And Dr. Cassidy was not an employee of DCS in
24   2019; correct?
25        A.    Correct.
```

1    Q.   DCS did not provide any training to Dr. Cassidy;
2  true?
3    A.   True.
4    Q.   You are aware that Dr. Cassidy did not have a
5  contract with DCS to provide services in 2019; true?
6    A.   True.
7    Q.   You would agree with me that Dr. Cassidy was not
8  expected to comply with DCS policies, procedures, or rules
9  during his evaluation of Swayde Sankey in February 2019;
10 true?
11       MR. CONNELLY:   Form and foundation.
12       THE WITNESS:   True.
13 BY MS. WERNER:
14   Q.   You are aware that Dr. Cassidy was not acting on
15 behalf of DCS when he evaluated Swayde Sankey in
16 February 2019; true?
17       MR. CONNELLY:   Form and foundation.
18       THE WITNESS:   True.
19 BY MS. WERNER:
20   Q.   You are aware that Dr. Cassidy and DCS did not
21 collaborate or consult with each other in any way in the
22 evaluation or the exam findings of Swayde Sankey in
23 February 2019; true?
24   A.   True.
25       MR. CONNELLY:   Form and foundation.

1   BY MS. WERNER:

2       Q.   You understand that Dr. Cassidy was exercising his
3   own independent medical judgment during the evaluation that
4   he performed on Swayde in February 2019; correct?

5       A.   Correct.

6            MR. CONNELLY:  Form and foundation.

7   BY MS. WERNER:

8       Q.   You understand that Dr. Cassidy was not paid by
9   DCS to perform an evaluation of Swayde in February 2019?

10           MR. CONNELLY:  Form and foundation.

11           THE WITNESS:  Not to my knowledge.  I would doubt
12  that.

13  BY MS. WERNER:

14      Q.   You understand that Dr. Cassidy did not prepare
15  any reports for DCS of his evaluation of Swayde in
16  February 2019; true?

17           MR. CONNELLY:  Form, foundation.

18           THE WITNESS:  I don't know.

19  BY MS. WERNER:

20      Q.   You understand that Dr. Cassidy did not
21  participate and was not involved in any decision making by
22  DCS during its investigation into whether Swayde Sankey was
23  abused; true?

24           MR. CONNELLY:  Form and foundation.

25           THE WITNESS:  True.

1   BY MS. WERNER:

2       Q.   You understand that Dr. Cassidy was not involved
3   in the decision made by DCS about parental visitation; true?

4       A.   I'm not directly aware, but likely true.

5       Q.   Are the medical providers, do they have a say
6   about visitation for the child?

7       A.   Never.

8            MR. CONNELLY:  Form and foundation.

9   BY MS. WERNER:

10      Q.   You understand that Dr. Cassidy was not involved
11  in the decision made by DCS to take custody of Swayde Sankey
12  in February 2019; true?

13      A.   True.

14      Q.   You understand that Dr. Cassidy was not involved
15  in the preparation or decision to file the dependency
16  petition filed on March 19th, 2019, by DCS; true?

17      A.   True.

18      Q.   Sounds like there was no relationship between
19  Dr. Cassidy and DCS in 2019.  Fair?

20           MR. CONNELLY:  Form and foundation.

21           THE WITNESS:  Fair.

22  BY MS. WERNER:

23      Q.   Mr. McKay, would you agree that one of the primary
24  objectives in -- of DCS in 2019, was to keep children safe
25  within their own families; correct?