# EXHIBIT 5

Case 2:21-cv-00167-ROS  Document 310-5  Filed 09/21/23  Page 2 of 4
DEPOSITION OF BRENDA MARTINEZ GUALAJARA, VOLUME I, 09/23/2022

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,                    )
                                         )
        Plaintiffs,                      )
                                         )
            vs.                          )  Case No.
                                         )  21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD              )
SAFETY, et al.,                          )
                                         )
                                         )
        Defendants.                      )
                                         )

DEPOSITION OF BRENDA MARTINEZ GUALAJARA

VOLUME I

Phoenix, Arizona
September 23, 2022
9:57 a.m.

Prepared by:                    CARRIE REPORTING, LLC
MICHAELA H. DAVIS               Certified Reporters
Registered Professional Reporter   2415 E. Camelback Road
Certified Realtime Reporter     Suite 700
Certified Realtime Captioner    Phoenix, AZ 85016
Certified LiveNote Reporter     (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

120

1               MS. ZANGERLE:  Foundation, form.

2               MS. STATON:  Object to the form and

3   foundation.

4               MS. WERNER:  Join.

5               THE WITNESS:  It's not the same as what

6   happened to this child.

7   BY MR. CONNELLY:

8       Q.    Well, what happened to this child as far as his

9   eyes is an issue.

10              Did you talk to Dr. Cassidy on the 22nd?

11      A.    I'd have to look at my notes.  I don't know.  I

12  only know that we tried to speak to one on-call

13  doctor that day.

14      Q.    Do you know who it was that you tried to talk

15  to?

16      A.    I'd have to look at the notes.

17      Q.    Which notes?

18      A.    The CSRA, if you have it.

19      Q.    Sure.  Of course.  That is Exhibit 5.

20      A.    So the only doctor was Patrick Hangge.

21      Q.    You said there was a doctor you tried to talk to

22  but you weren't able to --

23      A.    No.

24      Q.    -- do you remember who that was?

25      A.    That was the only doctor we tried speaking to.

1  They couldn't get ahold of him until that time.

2      Q.    Oh, okay.  So when you said you tried to talk to

3  a doctor, you eventually were able to talk to him?

4      A.    Correct.

5      Q.    And it was Dr. Hangge, or "Hangge," however you

6  say it?

7      A.    Yes.

8      Q.    Okay.  We'll come back to that.

9              Are you aware that none of the bruising that

10  was identified at the hospital on the 21st and 22nd turned

11  out not to be bruising?

12     A.    No.

13             MS. ZANGERLE:  Foundation.

14             MS. STATON:  Join.

15             MS. WERNER:  Join.

16             MS. STATON:  Let us get our objections in.

17  BY MR. CONNELLY:

18     Q.    So you're not aware that everything that was

19  suspected to be a bruise was actually part of the

20  Mongolian spots?

21             MS. STATON:  Object to the form, foundation.

22             MS. ZANGERLE:  Join.

23             MS. WERNER:  Join.

24             THE WITNESS:  No.

25             ///