# EXHIBIT 6

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,
    Plaintiffs,
    vs.                                 Case No.
ARIZONA DEPARTMENT OF CHILD            21-CV-00167-PHX-ROS
SAFETY, et al.,
    Defendants.

DEPOSITION OF ALYSSA LUCERO COSTELLO

Phoenix, Arizona
March 15, 2023
9:59 a.m.

Prepared by:
MICHAELA H. DAVIS
Registered Professional Reporter
Certified Realtime Reporter
Certified Realtime Captioner
Certified LiveNote Reporter
AZ CR No. #50574
carrie@carriereporting.com

CARRIE REPORTING, LLC
Certified Reporters
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
(480) 429-7573

(COPY)

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

## Page 2

### INDEX

| WITNESS | PAGE |
|---|---|
| ALYSSA LUCERO COSTELLO | |
| BY MR. CONNELLY | 6 |
| BY MR. STULTZ | 225 |
| BY MR. CONNELLY | 227 |

### EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 96 | Student transcript, Alyssa Lucero; Bates Nos. AZDCS0018931904 | 30 |
| 97 | E-mail with attachments; Bates Nos. AZDCS010231 - 10245 CONFIDENTIAL | 85 |
| 98 | Training material from the Child Welfare Training Institute; Bates Nos. AZDCS007704 - 7755 | 88 |
| 99 | E-mail with attachment; Bates Nos. AZDCS010285 - 10290 CONFIDENTIAL | 94 |
| 100 | Series of e-mails with attachments; Bates Nos. AZDCS010319 - 10325 CONFIDENTIAL | 97 |
| 101 | Case Event Summary; Bates Nos. AZDCS000001 - 3 | 111 |
| 102 | E-mail; Bates No. AZDCS010349 CONFIDENTIAL | 119 |
| 103 | Series of e-mails; Bates Nos. AZDCS010517 - 10518 CONFIDENTIAL | 125 |
| 104 | Child Protection Note; Bates No. PCH 0235 cycn CONFIDENTIAL | 137 |

(Continued.)

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

## Page 3

### EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 105 | E-mail with attachment; Bates Nos. AZDCS011027 - 11034 CONFIDENTIAL | 145 |
| 106 | e-mail with attachments; Bates Nos. AZDCS000656 - 675 | 158 |
| 107 | Progress note; Bates Nos. PCH 0369 cycn - 0372 cycn CONFIDENTIAL | 185 |
| 108 | E-mail; Bates No. AZDCS000651 | 191 |
| 109 | Report to the Juvenile Court for Preliminary Protective Hearing and/or Initial Dependency Hearing; Bates Nos. AZDCS000345 - 356 | 202 |
| 110 | Series of e-mails; Bates Nos. AZDCS001149 - 1153 | 207 |
| 111 | Series of e-mails; Bates Nos. AZDCS013718 - 13726 CONFIDENTIAL | 220 |

. . .

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

## Page 4

DEPOSITION OF ALYSSA LUCERO COSTELLO commenced at 9:59 a.m. on March 15, 2023, at the law offices of GILLESPIE, SHIELDS, GOLDFARB & TAYLOR, 7319 NORTH 16TH STREET, SUITE 100, PHOENIX, ARIZONA, before MICHAELA HERMAN DAVIS, a Certified Reporter, in and for the County of Maricopa, State of Arizona.

. . .

### APPEARANCES

FOR THE PLAINTIFF:

    MILLS + WOODS LAW PLLC
    BY: MR. THOMAS A. CONNELLY
    5055 NORTH 12TH STREET
    SUITE 101
    PHOENIX, ARIZONA 85014
    tconnelly@millsandwoods.com

    GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
    BY: MS. NATALIE NEWELL
        MS. SANDRA DAUSSIN
    7319 NORTH 16TH STREET
    SUITE 100
    PHOENIX, ARIZONA 85020
    nnewell@gilllaw.com

FOR DEFENDANT DEPARTMENT OF CHILD SAFETY:

    JONES SKELTON & HOCHULI
    BY: MS. GEORGIA A. STATON
    40 NORTH CENTRAL AVENUE
    SUITE 2700
    PHOENIX, ARIZONA 85004
    gstaton@jshfirm.com

