EXHIBIT 7

Todd Allen Lefkowitz, MD, FAAO on November 14, 2022

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Honor Duvall, an individual; Donald )
Sankey, Junior, an individual; )
S.Z.S., a minor, through his )
parents and guardians Honor )
Duvall and Donald Sankey, )
 )
                Plaintiffs, ) Case No.:
vs. ) 21-CV-00167-PHX-ROS
 )
Arizona Department of Child Safety,)
a governmental entity; State of )
Arizona, a governmental entity; )
Brenda Gualajara, individually and )
as an employee with the State of )
Arizona Department of Child Safety )
and John Doe Gualajara, her spouse;)
Fernando Araizo, individually and )
as an employee with the State of )
Arizona Department of Child Safety )
and Jane Doe Araizo, his spouse; )
Alyssa Lucero, individually and as )
an employee with the State of )
Arizona Department of Child Safety )
and John Doe Lucero, her spouse; )
Jeffrey Duncan, individually and as)
an employee with the State of )
Arizona Department of Child Safety )
and Jane Doe Duncan, his spouse; )
et al., )
                Defendants. )
_____)

    DEPOSITION OF TODD ALLEN LEFKOWITZ, MD, FAAO

            Phoenix, Arizona
            November 14, 2022
               10:11 a.m.

(COPY)

                        REPORTED BY:
                        HD REPORTING, LLC
                        HALEY DAWN WESTRA, RPR, CRR
                        Certified Court Reporter
                        AZ-CR No. 50762

1  block here, at Retina Consultants of Arizona.  And any
2  inpatient consults, I would go to the hospital.  And I
3  would also do surgery on ocular trauma patients.
4       Q.   Although you were seeing some of the patients
5  at Retina Consultants of Arizona, you're not a retina
6  specialist; correct?
7       A.   No.  We were just using their premises.
8       Q.   Okay.  How much of your time in 2018 and 2019
9  were you examining pediatric patients?
10      A.   I can't put a percentage, but I was on call at
11 Cardon Children's Hospital in Mesa, and so I saw quite
12 a bit of trauma to children.
13      Q.   How often were you on call for Cardons during
14 that time period where you were working at Banner from
15 2016 to 2020?
16      A.   Usually, it was one week at a time, 24/7, and
17 then one of my colleagues did the alternate weeks.
18      Q.   So you were taking call every other week for a
19 week?
20      A.   Yes.
21      Q.   Did you complete a fellowship in pediatric
22 ophthalmology?
23      A.   No.
24      Q.   Have you ever worked at a pediatric
25 ophthalmology practice?

1    A.   No.
2    Q.   You told us earlier about your experience
3 giving depositions; you said there were about 40.
4         Related to that, but slightly different, how
5 many times have you been retained as an expert witness
6 in a legal matter?
7    A.   Let's see.  At least 200; probably more.
8    Q.   When did you begin doing expert witness work?
9    A.   I started pretty much in 2013.
10   Q.   And it continues to the present, obviously?
11   A.   Yeah.  It was a very slow start, but it's
12 continuing to the present date.
13   Q.   And what percentage of the time, in all of
14 your cases where you've been retained as an expert
15 witness, were you retained by the plaintiff versus the
16 defendant?
17   A.   95 percent plaintiff.
18   Q.   Do you maintain a list of cases where you have
19 served as an expert witness?
20   A.   Not a list of cases.  There are just too many.
21        But I do have a list of depositions and
22 trials.
23   Q.   Is that something that you could give to Tom
24 Connelly and --
25   A.   Yeah.

