# EXHIBIT 10

Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Sandra T. Daussin (AZ Bar #037274)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Arizona Department of Child Safety, *et al.*,<br><br>                    Defendants. | Case No.: 21-cv-00167-ROS<br><br>**PLAINTIFFS' THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP(A)(2)(B)** |

Plaintiffs, through counsel undersigned, hereby make the following Thirteenth Supplemental Disclosure Statement pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). Plaintiffs' supplemental disclosures are based upon information that is presently reasonably available to Plaintiffs. As discovery is ongoing, Plaintiffs have not completed their investigation into additional facts, documents, witnesses, or experts which may further support their Complaint. As a result, Plaintiffs reserve the right to present witnesses, documents, experts, and evidence in addition to that which is disclosed herein.

MILLS+WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

Moreover, Plaintiffs recognize their continuing obligation under Federal Rule of Civil Procedure 26(e)(1) and (2) to supplement these disclosures at appropriate intervals and will do so in a timely manner as Plaintiffs become aware of and/or receive additional relevant information during the course of discovery in this case. These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.

## DISCLOSURES

I.   **Individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.**

Attached in **Appendix A** is Plaintiffs' list of individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

*See* **Appendix A: Initial Individual Disclosures**

II.   **Description by category and location of documents, data, compilations, and tangible things in possession, custody or control of Plaintiffs which may be used to support claims.**

Attached in **Appendix B** are disclosures which describe the documents, data compilations, and tangible things in Plaintiffs' possession or that Plaintiffs' reasonably believe exist in the possession, custody, and control of Defendants and third-party witnesses that may be relevant to disputed facts alleged with particularity in the pleadings. Plaintiffs believe that most or all of these documents are in Defendant's custody and control. If any information is in the custody or control of third-parties, Plaintiffs will request that information from relevant third-parties. Discovery is only getting underway, and Plaintiffs expect to identify through discovery additional categories of relevant documents likely to support Plaintiffs' claims. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B), Plaintiffs contemplate using the following categories of documents to support their claims:

2

*See* **Appendix B: Initial Document Disclosures**

## III.    DAMAGES

S.Z.S. was deprived of critical bonding time with his parents for more than one-third of his young life at the time of the unwarranted and unnecessary removal from his parents. His parents were deprived of critical bonding time with their first born, beloved son, for nine months of his young life. This depravation occurred because on 22 February 2019, the State of Arizona, through the Department of Child Safety (DCS), in cooperation and conspiring with Phoenix Children's Hospital (PCH), unlawfully and unconstitutionally seized S.Z.S. from the loving and competent care of his Mother and Father. Before seizing S.Z.S., DCS did not seek nor obtain approval from a neutral magistrate. At the time DCS seized S.Z.S., there were no exigent circumstances. Based on the information DCS possessed at the time it seized S.Z.S., and given the glaring errors in PCH's medical records, no reasonable person could determine that he was in imminent danger of immediate harm. DCS did not perform a complete and thorough investigation and made PCH an arm of the State when DCS deferred its investigation to PCH. PCH failed to perform diagnostic procedures that could rule out PCH's finding of suspected abuse and had inadequate policies and procedures to protect families from false allegations of suspected abuse and did not have or follow policies regarding conflicts of interest regarding second opinions, medical reviews, and more.

DCS continued to ignore State and Federal Law when its director became personally involved with the case and ordered the investigators to take temporary custody of S.Z.S. and file a Dependency Petition despite the investigators' reluctance to do so; DCS also failed to create a case plan for the duration of the case. During the subsequent dependency court proceedings, agents of DCS and (counsel for DCS) deceived the court by presenting information that they knew, or reasonably should have known, was false. The actions of the agents of DCS and PCH in seizing S.Z.S., and subsequent actions, violated the constitutional rights of all Plaintiffs and also were in violation of Arizona

MILLS+ WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

state law.

