# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,

    Plaintiffs,

    vs.

ARIZONA DEPARTMENT OF CHILD SAFETY, et al.,

    Defendants.

Case No. 21-CV-00167-PHX-ROS

### DEPOSITION OF FERNANDO ARAIZA

Phoenix, Arizona
September 21, 2022
10:11 a.m.

Prepared by:
MICHAELA H. DAVIS
Registered Professional Reporter
Certified Realtime Reporter
Certified Realtime Captioner
Certified LiveNote Reporter
AZ CR No. #50574
carrie@carriereporting.com

(COPY)

CARRIE REPORTING, LLC
Certified Reporters
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
(480) 429-7573

```
 1              MS. STATON:  Form, foundation.
 2              MS. ZANGERLE:  Same.
 3              MS. PATANE:  Join.
 4              THE WITNESS:  No.
 5   BY MR. CONNELLY:
 6       Q.    Did you ever talk to Dr. Patrick Hangge?  I
 7   don't know if that's how you say it, but it's spelled
 8   H-A-N-G-E-E[sic].
 9              MS. STATON:  Same objection; form and
10   foundation.
11              MS. ZANGERLE:  Join.
12              MS. PATANE:  Join.
13              THE WITNESS:  No.
14   BY MR. CONNELLY:
15       Q.    Did you ever talk to Dr. Cassidy?
16              MS. STATON:  Same objections.
17              MS. PATANE:  Join.
18              MS. ZANGERLE:  Join.
19              THE WITNESS:  No.
20   BY MR. CONNELLY:
21       Q.    Did you ever talk to Dr. Wood?
22              MS. STATON:  Form and foundation.
23              MS. ZANGERLE:  Join.
24              MS. PATANE:  Join.
25              THE WITNESS:  I don't believe I spoke to any
```