**GUST ROSENFELD, P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.: 21-CV-00167-PHX-ROS<br><br>**PCH DEFENDANTS' MOTION TO ENLARGE THE PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT [DOC 312]** |

Defendants Phoenix Children's Hospital, Dr. William S. Wood and spouse Rachel Wood; Dr. Kathryn Coffman; and Haley Dietzman and spouse Roald Dietzman ("PCH Defendants"), through counsel, request that the Court enlarge the page limit for the PCH Defendants' Motion for Summary Judgment.

The PCH Defendants have filed a Motion for Summary Judgment. (Doc. 312) The Motion is fully dispositive and encompasses Plaintiffs' federal and state law claims. The Motion covers the health care provided by multiple Defendants and other providers, discusses the opinions of ten expert witnesses disclosed by the PCH Defendants, and addresses multiple legal issues. The total length of the Motion is 25 pages of text.

Pursuant to LRCiv 7.2(e)(1), a motion and its supporting memorandum may not exceed 17 pages, unless otherwise permitted by the Court. Considering the scope of the Motion for Summary Judgment, including, but not limited to, the extensive factual background and the number of legal issues addressed, the PCH Defendants request that the Court grant an enlargement of the page limit up to and including 25 pages.

The PCH Defendants have inquired whether the other parties will oppose this Motion for Enlargement, pursuant to Paragraph 13.c of the Case Management Order. (Doc. 25 at 8.) The other parties have no opposition to this Motion.

DATED this 21st day of September, 2023.

**GUST ROSENFELD, P.L.C.**

By  /s/ Kari B. Zangerle
    Kari B. Zangerle
    Robert C. Stultz
    One East Washington Street, Suite 1600
    Phoenix, AZ  85004-2553
    *Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Mark Shields, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

Georgia A. Staton, Esq.
Ravi V. Patel, Esq.
Jones, Skelton & Hochuli, PLC
40 North Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendants State of Arizona and ADOCS*

Cynthia Y. Patane, Esq.
Rachel L. Werner, Esq.
Gordon Rees Scully Mansukhani, LLP
One Renaissance Square
Two North Central Ave., #2200
Phoenix, AZ 85004
*Attorneys for Defendant Brendan Cassidy*

By /s/ Melody Kern