# EXHIIBIT 1

Phoenix Children's Hospital

ED/UC History and Physical

▓▓▓▓▓▓▓▓▓▓▓▓                 6728809/47104619        02/21/2019 21:23 /
912 9104 A                   DOB: ▓▓▓▓▓▓▓            Rowe, Dorothy H

History of Present Illness:
.: .
Time Seen: 15:50
History Obtained From: patient
Chief Complaint: Hematemesis
Clinical Summary: ▓▓▓▓▓▓▓▓▓▓ is a 60d old male with no significant PMH, born term with no complications,, who presents to the ED with acute onset bruising, hematemesis and conjunctival hemorrhage. Patient's mother was bedside and provided the history. She endorses that ▓▓▓▓ has been more sleepy over the last three days, sleeping through feeds and not crying a whole lot/not as active. Mother has noticed over the last three days he has had bruising around the diaper area and having some blood vessels popping in his eyes bilaterally. yesterday in his spit up, he had brown mucous tinged sputum/spit up. This morning he had some bright red blood in spit up, and then again another episode of emesis that was pink. He is breastfed, has been missing some feeds but overall has good appetite. UOP and stools WNL. Denies fever, cough, or diarrhea. Mom notes that she does have some congestion and wheezing, both mom and dad are sick with a viral illness. No family history of bleeding disorders.

Allergies:
        No Known Allergies:

Patient History:
· Past Medical/Surgical History    Reviewed with patient and/or family and no past medical or surgical history
· Past Family History      non-contributory
· Patient Lives With       mom and/or dad
· Attending Daycare or School      no
· Smoking in the house or exposure to second hand smoke      unknown

· Has patient traveled in the last month?   no
· Are Immunizations Current for Age?         yes

Home Medications:
* Outpatient Medication Status not yet specified

Vitals:

Initial Vital Signs:
· Admission Weight (kg)    4.995 kg

· Temperature (C) 37.1 degrees C
· Temperature (F) 98.8
· Heart Rate       144 bpm
· Respiratory Rate           40 /min
· SpO2    O2 sat (%)         97 %
· NBP Systolic    97 mm HG
· NBP Diastolic   60 mm Hg
· Date/Time       02-21-2019 15:12:00

Phoenix Children's Hospital

ED/UC History and Physical

```
█████████████            6728809/47104619       02/21/2019 21:23 /
912 9104 A               DOB: ████████          Rowe, Dorothy H
```

Physical Exam:
· GENERAL APPEARANCE     Normal: well appearing, alert, no apparent distress
· HEAD   normocephalic, atraumatic
· EYES   --
· --Eye(s) examined:     both eyes
· --Both Eye Normalities: PERRL, no discharge
· --Both Eye Abnormalities:     conjunctival hemorrhage
· EARS   TMs clear/pearly bilaterally
· NOSE   normal nasal mucosa, non-tender sinuses
· MOUTH/THROAT   airway patent, MMM, oropharyx normal without erythema, exudates, lesions,
· NECK   supple, full ROM, no lymphadenopathy
· RESPIRATORY/ CHEST     clear to auscultation, breath sounds equal, good air movement, no increased work of breathing
· HEART/CV       regular rate and rhythm, no murmurs, cap refill <2 seconds
· GASTROINTESTINAL       soft, nontender, nondistended, normal bowel sounds
· GENITOURINARY   normal external male genitalia, normal testicles and phallus
· LYMPHATICS    no cervical, axillary, or inguinal lymphadenopathy
· SKIN   --
· --Skin Normalities:    no rashes
· --Skin Abnormalities:  bruising underneath left axilla on left lateral rib cage and on lower lumbar spine above mongolion spot, also on BL buttock
· NEUROLOGICAL   neurologically intact, no focal deficits
· PSYCHIATRIC    interactive, appropriate, normal mood and affect

Assessment/Plan/Medical Decision Making:
.: .
Assessment: ████████████ is a 60d old male with no significant PMH who presents to the ED with 3 days of ongoing sleepiness/fussiness, bruising around the diaper area, conjunctival hemorrhage and hematemesis. Patient appears well, alert and crying, bruising noted on BL buttock and lower lumbar area. Some larger injected vessels in eyes.

        #Abnormal Bleeding/Bruising
        No Family h/o bleeding disorders; circumcised at two weeks of age with no overt blood loss
Will start PIV and obtain PT/PTT and CBC

Lab Results:
Laboratory Results:
Hematology:
  02-21-19 17:50, CBC and Differential
```
WBC Count         Image has been removed.  15.0     [6.0 - 14.0 K/uL]
RBC Count         Image has been removed.  2.85     [3.80 - 5.40 M/uL]
Hemoglobin        Image has been removed.  8.3      [10.5 - 14.0 gm/dL]
Hematocrit        Image has been removed.  24.8     [32.0 - 42.0 %]
MCV     87        [72 - 90 fL]
MCH     29.1      [24.0 - 30.0 pg]
MCHC    33.5      [31.0 - 37.0 %]
```

Phoenix Children's Hospital

ED/UC History and Physical

```
                          6728809/47104619      02/21/2019 21:23 /
912 9104 A                DOB:                  Rowe, Dorothy H
```

encounter  _S06.6X0A (Acute Issue)

· Disposition     admit
· Condition       stable


* Outpatient Medication Status not yet specified

Attestation Statement:
· Teaching Attestation    I personally examined and evaluated the patient.

I have discussed the patient in detail with Intern/Resident/Fellow and agree
with the findings and plan as documented.


Electronic Signatures:
Outcalt, Kathleen (DO-Resident)  (Signed 02-21-19 20:26)
        Authored: History of Present Illness, Allergies, Patient History, Home
Medications, Vitals, Physical Exam, Assessment/Plan/Medical Decision Making,
Lab Results, Diagnostic Results, Reassessment, Discharge
Pickett, Anthony (MD)  (Signed 02-22-19 15:24)
        Authored: Vitals, Discharge, Attestation Statement


Last Updated: 02-22-19 15:24 by Pickett, Anthony (MD)

Printed By:  Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
ED/UC History and Physical (SCM)  -  Page 8/8         Job 1467292 (06/25/2020 22:49) -  Page 530  Doc# 262

**PCH 1265 cycn**