# EXHIBIT 2

```
FINAL

PHOENIX CHILDREN'S HOSPITAL
Diagnostic Procedure Report

Patient: ███████████
MRN: ██████
DOB: ██████████
Sex: M

Order #: 3584854
Procedure Description: CR SKELETAL SURVEY COMPLETE
Reason For Procedure:  Unexplained bruising with normal labs
Date: 02/21/2019
Visit #: 47104619
Location: Emergency

Attending Physician 1:
Attending Physician 2:
Ordering Physician: Outcalt, Kathleen
Primary Care Physician: Outcalt, Kathleen


EXAM: CR SKELETAL SURVEY COMPLETE, 2/21/2019 7:29 PM

HISTORY: Reason for Exam: Unexplained bruising with normal labs

Age: 60 days

Sex: Male

COMPARISON: None.

TECHNIQUE: A skeletal survey consisting of two views of the skull, frontal and
oblique views of the chest, frontal and lateral views of the spine, frontal view
of the pelvis, frontal views of the humeri, frontal views of the forearms,
frontal views of the hands, frontal views of the femurs, lateral views of the
knees, frontal views of the tibiae/fibulae, lateral views of the ankles, and
frontal views of the feet were obtained.


FINDINGS:

SKULL: Normal.

SPINE: Normal.

CHEST/BONY THORAX: Normal.

PELVIS: Normal.

LOWER EXTREMITIES: Curvilinear fragment of bone at the distal metaphysis of the
right tibia and periosteal reaction which extends the entire length of the right
tibial diaphysis are evidence of fracture.
A subtle curvilinear radiodensity and possible callus formation at the medial
aspect of the distal left tibial metaphysis are also worrisome for fracture.
```

```
Normal femurs and fibulas.

UPPER EXTREMITIES: Normal.

ADDITIONAL COMMENTS: None.


IMPRESSION:

Right and left tibial bucket handle metaphyseal fractures.
Right tibial diaphysis. Periosteal reaction.

Electronically signed by: Dianna Bardo.  2/21/2019 8:07 PM.
Dictated by: Dianna Bardo on February 21, 2019 at 8:04 p.m.
Referring M.D.: Kathleen Outcalt on February 21, 2019 at 7:07 p.m.
```