# EXHIBIT 3

Phoenix Children's Hospital

Child Protection Note SN

```
                              6728809/47104619      02/21/2019 14:58 /
7231                          DOB:                  Pickett, Anthony
```

Child Protection note:
· Type of Note:  Telephone Communication
· Telephone Communication:
TC from Dr. Outcalt, ED resident. Swayde is a 60 day old otherwise healthy male who presents with acute bruising, subconjunctival hemorrhage and hemoptysis. There is no history of trauma. Initial lab work complete and skeletal survey is complete. Bilateral tibias with bucket handle fractures.

Recommend: admission, basic trauma labs, head CT, extended bleeding work up, SW consult and reports to DCS/PD.

CPT to complete formal consult in the AM.


Electronic Signatures:
Dietzman, Haley (FNP)  (Signed 02-21-19 20:38)
        Authored: Child Protection Note


Last Updated: 02-21-19 20:38 by Dietzman, Haley (FNP)