# EXHIBIT 4

```
FINAL

PHOENIX CHILDREN'S HOSPITAL
Diagnostic Procedure Report

Patient: ███████████████
MRN:     ███████
DOB:     ███████████
Sex: M

Order #: 3584872
Procedure Description: CT HEAD WO CONT + 3D RECON 1
Reason For Procedure:  abnormal bruising in a 60d old child, all labs normal so
far
Date: 02/21/2019
Visit #: 47104619
Location: 912

Attending Physician 1: ROWE, DOROTHY H
Attending Physician 2:
Ordering Physician: Outcalt, Kathleen
Primary Care Physician: PATIENT, SELF REFERRED


EXAM: CT HEAD WO CONT + 3D RECON 1, 2/21/2019 9:17 PM

HISTORY: Reason for Exam: abnormal bruising in a 60d old child, all labs normal
so far

COMPARISON: None.

TECHNIQUE: Using a low dose protocol, contiguous axial imaging performed through
the head without contrast administration. In addition to conventional CT imaging,
3D rendering and multiplanar reconstructions were specifically requested. Using
the volumetric images, multiplanar reconstructions and 3D volume surface shaded
postprocessing was performed.

FINDINGS:
There is a small focal punctate subareolar extra-axial focus of acute blood
products overlying the right frontal lobe. There may be an additional small focus
of curvilinear extra-axial acute blood products overlying the left frontal lobe.

The extra-axial spaces are expanded and slightly more hyperdense than expected
which may reflect chronic subdural collections.

There is no other visible intracranial abnormality.

Cerebral hemispheres: Normal.

Cerebellum: Normal.

Visualized brainstem: Normal.

Ventricles: Normal.

Basilar cisterns: Normal.
```

```
Visible orbits: Normal.

Visualized paranasal sinuses: Normal.

Mastoids and middle ear cavities: Normal.

Calvarium/bones: Normal.

OTHER: None.

3D reconstructions: The volume rendered reconstructed images were created from
the volumetric source images. These images demonstrated no osseous abnormality of
the calvarium.

IMPRESSION:
1. Findings worrisome for extra-axial blood products of variable ages. Recommend
MRI brain to exclude sequela of repetitive trauma (SNAT).
2. The 3D images  demonstrated no osseous abnormality of the calvarium.

Electronically signed by: Jeffrey Miller, MD.  2/22/2019 7:35 AM.
Dictated by: Jeffrey Miller on February 22, 2019 at 07:27 a.m.
Referring M.D.: Kathleen Outcalt on February 21, 2019 at 8:12 p.m.
```