# EXHIBIT 5



Admission Date: 02/21/2019 21:23 (MT)
Patient Name: ▇▇▇
MRN: ▇▇▇
Account Number: ▇▇▇
Location: MAIN 9E (912) / 9104-A

## Social Work SNAT Assessment

| | | | |
|---|---|---|---|
| **Last Saved By:** | Marie McCormack | **Last Saved On:** | 02/21/2019 23:15 (MT) |
| **Created By:** | Marie McCormack | **Created On:** | 02/21/2019 22:30 (MT) |

### Patient Information

| | | | |
|---|---|---|---|
| **Patient Name:** | ▇▇▇ | **MRN:** | ▇▇▇ |
| **Address:** | ▇▇▇ | **SSN:** | |
| **Home Phone:** | ▇▇▇ | **DOB:** | ▇▇▇ |
| **Work Phone:** | ▇▇▇ | **Gender:** | Male |
| **Alternative Phone:** | | **Marital Status:** | Single |
| **Race:** | Black/African-Amer. | **Race 2:** | |
| **Ethnicity:** | 2 | **Ethnicity 2:** | |

### Admission Information

| | | | |
|---|---|---|---|
| **Admission Date:** | 02/21/2019 21:23 (MT) | **Account Number:** | 47104619 |
| **Readmit:** | No | **Service:** | Critical Care |
| **Patient Type:** | Inpatient | **Facility:** | SCM |
| **Primary Dx:** | HEMATEMESIS, MG-MD, TRAUMA, INPT | **Location:** | MAIN 9E (912) / 9104-A |
| **Secondary Dx:** | | **Attending Physician:** | Dorothy H Rowe |
| **Final DRG:** | | **Admit Source:** | Home |

### SNAT - Initial Medical Assessment

**Diagnosis/Description of Injuries**
   Per medical chart: acute bruising, subconjunctival hemorrhage and hemoptysis. Bilateral tibias with bucket handle fractures.

**Significant Medical History**
   No SMH

### SNAT - Family Compostition

| | | | | |
|---|---|---|---|---|
| **Household Members** - indicate name, age, and DOB (mm/dd/yy); Additional Information Below | **Answers:** | mother | **Notes:** | Honor Duvall DOB ▇▇▇ |
| | | father | **Notes:** | Donald Sankey ▇▇▇ |

Page 1 of 2

PCH 1355 cycn



**Admission Date:** 02/21/2019 21:23 (MT)
**Patient Name:**
**MRN:**
**Account Number:**
**Location:** MAIN 9E (912) / 9104-A

## SNAT - Assessment

**SNAT Information Obtained From**      Answers:   mother

**SNAT Assessment**

SW c/s received re: SNAT

SW Met with mother at bedside. SW introduced self and role at the hospital. SW observed mother to be breastfeeding pt while crying. Mother reports that she is a social worker too, and she already knows why this SW is here today. SW provided emotional support to mother during this time. SW asked mother to explain what led her to bringing pt to the ED this evening. Per mother, three days ago she noticed some faint bruising to pt around his diaper area. She stated she also noted broken blood vessels in pt eyes. Mother stated Tuesday, the bruising got worse. She reports that today it looks better. Mother reports she became worried because pt has also been more lethargic and was wanting to skip feeds and not eating as much. She reports today he had blood in his spit up, which prompted her to call his PCP, who referred her to come to PCH. Mother reports "the trauma team just came in and said he has healing fractures in his legs." Mother continued to be tearful. Mother denies any known falls/drops/trauma/car accidents or anything that could have caused pt injuries. She reports she asked father on the phone and he denied this as well. Mother reports father is refereeing a game right now and then will be coming to hospital.

Per mother, pt resides at home with her and father. She reports she and father are engaged. She reports she and father are both back to work. She reports she is a social worker, and director of mental health at Lewis prison in Buckeye. She reports father is a coach and coaches track, football and baseball. Mother reports father does not work until the afternoon, so he has pt all day and then drops pt off at maternal grandmother's home and then mother picks him up around 5pm when she gets off of work. She reports he does not go to grandmother's everyday and that it can be sporadic during the week. She reports he did not go there yesterday, but was there Tuesday.  Per mother, she had a normal, uncomplicated vaginal delivery. She reports pt is breastfed. She reports pt sleeps in his crib at home. She reports pt is UTD on immunizations.

Mother denies any history of substance abuse, domestic violence and mental illness. Mother denies any PPD.

Mother expresses worry about a DCS report being on her records due to her job. SW provided emotional support to mother and encouraged her to cooperate with the authorities when they arrived.

SW contacted DCS hotline and spoke to David #3243 who took a report. SW received call from DCS AHIT worker Brenda, who reports she is en route.

SW contacted Buckeye PD and spoke to dispatch. Will await call back from officer.

## SNAT Plan

**Plan Discussed with Family?**      Answers:   yes
**Treatment Plan**

   DCS/PD to investigate
   CPT consult
   Hold DC pending DCS and SW clearance

**Above plan is:**      Answers:   REMAIN OPEN; continue to follow and assist with above items

**DCS Information**      Answers:   assigned DCS worker, name/contact information      Notes:   Jeffery Duncan 602-771-8100

**Police**      Answers:   police officer name/badge #/contact information      Notes:   Officer Booher #4827
                                DR #                                                                                Notes:   2019-0221116

**PCH 1356 cycn**