# EXHIBIT 6

PHOENIX CHILDREN'S HOSPITAL
1919 East Thomas Road
Phoenix, Arizona  85016



Account#:
MR#:
DOB:
Admitted: 02/21/2019
Discharged: 02/23/2019
Patient Class: IP

## REPORT OF CONSULTATION

DATE OF CONSULTATION: 02/22/2019

Pediatric Ophthalmology Consult

Chart reviewed, mother interviewed.  Past ocular history none.  Visual acuity, follows large objects with each eye.  Rotations are full with straight eyes.  Has mild periocular ecchymoses and subconjunctival ecchymoses in both eyes.  Pupils are 4 mm to 2 mm and equally reactive.  Rotations are full.  Cornea, lens, and vitreous are clear in both eyes.  Cup-to-disk ratio 0.0 in both eyes.  There is mild hemorrhage overlying the optic nerve in both eyes.  There is marked hemorrhage of all 3 layers, subretinal, intraretinal, and preretinal in both eyes.  These hemorrhages are nearly confluent and go from the posterior pole all way to the ora serrata in both eyes.  There is mild overlying vitreous hemorrhage in several areas in both eyes.

**ASSESSMENT:**  Intracranial hemorrhaging, mental status changes, bilateral marked retinal hemorrhaging involving both eyes, all 3 layers, and all zones of both eyes.  This is most consistent with abusive head trauma, could be related to a single massive crush injury to the skull, massive single acceleration/deceleration injury, or a repetitive acceleration/deceleration injury.  Careful attention to the possibility of an underlying bleeding disorder or severe health compromise such as sepsis or leukemia is necessary.  His current vision is reduced for his age and prognosis is guarded.  There is hope that the vision will clear with time.

**RECOMMENDATIONS:**  Re-evaluate in 6 to 8 weeks with dilated fundus exam.  If hemorrhaging is not clearing in the vitreous, then a retinal consult with possible vitrectomy would be considered at that 6-week mark.  He may need appropriate stimulation for traumatic brain injury and potential for cortical visual impairment.  Findings discussed with mother and family members.  Reconsult earlier p.r.n.  Thank you very much for this consult.

Visit Time:

Discussion/Care Coordination Time:

Brendan P. Cassidy, MD

BPC/MEDQ/DD:02/23/2019 12:16:17/DT:02/23/2019 14:10:17/J:693414/D:827459600
Electronically Signed: Brendan Cassidy, MD
02/25/2019 06:13:00