# EXHIBIT 7

```
FINAL

PHOENIX CHILDREN'S HOSPITAL
Diagnostic Procedure Report

Patient:
MRN:
DOB:
Sex: M

Order #: 3585086
Procedure Description: MR BRAIN TRAUMA, MR BRAIN WO CONTRAST
Reason For Procedure:  Trauma
Date: 02/22/2019
Visit #: 47104619
Location: Inpatient

Attending Physician 1: ROWE, DOROTHY H
Attending Physician 2:
Ordering Physician: Dion, Zachary
Primary Care Physician: Dion, Zachary


EXAM: MR BRAIN TRAUMA, MR BRAIN WO CONTRAST, 2/22/2019 12:26 PM

HISTORY: Reason for Exam: Trauma

COMPARISON: CT scan of the brain dated 02/02/2019

TECHNIQUE: Multiplanar multisequence MRI of the brain without contrast

FINDINGS:

No ischemia, diffusion restriction or parenchymal hemorrhage.

The cerebral parenchyma is normal.

The myelination pattern is age appropriate.

Again seen are bilateral frontal and parietal mixed T2/FLAIR signal extra-axial
fluid collections. Findings most compatible with chronic bilateral subdural
hematomas. Please note that aging of blood products is not accurate in the
extra-axial spaces.

Also noted are curvilinear foci of gradient echo hypointensity  in the left
greater than right frontal convexity consistent with hyperdense foci seen on
prior CT scan and most likely representing thrombosed cortical veins.

The ventricles are normal.

There is no midline shift or effacement of the basilar cisterns.

The visible orbits are normal.

The craniocervical junction is normal.

The visualized paranasal sinuses are normal.
```

Printed By:  Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
Radiology Report - Page 1/2                Job 1467292 (06/25/2020 22:49) - Page 613  Doc# 284

PCH 1372 cycn

The mastoids and middle ear cavities are normal.

IMPRESSION:

1. Bilateral frontal and parietal extra-axial fluid collections most compatible with chronic bilateral subdural hematomas again noted.

2. Left greater than right frontal convexity curvilinear foci of gradient echo hypointensity likely represent thrombosed cortical veins.

Electronically signed by: Carlos Martinot, MD.   2/22/2019 1:44 PM.
Dictated by: Carlos Martinot on February 22, 2019 at 1:26 p.m.
Referring M.D.: Zachary Dion on February 22, 2019 at 10:08 a.m.