# EXHIBIT 9


**Phoenix Children's Hospital**

|  |  |  |  |
|---|---|---|---|
| MRN: ▮ | Ethnicity: Non Hispanic | Location: MAIN 9E 9104-A | Admit: 02-21-2019 |
| Account: ▮ | Language: English | Race: Black/African-Amer. | DOB: ▮ |
|  |  | Gender: Male |  |

## Discharge Summary

| | |
|---|---|
| **Admission Date** | 02-21-2019 21:23:00 |
| **Discharge Date** | 02-23-2019 |
| **Discharge Attending** | Rowe, Dorothy H |
| **Summary** | ▮ is a previously healthy 2mo male who presented to PCH after unknown mechanism with lethargy with hematemesis and was found to have bilateral tibial metaphyseal fractures, bilateral EAH, and bilateral retinal hemorrhages. Areas of ecchymosis near diaper area were reportedly first noticed on 2/19/19 by mother. Patient reportedly had a brown spit-up on 2/20/19. The next morning the patient reportedly spit up bright red blood. Patient was also reportedly increasingly lethargic over the past three days, including during feeds. Mother was referred to ED by pediatrician. Family denies known history of injury. CPT and Neurosurgery consulted. Admitted to floor. |
| **Consultants** | Patient, Self Referred   () <br> Unknown, Unknown   (Dept of Medicine) |
| **Vital Signs** | **Temp C:** 36.9 *(Tmax: 37.3 Tmin: 36.8)* **HR:** 157 *(149-180)* **RR:** 44 *(34-46)* <br> **BP:** 83/51 *(Systolic: 80 to 127 Diastolic: 33 to 65)* <br> **Oxygen Device:** Room Air *(Last 24 hr: Room Air)* <br> **SpO2:** 97 *(97-100)* **Pain Score:** 0 *(0-2)* <br> **Weight (Kg):** 4.995 Kg <br><br> *Output-* **Blood:** 20 **Urine:** 149 <br><br> **Diet:** Breastmilk |
| **Immunizations** | No Immunizations Recorded |
| **Tobacco Use** | None |
| **Functional Screening** | no indicators present (no alteration in function or ADLs) |

1919 East Thomas Road • Phoenix, AZ  85016 • (602) 933-1000 • www.phoenixchildrens.org

PCH 1234 cycn

ADRENAL GLANDS: Normal.

RIGHT KIDNEY: Normal.

LEFT KIDNEY: Normal.

VASCULATURE: Incidental note of dual arterial supply to right kidney and a retroaortic left renal vein.

LYMPH NODES: Normal.

BOWEL: No significant bowel or mesenteric findings. Small umbilical hernia without signs of incarceration.

BLADDER: Normal.

GENITALIA: Unremarkable.

PERITONEAL CAVITY: No free intraperitoneal air or fluid.

BONES: There is slight flaring at the distal osteochondral rib junctions seen at every visualized level this could be developmental. No fracture is identified.

OTHER: None.

IMPRESSION:
1. Patchy pulmonary opacity right middle lobe likely atelectasis.
2. No significant abnormality of the solid organs or hollow viscus within the abdomen.
3. No fractures identified on review of the osseous structures.

| | |
|---|---|
| **Case Management Case Management Orders** | •Misc Home Health OrderSupplies: Please schedule a repeat skeletal survey for 2-3 weeks, Comments: Please schedule FUSS (week of March 10) and have results provided to Haley Dietzman CPT. Thank you, SVL.<br>FUSS apt scheduled for 3/12/2019; 1:00pm (12:30 check-in)  - (2/22 JO) |
| **Discharge Diet** | Formula or breast milk |
| **Drug Allergies** | No Known Allergies |
| **Clinic Referred to** | Primary Care Provider<br>within 3-5 days |
| **Clinic Referred to** | Neurosurgery 602-933-0975;  Dr. Bragg<br>within 4 weeks   Will need repeat MRI brain prior to appointment<br>Phoenix Children's Main Campus<br>Ambulatory Building<br>2700 N 20th Street<br>Phoenix Arizona 85016<br>CAMBRIDGE GARAGE |
| **Clinic Referred to** | Orthopedic Surgery 602-933-3033;  Belthur or NP/PA<br>within 4 weeks<br>Phoenix Children's Main Campus<br>Main Building Clinics, 2nd floor<br>1919 E Thomas<br>Phoenix Arizona 85016<br>THOMAS GARAGE |
| **Clinic Referred to** | Child Protection Team 602-933-6100<br>within 2 weeks |