# EXHIBIT 10



Male, DOB: ███████, Age: 0 Years, 2 Months
MRN: ███████, Visit: 41436156, 02/28/2019
Wood, William S - Orthopedic Surgery

# Ortho General Template

- ● Initial Visit
- ○ Follow Up Visit
- ○ Post Op Visit
- ○ Hand Clinic Post Op
- ☒ Referred to me for consultation

## Primary Care Physician/Referring Physician

**PCP**
Gosnell, Heather I, MD (General Pediatrics)

**Referring Physician**
Gosnell, Heather I, MD (General Pediatrics)

## Chief Complaint-Reason for Visit

BI LAT TIBIA FX

Lower Extremity Injury New HPI

**CHIEF COMPLAINT :** Bilateral lower leg fracture.

**HPI:** Patient presents with history of traumatic lower extremity injury with pain and swelling consistent with a fracture. The patient was seen at a medical facility, placed in a splint and referred to the Phoenix Children's Orthopedic Clinic for further evaluation. The pain was severe sharp located over the bilateral lower leg, which has been well controlled with splint and oral pain medications. Denies paresthesias, motor loss, or associated symptoms, and presents today for definitive orthopedic evaluation. Mom reports that he is active and is able to pull himself up and moves his leg well without any signs of pain. Mom states they got a second opinion for Opthamology and reported no retinal bleeding. Mom states she will also get a second opinion for neurology. Mom states there was no trauma to Swayde.

Mom works as a social worker.

ED note states that he is a previously healthy 2mo male who presented to PCH after unknown mechanism with lethargy with hematemesis and was found to have bilateral tibial metaphyseal fractures, bilateral EAH, and bilateral retinal hemorrhages. Areas of ecchymosis near diaper area were reportedly first noticed on 2/19/19 by mother. Patient reportedly had a brown spit up on 2/20/19. The next morning the patient reportedly spit up bright red blood. Patient was also reportedly increasingly lethargic over the past three days, including during feeds. Mother was referred to ED by pediatrician. Family denies known history of injury. CPT and Neurosurgery consulted. Admitted to floor. Breastfeeding is going well.

**ROS and PFSH:**

☑ Reviewed and signed past medical, family, and social history and review of systems on the Initial History Questionnaire dated:    2/28/2019

## Home Medications:

This section populated by SCM

| Drug | Instructions |
|---|---|
| acetaminophen 160 mg/5 mL oral suspension | 1.5 milliliter(s) orally every 4 hours, As Needed  3) or moderate pain (pain score 4 7) to severe pain (pain score 8 10) if patient refuses other pain medication options |

## Allergies

This section populated by SCM



Male, DOB: ███████, Age: 0 Years, 2 Months
MRN: ███████, Visit: 41436156, 02/28/2019
Wood, William S - Orthopedic Surgery

Lower Extremity Injury New Plan

**Plan:** I had a long conversation with mom. It does appear to me on imaging that there is a corner metaphyseal fracture of the right tibia with associated periosteal reaction. We discussed that often these fractures in a child this age are due to non accidental trauma. Mother continues to feel that this is not the case. She would like everything possible doen to confirm the diagnosis. To that end, I ordered a Bone Scan and genetic testing labwork to rule out a bone fragility conidtion such as Osteogenesis Imperfecta. Mom can follow up after the bone scan to review results. Mom and social worker understand and are happy with the plan.

**Scribe Attestation:**

🔘 **I am serving as a scribe to document services personally performed by Dr. Wood**

　**Scribe's full name: Cassidy Crews**　　　　　02/28/2019

**Physician Supervision Acknowledgement/Teaching Attestation**

☑ **Scribe Acknowledgement: I personally performed the services described in this documentation by the above scribe in my presence and it is both accurate and complete.**

**Coding: Physician Services**

**Physician Involvement**

☑ **A copy of this consult report has been auto-faxed to the referring provider.**

Save Log

| Author | Status | Saved | Sections authored |
|---|---|---|---|
| Crews, Cassidy (Scribe) | Authored | 2/28/2019 4:19 pm | OrthoGeneralTemplateChapter  VitalSignsSection  ExamSection  ExplanationOfPlanGroup  HPI_MacroSection  PhysicianSupervisionAcknowledgementSection  PlanSection  QuestionnaireReviewedGroup  ScribeAttestationSection |
| Wood, William S (MD) | Final | 3/1/2019 7:53 pm | Coding  ExplanationOfPlanGroup  OrthoGeneralTemplateChapter |

*Electronically signed by Wood, William S (MD) on 3/1/2019 at 7:53pm*