# EXHIBIT 12

Phoenix Children's Hospital

ED/UC History and Physical

```
                          6728809/41457385      03/07/2019 20:30 /
811 8107 A               DOB:                   Davenport, Katherine P
```

History of Present Illness:
.: .
Attending Provider: thompson
Time Seen: 16:44
History Obtained From: parent
Chief Complaint: See Chart
Clinical Summary: 2 month old male with recently diagnosed chronic subdural hematomas,
right and left tibial bucket handle metaphyseal fractures, right tibial diaphysis and retinal hemorrhages here from CPT clinic for assessment of an inc in head circumference. Mom reports no vomiting, no fevers, feeding well, no other injuries reported. Sent for a repeat skeletal survey and head imaging
Negative symptoms: (-) vomiting; (-) LOC; (-) deformity

Allergies:
    No Known Allergies:

Patient History:
· Past Medical/Surgical History    details...
· Past Medical/Surgical History    term
subdural hematomas
retinal hemorrhages
metaphyseal fractures
· Past Family History    non-contributory
· Patient Lives With    mom and/or dad
· Attending Daycare or School    no
· Smoking in the house or exposure to second hand smoke    unknown

· Has patient traveled in the last month?   no
· Are Immunizations Current for Age?    yes

Home Medications:
* Patient Currently Takes Medications as of 03-07-19 13:35 documented in Structured Notes
·      Poly-Vi-Sol: Hx, 1 milliliter(s) orally once a day, Status: Active

ROS:

GI:
Vomiting: (-) vomiting


Musculoskeletal:
Deformity: (-) deformity


Neurologic:
LOC: (-) LOC

Printed By: Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
ED/UC History and Physical (SCM) - Page 1/5        Job 1467292 (06/25/2020 22:49) - Page 180  Doc# 97

PCH 0251 cycn

Phoenix Children's Hospital

ED/UC History and Physical

```
                                6728809/41457385      03/07/2019 20:30 /
811 8107 A                      DOB:                  Davenport, Katherine P
```

Assessment/Plan/Medical Decision Making:
.: .
Assessment: 2 month old male w/ recent w/u for SNAT here for inc head circumference. sent by CPT. will need a skeletal survey and MRI. will call MRI to see availability for anesthesia
PCH Records reviewed for relevant history, labs, and imaging: Yes

Order Entry:
       Skeletal Survey Complete DR,  X-ray to be done: In Radiology Department
         Reason for exam: SNAT w/u, Sedation: No, Anesthesia: No, Isolation: None,
Active, 03-07-2019
       Social Worker Consult, Reason for consult: SNAT w/u, Active, 03-07-2019

Reassessment:
.: .
Reassessment: unable to get MRI done without sedation. will need to admit to trauma. will discuss plan with family and trauma team
Reassessment: 2...
Time: 20:00
Reassessment 2: plan discussed with family in the room. trauma to admit

Discharge:
Diagnosis:
· Problem List   .
  -  Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter  _S06.5X0D (Acute Issue),
  -  Macrocephaly  _Q75.3 (Acute Issue),
  -  Child physical abuse, suspected, initial encounter  _T76.12XA (Chronic Issue)

· Disposition    admit
· Condition      stable

* Patient Currently Takes Medications as of 03-07-19 13:35 documented in Structured Notes
Medication          Instructions      Last Modified Date/Time
Poly-Vi-Sol     1 milliliter(s) orally once a day  03-07-19 13:35

Attestation Statement:
· Teaching Attestation    I personally examined and evaluated the patient.

I have discussed the patient in detail with Intern/Resident/Fellow and agree with the findings and plan as documented.

Printed By:  Gabriel Antillon   * CONFIDENTIAL *    CHARTMAXX
ED/UC History and Physical (SCM)  -  Page 4/5         Job 1467292 (06/25/2020 22:49) -  Page 183  Doc# 97

**PCH 0254 cycn**

Phoenix Children's Hospital

ED/UC History and Physical

```
                                  6728809/41457385        03/07/2019 20:30 /
811 8107 A                        DOB:                    Davenport, Katherine P
```

Electronic Signatures:
Gandhi, Geet B (DO-Fellow)  (Signed 03-08-19 01:19)
        Authored: History of Present Illness, Allergies, Patient History, Home Medications, ROS, Vitals, Physical Exam, Assessment/Plan/Medical Decision Making, Order Entry, Reassessment, Discharge
Thompson, Benjamin J (MD)  (Signed 03-08-19 09:56)
        Authored: Discharge, Attestation Statement
        Co-Signer: History of Present Illness, Allergies, Patient History, Home Medications, ROS, Vitals, Physical Exam, Assessment/Plan/Medical Decision Making, Order Entry, Reassessment, Discharge


Last Updated: 03-08-19 09:56 by Thompson, Benjamin J (MD)

Printed By: Gabriel Antillon     * CONFIDENTIAL *     CHARTMAXX
ED/UC History and Physical (SCM) - Page 5/5         Job 1467292 (06/25/2020 22:49) - Page 184  Doc# 97

**PCH 0255 cycn**