# EXHIBIT 13

```
FINAL

PHOENIX CHILDREN'S HOSPITAL
Diagnostic Procedure Report

Patient: ███████████
MRN: ███████
DOB: ██████
Sex: M

Order #: 3592752-1
Procedure Description: CR SKELETAL SURVEY FOLLOW UP
Reason For Procedure:  SNAT w/u
Date: 03/07/2019
Visit #: 41457385
Location: Emergency

Attending Physician 1:
Attending Physician 2:
Ordering Physician: Gandhi, Geet
Primary Care Physician: Gandhi, Geet


EXAM: CR SKELETAL SURVEY FOLLOW UP, 3/7/2019 6:41 PM

HISTORY: Reason for Exam: SNAT

Age: 2 months

Sex: Male

COMPARISON: February 21, 2019

TECHNIQUE: A skeletal survey consisting of frontal and oblique views of the
chest, frontal and lateral views of the spine, frontal view of the pelvis,
frontal views of the humeri, frontal views of the forearms, frontal views of the
hands, frontal views of the femurs, lateral views of the knees, frontal views of
the tibiae/fibulae, lateral views of the ankles, and frontal views of the feet
were obtained.


FINDINGS:

SPINE: Normal.

CHEST/BONY THORAX: Normal.

PELVIS: Normal.

LOWER EXTREMITIES: There remains asymmetric periosteal reaction along the shaft
of the right tibia medial aspect. There is a healing bucket-handle fracture of
the distal right tibial metaphysis with some residual sclerosis of the distal
metaphysis. Previous suggested abnormality distal left tibia not clearly
identified.

UPPER EXTREMITIES: Normal.
```

Printed By: Gabriel Antillon   * CONFIDENTIAL *    CHARTMAXX
Radiology Report - Page 1/2                    Job 1467292 (06/25/2020 22:49) - Page 378  Doc# 164

PCH 0528 cycn

ADDITIONAL COMMENTS: None.


IMPRESSION:

Progression of healing of bucket handle fracture distal right tibia with residual periosteal reaction right tibial diaphysis.

No new abnormality identified.

Electronically signed by: Richard Southard, MD.  3/7/2019 7:14 PM.
Dictated by: Richard Southard on March 07, 2019 at 7:12 p.m.
Referring M.D.: Geet Gandhi on March 07, 2019 at 4:16 p.m.

Printed By:  Gabriel Antillon     * CONFIDENTIAL *      CHARTMAXX
Radiology Report  -  Page 2/2                          Job 1467292 (06/25/2020 22:49) -  Page 379  Doc# 164

PCH 0529 cycn