# EXHIBIT 14



| | |
|---|---|
| Admission Date: | 03/07/2019 20:30 (MT) |
| Patient Name: | |
| MRN: | |
| Account Number: | |
| Location: | MAIN 6E (PICU - 612) / 6106-A |

## Social Work Progress Note

| | | | |
|---|---|---|---|
| Last Saved By: | Cara Kelly LMSW | Last Saved On: | 03/10/2019 15:21 (MT) |
| Created By: | Cara Kelly LMSW | Created On: | 03/10/2019 15:21 (MT) |

## Patient Information

| | | | |
|---|---|---|---|
| Patient Name: | | MRN: | |
| Address: | | SSN: | |
| Home Phone: | | DOB: | (age 3 month(s)) |
| Work Phone: | | Gender: | Male |
| Alternative Phone: | | Marital Status: | Single |
| Race: | Black/African-Amer. | Race 2: | |
| Ethnicity: | 2 | Ethnicity 2: | |

## Admission Information

| | | | |
|---|---|---|---|
| Admission Date: | 03/07/2019 20:30 (MT) | Account Number: | |
| Readmit: | Yes | Service: | Critical Care |
| Patient Type: | Inpatient | Facility: | SCM |
| Primary Dx: | SDH (interval increase, mass effect) P-202, RRG- INPT | Location: | MAIN 6E (PICU - 612) / 6106-A |
| Secondary Dx: | | Attending Physician: | Robert H Graham |
| Final DRG: | | Admit Source: | Home |

## Social Work Progress Note

**Progress Note**

SW contacted the Arizona Child Abuse Hotline as Mother refused eye examination by opthalmology today. SW requested a return call from assigned case manager to discuss necessity for consent for on-going treatment and family's b/s behavior continuing to escalate to the point of interfering in medical treatment and examination.



| | |
|---|---|
| **Admission Date:** | 03/07/2019 20:30 (MT) |
| **Patient Name:** | |
| **MRN:** | |
| **Account Number:** | |
| **Location:** | MAIN 6E (PICU - 612) / 6106-A |

## Signature

**Signature:** *Cara Kelly LMSW*  **Date Signed:** 03/10/2019 15:21 (MT)

| | | | |
|---|---|---|---|
| Signed By: | Kelly LMSW, Cara | Position: | Social Worker |
| Phone Number: | (602) 933-0750 | Pager Number: | |

Allscripts Generated (Scan)

Page 2 of 2

**PCH 0482 cycn**