# EXHIBIT 15

```
FINAL

PHOENIX CHILDREN'S HOSPITAL
Diagnostic Procedure Report

Patient:
MRN:
DOB:
Sex: M

Order #: 3592847
Procedure Description: MR BRAIN TRAUMA, MR BRAIN WO CONTRAST
Reason For Procedure:  trauma Additional Info: Pt is temporarily on OR schedule
for 11 am. Would like to complete exam under anesthesia and then to OR. Thank you
Date: 03/08/2019
Visit #: 41457385
Location: 612

Attending Physician 1: DAVENPORT, KATHERINE
Attending Physician 2:
Ordering Physician: Lewis, Carey
Primary Care Physician: Lewis, Carey


EXAM: MR BRAIN TRAUMA, MR BRAIN WO CONTRAST, 3/8/2019 11:21 AM

HISTORY: Reason for Exam: trauma Additional Info: Pt is temporarily on OR
schedule for 11 am. Would like to complete exam under anesthesia and then to OR.
Thank you

COMPARISON: MRI brain 2/22/2019

TECHNIQUE: Multiplanar multisequence MRI of the brain without contrast.

FINDINGS:

Bilateral convexity subdural collections are again present. The right-sided
convexity collection is quite small and is unchanged in size. There is a moderate
increase in size of the left convexity subdural collection which measures
approximately 1.0 cm in maximal thickness anteriorly. Signal intensity
characteristics of these subdural collections continue to evolve.

There is insignificant change in left hemispheric mass effect. There is no
subfalcine or transtentorial herniation. Ventricular caliber is unchanged with no
findings of hydrocephalus.

No ischemia. Left greater than right foci of curvilinear increased magnetic
susceptibility over the bilateral frontal convexities are less conspicuous.

The major intracranial vessels flow-voids are maintained.

The globes are intact. Bilateral maxillary and ethmoid sinus mucosal thickening.
Mastoids are normally aerated.

IMPRESSION:
1.  Increase in size of the left convexity subdural collection. Expected signal
evolution of the bilateral subdural hematomas.
```

Printed By:  Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
Radiology Report  -  Page 1/2            Job 1467292 (06/25/2020 22:49) -  Page 376  Doc# 163

PCH 0526 cycn

2. Evolving susceptibility signal at the superior cerebral convexities likely related to cortical vein thrombosis.

Reviewed by: Carter Pelham.  3/8/2019 12:04 PM.

I, Patricia Cornejo, MD, personally reviewed the images and if necessary I edited the report. I agree with the report as now presented.

Electronically signed by: Patricia Cornejo, MD.  3/8/2019 1:27 PM.
Dictated by: Patricia Cornejo on March 08, 2019 at 12:04 a.m.
Referring M.D.: Carey Lewis on March 07, 2019 at 8:21 p.m.

Printed By: Gabriel Antillon    * CONFIDENTIAL *     CHARTMAXX
Radiology Report - Page 2/2                Job 1467292 (06/25/2020 22:49) - Page 377  Doc# 163

**PCH 0527 cycn**