# EXHIBIT 16

**PHOENIX CHILDREN'S HOSPITAL**
1919 East Thomas Road
Phoenix, Arizona  85016

Account#:
MR#:
DOB:
Admitted:  03/07/2019
Discharged:
Patient Class:  IP

## OPERATIVE REPORT

**DATE OF PROCEDURE:**  03/08/2019

**SURGEON:**  Taryn M Bragg, MD

**ASSISTANT:**  Jennifer Ronecker, MD, Fellow.

**PREOPERATIVE DIAGNOSIS:**
Left-sided subdural hematoma/hygroma with brain compression.

**POSTOPERATIVE DIAGNOSIS:**
Left-sided subdural hematoma/hygroma with brain compression.

**PROCEDURE:**
Placement of left-sided subdural drain.

**ANESTHESIA:**  General.

**SPECIMEN:**  CSF/subdural fluid for routine culture.

**BLOOD LOSS:**  None.

**INDICATIONS FOR PROCEDURE:** ▮ is a 10-week-old baby boy who presented previously with bilateral subdural hygromas and tibial fractures as well as retinal hemorrhages. During his initial evaluation there were no neurosurgical indications.  He was discharged on February 23rd.  He re-presented last evening with an enlarging head circumference and imaging studies that showed that the left-sided subdural fluid collection was enlarging as well and felt to be appropriate for drainage.  Risks and benefits of the procedure, including risks of bleeding, infection, CSF leak, need for future revisions, weakness, paralysis, stroke, coma, and death, were discussed in detail, and consent was obtained.

**DESCRIPTION OF PROCEDURE:**  After obtaining the informed consent, ▮ was brought to the operating room, where he was placed in supine position on a standard operating room table and then underwent general endotracheal intubation without difficulty.  At this time, the table was rotated 90 degrees, and his head was turned to the right and placed on a gel pad. An incision was marked in the midpupillary line along the lateral aspect of the fontanelle, and the