# EXHIBIT 17

Phoenix Children's Hospital

Procedure Note-Endotracheal Intubation...

```
                         6728809/41457385        03/07/2019 20:30 /
612 6106 A               DOB:                    Davenport, Katherine P
```

Procedure:
Procedure Note:
Procedure date 03-08-2019.

Procedure Performed: Endotracheal Intubation, procedure was prefromed orally.

The procedure was performed by the Resident/Fellow.

Procedure Indication/Diagnosis Respiratory Failure.

The Procedure was supervised by the attending.

A separate written consent was not required.

A timeout was not done due to the emergent nature of the procedure.

The location of the procedure was bedside.

Additional Sedation/Analgesia was provided using Fentanyl; Midazolam.

Description of procedure: Patient began having desaturations to the 60's shortly after extubation with labored respiratory effort. Bag-mask ventilation increased sats to 100% but patient was not able to maintain saturations on his own. The decision was made to intubate. After sedatives and muscle relaxant given, a 3.5 microcuffed tube was attempted to be passed but was recognized as too large to enter glottis so a 3.0 microcuffed tube was inserted without difficulty using a Miller 0 blade. Position was confirmed by auscultation, volumetric end-tidal $CO_2$, and CXR.

The procedure was performed without difficulty.

The patient tolerated the procedure well.

There were no complications.

Additional Comments b.

Attending physician present during the entire procedure.

```
                    Phoenix Children's Hospital
                 Procedure Note-Endotracheal Intubation...

███████████              6728809/41457385        03/07/2019 20:30 /
612 6106 A               DOB: ███████            Davenport, Katherine P

E&M Code:
·  Care Level: Acute Care Visit Type: Inpatient.


Electronic Signatures:
Graham, Robert H (MD)   (Signed 03-08-19 16:04)
        Authored: Procedure
        Co-Signer: Procedure, E&M Code
Sheikhizadeh, Ali J (MD-Fellow)   (Signed 03-08-19 15:43)
        Authored: Procedure, E&M Code


Last Updated: 03-08-19 16:04 by Graham, Robert H (MD)
```

Printed By: Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
Procedure Note - Page 2/2        Job 1467292 (06/25/2020 22:49) - Page 335  Doc# 141

**PCH 0476 cycn**