# EXHIBIT 18

Phoenix Children's Hospital

Progress Note-Child Protection Team

```
[REDACTED]                   6728809/41457385      03/07/2019 20:30 /
612 6106 A                   DOB: [REDACTED]       Davenport, Katherine P
```

· Date of Service 03-08-2019 16:33

Summary:
2 month old admitted with increasing head circumference noted on follow up. He was hospitalized February 21-23 after he presented to the ED with lethargy and a history of hematemesis.  Workup revealed tibial metaphyseal fracture, bilateral extra-axial blood, bilateral retinal and vitreous hemorrhage. There is no history of any injury to this infant. He was discharged into the care of maternal greatgrandmother, with mother allowed to visit supervised. Father and maternal grandmother have not been allowed to visit.
He returned for follow up yesterday for evaluation of possible bruises and was noted to have increasing head circumference. Referred to ED where MRI without sedation was attempted; could not be completed however it appeared that he had increasing fluid.  He was taken to surgery this morning for drain. MRI showed increase in size of the left convexity subdural collection and evolving susceptibility signal at the superior cerebral convexities likely related to cortical vein thrombosis.
Following discharge, family (mother and MGM) sought opinion from another ophthalmologist who reportedly said that the baby's retinas were normal. They got further radiographs and reported that they were told by a orthopedic surgeon that the fractures were questionable and may be due to OI.  They expressed concern that the staff at PCH did not consider alternative diagnoses, and are adamant that this baby has not been abused.


Interval History:
Hospital Day # 2. 3m  old Male. s/p placement of left subdural drain.  Failed extubation (probably due to laryngospasm) so was reintubated.


Vital Signs:
Temp C: 36.5 (Tmax: 37.1 Tmin: 36.5)        HR: 138 (45-192) RR: 36 (26-50)
BP: 109/87
Oxygen Device: Room Air (Last 24 hr: Room Air)
SpO2: 90 (90-100) Pain Score: 0 (0-0)
Weight (Kg): 5.37 Kg

Glasgow coma scale: 15(15-15)


Intake-   IV: 20
Output-   Urine: 37


Servo: Mode: SIMV/PRVC/PS     FiO2: 45  (30-60) Set Rate: 28     Tidal Volume
Set: 50  (50-65) PEEP: 6      Pressure Support Set: 10    Mean Airway Pressure:

Printed By:  Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
Progress Note  -  Page 1/4                 Job 1467292 (06/25/2020 22:49) -  Page 291  Doc# 130

PCH 0432 cycn

Phoenix Children's Hospital

Progress Note-Child Protection Team

```
[REDACTED]                    6728809/41457385        03/07/2019 20:30 /
612 6106 A                    DOB: [REDACTED]         Davenport, Katherine P
```

 **No Ibuprofen/No NSAIDS 1 dose Other (See Comments) Once (new)
 D5 - 0.9%NS w/20mEq KCl/1000 mL IVF 1000 mL IV Continuous null (new)
 Cefazolin InjectableIV 100 mg IV. Every 8 hours (new)
 Midazolam Injectable 0.55 mg IV Once (new)
 FentaNYL Injectable 5.5 MCG IV Once (new)
 Rocuronium Injectable 5.5 mg IV Once (new)
 Sodium Chloride  0.9% IVF for fluid replacement 1000 mL IV Continuous Every 4 hours (new)
 Sodium Chloride  0.9% IVF for fluid replacement 1000 mL IV Continuous Every 2 hours (new)

PRN:
 Ondansetron  InjectableOmnicell and PRN doses 0.8 mg IV Every 6 hours (new)
 Acetaminophen Oral Liquid 80 mg Oral Every 4 hours (new)

Problem List / Plan:
· Problem List: .
        -  Child physical abuse, suspected, initial encounter  _T76.12XA (Acute Issue),
        -  Conjunctival hemorrhage, right eye  _H11.31 (Acute Issue),
        -  Macrocephaly  _Q75.3 (Acute Issue),
  -  Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter  _S06.5X0D (Acute Issue)
· Plan:
This child was admitted with increasing head circumference from an enlarging subdural fluid (blood) collection. The fluid obtained at surgery was xanthochromic (old blood).  Op note is pending.
The presence of bilateral subdural hemorrhages,  bilateral extensive  retinal and vitreous  hemorrhages, and classic metaphyseal fracture of the distal tibia is very concerning for inflicted injury.  The family is adamant that this is NOT a possibility which raises concerns about their willingness and ability to protect this child.
Workup thus far has included extensive bleeding workup and bone labs (normal) and ongoing to include genetics evaluation, and followup by neurosurgery and orthopedics.
Law enforcement and DCS are involved.  We will continue to follow.

E&M Code:
·  Care Level: Acute Care Visit Type: Inpatient.
·  Non-billable/subsequent visit on same day as H&P.


Disposition:
Assessment and Plan discussed with Healthcare Team.

Time based care:  I spent 60 minutes in total caring for this patient today.

Printed By:  Gabriel Antillon     * CONFIDENTIAL *     CHARTMAXX
Progress Note  -  Page 3/4                Job 1467292 (06/25/2020 22:49) -  Page 293  Doc# 130

PCH 0434 cycn

Phoenix Children's Hospital

Progress Note-Child Protection Team

```
███████████                   6728809/41457385         03/07/2019 20:30 /
612 6106 A                    DOB: ████████            Davenport, Katherine P
```

Greater than 50% of time was spent counseling/coordination of care in the following areas: possible non accidental injury.


Electronic Signatures:
Coffman, Kathryn (MD)   (Signed 03-08-19 16:58)
          Authored: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Recent Results, Active Medications, Problem List / Plan, E&M Code, Disposition


Last Updated: 03-08-19 16:58 by Coffman, Kathryn (MD)