# EXHIBIT 19

Phoenix Children's Hospital

Progress Note-Neurosurgery

```
[REDACTED]                   6728809/41457385       03/07/2019 20:30 /
612 6106 A                   DOB: [REDACTED]        Graham, Robert H
```

· Date of Service 03-11-2019 11:03

Summary:
2mo male with b/l subdural collections and increasing head circumference, now s/p placement of left subdural drain by Dr. Bragg on 3/8.

Interval History:
Hospital Day # 5. 3m  old Male.

Vital Signs:
Temp C: 37 (Tmax: 37.6 Tmin: 36.2)     HR: 157 (113-184) RR: 49 (25-58)
BP: 111/70 (Systolic: 57 to 111 Diastolic: 32 to 79)
Oxygen Device: Room Air (Last 24 hr: Room Air)
SpO2: 93 (93-100) Pain Score: 0 (0-0)
Weight (Kg): 5.37 Kg

Glasgow coma scale: 15(15-15)

Intake-   IV: 181       Enteral: 180
Output-   Drainage: 202       Urine: 484          No. of Stools: 3

Diet: Breastmilk

Physical Examination:
GENERAL: sleeping in crib
EYES: Sclera white, pupils equal
ENT: Nose and oropharynx clear
HEAD/NECK: no masses noted; AF soft, flat, telfa dressing C/D/I with subdural drain in place draining straw-colored fluid; AF 42.5cm
CV: Regular rate
CHEST: symmetric chest rise
LUNGS: Normal work of breathing
ABDOMEN: Soft
SKIN: Warm, dry, well perfused, no rashes
NEURO: sleeping but arousable, opens eyes intermittently, moves all extremities equally and with good strength
MUSCULOSKELETAL: Moving all extremities equally

Active Medications:

Continuous:
 Sodium Chloride  0.9% IVF1000 mL

Printed By:  Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
Progress Note  -  Page 1/3                    Job 1467292 (06/25/2020 22:49) -  Page 282  Doc# 127

PCH 0423 cycn

Phoenix Children's Hospital

Progress Note-Neurosurgery

███████████████       6728809/41457385        03/07/2019 20:30 /
612 6106 A            DOB: ███████           Graham, Robert H

Scheduled:
 **No Ibuprofen/No NSAIDS 1 dose Other (See Comments) Once
 Cefazolin InjectableIV 100 mg IV. Every 8 hours

PRN:
 Acetaminophen Oral Liquid 80 mg Oral Every 4 hours
 OxyCODONE Oral Solution 0.3 mg Oral Every 4 hours

Problem List / Plan:
· Problem List: .
        -  Child physical abuse, suspected, initial encounter  _T76.12XA (Acute Issue),
        -  Conjunctival hemorrhage, right eye  _H11.31 (Acute Issue),
        -  Macrocephaly  _Q75.3 (Acute Issue),
   -  Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter  _S06.5X0D (Acute Issue)
· Plan:
A/P: 2mo male with b/l subdural collections and increasing head circumference, now s/p placement of left subdural drain by Dr. Bragg on 3/8.
- continue subdural drain at 5cm H2O
- f/u culture sent from OR
- daily OFC
- ok to breastfeed, clamp on transferring, then can leave open while breastfeeding
- HOB 30
- care per PICU/trauma
- one bang MRI today

E&M Code:
·  Care Level: Critical Care Visit Type: Inpatient.


· Teaching Attestation    I personally examined and evaluated the patient.

I have discussed the patient in detail with Intern/Resident/Fellow and agree with the findings and plan as documented.


Electronic Signatures:
Bragg, Taryn M (MD)   (Signed 03-11-19 13:56)
        Authored: Attestation Statement
        Co-Signer: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Active Medications, Problem List / Plan, E&M Code
Ronecker, Jennifer S (MD)   (Signed 03-11-19 11:04)
        Authored: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Active Medications, Problem List / Plan, E&M Code