# EXHIBIT 20

Phoenix Children's Hospital

Consultation Note-Ophthalmology

```
███████████████                 6728809/41457385        03/07/2019 20:30 /
612 6106 A                      DOB: ████████           Graham, Robert H
```

· Date of Service   03-11-2019 12:48

· Requesting Physician:       Graham, Robert
· Reason for Consultation:    Rule out retinal hemorrhages
· Location of Consultation:   6106
· Time of Consult: 12:49
· Time of Evaluation:         12:50

· Primary Care Provider       Gosnell, Heather

· History obtained from:      Mother

Chief Complaint:   "We were told the baby has retinal hemorrhages"

History of Present Illness:
2 month 2 week old male with no significant past medical history, born full term without complications. Admitted late February with 3 days intermittent hematemesis, bruising around the buttock area and medial conjunctival hemorrhage. Imaging in ED showed bilateral tibial fractures.

No reported or known trauma, falls, injuries, accidents, either self-witnessed or through the caregivers during the day. There is no known significant family history - specifically mom denies history of bleeding disorders or collagen, brittle bone disorders.

Previous inpatient exam by Dr. Cassidy was positive for retinal hemorrhages, but Mom saw an outside ophthalmologist who did not dilate the child, and was told there were no retinal hemorrhages.

On 3/7, patient was brought to ED after Mom/PCP noticed increasing head circumference at a routine follow-up appointment. They have not noticed any vision changes, eye crossing, or drifting, and say he sees and tracks very well.


Past Medical History:
Reviewed and None.


· Past Surgical History:
Reviewed and None.


· Past Hospitalizations:
Previous PCH hospitalizations:

Printed By: Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
Consultation (SCM) - Page 1/5            Job 1467292 (06/25/2020 22:49) -  Page 199  Doc# 101

PCH 0275 cycn

Phoenix Children's Hospital

Consultation Note-Ophthalmology

```
                              6728809/41457385      03/07/2019 20:30 /
612 6106 A                    DOB:                  Graham, Robert H
```

DFE:  There is a pre-retinal hemorrhage in the inferior macula and 2-3
intraretinal hemorrhages in the mid periphery of the right eye.  There are 2-3
intraretinal hemorrhages in the mid periphery of the left eye.

Otherwise, vitreous, optic nerve, and retinal vessels are WNL OU.


· Images:
PCH image Reports reviewed.

PCH Images reviewed.


Problem List / Plan:
· Problem List: .
         -  Child physical abuse, suspected, initial encounter  _T76.12XA (Acute
Issue),
         -  Retinal hemorrhage, bilateral  _H35.63 (Chronic Issue),
         -  Conjunctival hemorrhage, right eye   _H11.31 (Acute Issue),
         -  Macrocephaly   _Q75.3 (Acute Issue),
   -  Traumatic subdural hemorrhage without loss of consciousness, subsequent
encounter   _S06.5X0D (Acute Issue)
· Plan:
Bilateral retinal hemorrhages require monitoring to ensure resolution.  Follow
up Ophthalmology clinic 1-2 weeks for complete exam.



E&M code:
·  Care Level: Critical Care Visit Type: Inpatient.


Disposition:
Assessment and Plan discussed with Family, Healthcare Team and Trauma.

I plan to continue following this patient..

Time based care:  I spent 80 minutes in total caring for this patient today.

Greater than 50% of time was spent counseling/coordination of care in the
following areas: Possible causes of retinal hemorrhages
Effect on vision
Possibility of neurologic vision loss from brain hemorrhages.


· Attending Physician Acknowledgement I do not have an NP or PA.

Phoenix Children's Hospital

Consultation Note-Ophthalmology

```
                                6728809/41457385     03/07/2019 20:30 /
612 6106 A                      DOB:                 Graham, Robert H
```

Report:
· A copy of this consult report has been sent to the referring provider.    .


Electronic Signatures:
Fecarotta, Christopher (MD)   (Signed 03-11-19 13:05)
         Authored: Date of Service, CONSULTATION, PCP / INFORMANT, HISTORY OF PRESENT
ILLNESS, PAST HISTORY, REVIEW OF SYSTEM, VITAL SIGNS/ I&O/ WEIGHT, PHYSICAL
EXAMINATION, IMAGES, Problem List / Plan, E&M code, DISPOSITION, NP/PA
Attending Physician Acknowledgement, ATTESTATION STATEMENT, Report


Last Updated: 03-11-19 13:05 by Fecarotta, Christopher (MD)

Printed By:  Gabriel Antillon   * CONFIDENTIAL *    CHARTMAXX
Consultation (SCM) - Page 5/5               Job 1467292 (06/25/2020 22:49) -  Page 203  Doc# 101

**PCH 0279 cycn**