# EXHIBIT 21

Phoenix Children's Hospital

Progress Note-Neurosurgery

```
                                    6728809/41457385      03/07/2019 20:30 /
612 6106 A                          DOB:                  Graham, Robert H
```

- Date of Service 03-13-2019 07:06

Summary:
2mo male with b/l subdural collections and increasing head circumference, now s/p placement of left subdural drain by Dr. Bragg on 3/8.

Interval History:
Hospital Day # 7. 3m old Male.

Vital Signs:
Temp C: 36.6 (Tmax: 37.1 Tmin: 36.2)     HR: 141 (118-196) RR: 34 (19-61)
BP: 85/44 (Systolic: 79 to 121 Diastolic: 30 to 74)
Oxygen Device: Room Air (Last 24 hr: Room Air)
SpO2: 96 (91-100) Pain Score: 0 (0-0)
Weight (Kg): 5.43 Kg,  increased by 0.17 kg since 1 day(s) ago

Glasgow coma scale: 14(14-14)

Intake-   IV: 187        Enteral: 165
Output-   Blood: 1       Drainage: 161      Urine: 511          No. of Stools: 1

Diet: Breastmilk

Physical Examination:
GENERAL: sleeping in crib
EYES: Sclera white, pupils equal
ENT: Nose and oropharynx clear
HEAD/NECK: no masses noted; AF soft, flat, telfa dressing C/D/I with subdural drain in place draining straw-colored fluid; AF 42.5cm
CV: Regular rate
CHEST: symmetric chest rise
LUNGS: Normal work of breathing
ABDOMEN: Soft
SKIN: Warm, dry, well perfused, no rashes
NEURO: sleeping but arousable, opens eyes intermittently, moves all extremities equally and with good strength
MUSCULOSKELETAL: Moving all extremities equally


Laboratory Results:

BMP/CMP/RFP: No results in last 24 hours.

Phoenix Children's Hospital

Progress Note-Neurosurgery

```
                              6728809/41457385        03/07/2019 20:30 /
612 6106 A                    DOB:                    Graham, Robert H
```

CBC: No results in last 24 hours.

Coags: No results in last 24 hours.

Active Medications:

Continuous:
  Sodium Chloride  0.9% IVF1000 mL

Scheduled:
 **No Ibuprofen/No NSAIDS 1 dose Other (See Comments) Once
 Cefazolin InjectableIV 100 mg IV. Every 8 hours

PRN:
 Acetaminophen Oral Liquid 80 mg Oral Every 4 hours
 OxyCODONE Oral Solution 0.3 mg Oral Every 4 hours

Problem List / Plan:
· Problem List: .
         -  Child physical abuse, suspected, initial encounter  _T76.12XA (Acute Issue),
         -  Conjunctival hemorrhage, right eye  _H11.31 (Acute Issue),
         -  Macrocephaly  _Q75.3 (Acute Issue),
   -  Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter  _S06.5X0D (Acute Issue)
· Plan:
A/P: 2mo male with b/l subdural collections and increasing head circumference, now s/p placement of left subdural drain by Dr. Bragg on 3/8.
- clamp subdural drain, one bang MRI tomorrow
- f/u culture sent from OR
- daily OFC
- ok to breastfeed, clamp on transferring, then can leave open while breastfeeding
- HOB 30
- care per PICU/trauma

E&M Code:
·  Care Level: Critical Care Visit Type: Inpatient.


· Teaching Attestation    I personally examined and evaluated the patient.

I have discussed the patient in detail with Intern/Resident/Fellow and agree with the findings and plan as documented.

Phoenix Children's Hospital

Progress Note-Neurosurgery

```
▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  6728809/41457385        03/07/2019 20:30 /
612 6106 A                      DOB: ▓▓▓▓▓▓▓▓           Graham, Robert H
```

Electronic Signatures:
Bragg, Taryn M (MD)   (Signed 03-13-19 09:48)
        Authored: Recent Results, Attestation Statement
        Co-Signer: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Active Medications, Problem List / Plan, E&M Code
Ronecker, Jennifer S (MD)   (Signed 03-13-19 07:07)
        Authored: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Active Medications, Problem List / Plan, E&M Code


Last Updated: 03-13-19 09:48 by Bragg, Taryn M (MD)