# EXHIBIT 22

Phoenix Children's Hospital

Progress Note-Neurosurgery

```
                              6728809/41457385      03/07/2019 20:30 /
612 6106 A                    DOB:                  Graham, Robert H
```

· Date of Service 03-14-2019 19:56

Summary:
2mo male with b/l subdural collections and increasing head circumference, now s/p placement of left subdural drain by Dr. Bragg on 3/8.

Interval History:
Hospital Day # 8. 3m old Male. EVD leaking with clamping. One bang completed last night shows interval slight decrease in left subdural collection.

Vital Signs:
Temp C: 37.1 (Tmax: 37.3 Tmin: 36.2)    HR: 151 (114-209) RR: 52 (21-67)
BP: 78/42 (Systolic: 78 to 104 Diastolic: 33 to 73)
Oxygen Device: Room Air (Last 24 hr: Room Air)
SpO2: 100 (95-100) Pain Score: 0 (0-6)
Weight (Kg): 5.35 Kg, decreased by 0.08 kg since 1 day(s) ago
ICP (Intracranial Pressure): 7 (7-7)

Glasgow coma scale: 15(15-15)

Intake-   IV: 123      Enteral: 90
Output-   Drainage: 177      Urine: 427        No. of Stools: 1

Diet: Breastmilk

Physical Examination:
GENERAL: sleeping in crib
EYES: Sclera white, pupils equal
ENT: Nose and oropharynx clear
HEAD/NECK: no masses noted; AF soft, flat, telfa dressing with serosanguinous fluid on dressing, with subdural drain in place draining straw-colored fluid; AF 42.5cm
CV: Regular rate
CHEST: symmetric chest rise
LUNGS: Normal work of breathing
ABDOMEN: Soft
SKIN: Warm, dry, well perfused, no rashes
NEURO: sleeping but arousable, opens eyes intermittently, moves all extremities equally and with good strength
MUSCULOSKELETAL: Moving all extremities equally

Laboratory Results:

Phoenix Children's Hospital

Progress Note-Neurosurgery

▇▇▇▇▇▇▇▇▇ 612 6106 A   6728809/41457385   DOB: ▇▇▇▇▇▇   03/07/2019 20:30 / Graham, Robert H

BMP/CMP/RFP: No results in last 24 hours.

CBC: No results in last 24 hours.

Coags: No results in last 24 hours.

Active Medications:

Scheduled:
 **No Ibuprofen/No NSAIDS 1 dose Other (See Comments) Once

PRN:
 Acetaminophen Oral Liquid 80 mg Oral Every 4 hours
 OxyCODONE Oral Solution 0.3 mg Oral Every 4 hours

Problem List / Plan:
· Problem List: .
        - Child physical abuse, suspected, initial encounter  _T76.12XA (Acute Issue),
        - Conjunctival hemorrhage, right eye  _H11.31 (Acute Issue),
        - Macrocephaly  _Q75.3 (Acute Issue),
   - Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter  _S06.5X0D (Acute Issue)
· Plan:
A/P: 2mo male with b/l subdural collections and increasing head circumference, now s/p placement of left subdural drain by Dr. Bragg on 3/8.

- subdural drain remove today, please observe for leakage from exit site
- NPO midnight for possible OR 3/15
- one bang MRI 3/15 in morning
- f/u culture sent from OR
- daily OFC
- ok to breastfeed, clamp on transferring, then can leave open while breastfeeding
- HOB 30
- care per PICU/trauma

E&M Code:
· Care Level: Critical Care Visit Type: Inpatient.


· Teaching Attestation   I personally examined and evaluated the patient.

I have discussed the patient in detail with the Intern/Resident/Fellow and I have made revisions within this note.

Phoenix Children's Hospital

Progress Note-Neurosurgery

```
[REDACTED]                    6728809/41457385      03/07/2019 20:30 /
612 6106 A                    DOB: [REDACTED]       Graham, Robert H
```

Electronic Signatures:
Bragg, Taryn M (MD)   (Signed 03-14-19 20:03)
        Authored: Recent Results, Problem List / Plan, E&M Code, Attestation Statement
        Co-Signer: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Active Medications, Problem List / Plan, E&M Code
Snyder, Kendall (MD-Resident)   (Signed 03-14-19 20:01)
        Authored: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Active Medications, Problem List / Plan, E&M Code


Last Updated: 03-14-19 20:03 by Bragg, Taryn M (MD)