# EXHIBIT 23



| | | | |
|---|---|---|---|
| | | Location: MAIN 8W 8142-A | |
| MRN: | Ethnicity: Non Hispanic | Race: Black/African-Amer. | Admit: 03-07-2019 |
| Account: | Language: English | Gender: Male | DOB: |

# Discharge Summary

| | |
|---|---|
| **Admission Date** | 03-07-2019 20:30:00 |
| **Discharge Date** | 03-16-2019 |
| **Discharge Attending** | Masuello, Jorge |
| **Primary Care Provider** | Gosnell, Heather I |
| **Primary Care Provider Phone Number** | Office: 623-877-7337 |
| **Primary Care Provider Fax Number** | 623-772-0686 |
| **Summary** | 2m3w male who was previously admitted on 2/21/19 for suspected abusive head trauma evaluation and found to have distal right tibial metaphysis bucket-handle fracture with residual sclerosis, bilateral subdural collections (L>R), bilateral retinal hemorrhages. Patient was discharged home on 2/23/19 to custody of MGGM with Neurosurgery and CPT follow-up. Patient seen in OP CPT clinic 3/7/2019 and found to have increasing OFC. Patient referred back to PCH ED. Neurosurgery consulted. Initially admitted to the floor and then went to OR with Dr. Bragg for subdural drain placement on 3/8 and subsequently transferred to PICU for post-op care. Transferred out of PICU on 3/15, off antibiotics. Subdural drain was pulled out, and he needed clearance by NSGY, SW, CPT prior to discharge. Pt was discharged into the custody of maternal GGM w/ mother allowed to visit twice daily to breastfeed. Provided WIC form for formula. Discussed return precautions and supportive care w/ GGM. Pt to f/u w/ PCP within 5 days and w/ ophthalmology in 1-2 wks. GGM Margaret expressed understanding, and was comfortable w/ plan to discharge. |
| **Consultants** | Gosnell, Heather I   (General Pediatrics)<br>Bragg, Taryn M   (Neurosurgery) |
| **Procedure Name** | Placement of left-sided subdural drain |
| **Date** | 03-08-2018 |
| **Provider** | Taryn M Bragg, MD, Jennifer Ronecker, MD, Fellow |
| **Vital Signs** | **Temp C:** 36.6 *(Tmax: 37.9 Tmin: 36.6)* **HR:** 149 *(135-156)* **RR:** 36 *(32-38)*<br>**BP:** 129/82<br>**Oxygen Device:** Room Air *(Last 24 hr: Room Air)*<br>**SpO2:** 98 *(98-99)* **Pain Score:** 0 *(0-0)*<br><br>**Glasgow coma scale:** 15 *(15-15)*<br><br>*Output-* **Urine:** 222<br><br>**Diet:** Breastmilk |
| **Immunizations** | No Immunizations Recorded |
| **Tobacco Use** | None |
| **Functional Screening** | no indicators present (no alteration in function or ADLs) |

1919 East Thomas Road • Phoenix, AZ  85016 • (602) 933-1000 • www.phoenixchildrens.org

PCH 0236 cycn