IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,            )
                                 )
        Plaintiffs,              )
                                 )
             vs.                 ) Case No.
                                 ) 21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD      )
SAFETY, et al.,                  )
                                 )
                                 )
        Defendants.              )
_____  )

VIDEOCONFERENCE DEPOSITION OF COREY J. ROOD, M.D.

Santa Ana, California
April 6, 2023
10:04 a.m.

Prepared by:                          CARRIE REPORTING, LLC
MICHAELA H. DAVIS                     Certified Reporters
Registered Professional Reporter      2415 E. Camelback Road
Certified Realtime Reporter           Suite 700
Certified Realtime Captioner          Phoenix, AZ 85016
Certified LiveNote Reporter           (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1  BY MS. ZANGERLE:
2      *Q.*  The child was also evaluated and there was
3  determination that an abdominal and pelvis scan is done to
4  determine if there were additional injuries; correct?
5      *A.*  Yes, a CT scan was indicated.
6      *Q.*  So the evaluation doesn't stop when the child
7  leaves the emergency department; correct?
8              MR. CONNELLY:  Form and foundation.
9              THE WITNESS:  In a case like this, no.
10  That's just the beginning.
11  BY MS. ZANGERLE:
12      *Q.*  So that's the reason why it's recommended that a
13  2-month-old that comes in with injuries that are
14  documented to the skeletal system, the brain, eyes, and
15  skin is recommended to be admitted for further evaluation
16  and treatment?
17              MR. CONNELLY:  Form and foundation.
18              THE WITNESS:  Absolutely, yes.
19  BY MS. ZANGERLE:
20      *Q.*  Talking a little bit about Dr. Coffman, you've
21  been asked a lot of questions hypothetically about what a
22  child abuse pediatrician should be involved in with
23  respect to opinions given to authorities about placement.
24  I want to ask you specific questions about Dr. Coffman.
25              It's your opinion in this case that she

Case 2:21-cv-00167-ROS   Document 314-24   Filed 09/21/23   Page 3 of 3
VIDEOCONFERENCE DEPOSITION OF COREY J. ROOD, M.D., 04/06/2023

105

```
 1  complied with the medical care -- with the standard of
 2  care in her evaluation and consultation related to
 3  Swayde Sankey; correct?
 4       A.   That's correct.
 5       Q.   If she is asked and gives an opinion as to
 6  whether or not there is a safety issue that is present for
 7  the child to go back to the same environment in which the
 8  injuries are believed to have occurred, is that within the
 9  standard of care for her to render those opinions?
10            MR. CONNELLY:  Form and foundation.
11            THE WITNESS:  Yes.
12  BY MS. ZANGERLE:
13       Q.   If she believes that the child is potentially
14  placed at risk by returning to that home environment, does
15  the standard of care allow her to express that opinion to
16  either law enforcement or to Child Protective Services or
17  child DCS authorities about that opinion?
18       A.   Yes.
19       Q.   In fact, as a mandatory reporter, if she
20  believes that the child is going to be returned
21  potentially to an unsafe environment, does she have an
22  obligation to speak up?
23            MR. CONNELLY:  Form and foundation.
24            THE WITNESS:  Yes.  Yes.
25            ///
```