# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al., )
        Plaintiffs, )
               vs. ) Case No.
                    ) 21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD )
SAFETY, et al., )
        Defendants. )
_____)

DEPOSITION OF JEFFREY DUNCAN

Phoenix, Arizona
September 29, 2022
10:03 a.m.

Prepared by:                           CARRIE REPORTING, LLC
MICHAELA H. DAVIS                    Certified Reporters
Registered Professional Reporter  2415 E. Camelback Road
Certified Realtime Reporter       Suite 700
Certified Realtime Captioner      Phoenix, AZ 85016
Certified LiveNote Reporter       (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1  You've told plaintiff's counsel you've never
2 seen them.  You don't know what the terms of those
3 contracts are; correct?
4     A.    Correct.
5     Q.    And there were some comments by counsel that the
6 providers at PCH are handsomely paid to refer kids to DCS
7 with allegations of child abuse.
8           Is it your opinion that PCH, in your
9 experience working with them, has some kind of monetary
10 bias in wanting to accuse parents of child abuse so that
11 they can earn money?
12           MR. CONNELLY:  Form and foundation.
13           THE WITNESS:  I've never seen anything like
14 that or felt that way, no.
15 BY MS. ZANGERLE:
16     Q.    So in your experience both working as a member
17 of law enforcement and with DCS, you didn't see anything
18 in your dealing with providers at Phoenix Children's
19 Hospital that led you to believe that there was some
20 nefarious reason why they were referring children to DCS
21 was for their own economic gain; correct?
22     A.    Correct.
23           MR. CONNELLY:  Form and foundation.
24 BY MS. ZANGERLE:
25     Q.    They seemed like concerned providers that were

1 recommendations regarding custodial arrangements for
2 Swayde Sankey?
3     *A.*    No.
4     *Q.*    In your dealings with PCH, did you ever see any
5 of the providers that you thought were motivated by racial
6 bias to make allegations of child abuse?
7         MR. CONNELLY:  Foundation.
8         THE WITNESS:  No.
9 BY MS. ZANGERLE:
10     *Q.*    How many years did you work at DCS in
11 investigations?
12     *A.*    About six and a half.
13     *Q.*    Never saw anything that you thought in your
14 experience that would implicate PCH and its members
15 discriminating against people because of their race in
16 reporting child abuse?
17         MR. CONNELLY:  Foundation.
18         THE WITNESS:  No.
19 BY MS. ZANGERLE:
20     *Q.*    One last thing I want to ask you about is the
21 issue on the timing of the removal.
22         You were asked some questions by plaintiff's
23 counsel about the e-mails that you authored related to the
24 result of the juvenile court proceedings.
25         Do you recall that?