# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,                )
                                     )
         Plaintiffs,                 )
                                     )
             vs.                     ) Case No.
                                     ) 21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD          )
SAFETY, et al.,                      )
                                     )
                                     )
         Defendants.                 )
_____)

<u>VIDEOCONFERENCE DEPOSITION OF CHARLES MASON MAXFIELD, M.D.</u>

Durham, North Carolina
April 7, 2023
10:31 a.m.

Prepared by:                          CARRIE REPORTING, LLC
MICHAELA H. DAVIS                     Certified Reporters
Registered Professional Reporter      2415 E. Camelback Road
Certified Realtime Reporter           Suite 700
Certified Realtime Captioner          Phoenix, AZ 85016
Certified LiveNote Reporter           (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1     *Q.*    Okay. So had there been rib fractures and a
2 metaphyseal fracture, would that indicate potential bone
3 disease?
4            MR. STULTZ: Form and foundation.
5            MS. PATANE: Join.
6            MS. STATON: Join.
7            THE WITNESS: No, it would not. It would
8 provide -- it would detect additional injuries of child
9 abuse.
10 BY MS. DAUSSIN:
11     *Q.*    So in your estimation, the metaphyseal fracture
12 is definitive, irrefutable for child abuse?
13     *A.*    Virtually. I can't say absolutely; we can never
14 say that in medicine. But a metaphyseal fracture is
15 nearly pathognomonic for child abuse, I would say.
16     *Q.*    What does pathognomonic mean?
17     *A.*    Equal. Indicative of.
18     *Q.*    Okay. If you break down the word pathognomonic
19 in two parts, what does it mean? "Patho" meaning?
20     *A.*    Illness. Sick, I guess.
21     *Q.*    And "gnomonic" meaning --
22     *A.*    Yeah. We typically use it in terms of excluding
23 other things in a differential diagnosis. There are a
24 number of radiographic findings that produce a
25 differential: There are three things that can cause this

1  the Society of Pediatric Radiology?
2       *A.*   Yes.
3       *Q.*   And is that a credible and governing society in
4  the field of pediatric radiology?
5       *A.*   It sure is.
6       *Q.*   Scroll down to page 594 of this article.  And
7  what I'm going to read to you from these selections is
8  "Vitamin D Level."  And it states here that further data
9  had demonstrated no correlation between low vitamin D
10 levels and the likelihood of either abusive or accidental
11 fractures in children.
12             Did I read that correctly?
13      *A.*   Yes.
14      *Q.*   And is that your understanding based on the
15 radiological literature?
16      *A.*   Yes.
17      *Q.*   And further in that same paragraph it states:
18 "No study has demonstrated that low serum vitamin D levels
19 without radiographic bone changes increases susceptibility
20 to bone fractures."
21             Did I read that correctly?
22      *A.*   You did.
23      *Q.*   And is that also consistent with your
24 understanding of the literature in pediatric radiology?
25      *A.*   It is, and it's critically important, and I

1  stated it a couple times during the deposition earlier.
2      Q.    Why is it critically important?
3      A.    Because there was some confusion about whether
4  low vitamin D levels can predispose -- of either the mom
5  or the baby can predispose the child to easy fractures
6  from just mild forces.
7            And what we know from multiple studies that
8  this is referring to is that by the time that low
9  vitamin D levels could possibly predispose to fractures,
10 there were other obvious changes on the X-ray that you
11 would see.  I mentioned osteopenia and fraying of the
12 metaphyses.
13           And short of that, if you don't have -- if
14 you don't have that finding, we know that the bone is not
15 weakened to the point of having easy fractures from just
16 routine trauma or mild trauma.
17     Q.    And that last sentence I read to you states that
18 no study has demonstrated that low serum vitamin D level
19 without radiographic bone changes increases susceptibility
20 of bone fractures.
21           In your review of this child's radiographic
22 imaging that you reviewed, did you see any signs of
23 radiographic bone changes?
24     A.    There were no signs of changes to suggest
25 demineralization or fragility or rickets or anything.