# EXHIBIT 7

```
 1               IN THE UNITED STATES DISTRICT COURT
 2                       DISTRICT OF ARIZONA
 3
    Honor Duvall, et al.,                )
 4                                       )
         Plaintiffs,                     )
 5                                       )
    v.                                   ) No. 21-CV-00167-ROS
 6                                       )
    Arizona Department of Child          )
 7  Safety, et al.,                      )
                                         )
 8       Defendants.                     )
                                         )
 9                                       )
    _____)
10
11
12
                      VIDEOCONFERENCE DEPOSITION OF
13                  JONATHAN CHARLES HORTON, MD, PhD
14
                         San Francisco, California
15                           April 21, 2023
                               10:36 a.m.
16
17
18
19
20  CERTIFIED COPY
21
22  Reported by:                    CARRIE REPORTING, LLC
    CARRIE A. CARIATI                Certified Reporters
23  Registered Professional Reporter 2415 East Camelback Road
    Certified Realtime Reporter      Suite 700
24  Certified LiveNote Reporter      Phoenix, AZ 85016
    Arizona CR No. 50355             (480)429-7573
25  carrie@carriereporting.com
```

1              Dr. Horton, that sequence of examinations
2    and their findings by Dr. Cassidy, Dr. Fecarotta, and
3    Dr. Rosenthal over a period of several weeks from late
4    February to late March of 2019, is that consistent with
5    retinal hemorrhaging that were caused by birth?
6              MR. CONNELLY:  Form and foundation.
7              THE WITNESS:  Well, there was much more
8    hemorrhage in this child than we see after childbirth.
9    And so the hemorrhages took a month to resolve instead of
10   just a few days.
11             Does that answer your question?
12   BY MR. STULTZ:
13       Q.    Doctor, in your report you are aware that
14   plaintiffs have alleged the child's injuries occurred
15   during labor and delivery.
16             Did I read that correctly?
17       A.    Yes.
18       Q.    Later in that paragraph, you wrote:  "Any
19   retinal hemorrhages that might have occurred during
20   childbirth would have resolved by the time that
21   Dr. Cassidy examined the child two months later at PCH,"
22   correct?
23       A.    Yes.
24       Q.    So in addition to that, the fact that -- of what
25   Dr. Cassidy saw in his examination and what Dr. Fecarotta

1  saw in his examination and what Dr. Rosenthal documented
2  the resolution to be recommended in her examination, that
3  sequence of events -- is that sequence of events
4  inconsistent with retinal hemorrhages that occurred during
5  birth?
6              MR. CONNELLY:  Form and foundation.
7              THE WITNESS:  Retinal hemorrhages that
8  occur at birth are done in a week.  So this child was born
9  I believe on the 25th of December, 2018.  By New Year's
10 Day, it would be inconceivable that there would be any
11 hemorrhages present.
12             So the hemorrhages observed when
13 Dr. Cassidy examined the child on the 22nd of February,
14 2019, all had to be de novo hemorrhages that would have
15 occurred a few days before the child was admitted to the
16 hospital.
17 BY MR. STULTZ:
18    Q.   In fact, in his deposition testimony,
19 plaintiffs' expert, Dr. Lefkowitz, testified that he also
20 believed that any retinal hemorrhages from birth would
21 have resolved by February of 2019.
22             Do you recall reading that?
23    A.   I recall reading that, and that's one of the
24 points on which I would be in agreement with
25 Dr. Lefkowtiz.