**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br>**ORDER** |

This matter having come before the Court on PCH Defendants' Motion to Enlarge the Page Limit for Motion for Summary Judgment (Doc. 312), and good cause appearing,

**IT IS ORDERED** that the PCH Defendants' Motion to Enlarge the Page Limit for Motion for Summary Judgment is _____.