# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Before the Court is the PCH Defendants' Motion to Enlarge the Page Limit for Motion for Summary Judgement located at Doc. 312 (Doc. 313). As the Parties do not oppose this motion, and good cause appearing,

**IT IS ORDERED** the PCH Defendants' Motion to Enlarge the Page Limit (Doc. 313) is **GRANTED**.

Dated this 22nd day of September, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge