EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald<br>Sankey, Junior, an individual;<br>S.Z.S., a minor, through his parents<br>and guardians Honor Duvall and<br>Donald Sankey,<br><br>            Plaintiffs,<br><br>vs.<br><br>Arizona Department of Child Safety,<br>a governmental entity; State of<br>Arizona, a governmental entity;<br>Brenda Gualajara; Fernando Araizo;<br>Alyssa Lucero; Jeffrey Duncan;<br>Chantel Madson; Brendan Cassidy;<br>Phoenix Children's Hospital, Inc.,<br>et al.,<br><br>            Defendants. | ) Case No.<br>) 21CV00167-PHX-ROS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

VIDEOTAPED DEPOSITION OF DONALD SANKEY

Phoenix, Arizona
January 12, 2022
9:00 a.m.

REPORTED BY:
LINDA BLACKMON, RPR/RMR
Certified Reporter
Certificate No. 50320

PREPARED FOR:

(Copy)



```
1                    I N D E X

2   WITNESS                                    Page

3   DONALD SANKEY

4              Examination by Ms. Staton          7

5              Examination by Ms. Zangerle      213

6              Examination by Ms. Patane        276

7              Examination by Mr. Connelly      310

8

9                  E X H I B I T S

10  Deposition
    Exhibits:        Description              Page
11

12  1   Notice of Duty To Inform (2 pages)     68
        Bates AZDCS000151-152
13
    2   Buckeye Police Report (21 pages)       72
14      Bates BPD000001-021

15  3   Photographs of  ████  (16 pages)       94
        Bates BPD000025
16
    4   Present Danger Plan (4 pages)         103
17      Bates AZDCS000153-156

18  5   Imaging Report interpreted by         119
        Dr. Galvez-Trevino (2 pages)
19      Bates AZDCS000731-732

20  6   Radiology Report (Addendum) taken 2-25-19   120
        signed by Dr. Galvez-Trevino
21      (1 page) Bates AZDCS000832

22  7   Report of Consultation taken 2-22-19  129
        by Brendan Cassidy, M.D.
23      (1 page) Bates PCH 1281 CYCN

24  8   Team Decision Making Summary Report   131
        (5 pages) Bates AZDCS000157-161
25
```



1    **A.**    **Okay.**

2    Q.    All right, sir.  Your background, I just need

3  to find out a little bit more about you.  Where were you

4  born, sir?

5    **A.**    **I was born in Birmingham, Alabama.**

6    Q.    And I'm trying to get just a sense of -- my

7  understanding is that you moved to Arizona in July of

8  2016.  Does that sound about right to you?

9    **A.**    **Yeah.  Yeah.**

10    Q.    Okay.  Where -- did you live in Alabama until

11  you moved to Arizona?

12    **A.**    **No.  So I -- so my dad's military.  I was born**

13  **in Birmingham, Alabama, then we -- we moved pretty much**

14  **every three years.  So we got stationed in Japan,**

15  **Germany, Hawaii.  Then my dad got stationed on Fort**

16  **Riley, Kansas, and that's where I pretty much grew up,**

17  **was in Kansas, from middle school up until I graduated**

18  **from college.**

19    Q.    Okay.

20    **A.**    **My dad, he got deployed in Georgia, so I just**

21  **ended up staying in Kansas --**

22    Q.    Okay.

23    **A.**    **-- and going to college and playing out there,**

24  **yeah.**

25    Q.    All right.  Let me make sure I understand.  So

16

1 you said from about middle school on --

2    A.    Yeah.

3    Q.    -- you were in Kansas?

4    A.    Yeah.

5    Q.    And you stayed in Kansas basically until you

6 graduated --

7    A.    Yeah.

8    Q.    -- from college?

9    A.    Yeah.  I believe I left Kansas to come here, so

10 it was, like, 2015 was my last year going into 2016 in

11 Kansas.

12    Q.    Okay.  All right.  And you graduated from

13 college.  Is it Washburn --

14    A.    Yes.

15    Q.    -- University?

16    A.    Uh-huh.

17    Q.    And that's in Topeka?

18    A.    Uh-huh.

19    Q.    Is that "yes"?

20          MR. CONNELLY:  "Yes" or a "no"?

21    A.    Yes.  Sorry.  Sorry.  Yes.

22    Q.    BY MS. STATON:  That's okay.

23    A.    Yes.

24    Q.    Don't worry about it.  People do that all the

25 time.  Okay?



17

1    A.    Got you.

2    Q.    All right.  All right.  You moved to Arizona

3  right around July of 2016; is that right?

