EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
Honor Duvall, an individual; Donald   ) Case No.
Sankey, Junior, an individual;        ) 21CV00167-PHX-ROS
S.Z.S., a minor, through his parents  )
and guardians Honor Duvall and        )
Donald Sankey,                        )
                                      )
           Plaintiffs,                )
vs.                                   )
                                      )
Arizona Department of Child Safety,   )
a governmental entity; State of       )
Arizona, a governmental entity;       )
Brenda Gualajara; Fernando Araizo;    )
Alyssa Lucero; Jeffrey Duncan;        )
Chantel Madson; Brendan Cassidy;      )
Phoenix Children's Hospital, Inc.,    )
et al.,                               )
                                      )
                                      )
           Defendants.                )
_____)
```

VIDEOTAPED DEPOSITION OF HONOR DUVALL

Phoenix, Arizona
January 14, 2022
9:00 a.m.

REPORTED BY:
LINDA BLACKMON, RPR/RMR
Certified Reporter
Certificate No. 50320

PREPARED FOR:

(Copy)



Griffin Group International
888.529.9990 | 602.264.2230

```
 1     Q.    Okay.  And now that you've seen and -- and
 2  flipped through the pages and read them, does that
 3  refresh your memory as to whether you have any
 4  additional notes, timelines?
 5     A.    No.
 6     Q.    Okay.  I want to ask you about your education.
 7     A.    Okay.
 8     Q.    You were -- did you get an associate of arts
 9  degree to begin with?
10     A.    No.
11     Q.    So your first degree was as a bachelor's
12  degree?
13     A.    That's correct.
14     Q.    Is it a bachelor -- a B.A. or a B.S.?
15     A.    It's a bachelor of social work, so I think it's
16  a B.A.
17     Q.    Okay.
18     A.    A B.S.W. is technically what it is.
19     Q.    Okay.  And so it's a bachelor's degree.  We'll
20  just --
21     A.    Yes.
22     Q.    -- call it that.
23            And you say it's in social work.  Is that
24  a -- the major that you were involved in?
25     A.    Yes.
```



27

```
 1    Q.    And where did you get that degree?
 2    A.    At Washburn.
 3    Q.    And that would have been in 2016?
 4    A.    2015.
 5    Q.    Okay.  Did you work in -- in Kansas after you
 6  got your bachelor's degree?
 7    A.    Yes.
 8    Q.    What did you do in Kansas as a -- as a job
 9  before moving to Arizona?
10    A.    I was a case manager and a therapist at a
11  psychiatric residential treatment facility for kids and
12  adolescents.
13    Q.    A case manager and therapist at a psychiatric
14  facility for children and adolescents?
15    A.    Yes.
16    Q.    How young were the children there?
17    A.    From 5 to 18.
18    Q.    And do you recall the name of the place that
19  you worked?
20    A.    It was called Pathways.
21    Q.    Pathways?
22    A.    Yes.
23    Q.    And was that in Topeka?
24    A.    Yes.
25    Q.    How long did you work there?
```

30

```
 1   bit.
 2              You understood that in Arizona, there was
 3   a similar requirement for mandatory reporters to report
 4   to a -- an agency, such as a child protective agency,
 5   correct?
 6       A.     Correct.
 7       Q.     Okay.  Now, I also understand that you have a
 8   master's degree; is that right?
 9       A.     Yes.
10       Q.     Okay.  When did you get it?
11       A.     In 2016.
12       Q.     When you were in Arizona?
13       A.     No, in Kansas.
14       Q.     Oh, before you -- before you came in July?
15       A.     Yes.
16       Q.     Okay.  And so in 2016, you get your master's
17   degree from what institution?
18       A.     Washburn University.
19       Q.     And what was that in?
20       A.     Social work.
21       Q.     Is -- did it have an -- did your master's
22   degree have an emphasis?
23       A.     No, just social work.
24       Q.     All right.  Let me ask you about certificates
25   and licenses that you have.  Okay?
```

```
 1    A.    Okay.
 2    Q.    Did -- did you have one in Kansas?
 3    A.    Yes.
 4    Q.    Do you remember what it was called?
 5    A.    An LMSW, licensed master social worker.
 6    Q.    Okay.  And that was in Kansas during the period
 7  of, what, 2015 and '16?
 8    A.    2016 to when it expired, which I'm not sure
 9  of --
10    Q.    Okay.
11    A.    -- the date.
12    Q.    Okay.  So you had -- what is a licensed master
13  social worker permitted to do in Kansas?
14    A.    A lot of things.
15    Q.    Like?
16    A.    Like counseling, case management, everything
17  that social workers do.  Foster care systems, DC --
18  like, DHS, DCS work, things of that nature.
19    Q.    Okay.  And you never worked for an agency like
20  a Child Protective Service agency; is that right?
21    A.    No.
22    Q.    That would be correct?
23    A.    That is correct.
24    Q.    And you referred to a case manager.  When you
25  use the term "case manager," what does that mean to you?
```

356

```
 1  STATE OF ARIZONA      )
                          )  ss.
 2  COUNTY OF MARICOPA    )

 3          BE IT KNOWN that the foregoing proceedings were
    taken before me; that the witness before testifying was
 4  duly sworn by me to testify to the whole truth; that the
    foregoing pages are a full, true and accurate record of
 5  the proceedings, all done to the best of my skill and

 6  ability; that the proceedings were taken down by me in
    shorthand and thereafter reduced to print under my
 7  direction.

 8
            I CERTIFY that I am in no way related to any of
 9  the parties hereto nor am I in any way interested in
    the outcome hereof.
10
        [X] Review and signature was requested.
11      [ ] Review and signature was waived/not requested.
        [ ] Review and signature not required.
12

13          I CERTIFY that I have complied with the ethical
    obligations set forth in ACJA 7-206(F)(3) and ACJA
14  7-206 J(1)(g)(1) and (2).  Dated at Phoenix, Arizona,
    this 26th day of January, 2022.
15

16              /s/ Linda Blackmon
                _____
17              Linda Blackmon, RPR, RMR
                Certified Reporter
18              Arizona CR No. 50320

19                 *       *       *       *

20          I CERTIFY that GRIFFIN GROUP INTERNATIONAL has
    complied with the ethical obligations set forth in ACJA
21  7-206 (J)(1)(g)(1) through (6).

22

23              /s/ Pamela A. Griffin
                _____
24              GRIFFIN GROUP INTERNATIONAL
                Registered Reporting Firm
25              Arizona RRF No. R1005
```

