EXHIBIT 3

This is a certified, complete, exact, and true copy of the original document
*10·1·20 Dm #5002*
Buckeye Police Department





# BUCKEYE POLICE DEPARTMENT

Police Report for Incident 190221116

| | |
|---|---|
| **Nature:** CHILD ABUSE | **Address:** ▮ |
| **Location:** D2SUN | BUCKEYE AZ 85326 |

**Offense Codes:** CHAN
**Received By:** M VALLADARES    **How Received:** T    **Agency:** BPD
**Responding Officers:** M BOOHER
**Responsible Officer:** M BOOHER    **Disposition:** INA 07/02/19
**When Reported:** 22:00:12 02/21/19    **Occurred Between:** 21:55:47 02/21/19 and 21:55:47 02/21/19

**Assigned To:** T SKAGGS    **Detail:** PERS    **Date Assigned:** 02/21/19
**Status:** C9    **Status Date:** 07/02/19    **Due Date:** \*\*/\*\*/\*\*

**Complainant:** 75508
   **Last:** PHOENIX    **First:**    **Mid:**
       CHILDREN'S
       HOSPITAL
   **DOB:** \*\*/\*\*/\*\*    **Dr Lic:**    **Address:** 1919 E THOMAS RD
   **Race:** U    **Sex:** U    **Phone:** (602)933-1000    **City:** PHOENIX, AZ 85016

**Offense Codes**
   **Reported:** CHAN CHILD ABUSE OR      **Observed:** CHAN CHILD ABUSE OR
       NEGLECT                         NEGLECT
   **Additional Offense:** CHAN CHILD ABUSE OR
       NEGLECT

**Circumstances**
   LT09 DRUGSTORE/HOSPITAL/DR OFFICE
   NIGHT NIGHT (6 p.m. - 6 a.m.)
   BODY BODY CAMERA VIDEO
   SUN SUSPECTED USE, NOT APPLICABLE
   JUVEN JUVENILES INVOLV IN INCIDENT

**Responding Officers:**      **Unit :**
   M BOOHER            1352

**Responsible Officer:** M BOOHER      **Agency:** BPD
   **Received By:** M VALLADARES      **Last Radio Log:** \*\*:\*\*:\*\* \*\*/\*\*/\*\*

06/01/20

.

| **How Received:** T TELEPHONE | | | **Clearance:** CC1 EVENT CLOSED |
| | | | W/ORIGINAL REPORT |
| **When Reported:** 22:00:12 02/21/19 | | | **Disposition:** INA **Date:** 07/02/19 |
| **Judicial Status:** | | | **Occurred between:** 21:55:47 02/21/19 |
| **Misc Entry:** 3183 | | | **and:** 21:55:47 02/21/19 |

| **Modus Operandi:** | **Description :** | **Method :** |
| --- | --- | --- |

### Involvements

| Date | Type | Description | |
| --- | --- | --- | --- |
| 02/25/19 | Name | S██████, S████████ | VICTIM |
| 02/25/19 | Name | DUVALL, DA████████ | CONTACTED |
| 02/22/19 | Name | MCCORMACK, MARIE L | RP |
| 02/22/19 | Name | SANKEY, DONALD R | DAD |
| 02/22/19 | Name | DUVALL, HONOR NACOLE | MOM |
| 02/21/19 | Name | PHOENIX CHILDREN'S HOSPITAL, | Complainant |
| 02/21/19 | Cad Call | 22:00:12 02/21/19 CHILD ABUSE | Initiating Call |

06/01/20

## Narrative

BUCKEYE POLICE DEPARTMENT
CHILD ABUSE REPORT

OFFICER: M BOOHER 4827
DR #: 190221116
DATE/TIME: 02/21/19 2155
REF: CHILD ABUSE
LOCATION: █
CITY: █
ST: █

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NARRATIVE:

ON 02/21/19 AT APPROXIMATELY 2155 HOURS I TOOK A REPORT BY PHONE IN REFERENCE TO
POSSIBLE CHILD ABUSE. I CONTACTED SOCIAL WORKER MARIE MCCORMICK BY PHONE WHO
ADVISED THAT █ █ (DOB: █ ) WAS BROUGHT IN TO PHOENIX CHILDREN'S
HOSPITAL AT APPROXIMATELY 1600 HOURS ON 02/21/19. MARIE ADVISED THAT
MOM, HONOR DUVALL, BROUGHT █ IN BECAUSE HE WAS SPITTING UP BLOOD. █
HAD THE FOLLOWING INJURIES:

-BRUISING ON LOWER BACK
-BRUISING ON BOTH BUTT CHEEKS
-BUCKLE FRACTURES IN BOTH TIBIAS
-POPPED BLOOD VESSELS IN BOTH EYES

MARIE ADVISED THAT THE BUCKLE FRACTURES WERE HIGHLY INDICATIVE OF ABUSE DUE TO
HOW THEY OCCUR. SHE STATED A METHOD IN WHICH THEY ARE CAUSED IS IF THE LEG IS
VIOLENTLY MOVED BACK AND FORTH. MARIE ADVISED THAT THE FRACTURES HAD BEGUN
HEALING, SO THEY WERE ESTIMATED TO BE APPROXIMATELY FIVE DAYS OLD.

MARIE ADVISED DUE TO THE POPPED BLOOD VESSELS AND █ 'S LETHARGIC NATURE, A
HEAD CT WAS PERFORMED BUT AS OF THE TIME OF THE CALL THERE WERE NO RESULTS.
MARIE, ADVISED ACCORDING TO HONOR, THAT THE CHILD IS SOMETIMES WATCHED BY THE
MATERNAL GRANDMOTHER WHEN HONOR OR DONALD SANKEY, THE DAD, IS NOT HOME. MARIE
DID NOT HAVE ANY IDENTIFYING INFORMATION FOR THE GRANDMOTHER.

ACCORDING TO MARIE, HONOR DENIED ANY KNOWLEDGE OF ABUSE OR INJURIOUS ACCIDENTS.
HONOR BECAME AWARE OF THE BRUISES APPROXIMATELY THREE DAYS PRIOR, 02/18/19.
MARIE STATED THAT HONOR TOLD HER SHE WAS UNAWARE OF THE CAUSES OF THE BRUISES.

AT THE TIME OF CONTACT, THE DEPARTMENT OF CHILD SERVICES (DCS) HAD ALREADY BEEN
CONTACTED; REFERENCE CASE NUMBER █ . MARIE STATED THAT HONOR WAS WITH
█ IN THE HOSPITAL ROOM AND THAT HONOR WAS AWARE OF DCS AND POLICE
INVOLVEMENT.

