# EXHIBIT 4

Phoenix Children's Hospital

ED/Urgent Care Triage Note

```
███████████                ███████████       02/21/2019 14:58 /
7231                       DOB: ███          Physician, ED
```

Triage Assessment:
Chief Complaint Is: Hematemesis.

HPI here for vomiting with bloody mucus in emesis.

Pertinent Medical History: none.

High Risk Conditions None.

Language Assistance: no.

Mode of Arrival Is: patient's own vehicle (POV).

General Appearance is NORMAL: Normal muscle tone, age appropriate responsiveness, equal movement of all extremities, alert and active or sleeping but arousable, eyes open, normal speech or normal cry with consolability..

Work of Breathing is NORMAL: Quiet, nonlabored respirations, equal chest rise and fall, respiratory rate within normal range..

Circulation to Skin is NORMAL: Skin color appears normal for child's ethnic group, no obvious bleeding, capillary refill less then 2 seconds..

Psychosocial Screening negative screen. ESI: 2 (Orange). History Obtained From mother.

Vtial Signs:

Initial Vital Signs:
· Pain Scale      FLACC
· Pain Score      0
· Location        na

Allergies:
·       No Known Allergies:

Home Medication:
* Outpatient Medication Status not yet specified
Communicable Disease/Travel Exposure & Immunizations:
· Has patient traveled in the last month?   no
· Are Immunizations Current for Age?        yes

Printed By:  Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
ED/Urgent Care Triage Note  -  Page 1/2            Job 1467292 (06/25/2020 22:49) -  Page 532  Doc# 264

**PCH 1272 cycn**

Phoenix Children's Hospital

ED/Urgent Care Triage Note

7231    DOB:    02/21/2019 14:58 / Physician, ED

History of Present Illness:
· Referral          no


Electronic Signatures:
Kaufman, Leah (RN)  (Signed 02-21-19 15:01)
        Authored: Triage Assessment, Vtial Signs, Allergies, Home Medication, Communicable Disease/Travel Exposure & Immunizations, History of Present Illness


Last Updated: 02-21-19 15:01 by Kaufman, Leah (RN)

Printed By:  Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
ED/Urgent Care Triage Note  -  Page 2/2              Job 1467292 (06/25/2020 22:49) -  Page 533  Doc# 264

**PCH 1273 cycn**