EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Honor Duvall, et al.,         )
                              )
            Plaintiffs,       )
                              )
v.                            )   No. 21-CV-00167-PHX-ROS
                              )
Arizona Dept. Of Child        )
Safety, et al.,               )
                              )
            Defendants.       )
_____)


VIDEOCONFERENCE DEPOSITION OF PATRICK HANGGE, M.D.

Milwaukee, Wisconsin
November 30, 2022
2:18 p.m. CST.


Prepared for:
(Certified Copy)

Prepared by:                          CARRIE REPORTING, LLC
CINDY MAHONEY                         Certified Reporters
Registered Professional Reporter      2415 E. Camelback Road
Registered Merit Reporter             Suite 700
AZ CR No. 50680                       Phoenix, AZ  85016
carrie@carriereporting.com            (480) 429-7573

2

I N D E X

| WITNESS | PAGE |
|---|---|
| PATRICK HANGGE, M.D. | |
| EXAMINATION BY MR. CONNELLY | 6 |
| EXAMINATION BY MR. PATEL | 144 |
| EXAMINATION BY MS. ZANGERLE | 145 |
| FURTHER EXAMINATION BY MR. CONNELLY | 164 |
| FURTHER EXAMINATION BY MS. ZANGERLE | 181 |
| FURTHER EXAMINATION BY MR. CONNELLY | 183 |

E X H I B I T S

| EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 81 | Article entitled microcephaly is associated with early adverse neurological outcomes in hypoplastic left heart syndrome | 18 |
| Exhibit 82 | Trauma History and Physical-Pediatric Surgery authored by Dorothy H Rowe 2/21/2019 PCH 1274 cycn - PCH 1280 cycn | 48 |
| Exhibit 83 | World Journal of Clinical Cases, Mongolian spots: How important are they? | 74 |
| Exhibit 84 | Phoenix Children's Pediatrics, Fever Medication Dosing | 94 |
| Exhibit 85 | Letter from Department of Health and Human Services and Medical Officer Review, Division of Over-The-Counter Drug Products | 95 |

1    Q.   And you agree with me that this looks like the
2   same color as what's right here on the hip?
3    A.   It's similar, but you can see how there's a
4   different density and a different complexity of the
5   discoloration on the hips.  There's more mottling.  There's
6   different hues of gray.  There's a little purple on the
7   hips.  There's also some yellow discoloration.  And that's
8   indicative of bruising.
9    Q.   You agree with me that Mongolian spots aren't all
10  visible at the same time or at birth; right?
11               MS. ZANGERLE:  Form and foundation.
12               MR. PATEL:  Join.
13               THE WITNESS:  Can you repeat that question?
14  BY MR. CONNELLY:
15   Q.   Do you agree with me that Mongolian spots can
16  appear anytime during the first year or first year and a
17  half of a child's life?
18   A.   That -- that is, you know -- the appearance of
19  them, whether or not they're there or not throughout the
20  first year of life, that's beyond the scope of what I was
21  asked to do in the emergency department.
22   Q.   You're aware that aberrant Mongolian spots over
23  the hips and limbs are often confused with bruising
24  secondary to child abuse?
25               MS. ZANGERLE:  Form and foundation.

73

1          MR. PATEL:  Join.
2          MS. WERNER:  Join.
3          THE WITNESS:  I think there's -- there's
4   definitely a level of clinical assessment that has to be
5   done to distinguish a Mongolian spot from a bruise.
6   BY MR. CONNELLY:
7      Q.   Are you qualified to do that clinical assessment,
8   in your opinion?
9      A.   I think I'm qualified to be part of the team
10  that's making that assessment.  Ultimately I work under the
11  supervision of an attending surgeon as a resident.  And so
12  I present my findings to her, and we either examine the
13  child together or she examines the child independently.
14          And then she is ultimately the one -- or he,
15  depending on the day, but Dr. Rowe on this night was -- is
16  the one who ultimately makes that diagnosis.
17     Q.   Did Dr. Rowe examine ▌▌▌▌▌▌▌▌▌▌▌▌ on the 21st of
18  February?
19     A.   I don't have a recollection of Dr. Rowe examining
20  the patient, but in the medical chart, she says that she
21  examined the patient.
22     Q.   You don't have a recollection of her examining the
23  patient anytime that you were present with the patient?
24     A.   No.
25     Q.   I'm going to mark Exhibit 83.

