EXHIBIT 9

Message

| | |
|---|---|
| **From:** | Kirsch, Lisa [/O=PCH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LKIRSCH] |
| **Sent:** | 2/21/2019 9:23:20 PM |
| **To:** | Dietzman, Haley [hmcgoldrick@phoenixchildrens.com] |
| **Subject:** | RE: hospital consult #secure# |

What would you rather do? Since you already know all about this kid, if it makes sense for you to do hospital that's fine with me. Or I can see with Candy. I don't know how you feel about the need to work with Cynthia. I'm happy to mentor her through seeing the 9 am patient and the note writing process as well. Just let me know.

Lisa

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Dietzman, Haley <hmcgoldrick@phoenixchildrens.com>
**Date:** Thursday, Feb 21, 2019, 8:44 PM
**To:** Kirsch, Lisa <lkirsch@phoenixchildrens.com>
**Subject:** hospital consult #secure#

Hi Lisa,
Swayde Sankey MR 6728809

There is a consult tomorrow morning. Just got called from the ED... 60 day old with bruising, subconjunctival hemorrhage, and hemoptysis. Skeletal survey with bilateral tibia bucket handle fractures and I had to beg to admit :/ Recommended head ct, admission, basic trauma labs, extended bleeding labs, sw consult and reports.
I said we'd see in the morning.

I don't mind being hospital tomorrow. Let me know what you want to do... our options are this consult with Candy or a 9am clinic patient with Cynthia

Thanks,

Haley M. Dietzman FNP- BC, SANE-P
Nurse Practitioner / Child Protection Team
Phoenix Children's Hospital
(o): 602-933-6104 (p): 602-201-3559
-hmcgoldrick@phoenixchildrens.com-

