EXHIBIT 10

**Lucero, Alyssa M**

**From:** Duvall, Honor <Honor.Duvall@corizonhealth.com>
**Sent:** Wednesday, March 06, 2019 12:55 PM
**To:** Lucero, Alyssa M
**Subject:** ▓▓▓ overall information
**Attachments:** ▓▓▓ information 2.docx

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Honor Duvall, LCSW
Lead Psychology Associate
ASPC Lewis
Office: 623-386-6160 x54855
Cell: 602-499-8185





1

AZDCS000676

Timeline:

**Thursday 2/21/18**

Called pediatricians office and explained ▮▮▮ sx and was told that I should take him to the ER due to the possibility of a bleeding disorder.

Took ▮▮▮ to the Phoenix Childrens hospital ER.

Labs are drawn and I am told that everything came back normal and because of this an xray needs to be done.

I am told that xrays are normal

I am then told that ▮▮▮ has tibial fractures in both legs by another ED resident (African American male)

I ask Dr. Haange, Resident, to show me where fractures are located on legs and he points to ▮▮▮ hip area.

I am told that we are being admitted to hospital due to injuries and that social work will be notified

I am told that head CT needs to be completed

I am told that CT result are normal by ER resident (blonde female)

2300- ▮▮▮ grandmother, Dawn Duvall, arrives and asks for more explanation of ▮▮▮ reported injuries and is then told that fractures are in his knees.

Emily an RN from the trauma floor arrives to take us up to our room and the female ED resident reports that he also has 2 brain bleeds. The RN asks if we need a minute realizing we had just received this information.

We are moved upstairs, on the way Emily RN explains what she understands is happening and what a SNAT is and we are placed in a room. We explain what we are confused with all of the conflicting information received in the last 2 hours. Emily RN agrees to contact a physician to come and clear concerns.

Dr. Haange who earlier reported fractures in hips now reports fractures are located in knees but is unable to explain terminology, severity, or specifics, also tells us that CT results have come back normal. We ask for clarification as we were just told he has brain bleeds and request that this Dr.Haange go back to review his file once again.

Dr. Haange returns with printed reads from xrays, CT, and has written ABNORMAL labs (which I was told initially had all come back normal) on the CT report.

0200 DCS worker Brenda Guadalajara and Detective Skaggs come to interview mother, father, and grandmother. They report that they have been told he has fractures in both of his ankles, is covered in bruises, and has brain bleeds.

We are interviewed. Dawn Duvall spent time explaining what we have been told and what these things can mean. We request that they go back to speak to doctors again as reports are inconsistent. They do so and return reporting to us how the doctor's stories are inconsistent and no one seems to know what is actually happening.

Present danger plan is created stating that we, parents and grandmother, can be with ▇▇▇ but have to have another responsible adult present.

Gordon Gooley arrives at the hospital to be our responsible adult.

Brenda Guadalajara reports to grandmother (Dawn Duvall) and Gordon Gooley at the nurses desk outside of hospital room, that she has no suspicions of abuse.

Detective Skaggs returns and says to mother (Honor Duvall) and father (Donald Sankey) that she apologizes for all of this and reports that all involved parties seem "genuine" and "are doing a great job for first time parents".

**Friday 2/22/19**

All of the following events happen in the presence of Honor Duvall, Dawn Duvall, and Gordon Gooley.

Approx. 0600 Neurology resident arrives to hospital room and reports that CT scans were read the night prior by someone who does not work at the hospital and after reviewing them herself she is unconcerned. She refers to the "brain bleed" as a "flare" in the CT and reports that it is only seen on 1 slice of a 490 slice CT. She states "If we were to repeat the CT right now it would probably be gone". She reports no head trauma and no concerns. She also reports that there is only 1 "flare" and she is unsure where they see a second.

Neurology attending, we believe to be Dr. Kathleen Klas comes to speak with us and reports consistent findings with resident who spoke with us earlier. Reporting that there is 1 "flare" on the CT which is having no mass effect and shows no signs of trauma. Reports that there is really no need for follow up as everything looks clear, but that she may check back in only because she was consulted.

"Trauma team" doctors arrive and report that an MRI of his head and CT of the abdomen and pelvic have been ordered. We inquire why as neurology just reported that everything was clear and NP Zach Dion reports that neurology ordered this.

We ask to see an orthopedic as the diagnosis of growth plate fractures are very difficult to make due to the darkened area of the plate compared to the formed bone. This request is again ignored.

At no time has the Mother or Father been asked for consent to do any tests. MRI and CT are completed.

We are told that abdomen CT is completely normal but that MRI shows 2 brain bleeds. Doctors are unable to explain why Neurology denied brain bleeds earlier in the day and we are now once again being told that he has brain bleeds.

