EXHIBIT 11

Reporter's Transcript of Recorded Proceedings

```
         IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

              IN AND FOR THE COUNTY OF MARICOPA


                                      )
 IN THE MATTER OF:                    )
                                      )
 DEPARTMENT OF CHILD SAFETY,          )
                                      )
 vs.                                  )No. JD37152
                                      )
 HONOR DUVALL and DONALD              )
 SANKEY,                              )
                                      )


    TRANSCRIPTION OF ELECTRONICALLY RECORDED PROCEEDINGS
            HEARING, DAY 3, AUGUST 22, 2019




 TRANSCRIBED BY:
 Lori L. Thielmann, CR, RPR
 Certified Reporter
 Certificate No. 50877

 PREPARED FOR:
 Georgia Staton

 (Original)
```

SANKEY 000980                    CONFIDENTIAL

25

1     Q.    That's a yes?
2           THE COURT:  I'm sorry, is that a yes?
3  Uh-huh, uh-huh?
4           THE WITNESS:  Yes.  I'm sorry, that's a yes.
5           THE COURT:  All right.  Thank you.
6  BY MR. ZURBRIGGEN:
7     Q.    And then last quote is, The myelination pattern is
8  age-appropriate.  That -- you, I think, indicated that
9  means that the insulation of the nerves themselves were
10 fine.
11    A.    Yes, that's correct.
12    Q.    Okay.  And then you also indicated that on that
13 same note there was extraaxial fluid seen in the quotas,
14 please note that aging of blood products in not accurate in
15 the extraaxial spaces.  And I think you interpreted that as
16 it's kind of tough to date any potential blood product
17 through that scan?
18    A.    Yes.  And mostly because when -- I guess there was
19 a concern of whether cerebral spinal fluid could mix in
20 with the subdural hematoma and make it difficult to really
21 age them.  That's kind of goes along with us not being able
22 to say whether it's greater than -- whether it's two weeks,
23 three weeks, or four weeks old.
24    Q.    Okay.  And do you remember when you spoke to mom
25 one of the times on March 9th that you actually indicated

TRANSCRIPTION OF ELECTRONICALLY RECORDED PROCEEDINGS
Reporter's Transcript of Recorded Proceedings

165

1          BE IT KNOWN that the foregoing audio
2   recording was transcribed by me, Lori L. Thielmann, a
3   Certified Reporter; that the 165 pages contained herein
4   are a true and correct transcript of the recording, all
5   done to the best of my skill and ability.
6          I FURTHER CERTIFY that I am in no way
7   related to any of the parties hereto, nor am I in any way
8   interested in the outcome hereof.
9          DATED this 22nd day of March, 2021.
10
11
12                          /s/  Lori L. Thielmann
13                          LORI L. THIELMANN, CR RPR
                            Certified Reporter
14                          Certificate No. 50877
15
16
17
18
19
20
21
22
23
24
25