EXHIBIT 15

## Comprehensive Child Safety and Risk Assessment

**D . Joint Investigation and/or Police Involvement (Outline information on law enforcement agency, names, contact information, DR#'s, and status of involvement):**

This case is criminal conduct and a joint investigation with Buckeye PD.

-- LORENZANA, EDWIN @2/22/2019 2:50:58 AM --

DR#2019-0221116- Buckeye PD Detective Skaggs (badge#3038)
2/22/2019 12:50AM AHIT DCSS Gualajara met with Detective Skaaggs on the 9th floor at Phoenix Children's hospital. She was provided a copy of the documentation Social work provided DCSS Gualajara. -- GUALAJARA, BRENDA @2/22/2019 7:06:03 AM --


LE Jurisdiction:
Buckeye PD


Officer/Detective Name and Contact Number:
Detective T. Skaggs, Badge #3038, 623-333-7939


DR#:
19-0221116


Follow up contacts with PD:
On 02/22/2019 at 1:29 PM, OCWI Lucero spoke with Det. Skaggs. She contacted OCWI Lucero to inquire about a status update of the child. OCWI Lucero informed her a CT and MRI was ordered for the child, but that OCWI Lucero is still waiting to hear back in regards to what the results are of both tests.
-- LUCERO, ALYSSA, M. @2/22/2019 2:28:01 PM --


On 02/25/2019 at 10:45 AM, OCWI Lucero spoke with Det. Skaggs. OCWI Lucero asked if anyone from PCH called her with an update on later Friday afternoon and she stated no. OCWI Lucero informed Det. Skaggs of what Marcia Bluth (SW at PCH) provided to OCWI Lucero. Det. Skaggs at this time she will be staffing the case with the County Attorney. OCWI Lucero informed her that there will be a CPT Staffing with PCH on 02/27/2019 at 11:30 AM. She stated she will be present telephonically for that. OCWI Lucero provided her with the call-in information.
-- LUCERO, ALYSSA, M. @2/25/2019 10:58:41 AM --

**E . Documents Reviewed (if applicable):**

OCWI Lucero reviewed the PCH SNAT Report.
-Copy in the hard file for review if needed.


OCWI Lucero reviewed the Present Danger Plan that was implemented with the parents, MGM, and responsible adult.

Child Safety and Risk Assessment                                                               Page 4 of 30
Date Printed:   3/27/2019

**Comprehensive Child Safety and Risk Assessment**

The mother gave no disclosure as to what could have happened to the child to have caused the diagnosed injuries. She stated the only thing that she could think of that would have caused the child to break his tibia was from when she holds his legs and he squirms when getting his diaper changed. Det. Skaggs let the mother know the doctors already stated that is not a plausible explanation for the fracture tibia. The mother is adamant that PCH (Trauma Team and CPT) is reporting pieces of information to her about the child, but then documenting differently in the medical records as well as reporting to OCWI differently. Unfortunately there is no way to prove her right or wrong and she knows that, so she is very stressed out.

We did let her know she needs to question the child's father and her own mother, separately. We let her know she needs to make it known to both of them if someone does not come forward, herself included, their child will be removed. The mother had nothing additional to say, so the meeting with the mother concluded.
 -- LUCERO, ALYSSA, M. @3/12/2019 1:33:40 PM --


On 03/18/2019 at 2:46 PM, OCWI Lucero spoke with Honor. OCWI Lucero asked if she and Donald are available to meet this afternoon or tomorrow and she stated this afternoon works. OCWI Lucero asked if she and Donald are available at 3:30 PM today and she stated she did not know, she would need to call Donald and then call OCWI Lucero back. -- LUCERO, ALYSSA, M. @3/18/2019 2:49:46 PM --

### G . Collateral contacts:

Dawn Duvall- MGM
2/22/2019 2:21AM Detective Skaggs interviewed Maternal Grandmother at Phoenix Children's Hospital 9th floor family room.
MGM states she was tired of doctors providing her daughter with the wrong information. She states she told the doctor to print her the labs and the scan. According to the labs they are not normal. She states the child's white blood count is elevated which can mean an infection or inflammation. She states his liver enzymes and factor 8 are elevated and that can mean a number of things. She states she can't believe they are stating the child has a tibia fracture because those are hard to diagnose and it can be difficult to read. MGM believes something is wrong and does not believe mother or father could have possibly injured the child. She states she cared for the child on Tuesday and he wasn't his normal happy self. She states he was fussy and acted like he was hungry. MGM states she examined his stomach and didn't see anything abnormal, but thought mother probably ate something bad and it got into the breastmilk making the child fussy. MGM states shes been in contact with her daughter and on Thursday mother told her about the blood spit up. She told mother to go see her PCP because an ER is not a place for the child because there are a lot of sick people, but the PCP told her to go to the ER. MGM states she does not believe mother or father could abuse their child. She states mother has PCOS , has had a miscarriage and  tried really hard to have a baby. She states both of them have been around children for years and she doesn't believe they abused their child. She believes something is wrong with his blood.


Dr. Patrick Hangge- On Call Trauma doctor
2/22/2019 3:25AM Dr. Hangee spoke over the phone to AHIT DCSS Gualajara and Detective Skaggs. He states the lab report showed nothing obvious. He states the white cell count is higher

## Comprehensive Child Safety and Risk Assessment

and could be an infection or something is inflamed. He states the Skeletal showed a bilateral tibias and bucket handle fracture. He was asked if this could be caused by a blood disorder and stated no. He was advised MGM stated there is concern about the liver enzymes and stated it's possible the blood affects the child's bones and the child could be injured with normal handling of the child. Dr. Hangee stated a blood disorder had not been ruled out. He was asked in regards to the CT that showed a subdural hematoma, but not skull fracture and the child has no visible outside trauma. The doctor said a slight accident like braking too hard could have caused this or a blood disorder. Doctor was asked what needs to be done to rule out a blood disorder and he stated they ran a test on factor 8 and 9 and he also needs to speak to his attending. He states the factor 8 is elevated and he would expect this to be low and factor 9 is normal. He states they should have more answers in the morning.


