# EXHIBIT 16

CSO-1034A (6-17) Page 1 of 2

**ARIZONA DEPARTMENT OF CHILD SAFETY**
**PRESENT DANGER PLAN**

Explain your observations supporting the determination that the child is in present danger:
The child is a 2 month old with unexplained injuries. The child has serious injuries that the caregivers and others cannot or will not explain.

Unsafe Child(ren): ▮

Select the type of present danger plan that will provide supervision and care so the child(ren) will be safe while the comprehensive Family Functioning Assessment is being completed:

| | | | |
|---|---|---|---|
| ☐ | The threatening person leaves the home. | ☐ | The child is cared for outside the home periodically. |
| ☐ | The protective parent and child leave the home and go to a safe environment. | ☐ | The child lives with someone in the family network part-time. |
| ☐ | A responsible adult is in the home at pre-determined specific times. | ☐ | The child lives with a responsible adult for seven days per week, 24 hours per day. |
| ☐ | A responsible adult routinely monitors the home. | ☐ | The child is placed in the temporary custody of DCS by a Voluntary Placement Agreement, CSO-1043. |
| ☒ | A responsible adult moves into the home seven days a week, 24 hours per day. | ☐ | The child is placed in the temporary custody of the Department. |

| Describe the specific action(s) to keep the child(ren) safe | Responsible Adult | When is the protective action needed? |
|---|---|---|

The Responsible Adult(s) will ensure the daily needs of the child(ren) are being met. The RA will not use any non prescribed medication or illegal substances while caring for the child(ren). The RA will not allow mother or father to be unsupervised around the child(ren). The RA wil not allow mother and/or father to engage in domestic violence around the child(ren). The RA will not allow the mother and/or father to be under the influence of drugs and/or alcohol around the child(ren). The RA will remove the child(ren) from the presence of the mother and/or father if they pose a safety risk to the child(ren). The RA will not allow any adult who is not approved by the department of Child Safety to have unsupervised contact with the child(ren). The RA will remove the child(ren) from all situations which poses a safety threat.

Responsible adult will be responsible for supervising interaction between child, parents, and maternal grandmother until Margaret Good arrives in Arizona and signs a PDP. Margaret Good will be arriving at 5:36pm and will be able to stay for 14 days.
Responsible Adult: Gordon Gooley

End date of present danger plan (must be within 14 days or less): (up to) 3/8/19

Level of contact allowed between child and parent/caregiver (frequency, duration, location, level of supervision):
Parents and maternal grandmother are allowed to have unlimited contact with the child, but all contact must be supervised.

Describe how the DCS Specialist will oversee that the plan is followed and sufficient:
The assigned DCS Specialist will contact the family to follow up. Please call the hotline with any questions, 1-888-767-2445.

The Department of Child Safety has determined that the present danger plan described above is necessary to keep your child safe. If the present danger plan is not implemented, the Department may need to file a dependency petition in order to keep your child safe. It is important to understand that as a parent or guardian of the child, you have certain rights. You have the right to an attorney and a hearing before a juvenile court judge if you do not agree to a present danger plan that is sufficient to keep your child safe and the Department chooses to remove your child from the home, if not already in the custody of the Department, and file a dependency petition.

Parent acknowledges notification of their rights:   ☒ Yes   ☐ No   ☐ Unavailable   Parent Initials: DS  AP

Must also complete the "Present Danger Plan Signature Page". See Page 2 for EOE/ADA/GINA disclosure.

