# EXHIBIT 23

**Date :** 2/22/2019 5:21:37 PM
**From :** "Gualajara, Brenda" Brenda.Gualajara@AZDCS.GOV
**To :** "Lucero, Alyssa M" Alyssa.Lucero@AZDCS.GOV
**Subject :** RE: CID 612977/Report#1064308
**Attachment :** image001.png;image002.png;

Yes it was, but I'm back and I heard they ran more tests and this is a shaken baby. If I'm available when MGGM gets here I'll go out and put the pdp in place. Let me know if there is anything I could've done differently so I can make the adjustment next time.

---

**From:** Lucero, Alyssa M
**Sent:** Friday, February 22, 2019 8:48 AM
**To:** Gualajara, Brenda <Brenda.Gualajara@AZDCS.GOV>
**Subject:** RE: CID 612977/Report#1064308

I was wondering, but figured it is late for you, so I wasn't going to question. Haha thanks!



Alyssa Lucero
Investigator, Office of Child Welfare Investigations (OCWI)
Arizona Department of Child Safety
965 E. Van Buren St. Suite 100
Avondale, AZ 85323
P: 623-333-7920
F: 623-333-0790
Alyssa.Lucero@azdcs.gov
AZDCS Website| Twitter| Facebook
To report child abuse or neglect: 1-888-SOS-CHILD

---

**From:** Gualajara, Brenda
**Sent:** Friday, February 22, 2019 8:39 AM
**To:** Lucero, Alyssa M <Alyssa.Lucero@AZDCS.GOV>
**Cc:** Duncan, Jeffrey (Jeff) <Jeffrey.Duncan@AZDCS.GOV>; Araiza, Fernando <Fernando.Araiza@AZDCS.GOV>; Cirricione, Jacqueline, S <Jacqueline.Cirricione@AZDCS.GOV>
**Subject:** Re: CID 612977/Report#1064308

It would help if I attached the pdp lol


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Gualajara, Brenda" <Brenda.Gualajara@AZDCS.GOV>
Date: 2/22/19 8:16 AM (GMT-07:00)

To: "Lucero, Alyssa M" <Alyssa.Lucero@AZDCS.GOV>
Cc: "Duncan, Jeffrey (Jeff)" <Jeffrey.Duncan@AZDCS.GOV>, "Araiza, Fernando" <Fernando.Araiza@AZDCS.GOV>, "Cirricione, Jacqueline, S" <Jacqueline.Cirricione@AZDCS.GOV>
Subject: CID 612977/Report#1064308

Alyssa,
==PCH just emailed me the PDP.== Attached are the pictures and documents. Email me if you have any questions and I will respond as soon as I can.

Thank you,



**Brenda Gualajara**
**After Hours Investigation Team**
**Work Hours W-F 10pm-8:30am**
**Sun 6pm-4:30am**
DCS Investigations Specialist
Arizona Department of Child Safety
Direct (602)771-2538
Fax (602)274-2289
brenda.gualajara@azdcs.gov
AZDCS Website | Twitter | Facebook
To report child abuse or neglect: 1-888-SOS-CHILD