EXHIBIT 25

| Message | |
|---|---|
| **From:** | Bluth, Marcia [/O=PCH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MBLUTH] |
| **Sent:** | 2/23/2019 2:18:05 PM |
| **To:** | Kirsch, Lisa [lkirsch@phoenixchildrens.com] |
| **CC:** | Dietzman, Haley [hmcgoldrick@phoenixchildrens.com]; Lewis, Carey [clewis2@phoenixchildrens.com]; Kelly, Cara [ckelly1@phoenixchildrens.com] |
| **Subject:** | Re: #secure# |

I agree 100% Carey! Thank you everyone!!

Sent from my iPhone

On Feb 23, 2019, at 1:11 PM, Kirsch, Lisa <lkirsch@phoenixchildrens.com> wrote:

> Thanks Carey and Haley. This is a scary one. Let me know if you need help Monday Haley and we can escalate to OCWI supervisor if needed.
>
> Lisa
>
> Sent with BlackBerry Work
> (www.blackberry.com)

> **From:** Dietzman, Haley <hmcgoldrick@phoenixchildrens.com>
> **Date:** Saturday, Feb 23, 2019, 1:08 PM
> **To:** Lewis, Carey <clewis2@phoenixchildrens.com>, Kirsch, Lisa <lkirsch@phoenixchildrens.com>
> **Cc:** Kelly, Cara <ckelly1@phoenixchildrens.com>, Bluth, Marcia <mbluth@phoenixchildrens.com>
> **Subject:** RE: #secure#
>
> Thanks for the email Carey. Lisa didn't see but I discussed with her. Grandma was quite aggressive yesterday as well. I spoke with OCWI worker yesterday but I will call her again on Monday. I have similar concerns and can definitely see them not following the safety plan. Very worried about this kid. I will follow up Monday and again on Wednesday.
>
> Thanks,
>
> Haley
>
> Sent with BlackBerry Work
> (www.blackberry.com)

> **From:** Lewis, Carey <clewis2@phoenixchildrens.com>
> **Date:** Saturday, Feb 23, 2019, 12:10
> **To:** Dietzman, Haley <hmcgoldrick@phoenixchildrens.com>, Kirsch, Lisa <lkirsch@phoenixchildrens.com>
> **Cc:** Kelly, Cara <ckelly1@phoenixchildrens.com>, Bluth, Marcia <mbluth@phoenixchildrens.com>
> **Subject:** #secure#
>
> Lisa, I wasn't sure if you had actually seen this kiddo too or just Haley so put you both on the email.
>
> ▇▇▇▇▇▇. 2mo with chronic SDH, RH, oral injury and distal tibia fxs.

**PCH Emails 0059 GR**

Family is super aggressive and 100% does not believe anyone is hurting this child. The safety plan in place was with MGGM and mom (who is breastfeeding) can visit 2 times daily. I have very serious concerns about the present danger plan being followed and am very concerned that the denial of inflicted trauma also means no one is going to protect this child. Sarah from SW pushed as far as she could with DCS today but I think these concerns should be discussed at CPT on Wednesday.

I just don't want this child to come back…..worse….

Carey Lewis, CPNP-AC/PC
Trauma Services
Phoenix Children's Hospital
p (602) 933-3000| f (602) 933-3356
clewis2@phoenixchildrens.com
http://www.phoenixchildrens.org

"Arizona's only ACS Verified Level 1 Pediatric Trauma Center"



*Phoenix Children's Hospital has provided hope, healing and the best healthcare for children and families since 1983.*

**Awards & Accolades**



PCH Emails 0060 GR