EXHIBIT 26

Reporter's Transcript of Recorded Proceedings

```
         IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

               IN AND FOR THE COUNTY OF MARICOPA



                                      )
  IN THE MATTER OF:                   )
                                      )
  DEPARTMENT OF CHILD SAFETY,         )
                                      )
  vs.                                 )No. JD37152
                                      )
  HONOR DUVALL and DONALD             )
  SANKEY,                             )
                                      )



      TRANSCRIPTION OF ELECTRONICALLY RECORDED PROCEEDINGS
             HEARING, DAY 4, AUGUST 27, 2019




 TRANSCRIBED BY:
 Lori L. Thielmann, CR, RPR
 Certified Reporter
 Certificate No. 50877

 PREPARED FOR:
 Georgia Staton

 (Original)
```

29

1   Downstate University in New York.  I graduated with an M.D.
2   degree.  I served as an Army officer in the Medical Corps
3   for two years.  I took my residency in ophthalmology at
4   Washington University in St. Louis at St. Louis Children's
5   Hospital, and I've been in practice in Arizona for about
6   45 years.
7       Q.   All right.  Are you still actively practicing
8   medicine in the area of ophthalmology?
9       A.   I am.
10      Q.   Okay.
11      A.   And I'm licensed -- I'm board certified and I'm
12  licensed by the state of Arizona.
13      Q.   Thank you.  When were you board certified Doctor?
14      A.   1977.
15      Q.   All right.  And you still perform operations when
16  necessary?
17      A.   I do.
18      Q.   Okay.  Did you have occasion -- do you have your
19  -- did you have occasion to examine an infant ▇▇▇▇▇
20  ▇▇▇▇▇
21      A.   I did.
22      Q.   Okay.  And was that on February 25, 2019?
23      A.   Hold on.  February 25, 2019.  Correct.
24      Q.   All right.  And you kept a record of that
25  examination.  Is that correct?

33

1   Obviously, we can't evaluate his visual acuity very well
2   except we can see fixes and follows.  And/or -- an
3   optokinetic drum and we looked at him externally with just
4   my eyes with my glasses on.  We then used an ophthalmoscope
5   to look at his retina and we used a flashlight to look at
6   his conjunctiva and surrounding tissue.  And in a child
7   this age, you cannot measure the pressure in the eye, so we
8   did what's call tactile pressure where we actually do it
9   with our fingers.
10       Q.   Okay.  And on your report, you say a slit lamp
11  exam.  Can you tell the Court what a slit lamp exam is?
12       A.   Well, it's this machine I have which we look at
13  the eye with a slit lamp and a slit lamp is a machine
14  that's like a microscope, but it's standing upward and I --
15  I don't believe that we did a slit lamp examination on him.
16  I don't think we did.
17       Q.   Okay.  On your -- on your report, you have EOM.
18  And you -- can you --
19       A.   EOM?
20       Q.   Yeah.  Can you tell the Court what those things
21  mean?
22       A.   EOM.  Oh, okay.  Yeah.  EOM means extraocular
23  muscles.  So in other words, the movement of the eyeball,
24  both by themselves and with respect to each other.
25       Q.   And when you put WNL next to that, what do you

34

1  mean?
2       A.   Within normal limits.
3       Q.   So for you to have put within normal limits, you
4  would have examined that.  Is that correct?
5       A.   Yes, I would.
6       Q.   What is the next thing there that says N -- AD --
7       A.   Adnexa.
8       Q.   Yes.  What is that?
9       A.   The adnexa is the area in the corner of your eye
10 where it [indiscernible] nose.  In other words, the
11 caruncle and the -- and the lids in that area.
12      Q.   Would have you examined that?
13      A.   Yeah.
14      Q.   When you put within normal limits, you would have
15 -- that would reference that you examined that?
16      A.   Yes.
17      Q.   Okay.  You go down, it looks like you examined the
18 cornea as well?
19      A.   Yes.
20      Q.   What's the anterior chamber?
21      A.   That's the part behind the cornea and in front of
22 the iris.
23      Q.   Okay.
24      A.   And we measured that with a flashlight.
25      Q.   Okay.

SANKEY 001199                    CONFIDENTIAL

TRANSCRIPTION OF ELECTRONICALLY RECORDED PROCEEDINGS
Reporter's Transcript of Recorded Proceedings

159

1        BE IT KNOWN that the foregoing audio
2   recording was transcribed by me, Lori L. Thielmann, a
3   Certified Reporter; that the 159 pages contained herein
4   are a true and correct transcript of the recording, all
5   done to the best of my skill and ability.
6        I FURTHER CERTIFY that I am in no way
7   related to any of the parties hereto, nor am I in any way
8   interested in the outcome hereof.
9        DATED this 22nd day of March, 2021.
10
11
12                        /s/  Lori L. Thielmann
13                        LORI L. THIELMANN, CR RPR
                          Certified Reporter
14                        Certificate No. 50877
15
16
17
18
19
20
21
22
23
24
25