# EXHIBIT 27

Patient: ███████████████   DOB: ████████

## Eye Exam 2/25/19

Patient: ████████
Gender: Male  DOB: ████████  Age: 9w / 2m
Provider: Warren Heller MD
Incident: New Incident (2/25/19)
Office: Warren H. Heller, MD (O1)

## Review of Systems

All Systems Reviewed as Normal.

## Allergies

The Patient has no active allergies.


2nd op'n Eye Med.

## Past Surgical History

No Previous Surgeries or Hospitalizations.

## Family History

No significant family history

## Chief Complaint

████ is a 2 month old patient whos mother states when he crys really hard blood vessels burst OU x 3 weeks.

## Visual Acuity

SC:
- OD : follows movement.
- OS : follows movement.

## Slit Lamp Exam

EOM1:
- OD: WNL
- OS: WNL

Adnexa:
- OD: WNL
- OS: WNL

Conjunctiva:

Patient: █████████████  DOB: ████

- OD: WNL
- OS: WNL

**Cornea:**
- OD: WNL
- OS: WNL

**Ant. Chamber:**
- OD: WNL
- OS: WNL

**Pupils:**
- OD: WNL
- OS: WNL

**Iris:**
- OD: WNL
- OS: WNL

**Lens:**
- OD: WNL
- OS: WNL

**C/D Ratio:**
- OS: WNL
- OD: WNL

**Vitreous**
- OD: WNL
- OS: WNL

**Macula:**
- OD: WNL
- OS: WNL

**Vessels:**
- OD: WNL
- OS: WNL

**Periphery:**
- OD: WNL
- OS: WNL

## Impression

1. Subconjunctival Hemorrhage OU. - No Retinal Abnormalities

## Plan

1. Observe. No treatment needed. Patient will RTO x 2 weeks to monitor current condition.

## Follow-Up

Patient to Follow Up In: 2
Time-Frame: Week(s)
For: Follow up.

Patient: ▬▬▬▬▬▬▬▬▬▬   DOB: ▬▬▬

## Orders

- Dr Heller Signature Required: EHR.

## Medical Decision Making

Assessment: Mild.
Plan: Monitor.
Tests: No.

## Problem List

| Problem (Code) | Status / Type | Onset Date | Diagnosed | Updated | Notes |
|---|---|---|---|---|---|
| Other visual disturbances (ICD10CM - H53.8) | Active Problem | 2/25/19 | 2/25/19 | 2/25/19 | |
| Conjunctival hemorrhage, bilateral (ICD10CM - H11.33) | Active Problem | 2/25/19 | 2/25/19 | 2/25/19 | Conjunctival hemorrhage, bilateral |

## Encounter Diagnoses

### Encounter Diagnoses

| Diagnosis | Onset Date |
|---|---|
| Other visual disturbances (ICD10CM - H53.8) | 2/25/19 |
| Conjunctival hemorrhage, bilateral (ICD10CM - H11.33) | 2/25/19 |

## Billing

Charges:
- 99204 x 1.00 New Pt Complex on 02/25/2019 - (BILLED)
    - H53.8 : Other visual disturbances.
    - H11.33 : Conjunctival hemorrhage, bilateral.

## CQM Supplemental Info

- Documentation of current medications Start Date 2/25/19, End Date 2/25/19.
    - SNOMEDCT code: 428191000124101.

- Non-smoker (finding) Start Date 2/25/19, End Date 2/25/19.
    - SNOMEDCT code: 8392000.

- Patient referral for consultation Start Date 2/25/19, End Date 2/25/19.

AZDCS000836

Patient: ███████████████  DOB: ██████

- o. SNOMEDCT code: 44383000

AZDCS000837