EXHIBIT 28

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

```
IN THE MATTER OF:              )
                               )
DEPARTMENT OF CHILD SAFETY,    )
                               )
vs.                            ) No. JD37152
                               )
HONOR DUVALL and DONALD        )
SANKEY,                        )
                               )
```

TRANSCRIPTION OF ELECTRONICALLY RECORDED PROCEEDINGS
HEARING, DAY 2, AUGUST 16, 2019

TRANSCRIBED BY:
Lori L. Thielmann, CR, RPR
Certified Reporter
Certificate No. 50877

PREPARED FOR:
Georgia Staton

(Original)

1                          I N D E X

                                                        Page

KATHRYN COFFMAN, M.D.

    DIRECT EXAMINATION BY MR. BARRY                      14

    CROSS-EXAMINATION BY MS. HARTMAN                     47

    CROSS-EXAMINATION BY MS. GILLESPIE STRUB             57

    CROSS-EXAMINATION BY MR. ZURBRIGGEN                 102

    REDIRECT EXAMINATION BY MR. BARRY                   139


DONALD RAY SANKEY, JR.,

    DIRECT EXAMINATION BY MS. NAVEN                     144

    CROSS-EXAMINATION BY MS. HARTMAN                    155

    CROSS-EXAMINATION BY MR. ZURBRIGGEN                 158

    CROSS-EXAMINATION BY MS. GILLESPIE STRUB            168

    REDIRECT EXAMINATION BY MS. NAVEN                   175

Case 2:21-cv-00167-ROS   Document 319-28   Filed 09/28/23   Page 4 of 8
TRANSCRIPTION OF ELECTRONICALLY RECORDED PROCEEDING
Reporter's Transcript of Recorded Proceedings

43

1   radiologist said he thought there was cortical vein
2   thrombosis, yes.
3       Q.   Okay.  Now what about -- there's been some
4   suggestions that S[REDACTED] went through a traumatic birth.
5   Were you able to review S[REDACTED]'s birth records?
6       A.   I was not.  I was sent the mother's birth records,
7   but they really didn't talk about the delivery.  But all
8   births are kind of traumatic.
9       Q.   Okay.  Would you -- based on experience and your
10  review of the records, if S[REDACTED] -- if hypothetically
11  S[REDACTED] had gone -- well, could you define for me what you
12  think traumatic birth is?
13      A.   I think a vaginal delivery is traumatic.  You
14  know, C-sections can be but a vaginal delivery usually is
15  traumatic.  Some women don't seem to have as much
16  difficulty but a first time mother, I mean, I think it's
17  traumatic for the baby and the mother.  It's a fairly large
18  thing going through a very small opening so...
19      Q.   Okay. And so it's my understanding -- and tell me
20  if you know -- that S[REDACTED] actually when he came -- when he
21  was born had somewhat of what we call a cone head?
22      A.   That would be common.
23      Q.   Okay. Is the there a medical term for that?  I'm
24  --
25      A.   Well, there's simple hematoma or caput

1   Q.   So if this child in particular landed one in his
2   mouth, he theoretically could have jutted a finger and
3   scraped the roof of his mouth; correct?
4   A.   As I said earlier -- this was asked earlier --
5   I've never seen it in a kid this age, but if mother
6   described that she sees the child stick a finger or thumb
7   in the mouth, then I would be hard-pressed to dispute that.
8   Q.   Okay.  There was no measurement of this alleged
9   injury to the mouth?
10  A.   No, there was no measurement of the injury.
11  Q.   What is the acronym WNL mean in most medical
12  records?
13  A.   Within normal limits.
14  Q.   Okay.  Have you heard of that acronym referring to
15  anything else other than within normal limits?
16  A.   Not really.
17  Q.   Okay.  Do -- have you had any conversations with
18  Dr. Cassidy since he testified yesterday?
19  A.   No.
20  Q.   What -- are the two of you -- how would you
21  describe your relationship with Dr. Cassidy?
22  A.   We're colleagues in a sense.  I'm not an
23  ophthalmologist, but I have worked with him in the
24  hospital.  That's it.  I don't see him maybe two or three
25  times a year when he comes in to see a patient.

114

1     A.    Yes.
2     Q.    And do you do that to work at Child Help?
3     A.    No.
4     Q.    Okay.  In what capacity do you contract with the
5  State?
6     A.    So that people can call me for advice or cases,
7  just to discuss cases and just ask advice on cases.
8     Q.    So for PCH are you and employee or a contracted
9  person?
10    A.    I'm an employee.
11    Q.    Okay.  And so -- and they get -- your
12  understanding is that they get paid if they refer a case to
13  DCS?
14    A.    When we refer cases to DCS, yes, DCS does pay PCH.
15    Q.    Okay.  And you would agree that the -- when
16  concerns are raised by PCH that certain assessments,
17  radiology studies, surgeries, and other procedures are
18  often done for a typical SNAT workup; correct?
19    A.    Certain things are done for a typical SNAT workup,
20  yes.
21    Q.    So, like, you might do a CT scan of the head; you
22  may do a scan of -- for the abdomen; you may do a skeletal
23  survey?
24    A.    Yes.
25    Q.    All of those -- a bunch of different labs --

119

1    A.   No, that's not correct.

2    Q.   Is that accurate?

3    A.   I don't get -- the only times I've ever been paid
4  by DCS is when I gave a conference in the -- since January
5  when I -- or December I guess when I signed that contract.
6  DCS -- we report cases to DCS but that is strictly within
7  my employment for PCH, and I have nothing to do with the
8  billing.  I don't make any more money or any less money if
9  DCS is involved in these cases.  Does that answer your
10 question?

11   Q.   I -- it does.  I understand.  But you agree that
12 when a case is referred to DCS, DCS makes a payment to PCH?

13   A.   Yes.

14   Q.   If a case is abuse or suspected for abuse, then
15 all the typical workups under that case specific
16 circumstance, all of those workups would be ordered and PCH
17 would get money from -- presumably an insurance company and
18 potentially parents but somebody else?

19   A.   I don't know who pays it.

20   Q.   Somebody pays them.  They don't do it for free,
21 right?

22   A.   Well, sometimes they eat it, yeah, they do.

23   Q.   Right, I mean, but that's not their original
24 desire?

25   A.   That's not their intention, no.

TRANSCRIPTION OF ELECTRONICALLY RECORDED PROCEEDING
Reporter's Transcript of Recorded Proceedings

181

1        BE IT KNOWN that the foregoing audio
2   recording was transcribed by me, Lori L. Thielmann, a
3   Certified Reporter; that the 181 pages contained herein
4   are a true and correct transcript of the recording, all
5   done to the best of my skill and ability.
6        I FURTHER CERTIFY that I am in no way
7   related to any of the parties hereto, nor am I in any way
8   interested in the outcome hereof.
9        DATED this 22nd day of March, 2021.
10
11
12                       /s/  Lori L. Thielmann
13                       LORI L. THIELMANN, CR RPR
                         Certified Reporter
14                       Certificate No. 50877
15
16
17
18
19
20
21
22
23
24
25