# EXHIBIT 29

From: GFI FaxMaker  PROVIDER'S OFFICE    Page: 1/2    Date:  2019 12:27:43 PM

# RADIOLOGY REPORT

 Valley Radiologists
Complete Diagnostic Imaging



PALM VALLEY
13555 W MCDOWELL RD, SUITE 106
GOODYEAR, AZ 85395
Phone #: (623)847-2000



Referrer: HEATHER GOSNELL, MD
Address: 700 N ESTRELLA PKWY STE 110, DESERT
VALLEY PEDIATRICS
GOODYEAR, AZ 85338

Name:
DOB:
Gender: Male

Exam Date: February 25, 2019
MRN:
Accession:
Exam Name: LOWER LG TIB FIB BILATERAL | 73590

### Addendum 1
\*\*\*\*\*\*\*\* ADDENDUM #1 \*\*\*\*\*\*\*\*

The laterality markers of the images were not entirely visible due to technique used to hold the child.

The correct report should read as follows:

Right leg:

Limited radiographs of the right leg with possible tibial diaphyseal periosteal hypertrophy and possible distal tibial metaphyseal fracture versus volume averaging.

Repeat radiographs of the right leg in 4 weeks recommended. Alternatively, bone scan could be obtained for further evaluation of possible fracture, if clinically indicated.

Left leg:

Normal radiographs. No acute fracture or dislocation.

Electronically Signed by: RAUL GALVEZ-TREVINO MD
Signed Date: February 26, 2019 08:37 AM

HISTORY: Bilateral, possible injury, rule out fractures. No known trauma

TECHNIQUE: AP, lateral and oblique radiographs of both legs.

COMPARISON: None available.

FINDINGS:

Right leg: The tibia and fibula are normal. Knee and ankle joint alignment are anatomic. The physes and epiphysis are normal.

Bone mineral density is normal, without osseous sclerotic or lytic lesion. Soft tissues

are normal. No abnormal calcifications.

Left leg: Suboptimal evaluation of the osseous structures due to position. Linear periosteal hypertrophy involving the tibial diaphyses. Curvilinear lucency involving the distal tibial medial metaphysis, only seen in the the frontal view. The fibula is normal. Knee and ankle joint alignment are anatomic. The physes and epiphyses are normal.

Bone mineral density is normal, without osseous sclerotic or lytic lesion. Soft tissues are normal. No abnormal calcifications.

IMPRESSION:

1. Limited radiographs of the left leg with possible tibial diaphyseal periosteal hypertrophy and possible distal tibial metaphyseal fracture versus volume averaging. Repeat radiographs of the left leg in 4 weeks recommended. Bone scan could be obtained for further evaluation, if clinically indicated.

2. Normal radiographs of the right leg.

Report Electronically Signed by: RAUL GALVEZ-TREVINO MD
Report Electronically Signed on: 2/26/2019 07:54 AM

Dictated By: RAUL GALVEZ-TREVINO MD

SVDRSCFT www.valleyradiologists.com