EXHIBIT 30

Phoenix Children's Hospital

Outpatient Intake Note-MAIN Orthopedics Clinic

DOB: ███████

02/28/2019 14:47 /
Wood, William S

Visit Reason:
Reason For Visit: BI-LAT TIBIA FX
Source of Information: patient
Accompanied By: parent(s)
Preferred Language: English
Language Assistance Needed: no

Communicable Disease/Travel Exposure & Immunizations:
Exposures/Travel Status/Immunizations:
· Has patient traveled in the last month?   no
· Has patient had or been exposed to any of the following in the past month? none (chicken pox, measles, TB, pertussis)
· Are Immunizations Current for Age?         yes


Body Measurements:
Weight 5.24 kg kg 11.55 lb lbs/oz percentile 21.

Ideal Body Weight 2.44 kg Ideal Body Weight Percent 215 Percent Body Fat.

Last Documented Weight 5 kg.

Height 23 cm 9.05 in percentile <1.

Last Documented Height 53.5.

Head Circumference cm percentile <1 reason.

Last Head Circumference Value 41 cm(1)cm 16.1 inch in.

BSA 0.14 m2.

BMI 99.05 kg/m2 kg/m2 percentile >99.

Last BMI Value 17.47 kg/m2 5.24 kg.


Vital Signs:
Temperature 36.2 degrees C degrees C 97.1 degrees F degrees F. Temperature Site temporal.


Pain:
Pain Scale Used: Wong/Baker Faces
Pain Level: 0/10 no pain


Substance Use:

Phoenix Children's Hospital

Outpatient Intake Note-MAIN Orthopedics Clinic

DOB:                      02/28/2019 14:47 / Wood, William S

Patient 13 years of age or older: no

Allergies:
      No Known Allergies:

Outpatient Medication Profile:
* Patient Currently Takes Medications as of 02-28-19 15:03 documented in Structured Notes
      acetaminophen 160 mg/5 mL oral suspension: 1.5 milliliter(s) orally every 4
hours, As Needed -3) or moderate pain (pain score 4-7) to severe pain (pain score 8-10) if patient refuses other pain medication options, Submitted By: Lewis, Carey L

Patient Learning Assessment:
Factors that Impact Ability to Learn: no indicators present (no alteration in function or ADLs)
Learning Preferences: skill demonstration

Other Learner 1- Learning Assessment:
Learner: mother
Factors that Impact Ability to Learn: none
Learning Preferences: skill demonstration

Patient Status/MD:
Ready for Provider;: yes

Electronic Signatures:
Voss, Tina (Medical Assistant)  (Signed 02-28-19 15:04)
      Authored: Reason for Visit, Communicable Disease/Travel Exposure & Immunizations, Body Measurements, Vital Signs, Pain Evaluation, Tobacco Use, Allergies, Home Medication Review, Barriers to Learning, Status

Last Updated: 02-28-19 15:04 by Voss, Tina (Medical Assistant)

References:
1.  Data Referenced From "01. Vital Signs" 2/23/2019 9:03 AM

Printed By: Gabriel Antillon     * CONFIDENTIAL *     CHARTMAXX
Intake Note (SCM) - Page 2/2          Job 1467292 (06/25/2020 22:49) - Page 480  Doc# 243

PCH 1197 cycn



Male, DOB: 1, Age: 0 Years, 2 Months
MRN: , Visit: 41436156, 02/28/2019
Wood, William S - Orthopedic Surgery

# Ortho General Template

- ● Initial Visit
- ○ Follow Up Visit
- ○ Post Op Visit
- ○ Hand Clinic Post Op
- ☒ Referred to me for consultation

## Primary Care Physician/Referring Physician

**PCP**
Gosnell, Heather I, MD (General Pediatrics)

**Referring Physician**
Gosnell, Heather I, MD (General Pediatrics)

## Chief Complaint-Reason for Visit

BILAT TIBIA FX

Lower Extremity Injury New HPI

**CHIEF COMPLAINT :** Bilateral lower leg fracture.

**HPI:** Patient presents with history of traumatic lower extremity injury with pain and swelling consistent with a fracture. The patient was seen at a medical facility, placed in a splint and referred to the Phoenix Children's Orthopedic Clinic for further evaluation. The pain was severe sharp located over the bilateral lower leg, which has been well controlled with splint and oral pain medications. Denies paresthesias, motor loss, or associated symptoms, and presents today for definitive orthopedic evaluation. Mom reports that he is active and is able to pull himself up and moves his leg well without any signs of pain. Mom states they got a second opinion for Opthamology and reported no retinal bleeding. Mom states she will also get a second opinion for neurology. Mom states there was no trauma to Swayde.

Mom works as a social worker.

ED note states that he is a previously healthy 2mo male who presented to PCH after unknown mechanism with lethargy with hematemesis and was found to have bilateral tibial metaphyseal fractures, bilateral EAH, and bilateral retinal hemorrhages. Areas of ecchymosis near diaper area were reportedly first noticed on 2/19/19 by mother. Patient reportedly had a brown spit up on 2/20/19. The next morning the patient reportedly spit up bright red blood. Patient was also reportedly increasingly lethargic over the past three days, including during feeds. Mother was referred to ED by pediatrician. Family denies known history of injury. CPT and Neurosurgery consulted. Admitted to floor. Breastfeeding is going well.

