# EXHIBIT 32

 **PHOENIX CHILDREN'S** *Hospital*

Order Details

DOB:
MRN:
Gender: Male
Test(s)/CPT: Bone/Jt Imag; Three Phase Study (78315)
Physican Walker, Robert

Contact:
SANKEY DONALD
Home:

| Order Details | Type | Detail |
|---|---|---|
| **ORDER NAME:** Bone Scan 3-Phase NM<br>**CREATED BY:** Walker, Robert<br>**CREATED ON:** 2/28/2019 16:17 | **Urgency**<br>**Category**<br>**Dx Codes** | Routine<br>Radiology Diagnostic<br>Traumatic subarachnoid hemorrhage without loss of consciousness, initial encounter _S06.6X0A (852.01) |

| Code | Value |
|---|---|
| Anesthesia: | Yes |
| CPT Code: | 78315 |
| Notes Regarding Order: | Apparent corner fracture of the right distal tibia possible left distal tibia correlate for increased signal in those areas to confirm fracture. Please do genetic testing of col1a for osteogenesis imperfecta at same time. |
| Procedural Sedation: | Yes |

*Electronically signed by wood, william on 2019-02-28 @ 16:17.*



EXHIBIT 75
WIT: Wood
DATE: 11-18-22
CINDY MAHONEY, RPR, RMR

PCH 0038 cycn