EXHIBIT 34



Male, DOB: ███████████, Age: 0 Years, 2 Months
MRN: ██████, Visit: 41439479, 03/07/2019
Dietzman, Haley - Child Protection Team

## Child Protection Team

- ● Verified patient identification with historian
- - Physical Abuse Evaluation -
  - ○ Initial Visit    ● Follow Up Visit    ☐ Referred to me for consultation

## Primary Care Physician/Referring Physician

**PCP**
Gosnell, Heather I, MD (General Pediatrics)

**Referring Physician**
Unknown, Unknown, MD (Dept of Medicine)

**Chief Complaint-Reason for Visit:**
  SNAT

**DR Number:** ██████████
**Case Number:** ██████████
**Participant ID:** ██████
**Parent /Guardian Name:** Honor Duvall
**Location:** Childhelp Center
**DCS / OCWI** Alyssa Lucero - OCWI
**from:** Buckeye PD

## History of Present Illness:

☑ **Prior examination for physical abuse**

██████████ is a 0 years 2 months old male referred for follow up medical exam. He was initially seen by CPT on 2/21/19 while inpatent at PCH. He is accompanied by Honor Duvall to the Childhelp Center.

BRIEF HISTORY:



Male, DOB: ███████, Age: 0 Years, 2 Months
MRN: ███████, Visit: 41439479, 03/07/2019
Dietzman, Haley - Child Protection Team

Honor and Margaret report that ███ has been doing well since going home. They report initially he wasn't sleeping through the night but that has resolved. They state he's never had a fever but congestion did persist after going home and is now resolved. They deny changes in mental status, vomiting, or seizure like activity. His appetite seems to have increased and he's eating well without issues. Mother comes to home twice a day in morning and night to breastfeed. Otherwise, he is in the care of Margaret and is fed pumped breast milk.
They feel he is tracking with his eyes, smiling and laughing appropriately to them and the TV. They are not concerned about his vision. In regards to the cutaneous findings that were appreciated on his admission, mother reports the marks on his chest have resolved. She thinks the areas on his back, buttocks and hip have remained the same.

They both report that they do not believe that ███ was harmed. They have sought additional medical opinions from ophthalmology and obtained additional x rays. They report the ophthalmologist they took him to saw no retinal hemorrhages. They report his eyes were not dilated for this exam. They report the fractures weren't seen on the x rays they obtained at an outside facility. Additionally, they took ███ to his follow up appointment with orthopedics at PCH and report they were told the orthopedist didn't see the fractures. (The note does not reflect this). Additionally, mother reports she took him to his PCP for follow up and immunizations. She states that he got another subconjunctival hemorrhage while crying at that appointment. They are being cautious to keep him from crying.

Following the exam, this provider discussed the increase in head circumference since hospital discharge. They were shown the chart and ~ 2 cm increase from his admission two weeks ago. It was recommend that they return to PCH ED for evaluation. Mother was tearful, reporting how traumatic his initial admission at PCH was for her. She initially wanted to take him somewhere else or attempt to schedule outpatient imaging. Discussed that this wasn't recommended given the growth in a short period of time. Family inquired if my attending agreed. Discussed with Dr. Coffman, who agrees for ED evaluation. TC to Alyssa Lucero, OCWI case worker. The concerns of head growth and need for ED evaluation were discussed. Jeffery Duncan, her supervisor, called back to state they would respond to Childhelp and accompany family to PCH. Meanwhile, maternal grandmother arrived at Childhelp. Family requesting to speak to attending. Dr. Coffman, this provider and a trainee were present for a discussion about the importance of ███ obtaining further evaluation at PCH. Family remained upset and adamant that no one has injured ███, but they agree to go with OCWI to PCH ED.

One call intake phone call made for transfer. Spoke with ED fellow. Recommended his repeat skeletal survey (currently scheduled for 4 days away) and head imaging be obtained.

**Review of Systems:**
**Source of review of systems information:** mother

**Systemic:** normal appetite;

**ENT:** no hearing loss;

**Eyes:** no vision problems;

**Respiratory:** no cough;  no difficulty breathing;  no shortness of breath;

**Gastrointestinal:** no diarrhea;  no constipation;  no vomiting;

**Genitourinary:** no GU symptoms;  toilet trained;  no painful urination;  no hematuria;

**Neurological:** no developmental learning difficulties;  no headache;  no dizziness;


Case 2:21-cv-00167-ROS   Document 319-34   Filed 09/28/23   Page 4 of 7

Male, DOB: ▓▓▓▓▓, Age: 0 Years, 2 Months
MRN: ▓▓▓▓▓, Visit: 41439479, 03/07/2019
Dietzman, Haley - Child Protection Team

**Musculoskeletal:** no musculoskeletal symptoms;

**Psychiatric:** no behavioral complaints;

**Dermatology:** no rash; no eczema;

### Home Medications:

| Drug | Instructions |
|---|---|
| Poly Vi Sol | 1 milliliter(s) orally once a day |
| acetaminophen 160 mg/5 mL oral suspension | 1.5 milliliter(s) orally every 4 hours, As Needed  3) or moderate pain (pain score 4 7) to severe pain (pain score 8 10) if patient refuses other pain medication options (Discontinued: 03 07 2019) |

### Allergies:
No Known Allergies

### Past Medical History:

**Past Hospitalization/Surgical History:**

[Y] [N] **previous hospitalizations**
Past Hospitalization
Hospitalized from 2/21  2/24 at PCH

**Past Medical History:**

[Y] [N] asthma   [Y] [N] **prior fractures**   [Y] [N] seizure disorder   [Y] [N] urinary tract infection

