EXHIBIT 35

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,                )
                                     )
       Plaintiffs,                   )
                                     )
          vs.                        ) Case No.
                                     ) 21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD          )
SAFETY, et al.,                      )
                                     )
                                     )
       Defendants.                   )
_____        )


DEPOSITION OF ALYSSA LUCERO COSTELLO

Phoenix, Arizona
March 15, 2023
9:59 a.m.


Prepared by:                         CARRIE REPORTING, LLC
MICHAELA H. DAVIS                    Certified Reporters
Registered Professional Reporter     2415 E. Camelback Road
Certified Realtime Reporter          Suite 700
Certified Realtime Captioner         Phoenix, AZ 85016
Certified LiveNote Reporter          (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1   A.   That is correct.
2   Q.   And you were not at that appointment at the
3   beginning on the 7th; right?
4   A.   That's correct.
5   Q.   When the parents -- and I should say the mother.
6   It was the mother, the father wasn't present.  But when
7   the mother said, "I don't want to go back to PCH, I want
8   to take my child somewhere else," Dr. Coffman and Haley
9   Dietzman stepped in and said, "You can't do that"; right?
10              MS. STATON:  Object to the form, foundation.
11              MR. STULTZ:  Join.
12              THE WITNESS:  I don't recall if that's --
13   those two specific individuals are who told Honor and the
14   family that.
15   BY MR. CONNELLY:
16   Q.   But what happened next was that you were
17   contacted by either Dr. Coffman or Haley Dietzman; right?
18   A.   Yes.
19   Q.   Who contacted you?
20   A.   By one of them.
21   Q.   But you don't remember which?
22   A.   I don't recall if it was Dr. Coffman or Haley.
23   Q.   And what -- what did whoever contacted you tell
24   you about what was happening?
25   A.   I was informed that the family was there,

1  briefed on what the situation was, and that he was
2  needing -- he was being recommended to go to the emergency
3  room at PCH, and that mother who was present, great
4  grandmother Margaret, and grandmother Dawn were hesitant
5  and did not want to go to PCH; they wanted to go to
6  Cardon's Children's Hospital in the East Valley.  And that
7  they -- "they" being CPT -- CPT being wary that they would
8  not follow up and go to Cardon's as they were expressing
9  to them.
10      Q.   Now, does that make any sense to you that the
11 family wouldn't take the child to Cardon's, particularly
12 in light of the fact that, first of all, they showed up at
13 Childhelp on the 7th, and, second of all, it was the
14 mother who observed the increased circumference?
15           MS. STATON:  Object to the form, foundation.
16           MR. STULTZ:  Join.
17           THE WITNESS:  What was your question again?
18 BY MR. CONNELLY:
19      Q.   Does it make sense to you, is it reasonable to
20 believe that the family would not have taken the child to
21 Cardon's given the circumstances?
22           MS. STATON:  Object to the form.
23           MR. STULTZ:  Join.
24           THE WITNESS:  No.
25           MS. WERNER:  Join.

