EXHIBIT 36

Phoenix Children's Hospital

Trauma History and Physical-Pediatric Surgery

███████████                    ███████████          03/07/2019 20:30 /
03/16/2019 19:11
███████████                    DOB: ███████         Masuello, Jorge

Date of Service:
· Date of Service    03-07-2019 20:33

· Trauma Level       3

· Time of Consult    20:30

· Primary Care Provider   Gosnell, Heather I

· History Obtained From   Mother, MGM; MGGM

Chief Complaint:
· Chief Complaint:        Increasing head circumference

· History of Present Illness:
█████ is a 2mo male sent from child help for increasing head circumference. Pt was seen for a f/u appointment today and was noted to have an increase in head circumference from 40.5 to 42.5 in a 2 week period of time. Pt was originally brought to the ED on 2/21 for hematemesis and increased sleepiness x's 3 days. He also was noted to have buttock bruising and bilateral conjunctival hemorrhages. Work up was significant for bilateral frontal and parietal extra-axial fluid collections most compatible with chronic bilateral subdural hematomas, right tibial diaphysis with periosteal reaction, right tibial bucket handle metaphyseal fracture and concern for left tibial bucket handle fracture, bilateral retinal hemorrhages all layers and all zones and an intraoral abrasion on the hard palate. Pt has full work up during admission including bleeding disorders and bone fragility. All of which has resulted as negative. Pt was discharged when medically cleared to MGGM as the safety monitor. According to mother pt has been doing well these past 2 weeks. Tolerating feeds, active and playful.


HOME MEDICATIONS:
* Patient Currently Takes Medications as of 03-07-19 13:35 documented in Structured Notes
·         Poly-Vi-Sol: Hx, 1 milliliter(s) orally once a day, Status: Active

PAST MEDICAL HISTORY:
· Last Meal         03-07-2019 20:00
· Medical History(other) specify...
· Medical History   see HPI
· Hospitalization   specify...
· Hospitalizations          admission from 2/21-2/23

Phoenix Children's Hospital

Trauma History and Physical-Pediatric Surgery

03/16/2019 19:11　　　　　　　　　　DOB:　　　　　　03/07/2019 20:30 /　Masuello, Jorge

- Immunizations    up to date
- Surgical History         none
- Social History specify...
- Social History Currently staying with MGGM who is safety monitor. Mom is allowed to visit twice daily to breastfeed. Father and MGM are not to have visitation. Of note it is mother, MGM and MGGM at BS for admission
Prior to safety plan pt live with mother and father. Mother works and dad is primary care taker for child. MGM is child care provider as well.
- Birth History   reviewed/Non-contributory
- Developmental History   reviewed/Non-contributory
- Family History reviewed/Non-contributory
- Family History of Anesthesia Complications      no
- Family History of Bleeding Disorders      no

REVIEW OF SYSTEMS:
- Constitutional  see HPI
- Eyes    see HPI
- ENT and Mouth   see HPI
- Cardiovascular  negative
- Respiratory     negative
- Gastrointestinal         see HPI
- Genitourinary   negative
- Musculoskeletal see HPI
- Skin/Breast     See HPI
- Neurological    see HPI
- Psychiatric     negative
- Endocrine       negative
- Hematology/Lymphatics    negative
- Allergic/Immunologic     negative


Vital Signs:
Temp C: 36.5 (Tmax: 36.5 Tmin: 36.5)      HR: 192 (45-192) RR: 50 (37-52)
BP: 99/71 (Systolic: 97 to 99 Diastolic: 65 to 71)
Oxygen Device: Room Air (Last 24 hr: Room Air)
SpO2: 100 (97-100) Pain Score: 0 (0-0)

Glasgow coma scale: 15(15-15)

Diet: Infant
NPO

PRIMARY ASSESSMENT::
patent. spontaneous. clear bilaterally. Pulse quality: normal.

NEUROLOGIC: PERRL. Right pupil: 3 mm brisk. Left pupil: 3 mm brisk. Moves all 4 extremities spontaneously.

- Best Eye Response        (E4) spontaneous
- Best Motor Response      (M6) moves spontaneously or purposefully

Phoenix Children's Hospital

Trauma History and Physical-Pediatric Surgery

▇▇▇▇▇▇▇▇  03/07/2019 20:30 / 03/16/2019 19:11
▇▇▇▇▇▇  DOB: ▇▇▇▇▇▇  Masuello, Jorge

- Best Verbal Response   (V5) infant coos or babbles (normal activity)
- GCS    15

SECONDARY ASSESSMENT:
Secondary Assessment:
Scalp: macrocephaly.

EOM: intact.

Hyphema: no.

C-spine tenderness: no.

C-spine cleared by clinical exam: yes.

Carotids: normal Bruit: Thrill:

Neck bruising: No Neck abrasion: No.

Excursion: symmetrical.

Auscultation: equal; clear Diminished:

Flail segment: no.

Open chest wound: no.

Shoulder restraint marks: no.

Compression tenderness: no.

Sternum tenderness: no.

Crepitus: no.

ABDOMEN soft; non-tender; non-distended; no guarding.

GENITALIA: normal.

PELVIS: stable.

RUE: normal.

LUE: normal.

RLE: normal.

LLE: normal.

PULSES (scale 0-2) RUE 2 LUE 2 RLE 2 LLE 2.

Phoenix Children's Hospital

Trauma History and Physical-Pediatric Surgery

▇▇▇▇▇▇▇▇▇▇                              03/07/2019 20:30 /
03/16/2019 19:11
▇▇▇▇▇▇▇▇▇▇           DOB: ▇▇▇▇▇▇▇▇      Masuello, Jorge


· Laboratory Results

Blood Gas: No results in last 24 hours.

BMP/CMP/RFP: No results in last 24 hours.

CBC: No results in last 24 hours.

Glucose: No results in last 24 hours.

Coags: No results in last 24 hours.


· Images:
PCH image Reports reviewed.

PCH Images reviewed.


· C- spine cleared       yes

PROBLEM LIST/PLAN:
Problem List / Plan:
· Problem List: .
        - Traumatic subdural hemorrhage without loss of consciousness, subsequent
encounter _S06.5X0D (Acute Issue),
        - Macrocephaly _Q75.3 (Acute Issue),
   - Child physical abuse, suspected, initial encounter _T76.12XA (Chronic Issue)
· Plan:
  .
   Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter _S06.5X0D:
   Macrocephaly _Q75.3:

-Attempted to obtain MRI brain trauma without anesthesia and was not successful.
-Imaging that was obtained is significant for increased size of left SDH
-Will admit to trauma with plan for full MRI with anesthesia in the am.
-Consulted NS, Dr. Bragg, imaging that was obtained reviewed and concern that child may need left subdural drain. This was NOT discussed with family as this intervention would be based on the full MRI in the morning.
-d/w MRI and anesthesia about planning for MRI as pt is tentatively on the OR schedule for 11am
-NPO after 3 am
-MIVF