# EXHIBIT 37

Phoenix Children's Hospital

Progress Note-Hospitalist



DOB: ▓▓▓▓▓▓▓▓▓▓

03/07/2019 20:30 /
Kafle, Mahesh

- Date of Service 03-15-2019 17:55

Summary:
2m3w male who was previously admitted on 2/21/19 for suspected abusive head trauma evaluation and found to have distal right tibial metaphysis bucket-handle fracture with residual sclerosis, bilateral subdural collections (L>R), bilateral retinal hemorrhages. Patient was discharged home on 2/23/19 to custody of MGGM with Neurosurgery and CPT follow-up. Patient seen in OP CPT clinic 3/7/2019 and found to have increasing OFC. Patient referred back to PCH ED. Neurosurgery consulted. Initially admitted to the floor and then went to OR with Dr. Bragg for subdural drain placement on 3/8 and subsequently transferred to PICU for post-op care.

FLOOR ACCEPT NOTE:
NEURO: Patient was seen in OP CPT clinic 3/7/2019 and found to have increasing OFC. Patient referred back to PCH ED for further evaluation. Neurosurgery consulted. Initially admitted to the floor and to OR with Dr. Bragg for subdural drain placement on 3/8. Drain was set to 5cm H20 with drainage of serosanguinous fluid, which was replaced with NS fluids. The drain was raised to 15cm H2O and clamped. The drain was removed on 3/14. MRI 1-bang showed interval decrease in left subdural fluid collection size. Sodiums were monitored and remained within normal limits while drain was in place. Ophthalmology evaluated the patient and exam per ophthalmology showed bilateral retinal hemorrhages and right eye conjunctival hemorrhage with need for follow-up in 1-2 weeks for repeat eye exam after discharge.

ID: The patient was given Cefazolin while subdural drain was in place for prophylaxis and given 1x dose Ceftriaxone once the drain was removed.

MSK: The patient has a history of suspected abusive head trauma and previously diagnosed distal right tibial metaphysis bucket-handle fracture with residual sclerosis. Repeat skeletal survey on admission showed progression of healing of bucket-handle fracture on the right lower extremity. On 3/11, osteogenesis imperfecta labs were sent. CPT, DCS, SW were all involved during hospitalization.

FEN/GI: The patient was allowed to breast feed following extubation.

RESP: Arrived to the PICU intubated post-operatively. Failed first extubation trial on 3/8, which was thought to be due to laryngospasm. The evening on 3/8-9, the patient was successfully extubated and has been satting well on room air.

Interval History:
Hospital Day # 9. 3m old Male remains afebrile with reassuring vitals. Stable on room air. Breastfeeding well, good UOP.

Phoenix Children's Hospital

Progress Note-Hospitalist

DOB:                             03/07/2019 20:30 / Kafle, Mahesh

```
Vital Signs:
Temp C: 36.7 (Tmax: 37.1 Tmin: 36.5)      HR: 145 (115-177) RR: 38 (23-56)
BP: 87/62 (Systolic: 78 to 94 Diastolic: 36 to 79)
Oxygen Device: Room Air (Last 24 hr: Room Air)
SpO2: 95 (95-100) Pain Score: 0 (0-0)

Glasgow coma scale: 15(15-15)

Intake-   IV: 7
Output-   Drainage: 10       Urine: 441

Diet: Breastmilk
```

Physical Examination:
GENERAL: Comfortably sleeping but arousable. Alert and looking around when awakened. Well-hydrated, well-appearing, comfortable, in no acute distress.
EYES: Sclera white, pupils equal
ENT: Nares patent, moist mucous membranes
HEAD/NECK: Macrocephalic, L scalp - 2 sutures c/d/i with mild swelling to L scalp, open and flat fontanelle
CV: Regular rate and rhythm, no murmurs, rubs, gallops, cap refill < 3 seconds, no edema. Brachioradial pulses are strong and palpable bilateral.
CHEST: Symmetric rise of chest with breaths.
LUNGS: Normal work of breathing, no respiratory distress; lungs clear to auscultation bilaterally
ABDOMEN: Soft, active bowel sounds, non-distended
SKIN: Warm, dry, well perfused, faint blue macule overlying sacrum (consistent with congenital dermal melanocytosis)
NEURO: Sleeping but arousable, strong suck and grasp, looking around, retracts from cold stimuli
MUSCULOSKELETAL: Moving all extremities equally

Access: PIV


Laboratory Results:

Blood Gas: No results in last 24 hours.

BMP/CMP/RFP: No results in last 24 hours.

CBC: No results in last 24 hours.

