EXHIBIT 38

APPLICATION AND DECLARATION FOR EX-PARTE REMOVAL OF CHILD
Superior Court of Arizona for Maricopa County

REMOVAL REQUEST # RR2019-00741

COUNTY OF ORIGIN Maricopa

DCS CASE ID ▮

I, Alyssa Lucero, hereby affirm the following statement of facts:

1. I am employed by the Arizona Department of Child Safety. By virtue of my education, training and experience I am qualified and authorized to conduct child abuse and neglect investigations. I am currently assigned to investigate the case involving the child named in this application and declaration for removal, or am that person's supervisor. I make this declaration in support of this application. Further, I have the following qualifications: 05/2018-Current Office of Child Welfare Investigations (OCWI)
03/2016-05/2018-DCS Investigator (Criminal Conduct Unit)
Conducts high profile, complex, and sensitive investigations related to allegations of criminal child abuse and neglect.
Assesses, responds to, and investigates criminal conduct reports, in conjunction with internal and external stakeholders, generated by the Arizona Child Abuse Hotline. Conducts interviews, collects documents and records interacting in the Statewide Automated Child Welfare Information Systems, testifying in court regarding investigations, investigating cases involving allegations of child abuse resulting in serious injury or death; providing assistance related to strategies and techniques used when performing sensitive investigations of child abuse and neglect, attending a variety of meetings to include high profile staffing's, and performs other duties appropriate to the assignment.

2. This application and declaration is in support of for ex-parte removal of the following children:

| Child Name | DOB | Sex | ICWA Status |
|---|---|---|---|
| ▮ | ▮ | M | No |

3. The mother(s) is/are:
   The mother of ▮ is Honor Duvall

4. The father(s) is/are:
   The father of ▮ is Donald Sankey

5. The legal guardian(s) is/are:
   The legal guardian of ▮ is None or Unknown

## APPLICATION AND DECLARATION FOR EX-PARTE REMOVAL OF CHILD
### Superior Court of Arizona for Maricopa County

6. Probable cause exists to believe that temporary custody is clearly necessary to protect the child from suffering abuse or neglect, and it is contrary to the child's welfare to remain in the home under A.R.S. §8-821(A). Specifically, Child ▮▮▮▮▮ (age 2 months) was admitted through the emergency department at Phoenix Children's Hospital on the evening of 02/21/2019. Child ▮▮▮ was diagnosed with the following medical conditions: bilateral retinal bleed, chronic brain bleeds (old and new), and bilateral tibias bucket handle fractures. The injuries were determined by the medical team at Phoenix Children's Hospital to be a result of suspected non-accidental trauma. This is also currently an open criminal investigation with the Buckeye Police Department.

   After continued investigation with OCWI conflicting medical information and documentation was brought to light. Since the original request of the Court Authorized Removal, the child has had follow up medical appointments which reported the same original findings. The child was requested to return to Phoenix Children's Hospital on 03/07/2019 for a follow-up MRI and skeletal survey. The skeletal survey showed only the right tibia being fractured and no injuries to the left leg. As a result of the MRI it was requested the excess blood in the child's brain be drained. Due to medical complications with the procedure the child was admitted to the Intensive Care Unit at Phoenix Children's Hospital on 03/08/2019.

   The biological parents, Honor Duvall (mother) and Donald Sankey (father) are first time parents and equal caregiver's for their son, dependent on their work schedules. The maternal grandmother, Dawn Duvall is an additional caregiver for the child when the parents are at work. All three adults reported they are not aware of any recent trauma to the child that could have resulted in the injuries that were diagnosed by the medical team. The parents and maternal grandmother reported there are no other relatives in the state of Arizona that would be able to provide 24/7 supervised care for the child in order for their to be a less intrusive plan in place. Due to all three caregiver's
not being able to provide any form of an explanation and there being no other identified caregiver for the child, it is necessary for the child to be brought into the temporary custody of the Department of Child Safety to further ensure his protection from any future injuries and/or death.

7. I, Alyssa Lucero, declare under penalty of perjury that the information contained within this application and declaration is true and correct to the best of my knowledge and belief.

3/8/2019 3:53 PM

ORDER FOR EX-PARTE REMOVAL OF CHILD
Superior Court of Arizona for Maricopa County

REMOVAL REQUEST # RR2019-00741

COUNTY OF ORIGIN Maricopa

DCS CASE ID ▉

TO ANY DCS REPRESENTATIVE IN THE STATE OF ARIZONA

Proof by application and declaration having been made this date 03/08/2019 before me by Alyssa Lucero of the Department of Child Safety ("DCS"), and on the basis of the evidence presented in such application and declaration, and pursuant to A.R.S. §8-821(A), I find probable cause exists to believe that temporary custody is clearly necessary to protect the following child ▉ from suffering abuse or neglect. I further find, for the reasons indicated below and pursuant to A.R.S. §8-821(A), that probable cause exists to believe that it is contrary to the child's welfare to remain in the home.

- ☑ Failure to protect a child(ren) from abuse or neglect
- ☑ Risk of abuse or neglect of child(ren)

Therefore, **IT IS ORDERED** granting DCS's request for authorization to remove ▉ and authorizing DCS to remove this child.

_[signature]_                                                                 3/8/2019 3:57 PM

Hon. Gregory Gnepper

AZDCS000197

# ORDER FOR EX-PARTE REMOVAL OF CHILD
## Superior Court of Arizona for Maricopa County

REMOVAL REQUEST # RR2019-00741

COUNTY OF ORIGIN Maricopa

DCS CASE ID ▮

TO ANY DCS REPRESENTATIVE IN THE STATE OF ARIZONA

Proof by application and declaration having been made this date 03/08/2019 before me by Alyssa Lucero of the Department of Child Safety ("DCS"), and on the basis of the evidence presented in such application and declaration, and pursuant to A.R.S. §8-821(A), I find probable cause exists to believe that temporary custody is clearly necessary to protect the following child ▮ from suffering abuse or neglect. I further find, for the reasons indicated below and pursuant to A.R.S. §8-821(A), that probable cause exists to believe that it is contrary to the child's welfare to remain in the home.

- ☑ Failure to protect a child(ren) from abuse or neglect
- ☑ Risk of abuse or neglect of child(ren)

Therefore, **IT IS ORDERED** granting DCS's request for authorization to remove ▮ and authorizing DCS to remove this child.

_____
Hon. Gregory Gnepper

3/8/2019 3:57 PM

JV Removal Request Order        RR2019-00741        03/08/2019
                                                    Page 1 of 1

AZDCS000198