EXHIBIT 45

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

**Case Name:** DUVALL, HONOR                                  **Case ID:** 612977

**DCS Specialist's Name:**   MADSON, CHANTEL          **Meeting Date:** 9/12/19

**Supervisor or Other Reviewer's Name:**   Merlin Romero     **Removal Date:** 3/16/2019

**Date 12 Months in Care**              3/16/2020          **Date 24 Months in Care:** 3/16/2021

Hold a supervisory case progress review meeting with the DCS Specialist monthly when the permanency goal is reunification, remain with family, or adoption and there is no permanent placement identified. Hold a supervisory case progress review meeting with the DCS Specialist quarterly in all other cases open for ongoing services. Use this form to guide discussion during the supervisory meetings. Document the supervisory meetings by using this form and saving a copy in the Court Documents Directory for the case. Check Yes or No for each **bolded** area, considering the exploratory questions. For each area checked Yes, identify and document the specific follow-up activities to be completed.

| Follow-up Required? | | | Discussion Area |
|---|---|---|---|
| YES | NO | N/A | |
| | | | **Safety and Risk Assessment** |
| ☐ | ☐ | | 1. **Discuss the assessment of all 17 safety threats, and the need for continued removal or an in-home safety plan.** <br><br> • What are our worries about with this family? <br> • Are there any safety threats and is continued removal necessary? <br> • What is working well in the family? What needs to happen so the children are safe? <br> • What information is being collected and reviewed each month? <br> • Have the parents or guardians made changes in their behaviors or home environments to resolve any or all of the safety threats that were previously identified? <br> • Has any new information been received that reveals a safety threat, or has there been a change in a parent's behavior or home environment that created a new safety threat? Have there been any new Hotline Reports or Status Communications? <br> • Has there been a change in household composition that impacts child safety? <br> • How do the continuing and/or new safety threats meet the five safety threshold criteria? <br> • If the children are in care, can the safety threats be controlled in the home? <br> • If the children are in-home, are all of the safety threats controlled in the home? <br><br> **Comment:** <br> 9/12/19-ADJ trial was completed. The judge is taking it into consideration. The parents reported they will be traveling to OK with the great grandmother. Father reported that he had a taken a job in OK. The family is reporting they would be moving to OK. The Judge ordered for the same safety plan to be active while in OK. <br><br> The pa has indicated the parents have enhanced all of their protective capacities. CSS has reached out to pa about concerns. CSS will follow up. <br><br> 8/14/19- Interviews with Dr. have been completed and the trauma non-accidental. There is no evidence of a genetic disorder. At this time there continues to be concerns as the parents are not taking accountability or providing insight as to how |

AZDCS000459

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

the child was injured.

Parents continue to engage in services. Mother has completed the psychological. Father did not complete psych eval as the attorney was not in agreement with the identified provider.

Child continues to do well in out of home care.

7/5/19- NO updates to provide.  CSS has reached out to AAG- however he has not responded in regards to psych eval.  CSS will follow up with AAG.  Parents continue to engage in services.
Baby continues to do well.

6/14/19- The case plan has been determined to be Severance and Adoption due to the severity of the injuries to the child.  At this time both parents are compliant in services.  The psychological evals are on hold as the parents atty have requested for a court order to be implemented.   CSS to follow up.

Baby is doing well and healing well from his injuries.

5/8/2019- Please read notes prior- Mother and father are participating in services/ complying in all services. The parents are working through the parent aide. The Department had a psychologically consultations with Dr. Hunt and he recommended the psychological evaluations for both parents. At mediation/ pre conference it was a made known that if psychological evaluation are too ordered, or recommended to be completed, that the parents would have the option to hire and seek services on their own. CSS- is attending all doctor visits. DCS representative will need to attend all doctor/ well appoints with the family. Parents have requested to be at all appointments. The Department has implemented a safety plan regarding breast feeding, attending doctor visit, and additional parenting time for father. The safety plan has been disclosed to all parties. The parents are not to discuss or aske medical professionals about any injury related, as the allegation- reasons for removal. The parents have complied. Placement still needs to complete home study, home study is scheduled for 5/9/2019. Fingerprints need to be completed for placement. There continues to be a need for out of home care.

