EXHIBIT 47

**Date : 2/25/2019 6:51:59 AM**
**From : "Markusen, Dana, K" Dana.Markusen@AZDCS.GOV**
**To : "Loehrs, Cara" Cara.Loehrs@AZDCS.GOV, "Lucero, Alyssa M"**
**Alyssa.Lucero@AZDCS.GOV**
**Cc : "Duncan, Jeffrey (Jeff)" Jeffrey.Duncan@AZDCS.GOV**
**Subject : CPT meeting Wednesday 2/27/19 reminder**
**Attachment : image001.png;**

Hi Everyone,

We will have a CPT meeting this Wednesday, February 27, 2019.   We have 4 cases
to staff.  We will start promptly at 11am in PCH Conference Center room# 102.
This building is located on Cambridge St, across from the Ronald McDonald House
on PCH campus.   Please confirm your attendance if you plan on attending the
meeting, as it allows for more efficient coordination.  We will make every attempt
to include those present waiting in the hallway.  However, if you arrive at your
scheduled time and are not brought back into the meeting room, please knock
gently on the door to alert the team of your presence.   The call in information for
the conference line is: 602-753-1515; Passcode: 107230#.
Thank you,

Marcia and Cara

11:00AM



11:15AM

11:30
S        S
MR# 6728809
DOB-
OCWI- Jeff Duncan @ 480-364-4279
PD- Buckeye DR# 2019-
CPT- Haley Dietzman
SW- Marie/ Marcia

NO REPORT



 **ARIZONA
DEPARTMENT**
*of* CHILD SAFETY

**Dana Markusen Burden**
Office of Child Welfare Investigations Regional Manager
Arizona Department of Child Safety
3003 N Central Ave
Phoenix, AZ
Cell: 602-568-6188
Fax: 602-636-5497
*Dana.Markusen@AZDCS.GOV*
AZDCS Website | Twitter | Facebook
To report child abuse or neglect: 1-888-SOS-CHILD