# EXHIBIT 48



Printed By:  Gabriel Antillon     * CONFIDENTIAL *      CHARTMAXX
Photo (Clinical) - CPT  -  Page 1/1                    Job 1467292 (06/25/2020 22:49) -  Page 442  Doc# 213

**PCH 1154 cycn**

