EXHIBIT 49



DUVALL_000023

**Banner Health**
BANNER ESTRELLA MEDICAL CENTER
9201 W Thomas Rd
Phoenix, AZ 85037-3332

**Patient**: DUVALL, HONOR ▮
**DOB**: ▮/1993   **Sex**: Female          **Age**: 28 years
**MR#**: ▮
**Patient Location**: 55 AP1M; 1M08; 01
**Attending Physician**:  WALTER DO,FLORIAN T

| NOTIFICATIONS |
|---|

| Notifications and Consults |
|---|

Textual Results
T102: ▮/2018 00:37 MST (Notification for Clinical Reasons)
Plan of care, Treatment or orders
T111: ▮2018 00:37 MST (Notification Details)
Informed 10/100/+2, ok to practice push and see if baby comes down and call if ready for delivery, if not allow to labor down for 1 hour and recheck

|  | Date | ▮/2018 | ▮2018 |
|---|---|---|---|
|  | Time | 00:57 MST | 01:17 MST |
|  | Charted By | Wenzel RN,Erika M | Wenzel RN,Erika M |
| Procedure | Units |  |  |
| Notification for Clinical Reasons |  | See Below T103 | See Below T104 |
| Notification Details |  | See Below T112 | See Below T113 |
| Notification Name |  | OLAND MD, JORDAN R | OLAND MD, JORDAN R |
| Notification Mode |  | Phone | In person |
| Notification State |  | Completed | Completed |
| Notification Outcome |  | Orders received | Orders received |

Textual Results
T103: ▮2018 00:57 MST (Notification for Clinical Reasons)
Plan of care, Treatment or orders
T104: ▮/2018 01:17 MST (Notification for Clinical Reasons)
Plan of care, Treatment or orders
T112: ▮/2018 00:57 MST (Notification Details)
Informed 10/100/+2, pt wants to keep pushing, feels better, thin mec present, physician to come down and push
T113: ▮/2018 01:17 MST (Notification Details)
Physician at bedside practiced  pushing, received orders to start laboring down for 30 min and then start pushing

|  | Date | ▮2018 | ▮/2018 |
|---|---|---|---|
|  | Time | 01:28 MST | 02:28 MST |
|  | Charted By | Wenzel RN,Erika M | Wenzel RN,Erika M |
| Procedure | Units |  |  |
| Notification for Clinical Reasons |  | See Below T105 | See Below T106 |
| Notification Details |  | See Below T114 | See Below T115 |
| Notification Name |  | OLAND MD, JORDAN R | OLAND MD, JORDAN R |
| Notification Mode |  | In person | Phone |
| Notification State |  | Completed | Completed |
| Notification Outcome |  | No orders received | Orders received |

Textual Results
T105: ▮2018 01:28 MST (Notification for Clinical Reasons)
Plan of care, Treatment or orders
T106: ▮2018 02:28 MST (Notification for Clinical Reasons)
Plan of care, Treatment or orders
T114: ▮/2018 01:28 MST (Notification Details)
Strip reviewed, physician aware of maternal tachycardia, no orders at this time

EXHIBIT NO. ___ 6
J. OLAND
9-26-2022
HALEY DAWN WESTRA, RPR, CRR.

| L = Low | H = High | C = Critical | * = Abnormal | ^ = Interpretive Data | c = Corrected | f = Footnote |
|---|---|---|---|---|---|---|

**Printed:**  5/11/2022 07:36 MST                      Page 193 of 302                      **Report Request ID:** ▮

## Document info

| | |
|---|---|
| Result type: | .Physician Newborn Assessment |
| Result date: | ▮ 2018, 09:52 a.m. |
| Result status: | authenticated |
| Performed by: | JANET LEATHERS |
| Verified by: | JANET LEATHERS |
| Modified by: | JANET LEATHERS |

# NSY PCM NB Note- vaginal dc

**Patient:** S▮ S▮     **DOB:** ▮, 2018

---

**NSY PCM NB Note- vaginal dc**

Patient: **DUVALL, BABY BOY**   **MRN:** ▮   **FIN:** ▮
Age: **31 hours**   Sex: **Male**   DOB: ▮/2018
Associated Diagnoses: **Liveborn infant by vaginal delivery**
Author: **LEATHERS DO, JANET CLAIRE**

