# EXHIBIT 50

**Date : 7/18/2019 3:13:38 PM**
**From : "Siever, Richard" rsiever@phoenixchildrens.com**
**To : "Barry, Bill" Bill.Barry@azag.gov**
**Cc : "Madson, Chantel" Chantel.Madson@AZDCS.GOV, "Romero, Merlin M" Merlin.Romero@AZDCS.GOV, "Kingston, Emily" ekingston@phoenixchildrens.com**
**Subject : RE: Interview; [redacted]**
**Attachment : image001.png;**

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Bill,

We have some more information about this, so please give me a call when you have time.

Thanks,
Richard

**Richard Siever**
Associate General Counsel
**Phoenix Children's Hospital**
1919 E. Thomas Rd. | Phoenix, AZ 85016
p (602) 933-4486 | f (602) 933-0309
mobile (602) 882-6034
www.phoenixchildrens.com | rsiever@phoenixchildrens.com

---

**From:** Barry, Bill <Bill.Barry@azag.gov>
**Sent:** Wednesday, July 17, 2019 1:49 PM
**To:** Siever, Richard <rsiever@phoenixchildrens.com>
**Cc:** Madson, Chantel <Chantel.Madson@AZDCS.GOV>; Romero, Merlin <Merlin.Romero@AZDCS.GOV>
**Subject:** [EXTERNAL] RE: Interview; JD37152

**WARNING** This is an external email sent from: Bill.Barry@azag.gov.

**DO NOT CLICK** links or attachments unless you recognize the sender.

---

Hey Richard – have a concern about something Dr. Woods stated yesterday and why the bone scan wasn't scheduled following his order on or about 2/28/19. I need to determine if M & F, or maternal great-grandmother who is the current caregiver, didn't just refuse or blow off the appointment for it. I've asked CM Madson who is Cc'd here to f/u with Dr. Wood's office to see what the next step is after he orders a test (e.g., who schedules it?) and if/when the appointment was actually scheduled. Wanted to run that by you first. Thanks.

Bill Barry
Assistant Attorney General
Office of the Attorney General – CFPD/PSS
15 S. 15th Avenue, Phoenix, Arizona 85007

**Date : 7/17/2019 2:54:32 PM**
**From : "Siever, Richard" rsiever@phoenixchildrens.com**
**To : "Barry, Bill" Bill.Barry@azag.gov**
**Cc : "Madson, Chantel" Chantel.Madson@AZDCS.GOV, "Romero, Merlin M" Merlin.Romero@AZDCS.GOV**
**Subject : RE: Interview; JD37152**
**Attachment : image001.png;**

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Bill –

Thanks for the heads up. I am looking into it to see who on our end would know the process and if we can determine what happened here.

Richard

**Richard Siever**
Associate General Counsel
**Phoenix Children's Hospital**
1919 E. Thomas Rd. | Phoenix, AZ 85016
p (602) 933-4486 | f (602) 933-0309
mobile (602) 882-6034
www.phoenixchildrens.com | rsiever@phoenixchildrens.com

---

**From:** Barry, Bill <Bill.Barry@azag.gov>
**Sent:** Wednesday, July 17, 2019 1:49 PM
**To:** Siever, Richard <rsiever@phoenixchildrens.com>
**Cc:** Madson, Chantel <Chantel.Madson@AZDCS.GOV>; Romero, Merlin <Merlin.Romero@AZDCS.GOV>
**Subject:** [EXTERNAL] RE: Interview; JD37152

**WARNING** This is an external email sent from: Bill.Barry@azag.gov.

**DO NOT CLICK** links or attachments unless you recognize the sender.

---

Hey Richard – have a concern about something Dr. Woods stated yesterday and why the bone scan wasn't scheduled following his order on or about 2/28/19. I need to determine if M & F, or maternal great-grandmother who is the current caregiver, didn't just refuse or blow off the appointment for it. I've asked CM Madson who is Cc'd here to f/u with Dr. Wood's office to see what the next step is after he orders a test (e.g., who schedules it?) and if/when the appointment was actually scheduled. Wanted to run that by you first. Thanks.

Bill Barry
Assistant Attorney General

Office of the Attorney General – CFPD/PSS
15 S. 15th Avenue, Phoenix, Arizona 85007
Desk: (602) 364-1652

**Date : 7/17/2019 3:19:22 PM**
**From : "Madson, Chantel"**
**To : "Dietzman, Haley" hmcgoldrick@phoenixchildrens.com**
**Subject : Re: [EXTERNAL] ██████████ - bone density test**

Hi Haley,

I have been tasked with finding out what the protocol is once Dr. Wood recommends a bone scan for a patient. Apparently, he told my AG that he recommended the bone scan when █████ was two months old (inception of this case) and he completed a referral.

