EXHIBIT 52

# HHS Public Access
Author manuscript
*Ophthalmology*. Author manuscript; available in PMC 2017 May 01.

Published in final edited form as:
*Ophthalmology*. 2016 May ; 123(5): 1043–1052. doi:10.1016/j.ophtha.2016.01.004.

# Retinal and Optic Nerve Hemorrhages in the Newborn Infant: One-year Results of the Newborn Eye Screen Test (NEST) Study

Natalia F. Callaway, MD, MS[1], Cassie A. Ludwig, BS[1], Mark S. Blumenkranz, MD[1], Jennifer Michelle Jones, RN[1], Douglas R. Fredrick, MD[1], and Darius M. Moshfeghi, MD[1]

[1]Byers Eye Institute, Dept. of Ophthalmology, Stanford University School of Medicine, 2405 Watson Drive, Palo Alto, CA 94305

## Abstract

**Purpose**—To report the birth prevalence, risk factors, characteristics and location of fundus hemorrhages (FH) of the retina and optic nerve present in newborns at birth.

**Design**—Prospective cohort study at Stanford University School of Medicine.

**Participants**—All infants who were 37 weeks postmenstrual age or older and were deemed stable by their pediatrician were eligible for screening. Infants who were anophthalmic or had known or suspected infectious conjunctivitis were excluded.

**Methods**—Infants born at Lucile Packard Children's Hospital (LPCH) from July 25, 2013 through July 25, 2014 were offered universal newborn screening via wide-angle digital retinal photography in the Newborn Eye Screen Test (NEST) study. Maternal, obstetric, and neonatal factors were obtained by reviewing hospital records prior to discharge. The location, retinal layer, and laterality of FH were recorded by one pediatric vitreoretinal specialist.

**Main Outcome Measures**—Birth prevalence of FH. Secondary outcomes included rate of adverse events, risk factors for FH, hemorrhage characteristics and adverse events.

**Results**—The birth prevalence of FH in this study was 20.3% (41/202 infants). Ninety-five percent of FHs involved the periphery, 83% involved the macula, and 71% involved multiple layers of the retina. The fovea was involved in 15% of FH cases (birth prevalence, 3.0%). No cases of bilateral foveal hemorrhage were found. Fundus hemorrhages were more common in the left eye than the right. Fundus hemorrhages were most commonly optic nerve flame hemorrhages (48%) and white-centered retinal hemorrhages (30%). Retinal hemorrhages were found most frequently in all 4 quadrants (35%) and more often were multiple than solitary. Macular

**Corresponding Author:** Darius M. Moshfeghi, MD, Professor, Ophthalmology, Byers Eye Institute, Horngren Family Vitreoretinal Center, Dept. of Ophthalmology, Stanford University School of Medicine, 2452 Watson Ct, Rm. 2277, Palo Alto, CA 94303, Tel: (650) 721-6888, Fax: (650) 721-2884, dariusm@stanford.edu.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

**Meeting Presentation:** The material under consideration was presented at the Association for Research in Vision and Ophthalmology in Denver, CO on May 3rd, 2015.

**Conflict of Interest:** No conflicting relationship exists for any author.

hemorrhages most often were intraretinal (40%). Among the risk factors examined in this study, vaginal delivery compared with cesarean section (odds ratio [OR], 9.34; 95% confidence interval [CI], 2.57-33.97) showed the greatest level of association with FH. Self-identified ethnicity as Hispanic or Latino showed a protective effect (OR, 0.43; 95% CI, 0.20-0.94). Other study factors were not significant.

**Conclusions**—Fundus hemorrhages are common among newborns. They often involve multiple areas and layers of the retina. Vaginal delivery was associated with a significantly increased risk of FH, whereas self-identified Hispanic or Latino ethnicity was protective against FH in this study. The long-term consequences of FH on visual development remain unknown.

Studies conducted outside of the United States on ethnically homogenous populations report the incidence of birth-related fundus hemorrhages (FH) to be between 2.6% and 50%.[1-4] The mechanism of increased risk of FH during a vaginal delivery is hypothesized as follows: passage of the head through the canal can cause an acute rise in intracranial pressure that causes stasis of blood flow in the central retinal vein, which then turns into an acute change in pressure of the central retinal artery and thus, may precipitate a hemorrhage.[5, 6] Still, not all infants born via vaginal delivery have FH. Therefore, there must be maternal or neonatal factors that remain poorly understood influencing the development of FH at birth.

Little is known about FH at birth because evidence is limited and prospective studies are usually conducted in select populations.[2, 7] The studies that have examined FH at birth report that FH are not uncommon at birth, are more frequent among infants delivered via vaginal delivery, and at times can take up to 58 days to resolve completely.[8] No study has performed universal retinal examination on a diverse group of infants such as the United States population. Herein, we present the results of the first universal newborn ocular screening initiative conducted in the United States. The study aimed to determine the birth prevalence of FH, describe risk factors for FH, and to describe the retinal layer, location, characteristics, and laterality of FH. We hypothesized that FH is present in a large proportion of otherwise healthy newborns and that vaginal delivery will increase the odds of FH.

## METHODS

### Study Design

The Newborn Eye Screen Testing (NEST) study is a prospective institutional cohort study conducted at Lucile Packard Children's Hospital (LPCH) at Stanford University School of Medicine. It was designed to determine the birth prevalence of ophthalmic disease and the long-term vision outcomes of newborns with ocular abnormalities identified at birth. Universal newborn screening with retinal image photography was offered to all infants born at LPCH who did not receive retinopathy of prematurity (ROP) screening. A pediatric vitreoretinal specialist (DMM) reviewed images sent to the Byers Eye Institute telemedicine reading center. Parents were notified within 48 hours of any abnormal screenings. Baseline demographic, maternal, and obstetric, delivery, and newborn characteristics were recorded for each subject. In this article we report the one-year birth prevalence, characteristics and associated risk factors for FH among newborns screened in the NEST study during the first year of enrollment.

