# Index of Exhibits for Plaintiff's Motion for Partial Summary Judgment

| Exhibit No. | Description |
| --- | --- |
| 1 | Deposition Transcript of Donald Sankey |
| 2 | Deposition Transcript of Honor Duvall |
| 3 | Buckeye Police Department Incident Report |
| 4 | PCH Triage Note 2/21/2019 |
| 5 | PCH Initial Assessment 2/21/2019 |
| 6 | Deposition Transcript of Dr. Hangge |
| 7 | World Journal of Clinical Cases: "Mongolian Spots: How Important Are They?" |
| 8 | PCH Maltreatment Screening and Management Clinical Pathway |
| 9 | Internal CPT Email re Beg to Admit 2/21/2019 |
| 10 | Timeline and fact by Honor Duvall |
| 11 | Trial Transcript of Dr. Jennifer Ronaker |
| 12 | PCH Head CT Final Report 2-22-2-2019 |
| 13 | Expert Report: Thomas W. Young, MD, FAAS, FASCP, FCAP |
| 14 | Science Daily: Children with asymptomatic brain bleeds as newborns show normal brain development at age 2 |
| 15 | DCS Comprehensive Safety and Risk Assessment (CSRA) |
| 16 | DCS Present Danger Plan - Gordon Gooley |
| 17 | Trial Transcript of Dr. Brendan Cassidy |
| 18 | Deposition Transcript of Dr. Brendan Cassidy |
| 19 | Expert Report: Todd A. Lefkowitz, MD, FAAO |
| 20 | Consultation Report of Dr. Brendan Cassidy 2/22/2019 |
| 21 | Email from Duncan to Lucero re Juvenile Court Ruling |
| 22 | Juvenile Court Rulings and Findings |
| 23 | Email from Gualajara to Lucero re Shaken Baby |
| 24 | DCS Present Danger Plan – Margaret Goode |
| 25 | Internal CPT Emails re Escalating Safety Plan to OCWI |
| 26 | Trial Transcript of Dr. Warren Heller |
| 27 | Dr. Heller Ophthalmology Report 2/25/2018 |
| 28 | Trial Transcript of Dr. Kathryn Coffman |
| 29 | Valley Radiology Report of Lower Extremities 2/25/2019 |
| 30 | Dr. Wood's PCH Records 2/28/2019 |
| 31 | Deposition Transcript of Dr. William Wood |
| 32 | Dr. Wood Bone Scan Order 2/28/2019 |
| 33 | Trial Transcript of Dr. William Wood |
| 34 | PCH/Childhelp Records 3/7/2019 |

| 35 | Deposition Transcript of Alyssa Lucero |
| --- | --- |
| 36 | PCH Readmission Records 3/7/2019 |
| 37 | PCH Hospitalist Progress Note |
| 38 | Ex Parte Application and Order for Removal – 3/8/2019 |
| 39 | Ex Parte Application and Order for Removal – 2/27/2019 |
| 40 | Email from Coffman to Director McKay |
| 41 | Deposition Transcript of Jeffrey Duncan |
| 42 | Deposition Transcript of Kimberly Pender |
| 43 | Temporary Custody Notice (TCN) 3/16/2019 |
| 44 | DCS Dependency Petition 3/19/2019 |
| 45 | DCS Supervisory Case Progress Review |
| 46 | Maricopa County Multidisciplinary Protocol |
| 47 | Maricopa County Multidisciplinary Protocol for the Investigation of Child Abuse |
| 48 | Email Invitation to Numerous Recipients for CPT Meeting |
| 49 | Photos of S.Z.S.'s face taken at PCH on 22 February 2019 |
| 50 | Emails between AAG Berry and PCH General Counsel |
| 51 | DCS Contract with Phoenix Children's Hospital |
| 52 | Retinal and Optic Nerve Hemorrhages in the Newborn Infant: One-year Results of the Newborn Eye Screen Test (NEST) Study (Stanford University School of Medicine) |