MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br>  Plaintiffs,<br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br>  Defendants. | Case No.: 21-cv-00167-ROS<br><br>**ORDER**<br><br>(Hon. Rosyln O. Silver) |

This matter coming before the Court on Plaintiffs' Omnibus Daubert Motion as to Eleven Experts Retained by PCH Defendants and Defendant Cassidy, and good cause appearing therefore,

IT IS HEREBY ORDERED the Plaintiffs' Daubert Motion is granted.