# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HONOR DUVALL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ARIZONA DEPARTMENT OF CHILD ) <br> SAFETY, et al., ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. <br> 21-CV-00167-PHX-ROS |

**VIDEOCONFERENCE DEPOSITION OF COREY J. ROOD, M.D.**

Santa Ana, California
April 6, 2023
10:04 a.m.

Prepared by:
MICHAELA H. DAVIS
Registered Professional Reporter
Certified Realtime Reporter
Certified Realtime Captioner
Certified LiveNote Reporter
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

CARRIE REPORTING, LLC
Certified Reporters
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
(480) 429-7573

Case 2:21-cv-00167-ROS  Document 322-7  Filed 09/28/23  Page 3 of 9
VIDEOCONFERENCE DEPOSITION OF COREY J. ROOD, M.D., 04/06/2023

5

```
                                         Santa Ana, CA
                                         April 6, 2023
                                         10:04 a.m.


         COREY J. ROOD, M.D., called as a witness
herein, having been first duly sworn, was examined and
testified as follows:
                        * * *
              E X A M I N A T I O N
BY MR. CONNELLY:
    Q.   Doctor, my name is Tom Connelly.  We already got
your name for the record, so we'll dispense with that.
         Who is in the room with you today?
    A.   It's hard to hear you.  Did you ask who's in the
room?
    Q.   I asked who was in the room with you today, yes.
    A.   I am here, and so is counsel, Kari.
    Q.   All right.  Is anyone else there?
    A.   No.
    Q.   And did you meet with Ms. Zangerle last night?
    A.   No.  We met this morning.
    Q.   How long did you meet?
    A.   For about an hour.
    Q.   And prior to that meeting, had you had other
meetings or discussions with Ms. Zangerle or anyone from
her firm?
```

1  medical diagnosis?
2              MS. ZANGERLE:  Form and foundation.
3              MS. PATANE:  Join.
4              THE WITNESS:  You're going to have to repeat
5  that.  I lost part of that question.
6  BY MR. CONNELLY:
7       Q.    The same criticism can be made against most of
8  the literature propounded by the American Academy of
9  Pediatrics in support of abusive head trauma; isn't that
10 true?
11             MS. ZANGERLE:  Form and foundation.
12             MS. PATANE:  Join.
13             MS. BALDWIN:  Join.
14             THE WITNESS:  No, that's not true.
15 BY MR. CONNELLY:
16      Q.    Let me show you another exhibit.
17            Are you aware of a study out of the Stanford
18 University Medical School regarding the prevalence of
19 retinal hemorrhaging in newborn children through normal
20 vaginal birth?
21             MS. ZANGERLE:  Form and foundation.
22             MS. PATANE:  Join.
23             MS. BALDWIN:  Join.
24 BY MR. CONNELLY:
25      Q.    Have you seen this article, Doctor?

1     A.    Yes, I have.
2     Q.    And is it based on sound medical evidence, or is
3  it merely opinion?
4     A.    This article, these authors did conduct
5  research, yes.
6     Q.    And they concluded that in this particular case
7  retinal hemorrhages were found most frequently in all four
8  quadrants and more often were multiple than solitary.
9  I'll show it to you.
10          Do you recall that from this report?
11    A.    I do.
12    Q.    Do you recall that it found that the retinal
13 hemorrhages could persist for up to two months following
14 birth?
15          MS. PATANE:  Form and foundation.
16          THE WITNESS:  Yes.  Certain types of retinal
17 hemorrhages can persist past a couple of weeks, and they
18 found some lasting as long as two months in a few of their
19 patients.
20 BY MR. CONNELLY:
21    Q.    And none of those babies were shaken, were they?
22    A.    I'm not aware of them having been shaken, no.
23    Q.    Have you ever in your practice examined a child
24 that you knew for a fact to have been shaken?
25    A.    Yes.

Case 2:21-cv-00167-ROS Document 322-7 Filed 09/28/23 Page 6 of 9
VIDEOCONFERENCE DEPOSITION OF COREY J. ROOD, M.D., 04/06/2023

50

1               MS. BALDWIN:  Join.
2               THE WITNESS:  I'm not exactly sure what you
3    mean by "leaks in their head."  Can you be more specific?
4    BY MR. CONNELLY:
5       Q.   Well, let's just call it subdural hematomas or
6    subdural -- or subarachnoid hematomas.
7               It's possible and plausible, isn't it, that
8    Swayde was born with a subdural hematoma or a subarachnoid
9    hematoma -- strike that.
10              I'm not going to show you -- I may have
11   shown you already -- but there's literature that shows
12   that, at minimum, 26 percent of children are born via
13   normal vaginal birth with subdural hematoma or
14   subarachnoid hematoma, and the 26 percent is also shown as
15   skewed heavily towards males.
16              Isn't it possible that Swayde was born with
17   a subdural hematoma or subarachnoid hematoma at birth and
18   that it persisted for two months?
19              MS. PATANE:  Form and foundation.
20              MS. BALDWIN:  Join.
21              THE WITNESS:  Can you finish -- can you
22   repeat the last part of that question?
23   BY MR. CONNELLY:
24       Q.   That it persisted for two months, the leaking.
25              MS. PATANE:  Same objection.

