Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>    Defendants. | Case No.: 21-cv-00167-ROS<br><br>**MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMIT**<br><br>(Hon. Rosyln O. Silver) |

Pursuant to LRCiv 7.2(e), Plaintiffs hereby motion the Court for to leave to exceed the seventeen (17) page limit for Plaintiffs' Motion for Partial Summary Judgment (Doc. 319) and Plaintiffs' Omnibus *Daubert* Motion as to Eleven Experts Retained by PCH Defendants and Defendant Cassidy (Doc. 321).

Plaintiffs' partial summary judgment motion is dispositive on liability for several claims and issues in this case. As filed, the motion totals 30 pages; however, excluding the caption, the required statement of facts, and the signature block and pages following, the motion itself is approximately 14 pages. In comparison to PCH Defendants' MSJ, in contravention of the Court's suspension of LRCiv. 56.1, except for subsection (d), and the

Court's express direction that "the parties may not file separate statements of facts", (Doc. 25 at 5:16-18), PCH Defendants filed both a 25-page motion for summary judgment and a 14-page separate statement of facts, for a total of 39 pages of facts and argument.

As filed, Plaintiffs' *Daubert* motion totals 34 pages of text, 2 of which are the caption and signature/certification pages, and 9 of which are what Plaintiffs believe to be necessary overview and factual background. Another approximately 6 pages constitute some important history and background regarding the controversial Shaken Baby Syndrome central to the substance of the motion. The argument section itself is approximately 18 pages.

Considering the scope, complexity, and importance of the issues discussed in both motions, Plaintiffs request that the Court grant an enlargement of the page limit up to and including 30 pages for their motion for partial summary judgement (Doc. 319), and up to and including 34 pages for their *Daubert* motion (Doc. 321 and Doc. 322).[1]

The parties previously discussed and agreed to not oppose the anticipated motions for enlargement of pages filed by the respective parties, thus complying with this Court's case management order (Doc. 25). The Defendants thus do not oppose this Motion.

A proposed Order is also submitted for the Court's review.

**RESPECTFULLY SUBMITTED** this 29th day of September 2023.

          **MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
     Thomas A. Connelly
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014

---

[1] When filing the *Daubert* Motion (Doc. 321), Plaintiffs inadvertently failed to include the exhibits to that motion. When they filed the Exhibits using the "Additional Documents" filing type, they included the motion itself, as well. Thus, the *Daubert* motion and the exhibits are also filed at (Doc. 322).

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  /s/ Thomas A. Connelly