**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*,<br>　　　　　　Plaintiffs,<br>　v.<br>Arizona Dept. of Child Safety, *et al.*,<br>　　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**ORDER**<br><br>(Hon. Rosyln O. Silver) |

　　　This matter coming before the Court on Plaintiffs' Motion for Leave to Exceed LRCiv. 7.2(e) Page Limit, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED granting the Motion and allowing Plaintiffs' to exceed the page limit for their motion for partial summary judgment (Doc. 319) and their *Daubert* motion (Doc. 321 and Doc. 322);

　　　IT IS FURTHER ORDERED accepting those motions (Doc. 319, Doc. 321, Doc. 322) as currently filed.

　　　　　　　_____, 2023.