Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Dept. of Child Safety, *et al.*, <br><br> Defendants. | Case No.: 21-cv-00167-ROS <br><br> **NOTICE OF ERRATA** <br><br> (Hon. Roslyn O. Silver) |

NOTICE IS HEREBY GIVEN that the Index of Exhibits (Doc. 320) for Plaintiffs' Motion for Partial Summary Judgment (Doc. 319) incorrectly identified Exhibit Nos. 47, 48 and 49. The index has been corrected, is attached here, and should be used to replace the Index of Exhibits for Plaintiffs' Motion for Partial Summary Judgment (Doc. 320).

**RESPECTFULLY SUBMITTED** this 5th day of October 2023.

**MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
     Thomas A. Connelly
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
     DeeAn Gillespie Strub
     7319 North 16th Street
     Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

   */s/ Thomas A. Connelly*