# Index of Exhibits for Plaintiffs' Motion for Partial Summary Judgment

| Exhibit No. | Description |
|---|---|
| 1 | Deposition Transcript of Donald Sankey (excerpts) |
| 2 | Deposition Transcript of Honor Duvall (excerpts) |
| 3 | Buckeye Police Department Incident Report |
| 4 | PCH Triage Note 2/21/2019 |
| 5 | PCH Initial Assessment 2/21/2019 |
| 6 | Deposition Transcript of Dr. Hangge (excerpts) |
| 7 | World Journal of Clinical Cases: "Mongolian Spots: How Important Are They?" |
| 8 | PCH Maltreatment Screening and Management Clinical Pathway |
| 9 | 2/21/2019 Internal PCH CPT Email re Beg to Admit |
| 10 | Timeline of Events by Honor Duvall |
| 11 | Trial Transcript of Dr. Jennifer Ronaker (excerpts) |
| 12 | 2/22/2019 PCH Head CT Final Report |
| 13 | Expert Report: Thomas W. Young, MD, FAAS, FASCP, FCAP |
| 14 | Science Daily: Children with asymptomatic brain bleeds as newborns show normal brain development at age 2 |
| 15 | DCS Comprehensive Safety and Risk Assessment (CSRA) (excerpts) |
| 16 | DCS Present Danger Plan - Gordon Gooley |
| 17 | Trial Transcript of Dr. Brendan Cassidy (excerpts) |
| 18 | Deposition Transcript of Dr. Brendan Cassidy (excerpts) |
| 19 | Expert Report: Todd A. Lefkowitz, MD, FAAO |
| 20 | Consultation Report of Dr. Brendan Cassidy 2/22/2019 |
| 21 | 11/12/2019 Email from Duncan to Lucero re Juvenile Court Ruling |
| 22 | 11/12/2019 Juvenile Court Rulings and Findings |
| 23 | 2/22/2019 Email from Gualajara to Lucero re Shaken Baby |
| 24 | DCS Present Danger Plan – Margaret Goode |
| 25 | 2/23/2019 Internal CPT Emails re Escalating Safety Plan to OCWI |
| 26 | Trial Transcript of Dr. Warren Heller (excerpts) |
| 27 | 2/25/2019 Dr. Heller Ophthalmology Report |
| 28 | Trial Transcript of Dr. Kathryn Coffman (excerpts) |
| 29 | 2/25/2019 Valley Radiology Report of Lower Extremities |
| 30 | 2/28/2019 Dr. Wood's PCH Records |
| 31 | Deposition Transcript of Dr. William Wood |
| 32 | 2/28/2019 Dr. Wood Bone Scan Order |
| 33 | Trial Transcript of Dr. William Wood (excerpts) |
| 34 | 3/7/2019 PCH/Childhelp Records |

| 35 | Deposition Transcript of Alyssa Lucero (excerpts) |
|----|---|
| 36 | 3/7/2019 PCH Readmission Records (excerpts) |
| 37 | PCH Hospitalist Progress Note |
| 38 | 3/8/2019 Ex Parte Application and Order for Removal |
| 39 | 2/27/2019 Ex Parte Application and Order for Removal |
| 40 | 3/14/2019 Email from Coffman to Director McKay |
| 41 | Deposition Transcript of Jeffrey Duncan (excerpts) |
| 42 | Deposition Transcript of Kimberly Pender (excerpts) |
| 43 | 3/16/2019 Temporary Custody Notice (TCN) |
| 44 | 3/19/2029 DCS Dependency Petition |
| 45 | DCS Supervisory Case Progress Review (excerpts) |
| 46 | Maricopa County Multidisciplinary Protocol for the Investigation of Child Abuse (excerpts) |
| 47 | 2/25/2019 Email Invitation to CPT Meeting to be held 2/27/2019 |
| 48 | 2/22/2019 Photos of S.Z.S.'s face taken at PCH |
| 49 | 12/23/2018 Photos of S.Z.S.'s head taken following birth at Banner Estrella |
| 50 | July 2019 Emails between AAG Berry and PCH General Counsel |
| 51 | DCS Contract with Phoenix Children's Hospital |
| 52 | Retinal and Optic Nerve Hemorrhages in the Newborn Infant: One-year Results of the Newborn Eye Screen Test (NEST) Study (Stanford University School of Medicine) – Published May 2016 |