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

**Page 53**

1  be further tests that would be run.
2  BY MR. CONNELLY:
3      Q.  Okay. When -- did she -- did she ask you for --
4  did she tell you that PCH was going to be running further
5  tests, or did she ask whether there were tests that you
6  wanted them to run?
7      A.  My recollection is that they were -- that PCH
8  was going to be administering those additional tests.
9      Q.  So she -- Ms. Dietzman told you that PCH was
10 going to run some tests. You didn't ask her to run the
11 tests; right?
12     A.  Correct.
13     Q.  And you didn't give her any authorization to run
14 the tests; she said these are the tests we're going to
15 run. Right?
16         MR. STULTZ: Form, foundation.
17         MS. STATON: Join.
18         MS. WERNER: Join.
19         THE WITNESS: Yes.
20 BY MR. CONNELLY:
21     Q.  What about Kathleen Outcalt? Did you talk to
22 Kathleen Outcalt on February 22nd?
23     A.  I -- I do not recognize that name.
24     Q.  Lisa Kirsch?
25     A.  No, I do not recognize that name.

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

**Page 54**

1      Q.  Cara Kelly?
2      A.  I recognize that name, but I don't recall
3  speaking to Cara on the 22nd.
4      Q.  Okay. And how do you recognize the name?
5      A.  I believe that she works for PCH, but that's my
6  recollection.
7      Q.  Okay. So you don't have any specific
8  recollection of interacting with her in relation to Swayde
9  Sankey?
10     A.  No.
11     Q.  What about Janette Bell?
12         MS. STATON: Object to the form.
13 BY MR. CONNELLY:
14     Q.  Well, do you have a recollection of having any
15 conversations with Janette Bell?
16     A.  Not with Janette Bell.
17     Q.  Okay. What about Dr. Wood? Did you talk to
18 Dr. Wood on the 22nd?
19     A.  I did not.
20     Q.  Dr. Cassidy, Brendan Cassidy? Did you talk to
21 him on the 22nd?
22     A.  I did not.
23     Q.  Dr. Patrick Hangge?
24     A.  I did not.
25     Q.  Dr. Coffman, Kathryn Coffman?

CARRIE REPORTING, LLC - Certified Reporters

**Page 55**

1      A.  Not on the 22nd.
2      Q.  Okay. Did you go to PCH on the 22nd?
3      A.  No.
4      Q.  When's the first time that you ever saw Swayde
5  Sankey in person?
6      A.  I don't remember the exact date, but I know it
7  was after February 22nd.
8      Q.  In fact, it wasn't until sometime in March that
9  you saw Swayde for the very first time; right?
10         MS. STATON: Object to the form.
11         THE WITNESS: Yes.
12 BY MR. CONNELLY:
13     Q.  And you hadn't seen the parents on the 22nd of
14 February because you didn't go to the hospital at all that
15 day; right?
16     A.  I did not go to the hospital on the 22nd.
17     Q.  When -- do you recall when the first time it was
18 that you ever met the parents in person?
19     A.  The father, yes.
20     Q.  When was that?
21     A.  February 22nd.
22     Q.  February 22nd?
23     A.  Yes.
24     Q.  Where did you meet the father?
25     A.  At their home residence.

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

**Page 56**

1      Q.  Okay. Tell me about that. Why did you go
2  there? What did you talk to them about? What did you
3  observe?
4          Let's start with: Why did you go there?
5      A.  I went there to conduct a walkthrough of the
6  home and see that it was an appropriate environment for a
7  child or an infant.
8      Q.  Okay. What -- what time of the day was this, do
9  you remember?
10     A.  It was in the morning around 10:00 or 10:30.
11     Q.  Who was present?
12     A.  Myself and the father, Mr. Sankey.
13     Q.  And it was just the two of you?
14     A.  Yes.
15     Q.  And what did you observe about the home?
16     A.  It had a very -- a variety of accommodations for
17 an infant child. I observed where the child sleeps, which
18 was a crib. There was a dog. And then the father ran,
19 like, a T-shirt business.
20     Q.  Was the home clean?
21     A.  Yes.
22     Q.  Were the outlets, electrical outlets protected?
23     A.  That, I don't recall.
24     Q.  But you didn't observe there being any safety
25 issue regarding the electrical outlets; right?

CARRIE REPORTING, LLC - Certified Reporters