1   conclusion that AHT was not a valid medical diagnosis?
2       A.   Right.
3            In preparing for the first trial of the shaken
4   baby cases, yes, that's when I read extensively, and
5   I continue to read extensively.
6            I've met --
7       Q.   Okay.  That's -- that --
8       A.   All right.  I'll cut it off.
9       Q.   -- I believe concludes the scope of my
10  question.
11      A.   Very good.
12      Q.   Just to confirm, you're not a pediatric
13  ophthalmologist?
14      A.   Yes, I am not.
15      Q.   You're not a pediatrician?
16      A.   Definitely not.
17      Q.   When was the last time you performed a dilated
18  fundus exam on an infant?
19      A.   Well, probably in early 2020, maybe late 2019.
20      Q.   Was that in the hospital setting at Cardons?
21      A.   Yes, it always would be that.
22      Q.   I thought you said you also evaluated children
23  at Thunderbird?
24      A.   Yeah, that's -- that's correct.
25      Q.   Did you ever evaluate infants at Thunderbird?

```
 1        A.    No, that would --
 2              MR. CONNELLY:  Form and foundation.
 3              THE WITNESS:  Safely dilate, the only
 4   situation would be narrow angle or narrow angle
 5   glaucoma.
 6   BY MS. PATANE:
 7        Q.    Do you -- or did you, when you were working at
 8   Cardons, perform retinopathy of prematurity
 9   evaluations?
10        A.    No.  That was done by somebody else.
11        Q.    Who did that?  And not necessarily the name.
12   But what kind of a physician would do that?
13              MR. CONNELLY:  Usually, a retina specialist.
14   That's how it was at Cardon.
15   BY MS. PATANE:
16        Q.    Have you ever performed retinopathy of
17   prematurity evaluations?
18              MR. CONNELLY:  Form and foundation.
19              THE WITNESS:  Rarely.
20   BY MS. PATANE:
21        Q.    But in the past, before 2016, you did some?
22        A.    Very infrequently.
23              My population was mostly adults in my
24   practice.  Usually, we -- we would send patients like
25   that to someone like Cassidy, a pediatric -- you know,
```

1   fellowship-trained pediatric ophthalmologist.
2       Q.   Why would you send them to Dr. Cassidy instead
3   of -- instead of evaluating the baby yourself?
4            MR. CONNELLY:   Form.   Foundation.
5            THE WITNESS:   Retina people and baby pediatric
6   ophthalmologists, like Cassidy, are more experienced
7   with performing those kind of exams.
8            That's part of their bread and -- you know,
9   their bread and butter, their meat and potatoes of
10  their practice.
11  BY MS. PATANE:
12      Q.   When you say --
13      A.   It's --
14      Q.   I'm sorry.  I didn't mean to cut you off.
15      A.   No.  It's okay.
16           It's not something that the average general
17  ophthalmologist is experienced in.
18      Q.   When you say "performing those examinations,"
19  what is it about those examinations that would require
20  the expertise of a pediatric ophthalmologist?
21           MR. CONNELLY:   Form and foundation.
22           THE WITNESS:   There's a complicated grading
23  system, which most of us are not trained to do in
24  retinopathy of prematurity.
25

1    BY MS. PATANE:
2        Q.   But, to your knowledge, you don't know whether
3    Phoenix has a high rate of child abuse?
4            MR. CONNELLY:   Form and foundation.
5            THE WITNESS:    Right.
6    BY MS. PATANE:
7        Q.   How many consults have you performed on
8    children in the hospital since 2016 where child abuse
9    was suspected?
10       A.   I don't know.  I'd say at least 20, 30.
11       Q.   Have you seen -- personally seen cases of
12   retinal bleeding in babies or toddlers?
13       A.   One or two.
14       Q.   And that's throughout your entire career?
15       A.   Correct.
16       Q.   Have those one or -- on those one or two
17   occasions, was the retinal bleeding in all layers and
18   all zones of the eye?
19       A.   As I recall, yes.
20       Q.   Did you believe in those one to two cases that
21   the findings were consistent with abusive head trauma?
22           MR. CONNELLY:   Form and foundation.
23           THE WITNESS:    There was one case in particular
24   where the child was hit with a piece of wood
25   repeatedly, and the --