As a result of the actions and omissions of Defendants, Plaintiffs suffered permanent and devastating distress and loss. We may never know the full extent of the damage caused to S.Z.S had there not been an unconstitutional seizure and removal from his family. Moreover, the relationship that this close and loving family could have had with S.Z.S. had he not been removed from their care during a critical bonding stage of life has been impaired. These acts also forced the family to incur the costs of relocation twice.

Due to the acts and omissions to act of these Defendants, Plaintiffs will ask the jury in this matter to award Plaintiffs an amount sufficient to ensure that Plaintiffs are compensated for the extreme pain and suffering visited upon them, the loss of familial relationships, hedonistic damages, and any and all other damages that may be appropriate based on the course of recovery. Plaintiffs are in the process of quantifying, to the extent they can be quantified, and will supplement this section accordingly. This will include providing evidence and testimony, via both fact and expert witnesses, on the impact of an unwarranted, unlawful removal of S.Z.S. on this family.

Further, at the trial of this matter, Plaintiffs will request an award of punitive damages as the conduct of Defendants evinces reckless disregard for Plaintiff's civil rights. Such damages will be sought in an amount sufficient to deter Defendants from acting in such a manner in the future.

Finally, Plaintiffs request both pre- and post-judgment interest and incurred costs, including all attorneys' fees and court costs pursuant to 42 U.S.C. §1988 and as otherwise authorized by any other statute or law. Plaintiffs expressly reserve the right to supplement as additional documents and information becomes available.

## IV.   INSURANCE AGREEMENTS

Plaintiffs do not have direct knowledge of any such insurance agreements but expect that each of the Defendants carry insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action.

4

1

2  **DATED** this 5th day of July 2023.

3                                        Mills + Woods Law PLLC

4
                                          By____/s/ Thomas A. Connelly_____
5                                              Thomas A. Connelly
                                               Robert T. Mills
6                                              Sean A. Woods
                                               5055 North 12th Street, Suite 101
7                                              Phoenix, AZ 85014

8
                                          Gillespie, Shields & Taylor
9                                              DeeAn Gillespie Strub
                                               Sandra T. Daussin
10                                             7319 North 16th Street
                                               Phoenix, AZ 85020
11
                                               *Attorneys for Plaintiffs*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**APPENDIX A**

**I.    Individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.**

1)  Name:                         Honor Duvall
    Relationship:          *Plaintiff*, mother of *Plaintiff* S.Z.S., a minor child
    Counsel:                  Thomas A. Connelly, Mills + Woods Law PLLC
    Address:                  5055 N 12th Street, Phoenix, Arizona 85014
    Telephone:             (480) 999-4556

    Honor Duvall is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

2)  Name:                         Donald Sankey, Jr.
    Relationship:          *Plaintiff*, father of *Plaintiff* S.Z.S., a minor child
    Counsel:                  Thomas A. Connelly, Mills + Woods Law PLLC
    Address:                  5055 N 12th Street, Phoenix, Arizona 85014
    Telephone:             (480) 999-4556

    Donald Sankey is expected to testify regarding all relevant facts and circumstances for which he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

3)  Name:                         Dawn Duvall
    Relationship:          Maternal grandmother of S.Z.S., a minor child
    Counsel:                  Thomas A. Connelly, Mills + Woods Law PLLC
    Address:                  5055 N 12th Street, Phoenix, Arizona 85014
    Telephone:             (480) 999-4556

    Dawn Duvall is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

4)  Name:                         Margaret Good
    Relationship:          Maternal great grandmother of S.Z.S., a minor child
    Counsel:                  Thomas A. Connelly, Mills + Woods Law PLLC
    Address:                  5055 N 12th Street, Phoenix, Arizona 85014
    Telephone:             (480) 999-4556

    Margaret Good is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

5)  Name:                         Gordon Gooley
    Relationship:          Family friend
    Counsel:                  Thomas A. Connelly, Mills + Woods Law PLLC
    Address:                  5055 N 12th Street, Phoenix, Arizona 85014

1

Telephone:                    (480) 999-4556

2

Gordon Gooley is expected to testify regarding all relevant facts and
circumstances for which he has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings.