4    A.    Yes.

5    Q.    And then you left Arizona, at least according

6  to the information I have, in August of 2019; is that

7  right?

8    A.    Yes.

9    Q.    Okay.  So you were here for about three years?

10   A.    Yes.

11   Q.    And when you left in 2019, where did you go?

12   A.    I went to Oklahoma.

13   Q.    How long did you live in Oklahoma?

14   A.    I was -- I was in Oklahoma for a year.  Yeah.

15   Q.    So -- so that would be from approximately

16  August of 2019 to August of 2020?

17   A.    Yeah, I would say so.  Yeah.

18   Q.    And when you were in Oklahoma, were you

19  employed?

20   A.    Yes.  I was coaching at the University of

21  Central Oklahoma.

22   Q.    Okay.  Was that a full-time position?

23   A.    No.  I was a grad assistant.

24   Q.    A graduate assistant.  What does --

25   A.    Yeah.

18

1    Q.    Tell me what that means.

2    **A.    So, like, you're -- you're on the coaching**

3 **staff, but you're, like, going to school as well, but I**

4 **had already graduated, so they just set something in**

5 **place for me so --**

6    Q.    Okay.

7    **A.    -- I can coach.**

8    Q.    All right.

9    **A.    Yeah.**

10    Q.    Were you paid for your position?

11    **A.    Yes.**

12    Q.    What were you paid?

13    **A.    I don't even remember, to be honest with you.**

14 **It wasn't very much.  It was just a stipend.**

15    Q.    All right.  You have -- well, let me ask.  You

16 were paid a stipend, right?

17    **A.    Yeah.**

18    Q.    And I assume you paid taxes on -- on the

19 stipend, correct?

20    **A.    Yeah, I believe so.**

21    Q.    Okay.  Was it -- you said it -- it was not a

22 full-time position --

23    **A.    No, so, I mean --**

24    Q.    Go ahead.

25    **A.    It's a full-time position because I'm there**

20

1          All right.  So let me ask it again.  You

2   said it was not a full-time position in the sense that

3   you were paid a -- like a full --

4       **A.      Exactly.**

5       Q.      -- like a full-time faculty member?

6       **A.      Yes.  Correct.**

7       Q.      Okay.  Did you ever move up the chain beyond

8   being a graduate assistant?

9       **A.      No.  COVID and all that came, so they actually**

10  **took the season away.**

11      Q.      Okay.

12      **A.      So, yeah.**

13      Q.      Any -- any other employment while you were in

14  Oklahoma?

15      **A.      Any other employment?**

16      Q.      Yeah.

17      **A.      Well, I've been -- I, like, run my own printing**

18  **business, so I have been doing that since I actually**

19  **moved here, so...**

20      Q.      So we'll -- we'll talk about that.

21              And the printing business, if I understand

22  correctly, was a T-shirt business that you had?

23      **A.      Yeah.  T-shirts, hats.  I do sublimation,**

24  **embroidery, jerseys.  I do a lot of stuff.**

25      Q.      All right.  And -- and we'll talk about that in



26

1   care for an infant?

2       A.    As far as, like -- like, working in a nursery,

3   like, at church and stuff like that.  That was it.

4   Other than that, no.

5       Q.    Okay.  You said working in a nursery.

6       A.    Yeah.  So my mom -- every -- every Wednesday

7   and Sunday, I had to go to church.  My mom was the lady

8   who ran the nursery at the church.

9       Q.    Okay.

10      A.    So I would have to go in there and help her

11  more times than often, so...

12      Q.    And what were the age of the -- the children in

13  the nursery?

14      A.    They were, I want to say, like, crawling,

15  toddlers, to, like, babies that you, like, have to hold.

16      Q.    Well --

17      A.    Like newborns.

18      Q.    Okay.  I was going to say you have --

19      A.    Yeah.

20      Q.    -- two children, so you can describe it for me.

21  So what's the youngest age?

22      A.    So, like, from -- from my son's age to, like,

23  my daughter's age and younger.

24      Q.    Okay.

25      A.    So my son is three at this moment, and then I

27

1   would say kids were in there that were two months, three

2   months, four months, you know.

3        Q.    And at the time that your mother ran this

4   church nursery --

5        A.    Uh-huh.

6        Q.    -- how -- how old were you?

7        A.    I was high school all the way up until they

8   left, until, like, we all went our separate ways.

9        Q.    So --

10        A.    So they -- they left -- I'm not totally sure

11   when they left Kansas, but they were doing it up until

12   they left Kansas.