CID WAS NOTIFIED AND THE INVESTIGATION IS ONGOING AT THIS TIME.

M BOOHER 4827

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Responsible LEO Signature:

06/01/20

Date

Approved by:

Date

Responsible LEO:

Approved by:

Date

06/01/20

BPD000004

## Supplement
CAD Call info/comments

==============================

RP IS SOC WORKER CALLING FROM PCH- REPORTING POSS CHILD ABUSE

CHILD IS: █████  ████████

CHILD IS CURRENTLY ADMITTED

06/01/20

## Supplement

Buckeye Police Department
Incident Report

DET: T. Skaggs #3038
DATE/TIME: 2/21/2019
DR#: 190221116
ADDRESS: 2333 N Pebble Creek Pkwy
CITY: Goodyear
ST: Az

------------------------------------------------------------------------

NARRATIVE:

On 2/21/2019 at approximately 2330 hours, I was contacted by Sgt. Butler as the
on call detective. Sgt. Butler briefed me on this report and asked that I
contact case officer, Ofc. Booher and respond to the Phoenix Children's Hospital
for further investigation. Upon speaking with Ofc. Booher, he advised me he had
taken a call for service by phone from the social worker at Phoenix Children's
Hospital, Marie Mccormick. Ofc. Booher advised me of ███████████, ██████████
that was brought into Phoenix Children's hospital on 2/21/2019 at 1600 hours by
his mother, Honor Duvall due to ██████ spitting up blood. Ofc. Booher further
advised me that while ██████ was at the hospital further tests were contacted
and several injuries were observed to include: bruising on his lower back,
bruising on both butt cheeks, buckle fractures in both tibias, and popped blood
vessels in both eyes.

Upon arrival to Phoenix Children's hospital, I was advised ██████ had been taken
to the 9th floor where he was admitted. I arrived to the 9th floor and made
contact with ████████ nurse, Emily Stevens. I asked Emily if she could explain
██████ injuries. Emily said the tibia fractures in both legs appear to be
healing fractures just below the knee on the tibia. Emily advised me ██████ has
mongolian spots on his back and what appeared to be a slight green mark on his
left butt cheek as well as what appeared to be a bruise on his right hip. Emily
said in ██████ right eye in the corner of his eye where was a broken blood
vessel stating those are caused by aggressive crying. Further, I was advised a
CT scan was done on ██████ and a slight bleed was observed, but the read was not
definitive. I then asked what would cause ██████ to spit up blood. I was advised
this would be from internal body. Emily advised ██████ mother, Honor, who is
in the hospital room with ██████ denied anything happening with ██████e to cause
these injuries. While speaking with Emily, I was advised Dr. Patrick Hangge was
currently in the room with ██████ and Honor. When Dr. Hangge came out of the
room, he approached me and advised they do not have a lot of answers at this
time. Hangge said they have abnormal labs, and a preliminary read on the CT scan
showed a 3mm bleed subarachnoid on the right side, and a 4mm subdural on the
left side. I asked Hangge if tests were pending the case of ██████ spitting up
blood, but was advised no tests were bring done at this time. Hangge advised
Honor had no explanation of ██████ injuries and said only Honor, her fiance
Donald Sankey (baby's father), and her mother ██████ (baby's grandmother)
have had access to the baby since he has been born.

At this time, I met with Department of Child Safety after hours case worker,
Brenda Gualajara (480-450-4733). Upon speaking with Brenda, she advised me she
had contacted the social worker, Marie McCormick. Brenda advised she was told
Honor noticed symptoms to ██████ 3 days ago and brought ██████ in today due to
blood in his spit up. At this time, Brenda and I went into the hospital room

06/01/20



where I made contact with Honor and her mother, Dawn. Brenda and I introduced ourselves to Honor and Dawn and asked to speak with them regarding ▮▮▮ as both agreed to be interviewed. Dawn left the room at this time, while Brenda and I spoke with Honor. During this time, Honor was breast feeding ▮▮▮ and allowed us to stay in the room while she continued to breast feed. Honor began by telling me▮▮▮ was doing good and had just fallen asleep. Honor advised me she and her fiance, Donald Sankey, live together at ▮▮▮ with their son, ▮▮▮. ▮▮▮ is Honor's mother and the grandmother of▮▮▮ who lives in Avondale and helps with watching ▮▮▮. Honor said she, Donald, and ▮▮▮ are the only ones who have been around ▮▮▮ since he was born or▮▮▮. To note, during our initial contact with Honor, Donald had not been to the hospital as I was advised he was on his way. Honor said Donald had not seen ▮▮▮ since she has been at the hospital with him due to Donald being at work. Donald arrived to the hospital during our interview with Honor as he was asked to wait outside the room until our interview was complete.

***** Interview with Honor Duvall (mother of ▮▮▮ *****

I asked Honor if she could tell me what brought her to bring ▮▮▮ to the hospital today. Honor said she called her pediatrician to try and get ▮▮▮ in, but her pediatrician request she bring ▮▮▮ to PCH. Honor told me the reason she brought ▮▮▮ to the hospital was because he spit up blood. Honor advised this began yesterday, 2/20/2019, stating ▮▮▮ has not been feeling good. Honor said ▮▮▮ has been real lethargic, tired, and cranky. Honor stated ▮▮▮ is usually active and looks around a lot. Honor advised yesterday, 2/20/2019, ▮▮▮ spit up a brown colored mucus, then today he spit up a bright red colored blood. Honor said after ▮▮▮ spit up blood today is when she called her pediatrician. Honor stated along with ▮▮▮ not feeling well and spitting up blood, she told the pediatrician ▮▮▮ had popped blood vessels in his eyes from crying and bruising on his legs where the diaper line hits, stating that's when the pediatrician told her to bring ▮▮▮ to PCH for a possible blood disorder. Honor told me when they arrived at PCH they ran labs, stating she was told the labs were fine as well as they did an xray and told her ▮▮▮ had fractures on his legs. Honor advised she understood the fractures are on his growth plate just below the knee. Honor told me she was shocked when she was told ▮▮▮ had leg fractures, stating ▮▮▮ does not act like his legs hurt, he pushes up with his legs and stands on their labs. Honor said she asked the doctor how or when the fractures may have occurred but said she was not given an answer. Honor also advised me she has been given different information from different medical staff about the locations of the fractures, stating one told her the fractures were in his hips, another said below his knees. Honor then advised she was told the fractures may have been caused by pulling ▮▮▮ legs, but said labs were being run to determine how they occurred.