155

1  injury.
2  BY MS. ZANGERLE:
3      Q.   And is that relevant when you're trying to come up
4  with a differential diagnosis as to the potential causes of
5  the injury that the child has?
6      A.   It can come into play, yes.
7      Q.   All right.  Is that relevant to you for purposes
8  of the child being evaluated for SNAT?
9      A.   Yes.
10     Q.   Why?
11     A.   This -- the mixed density blood products suggests
12 that there's a head injury, that it potentially could have
13 happened more than once.
14     Q.   Then she also indicates that she is awaiting a CPT
15 evaluation for recommendations regarding MRI.  Do you
16 understand that to mean that she's waiting for the Child
17 Protection Team to come in and make recommendations?
18     A.   Yes.
19     Q.   As part of the trauma team, as the admitting team
20 for this baby, are you responsible for figuring out if the
21 baby was in fact abused?  Is that part of your job?
22     A.   No.
23     Q.   Are you responsible for investigating potential
24 perpetrators of abuse as part of your responsibilities as a
25 resident on the trauma team?

1     A.   No.
2     Q.   Is that relevant to you in what you're doing in
3  taking care of this child?
4     A.   No.
5     Q.   Why not?
6     A.   Our focus is on the child and the child's injury
7  and the child's safety.
8     Q.   And who do you think is going to follow up on
9  sorting out if there's been a crime or a terrible accident
10 and who did it?
11           MR. CONNELLY:  Form and foundation.
12           THE WITNESS:  The CPT evaluation will get
13 that in motion.
14 BY MS. ZANGERLE:
15    Q.   Do you think that's the reason why Detective
16 Skaggs and someone from DCS talked to you?
17           MR. CONNELLY:  Form and foundation.
18           THE WITNESS:  Possibly, yes.
19 BY MS. ZANGERLE:
20    Q.   They didn't ask you what your opinion was as to
21 who hurt the baby, did they?
22    A.   Not that I can recall.
23    Q.   Any question ever been asked of you like that when
24 you were taking care of children with suspected
25 non-accidental trauma at PCH?

157

1        MR. CONNELLY:  Form and foundation.
2        THE WITNESS:  I don't ever remember being
3  asked that question.
4  BY MS. ZANGERLE:
5     Q.   Have you ever been asked by an attending to come
6  up with an explanation as to how the child was injured as
7  part of your training?
8     A.   No.  It is part -- part of our training to
9  determine the mechanism of injury if this was potentially
10 explainable from other causes or if this is something that
11 could be related to child abuse, but beyond that, the
12 mechanism is not really relevant.
13    Q.   So when you were coming up with the admission
14 orders for this child, are those orders focused on just
15 taking care of the baby and making sure that he's assessed
16 and any injuries that he may have are cared for?
17       MR. CONNELLY:  Form and foundation.
18       THE WITNESS:  Yes.
19 BY MS. ZANGERLE:
20    Q.   Although you talk to family and answer questions,
21 your focus and your interactions with them is not on
22 whether or not abuse occurred; correct?
23    A.   Correct.
24       MR. CONNELLY:  Object to foundation.
25 ///

185

```
 1   STATE OF ARIZONA   )
                        ) ss.
 2   COUNTY OF MARICOPA )

 3           BE IT KNOWN that the foregoing proceedings
     were taken before me, CINDY MAHONEY, a Certified Reporter,
 4   in and for the County of Maricopa, State of Arizona; that
     the witness, before testifying, was duly sworn to testify
 5   to the whole truth; that the questions propounded to the
     witness and the answers of the witness thereto were taken
 6   down by me in shorthand and thereafter reduced to
     typewriting under my direction; that the witness will read
 7   and sign said deposition; that the foregoing pages are a
     true and correct transcript of all proceedings had, all
 8   done to the best of my skill and ability.
             I CERTIFY that I am in no way related to
 9   any of the parties hereto; nor am I in any way
     interested in the outcome hereof.
10           I FURTHER CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206(F)(3) and
11   ACJA 7-206(J)(1)(g)(1) and (2).

12
     Cindy Mahoney                                        50680
13   _____          _____
     Certified Reporter                             CR Number
14
15   [signature: Cindy Mahoney]
     _____          _____
16   Certified Reporter (Signature)                       Date

17
             I CERTIFY that this Registered Reporting Firm has
18   complied with the ethical obligations set forth in ACJA
     7-206(J)(1)(g)(1) and (2).
19
20   Carrie Reporting, LLC                               R1064
     _____          _____
21   Registered Reporting Firm                       RRF Number

22
23   [signature: Batel Pakanaew]
     _____          _____
24   Registered Reporting Firm                            Date
     (Signature)
25
```