Ophthalmologist Dr. Cassidy arrives. He does not explain what he is about to do or who he is. Cassidy removes tools from his back pack and begins to pull apart ▬▬ eye lids in order to complete the exam. (No drops are used, he does not dilate his eyes despite medical records reporting he completed a dilated eye exam) Cassidy does not speak to anyone in the room and then begins to pack up his tool and leave. I ask Cassidy about his findings are and he states "well there is a lot of blood back there". Only upon further inquiry from family does he report that he has extensive retinal bleeding. As we are asking questions he rudely puts his hand up in Dawn Duvall's face and says "be quiet and let me finish my statement". When asked by mother Honor Duvall how these bleeds could have happened he states "A fall from a 2-3 story building, a rollover car accident, or shaking." When Honor Duvall inquired about how else this could happen since none of these had occurred he states "Or a bleeding disorder".

Family is contacted by Alyssa Lucero ( who has not met the family or child) and it is reported that the present danger plan will now be changing and no contact will be allowed between mother, father, grandmother and ▬▬ Upon report that Swayde is breastfed it is modified and mother in now able to breastfeed twice a day before and after work but no contact remains between father and grandmother once discharged from the hospital.

Dr. Snyder with neurosurgery arrives and offers Honor Duvall, Donald Sankey, and Dawn Duvall the opportunity to see the MRI images. Donald Sankey takes a photograph of the images. Dr. Snyder reports that ▬▬ has fluid collections in his subarachnoid spaces. He reports that there are 2 layers of fluid but that he is unable to determine what the fluid is. He reports that this fluid could be spinal fluid or could be spinal fluid and old blood. Dr. Snyder specifically states that there is "no fresh blood" and that IF there is blood that is could not have been from the last 72 hours. Dr. Snyder reports no signs of head trauma and no mass effect. (Dr Snyders report of the MRI includes BESS- Benign enlarged subarachnoid spaces)

"Trauma team" doctors return and continue to report 2 brain bleeds of two different ages. Fresh and old. Family reports contradictions to trauma team doctors and the reports from Dr. Snyder and they ignore stating that he has brain bleeds and that "they shouldn't have told you that".

Family requests to speak to Dr Snyder or neurology radiologist reading MRI and were denied.

Dawn Duvall requests other labs and tests be run to address illness of ▬▬ and is told "what needs to be done will be done" and denies requests for further testing. When asked why they are not looking at other possibilities for his reported injuries or sources trauma team repeatedly states "that's not our job".

1730 Maternal great grandmother arrives from Oklahoma to take over duties of responsible adult. We notified DCS as instructed and wait until after 2100 for their arrival to discuss new plan.

**Saturday 2/23/19**

Saturday AM family is told that Swayde will be discharged today.

Trauma team requests more labs to be run, but reports that they will still discharge ▮ before the results arrive.

Trauma team, doctor reports that lab results will not return for 1-2 weeks.

Trauma team physician Dr. Lewis finally allows Honor Duvall to see leg x-rays and it is now reported that fractures are in ankles (up until now it was still being reported that fractures are in knees).

Family requests to speak with orthopedic specialist or surgeon and were denied.

Family continues to request more labs and test be ran to rule out some possible underlying medical concerns and is repeatedly denied. The trauma team explains it is not their job to find alternative answers only to collect this information.

Family asks nursing if lab results from day prior have returned and are initially told that they are in his chart, then are then told that no results have returned.

▮ is discharged from the hospital and current present danger plan allowing no contact begins.

**Monday 2/25/19**

▮ is taken to pediatrician Heather Gosnell

Everything is explained to pediatrician. Hospital records provided.

Repeat xrays are ordered

▮ is diagnosed as anemic based on hospitals lab work Hgb 8.3, 8.1, HCT 24.8, 23.4

▮ is diagnosed as having an upper respiratory infection.

▮ receives vaccinations during this visit and bursts another blood vessel in his eye while at the office. This is witnessed by the pediatrician.

▮ is taken to ophthalmologist Warren Heller at Eye Doctors of Arizona who completes the same type of exam as Cassidy and reports no retinal hemorrhaging. Reports state "no retinal abnormalities"

▮ is taken to get repeat leg x-rays at Valley Radiology.

**Tuesday 2/26/19**

Xray results come back and read that his left leg shows no abnormalities and that the right leg shows some reaction in the bone but that a fracture cannot be definitely diagnosed. The report also reads that reaction seen in images may be xray artifact.

**Thursday 2/28/19**

███ Is taken to see Dr. Woods (Orthopedic surgeon) for a follow up appointment. Dr. Woods reports that he has both sets of xrays. He states in the presence of Honor Duvall and Margaret Good that he sees nothing on his left leg and that although the xray looks as if there may be a healed fracture on his right that he cannot definitively make that diagnosis. Dr. Woods reports that the only way to be sure that there is a healed fracture is through a bone scan, but that he really does not want to have one done because ███ who have to be anesthetized. Dr. Woods reports that there is no way to tell how this injury could have occurred, but usually occurs by twisting or pulling. When asked about the possibility of a diaper change in which I am holding his ankles and he is twisting to get away from me could have caused this Dr. Woods stated "there is really no way to say". Dr. Woods reported that he would like to run new labs to test for bone fragility. I inquire about the exact labs and what they mean. He reports to me that he is running collagen marker labs and alkaline phosphatase and that if any of these come back elevated that it could mean there is fragility in his bones. He states that he will put in the consult for bone scan to be done by swaddling Swayde tightly and that he will also order those labs.