Gordon Gooley- Responsible adult
2/22/2019 4:50AM Responsible adult arrived at the hospital. The present danger plan was reviewed with him. Responsible adult has agreed to supervise all interaction between mother, father, and maternal grandmother until Maternal Great Grandmother arrives from Oklahoma. MGGM is able to stay during the length of the present danger plan and supervised parents with child. She should be arriving 2/22/2019 around 5:30pm. Family was advised OCWI can lift the plan if they are able to rule out abuse, but if not then they will need to complete the investigation and family will have to call the hotline when MGGM arrives to sign a new present danger plan.
-- GUALAJARA, BRENDA @2/22/2019 7:34:30 AM -- -- GUALAJARA, BRENDA @2/22/2019 7:59:38 AM --


On 02/22/2019 at 8:47 AM, OCWI Lucero spoke with Diane with the Child Protective Team at PCH to inquire of a status update. She stated as of right now she does see that the case is going to be reviewed. She stated she did document OCWI Lucero's name and contact number, so when it is reviewed the doctor will give OCWI Lucero a call with an update.
-- LUCERO, ALYSSA, M. @2/22/2019 8:55:26 AM --


On 02/22/2019 at 8:57 AM, OCWI Lucero spoke with Gretchen Burke (PCH Liason for DCS). OCWI Lucero gave Gretchen the case information and asked if she could find more information to provide OCWI Lucero, she stated yes that she would look into this case and gather as much information as she could to provide OCWI Lucero.
-- LUCERO, ALYSSA, M. @2/22/2019 9:12:18 AM --


On 02/22/2019 at 9:27AM, OCWI Lucero spoke with Hailey Dietzman (CPT at PCH). She stated a skeletal survey was completed with findings of a bilaterla tibia fractures, which means there is at least two lower extremity fractures. She stated a MRI is going to be requested to be done in order to gather more information. She statd she is also going recommend a CT of the child's chest and abdomen, because of the vomitting of blood. She stated without having met the child yet and just going on his chart this is all poiting to abuse. She stated in a couple of weeks a repeat skeletal will be done with the child. She stated discharge is possible for today, but it will most likely be tomorrow. She stated after she makes contact with the child she will give OCWI Lucero a call back with an update. OCWI Lucero thanked her for the information and provided her with OCWI Lucero's desk and cell phone number. -- LUCERO, ALYSSA, M. @2/22/2019 9:43:08 AM --

CONFIDENTIAL                                                                                                          AZDCS012372

## Comprehensive Child Safety and Risk Assessment

On 02/22/2019 at 10:37 AM, OCWI Lucero received a voice mail from Gretchen Burke. She stated she spoke with Marcia Bluth (SW w/CPT). She stated they are reviewing the child and it is looking like it is not a medical issue, but suspected abuse. She stated Marcia will be giving OCWI Lucero a call though with more information.

On 02/22/2019 at 10:49 AM, OCWI Lucero spoke with Gretchen to confirm the voice mail had been received and that Marcia Bluth had OCWI Lucero's contact information.

On 02/22/2019 at 12:01 PM, OCWI Lucero spoke with Hailey Dietzman. She confirmed that the CT on the chest and stomach had been completed, but the results had not been read yet. She stated the MRI was ordered and the child has to be without food for four hours and those orders went in at 10:30 AM. She stated once the four hour mark hits and the MRI equipment is available and no other emergent case comes in then the MRI will be completed with the child. She stated they will give a call with more information later. OCWI Lucero asked to be informed before 5:00 PM that way if the After Hours DCS Team needs to be notified it can be taken care of, she stated she would.
-- LUCERO, ALYSSA, M. @2/22/2019 2:12:31 PM --


On 02/22/2019 at 2:47 PM, OCWI Lucero spoke with Marcia Bluth (SW with CPT at PCH). She stated the optomologist came back with the following results:
Child Swayde has a bilateral retinal bleed and chornic brain bleeds (old and new). She stated the child also has a tibia bucket handle fracture which is highly suspicious for nonaccidental trauma. She stated that type of injury is caused by significant acceleration and deceleration. She stated the family denied any type of major auto collision accident. She stated it can also be caused by the child being forcefully pushed/thrown down. She stated they are still running more tests, but as of now this is still looking like nonaccidental trauma and not a medical condition.

OCWI Lucero informed Marcia of the Present Danger Plan and what it will change to upon discharge. OCWI Lucero stated the MGGM will be arriving in Phoenix, AZ later this evening and the family is aware to contact the hotline to have her added to the PDP.

OCWI Lucero asked if child Swayde will be discharged today and she stated no. She stated it is possibly he may be discharged tomorrow, but they are still not sure.
-- LUCERO, ALYSSA, M. @2/22/2019 4:38:49 PM --



Magaret Good- MGGM
2/22/2019 8:20PMAHIT DCSS Gualajara met with the family at Phoenix Children's Hospital in Room 9104. Two new present danger plans were put in place. Gordon Gooley, MGM, MGGM, parents, and child were in the room. After going over the present danger plan and getting Gordon's signature he left home. Maternal great grandmother was advised of DCS involvement. She thought it was excessive, but it was explained to her that DCS needs to eliminate every possibility and at this time the injuries are non-accidental. She states she will be able to comply with the present danger plan, but will be staying at parents' house in Buckeye and parents will be going to stay at MGM's house in Avondale. She was advised to call the hotline if she has any questions and that