AZDCS000153

CSO-1034A (6-17) - Page 2 of 2          ARIZONA DEPARTMENT OF CHILD SAFETY

## PRESENT DANGER PLAN SIGNATURE PAGE

### PRESENT DANGER PLAN PARTICIPANTS AND PHONE NUMBERS

| NAME OF RESPONSIBLE ADULT, IF APPLICABLE | PHONE NO. (Include area code) |
|---|---|
| Gordon Gooley | |
| NAME OF RESPONSIBLE ADULT, IF APPLICABLE | PHONE NO. (Include area code) |

ADDRESS (No., Street, Apt.No., City, State, ZIP Code)

**ASSESSMENT OF RESPONSIBLE ADULT(S)**

| Yes | No | |
|---|---|---|
| ☒ | ☐ | DCS record check: Date: 2/22/19 |
| ☒ | ☐ | Criminal record check: Date: 2/22/19 |
| ☒ | ☐ | Home is physically safe (if child will be staying there); |
| ☒ | ☐ | Understands threats to child are real and must be controlled; |
| ☒ | ☐ | Can prevent contact with those who pose threats, as needed; |
| ☒ | ☐ | Is present at times needed to ensure safety of child; |
| ☒ | ☐ | Is present when threats are occurring or are likely to occur; |
| ☒ | ☐ | Can meet the child's basic needs; |
| ☒ | ☐ | Is physically able to protect the child; |
| ☒ | ☐ | Is aligned with DCS in carrying out the Present Danger Plan; |
| ☒ | ☐ | No substance abuse, mental health or personal issues that may interfere with keeping the child safe. |

**AS A RESPONSIBLE ADULT, I AGREE TO THE FOLLOWING** (Initial each item)

- ☒ To follow the Present Danger Plan as prescribed;
- ☒ To be present at times needed to ensure child's safety;
- ☒ To be present when threats are or are likely to occur;
- ☒ That I am physically able to protect child;
- ☒ That I will cooperate with and support DCS in carrying out the present danger plan;
- ☒ That I will maintain contact with the DCS Specialist
- ☒ That I will notify the DCS Specialist or DCS Supervisor **immediately** if unable to carry out the plan;

(*Child Abuse Hotline 1-888-767-2445 OR DCS Specialist Phone No. _____*)

- ☒ That I will notify the DCS Specialist or DCS Supervisor **immediately** if the parent/caregiver attempts to have unapproved contact with the child; and
- ☒ That I will ask for assistance and guidance from DCS as needed.

| PARENT / CAREGIVER'S SIGNATURE | DATE 2/22/19 | PARENT / CAREGIVER'S SIGNATURE | DATE 2/22/19 |
|---|---|---|---|
| RESPONSIBLE ADULT'S SIGNATURE | DATE 2/22/19 | ADDITIONAL RESPONSIBLE ADULT'S SIGNATURE | DATE |
| CHILD'S SIGNATURE (As appropriate) | DATE | CHILD'S SIGNATURE (As appropriate) | DATE |
| PRINT NAME OF DCS REPRESENTATIVE: Brenda Gualajara | | DCS REPRESENTATIVE'S SIGNATURE | DATE 2/22/19 |

### SUPERVISORY APPROVAL OF PRESENT DANGER PLAN

| SUPERVISOR APPROVAL: ☒ By phone ☐ In person | PRINT NAME OF DCS SUPERVISOR: Fernando Araiza | DCS SUPERVISOR'S SIGNATURE | DATE 2/22/19 |
|---|---|---|---|

Routing: Original – Parent/Caregiver; Yellow – Responsible Adult; Pink – DCS Case Record

**Must also complete the "Present Danger Plan"**

Equal Opportunity Employer/Program • Under Titles VI and VII of the Civil Rights Act of 1964 (Title VI & VII), and the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and Title II of the Genetic Information Nondiscrimination Act (GINA) of 2008, the Department prohibits discrimination in admissions, programs, services, activities, or employment based on race, color, religion, sex, national origin, age, disability, genetics and retaliation. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity. For example, this means if necessary, the Department must provide sign language interpreters for people who are deaf, a wheelchair accessible location, or enlarged print materials. It also means that the Department will take any other reasonable action that allows you to take part in and understand a program or activity, including making reasonable changes to an activity. If you believe that you will not be able to understand or take part in a program or activity because of your disability, please let us know of your disability needs in advance if at all possible. To request this document in alternative format or for further information about this policy, contact your local office; TTY/TDD Services: 7-1-1. • Free language assistance for the Department services is available upon request. • Disponible en español en la oficina local.

AZDCS000154