**ROS and PFSH:**

☑ Reviewed and signed past medical, family, and social history and review of systems on the Initial History Questionnaire dated:    2/28/2019

## Home Medications:

This section populated by SCM

| Drug | Instructions |
|---|---|
| acetaminophen 160 mg/5 mL oral suspension | 1.5 milliliter(s) orally every 4 hours, As Needed  3) or moderate pain (pain score 4 7) to severe pain (pain score 8 10) if patient refuses other pain medication options |

## Allergies

This section populated by SCM



Male, DOB: ▮▮▮▮, Age: 0 Years, 2 Months
MRN: ▮▮▮▮, Visit: 41436156, 02/28/2019
Wood, William S - Orthopedic Surgery

No Known Allergies

## Vital Signs

**Body Measurements:**

| Weight | Ideal body Wt | Height | BMI |
|---|---|---|---|
| 5.24 kg | wt is 215% of IBW which is 2.44 kg | 23 cm | 99.05 bmi |
| 21 %ile | percent body fat is | <1 %ile | >99 %ile |
| ( 11.55 lbs) | | 9.1 in | 0.14 **BSA** |

head circumference <1 OFC Percentile percentile for age;

**Vital Signs:**

| Temp | Heart Rate | Resp Rate | BP | BP Percentiles | | | |
|---|---|---|---|---|---|---|---|
| 36.2 C | | | systo c | %ile (sys ) | SpO2 | | Pain Level 0/10 no pa n |
| (97.2 F) | | | d asto c | %ile (dias ) | FiO2 | | Pain Scale Wong/Baker Faces |

## Physical Exam

Normal Exam

**General Appearance:** General appearance normal:no apparent distress;  alert;

**Cardiovascular Exam:** no extremity edema;  cap. refill less than 3 sec;

**Neurological Exam:** awake, alert, and oriented;  motor exam normal;  normal movement of all extremities;

**Skin Exam:** skin turgor not decreased;  no rash;



Male, DOB: ▓▓▓▓▓▓▓, Age: 0 Years, 2 Months
MRN: ▓▓▓▓▓▓▓, Visit: 41436156, 02/28/2019
Wood, William S - Orthopedic Surgery

Lower Extremity Injury New PE

**PE:**
General: Well appearing, no distress
Head: atraumatic, normocephalic
Eyes: no icterus
ENT: moist mucus membranes, normal external ears
Neck: Full range of motion, no masses
Lungs: no increased work of breathing
Abd: Soft, no masses
GU: normal anatomy
Neuro: moves all 4 extremities equally
Skin: normal turgor, no rashes
UEs: Well preserved ROM B/L UE joints, no malformations
SPINE: no spinal dysraphism, no deformity

Hip exam
Ortolani and Barlow maneuvers: Negative
Galeazzi: Negative
symmetrical hip abduction?: Yes
foot deformity: No
limb lengths equal?: Yes
Moving extremities well.  Small mongolian spot along the lower back but no other dysraphism or curvature of the spine.

Otherwise preserved ROM B/l hips, knees, ankles, no spasticity, no clonus.

**IMAGING:** Radiographs reviewed at both Valley Radiology and PCH shows: Left distal tibia: Questionable corner fracture. Right distal tibia: Corner fracture with periosteal reaction along the tibial shaft

**Assessment:**

| Problems | Onset | Type |
| --- | --- | --- |
| Traumatic subarachnoid hemorrhage without loss of consciousness, initial encounter  S06.6X0A | 2019 02 26 | Acute Issue |

**Plan:**

A: 2 month old male with bilateral tibia fractures as well as bilateral tibial metaphyseal fractures, bilateral EAH, and bilateral retinal hemorrhages. Child abuse suspected.  DCS is involved.  Unknown mechanism of injury. DOI approximately 2/19/19.

P: I ordered a Bone Scan and genetic testing for OI.  FU after the bone scan to review results.

**End of Visit - Explanation of Plan:**

**Activity:** physical activity restrictions;

**Follow-up:** We will see the patient back if pain significantly worsens or if there are any cast issues;



Male, DOB: ███████, Age: 0 Years, 2 Months
MRN: ███████, Visit: 41436156, 02/28/2019
Wood, William S - Orthopedic Surgery

Lower Extremity Injury New Plan

**Plan:** I had a long conversation with mom. It does appear to me on imaging that there is a corner metaphyseal fracture of the right tibia with associated periosteal reaction. We discussed that often these fractures in a child this age are due to non accidental trauma. Mother continues to feel that this is not the case. She would like everything possible doen to confirm the diagnosis. To that end, I ordered a Bone Scan and genetic testing labwork to rule out a bone fragility conidtion such as Osteogenesis Imperfecta. Mom can follow up after the bone scan to review results. Mom and social worker understand and are happy with the plan.

**Scribe Attestation:**

⦿ **I am serving as a scribe to document services personally performed by Dr. Wood**

**Scribe's full name: Cassidy Crews**            02/28/2019

**Physician Supervision Acknowledgement/Teaching Attestation**

☑ **Scribe Acknowledgement: I personally performed the services described in this documentation by the above scribe in my presence and it is both accurate and complete.**

**Coding: Physician Services**

**Physician Involvement**

☑ **A copy of this consult report has been auto-faxed to the referring provider.**

Save Log

| Author | Status | Saved | Sections authored |
|---|---|---|---|
| Crews, Cassidy (Scribe) | **Authored** | 2/28/2019 4:19 pm | *OrthoGeneralTemplateChapter  VitalSignsSection  ExamSection ExplanationOfPlanGroup  HPI_MacroSection PhysicianSupervisionAcknowledgementSection  PlanSection QuestionnaireReviewedGroup  ScribeAttestationSection* |
| Wood, William S (MD) | **Final** | 3/1/2019 7:53 pm | *Coding  ExplanationOfPlanGroup  OrthoGeneralTemplateChapter* |

*Electronically signed by Wood, William S (MD) on 3/1/2019 at 7:53pm*