**Vaccinations:**

[✓] **immunizations current per historian;**

### Family Medical History

[✓] **family history reviewed and unchanged** 2/22/2019

### Social History

**Members of the household:** [✓] other **(specify below)**

**Child custody issues:**
Currently under a safety plan per OCWI. Maternal great grandmother is placement. Mother is allowed to see him for breastfeeding 2x per day and be present at medical appointments

**Home environment:**

[Y] [N] **previous DCS or police involvement**

### Vital Signs



Male, DOB: ███████, Age: 0 Years, 2 Months
MRN: ███████, Visit: 41439479, 03/07/2019
Dietzman, Haley - Child Protection Team

## Body Measurements:

| Weight | Ideal body Wt | Height | BMI | Head Circumference |
|---|---|---|---|---|
| 5.51 kg | wt s 88% of BW wh ch s 6.26 kg | 61 cm | 14.81 bmi | 42 cm |
| 25 %ile | percent body fat s 20.02 | 70 %ile | 8 %ile | 97 %ile |
| ( 12.15 lbs) | nterpretat on of % body fat s | 0.0 in | 0.29 BSA | |

## Vital Signs:

| Temp | Heart Rate | Resp Rate | BP | BP Percentiles | | | |
|---|---|---|---|---|---|---|---|
| 36.7 C | 138 | 30 | systo c | %ile (sys ) | SpO2 | | Pain Level 0/10 no pa n |
| (98.1 F) | | | d asto c | %ile (dias ) | FiO2 | | Pain Scale Wong/Baker Faces |

## Physical Exam

● checked 2 patient identifiers

**Digital photography taken**: [Y] [N]   **Present during the exam:** mother, MGGM, Anni◌   **Assisted during the exam:** Lori Jones MA

**General Appearance:** no apparent distress; cooperative with exam; awake; well developed; well nourished; well groomed;

**Head / Neck Exam:** general normal appearance of head and neck;

**Eye Exam:** PERRL;
right medial sclera with small subconjunctival hemorrhage
unable to appreciate tracking

**Ear Exam:** tympanic membrane clear;

**Oral Exam:** oropharynx normal;

**Skin Exam:** skin intact; no rash;
previously noted knee, back, buttock, and hip areas with slate colored bruising vs mongolion spots appears grossly the same when photos are compared from 2/22   an additional spot is apprecaited on his medial upper right arm
bruising on chest is resolved

**Cardiovascular Exam:** normal heart rate and rhythm; no murmur;

**Lung Exam:** clear to auscultation;

**Abdominal Exam:** bowel sounds normal; abdomen soft; no abdominal distention; no abdominal tenderness; no hepatomegaly; no spleenomegaly;

**Extremities Exam:** extremities move equally;

**Musculoskeletal Exam:** ROM evaluation of extremities normal; no gross deformity or swelling;

**Neurological Exam:** no focal deficits; alert;

**Rectal Exam:**

**Anus** anus tissues normal;



Male, DOB: _____, Age: 0 Years, 2 Months
MRN: _____, Visit: 41439479, 03/07/2019
Dietzman, Haley - Child Protection Team

**Male Genital Exam: Position during examination:** supine

**Penis:** penis normal and atraumatic; penis circumcised

**Urethra:** the urethra was normal;

**Testis and Scrotum:** testis normal and descended bilateral; scrotum skin normal

## Assessment:

| Problems | Onset | Type |
|---|---|---|
| Child physical abuse, suspected, initial encounter _T76.12XA | 2019 03 07 | Acute Issue |

## Plan / Impression:

_____ is a 2 month old male who presents to Childhelp for a follow up medical exam to reassess cutaneous findings that were noted during hospitalization. On physical exam, he is awake and alert. The bruising seen on his chest on 2/22/19 has resolved at today's visit. The areas of slate colored markings to his right knee, back, buttock and hip appear generally the same and are more easily visualized due to stool being removed from skin. These are all likely mongolian spots which are atraumatic birthmarks. The subconjunctival hemorrhage on his left is eye completely resolved and there is small subconjunctival hemorrhage seen on right medial eye. It is unknown at this time if that is a new hemorrhage or the previously one continuing to resolve. No new areas of bruising are noted.

Today's exam clarifies the bruising on his chest was present previously on 2/22. There is no clear change to the multiple area of slate marks.

The constellation of findings during _____'s admission including bilateral chronic subdural hematomas, bilateral retinal hemorrhages in all layers and zones, bilateral subconjunctival hemorrhages, bilateral tibia corner fractures and chest bruising raise significant concerns for child physical abuse in this non mobile infant. The increase in his head size today is significant and should be evaluated timely. _____ will be taken to PCH ED by great grandmother and his mother for further evaluation. OCWI has been contacted regarding this recommendation and will escort family there.
Complete investigation and protection of this vulnerable child continues to be recommended.

**Recommendations:**
* Follow up as per Alyssa Lucero   OCWI
* Report to PCH ED for evaluation of increase in head circumference   repeat skeletal survey can be obtained due to two weeks having passed
* Protection of child from jeopardizing situations.

## End of Visit - Explanation of Plan:

**Instructions for home care:**
Report to ED immediately following this appointment



Male, DOB: ▮▮▮▮▮, Age: 0 Years, 2 Months
MRN: ▮▮▮▮▮, Visit: 41439479, 03/07/2019
Dietzman, Haley - Child Protection Team

Save Log

| Author | Status | Saved | Sections authored |
|---|---|---|---|
| Dietzman, Haley (FNP) | Final | 3/8/2019 4:23 pm | ChildProtectionTeamChapter VitalSignsSection ROSSection CPT_Detective_ReferringAngency_Group CPTCaseInformation ExplanationOfPlanGroup FamilyHistoryChapter HPISection SocialHistorySection PMHSection PlanSection ExamSection |

Electronically signed by Dietzman, Haley (FNP) on 3/8/2019 at 4:23pm