1    Q.   Did you ever see anything in their manner or
2 demeanor that would lead you to believe that they would be
3 able to un- -- not be in control of their emotions such
4 that they would intentionally harm their child?
5    A.   No.
6    Q.   Or that they would shake -- violently shake the
7 child?
8    A.   No.
9    Q.   There came a time when you wanted to stop the
10 breastfeeding visits.
11        Do you remember that?
12    A.   I don't -- I don't recall that specific detail.
13    Q.   Okay.  Can you think of any reason why you would
14 prevent the mother from breastfeeding the child?
15        MS. STATON:  Object to the form.
16        THE WITNESS:  If I would have been
17 instructed that from my upper management, that's where I
18 could see that coming from.
19 BY MR. CONNELLY:
20    Q.   Okay.  So as you're sitting here today, you --
21 first, you don't recall ever instructing Honor that she
22 could no longer breastfeed; right?
23    A.   That's correct.
24    Q.   And as you're sitting here today, you don't
25 recall any situation or any reason why you would say that

```
 1  plans to take custody and sever rights.
 2              Is this -- as far as your understanding, is
 3  that a common technique used in investigations?
 4              MS. STATON:  Object to the form and
 5   foundation.
 6              MR. STULTZ:  Form.
 7              THE WITNESS:  Not for myself.
 8  BY MR. CONNELLY:
 9      Q.    Is it a technique that you employed in this
10  case?
11      A.    No.
12      Q.    If you had the opportunity to go back and do
13  anything differently in this case, is there anything you
14  would do differently?
15      A.    Yes.
16      Q.    What would you do differently?
17      A.    Stand up to upper management.
18      Q.    In what regard?
19      A.    Voicing actions that I was being instructed to
20  take with a family were not appropriate, so ...
21      Q.    And they didn't -- would it be fair to say that
22  some of the things you were instructed to do didn't align
23  with your values and your sense of right and justice?
24              MS. STATON:  Object to the form.
25              MR. STULTZ:  Join.
```

|    |    |
|---|---|
| 1  | MS. WERNER:  Join. |
| 2  | THE WITNESS:  Yes. |
| 3  | MR. CONNELLY:  Thank you for answering my |
| 4  | questions today.  The other lawyers now have an |
| 5  | opportunity to ask questions, if they want. |
| 6  | THE WITNESS:  Okay. |
| 7  | E X A M I N A T I O N |
| 8  | BY MR. STULTZ: |
| 9  | Q.   Ms. Costello, hi.  My name is Bob Stultz.  I |
| 10 | represent Phoenix Children's Hospital.  I only have a few |
| 11 | follow-up questions for you.  You've been -- it's been a |
| 12 | long day, and you've been very patient, so I will be |
| 13 | quick. |
| 14 | You were questioned earlier today about the |
| 15 | TDM on March 1st. |
| 16 | Do you recall that? |
| 17 | A.   Yes. |
| 18 | Q.   And if I understood your testimony correctly, |
| 19 | one of the things that came out of that was there was |
| 20 | going to be a medical records review; true? |
| 21 | A.   Yes. |
| 22 | Q.   And then after that medical records review, |
| 23 | certain decisions would be made about the present danger |
| 24 | plan? |
| 25 | A.   Yes. |

```
 1   STATE OF ARIZONA    )
                         ) ss.
 2   COUNTY OF MARICOPA  )

 3

 4           BE IT KNOWN that the foregoing proceedings were
     taken by me, MICHAELA HERMAN DAVIS, a Certified Reporter,
 5   in and for the County of Maricopa, State of Arizona; that
     the witness before testifying was duly sworn to testify to
 6   the whole truth; that the questions propounded to the
     witness and the answers of the witness thereto were taken
 7   down by me in shorthand and thereafter reduced to
     typewriting under my direction; that the foregoing pages
 8   are a true and correct transcript of all proceedings had,
     all done to the best of my skill and ability.
 9
             I CERTIFY that I am in no way related to any of
10   the parties hereto, nor am I in any way interested in the
     outcome hereof.
11
                 [X] Review and signature was requested.
12               [ ] Review and signature was not requested.
                 [ ] Review and signature was waived.
13

14           I FURTHER CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206(F)(3) and
15   ACJA 7-206(J)(1)(g)(1) and (2). Dated at Phoenix, Arizona,
     this 31st day of March, 2023.
16

17

18                              _____
19                              Michaela H. Davis, RPR, CRR, CRC, CLR
                                      Arizona CR No. 50574
20

21
             I CERTIFY that Carrie Reporting, LLC, has
22   complied with the ethical obligations set forth in
     ACJA 7-206.  Dated at Phoenix, Arizona, this _____ day of
23   _____, 2023.

24                              _____
25                                    Carrie Reporting, LLC
                                    Arizona RRF No. R1064
```

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com