Glucose: No results in last 24 hours.

Coags: No results in last 24 hours.

Phoenix Children's Hospital

Progress Note-Hospitalist



DOB:                             03/07/2019 20:30 /
                                 Kafle, Mahesh

Other Results:
Other Results:
3/14 CSF culture - no growth to date

3/15 MRI 1 bang - Removal of a left-sided subdural drain. Trace right convexity subdural collection is unchanged. No hydrocephalus.


Active Medications:

Scheduled:
 **No Ibuprofen/No NSAIDS 1 dose Other (See Comments) Once

PRN:
 Acetaminophen Oral Liquid 80 mg Oral Every 4 hours
 OxyCODONE Oral Solution 0.3 mg Oral Every 4 hours

Problem List / Plan:
· Problem List: .
        -  Child physical abuse, suspected, initial encounter  _T76.12XA (Acute Issue),
        -  Compression of brain  _G93.5 (Acute Issue),
        -  Conjunctival hemorrhage, right eye  _H11.31 (Acute Issue),
        -  Macrocephaly  _Q75.3 (Acute Issue),
        -  Retinal hemorrhage, bilateral  _H35.63 (Chronic Issue),
   -  Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter  _S06.5X0D (Acute Issue)
· Plan:
2m3w male with hx of suspected abusive head trauma evaluation with bilateral subdural collections (L>R), bilateral retinal hemorrhages and distal right tibial metaphysis bucket-handle fracture with residual sclerosis, who was admitted due to concern for increasing OFC.  Patient had subdural drain placement on 3/8 with neurosurgery and removal on 3/14. MRI 1 bang on 3/15 reassuring with reassuring neuro exam. Transferred from PICU to floor on 3/15.

NEURO: increased OFC with concern for growth of the L>R subdural fluid collections (hematomas vs hygromas) s/p subdural drain on 3/8 with decreased left subdural size based on imaging, trace right-sided subdural fluid collection, b/l extra-axial blood, macrocephaly, conjunctival hemorrhage right eye, b/l retinal hemorrhages
      -Subdural drain removal on 3/14 by neurosurgery
-Neurosurgery, Ophthalmology following
-Awaiting neuro recs
-Neuro checks q4h
-HOB 30 degrees when in crib
-Daily OFCs
-No NSAIDs
-Needs outpatient ophthalmology follow-up in 1-2 weeks after discharge per ophthalmology

Phoenix Children's Hospital

Progress Note-Hospitalist


DOB:
03/07/2019 20:30 /
Kafle, Mahesh

```
ID: post-op neurosurgical intervention ppx
-S/p Cefazolin and 1 dose ceftriaxone

MSK: Suspected abusive head trauma, distal right tibial metaphysis
bucket-handle fracture with residual sclerosis
-CPT consulted
-Repeat skeletal showed progression of healing of bucket-handle fracture on
admission
-3/11 osteogenesis imperfecta labs sent

FEN/GI
-Breastfeed ad lib
-Trend weights
-Strict I&O's

RESP:
Stable on room air
- Goal saturations >90%

SOCIAL:
-SW and CM involved
-CPT involved
-DCS involved

Access: PIV
S/P: If any change in neuro status, contact NSGY ASAP and repeat head imaging
Dispo: cleared by NSGY, SW, DCS, and CPT

E&M Code:
·   Care Level: Acute Care Visit Type: Inpatient.
·   *.


Line Access:
The patient continues to need peripheral intravenous access for: parenteral
medication/fluid.


Disposition:
Assessment and Plan discussed with Family and Healthcare Team.


· Teaching Attestation    I personally examined and evaluated the patient.

I have discussed the patient in detail with Intern/Resident/Fellow and agree
with the findings and plan as documented.
```

Phoenix Children's Hospital

Progress Note-Hospitalist


```
                                               03/07/2019 20:30 /
                              DOB:              Kafle, Mahesh
```

Electronic Signatures:
Jeevarajan, Jessie (DO-Resident)  (Signed 03-15-19 18:28)
    Authored: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Recent Results, Other Results, Active Medications,
Problem List / Plan, E&M Code, Line Access, Disposition
Kafle, Mahesh (MD)  (Signed 03-15-19 22:18)
    Authored: Problem List / Plan, Line Access, Attestation Statement
    Co-Signer: Date of Service, Summary Statement, Interval History, Vital Signs,
Physical Examination, Recent Results, Other Results, Active Medications,
Problem List / Plan, E&M Code, Line Access, Disposition


Last Updated: 03-15-19 22:18 by Kafle, Mahesh (MD)