4/5/2019- There was a staffing with the AAG's office,  Kim- OCWI, and PM- Melinda, CSS- Chantel, PS- Salas. There is going to be a motion filed on the behalf of the parents to allow mother to continue to breast feed, and allow the parents to attend all medical appointments. It was concluded that the Department would all records would be sent to the AAG's office. AAG's office would reach out to the Detective on the case to determine if release of the records would interfere with the current criminal investigation. It was further staffed that the Department is not in agreement with the mother breastfeeding the child. Previously the family did not follow the present danger plan that had allowed mother to breastfeed the child twice daily under the supervision of the maternal grandmother. It was further determined that mother was staying at the placements home longer then the twice a day breastfeeding time that was put into place.  There is a concern with great grandmother and providing supervision- great grandmother does not believe someone harmed the child. Great grandmother is willing to protect the child and ensure the safety of the child. Regarding the medical appointment it was determined that the parents would be

pg. 2

AZDCS000460

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

allowed to attend medical appointments that are not directly related to the abuse. Mother and father would be able to attend regular appointments. Appointments related to the child will need to be completed by DCS/ DCS representative. The placement maternal great-grandmother will be able to transport the child but not be allowed in the appointment. Department does not what the placement to be put in a situation where she could disrupt the child's placement by disclosing information to the parents related to the medical appointment- abuse. The Department would follow up and provide documentation to the AAG's office: Present Danger Plans, CSRA, medical records. AAG's office to staff to determine grounds for case plan. The Department to staff with the onsite psychologist to determine services for the parents. At this time the case plan will remain undetermined.

**Allegations-** Mother is unable to provide her child with proper and effective parental care and control due to physical abuse or failure to protect from physical abuse. The child presented at the hospital the week of February 21,2019 with multiple injuries, including bruising, retinal bleeding, brain bleed, and fractured bone. The hospital staff suspected non- accidental trauma. The child had been exclusive care of Mother and Father, and the Maternal grandmother since he was released from the hospital after birth. All of the caregivers reported that they were unaware of any recent trauma to the child that could have resulted in the injuries. There is an open police investigation.

Father- Father is unable to provide her child with proper and effective parental care and control due to physical abuse or failure to protect from physical abuse. The child presented at the hospital the week of February 21,2019 with multiple injuries, including bruising, retinal bleeding, brain bleed, and fractured bone. The hospital staff suspected non- accidental trauma. The child had been exclusive care of Mother and Father, and the Maternal grandmother since he was released from the hospital after birth. All of the caregivers reported that they were unaware of any recent trauma to the child that could have resulted in the injuries. There is an open police investigation.

| Follow-up Required? | | | Discussion Area |
|---|---|---|---|
| YES | NO | N/A | |
| | | | **Safety and Risk Assessment** |
| ☐ | ☐ | | 2. **Discuss whether the safety plan for each child is sufficient to control all current safety threats and is least intrusive.** |
| | | | • If there are safety threats to any child, is there a current safety plan? |
| | | | • Have sustainable in-home options been fully explored? |
| | | | • Does the safety plan include a safety monitor and/or safety actions that control and |