**Basic Information**
   **Patient Information**
      **Present at bedside**: Mother.

**Health Status**
   **Allergies**: Allergies
   No known allergies,
      Allergic Reactions (Selected)
         No known allergies
   **Current medications**:

   **ACTIVE MEDS**
   Sucrose-SW 24% 0.1 mL Oral PRN: Other (see comment)
   emollients, topical (Aquaphor Original Ointment (Neonate)) 1 app Topical PRN: Dry Skin
   zinc oxide topical (zinc oxide topical (Neonate)) 1 app Topical PRN: Other (see comment) , (Selected)
      Inpatient Medications
        *Ordered*
           Aquaphor Original Ointment (Neonate): 1 app, Topical, PRN, PRN: Dry Skin
           Sucrose-SW 24%: 0.1 mL, Oral, PRN, PRN: Other (see comment)
           zinc oxide topical (Neonate): 1 app, Topical, PRN, PRN: Other (see comment)
**Problem list**:
   All Problems
      Livebirth / 418952011 / Confirmed
      Liveborn born in hospital / 2820163011 / Confirmed,
**Active Problems** (2)
**Livebirth**
**Liveborn born in hospital**

AZDCS026007

**Histories**

**Perinatal History**
  **Delivery Information**
    **Maternal Information**

Mother's Age at Delivery   25.00
Gravida   1

  **Maternal Labs**

  **Delivery Related Information**

Delivery Type, Birth   Vaginal
Maternal Anesthesia Type   Epidural
Maternal ROM Date, Time   ▇ 2018 19:46:00
Maternal ROM to Delivery Hr Calc   6.22 HR
Maternal Amniotic Fluid Color   Thin meconium
Maternal Intrapartum Antibiotics   No
Umbilical Cord Description   3 vessel cord
Maternal Delivery Physician   OLAND MD, JORDAN R

  **Newborn Information**

EGA at Birth   39 weeks
Date, Time of Birth   ▇ /2018 01:59:00
Head Circumference   33.5 cm
Chest Circumference   33 cm
Delivery Nuchal Cord Times   1
Delivery Nuchal Cord Intervention   Reduced prior to delivery
Delivery Nuchal Cord Tension   Loose

  **Maternal Risk Factors in Utero**
Relative BMI greater than 30   ▇ /18 14:15

  **Risk Factors, Fetus**

**Physical Examination**

**VITALS**
Temp C - 37.2 DegC ▇ /18 04:00
Temp F - 99.0  Deg F ▇ /18 04:00
Heart Rate - 132 bpm ▇ /18 05:49
Respiratory Rate - 40 br/min ▇ /18 05:49
Oxygen Therapy - Room air ▇ /18 05:49

**MAX TEMP 24HRS**
Temp C - 37.2 DegC ▇ /2018 04:00
**Measurements (ST)**

AZDCS026008

**General**: No acute distress.
**HENT**: Nares patent, Palate intact, Anterior fontanelle open/soft/flat, Ear canals patent, Ears normally set and rotated.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur.
    Arterial pulses: Femoral, Within normal limits.
**Gastrointestinal**: Soft, Non-tender, No organomegaly.
**Genitourinary**: Normal genitalia for age and sex.
**Musculoskeletal**: Normal range of motion.
**Integumentary**: Warm.
**Neurologic**: Normal motor function, Moves all extremities appropriately, No focal deficits.


**Review / Management**
    **Results review**: Neonatal Labs  (ST)

    **Neonatal Tests**
    Cord Blood Type - O POS -      /18 01:59
    Cord Blood DAT - Negative -      18 01:59
    Infant Cord Blood Type - O POS -      18 04:49 ,


    **CBC**        No results found


    **BMP**        No results found


    **Other**        No results found


    **Cardiac Enzymes**        No results found, Infant feeding history.
    **Documentation reviewed**

**Health Maintenance**
**Care Practices/ Screens**
    Care Practices/ Screens (R).

**Impression and Plan**
    **Diagnosis**

        .
        Liveborn infant by vaginal delivery.
    **Course**: Progressing as expected, bili 0.3 otherwise doing great. will dc home and fu in 3-4 days.

CONFIDENTIAL

AZDCS026009