Who is responsible for reaching out to the family and/or placement to schedule the scan? My AG is trying to find out if the hospital staff made the call or not. Placement is stating that no one ever called her for the scan and she never followed up. It will be important to the case to know where the ball was dropped.

If you are unable to find the answer for me, please direct me to someone who possibly can.

Thank you.

Sent from my Verizon, Samsung Galaxy Tablet

-------- Original message --------
From: "Dietzman, Haley" <hmcgoldrick@phoenixchildrens.com>
Date: 7/9/19 3:28 PM (GMT-07:00)
To: "Madson, Chantel" <Chantel.Madson@AZDCS.GOV>
Cc: "Barry, Bill" <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] ██████████ - bone density test

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Chantel,

Sorry I missed you. Dr. Wood got back to me this morning. He wouldn't recommend a bone scan at this point, given how much time has passed since the injury. He didn't make any recommendations for further studies at this point. I would recommend the mother call and cancel the appointment for the 18th. If mother, family, DCS, or attorneys feel this child needs anything additional, I would recommend scheduling an appointment with ortho. Personally, I think that any 'bone health' studies completed today won't tell us the state of the health of his bones at the time of injury. We have radiology and lab work from that time.

Let me know if you need anything else.

Haley

-----Original Message-----
From: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Sent: Tuesday, July 9, 2019 9:01 AM
To: Dietzman, Haley <hmcgoldrick@phoenixchildrens.com>
Subject: RE: [EXTERNAL] ██████████ - bone density test

Hi Haley,
I just left you a message.
I'll be at my desk (623-932-8064) until 9:30 am. I'll be back at my desk from 12 pm - 3 pm this afternoon. Please give me a call if you are available during those times.

Chantel Madson
DCS Specialist-Ongoing
Department of Child Safety
965 E. Van Buren St. Suite 100
Avondale, AZ, 85323
Site Code: C115
p. 623-932-8000 x 8064
Chantel.Madson@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

-----Original Message-----
From: Dietzman, Haley [mailto:hmcgoldrick@phoenixchildrens.com]
Sent: Monday, July 08, 2019 3:49 PM
To: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Cc: Barry, Bill <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] [REDACTED] - bone density test

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I have reached out and haven't heard back from him yet. Please call me when you get a chance, 602-933-6104

-----Original Message-----
From: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Sent: Monday, July 8, 2019 3:18 PM
To: Dietzman, Haley <hmcgoldrick@phoenixchildrens.com>
Cc: Barry, Bill <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] [REDACTED] - bone density test

Hi Haley, any luck reaching out to Dr. Wood?
The bone scan is currently scheduled for 7/18. Check in is at 10 am with the actual scan at 2 pm. Mom is extremely concerned about him being intubated due to previous complications with extubating. She is calling the anesthesiologist this afternoon to see if, based on past complications, they can anesthetize without intubating.

Chantel Madson
DCS Specialist-Ongoing
Department of Child Safety
965 E. Van Buren St. Suite 100
Avondale, AZ, 85323
Site Code: C115
p. 623-932-8000 x 8064
Chantel.Madson@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

-----Original Message-----
From: Dietzman, Haley [mailto:hmcgoldrick@phoenixchildrens.com]
Sent: Monday, July 01, 2019 1:29 PM
To: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Cc: Barry, Bill <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] [REDACTED] - bone density test

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Call the main number at PCH at 602-933-1000 and ask to be connected to the orthopedics clinic. They should be able to assist you.

-----Original Message-----
From: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Sent: Monday, July 1, 2019 1:26 PM
To: Dietzman, Haley <hmcgoldrick@phoenixchildrens.com>
Cc: Barry, Bill <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] [REDACTED] - bone density test

Yes, I understand it was February the last time he was seen. However, the AG is requesting that I have it completed. I have reached out to MGM to see if she can get a referral for a bone density test.

I do not have Dr. Wood's contact information to call his office and ask for a referral. That is why I reached out to you.

Chantel Madson
DCS Specialist-Ongoing
Department of Child Safety
965 E. Van Buren St. Suite 100
Avondale, AZ, 85323
Site Code: C115
p. 623-932-8000 x 8064
Chantel.Madson@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

-----Original Message-----
From: Dietzman, Haley [mailto:hmcgoldrick@phoenixchildrens.com]
Sent: Monday, July 01, 2019 1:22 PM
To: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Cc: Barry, Bill <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] [REDACTED] - bone density test

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Have you read Dr. Wood's note? The last time [REDACTED] was seen there was in February. Since then he's had the negative OI testing. I

am wondering if Dr. Wood would even recommend the bone scan at point given how far out it is. I would recommend the family, or more reasonably maybe you should if the family hasn't taken the initiative to do so in 4 months, reach out to his office and see what he thinks. His note reads that he wasn't really recommending a bone scan, but rather that the mother wanted everything done so he was willing to order it.