**Ethical Considerations**

The Institutional Review Board and Ethics Committee at Stanford University School of Medicine prospectively approved this study (IRB # 25098). Informed consent was obtained from all subjects participating in NEST screening and the study was conducted in a Health Insurance Portability and Accountability Act (HIPAA)-compliant fashion. All research adhered to the tenets of the Declaration of Helsinki.

**Operational Logistics**

Lucile Packard Children's Hospital is one of only a few hospitals offering quaternary care in Northern California. It captures an ethnically, geographically, culturally, and socioeconomically diverse patient population. The hospital has three levels of newborn care: the well-baby nursery, the intermediate care nursery and the neonatal intensive care unit (NICU). All infants who do not qualify for ROP examination were considered eligible for screening.

At Stanford, a telemedicine infrastructure is in place for the Stanford University Network for the Diagnosis of Retinopathy of Prematurity (SUNDROP) initiative that screens premature infants for ROP. The NEST study utilizes the same network with a separate database routed to a central reading center at Byers Eye Institute. Infants who did not require ROP screening were offered screening with the NEST study. For those who agreed to participate, images were obtained, stored electronically, and forwarded via a HIPAA-compliant, encrypted, secure image server to the reading center. One pediatric vitreoretinal specialist (DMM) then interpreted these images. Parents were contacted within 48 hours of screening if the examination warranted ophthalmic referral.

**Patients and Study Population**

Selection of subjects for the study aimed to maximize the study's external and internal validity by using a large, tertiary referral center drawing from an ethnically, racial, and socioeconomically diverse patient population. The target population was all newborns in the United States who were 37 weeks' postmenstraul age or older. The source population was all infants born at LPCH. The eligible population was all infants born at LPCH weekdays excluding holidays who were deemed stable for retinal image photography examination by their attending pediatrician at morning rounds. The study sample represented subjects whose parent and pediatrician consented to the study and the infant completed the screening procedure.

Inclusion criteria were all live infants born at LPCH who were 37 weeks' postmenstrual age or older from July 25, 2013, through July 25, 2014. Exclusion criteria were patients who were bilaterally anophthalmic, patients whose images or medical charts were not available for review, patients with infectious conjunctivitis (risk of transmission via camera contact lens), and patients deemed too unstable for exam by their attending pediatrician. HIPAA and informed consent forms including risks, benefits, and alternatives, were thoroughly discussed with parents prior to obtaining consent for screening. The consent process was conducted in the parent's preferred language utilizing translators when necessary. The screening was offered free of charge to all parents. For subjects who declined screening, a

Author Manuscript     Author Manuscript     Author Manuscript     Author Manuscript

brief questionnaire about their demographics, delivery method, and reasons for not participating was administered. No standard treatment was withheld or delayed for the purposes of this study.

## Photography Protocol

The RetCam III (Clarity Medical Systems, Pleasanton, CA) was used to obtain wide-angle images of all infants enrolled in the NEST study. A NICU certified nurse was trained prior to initiating screening. First, Clarity Medical Systems provided RetCam III training by a certified ophthalmic photographer using both mannequins and live infants. There the nurse was observed and corrected on technique for capturing high-quality images and managing potential adverse outcomes. Second, the nurse was trained by the overseeing vitreoretinal specialist (DMM) to obtain photographs of adequate quality and proper retinal views for physician reading.

Parents and nursing staff assisted in positioning the newborn during screening. Parents were encouraged to swaddle infants, offer non-nutritive sucking during the exam and, if necessary, nursing staff provided oral sucrose solution to agitated infants prior to the examination. These interventions have been shown to reduce infant pain profiles during ophthalmic screening.[9, 10] Subject's eyes were dilated with 2.5% phenylephrine and 1% tropicamide 30 to 60 minutes prior to examination. Feedings were discontinued 2 hours pre- and post-examination in keeping with aspiration precaution guidelines. Infants were continuously evaluated during the examination for signs of apnea or distress. A topical anesthetic 0.5% proparacaine was administered in each eye before examination. A sterile lid speculum was used to open the eye and provide adequate exposure for photography. 2.5% hydroxypropyl methylcellulose was used to couple the digital camera lens to the infant's cornea. Digital images were taken by the nurse and stored on the RetCam III computer hard drive as well as input into the NEST telemedicine database management system via automated, HIPAA-compliant synchronization.

The goal was to obtain at least six clearly focused images in each eye and one external image of the face using the 130° lens (**Figure 1A**): 1) iris image, 2) optic nerve centered, 3) optic nerve superior, 4) optic nerve inferior, 5) optic nerve nasal, and 6) optic nerve temporal. After screening, the infant was observed by the NICU nurse for any adverse outcomes. In accordance with the current standard for red reflex screening, all screenings were performed prior to hospital discharge (mean 45.0 hours, range 11.6 to 103.3 hours). In general at LPCH, newborns are hospitalized for 48 hours after vaginal birth and 72 hours after cesarean section. Therefore, an effort was made to screen newborns within 48 hours after vaginal delivery and within 72 hours after cesarean delivery. The nursing staff did not take images over weekends.

## Data Collection and Management

Retinal images were reviewed at the Byers Eye Institute telemedicine reading center and a pediatric vitreoretinal specialist recorded data in the HIPAA-compliant, encrypted, REDCap server.[11] Image review included ascertainment of external (facies) structures in addition to the standard ophthalmic examination that includes eyelids, orbit, lashes, conjunctiva, sclera,

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

cornea, anterior chamber, iris, lens, vitreous, macula, retina and vessels, and the optic nerve, as they are seen on retinal image photography. Attempts to contact the parents via secure healthcare messaging and/or phone call about any abnormalities requiring ophthalmic referral were performed within 48 hours of screening.