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

Case 2:21-cv-00167-ROS Document 322-7 Filed 09/28/23 Page 7 of 9
VIDEOCONFERENCE DEPOSITION OF COREY J. ROOD, M.D., 04/06/2023

51

1     MS. ZANGERLE: Same.
2     MS. BALDWIN: Join.
3     THE WITNESS: Are you asking me if it's
4  possible?
5  BY MR. CONNELLY:
6     Q.   That was the question. Isn't it possible?
7     MS. ZANGERLE: Same.
8     MS. PATANE: Join.
9     MS. BALDWIN: Join.
10    THE WITNESS: It's possible that Swayde was
11 born with a subdural hemorrhage or subarachnoid hemorrhage
12 by vaginal birth, if that answers your question.
13 BY MR. CONNELLY:
14    Q.   It's also possible that that condition persisted
15 for two months or that a rebleed occurred within the two
16 months; correct?
17    MS. ZANGERLE: Form and foundation.
18    MS. PATANE: Join.
19    MS. BALDWIN: Join.
20    THE WITNESS: So there's no good scientific
21 evidence that subdural or subarachnoid hemorrhages caused
22 by normal vaginal deliveries have rebleeds. Again,
23 research shows that have studied these kids that
24 90 percent of them resolve by a month, and there's a
25 lingering 10 percent that take upwards of two or three

1          MR. CONNELLY: I'll strike that question.
2  BY MR. CONNELLY:
3     Q.   Doctor, moving along, you're aware that
4  40 percent of children born via normal vaginal birth are
5  born with retinal hemorrhages, and that that 40 percent
6  also skews heavily male, and that those retinal
7  hemorrhages can persist up to two months following birth;
8  right?
9          MS. PATANE: Form and foundation.
10         MS. BALDWIN: Join.
11         MS. ZANGERLE: Join.
12         THE WITNESS: Yes, a few of those can linger
13  up to two months.
14  BY MR. CONNELLY:
15     Q.   And so it's possible that Swayde was born with
16  retinal hemorrhaging that persisted for up to two months;
17  isn't that true?
18         MS. PATANE: Form and foundation.
19         MS. ZANGERLE: Join.
20         THE WITNESS: Possible, yes.
21  BY MR. CONNELLY:
22     Q.   Doctor, how old are you?
23     A.   I am 40.
24     Q.   Do you have any children?
25     A.   I do not.

Case 2:21-cv-00167-ROS   Document 322-7   Filed 09/28/23   Page 9 of 9
VIDEOCONFERENCE DEPOSITION OF COREY J. ROOD, M.D., 04/06/2023

123

```
 1  STATE OF ARIZONA    )
                        ) ss.
 2  COUNTY OF MARICOPA  )

 3

 4          BE IT KNOWN that the foregoing proceedings were
     taken by me, MICHAELA HERMAN DAVIS, a Certified Reporter,
 5   in and for the County of Maricopa, State of Arizona; that
     the witness before testifying was duly sworn to testify to
 6   the whole truth; that the questions propounded to the
     witness and the answers of the witness thereto were taken
 7   down by me in shorthand and thereafter reduced to
     typewriting under my direction; that the foregoing pages
 8   are a true and correct transcript of all proceedings had,
     all done to the best of my skill and ability.
 9
            I CERTIFY that I am in no way related to any of
10   the parties hereto, nor am I in any way interested in the
     outcome hereof.
11
                 [X] Review and signature was requested.
12               [ ] Review and signature was not requested.
                 [ ] Review and signature was waived.
13

14          I FURTHER CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206(F)(3) and
15   ACJA 7-206(J)(1)(g)(1) and (2). Dated at Phoenix, Arizona,
     this 21st day of April, 2023.
16

17

18                         _____
19                         Michaela H. Davis, RPR, CRR, CRC, CLR
                                Arizona CR No. 50574
20

21
            I CERTIFY that Carrie Reporting, LLC, has
22   complied with the ethical obligations set forth in
     ACJA 7-206.  Dated at Phoenix, Arizona, this _____ day of
23   _____, 2023.

24                         _____
25                              Carrie Reporting, LLC
                                Arizona RRF No. R1064
```

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com