1   BY MS. PATANE:
2       Q.   The child was hit with what?
3       A.   A piece of wood, by some adult, which resulted
4   in death.
5            So I examined the patient postmortem before
6   they let the patient go to the funeral home.  I did a
7   dilated exam.
8       Q.   And you saw what sounds like severe retinal
9   bleeding?
10      A.   Yeah.
11      Q.   From the back of the eye, the posterior pole,
12  all the way to the ora serrata?
13      A.   I recall, yes.
14      Q.   And do you recall anything about the second
15  case that you told us about where you personally
16  observed retinal bleeding in a baby or toddler?
17      A.   I'm making a guess.  There's that one case for
18  sure but no other cases.
19           I would say to the best of my recall.
20      Q.   So it's one case that you can recall where
21  you've personally seen retinal bleeding --
22      A.   Right.
23      Q.   -- in babies or toddlers?
24      A.   Right.
25           But I wouldn't call that a shaken baby

```
 1   situation.  This was batter -- battery with intent to
 2   kill.
 3          Q.   Okay.  Have you examined any other babies or
 4   infants since you've been asked to do consults at
 5   Cardons where you thought there were eye findings
 6   consistent with abusive head trauma --
 7          A.   No.
 8          Q.   -- not necessarily retinal hemorrhages, but
 9   any other eye findings?
10          A.   No.
11          Q.   Have any of your exam findings from 2016 to
12   the present on babies or infants ever been provided to
13   DCS in support of a child abuse investigation or as
14   part of a child abuse investigation?
15          A.   There may have been some.
16          Q.   Do you know how many?
17          A.   No.
18          Q.   Do you remember what the findings were of
19   the -- in the children that were referred to DCS --
20          A.   No.
21               MR. CONNELLY:  Form.
22   BY MS. PATANE:
23          Q.   -- for the cases referred to DCS?
24               MR. CONNELLY:  Form.  Foundation.
25               THE WITNESS:  No, I don't.  I don't recall.
```

1    Q.   So when you were getting ready to take the job
2  from 2016 to 2020, you said you purchased an
3  ophthalmology text dealing with trauma?
4    A.   Yes.
5    Q.   And was that for both adult and peds?
6    A.   Was that for what?
7         MS. PATANE:   Adults and peds.
8  BY MS. ZANGERLE:
9    Q.   Adult and pediatric patients.
10   A.   Mainly adult.
11   Q.   So before you did this 4-year period where you
12 saw some pediatric patients, what had been your
13 training in pediatric ophthalmology before that?
14   A.   Well, during my residency, I spent a month at
15 Washington, D.C. Pediatric Hospital.
16   Q.   I think it's now Washington Children's; is
17 that accurate?
18   A.   I think it's some other name.
19   Q.   Okay.  Other than that month during your
20 residency, any additional training in pediatric
21 ophthalmology?
22   A.   No.
23   Q.   How often would you say in your career you
24 have examined the eyes of a newborn?
25   A.   Very infrequently.

1   Q.   Less than 10?
2   A.   Yeah.  It was done by -- by physicians whose
3   task that was at the hospital.
4   Q.   How many times have you diagnosed retinal
5   hemorrhages in a newborn?
6        MR. CONNELLY:  Form and foundation.
7        THE WITNESS:  Once.
8   BY MS. ZANGERLE:
9   Q.   Was that during the month that you spent at
10  the children's hospital in D.C.?
11  A.   No.
12  Q.   Tell me a little bit more about that.
13  A.   It was --
14       MR. CONNELLY:  Form and foundation.
15       THE WITNESS:  It was a patient that we already
16  discussed where there was definite physical battering
17  of the patient's head.
18       And the patient, on a postmortem exam, had
19  extensive retinal hemorrhages.
20  BY MS. ZANGERLE:
21  Q.   Okay.  I'm sorry.  I didn't understand that
22  that child was a newborn.  I thought it was several
23  months of age.
24  A.   This one was a newborn.  I never said it was
25  several months of age.

```
 1        Q.    And who generally retains you to do that?
 2        A.    Well, the same attorneys that retain me for
 3   cases.
 4        Q.    And so do you just rent space there if you
 5   need to do an exam?
 6        A.    Correct.
 7        Q.    Let's talk a little bit about your weekly
 8   practice.
 9              How much time on on weekly basis do you
10   currently spend practicing ophthalmology, where you're
11   actually doing patient care?
12        A.    Zero.  I'm retired from clinical practice.
13        Q.    And you may have mentioned this to Ms. Patane,
14   so I apologize if you did.
15              When did you retire from clinical practice?
16        A.    February 2020.
17        Q.    So now you do IME and expert work; correct?
18        A.    Correct.
19        Q.    Not doing any locum tenens work?
20        A.    The program in Tucson is being reevaluated by
21   Carondelet tenant, so they haven't yet decided if
22   they're going to continue to have locum doctors do the
23   coverage.
24        Q.    I think those are the questions that I have
25   for right now.
```