3

4

  6)  Name:                    Brenda Gualajara
      Title:                    Case worker
      Organization:            Arizona Department of Child Safety
      Counsel:                 Georgia A. Staton, Jones, Skelton & Hochuli, PLC
      Address:                 40 N. Central Ave., Ste. 2700, Phoenix, AZ 85004
      Telephone:               (602) 263-1700

5

6

7

Brenda Gualajara is expected to testify regarding all relevant facts and
circumstances for which she has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings.

8

9

  7)  Name:                    Fernando Araiza
      Title:                    Case worker
      Organization:            Arizona Department of Child Safety
      Counsel:                 Georgia A. Staton, Jones, Skelton & Hochuli, PLC
      Address:                 40 N. Central Ave., Ste. 2700, Phoenix, AZ 85004
      Telephone:               (602) 263-1700

10

11

12

13

Fernando Araiza is expected to testify regarding all relevant facts and
circumstances for which he has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings.

14

15

  8)  Name:                    Alyssa Lucero (and spouse Nicholas Costello)
      Title:                    Case worker
      Organization:            Arizona Department of Child Safety
      Counsel:                 Georgia A. Staton, Jones, Skelton & Hochuli, PLC
      Address:                 40 N. Central Ave., Ste. 2700, Phoenix, AZ 85004
      Telephone:               (602) 263-1700

16

17

18

Alyssa Lucero is expected to testify regarding all relevant facts and
circumstances for which she has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings.

19

20

  9)  Name:                    Jeffrey Duncan (and spouse Jerryl James)
      Title:                    Case worker
      Organization:            Arizona Department of Child Safety
      Counsel:                 Georgia A. Staton, Jones, Skelton & Hochuli, PLC
      Address:                 40 N. Central Ave., Ste. 2700, Phoenix, AZ 85004
      Telephone:               (602) 263-1700

21

22

23

24

Jeffrey Duncan is expected to testify regarding all relevant facts and
circumstances for which he has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings.

25

26

  10) Name:                    Chantel Madson (and spouse Timothy Madson)
      Title:                    Case worker
      Organization:            Arizona Department of Child Safety
      Counsel:                 Georgia A. Staton, Jones, Skelton & Hochuli, PLC
      Address:                 40 N. Central Ave., Ste. 2700, Phoenix, AZ 85004

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

1    Telephone:              (602) 263-1700

2    Chantel Madson is expected to testify regarding all relevant facts and
     circumstances for which she has knowledge as well as those covered in any
3    deposition in this matter or trial testimony in the dependency proceedings.

4

5    11)  Name:               Gregory McKay
          Title:              Former Director
6         Organization:       Arizona Department of Child Safety
          Counsel:            Georgia A. Staton, Jones, Skelton & Hochuli, PLC
7         Address:            40 N. Central Ave., Ste. 2700, Phoenix, AZ 85004
          Telephone:          (602) 263-1700

8    Gregory McKay is expected to testify regarding all relevant facts and
     circumstances for which he has knowledge as well as those covered in any
9    deposition in this matter or trial testimony in the dependency proceedings. He
     is also expected to testify regarding the policies, procedures, and laws of DCS
10   and the State of Arizona concerning DCS and its relationship with its affiliates,
     service providers and others. He is also expected to testify regarding his
11   personal involvement in the juvenile dependency and his interactions with
     PCH and Dr. Kathryn Coffman.

12   12)  Name:               Michael Faust
          Title:              Director
13        Organization:       Arizona Department of Child Safety
          Counsel:            Georgia A. Staton, Jones, Skelton & Hochuli, PLC
14        Address:            40 N. Central Ave., Ste. 2700, Phoenix, AZ 85004
          Telephone:          (602) 263-1700
15

16   Michael Faust is expected to testify regarding all relevant facts and
     circumstances for which she has knowledge as well as those covered in any
17   deposition in this matter or trial testimony in the dependency proceedings.