13        Q.    All right.  So did -- when you were working --

14   or not working.  Was it just a couple of hours on a

15   Wednesday and a Sunday?

16        A.    Yeah.  So as -- while the -- while church is

17   going on, you know, the parents who didn't want their

18   kids in church, they would check them in to the nursery,

19   and then we just had --

20        Q.    And what -- what did you do in the nursery?

21        A.    Everything my mom told me to do.  I mean, I had

22   to feed the kids, hold the kids, you know, take out

23   trash.  You know, just helpful stuff.

24        Q.    Play with the children?

25        A.    Yeah.  Pretty -- that was pretty much it.



28

```
1    Q.    But pretty much playing with the kids --

2    A.    Yeah.

3    Q.    -- and keeping them happy?

4    A.    Occupied, yeah, while church was going on.

5    Q.    Okay.  During -- did you -- did you have to

6    change diapers?

7    A.    I changed a few diapers, yes.

8    Q.    Okay.  That wasn't something you did regularly

9    in that -- as -- as working in that nursery, was it?

10   A.    No.

11              MR. CONNELLY:  Form.

12   Q.    BY MS. STATON:  Okay.  Other than changing a

13   few diapers in the time that you were working --

14   A.    Uh-huh.

15   Q.    -- with your mother in the nursery, did you

16   ever care for an infant prior to the birth of ████

17   A.    From that point on?

18   Q.    Yeah.

19   A.    No.

20   Q.    Okay.

21   A.    No, ma'am.

22   Q.    Okay.  The degree you -- degree you got was

23   from Washburn University; is that right?

24   A.    Yes.

25   Q.    Was that in physiology?
```



1    A.    It was integrative studies with an emphasis in

2  exercise physiology.

3    Q.    Is that a bachelor's degree?

4    A.    Yes.

5    Q.    And do you have any -- were you ever licensed

6  as a teacher?

7    A.    No.  So when I moved here, they tried to get me

8  to teach, but I didn't want to teach, so I did security,

9  so...

10    Q.    Okay.  Let me -- let me back up and make sure I

11  understand.

12              You said when you moved here, meaning when

13  you moved to Arizona in --

14    A.    Yes.

15    Q.    -- in 2016, you said, "They tried to get me to

16  teach."  Who's the "they"?

17    A.    So before I came to Arizona, I was coaching at

18  Butler Community College.  It's a football team in

19  Kansas.  The coach at Verrado High School, I guess,

20  found me somehow, came out to Kansas to meet me and told

21  me to come out here and he had a position for me.

22              He wanted me to teach.  But I told him the

23  only thing that I would teach was P.E.  So they tried to

24  look for me P.E. jobs, but they didn't have any.  So I

25  was like, "No.  Well, I'm not going to do anything



30

1   **besides P.E."  And he was, like, "Well, we got a**

2   **security opportunity open."  So I did security.**

3   Q.    Okay.  So let me make sure I've got the picture

4   here.  The move from Kansas --

5   **A.    Uh-huh.**

6   Q.    -- to Arizona --

7   **A.    Uh-huh.**

8   Q.    -- was because you had been -- I'll use the

9   term recruited by someone here in Arizona at Verrado

10  High School to come here to Arizona and teach or coach,

11  right?

12  **A.    Correct.**

13  Q.    Okay.  So you were the one that had the job

14  opportunity in terms of moving from Kansas to Arizona?

15  **A.    Correct.**

16  Q.    And so if I understand correctly, you -- you

17  were never licensed here in the state to teach; is

18  that --

19  **A.    Correct.**

20  Q.    -- true?  That's right?

21  **A.    Correct.**

22  Q.    So you were a security guard at the school?

23  **A.    Uh-huh.  Yes, ma'am.  Sorry.  Yes.**

24  Q.    And during what time period were you a security

25  guard?



31

1  A.    So I did security right when I got here at

2  Verrado, and then I went to Desert Edge and did security

3  as well.  So I did security at two different high

4  schools out here.

5  Q.    And are they both in the same district?

6  A.    Yes, they are in the same district.  They play

7  each other, actually, yeah.

8  Q.    Okay.

9  A.    So...

10  Q.    Do you know the district that Verrado and

11  Desert Edge are in?  Is it Tolleson?

12  A.    No, it's not Tolleson, because after Desert

13  Edge, I went to Sierra Linda, and they're in Tolleson

14  District.

15  Q.    Okay.

16  A.    Because Verrado is way out in Buckeye, and

17  Desert Edge is in Goodyear.  I'm not sure of the --

18  Q.    Okay.

19  A.    -- of the district.

20  Q.    All right.  So if I -- if I understand

21  correctly, while you were here in Arizona, you worked as

22  a coach.  Did you work as a coach for each of those

23  schools?