At this time, I asked Honor to tell me about her week in as much detail as possible, starting with Sunday, 2/17/2019. Honor advised me she recently went back to work full time, stating she is a case worker at Lewis Prison. Honor said during the day, Donald is ▮▮▮ primary care giver, stating he is a high school sports coach. Honor told me on days Donald leaves for practice, either her mom ▮▮▮ will watch ▮▮▮ or she will come home early. Honor told me on Sunday (2/17/2019) they slept until about 1000 hours, then woke up, ate, then and ▮▮▮ went grocery shopping. To note, while shopping, Honor advised she had ▮▮▮ in a baby carrier that she wore. Honor told me while she was shopping, no one else held ▮▮▮ stating he stayed in the carrier. Honor advised when she arrived back home from shopping, she put the groceries away, ate, and they slept again. Honor advised Donald had left to play on a league sports team while she was home alone with ▮▮▮. Honor told me she cooked dinner, and ended the day.

06/01/20



Honor advised me Sunday was a normal day where ▮▮▮▮ did not act injured or in
pain. Honor said on Monday, 2/18/2019, she worked, stating she left at about
0730 hours. Honor told me she was at work all day and came home at about 1630
hours. Honor said on Tuesday is when they noticed ▮▮▮▮ was being cranky and
acting different and not feeling good. Honor said when she got home from work,
Donald was holding ▮▮▮▮ while he was sleeping, stating she picked ▮▮▮▮ up
from Donald and ▮▮▮▮ was whining. Honor told me she fed ▮▮▮▮ and he kept
crying and rubbing his face in her chest as if he was not himself and did not
feel good. Honor said ▮▮▮▮ ate okay during this feeding stating he usually
eats okay. Honor described ▮▮▮▮ as being more tired than usual on Monday.
Honor said ▮▮▮▮ slept all night Monday into Tuesday.

Honor advised on Tuesday, 2/19/2019, she left for work again about 0730 hours,
and at 0900 hours Donald drove ▮▮▮▮ to her mom's ▮▮▮▮ house. Honor said ▮▮▮▮
was sending her photos of ▮▮▮▮ all day and said her mom told her ▮▮▮▮ was
cranky, crying, spitting up a lot, and would not keep his bottles down. Honor
advised she picked ▮▮▮▮ up from her moms about 1630 hours and went back home.
Honor said when she arrived home, Donald was already home. ==Honor told me Donald
had been sick the week before, and she started to get sick on Monday, 2/17/2019.==
Honor advised she did their usual and she cooked dinner, she gave ▮▮▮▮ a bath,
and ▮▮▮▮ slept. I asked Honor if during the time she gave ▮▮▮▮ a bath, if he
hit his leg somewhere. Honor said, ▮▮▮▮ has a bath sling he lays him in.
Honor told me during the bath time, she noticed a bruise on his lower back,
showing me on ▮▮▮▮ that the bruise was on top of the diaper line on his lower
back, stating she thought it was weird. Honor advised me ▮▮▮▮ does have
mongolian spots. Honor advised me she showed Donald the bruised spot and said
Donald did not say anything about how it happened. ==Honor also advised she does
not know how it happened. Honor stated Tuesday into Wednesday ▮▮▮▮ slept fine.==
==Honor advised me on Wednesday,== 2/20/2019, she left for work about 0730 hours and
▮▮▮▮ was with Donald all day. Honor said Donald sent her photos and videos of
▮▮▮▮ all day while she was at work. Honor advised me S▮▮▮▮ was still acting
tired on Wednesday, stating he slept a lot. Honor told me during the day, ▮▮▮▮
will sleep in his swing. Honor said she arrived home at about 1500 hours, and
Donald left for work (practice). ==Honor stated she and ▮▮▮▮ hung out, they took
a nap, and that is when ▮▮▮▮ spit up the brown mucus.== Honor told me she took
photos and sent to her mom and Donald. Honor said she believed ▮▮▮▮ was
==congested stating you could hear his chest rattling.== Honor told me she and
▮▮▮▮ then went to Pappadeaux restaurant in Phoenix with ▮▮▮▮ as Donald stayed
home. Honor said ▮▮▮▮ was cranky through dinner. Honor told me while they were
at the restaurant, she held ▮▮▮▮ the entire time as he slept. ==Honor stated she
then went home and took ▮▮▮▮ in the shower with her, stating she heard that
hot steamy showers would help with the congestion. Honor advised ▮▮▮▮ fell
asleep in the shower, got out, fed him, and they all went to bed.==

Honor stated on Thursday, 2/21/2019, she left for a work training, stating she
got back home about 0900 hours. Honor told me while she watches
▮▮▮▮ on a video monitor they have and saw ▮▮▮▮ woke up about 0800 hours.
Honor stated when she arrived home, Donald was rocking ▮▮▮▮ in the rocking
chair and said Donald told her ▮▮▮▮ had spit up blood. Honor told me Donald
showed her the onesie that ▮▮▮▮ had spit up on stating she was worried because
it was bright red in color. Honor stated she gave ▮▮▮▮ some tylenol then she
and ▮▮▮▮ laid down in her bed and took a nap. Honor told me before the nap she
put a one piece onesie on ▮▮▮▮ and they slept for about an hour and a half.
Honor stated when they woke up and she changed ▮▮▮▮ she noticed bruising on
his chest. Honor told me she thought it was weird stating she does not know how
he could have gotten the bruising while they were sleeping next to each other. I
asked Honor if the onesie had buttons as she told me it had a zipper. Honor said

BPD000008

the bruising looked like scratch marks as if ▓▓▓ scratched his chest. Honor
advised she spoke with her mom about all of ▓▓▓ symptoms and her mom told
her to call ▓▓▓ pediatrician. Honor said when she called her pediatrician
she was told to take ▓▓▓ to the emergency room.

I asked Honor when she noticed the blood vessels on ▓▓▓ eyes. Honor advised
me last weekend she first noticed them on the corners of his eyes, stating those
healed then she noticed them on the iris of his eyes when he would cry. Honor
advised me she would only notice the blood vessel's on his eyes when ▓▓▓
would cry. Honor told me since Tuesday (2/19/2019) when ▓▓▓ was sick he has
not had as much energy and was not crying as much. Honor advised me when ▓▓▓
cry's he does cry very hard. Brenda then asked Honor to clarify when she first
noticed the bruising on ▓▓▓ back. Honor advised she first noticed it on
Tuesday when she gave him a bath, stating Wednesday it looked worse, and Today
(Thursday) it looked better when she looked him all over. Honor advised Brenda
and I that she noticed the broken blood vessel's in ▓▓▓ eyes before he got
sick, stating she believed that was from his crying. Honor said she did not take
▓▓▓ to the doctor when she noticed he was getting sick and said during that
time ▓▓▓ never had a fever. Honor stated when she noticed ▓▓▓ starting to
get sick, she started taking his temperature, but said he never had a never.