I call Dawn Duvall and report what Dr. Woods stated to me and she explains that Alkaline Phosphatase was run during his hospital stay and came back elevated twice the normal level.

**Friday 3/1/19**

TDM meeting held. Present danger plan remains the same.

We are told medical review will be completed with all information including medical records from PCH as well as second opinions contradicting original reports.

I call PCH to check on orthopedic note from 2/28 and am told that the doctor has not yet signed off but that it should be done by Monday.

**Monday 3/4/19**

New orthopedic note is still not in patient portal.

I call PCH and request the medical record and am forwarded to patient portal help. They report that I requested to be disconnected from the portal but that they will get it fixed and get me reconnected.

AZDCS000681

Portal support then tells me that their system is frozen and that they cannot do anything to help now, but that I can call back tomorrow to be reconnected.

I am transferred to medical records who tells me to fill out an authorization for the release of the orthopedic progress note. I do so and send it back within approx. 30 minutes. I am told I will be getting the record.

I am then transferred to an individual named Adrienne who then reports that they will not release any information to me due to there being an ongoing investigation.

### Tuesday 3/5/19

I call portal support at PCH and am immediately transferred to a supervisor who tells me that they disconnected me from the portal (although the previous day I was told that I somehow requested to be disconnected from the portal) because I am not allowed to have access to any of ▮▮▮▮ medical records due to an ongoing investigation.

### Inconsistencies:

Initial labs and subsequent labs show abnormalities in ▮▮▮▮ blood which his pediatrician has now used to diagnose him as anemic. If ▮▮▮▮ was brought to the ER for illness and possibility of blood disorder why was the fact that he is anemic ignored?

MRI read lists benign enlargement of the subarachnoid spaces as a differential diagnosis and do not ever definitely diagnose him with "subdural hematomas". It is only reported that there is extra-axial fluid collections which could be blood or could be BESS. This fact is completely ignored and he is diagnosed with subdural hematomas. Upon research into BESS sx include: enlargement of subarachnoid spaces, extra-axial fluid collections, enlarged ventricles (which he is listed as having in MRI reads as well), and a sudden rapid growth of head circumference. Upon further investigation of ▮▮▮▮ head circumference his head has grown from the 20th percentile to the 78th percentile in a 1 month timespan. Abusive Head trauma does not cause increase in head circumference. ▮▮▮▮ very clearly fits into every aspect of this differential diagnosis that is listed on MRI read, but this is being ignored.

MRI results show eyes as completely normal. Severe retinal hemorrhages are seen 76% of the time on MRI reads

X-ray reads never definitely diagnose him with fractures and only read as "worrisome".

Reports state the Cassidy performed a dilated eye exam and he did not.

Cassidy reported that with the severity of his retinal hemorrhages he is unable to see and can only see large objects moving, but ▅▅▅ watches television, smiles back at you when you smile at him, smiled at a painting on the wall of the pediatricians office, looks at himself in the phone camera, and tracks small objects with no issue.

We were told that there are several labs still pending upon ▅▅▅ discharge but medical records read that all labs except for Vitamin D had been completed and results were available prior to discharge.

Location of fractures changed 3 times throughout 2 day stay.

Abdominal CT shows opacity in lung and umbilical hernia which family was not informed of. Doctors reported that everything came back normal.

I was told labs, xrays, head CT, abdominal and pelvic CT all came back normal and was later told that all came back with abnormalities.

When attempting to explain ▅▅▅ abnormal labs we were told that they could be elevated due to acute injury but ALL reported injuries were reported as healed and old therefore contradictory.

Inconsistent reports to family, DCS, and Buckeye police in regards to ▅▅▅ reported injuries.

Constant inconsistent reports by different doctors throughout entire hospital stay.

### Reported Injuries and evidence refuting:

Legs- originally dx with bilateral tibial fractures. Repeat xray refutes this dx and reads nothing on left leg and recation on right but inability to definitively diagnose fracture. PCH Ortho surgeon reports same findings at appointment in the presence of Honor Duvall and Margaret Good. Dr. Woods states that if these images would have come across his desk he would not have thought anything was present, but that because of the situation surrounding the xrays this diagnosis had been made.

Subdural hematomas- differential diagnosis listed plainly on the MRI read, and states that due to other injuries it is being ignored. ▅▅▅ fits into all categories (Incuding rapid increase of head circumference that no "trauma" could cause) of Benign Enlargement of the Subarachnoid Spaces (information that we have provided) but because NAT was the focus of his workup this was disregarded. MRI read never definitively diagnoses subdural hematomas and only states that there is extra-axial fluid collections which may contain blood products.

Eyes- second opinion by outside providers states that there is no retinal abnormalities. MRI results show no retinal hemorrhaging in eyes. ▅▅▅ is clearly able to see despite Cassidy stating that he cannot. PCH records states that dilated eye exam was completed and it was not.

All injuries have been differentially-diagnosed or ruled out completely.