AZDCS000461

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

| | | | | |
|---|---|---|---|---|
| | | | | manage impending danger, have an immediate effect, and are immediately accessible and available whenever the safety threats are present?<br>• Is there evidence of the safety monitor's ability to use judgment and take actions?<br>• Is the safety plan up to date, identifying the current safety monitor and safety actions (including a current CSO-1034B and CSO-1034C if placed with an unlicensed caregiver)?<br>• How is the implementation of the safety plan being monitored by the CSS?<br><br>**Comment:** At this time an In- Home safety plan cannot be implemented. There was a present danger plan that was in place- concluded due to concerns about the child's medical health and swelling in the brain. Child was taken back to PCH.<br><br>Out of home safety plan is active.  Mother is allowed two hours in the morning and at night to breastfeed per court ordered.  In addition she has three 2 hours for breast feed during the weekend.  Father is allowed to attend during the weekends 2 hours.<br><br>Conditions for return for the family have not been met. |
| ☐ | ☐ | | 3. | **Discuss the assessment of the 14 risks factors and the need for DCS intervention.**<br>• What worries us about with this family?<br>• What is working well in the family?  What needs to happen to reduce the worries?<br>• What information is being collected and reviewed each month?<br>• Which of the 14 risk factors are present?<br>• Do the parents recognize the risk factors and are they motivated to change their behavior or the family circumstances?<br>• Do the risk factors require DCS intervention, or can the risk factors be addressed through community services?<br>**Comment:** CSS has maintained monthly contact with the parents.  Father appears to not understand how to parent a child. - •   Parent, guardian, or custodian's explanation for the child's injury or physical condition is inconsistent with the observed or diagnosed injury or condition. neither parent is providing accurate information as to how the child was injured.  They continue to be unable to identify safety threats for the child. |
| | | | | **Services to Address Safety Threats and Risks** |
| ☐ | ☐ | | 4. | **Discuss whether the parents and children are being provided the necessary services to support behavioral change and achieve the permanency goal.**<br>• What behavioral changes are needed to resolve the safety threats and/or risks that necessitate DCS involvement?  Could the parents answer this question?<br>• Do the parents or children require additional assessment?<br>• Do the parents and children recognize the problems and are they motivated to change?<br>• Are services being provided to meet the identified needs of all parents and children?  Are services accessible and appropriate to the individuals' culture and special needs?<br>• Are the parents and children making progress toward the behavioral goals?<br>• What additional supports can be provided to achieve the permanency goal?<br>• What can the team try that has not been tried before?<br>**Comment:** CSS- Madson will conduct a<br><br>Psychological consultation - complete<br>recommended psychological evaluations. |

pg. 4

AZDCS000462

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

Psychological evaluations: Parents ATTY have indicated the parents are not to participate unless court ordered. CSS will follow up with AAG. CSS has not received a response from the AAG.
Mother has completed the Psychological evaluation and recommended for an outside party to review both records. CSS will provide the evaluator with additional information.

Parent Aide Services- Parent aide indicates visits are going well. CSS to follow up with parent aide about concerns. PA does not report having the same concerns and has indicated that the parents have enhanced all protective capacities with the exception to plan to protect. CSS will review most recent report as she does not agree with all of the enhanced protective capacities. CSS has not received response. At this time visits are on hold as the family is out of state for 30 days.

| | | | Engagement and Contacts with Parents and Children |
|---|---|---|---|
| ☐ | ☐ | 5. | **Discuss whether the DCS Specialist's contacts are sufficient to assess the children's needs and obtain the child's input into the case plan and important decisions affecting the child.** |

- Is the DCS Specialist having in-person contact with each child each month, or more often if needed? Is part of each contact alone with the child?
- During contacts, is the CSS discussing child safety, permanency planning, behavioral health, education, physical health, routine medical and dental care, whether the child is taking medication, and the child's needs for services?
- If the child is 6 or older, what is the child's input about permanency options, visitation, placement, and services?
- For in-home cases, are all the children in the family seen monthly?
- If the child is on runaway status, what efforts are happening to locate the child?

**Comment:** CSS- Madson will have regular contact with the child. CSS- Madson will have contact with the child alone, and ensure the child is doing fine, report any concerns. CSS- Madson will attend all medical appointments/ follow ups regarding the abuse.

Child is 8 months old. Child is doing better physical and medically. He is now meeting all milestones. Child has been medically cleared, however they continue to monitor his head shape. Child is reaching and grasping for things and cooing. Child has adjusted well with placement. Has case management only through AZCA. CFT is in place. There are currently no concerns for the child.

child attended the neurologist appointment on 8/14/19 and it was indicated that the child's head was appropriately growing and his soft spot is flat and there will be no need for continued follow up from the neurologist.

Child is currently out of state- for 30 days.