Haley

-----Original Message-----
From: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Sent: Monday, July 1, 2019 10:04 AM
To: Dietzman, Haley <hmcgoldrick@phoenixchildrens.com>
Cc: Barry, Bill <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] ████ - bone density test

Thank you.

Chantel Madson
DCS Specialist-Ongoing
Department of Child Safety
965 E. Van Buren St. Suite 100
Avondale, AZ, 85323
Site Code: C115
p. 623-932-8000 x 8064
Chantel.Madson@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

-----Original Message-----
From: Dietzman, Haley [mailto:hmcgoldrick@phoenixchildrens.com]
Sent: Monday, July 01, 2019 9:30 AM
To: Madson, Chantel <Chantel.Madson@AZDCS.GOV>
Cc: Barry, Bill <Bill.Barry@azag.gov>
Subject: RE: [EXTERNAL] ████ - bone density test

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Unfortunately, I am not really the person to deal with his care coordination. If they were told by the orthopedic that they needed to get that, whoever is caring for him needs to follow up with their clinic.

Haley

Sent with BlackBerry Work
(https://gcc01.safelinks.protection.outlook.com/?url=www.blackberry.com&data=02%7C01%7CChantel.Madson%40AZDCS.GOV%7Cfe62adcade064f31501c08d704bcb4db%7C45e362692a6c41ccacf12d7382c0efee%7C0%7C0%7C636983080849599577&sdata=xS0ocejxNlBl0SqkqrxCsKTJ3vNnWdAwzIGDZ62qhn4%3D&reserved=0)

From: Madson, Chantel <Chantel.Madson@AZDCS.GOV<mailto:Chantel.Madson@AZDCS.GOV>>
Date: Monday, Jul 01, 2019, 08:42

To: Dietzman, Haley <hmcgoldrick@phoenixchildrens.com<mailto:hmcgoldrick@phoenixchildrens.com>>
Cc: Barry, Bill <Bill.Barry@azag.gov<mailto:Bill.Barry@azag.gov>>
Subject: [EXTERNAL] - bone density test

**WARNING** This is an external email sent from: Chantel.Madson@AZDCS.GOV.

**DO NOT CLICK** links or attachments unless you recognize the sender.

---

Good morning,

Do you happen to have the contact information for Dr. Wood? We are needing to follow up on the bone density referral which was supposed to be completed months ago. The family is reporting that they have not received a call regarding scheduling for this test.

Thank you in advance for your continued help on this case.

Best,

[cid:image003.png@01D3CA69.ADDE24F0]
Chantel Madson
DCS Specialist-Ongoing
Department of Child Safety
965 E. Van Buren St. Suite 100
Avondale, AZ, 85323
Site Code: C115
p. 623-932-8000 x 8064
Chantel.Madson@azdcs.gov<mailto:Chantel.Madson@azdcs.gov>
AZDCS Website<https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fdcs.az.gov%2F&data=02%7C01%7CChantel.Madson%40AZDCS.GOV%7Cfe62adcade064f31501c08d704bcb4db%7C45e362692a6c41ccacf12d7382c0efee%7C0%7C0%7C636983080849599577&sdata=0FjIkUCTq1rP52PaKxsGcGNVv6oQ%2FUtXQJhF1Xe8y%2Bs%3D&reserved=0>| Twitter<https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fsearch%2F%3Fq%3Dfrom%253AAZ_DCS%2BOR%2Bfrom%253Adcsgregmckay%26ref_src%3Dtwsrc%255Etfw&data=02%7C01%7CChantel.Madson%40AZDCS.GOV%7Cfe62adcade064f31501c08d704bcb4db%7C45e362692a6c41ccacf12d7382c0efee%7C0%7C0%7C636983080849599577&sdata=ZRCaZakAOAfaRDfHqX1%2FKmP3jIHD19jrs2SdLrjbuuk%3D&reserved=0>| to report child abuse or neglect: 1-888-SOS-CHILD

'

---

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.
'

This transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law from disclosure. Any unauthorized review, use, copying, disclosure, or distribution is prohibited. If you are not the intended recipient, or the person responsible for delivering this to an addressee, you should notify the sender immediately by telephone or by reply e-mail, and destroy all copies of the original