The examiner collected the following information: gender, self-identified ethnicity (Hispanic or Latino vs. not), and recruitment in English (yes vs. no). The following factors were collected via chart review of hospital notes after subject enrollment and were unknown to the examiner: mother's first baby (yes vs. no), parity (number), age at screening (hours), maternal age (years), birth weight (grams), delivery method (vaginal vs. cesarean section), instrumentation (any forceps or vacuum assist during vaginal delivery), gestational age, Apgar score, and time of rupture of membranes (minutes). Maternal age was classified as advanced when the mother was 35 years of age or older, and birth weight was low when the infant weighed less than 2500 g. Early screening was defined as screening before 48 hours of age. Instrumentation was any use of forceps or vacuum during delivery.

## Outcomes

The primary outcome in this study was the birth prevalence of FH. Fundus hemorrhages included hemorrhages in the retina, macula, fovea, or optic nerve. Birth prevalence was calculated as the number of cases at birth over the number of subjects screened during the study period. Secondary aims were to assess the rate of adverse events in the study, determine the maternal, obstetric, and neonatal risk factors for FH in the study population, and to describe the location, laterality and morphology of FH. FH characteristics were reported by pathology noted (not by subject) including layer, solitary vs. multiple, description (i.e. white-centered) and location.

## Statistical Analysis

All data were analyzed using Statistical Analysis Software Enterprise Guide version 6.1 (SAS Institute, Cary, North Carolina). Variables were tested for normality with the Kolmogorov-Smirnov test to assess for outliers and determine the appropriate statistical test. Crude bivariate (unadjusted) testing was used to compare the cohort with and without FH. Exposure variables were excluded if they were missing and missing variables composed less than 10% of the sample. There were no missing outcome data.

Multivariate logistic regression modeling was performed to calculate the odds ratio (OR) and 95% confidence interval (CI) as measures of the association between FH and each potential risk factor. As the odds ratio is less intuitive and can exaggerate the effect of an association, a previously published conversion formula was used to calculate the relative risk.[12] All FHs in modeling were reported according to newborn (i.e., whether the subject had any FH in either eye) unless otherwise noted. Those undergoing cesarean section served as the reference category for all comparisons related to delivery method. We considered screening prior to two days of age, self-identified ethnicity, low birth weight, parity and maternal age as potential confounders based on literature review and our crude bivariate comparisons. The final model contained terms for delivery method, self-identified ethnicity, screening prior to two days of age, and low birth weight. All statistical tests had a two-tailed alpha of 0.05.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

## RESULTS

### Eligible Study Population

During the one-year study period 830 newborns who met inclusion criteria for NEST study participation were approached. The approached study population was 53.7% male and included 33 sets of twins and 3 sets of triplets. Thirty-one percent of approached mothers self-identified as Hispanic or Latino, and self-identified race was reported as 52.2% white or Caucasian, 41.0% Asian, 4.3% Native Hawaiian or other Pacific Islander, and 2.6% African American or black. Study recruitment was performed in English 88.0% of the time. Other languages included Spanish, Arabic, French, Mandarin and Portuguese. The newborn was mom's first baby 45.9% of the time and the delivery method was cesarean section 41.6% of the time.

### Screened Population

Two hundred two subjects (403 eyes; 1 eye was not visualized) participated in the NEST study screening, for a participation rate of 24.3%. Overall, the screened population had an average birth weight of 3318 g (range, 2010-4510 g) that included 6.4% of infants who qualify as being of low birth weight (<2500 g). One hundred thirty-one infants were screened less than 48 hours after birth and 71 infants were screened 48 hours or more after birth. Maternal age ranged from age 16 to 48 years with a median of 32 years at delivery. The most common indications for cesarean section were repeat cesarean delivery (22.4%), elective (18.4%), and arrested labor (17.1%).

### Screened vs. Unscreened Cohort

The screened cohort was 47.5% female (difference between two cohorts by gender, p=0.79), 50% of those screened were mom's first baby (p=0.18) and there was no significant difference in the percentage of recruitment that was done in English between the two cohorts (87.6% screened in English, 88.2% declined screening in English, p=0.80). There was no statistically significant difference in delivery method (vaginal vs. cesarean section) between the two cohorts with 61.9% of screened participants having a normal spontaneous vaginal delivery (NSVD) and 57.3% of unscreened individuals with NSVD (p=0.25). There was a statistically significant difference (p=0.0001) in the ethnic composition of the screened and unscreened cohorts with significantly more families who self-identified as Hispanic or Latino participating in screening (117/451 or 32.9%) compared to those who self-identified as Not Hispanic or Latino (84/255 or 20.1%). There was also a significant difference in screening among families with multiple births, specifically triplets, because the parents of all 3 sets of triplets consented to screening, whereas none of the parents declined. There was no significant difference in screening rates among single and twin births.

The most common reasons why individuals chose not to participate in screening were: "Don't want to bother baby", "Believe it is not necessary for the child", and "Concern about adverse effects". Other less common reasons for declining screening included "Do not want to wait for screening" and "Mom too tired".

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

### Fundus Hemorrhages

Among the 202 subjects screened during the one-year study period, 41 subjects had an FH thus, the birth prevalence of FH was 20.3%. **Table 1** compares baseline characteristics and previously reported risk factors for FH between the cohorts with and without any FH. There was no statistically significant difference in the gender, recruitment language, mother's parity, advanced maternal age (>35 years), birth weight (low birth weight binary and continuous) or location (NICU vs. well-baby nursery) between the screened and unscreened cohorts all with P values of more than 0.10. There was a significant difference in the rate of FH by delivery method. Among infants delivered by vaginal delivery, 29.6% (37/125) had FH versus 5.2% (4/77) among those born via cesarean section (OR, 7.67; 95% CI, 2.61-22.53; p < 0.0001). When evaluating vaginal delivery forms (NSVD, forceps, vacuum) there was a very small sample size, however, there was an increased odds of FH that was statistically significant among those delivered via instrumentation (forceps or vacuum assisted) when compared to subjects delivered with normal spontaneous vaginal birth (p=0.01). Age at time of screening (in hours) was statistically significant (p=0.04 when continuous, p=0.02 when binary). 80.5% (33/41) of FH were reported among infants screened within the first two days of life. Finally, self-identified ethnicity approached statistical significance where 29.3% (12/41) of infants with FH had parents who identified as Hispanic or Latino as opposed to 45.0% (72/160) among the cohort that did not have FH (p=0.07).