18

19   13)  Name:               Dr. Brendan Cassidy
          Title:              Pediatric ophthalmologist
20        Counsel:            Cynthia Y. Patane, Kent & Wittekind, P.C.
          Address:            111 W. Monroe St., Ste. 1000, Phoenix, AZ 85003
          Telephone:          (602) 528-0185
21

22   Dr. Brendan Cassidy is expected to testify regarding all relevant facts and
     circumstances for which he has knowledge as well as those covered in any
     deposition in this matter or trial testimony in the dependency proceedings.
23

24   14)  Name:               Phoenix Children's Hospital
          Counsel:            Kari B. Zangerle, Campbell Yost Clare & Norell
25        Address:            3101 N. Central Ave., Ste. 1200, Phoenix, AZ 85012
          Telephone:          (602) 452-6624

26   Phoenix Children's Hospital personnel are expected to testify regarding all
     relevant facts and circumstances for which they have knowledge as well as
27   those covered in any deposition in this matter or trial testimony in the
     dependency proceedings.

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

15) Name:              Dr. William S. Wood
    Title:             Pediatric orthopedic
    Organization:      Phoenix Children's Hospital
    Counsel:           Kari B. Zangerle, Campbell Yost Clare & Norell
    Address:           3101 N. Central Ave., Ste. 1200, Phoenix, AZ 85012
    Telephone:         (602) 452-6624

Dr. William Wood is expected to testify regarding all relevant facts and
circumstances for which he has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings
including his compensation and PCH policy and procedures for medial records
accuracy.

16) Name:              Dr. Kathryn Coffman
    Title:             Child Abuse Specialist
    Organization:      Phoenix Children's Hospital
    Counsel:           Kari B. Zangerle, Campbell Yost Clare & Norell
    Address:           3101 N. Central Ave., Ste. 1200, Phoenix, AZ 85012
    Telephone:         (602) 452-6624

Dr. Kathryn Coffman is expected to testify regarding all relevant facts and
circumstances for which she has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings. She
is also expected to testify regarding her relationship with PCH, DCS and her
dual employment with both, the training she received from both and what
safeguards, if any, were put in place to avoid a conflict of interest between her
employment with both agencies.

17) Name:              Hailey Dietzman, NP
    Title:             Nurse practitioner, child trauma team
    Organization:      Phoenix Children's Hospital
    Counsel:           Kari B. Zangerle, Campbell Yost Clare & Norell
    Address:           3101 N. Central Ave., Ste. 1200, Phoenix, AZ 85012
    Telephone:         (602) 452-6624

Haley Dietzman is expected to testify regarding all relevant facts and
circumstances for which she has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings as
well as the PCH "pathway" and procedures for analyzing potential abuse.

18) Name:              Zachary Dion, PNP
    Title:             Pediatric nurse practitioner
    Organization:      Phoenix Children's Hospital
    Counsel:           Kari B. Zangerle, Campbell Yost Clare & Norell
    Address:           3101 N. Central Ave., Ste. 1200, Phoenix, AZ 85012
    Telephone:         (602) 452-6624

Zachary Dion is expected to testify regarding all relevant facts and
circumstances for which he has knowledge as well as those covered in any
deposition in this matter or trial testimony in the dependency proceedings as
well as his interactions with DCS personnel, other PCH personnel and
providers, and the family of S.Z.S.

19) Name:              Carey Lewis, CPNP

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

1

| Title: | Certified pediatric nurse practitioner |
|---|---|
| Organization: | Phoenix Children's Hospital |
| Counsel: | Kari B. Zangerle, Campbell Yost Clare & Norell |
| Address: | 3101 N. Central Ave., Ste. 1200, Phoenix, AZ 85012 |
| Telephone: | (602) 452-6624 |

Carey Lewis is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings as well as her interactions and observation with/or DCS personnel, other PCH personnel and providers, and the family of S.Z.S.