24  A.    Uh-huh.  All three of them, yes.

25  Q.    And that's Verrado, Desert Edge and Sierra?

334

1    Q.    Was Honor -- while you were dating, was she on

2  birth control?

3    A.    Yeah.

4    Q.    And did she go off birth control at some point?

5    A.    Yeah.

6    Q.    Do you know when that was?

7    A.    I want to say 2017, maybe.  2018.

8    Q.    And what was the reason she went off birth

9  control at that time in 2017?

10    A.    Well, she was trying to have a baby.

11    Q.    And you knew she had gone off the birth

12  control, right?

13    A.    Yeah.  She told me millions of times.

14    Q.    And you both agreed that that's what she should

15  do so that you could try to have a child, right?

16    A.    Correct.  Yes.

17    Q.    And so you both were -- agreed that you wanted

18  to have children?

19    A.    Correct.  Yes.

20    Q.    And so you began trying to have children in

21  2017; is that right?

22    A.    Correct.

23    Q.    And how did that go?

24    A.    It went good.  Well, she got pregnant the first

25  time and then lost it, and then we had to wait the next

335

1    year.  So it went --

2       Q.    So let's -- let's step back for a minute.

3             You began trying to have a baby in 2017,

4    right?

5       A.    Correct.

6       Q.    Do you recall when it was that you found out

7    that she was pregnant?

8       A.    I want to say around Christmastime, maybe.

9    Maybe a little bit after Christmas.

10      Q.    Of 2017?

11      A.    Correct.  Yeah, if I'm not mistaken, yeah.

12      Q.    And then you said she had a miscarriage?

13      A.    Yes.

14      Q.    And do you know when it -- do you remember when

15   it was that she had the miscarriage?

16      A.    I want to say after New Year, for sure.

17      Q.    In 2018?

18      A.    Correct.  Yes.

19      Q.    And how did you feel when that happened?

20      A.    I felt terrible.  I really felt bad for her

21   because I knew -- I knew how hard she was working,

22   because I -- I don't know what she has or what's it

23   called, but she just can't get pregnant easy.  Like, she

24   has to do a whole bunch of stuff, so...

25      Q.    And you didn't find out about that -- is it



336

1  true that you didn't find out about that until after the

2  miscarriage?

3  **A.   Correct.**

4  Q.   And so after the miscarriage, you found out

5  that -- that Honor has a medical condition that makes it

6  difficult for her to become pregnant, right?

7  **A.   Correct.**

8  Q.   And she has to take some medication to assist

9  in her becoming pregnant?

10 **A.   Correct.**

11 Q.   And so did she take that medication after the

12 miscarriage?

13 **A.   Correct.**

14 Q.   And you both were agreed that that's what you

15 wanted to do?

16 **A.   Correct.**

17 Q.   Because you both were agreed that you wanted to

18 have children?

19 **A.   Correct.**

20 Q.   Did you -- how old were you in 2017?

21 **A.   28, 27.**

22 Q.   What year were you born?

23 **A.   '89.  See, I'm bad with dates.**

24 Q.   '89.  Okay.

25 **A.   So I was, like, 28.**



1    Q.    And do you think that at 28, you were prepared
2  to be a father?
3    **A.    Oh, yeah.  I thought I was.  Yeah.**
4    Q.    Do you -- do you -- did you think that you --
5  growing up, had you ever heard of anybody taking
6  parenting classes outside of being ordered to do so by a
7  Court?
8    **A.    No, I never heard of parenting classes, ever.**
9    Q.    And when -- when -- did you go with Honor to
10  any of her doctors' appointments after the miscarriage?
11   **A.    I don't think so, no.**
12   Q.    All right.  But did any -- did a doctor ever
13  say, "You know what, if you're going to be parents, you
14  should take a parenting class before you have a child"?
15   **A.    No.**
16   Q.    What was it that you had to do after the
17  miscarriage to get pregnant?
18   **A.    I just had to be there, but I know she had to**
19  **take a whole bunch of pills.  She had, like, this app on**
20  **her phone where they, like, conducted the days and**
21  **dates.**
22   Q.    That would tell her when she was --
23   **A.    Yeah.**
24   Q.    -- most fertile?
25   **A.    Correct.  Yes.**



338

1    Q.    And the best times to try to conceive a child?

2    A.    **Correct.  Yes.**

3    Q.    And you guys --

4    A.    **Yes.**

5    Q.    -- followed -- followed all of that?

6    A.    **Correct.**

7    Q.    And that's because you really wanted to have a

8  child, right?