Honor said ▓▓▓ has his 2 month check up with his pediatrician on Monday
2/25/2019. Honor advised ▓▓▓ pediatrician is Dr. Heather Gosnell with
Desert Valley Pediatrics in Goodyear Az. Honor said ▓▓▓ last doctors
appointment was at his ▓▓▓ check up with Dr. Gosnell. I asked Honor if
▓▓▓ has been given anything other medicine besides the tylenol. Honor advised
she has given ▓▓▓ simethicone for gas, stating she gave ▓▓▓ some on
Wednesday. Honor also advised she gives ▓▓▓ gripe water when he's fussy. I
asked Honor if she ever bottle feeds ▓▓▓ besides her breast feeding him.
Honor told me ▓▓▓ also bottle feeds, stating she will pump her breast milk
while she is at work, and Donald bottle feeds ▓▓▓. Honor advised me her
pregnancy with ▓▓▓ was normal and there was not problems during the child
birth, stating she was in labor for 13 hours and had a vaginal birth. I asked
Honor how she feels she does as a first time parent. Honor said she feels like
she does good. Honor also advised she thinks Donald is great with ▓▓▓.

During this time Honor asked where our investigation goes from here. Brenda then
began to explain to Honor the information she was told about ▓▓▓ X-rays and
labs and concerns for his injuries. As Brenda was explaining the fractures were
to the bucket near the ankle, Honor said she was told something different than
what Brenda was telling her. Brenda advised the major concerns were the amount
of injury locations ▓▓▓ is showing. Honor appeared frustrated because she is
being told different information regarding ▓▓▓ injuries. Brenda then began
to explain to Honor that a present danger plan may be put in place due to the
unexplained injuries to ▓▓▓ This concluded my contact with Honor.

***** Interview with Donald Sankey (father of ▓▓▓ *****

Upon contacting Donald, Brenda and I conducted our interview in the waiting area
of the 9th floor. I introduced myself and Brenda to Donald and explained the
reason and purpose for our investigations. To begin, Donald advised he works for
the Tolleson School district at Sierra Linda High School as a coach. I asked
Donald if he could tell me what he knows about ▓▓▓ being at the hospital
today. Donald said this morning, Thursday, Honor told him he got ▓▓▓ sick.
Donald stated Honor told him ▓▓▓ has been lethargic, but said he has not been
paying much attention and thought ▓▓▓ was fine and questioning Honor why she
was taking him to the hospital. Donald told me today he left for work and when

06/01/20

he arrived home Honor and ██████ were not there. Donald said he called Honor and she said ████ had fractures. Donald advised he was lost because he thought Honor took ██████ to the doctor because ████ has a cold, thinking he had got ████ sick.

I asked Donald if he could tell me about his day today (Thursday, 2/21/2019) with ████ Donald told me Honor went to work this morning, but that she only had to go for a few hours. Donald stated when he woke up with ████ he fed ████ and sat in the chair with him. Donald advised when Honor arrived back home she said she was not feeling well. Donald told me he left and got Honor Jimmy Johns to eat and when he came back home Honor said she was about to leave to take ████ to the doctor. I asked Donald if ████ had spit up blood today. Donald stated, yeah he did spit up blood this morning. Donald advised ████ had also spit up yesterday and said today he has spit up a little blood after he fed ████ stating he thought it was because he fed ████ to much. Donald stated after ████ spit up, he seemed fine. Donald said he feeds ████ breast milk bottles from the freezer or fridge, stating today he fed ████ a bottle and a half of another bottle before ████ spit up the blood. Donald described the blood as pinkish stating it was a mix of milk, mucus, and blood stating it looked like a huge lougee with chunks of milk in it, stringy.  Donald stated Honor came home when he was cleaning and changing ████ cloths from his spit up. Donald advised he then handed ████ to Honor as Honor was holding ████ as he began to clean the house. Donald told me Honor holds ████ all the time, although he said he puts ████ in his swing a lot so ████ is not dependant on being held. Donald advised when ████ is in his swing, he will talk to ████ and have ████ talk back to him. Donald said the last few days he has noticed ████ crying a little bit more, but said ████ always cry's. Donald told me when Honor told him ████ was acting lethargic he said he did not notice anything. Donald told me this is crazy to him stating he thought they were coming for a cold. Donald then advised he received a text from Honor telling him ████ had fractures.

I then asked Donald to start with Sunday, 2/17/2019, and tell me how the day went with ████ Donald advised me he gets got up early, stating he has a T-shirt business at home and he is up making T-shirts. Donald said Honor slept with ████ until about 1100 hours. Donald told me ████ sleeps in a crip, but sometimes when ████ is cranky Honor will take him out and lay him in their bed. Donald advised me when ████ sleeps in his crip he sleeps on his back. Donald said Honor and ████ left to go shopping and he played in a basketball tournament. Donald advised me when he came home he thought things were normal. Donald said on Monday, 2/18/2019, Honor left for work while he had ████ in the morning. Donald said ████ woke up at about 0800 or 0900 in the morning and he got ████ ready and drove him to Dawn's house. Donald told me on Monday he dropped ████ off to Dawn at about 1500 hours. Donald advised when he came home, Honor and ████ were already home. Donald told me Honor usually is holding ████ while he is working with his T-shirt business. Donald said on Tuesday, 2/19/2019 ████ got up about 0800 or 0900 hours, fed him and got him dressed and put ████ in his play pin. Donald said he then drove ████ to ████ house and dropped him off at about 1340 hours. Donald advised he is at work until he gets home at 1800 hours. Donald stated when he got home he will go play and interact with ████ but said Honor is mostly with ████ while he is working his T-shirt business. Donald advised on Wednesday, 2/20/2019, Honor came home early from work then he left. Donald advised he then came home about 1800 hours on Wednesday.