AZDCS000463

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

| | | | | |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | 6. | **Discuss whether the frequency and quality of contact with each parents is sufficient to assess the parents' needs and obtain the parents' input into the case plan and important decisions affecting the family.**<br>• Is the DCS Specialist having face-to-face contact with all of the parents at least monthly when the goal is reunification or remain with family?<br>• Is the CSS having quarterly written or telephone contact with all parents whose rights are not terminated, when the goal is <u>not</u> reunification or remain with family?<br>• Is the CSS maintaining contact with incarcerated parents?<br>• Are there continual concerted efforts to locate missing parents?<br>• Is there discussion with the parents about the safety threats and risks that require DCS involvement, the behavioral changes needed to resolve the safety threats and risks, permanency planning, visitation, services, and readiness for change?<br>• What is each parent's input about permanency options, visitation, the child's placement, behavioral progress, and services?<br>**Comment:** CSS- Madson will have monthly face- to face contact with the parents to discuss the case plan and ensure all services are set up.<br>The judge allowed the parents to go on the trip with the child for 30 days over ADCS objection. |
| ☐ | ☐ | ☐ | 7. | **Discuss whether there are ongoing concerted efforts to engage the family in case planning and decision-making.**<br>• Is input into the case plan and important decisions encouraged and received from all school-aged children and parents?<br>• Are the parents and children over age 12 invited to attend all case plan staffing, CFTs, and TDMs, and encouraged to provide their input?<br>• Are case plan staffing held every 6 months?  Is there a current case pan?<br>**Comment:** All parties will be invited to the CFT's, TDM's, and meetings.<br><br>Case Plan will be determined after the Dependency findings. |

| | | | | |
|---|---|---|---|---|
| | | | **Permanency Planning (out-of-home cases only)** | |
| ☐ | ☐ | | 8. | **Discuss the current permanency goal for each child and whether it is appropriate and likely to be achieved in a timeframe that meets the child's needs.**<br>• If the goal is reunification:<br>  ○ What needs to happen for the children to safely reunify (in 12 months)?<br>  ○ What is the prognosis for reunification in 12 months of removal?<br>  ○ Is there a concurrent goal and is there activity to pursue the concurrent goal?  If |

AZDCS000464

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | not, should a concurrent permanency plan be initiated?<br>• If the goal is guardianship or adoption:<br>   ○ Is each child in a permanent placement?<br>   ○ What needs to happen to achieve the permanency goal (in 24 months)?<br>• If the goal is independent living or long-term foster care:<br>   ○ Are more permanent goals continually explored?<br>   ○ Are services being provided to support successful transition to adulthood?<br>• Would a permanency TDM be helpful to discuss permanency options?<br>• If the child has been in care 12 months or more, will a motion for TPR be filed before the child has been in care for 15 months?  If not, is there a compelling reason to not file a motion for TPR?  Is it documented in the case plan?<br>**Comment:** The current case plan/ permanency goal is undetermined. The prognosis of the reunification in 12months of the removal is undetermined due to the severity of the injuries of the child.<br><br>==Highly recommended case plan of Severance and adoption- severity of the injuries the child sustained. SX petition will be filed.== |

| Visitation with Siblings and Parents (out-of-home cases only) |
|---|

|  |  |  |  |  |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | 9. | **Discuss whether the frequency and quality of visitation or contact between each child and his/her siblings is sufficient to maintain or develop the relationship.**<br>• Is the frequency of visitation consistent with the children's wishes and needs, with consideration of their ages?<br>• Is visitation held in a comfortable atmosphere, allowing sufficient interaction?<br>• If appropriate to the children's ages, are there arrangements for phone contact, email, or other types of contact?<br>• If visitation or contact is contrary to a child's safety or well-being, is this documented in the record?<br>**Comment:** There are no siblings. |
| ☐ | ☐ | ☐ | 10. | **Discuss whether the frequency and quality of visitation between each parent and each child in out-of-home care is sufficient to develop or maintain the relationships.**<br>• Is visitation or contact occurring with both the mother and the father, including parents who are in jail or prison?  If not, what is the reason?<br>• Is the frequency of visitation consistent with the family's wishes and needs, with consideration of the children's ages?<br>• If visitation or contact is contrary to the child's safety or well-being, is this documented in the record?<br>• Are the parents attending and engaged in visitation?  What can be done to increase their attendance and engagement?<br>• Is visitation frequency increasing and supervision decreasing as behavioral changes are observed, in preparation for timely reunification?<br>• Are the parents invited to attend each child's doctor and dentist appointments, school activities and conferences, after-school and sports activities, birthday and holiday celebrations, and other important events?<br>• Is visitation held in a comfortable atmosphere, allowing sufficient interaction?<br>• If visitation is supervised, is this necessary to maintain child safety?  What needs to happen in order to have unsupervised visits?<br>**Comment:** Visitations with the family (Mother/ Father) are being held through a parent aide agency. Visitations are once a week for two hours.<br><br>in addition mother has safety plan in place to visit the child to breath feed two hours into eh morning and evening Monday through Friday and for Saturday and Sunday she is |

pg. 7

AZDCS000465

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

| | | | | |
|---|---|---|---|---|
| | | | | gets two hours in the morning, in the evening, and the afternoon and father is allowed to be present 1 time during the weekend and 1 two hour session of parenting time. |