### Fundus Hemorrhage Characteristics

A matrix of the retinal layer (or optic nerve) characteristics of all FH are shown in **Table 2**. Fundus hemorrhages were most often optic nerve flame hemorrhages (48.3%; 98/203) then most commonly white-centered (30.0%; 61/203). By location, retinal hemorrhages were distributed throughout the eye most often in all four quadrants (35.2%; 37/105). By location, optic nerve flame hemorrhages were detected most often temporally (34%; 33/98) and nasally (32%; 31/98). There were no vitreous hemorrhages found during screening.

### Macular and Foveal Hemorrhages

Macular hemorrhages are reported by layer of retina and whether or not they affect the fovea. A matrix of macular hemorrhage characteristics by retinal layer, solitary versus multiple, and foveal versus extrafoveal is shown in **Table 3**. A total of 34/202 subjects (16.7%) had a macular hemorrhage (82.9% of all FH) in at least one eye with 11 subjects having left macular hemorrhage and 5 with right macular hemorrhage. Eighteen subjects had bilateral macular hemorrhages. Most macular hemorrhages detected at birth were intraretinal (40.0%; 38/95), extrafoveal (93.7%; 89/95), and multiple (85.4%; 76/89). Overall birth prevalence of foveal hemorrhage was 3.0% (6/202).

### Laterality and Location of Fundus Hemorrhage

**Figure 2** summarizes the laterality and location of FH detected during the one-year study period in the NEST study. Of the 41 newborns found to have any hemorrhages, 70.7% (29/41) were found to have multilaminar hemorrhages, 41% (12/29) of which were bilateral. Furthermore, 95.1% (39/41) of hemorrhages included the peripheral retina and 82.9%

(34/41) affected the macula. Only 14.6% (6/41) of hemorrhages affected the fovea, and overall, FH affected the left fovea (5/6) more often than the right fovea (1/6). There were no bilateral cases of foveal hemorrhage.

### Logistic Regression Modeling

Based on crude bivariate analyses and review of the available literature, the following variables were assessed as possible risk factors in regression modeling: delivery method, screening prior to 48 hours after birth, self-identified ethnicity, low birth weight, parity and maternal age. The final multivariate model is shown in **Table 4.** Vaginal delivery significantly increased the odds of FH (OR, 9.34; 95% CI, 2.5-33.97). Screening prior to 48 hours after birth and low birth weight were not significant in the model. Parity and maternal age were not significant and were not included in the model. Self-identified ethnicity as Hispanic or Latino was protective against FH (OR, 0.428; 95% CI, 0.2-0.94). The OR also was converted to the more intuitive risk ratio using the previously published methodology for this conversion based on the prevalence of the disease among the reference cohort for each variable.[12]

### Adverse Outcomes

There were no episodes of clinically significant bradycardia, allergic reactions to drops, and no corneal abrasions evident after screening or reported to the study team at discharge. No infants in the 1-year cohort have returned to the LPCH Department of Pediatric Ophthalmology for evaluation of possible corneal abrasion or any other screening-related issue after NEST study participation.

## DISCUSSION

This article presents the 1-year results of the first universal retinal image screening performed in healthy term infants in the United States. The birth prevalence of FH among the newborns screened during the first year of enrollment in the Newborn Eye Screen Test (NEST) study at Lucile Packard Children's Hospital at Stanford University was 20.3% (41/202). The birth prevalence of multilaminar hemorrhages was 14.4% (29/202) and the birth prevalence of foveal hemorrhages was 3.0% (6/202). The rate of FH reported in this study is similar to that reported in studies conducted in other populations.[1-4, 8, 13, 14] However, the presence of multilaminar and white-centered retinal hemorrhages in otherwise healthy, term newborns is novel.

Secondary aims of this study were to compare the cohort with and without FH on maternal, obstetric, and neonatal characteristics to understand better the risk factors for FH at birth. Further, we aimed to enrich our understanding of the characteristics, laterality, and descriptive appearance of birth-related FH. Hemorrhages found in healthy term newborns varied from isolated optic nerve hemorrhages to hemorrhages involving the macula (**Figure 1B**) to extensive FH bilaterally (**Figure 1C**). When comparing the cohorts on previously reported risk factors we found an unadjusted difference in the frequency of FH by delivery method (p<0.0001) and by whether or not instrumentation was used during a vaginal delivery (p=0.01). We also found that early screening was significant (p=0.02) and that self-

identified ethnicity as Hispanic or Latino approached significance (p=0.07) as shown in **Table 1**. We used these data and previously described risk factors such as maternal age and low-birth weight as possible predictors in a multivariate model.

The final multivariate regression model (**Table 4**) included delivery method, screening before or after 48 hours of age, self-identified ethnicity, and low birth weight. Maternal age and the other study variables were not included because they were not significant in crude comparisons or in other studies.[13, 15-18] The model demonstrated a significant increase in the odds (OR, 9.34; 95% CI, 2.57-33.97; p < 0.001) of FH among infants delivered via vaginal delivery after controlling for the other variables in the model. After accounting for the underlying prevalence of the condition in the unexposed population, we found that vaginal delivery significantly increased the risk of FH 6.1 fold when compared to newborns with cesarean section. Unfortunately, there were insufficient case counts to include instrumentation in a model, however, we suspect that any instrumentation further increases the odds of FH given that 72.7% of infants who underwent vaginal delivery with instrumentation had an FH (p=0.01).