20) 
| Name: | Dr. Warren Heller |
|---|---|
| Title: | Pediatric ophthalmologist |
| Organization: | Eye Doctors of Arizona |
| Counsel: | Unknown |
| Address: | 515 W. Buckeye Rd., Ste. 104, Phoenix, AZ 85003 |
| Telephone: | (602) 257-8280 |

Dr. Warren Heller is expected to testify regarding all relevant facts and circumstances for which he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

21) 
| Name: | Marcia Bluth |
|---|---|
| Title: | Social worker |
| Organization: | Phoenix Children's Hospital |
| Counsel: | Unknown |
| Address: | 1919 E. Thomas Rd., Phoenix, AZ 85016 |
| Telephone: | (602) 933-1000 |

Marcia Bluth is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings as well as her interactions and observations with/of DCS personnel, other PCH personnel and providers, and the family of S.Z.S.

22) 
| Name: | Unknown |
|---|---|
| Title: | Social worker |
| Organization: | Phoenix Children's Hospital |
| Counsel: | Unknown |
| Address: | 1919 E. Thomas Rd., Phoenix, AZ 85016 |
| Telephone: | (602) 933-1000 |

Unknown Social Worker is expected to testify regarding all relevant facts and circumstances for which (s)he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

23) 
| Name: | Donald Tilley |
|---|---|
| Title: | Case worker |
| Organization: | Arizona Department of Child Safety |
| Counsel: | Unknown |
| Address: | 3003 N. Central Ave., Phoenix, AZ 85012 |
| Telephone: | (602) 255-2500 |

Donald Tilley is expected to testify regarding all relevant facts and circumstances for which he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

24) Name:          Det. Tamela Skaggs
    Title:         Detective
    Organization:  Buckeye Police Department
    Counsel:       Unknown
    Address:       21699 W. Yuma Rd., #104, Buckeye, AZ 85326
    Telephone:     (623) 349-6400

Honor Duvall is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings as well as her interactions with PCH personnel, DCS personnel, and the family of S.Z.S.

25) Name:          Dr. Patrick Hangee
    Title:         Trauma doctor
    Organization:  Phoenix Children's Hospital
    Counsel:       Unknown
    Address:       1919 E. Thomas Rd., Phoenix, AZ 85016
    Telephone:     (602) 933-1000

Dr. Patrick Hangee is expected to testify regarding all relevant facts and circumstances for which he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings as well as his compensation with PCH.

26) Name:          Representative
    Title:         Unknown
    Organization:  Desert Valley Pediatrics
    Counsel:       Unknown
    Address:       700 N. Estrella Pkwy, Ste. 110, Goodyear, AZ 85338
    Telephone:     (623) 877-7337

Representative is expected to testify regarding all relevant facts and circumstances for which (s)he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

27) Name:          Representative
    Title:         Unknown
    Organization:  Child Help Children's Center of Arizona
    Counsel:       Nicholas A. Bender, Sanders & Parks, PC
    Address:       2120 N. Central Ave., #130, Phoenix, AZ 85004
    Telephone:     (602) 271-4500

Repesentative is expected to testify regarding all relevant facts and circumstances for which (s)he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

28) Name:          Dr. Jennifer Ronecker
    Title:         Pediatric neurosurgeon
    Organization:  Phoenix Children's Hospital
    Counsel:       Unknown

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

11

Address:          1919 E. Thomas Rd., Phoenix, AZ 85016
Telephone:        (602) 933-1000

Dr. Jennifer Ronecker is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

29) Name:              Michael Caldwell
    Title:             Parent aide
    Organization:      Department of Child Safety
    Counsel:           Unknown
    Address:           3003 N. Central Ave., Phoenix, AZ 85012
    Telephone:         (602) 255-2500

Michael Caldwell is expected to testify regarding all relevant facts and circumstances for which he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings and the policies and procedures for parent-aide reports and closures.

30) All witnesses identified by Defendants.