9    A.    **Correct.  Yeah.  A boy and --**

10   Q.    You were hoping for a boy?

11   A.    **For sure, yeah.**

12   Q.    And then Honor got pregnant with ███████ right?

13   A.    **Correct.  Yeah.**

14   Q.    And how did you feel about that when she got

15 pregnant?

16   A.    **I was happy.**

17   Q.    Was there any time during all of that when you

18 were depressed about the idea of being a father?

19   A.    **No, never.**

20   Q.    And so is it then when -- were you concerned

21 that she would miscarry again?

22   A.    **Well, yeah.  That was one of the concerns,**

23 **yeah, because I didn't -- I don't have -- I don't know**

24 **how it goes, so I don't know why you miscarriage or what**

25 **goes along with all of that.  So, yeah, I was a little**



339

1  bit scared.

2      Q.    After you found out that Honor was pregnant in

3  the -- was there a point in time where the fear of

4  miscarriage kind of went away?

5      A.    Yeah.  It was, like, once you see them, like,

6  get the --

7      Q.    The ultrasound?

8      A.    Correct.  Yeah.  Then it's like, "Oh, he's

9  there."  So you just pray every day, just, like, hope

10  everything is healthy.  But I made sure, like -- like,

11  she was getting sleep and she was getting fluids and

12  hydrating and stuff like that.  I was on it, on top of

13  it, yeah.

14      Q.    So you were caring for Honor while she was

15  pregnant to ensure her health and the health --

16      A.    Yeah.

17      Q.    -- of your --

18      A.    Correct.

19      Q.    -- of your child that she was carrying?

20      A.    Correct.  Yes.

21      Q.    What did you do after you were -- you know, you

22  felt good that there wasn't going to be a miscarriage,

23  what did you do to prepare for the birth of ██████

24      A.    Like I told them, I know we babyproofed the

25  house.  I bought a bunch of stuff, clothes, a crib,

340

1  toys.  I bought a bunch of stuff.  Like, watched videos

2  on the phone.  Other than that, that was about -- I

3  didn't really know what else I -- there was to do but

4  wait.

5  Q.    And you were waiting excitedly?

6  A.    Correct.  Yes.

7              MS. STATON:  Object to the form.

8  Q.    BY MR. CONNELLY:  You wanted to have this baby?

9  A.    Correct.

10             MS. STATON:  Object to the form, leading.

11             MS. ZANGERLE:  Join.

12  Q.    BY MR. CONNELLY:  You were thrilled beyond

13  belief when you had a son, right?

14             MS. STATON:  Object to the form, leading.

15  A.    Correct.  Yes.

16             MS. PATANE:  Join.

17             MS. ZANGERLE:  Join.

18  Q.    BY MR. CONNELLY:  Was there any time during

19  those first two months after ███████ was born that you

20  questioned the wisdom of having a child?

21  A.    No, never.

22  Q.    Was there any time during those first two

23  months that ███████ crying was so irritating, that you

24  began to feel irritated?

25  A.    No, never.



402

```
1   STATE OF ARIZONA     )
                         )  ss.
2   COUNTY OF MARICOPA   )

3         BE IT KNOWN that the foregoing proceedings were
    taken before me; that the witness before testifying was
4   duly sworn by me to testify to the whole truth; that the
    foregoing pages are a full, true and accurate record of
5   the proceedings, all done to the best of my skill and

6   ability; that the proceedings were taken down by me in
    shorthand and thereafter reduced to print under my
7   direction.

8
          I CERTIFY that I am in no way related to any of
9   the parties hereto nor am I in any way interested in
    the outcome hereof.
10
          [X] Review and signature was requested.
11        [ ] Review and signature was waived/not requested.
          [ ] Review and signature not required.
12

13        I CERTIFY that I have complied with the ethical
    obligations set forth in ACJA 7-206(F)(3) and ACJA
14  7-206 J(1)(g)(1) and (2). Dated at Phoenix, Arizona,
    this 1st day of February, 2022.
15

16                    /s/ Linda Blackmon

17                    _____
                      Linda Blackmon, RPR, RMR
                      Certified Reporter
18                    Arizona CR No. 50320

19              *        *        *        *

20        I CERTIFY that GRIFFIN GROUP INTERNATIONAL has
    complied with the ethical obligations set forth in ACJA
21  7-206 (J)(1)(g)(1) through (6).

22

23                    /s/ Pamela A. Griffin

24                    _____
                      GRIFFIN GROUP INTERNATIONAL
                      Registered Reporting Firm
25                    Arizona RRF No. R1005
```