I asked Donald if during the time he was with ████ alone, if anyone else came over and held or picked ████ up and Donald said no. Donald said the only place

BPD000010



he took ▮▮▮ was to the bank stating ▮▮▮ was in the car seat during this
time. I asked Donald, during the times he has driven with ▮▮▮ if he ever made
sudden stops or slammed on the breaks. Donald said, not really, stating, I'm all
highway. I asked Donald if during the times he has changed diapers, picked
▮▮▮ up, or playing with ▮▮▮ if he has ever noticed ▮▮▮ in pain. Donald
told me, that's touch stating ▮▮▮ is always crying the entire time you change
him. Donald said he does not change ▮▮▮ that he will hand him to Honor to
change. Donald advised during the day he will change ▮▮▮ once then again
before he takes ▮▮▮ to Dawn's. Donald told me again that ▮▮▮ cry's the
hole time you change him. Donald advised it's weird they said he has fractures,
stating ▮▮▮ tries to stand. Donald said today was the last time he saw ▮▮▮
trying to stand when he is being held. Donald said he has seen ▮▮▮ try to
stand while being held everyday. Donald advised me Honor told him about the
bruising on ▮▮▮ back a few days ago, stating he saw the bruises them when
Honor pointed them pot to him. Donald said today when Honor came home they took
photos of the bruises, but said Honor told him they were mongolian. I then asked
Donald about the blood vessels in ▮▮▮ eyes. Donald told me he has seen those
there for awhile. Donald told me ▮▮▮ had some, then they healed, then they
came back and they are super red. I asked Donald how he thinks he is doing as a
first time dad. Donald said he thinks he is doing good. Donald told me he lets
Honor do most the work with ▮▮▮ but said he helps out. I asked Donald if he
ever feels overwhelmed with ▮▮▮ and he told me no. Donald advised me he has
given ▮▮▮ gripe water a few times to help calm ▮▮▮ down. Donald said he
give ▮▮▮ e the gripe water through a syringe. Donald advised me ▮▮▮ does not
cry often, and said there has not been any changes with his crying. At this
time, Brenda explained to Donald that she would be putting a present danger plan
in place and explained to him this is due to the unexplained injuries to ▮▮▮
This concluded my contact with Donald.

***** Interview with ▮▮▮ Duvall (grandmother of ▮▮▮, mother of Honor) *****

At the conclusion of our contact with Donald, I escorted him back to the
hospital room where I made contact with Dawn. I asked Dawn if we could speak
with her as she agreed and we walked to a private room behind the nurses
station. At this time, Dawn immediately began questioning Brenda telling Honor
that she said all ▮▮▮ labs came back normal, stating they are not. To note,
▮▮▮ advised she is a registered nurse RN at Scottsdale Abrazo Hospital. Brenda
told ▮▮▮ she was only telling Honor information that was told to her. ▮▮▮ told
me she was given a print out of the labs from the doctor and the radiology read.
▮▮▮ advised when she arrived to the hospital after leaving work, the hospital
told Honor that ▮▮▮ had both tibia fractures, and said Honor asked the doctor
to show her where the fractures were due to not understanding where the tibia
was. ▮▮▮ advised Honor said the doctor then showed her the hip at the fractured
spot, as ▮▮▮ advised the hip is not the tibia. ▮▮▮ said Honor also advised her
she was told all ▮▮▮ labs were normal, and he had the fractures in his hip
from being pulled on.

▮▮▮ stated when she arrived, she asked for a doctor to come speak with her to
find out answers as she felt Honor was not getting the right information. ▮▮▮
advised a female doctor came in and said ▮▮▮ showed to have tibia fractures
on his growth plate, as ▮▮▮ said those are super difficult to diagnose on a
child because they are not formed bones and they are hard to see. ▮▮▮ also
advised the female doctor then advised they got the CT report back that said
▮▮▮ has a bleed, as ▮▮▮ said they never told Honor about. ▮▮▮ said she was
told ▮▮▮ had a 3mm subarachnoid and a 4mm subdural, but no skull fracture.
▮▮▮ advised she was advised there was a bleed on the right and one in the left,
but no trauma to the skull. ▮▮▮ said when they arrived to the 9th floor, Dr.

06/01/20

BPD000011



Patrick Hangge brought her the radiology report and the CT. ▮ advised she
also saw involvement in the periosteum, stating that is the hard coding of the
bone, but said the Dr could not explain that to her other than said
inflammation. ▮ explained she was told in the growth plate there are previous
fractures that are healing, and in the right there is some type of involvement
in the coding. ▮ believed this would be because of an infection or
inflammation. ▮ then advised Patrick said ▮ labs are abnormal. ▮
advised his liver enzymes and factor 8 are elevated, stating that means there is
something going on there. ▮ advised that if ▮ has all these injuries
from regularly being handled she believes something else medically is wrong.
▮ then said ▮ white blood count is elevated, stating that is
infection, inflammation, or something. ▮ advised ▮ hemoglobin is low,
stating that could be from bleeding somewhere, or your not making enough,
stating something is going on somewhere. ▮ felt that Honor was told there was
nothing wrong with ▮ labs and said he is being abused, stating that is
not accurate. ▮ was advised that we would request a review of the labs, and
all tests done to ▮ to insure we all have the correct information.

At this time, I asked ▮ about her contact with ▮ told me on
Tuesday, 2/19/2019, she had ▮ and said he spit up all day from 0900 hours
to 1600 hours, and ▮ was not his normal happy self. ▮ advised ▮ was
irritable stating she walked with him a lot. ▮ said ▮ acted like he did
not feel good, but also acted like he was starving to death. ▮ told me she
did a mini exam on him to make sure he did not have a sausage mass in his belly
and said everything looked fine. ▮ advised she only watched ▮ on Tuesday
this week, then she saw ▮ when she went to dinner with Honor. ▮ advised
last night, 2/20/2019, Honor told her ▮ was congested and that she got in
the shower with him to see if the steam would help. ▮ advised Honor said when
she changed him, his mongolian spots were there, but also all along the diaper
line appeared bruised. ▮ said this morning Honor told her ▮ spit up it
was pink, and another day his spit up was a brown color. ▮ advised she told
Honor that with the spit up colors and the blood vessels in his eyes, she should
take ▮ to his doctor since he does not have all his shots yet. ▮ was
then told by Honor that the doctor suggested she take ▮ to the ER. ▮
also advised Honor had showed her a photo this morning of the blood spit up by
▮ as ▮ said it did look like blood, stating she was nervous. ▮ told
me she, Honor, and Donald never suspected any type of injury to ▮ I asked
Dawn if she noticed the bruising to ▮ lower back as described by Honor.
▮ told me ▮ has the mongolian spots and bruises are hard to see without
bright light. I then asked ▮ if she suspects Honor or Donald of abusing
▮ Dawn said, no I don't. ▮ began to cry and said ▮ went through a
lot to have ▮, stating she went through a miscarriage. ▮ advised ▮
is Honor's whole world, stating this is going to kill her. ▮ told she does
not know Donald as well as Honor, but said he has been around for a long time
and has been around his nieces and nephews. ▮ advised me she, Honor and
Donald all have dogs, stating they all have pit bull mix dogs. ▮ told me
Honor and Donald have 2 dogs who are good with ▮ and she has 3 dogs. This
concluded my contact with ▮.