**Out-of-Home Placement (out-of-home cases only)**

| | | | | |
|---|---|---|---|---|
| ☐ | ☐ | | 11. | Discuss whether each child is in a stable relative placement, or whether there are continual concerted efforts to identify a relative caregiver. |

- Have all living maternal and paternal relatives been identified, located, and notified that the child(ren) are in care, and evaluated as potential caregivers?
- Does the relative have information about the foster home licensing process?
- Is the relative receiving sufficient support and services to care for the child?

Comment: The child is currently placed in the great maternal grandmothers care. Maternal grandmother has been denied and is not allowed contact. - as she was the third caregiver.

| ☐ | ☐ | | 12. | Discuss whether or not each child is in a stable and least restrictive placement while still ensuring child safety, that is willing and able to care for the child until reunification or permanently. |
|---|---|---|---|---|

- If a child is placed in a shelter or group home, what can be done to place the child in a family setting?
- If applicable, is the child placed according to ICWA preferences?
- Are the caregiver's needs continually assessed and appropriate services provided?
- Has the caregiver been provided adequate information about the child, the reason for removal, and the anticipated length of stay in out-of-home care?
- Has the caregiver been given the *Go to Guide* and other resource information?
- Is the caregiver being notified of all court hearings and FCRBs, and of the right to participate and be heard?
- If the child's permanency goal is independent living or long-term foster care, have the caregivers been asked if they are committed to care for the child until adulthood? Has this been documented or a formal agreement signed?

Comment: The child is currently placed with the maternal great grandmother. There is a concern with the placement as she does not believe that the child was abused, however is willing to protect the child from any other abuse and neglect. CSS will follow up with placement in regards to concerns.

| ☐ | ☐ | ☒ | 13. | Discuss whether siblings are placed together, or whether there are continual concerted efforts to place the siblings together. |
|---|---|---|---|---|

- If the children are separated due to safety concerns, are these concerns clearly documented? What can be done to address the safety concerns?
- What can be done to locate and support a placement for all of the siblings?

Comment:

| ☐ | ☐ | ☐ | 14. | Review services being provided to ensure that each child's behavioral health, physical health, dental health, and educational needs are being met. |
|---|---|---|---|---|

- Have these needs been continually assessed for each child?
- Is each child receiving annual EPSDT exams and semi-annual dental exams?
- Have all necessary treatment services been provided?
- Is the child seeing a medical provider regularly to monitor any medications?

Comment: The child is currently with maternal great grandmother. The maternal great grandmother is meeting the needs of the child in her home. CSS- Madson/ or a representation of DCS will be the ones to take the child to medication appointment.

CMDP is currently in place.
standard allowances
BH services through AZCA- case management only.

AZDCS000466

CT09402 (2-22-17)

**Department of Child Safety**
**Supervisory Case Progress Review - Ongoing**

| | | | | |
|---|---|---|---|---|
| | | | | CFT's in place. |
| ☐ | ☐ | | 15. | **Discuss whether concerted efforts are being made to maintain each child's connections to community, culture, faith, language, extended family, tribe, school, friends, and clubs or activities are being made.**<br>• Has each child been asked what he/she views as his/her important connections?<br>• What can be done to maintain these connections?<br>• Have the parents been asked whether any of the children may be American Indian?  If applicable, has the tribe been notified of its right to intervene?<br>**Comment:** |

| **Document any follow-up activities required prior to next review:** |
|---|

SS# for child:  Verified.
Birth Certificate: white copy obtained.
Fingerprints: in file
Safety Plan: Yes/ in file

| Follow-Up Activity | | By Whom | By When |
|---|---|---|---|
| 1. | Continue to monitor the case | C.  Madson | ongoing |
| 2. | Follow up with the mother's psychologist to provide additional info | C. Madson | 9/18/19 |
| 3. | Follow up with pa for discrepancies | C. Madson | 9/18/19 |
| 4. | continue to monitor the concerns with placement | C. Madson | ongoing |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

Supervisor/Reviewer's signature:  _____     Date reviewed:  _____

pg. 9

AZDCS000467