A surprising finding in this study was the significant difference in the risk of FH by ethnicity with self-identified ethnicity as Hispanic or Latino conferring a protective effect, or a reduction of risk by approximately 56%, for FH. This effect held after controlling for the other variables in the model. This finding has never been reported in the literature as no study to these authors' knowledge has evaluated ethnicity and its relationship to FH. There may be ethnic factors that affect the maternal pelvic diameter, fetal head circumference, or vessel elasticity that reduce the rate of FH among Hispanic or Latino populations, however, we were unable to discern this information using our current study design. Of note, the distribution of delivery types by ethnicity were similar, with Hispanic or Latino populations undergoing vaginal delivery 67% of the time compared with 59% among non-Hispanic Latinos. While evaluating for possible effect modification an interaction term of ethnicity by delivery method was included in a separate model, however, this term was not significant (p=0.13), thus there was no evidence of multiplicative interaction. There was a statistically significant difference in the rate of enrollment in the study by ethnicity, with Hispanics and Latinos more commonly being screened. Therefore, there may be selection bias that could be affecting the data. Nevertheless, this finding warrants further investigation.

Importantly, FH in a young infant can be the result of head trauma or could be secondary to birth-related FH. A better understanding of the typical characteristics of both patterns can help the clinician discern the etiology of the hemorrhage. Among the 41 infants with FH, most had hemorrhages in multiple parts of their retina, and most retinal hemorrhages were found in all 4 quadrants (35.2% [37/105]; **Figure 2**). This picture is commonly seen with non-accidental trauma and Terson syndrome, two disease processes commonly associated with intracranial injury.[19-23] This is the first prospective analysis to document the multilaminar hemorrhage nature of FH in a consecutive term, healthy population. Overall, 70.7% (29/41) of FH involved 2 or more layers of the eye. Approximately half of infants with a retinal or macular hemorrhage had bilateral hemorrhages, consistent with prior studies on birth-related FH.[14] Among infants with unilateral hemorrhage, left-sided hemorrhages were far more common. We suspect this is because the left occiput anterior

presentation is the most common, in which the left eye may press against the sacrum during delivery and is most likely to experience rapid pressure changes through the birth canal. For the same reason, the left eye is also the most likely to be affected by injury or pressure when instrumentation is used.

When looking at all FH (**Table 2A, B**), this study found that optic nerve flame hemorrhages (48.3%; 98/203) and white-centered retinal hemorrhages (30.2%; 61/203) were the most common types of FH. Also known as "Roth spots," white-centered hemorrhages were first associated with subacute bacterial endocarditis and infection.[24] However, white-centered hemorrhages may also arise from focal ischemia, an inflammatory infiltrate, or an accumulation of fibrin and platelets or neoplastic cells.[1,25] They have been associated with complicated labor and delivery as well as non-accidental trauma.[26] Herein we report the presence of white-centered hemorrhages in otherwise healthy, term newborns.

**Table 3** isolates macular hemorrhages as we suspect these have the greatest potential for obscuring the visual axis and potentially affecting vision later in life. Of subjects with birth-related FH, 82.9% (34/41) had hemorrhage that involved the macula. Among macular hemorrhages, six subjects had foveal hemorrhage and no subject had bilateral foveal hemorrhages. Hemorrhages that involved the macula more often were intraretinal (40.0%; 38/95) and most commonly were extrafoveal. Macular hemorrhages were mostly multiple, as opposed to solitary (**Figure 1B**).

The overarching purpose of the NEST study is to describe the birth prevalence of ocular disease among newborns who otherwise would not have undergone screening by an ophthalmologist until they reached school age. The long-term goals of the study are to determine the incidence and risk factors for amblyopia—a leading cause of monocular vision impairment among children and young adults.[27-30] Vision loss from amblyopia can have long-lasting adverse effects on school performance, social interactions, motor tasks, and confidence.[31-35] Because vision development continues after birth, we hypothesize that any obstruction to the visual axis that persists for a sufficient period of time can induce amblyopia that is found later in the child's life as either strabismic or idiopathic amblyopia. This is in contrast to published literature reporting that retinal hemorrhages are benign, self-resolving conditions.[1] The studies evaluating the resolution of hemorrhages demonstrate that the majority resolve within 10 days, but studies also include patients with more severe hemorrhages that persist for many weeks.[8, 13] These slow-resolving hemorrhages could obstruct the visual axis during the critical period and ultimately lead to deprivational amblyopia without ophthalmoscopic findings later deemed idiopathic.

At this point in time we are unable to evaluate this hypothesis because we do not have longitudinal data for the subjects in this study. Most patients continue their outpatient well-child and ophthalmic care in other healthcare systems. This represents the greatest limitation of this study. Other limitations include a potential difference in enrollment by ethnicity as discussed above, and obtaining information from patient records retrospectively. Strengths of this study are that this is the first study in the United States to prospectively enroll infants that would have not otherwise received ophthalmic screening. This study is the first to present differences by ethnic composition, to these authors knowledge. This study also

highlights the multilaminar nature of FH in a normal term population, something previously associated with non-accidental trauma and Terson syndrome in infants. Further, with the support of our research and hospital team we were able to utilize translation services to maximize diverse enrollment. Unlike other studies, we do not exclude infants unless they are potentially infectious, unstable, or are anophthalmic. Other studies exclude infants with systemic disease. The NEST study aimed to capture the unscreened newborn population.

The next phase of this study would be to determine the long-term vision outcomes of patients with various types of FH and determine the incidence of amblyopia among those with and without FH at birth. If slow-resolving hemorrhages are obstructing the visual axis during the critical period and causing a deprivational amblyopia then we could identify them at birth rather than during school screening.[36] Although there is no treatment for FH, early intervention for deprivational or strabismic amblyopia detected with patching, cycloplegics, and correcting refractive errors would optimize the child's vision potential, because these interventions have been shown to improve outcomes.[37-39] Thus, early identification of birth-related FH may offer the opportunity to identify potentially modifiable disease that could affect the child's vision potential.

## ACKNOWLEDGEMENTS

This study was made possible by the Giannini Foundation Grant to prevent blindness. This work was conducted with support for both Natalia F. Callaway and Cassie A. Ludwig from a TL1 Clinical Research Training Program of the Stanford Clinical and Translational Science Award to Spectrum (NIH TL1 TR 001084). The database for project described was supported by the National Center for Research Resources and the National Center for Advancing Translation Sciences, National Institute of Health, through grant UL1 RR025744. The content is solely the responsibility of the authors and does not necessarily represent the official views of the NIH.