31) Name:              Jordan R. Oland
    Title:             MD
    Organization:      Banner Estrella Medical Center
    Counsel:           Unknown
    Address:           9201 W. Thomas Rd., Phoenix, AZ 85037
    Telephone:         Unknown

Dr. Jordan R. Oland is expected to testify regarding all relevant facts and circumstances for which she has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

32) Name:              Florian T. Walter
    Title:             DO
    Organization:      Banner Estrella Medical Center
    Counsel:           Unknown
    Address:           9201 W. Thomas Rd., Phoenix, AZ 85037
    Telephone:         Unknown

Dr. Florian T. Walter is expected to testify regarding all relevant facts and circumstances for which he has knowledge as well as those covered in any deposition in this matter or trial testimony in the dependency proceedings.

33) Name:              Todd A. Lefkowitz
    Title:             MD, FAAO, Diplomate American Board of
                       Ophthalmogy
    Organization:      Sonoran Desert Vision Consulting
    Counsel:           Mills & Woods Law, PLLC
    Address:           5055 N. 12th St., Ste. 101, Phoenix, AZ 85014
    Telephone:         480-999-4556

Dr. Todd A. Lefkowitz is expected to testify regarding his expert opinions and reports, including his supplemental report, and his qualifications. He is also expected to testify regarding the medical opinions and literature contained in

MILLS+WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

any of his reports, as well as the medical opinions and literature disclosed by Defendants.

34) Name:                Thomas W. Young
    Title:               MD, FAAFS, FASCP, FCAP
    Organization:        Heartland Forensic
    Address:             12717 Oakmont Dr., Kansas City, MO 64145
    Telephone:           (816) 941-2896

Dr. Thomas W. Young is expected to testify regarding his expert opinions and reports, including his rebuttal and supplemental reports, and his qualifications. He is also expected to testify regarding the medical opinions and literature contained in any or which inform the basis of his reports, as well as the medical opinions and literature disclosed by Defendants.

13

# APPENDIX B

**II.   Description by category and location of documents, data, compilations, and tangible things in possession, custody or control of Plaintiffs which may be used to support claims.**

1) Arizona Department of Child Safety, Case Event Summaries (redacted)

2) Arizona Department of Child Safety, Incident Reports (redacted)

3) Arizona Department of Child Safety, Child Care Referral records (redacted)

4) Arizona Department of Child Safety, Case Notes (redacted)

5) Arizona Department of Child Safety, Desktop Guide to Service

6) Arizona Department of Child Safety, Case Build records

7) Arizona Department of Child Safety, Supervisory Case Progress Reviews (redacted)

8) Arizona Department of Child Safety, Contract with PCH

9) Arizona Department of Child Safety, Safety Plans, Case Transfer records (redacted)

10) Arizona Department of Child Safety, Assessment and Plans

11) Arizona Department of Child Safety Policies and Procedures

12) Arizona Department of Child Safety Training Manuals

13) Arizona Department of Child Safety Financial Records

14) Phoenix Children's Hospital intake records

15) Phoenix Children's Hospital medical records

16) Phoenix Children's Hospital child trauma team records, policies and procedures, training records, etc.

17) Phoenix Children's Hospital financial records

18) Buckeye Police Department police report and records

19) Applicable insurance contracts for all Defendants

20) Eye Doctors of Arizona medical records

21) Desert Valley Pediatrics medical records

22) Child Help Children's Center of Arizona medical records

14

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

23) Licensing, training, litigation, and personnel records for all Defendants

24) Exculpatory documents and records in the possession, custody, control of Plaintiffs

25) Complaint, briefs, filings, judgment in dependency proceedings, In re: S.Z.S., Maricopa County Superior Court, Case No. JD37152

26) Trial transcripts in dependency proceedings and all deposition transcripts from this case.

27) Banner Estrella Medical Center medical records

28) Birth photos

29) Photos taken contemporaneously with DCS/PCH involvement

30) All records produced by Defendants

31) Documents produced by Plaintiffs contemporaneously with service of responses to State Defendants' first set of written discovery requests, on 13 September 2021, labeled DUVALL_000001 – DUVALL_001219; BPD000001 – BDP000042; PCH 0001 cycn – PCH 1476 cycn.