At the conclusion of all interviews this evening, Brenda advised me she spoke
with her supervisor, and DCS would be putting a present danger plan in place
until further notice. Brenda advised ▮ had a friend responding to the
hospital to be the safety monitor until they are discharged, then ▮ mother
is flying in from Oklahoma to be the safety monitor after that, until further
information is received regarding this case. Brenda and I were advised an MRI
would be conducted the following morning and further tests would be ran.

On 2/22/2019, I was contacted by Office of Child Welfare Investigator (OCWI) case worker Alyssa Lucero, who took over the DCS investigation from the after hours DCS. Alyssa said she contacted PCH and advised a CT of ▮▮▮▮ chest and stomach were contacted and the results from that test was pending. Further an MRI was ordered for ▮▮▮ and those requests would be pending. Alyssa advised me she has taken over the present danger plan and that ▮▮▮ would be staying in the hospital at least another night.

This investigation will continue.

Detective T. Skaggs #3038

06/01/20

BPD000013

## Supplement

Buckeye Police Department
Incident Report

DET: T. Skaggs #3038
DATE/TIME: 3/11/2019
DR#: 190221116
ADDRESS: 2333 N Pebble Creek Pkwy
CITY: Goodyear
ST: Az

------------------------------------------------------------------

NARRATIVE:

On 3/11/2019, upon returning to work after being off the week of 3/4/2019 to
3/8/2019, I followed up with Alyssa with OCWI regarding this case. Alyssa
advised me on 3/7/2019 Honor and Donald participated in a Child Protection Team
Staffing to discuss ▉▉▉▉ medical findings. At this time, I was advised Honor
expressed concern for the size in ▉▉▉▉ head believing it was larger in size.
Alyssa said ▉▉▉ was assessed and advised Honor to take ▉▉▉ to PCH for
further evaluation. Alyssa said ▉▉▉ was placed under sedation and had a
procedure due to fluid in his head. Alyssa also advised me that after this
procedure and the breathing tube was removed, ▉▉▉ stopped breathing and was
taken to the ICU where he remains as of today (3/11/2019). Alyssa advised me she
was informed there was old blood that was causing the spine fluid to block,
stating both blood and spine fluid was removed from his head. Alyssa said she
would be notified when ▉▉▉ is moved from ICU into a monitoring room and when
he is to be released.

Detective T. Skaggs #3038

## Supplement

Buckeye Police Department
Incident Report

DET: T. Skaggs #3038
DATE/TIME: 3/12/2019
DR#: 190221116
ADDRESS: 1919 E Thomas Rd.
CITY: Phoenix
ST: Az

------------------------------------------------------------------------

NARRATIVE:

On 3/12/2019 at 1000 hours, Alyssa and I met at Phoenix Children's Hospital
(PCH) to follow up with Honor in regards to this investigation. To note, while
███████ is in the ICU, OCWI has allowed Honor to be present with him in the room
with the safety monitor, Honor's grandmother, present. As Alyssa and I entered
███████ room in the ICU, I observed Honor sitting in a chair breast feeding
███████. Honor's great grandmother stepped out of the room where Alyssa and I
spoke with Honor. Honor began by providing Alyssa and I an update on ███████ and
her feelings on how things have been going.

Honor advised me since ███████ was released from PCH he has been doing fine.
Honor said they have been following the danger plan, ███████ has gone to all of
his follow up's, and appointments. Honor stated she believed things were going
well with ███████, and everything would be over soon. Honor told me she then
attended the Child Protection Team (CPT) meeting stating she was not aware
before she arrived it was a medical related meeting. Honor advised me at the
meeting, ███████ vitals were taken and they measured his head, stating she also
had noticed his head had grown. Honor then said regarding ███████ head size,
she believed the Nurse Practitioner (NP), Haley Dietzman that checked ███████ out
during this CPT meeting would not have noticed ███████ head size without Honor
pointing it out to her. Honor further said she believes Haley without noticing
███████ head size on her own would have let them go home. Honor told me she
believes Haley's only purpose for checking ███████ was to find more things wrong
with him. Honor advised after Haley checked ███████'s head size when she
expressed concern, she was told by Haley to take ███████ back to PCH. Honor said
at PCH an MRI was done and she was told spine fluid was found in his spaces that
it was pushing on his brain. Honor told me a drain was placed in ███████ head
to help drain the fluid. Honor moved her hand from ███████ head as I observed
the drain was still on at the time of his contact with Honor and ███████. Honor
expressed frustration stating when she was at PCH the first time with ███████ she
tried pointing out to medical staff that ███████ soft spot feels different and
believes she was shut down and ignored. Honor further advised me that she feels
like medical staff at PCH have ignored ███████ medical problems and in stead
have focused more on trying to prove they abused him.

Alyssa asked Honor how ███████ follow up retinal exam went for ███████
yesterday, 3/11/2019. Honor advised the Doctor who checked ███████ said he saw
some hemorrhages, but it was not the same from what the first Doctor said. Honor
said the Doctor yesterday mentioned ███████ would have no long term problems with
his eyes and his vision looked good. Honor told me she asked yesterday's doctor
what could have caused this stating the Doctor told her a clotting disorder,
instead of telling her "shaken baby" that Honor said the first Doctor told her.
Alyssa then asked Honor if yesterday's doctor mentioned tests that may be done

06/01/20

to rule out a clotting disorder. Honor advised ▆▆▆▆ is anemic stating that is one of the inconsistences she was upset about the first time. Honor said when she was at PCH the first time, she was told by the medical staff that ▆▆▆▆ labs were normal. Honor stated when ▆▆▆▆ was taken to his pediatrician after leaving PCH the pediatrician said his same labs show he is anemic. Honor advised me when you google retinal hemorrhages anemia is a cause. Honor further advised the pressure in ▆▆▆▆ head and the anemia may cause the hemorrhages. To note, I also googled retinal hemorrhages and observed on wikipedia the definition as: Retinal haemorrhage is a disorder of the eye in which bleeding occurs in the retina, the light sensitive tissue, located on the back wall of the eye. [1] There are photoreceptor cells in the retina called rods and cones, which transduce light energy into nerve signals that can be processed by the brain to form visual images.[2] Retinal hemorrhage can affect adults, and newborn babies and infants may also suffer from this disorder. A retinal hemorrhage can be caused by several medical conditions such as hypertension, retinal vein occlusion (a blockage of a retinal vein), anemia, leukemia or diabetes mellitus (which causes small fragile blood vessels to form, which are easily damaged). Further, I observed under "causes" the following information: Retinal hemorrhages commonly occur in high altitude climbers, most likely due to the effects of systemic hypoxia on the eye. Risk is correlated with the maximum altitude reached, duration of exposure to high altitude conditions, and climb rate.[3] Retinal hemorrhages are significantly associated with abusive head traumas (AHT). The mechanism of the trauma is believed to be repeated acceleration and deceleration with or without blunt impact (shaken baby syndrome).[4] Around 85% of victims suffer from AHT will have retinal hemorrhages and it increases in severity with increasing likelihood of abuse.[5] This information was observed on
https://en.wikipedia.org/wiki/Retinal_haemorrhage#Causes.