**Financial Support:** The sponsor or funding organization had no role in the design or conduct of this research.

## REFERENCES

1. Kaur B, Taylor D. Fundus hemorrhages in infancy. Surv Ophthalmol. 1992; 37:1–17. [PubMed: 1509354]

2. Zhao Q, Zhang Y, Yang Y, et al. Birth-related retinal hemorrhages in healthy full-term newborns and their relationship to maternal, obstetric, and neonatal risk factors. Graefes Arch Clin Exp Ophthalmol. 2015; 253:1021–5. [PubMed: 25981120]

3. Luo R, Liu J, Hu P, et al. Results of 779 cases of neonatal fundus screening and risk factors for neonatal fundus diseases. Zhongguo Dang Dai Er Ke Za Zhi. 2014; 16:1197–201. [PubMed: 25523564]

4. Li LH, Li N, Zhao JY, et al. Findings of perinatal ocular examination performed on 3573, healthy full-term newborns. Br J Ophthalmol. 2013; 97:588–91. [PubMed: 23426739]

5. Choi YJ, Jung MS, Kim SY. Retinal hemorrhage associated with perinatal distress in newborns. Korean J Ophthalmol. 2011; 25:311–6. [PubMed: 21976937]

6. Lashutka MK, Chandra A, Murray HN, et al. The relationship of intraocular pressure to intracranial pressure. Ann Emerg Med. 2004; 43:585–91. [PubMed: 15111918]

7. Vinekar A, Govindaraj I, Jayadev C, et al. Universal ocular screening of 1021 term infants using wide-field digital imaging in a single public hospital in India - a pilot study. Acta Ophthalmol. 2015

8. Hughes LA, May K, Talbot JF, Parsons MA. Incidence, distribution, and duration of birth-related retinal hemorrhages: a prospective study. J AAPOS. 2006; 10:102–6. [PubMed: 16678742]

9. Grabska J, Walden P, Lerer T, et al. Can oral sucrose reduce the pain and distress associated with screening for retinopathy of prematurity? J Perinatol. 2005; 25:33–5. [PubMed: 15343351]

Author Manuscript

10. Slevin M, Murphy JF, Daly L, O'Keefe M. Retinopathy of prematurity screening, stress related responses, the role of nesting. Br J Ophthalmol. 1997; 81:762–764. [PubMed: 9422929]

11. Harris PA, Taylor R, Thielke R, et al. Research electronic data capture (REDCap)--a metadata-driven methodology and workflow process for providing translational research informatics support. J Biomed Inform. 2009; 42:377–81. [PubMed: 18929686]

12. Zhang J, Yu KF. What's the relative risk? A method of correcting the odds ratio in cohort studies of common outcomes. JAMA. 1998; 280:1690–1. [PubMed: 9832001]

13. Emerson MV, Pieramici DJ, Stoessel KM, et al. Incidence and rate of disappearance of retinal hemorrhage in newborns. Ophthalmology. 2001; 108:36–9. [PubMed: 11150261]

14. Watts P, Maguire S, Kwok T, et al. Newborn retinal hemorrhages: a systematic review. J AAPOS. 2013; 17:70–8. [PubMed: 23363882]

15. Gonzalez Viejo I, Ferrer Novella C, Pueyo Subias M, et al. Hemorrhagic retinopathy in newborns: frequency, form of presentation, associated factors and significance. Eur J Ophthalmol. 1995; 5:247–50. [PubMed: 8963162]

16. Svenningsen L, Eidal K. Lack of correlation between umbilical artery pH, retinal hemorrhages and Apgar score in the newborn. Acta Obstet Gynecol Scand. 1987; 66:639–42. [PubMed: 3439446]

17. Williams MC, Knuppel RA, O'Brien WF, et al. Obstetric correlates of neonatal retinal hemorrhage. Obstet Gynecol. 1993; 81:688–94. [PubMed: 8469455]

18. Bergen R, Margolis S. Retinal hemorrhages in the newborn. Ann Ophthalmol. 1976; 8:53–6. [PubMed: 1247262]

19. Airiani S, Fine HF, Walrath JD, et al. Bilateral circumferential macular folds in inflicted childhood neurotrauma. Retin Cases Brief Rep. 2010; 4:23–4. [PubMed: 25390112]

20. Binenbaum G, Rogers DL, Forbes BJ, et al. Patterns of retinal hemorrhage associated with increased intracranial pressure in children. Pediatrics. 2013; 132:e430–4. [PubMed: 23878052]

21. Levin AV. Retinal hemorrhage in abusive head trauma. Pediatrics. 2010; 126:961–70. [PubMed: 20921069]

22. Togioka BM, Arnold MA, Bathurst MA, et al. Retinal hemorrhages and shaken baby syndrome: an evidence-based review. J Emerg Med. 2009; 37:98–106. [PubMed: 19081701]

23. Morad Y, Kim YM, Armstrong DC, et al. Correlation between retinal abnormalities and intracranial abnormalities in the shaken baby syndrome. Am J Ophthalmol. 2002; 134:354–9. [PubMed: 12208246]

24. Roth M. Ueber Netzhautaffectionen bei Wundfiebern. Deutsche Zeitschrift für Chirurgie. 1872; 1:471–484.

25. Ling R, James B. White-centred retinal haemorrhages (Roth spots). Postgrad Med J. 1998; 74:581–582. [PubMed: 10211348]

26. Kapoor S, Schiffman J, Tang R, et al. The significance of white-centered retinal hemorrhages in the shaken baby syndrome. Pediatr Emerg Care. 1997; 13:183–5. [PubMed: 9220502]

27. Attebo K, Mitchell P, Cumming R, et al. Prevalence and causes of amblyopia in an adult population. Ophthalmology. 1998; 105:154–9. [PubMed: 9442792]

28. Tarczy-Hornoch K, Cotter SA, Borchert M, et al. Prevalence and causes of visual impairment in Asian and non-Hispanic white preschool children: Multi-ethnic Pediatric Eye Disease Study. Ophthalmology. 2013; 120:1220–6. [PubMed: 23561327]