32) Preliminary Expert Opinion Affidavit pursuant to A.R.S. § 12-2603, by Todd A. Lefkowitz, MD, FAAO, Diplomate, American Board of Ophthalmology, labeled DUVALL_001220 – DUVALL_001223.

33) Professional journal articles, labeled DUVALL_001224 – DUVALL_001246.

34) Documents produced by Plaintiffs contemporaneously with service of responses to State Defendants' second requests for production on 8 March 2022 labeled DUVALL_001247 – DUVALL_001524.

35) Documents produced by Plaintiffs contemporaneously with service of their fourth supplemental disclosure statement on 28 March 2022 labeled DUVALL_001525 – DUVALL_001579.

36) Documents produced by Plaintiffs contemporaneously with service of their fifth supplemental disclosure statement on 26 April 2022 labeled DUVALL_001580 – DUVALL_001765.

37) Documents produced by Plaintiffs contemporaneously with service of their sixth supplemental disclosure statement on 15 July 2022 labeled DUVALL_001766 – DUVALL_001779.

38) Documents produced by Plaintiffs contemporaneously with service of their Seventh Supplemental Disclosures on 17 November 2022 labeled DUVALL 001780 – DUVALL 002708.

15

39) Documents produced by Plaintiffs contemporaneously with service of their Eighth Supplemental Disclosures on 17 January 2023 labeled DUVALL_002709 tf – DUVALL 002881 tf.

40) Documents produced by Plaintiffs contemporaneously with service of their Ninth Supplemental Disclosures on 17 January 2023 labeled DUVALL_002882 – DUVALL 003707.

41) Documents produced by Plaintiffs contemporaneously with service of their Tenth Supplemental Disclosures on 13 February 2023 labeled DUVALL_003708 – DUVALL 004145.

42) Documents produced by Plaintiffs contemporaneously with service of their Eleventh Supplemental Disclosures on 24 May 2023 labeled DUVALL_004146 – DUVALL 005872.

43) Documents produced by Plaintiffs contemporaneously with service of their Twelfth Supplemental Disclosures on 26 May 2023, consisting of the rebuttal and/or supplemental reports of Dr. Lefkowitz and Dr. Young.

44) **Documents produced by Plaintiffs contemporaneously with service of their Thirteenth Supplemental Disclosures on 5 July 2023 labeled DUVALL_005873 – DUVALL 005890.**

Note: Plaintiffs may use at trial any witness, expert, or item of evidence disclosed by any party to this action subject to and without waiving any trial objections Plaintiffs may have regarding the same. This notice is to advise all parties that Plaintiffs will not duplicate other parties' disclosures but may at the time of trial rely upon evidence, witnesses, experts, and opinions of experts as if fully disclosed by Plaintiffs without the necessity of duplicating other parties' disclosure statements and attachments thereto; this includes any witness, expert, expert opinions, or items of evidence which are subsequently de-listed by the party initially disclosing the same.

MILLS+ WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

## CERTIFICATE OF SERVICE

I hereby certify that on 5th July 2023 I caused the foregoing document to be served on counsel of record via email.

Georgia A. Staton
Ravi V. Patel
JONES SKELTON & HOCHULI, P.L.C.
40 N. Central Ave., Ste. 2700
Phoenix, AZ 85004
gstaton@jshfirm.com
rpatel@jshfirm.com
*Attorneys for State Defendants*

Cynthia Patane
Rachel Werner
GORDON & REES
2 N. Central  Ave., Ste. 2200
Phoenix, AZ 85004
cpatane@grsm.com
gwerner@grsm.com
*Attorneys for Defendant Brendan Cassidy*

Kari B. Zangerle
Robert Stultz
GUST ROSENFELD PLC
One East Washington St., Ste. 1600
Phoenix, AZ 85004
kzangerle@gustlaw.com
rstultz@gustlaw.com
*Attorneys for PCH Defendants*

_____ */s/ Chase Martins* _____

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

17