At this time, I explained to Honor what my job is when it comes to ▆▆▆▆ during this time. I advised Honor that information I have obtained as of now in regards to ▆▆▆▆ injuries are believed to be related to abuse. I told Honor she does not have to speak with me if she does not wish to, as I am conducting a criminal investigation. Honor told me she was fine continuing to speak with me. At this time, I began speaking with Honor about ▆▆▆▆ right tibial fracture. I asked Honor how this occurred to ▆▆▆▆ Honor told me the only thing she can think of is while changing his diaper that could have caused it. Honor told me she has never seen anything abusive being done to ▆▆▆▆ and was adamant that nothing happened to ▆▆▆▆ in her care. I asked Honor if she has questioned Donald if something happened in his care that may have been an accident. Honor advised me they are all questioning if an accident happened, but advised nothing has happened to ▆▆▆▆ to intentionally hurt him stating, "and I can say that 100% for sure that no one has intentionally hurt him." I replied back to Honor asking her from what she has seen no one has hurt ▆▆▆▆ telling Honor she is not around him all the time. Honor began to say, not that I have seen, then advised she honestly believes that no one has hurt ▆▆▆▆ Honor advised me the only thing she can think of is that it occurred during a diaper change. I told Honor that the doctors involved are telling me this is not caused from a simple diaper change. Honor said she spoke with Dr. Woods and asked him about the tibial fracture being caused from a diaper change, stating Dr. Woods told her it does not usually happen, but he can't say how these things happen. Honor told me the hospital is also running tests on ▆▆▆▆ bones. Honor also advised me a test (unknown name of test) was done on ▆▆▆▆ the first time they were at the hospital on 2/21/19, stating Dr. Woods advised if the levels were high it could mean ▆▆▆▆ bones are fragile, and those levels came back double the levels. Honor also advised me she was told that by doctors that bouncing ▆▆▆▆ up and



down with his legs swinging may have caused the leg fracture, stating she has done this with ███, although ███ has never appeared in pain while doing this. Honor said ███ stands up on their laps, and will push up on their laps with his legs.

Honor advised Alyssa and I that she was off work for 3 weeks after ███ was born. Honor said, then she began going back to work part time about 2 days a week for a few weeks, then 3 days a week for a few weeks. Honor said Donald is home all day, then does to work as a high school sports coach later in the afternoons about 3:30pm. I asked Honor about Donald's t-shirt business that he advised me he owns. Honor tell me Donald only does his shirt business at while they she was sleeping or at home with ███ Alyssa asked Honor how she and Donald are doing since this investigation with ███ has begun. Honor stated, horribly, because we can't see our baby. Honor advised us she has been praying, stating it has been hard that people (doctors) have it made up in their minds that ███ is being abused, although she knows its not right and not true but she cannot do anything about it. Honor advised, this is the most terrified I have ever been in my entire life. Honor began to get emotional and told Alyssa and I she fears loosing her son. Honor said they tried so hard to have ███ and they love him so much, stating ███ is their everything.

I asked Honor to begin to think about if all the tests that are being done on ███ come back and show he does not have any bone or blood disorders to explain for his injuries, that something happened to ███ that someone is not willing to tell me. Honor began to get emotional telling Alyssa and I that she feels like she is being put into a bad place because they have not done anything to hurt ███ and she feels that one of them have to make something up to make this go away. I advised Honor that I want her to think about if all ███ tests come back clear and he has no disorders to explain his injuries, than likely someone hurt ███ I told Honor I want whomever that person is to come forward and be honest about what may have happened. Honor was advised that my job is to make sure ███ is safe and that being said Alyssa and I cannot put him back into an environment with possibly someone that hurt him. Alyssa and I provided Honor with several scenarios that may have been accidental to cause injuries that ███ has, although telling her it could be several other accidental things as well. Honor advised nothing accidental has happened in her care with ███ Honor also advised her mom ███ or Donald have never told her that something accidental happened with ███ in their care. I asked Honor that if she is adamant she did not hurt ███ even by accident, to help me in talking with her mom and Donald. I advised Honor that I needed her to understand that right now, doctors involved in this case are telling Alyssa and I that ███ injuries are abuse related to start thinking about that and that she would also want to know who hurt ███. Honor was very emotional during this time as Alyssa and I concluded our interview with her. To note, the listed information is a summary of my contact with Honor. My interview with Honor was audio recorded and later uploaded into evidence.com as evidence.

On 3/19/2019, I met with Nurse Practitioner Haley Dietzman, Lisa and Dr. Coffman at Childhelp in Phoenix to go over this investigation. I began by asking if all the tests results were available, advising them I understood a bone test was requesting and those results were pending. Haley told me the bone fragility test that was requested is still pending, stating that can take a few months to receive. Although, Haley told me ███ basic bone labs to include vitamin D, calcium, and other things to help regulate the bones were all normal. I advised Haley that Honor has expressed concern that medical staff did not recognize the size and swelling of ███ head when he was first at PCH. Haley told me when ███ was first at PCH from 2/21/19, he had a head CT and an MRI stating

06/01/20

medical staff was aware of the collection, stating ▮▮▮ was sent home with
discharge instructions and if ▮▮▮ shows any symptoms to bring him back in.
Haley also said Honor was told, if he goes to a follow up appointment and his
head has grown more, stating in this case that is what happened and why ▮▮▮
was taken back to PCH. Haley advised Honor was present with ▮▮▮ during their
follow up CPT with her where Honor made mention of ▮▮▮ head size again as
he was then referred back to PCH.