29. Robaei D, Rose K, Ojaimi E, et al. Visual acuity and the causes of visual loss in a population-based sample of 6-year-old Australian children. Ophthalmology. 2005; 112:1275–82. [PubMed: 15921756]

30. Thompson JR, Woodruff G, Hiscox FA, et al. The incidence and prevalence of amblyopia detected in childhood. Public Health. 1991; 105:455–62. [PubMed: 1803405]

31. Choong YF, Lukman H, Martin S, Laws DE. Childhood amblyopia treatment: psychosocial implications for patients and primary carers. Eye (Lond). 2004; 18:369–75. [PubMed: 15069432]

32. Chua B, Mitchell P. Consequences of amblyopia on education, occupation, and long term vision loss. Br J Ophthalmol. 2004; 88:1119–21. [PubMed: 15317699]

33. Horwood J, Waylen A, Herrick D, et al. Common visual defects and peer victimization in children. Invest Ophthalmol Vis Sci. 2005; 46:1177–81. [PubMed: 15790876]

34. Webber AL, Wood JM, Gole GA, Brown B. The effect of amblyopia on fine motor skills in children. Invest Ophthalmol Vis Sci. 2008; 49:594–603. [PubMed: 18235004]

35. Rahi JS, Cumberland PM, Peckham CS. Does amblyopia affect educational, health, and social outcomes? Findings from 1958 British birth cohort. BMJ. 2006; 332:820–5. [PubMed: 16520328]

36. Katz LC, Shatz CJ. Synaptic activity and the construction of cortical circuits. Science. 1996; 274:1133–8. [PubMed: 8895456]

37. Shotton K, Powell C, Voros G, Hatt SR. Interventions for unilateral refractive amblyopia. Cochrane Database Syst Rev. 2008:CD005137. [PubMed: 18843683]

38. Taylor K, Elliott S. Interventions for strabismic amblyopia. Cochrane Database Syst Rev. 2014; 7:CD006461. [PubMed: 25051925]

39. Pescosolido N, Stefanucci A, Buomprisco G, Fazio S. Amblyopia treatment strategies and new drug therapies. J Pediatr Ophthalmol Strabismus. 2014; 51:78–86. [PubMed: 24410693]

Author Manuscript

Newborn fundus hemorrhages are often multilaminar and arise in multiple areas of the retina. Vaginal delivery is associated with a significantly increased risk of fundus hemorrhages while self-identified Hispanic or Latino ethnicity may be protective.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript



**Figure 0001**



**Figure 0002**



**Figure 0003**

**Figure 1.**

Photos of normal and pathologic examinations

**Figure 1A.** Normal: i) iris image, ii) optic nerve centered, iii) optic nerve superior, iv) optic nerve inferior, v) optic nerve nasal, and vi) optic nerve temporal.

**Figure 1B.** Macular and Extra Macular Hemorrhages Sparing the Fovea

**Figure 1C.** Extensive bilateral retinal hemorrhages

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript



**Figure 2.**

Laterality and Location of Fundus Hemorrhages Noted in the Newborn Eye Screen Testing (NEST) Study at One-Year Enrollment By Subject

*Includes optic nerve hemorrhages

**Includes two or more of the following: preretinal hemorrhage, intraretinal hemorrhage, subretinal hemorrhage, and optic nerve hemorrhage.

**Table 1**

Birth Prevalence of Fundus Hemorrhages (by Subject) by Baseline Characteristics in the Newborn Eye Screen Testing (NEST) Study.

| Characteristic | No Fundus Hemorrhage (79.7%; n = 161) | Fundus Hemorrhage (20.3%; n = 41) | Odds Ratio (95% Confidence Interval) | Unadjusted P Value |
|---|---|---|---|---|
| Gender - % (N) | | | | |
| Male | 50 (81) | 61 (25) | 0.65 (0.32-1.30) | 0.22 |
| Female | 50 (80) | 39 (16) | 1.0 | |
| Self-Identified Ethnicity - % (N) | | | | |
| Hispanic or Latino | 45 (72) | 29 (12) | 0.51 (0.24-1.06) | 0.07 |
| Not Hispanic or Latino | 55 (88) | 71 (29) | 1.0 | |
| Recruitment in English - % (N) | | | | |
| Yes | 87 (139) | 90 (37) | 1.40 (0.52-4.32) | 0.79 |
| No | 13 (21) | 10 (4) | 1.0 | |
| Mom's First Baby - % (N) | | | | |
| Yes | 47 (76) | 61 (25) | 1.75 (0.87-3.52) | 0.12 |
| No | 53 (85) | 39 (16) | 1.0 | |
| Age In Hours at Screening – *Mean (SD)* | 46.3 (20) | 39.7 (11) | 0.98 (0.96-1.00) | 0.17 |
| Screening Before 2 Days Old | | | | |
| < 48 Hours | 61 (98) | 80 (33) | 2.65 (1.15-6.11) | 0.02 |
| 48 + Hours | 39 (63) | 20 (8) | 1.0 | |
| Advanced Maternal Age (≥ 35 years) | | | | |
| Yes | 29 (47) | 27 (11) | 0.89 (0.41-1.92) | 0.77 |
| No | 71 (114) | 73 (30) | 1.0 | |
| Low Birth Weight (< 2500 g) - % (N) | | | | |
| Yes | 6 (10) | 7 (3) | 1.19 (0.31-4.55) | 0.73 |
| No | 94 (151) | 93 (38) | 1.0 | |
| Delivery Method - % (N) | | | | |
| Vaginal | 55 (88) | 90 (37) | 7.67 (2.61-22.53) | <0.001 |
| Cesarean Section | 45 (73) | 10 (4) | 1.0 | |
| Vaginal Delivery Only - % (N) | | | | |
| Instrumentation | 6 (5) | 16 (6) | 5.35 (1.54-18.52) [*] | |
| Forceps | 1 (1) | 0 (0) | N/A | 0.01 [**] |
| Vacuum Assisted | 5 (4) | 16 (6) | 6.69 (1.79-24.96) | |
| Normal Spontaneous | 94 (83) | 84 (31) | 1.0 | |

FH = fundus hemorrhage

*Note* –Fundus hemorrhage is reported by participant (i.e. a retinal hemorrhage in one or both eyes qualifies a newborn has having a retinal hemorrhage). Fundus hemorrhages included hemorrhages of the retina, macula, fovea and optic nerve. Newborns who met retinopathy of prematurity screening criteria were excluded from the NEST study because they were screened by another telemedicine initiative targeting ROP detection. Forceps delivery was not included in a separate analysis because there was only one subject. Percentages may not add up to 100 due to rounding.