I then spoke with Haley about what may have caused ▮▮▮ to spit up blood.
Haley then advised me of a 1/2 moon shaped white granulation tissue on the back
of his pallet. Haley further advised me this injury was healed at the time of
his follow up CPT with her. Haley and Lisa advised this would have been caused
by something being jammed into ▮▮▮ mouth to cause an injury to the back of
his pallet. I spoke with Haley in regards to the tibial fracture. Haley advised
me this injury may have been caused in shaking events with limps moving back and
forth or in a jerking of the limb. I explained to Haley that Honor believes the
tibial fracture could have been caused by her lifting ▮▮▮ legs during a
diaper change, although Haley said is not likely in a baby ▮▮▮ age who
would not be resisting. Haley advised me ▮▮▮ also had bilateral
subconjunctival hemorrhage, explaining to me that is the white part of your eye
that could be seen on ▮▮▮ with the naked eye, and also retinal hemorrhages
that is seen through a dilated pupil. Haley told me these can be caused by
crying, although advised ▮▮▮ were very significant, stating many babies at
▮▮▮ age cry uncontrollably and do not get these types of eye injuries.
Haley further advised me these types of injuries can be caused by trauma to the
eyeballs.

At the conclusion of my contact at Childhelp, I was advised ▮▮▮ has a follow
up eye appointment set up, and will recommend he have a follow up neuro.
Additionally, they are waiting on the genetic bone test results.

Detective T. Skaggs #3038

06/01/20

## Supplement

Buckeye Police Department
Incident Report

DET: T. Skaggs #3038
DATE/TIME: 6/26/2019
DR#: 190221116
ADDRESS: 2333 N Pebble Creek Pkwy
CITY: Goodyear
ST: Az

------------------------------------------------------------------------

NARRATIVE:

On 6/24/2019, I received an email from Honor Duvall regarding this case
involving her son, ████████  Honor advised me in her email that an expert
witness, Dr. Steven Gabaeff (expert in the field of forensic pediatrics) has
reviewed ████  medical records and advises ████  injuries are related to
medical conditions. Honor also attached three documents in her email. I observed
these documents were titled "grounds for dismissal of the case," "vitamin D
deficiency-rickets issue summary," and "article with notes." The email from
Honor and the three attached documents have been attached to this case for
further review.

My investigation into the injuries to ████  reported by the Phoenix Children's
Hospital Child Protection Team are reported to be caused from abuse to ████
PCH has provided me with several medical reports involving ████  when he
arrived to PCH on 2/21/2019. Although, I am not a medical professional and am
unable to read and understand the medical documentation, I have taken what PCH
Child Protection Team has reported to me. The PCH Child protection team advised
me the following: ████  has a lot of injury where and multiple body systems
that are involved. ████  was a previously healthy ██ day old male who presented
to the ER with bruising, lethargy, hematemesis, subconjunctival hemorrhage
stating those were acute onset symptoms over the previous two days prior to his
arrival at PCH without any history of trauma or change in ████  During the
physical exam ████ has bilateral subconjunctival hemorrhage, bruising to his
chest and hips, multiple areas that are concerning for bruising on his buttock
and back, an area on his pallet of granulation tissue, a bruise on his right
knee, his AST and ALT are elevated, bilateral bucket handle fractures, right
tibial periosteal reaction concerning for fracture, his head CT revealed
findings for concerning extra-axial blood products and MRI re-demonstrated this
and it is thought to be compatible with chronic subdural hemorrhage, and
ophthalmology exam was completed with bilateral significant retinal hemorrhages.
I was advised bruising in a non mobile infant raises significant concerns, the
bucket handle fractures are highly specific for inflected injury, the
granulation tissue in the mouth may be related to mouth  trauma and may be
related to the bright red blood spit up. ████  physical exam findings
included bruising, subconjunctival hemorrhage, and granulation tissue, the
radiology finding of the bucket handle fractures and extra-axial collections,
the lab work is significants for elevation in his liver enzymes, and the
ophthalmology exam with bilateral hemorrhages as well as ████ symptoms of
lethargy and bloody spit up are highly suspicious of child physical abuse.

In regards to the information provided to me by the PCH Child Protection team,
==the information Honor provided from her expert doctor appears to contradict the
PCH findings.== At the conclusion of this investigation I am unable to prove who,

06/01/20

Honor Duvall, Donald Sankey, or ▮▮▮▮▮▮▮▮, the three people who have cared for
▮▮▮▮▮ since his birth, may have abused him. Again, this is based on my
information from PCH and not Honor's expert doctors. Because it can not be
proved who may have abused ▮▮▮▮ there are no pending charges in this case at
this time.

I request this case to be closed with no additional follow up.

Detective T. Skaggs #3038

06/01/20

## Name Involvements:

**Complainant :** 75508

    **Last:** PHOENIX      **First:**        **Mid:**
           CHILDREN'S
           HOSPITAL

    **DOB:** \*\*/\*\*/\*\*      **Dr Lic:**          **Address:** 1919 E THOMAS RD
  **Race:** U    **Sex:** U    **Phone:** (602)933-1000    **City:** PHOENIX, AZ 85016

**RP :** 215177

    **Last:** MCCORMACK    **First:** MARIE    **Mid:** L
    **DOB:** ▆▆▆      **Dr Lic:** ▆▆▆    **Address:** 1717 W WILDWOOD DR
    **Race:**      **Sex:** F    **Phone:** ( ) -    **City:** PHOENIX, AZ 85045

**VICTIM :** 270158

    **Last:** S▆▆      **First:** S▆▆    **Mid:**
    **DOB:** ▆▆▆      **Dr Lic:**    **Address:** ▆▆▆
    **Race:** B    **Sex:** M    **Phone:** ( ) -    **City:** ▆▆▆

**DAD :** 227930

    **Last:** SANKEY    **First:** DONALD    **Mid:** R
    **DOB:** ▆▆▆      **Dr Lic:** ▆▆▆    **Address:** ▆▆▆
    **Race:** B    **Sex:** M    **Phone:** ▆▆▆    **City:** ▆▆▆

**MOM :** 269994

    **Last:** DUVALL    **First:** HONOR    **Mid:** ▆▆▆
    **DOB:** ▆▆▆      **Dr Lic:** ▆▆▆    **Address:** ▆▆▆
    **Race:** B    **Sex:** F    **Phone:** ( ) -    **City:** ▆▆▆

**CONTACTED :** 270161

    **Last:** DUVALL    **First:** ▆▆▆    **Mid:** ▆▆▆
    **DOB:** ▆▆▆      **Dr Lic:** ▆▆▆    **Address:** ▆▆▆
    **Race:** W    **Sex:** F    **Phone:** ▆▆▆    **City:** ▆▆▆

06/01/20