[*] Normal spontaneous vaginal delivery was used as a reference in determining the odds ratio for instrumentation (forceps and vacuum assisted combined) as well as forceps and vacuum assisted deliveries individually

Callaway et al.

Page 19

** Instrumentation versus normal spontaneous vaginal delivery

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

## Table 2

| A. Location and Layer of all Retinal Hemorrhages Detected in 41 Newborns with Unilateral or Bilateral Retinal Hemorrhages | | | | | |
|---|---|---|---|---|---|
| **All Retinal Hemorrhages** [*] **n=105** | **Inferior (19%; n = 20)** | **Nasal (22%; n = 23)** | **Superior (22%; n = 23)** | **Temporal (2%; n = 2)** | **360 ° (35%; n = 37)** |
| **Preretinal** (3%; n = 3) | (1 Solitary) (0 Multiple) | (1 Solitary) (0 Multiple) | 0 | 0 | (0 Solitary) (1 Multiple) |
| **Intraretinal** (10%; n = 11) | (2 Solitary) (2 Multiple) | (2 Solitary) (1 Multiple) | (3 Solitary) (1 Multiple) | 0 | 0 |
| **Subretinal** (29%; n = 30) | (1 Solitary) (3 Multiple) | (4 Solitary) (1 Multiple) | (4 Solitary) (4 Multiple) | (1 Solitary) (0 Multiple) | (0 Solitary) (12 Multiple) |
| **White centered** (58%; n = 61) | (4 Solitary) (7 Multiple) | (7 Solitary) (7 Multiple) | (3 Solitary) (8 Multiple) | (1 Solitary) (0 Multiple) | (0 Solitary) (24 Multiple) |

| B. Location of all Optic Nerve Flame Hemorrhages Detected in 28 Newborns with Unilateral or Bilateral Optic Nerve Flame Hemorrhages | | | | |
|---|---|---|---|---|
| | **Inferior** | **Nasal** | **Superior** | **Temporal** |
| **Optic Nerve Flame Hemorrhage** (n=98) | 14% (n=14) | 32% (n=31) | 20% (n=20) | 34% (n=33) |

[*] Forty-one Infants were noted on universal newborn screening with wide-angel digital photography to have retinal hemorrhages on image review. Findings from all reported types of hemorrhages in either eye are included in this total. Infants can have multiple pathologies reported per eye.

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**Table 3**

Characteristics Matrix of All Macular Hemorrhages Detected in 34 Infants in the Newborn Eye Screening Test (NEST) Study During the First Year of Screening.

| Retinal Layer in the Macula | Location and Distribution of Hemorrhage in the Macula | |
|---|---|---|
| **All Macular Hemorrhages** - % N = 95 | **Extrafoveal** (n= 89) | **Foveal** (n= 6) |
| **Preretinal** – 0.02% (n=2) | 0.1% (0 Solitary) (1 Multiple) | 1 |
| **Intraretinal** – 40% (n= 38) | 38% (5 Solitary) (29 Multiple) | 4 |
| **Subretinal** – 28% (n=27) | 29% (5 Solitary) (21 Multiple) | 1 |
| **White-centered** – 29% (n=28) | 31% (3 Solitary) (25 Multiple) | 0 |

*Note* – Thirty-four infants were noted on universal newborn screening with RetCam III wide-angle digital photography to have macular hemorrhages on image review. Findings from all reported locations of macular hemorrhages in either eye are reported above. Infants may have multiple pathologic features reported per eye. Percentages may not add up to 100 due to rounding.

**Table 4**

Multivariate Logistic Regression for Retinal Hemorrhage at Birth[*]

| Variable | Odds Ratio[*] | Risk Ratio[**] | 95% Confidence Interval for Odds Ratio |
|---|---|---|---|
| **Delivery Method** | | | |
| Vaginal | 9.344 | 6.075 | 2.570 to 33.967 |
| cesarean section | 1.0 (reference) | 1.0 (reference) | - |
| **Self-Identified Ethnicity - % (N)** | | | |
| Hispanic or Latino | 0.428 | 0.444 | 0.195 to 0.939 |
| Not Hispanic or Latino | 1.0 (reference) | 1.0 (reference) | - |
| **Screening Before 2 Days Old** | | | |
| <48 hours | 1.001 | 1.001 | 0.337 to 2.971 |
| 48+ hours | 1.0 (reference) | 1.0 (reference) | - |
| **Low Birth Weight (< 2500 g) - % (N)** | | | |
| Yes | 2.237 | 2.072 | 0.462 to 10.837 |
| No | 1.0 (reference) | 1.0 (reference) | - |

*Note* - Multivariate logistic modeling based on crude bivariate analysis of baseline maternal, obstetric and neonatal characteristics. Maternal age and time of rupture of membranes were not significant in initial modeling and was not included in the final multivariate model. Vaginal delivery includes both normal spontaneous delivery and instrumentation because there were too few cases of instrumentation to perform separate modeling.

[*] All variables adjusted for delivery method, self-identified ethnicity, screening prior to 2 days of age, and presence of low-birth weight

[**] Based on a prevalence of 6.5% of retinal hemorrhage among babies delivered by C-section who were not low birth weight, not screened prior to two days after birth and did not identify as Latino/Hispanic. Odds ratio was converted to risk ratio using previously described methodology for cohort studies.

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript