Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSES TO DEFENDANTS' *DAUBERT* MOTIONS**<br><br>**EXPEDITED REQUEST**<br><br>(Hon. Roslyn O. Silver) |

　　　Plaintiffs, by and through undersigned counsel, submit this Motion to Extend Time to File Responses to Defendants' *Daubert* Motions and respectfully request an extension of fourteen (14) days for Plaintiffs to file their responses to Defendant Dr. Cassidy's *Daubert* Motion Regarding Dr. Todd A. Lefkowitz, M.D. (Doc. 311) and The PCH Defendants' *Daubert* Motion Regarding Plaintiffs' Expert Thomas Young, M.D. (Doc. 315.

As the court is aware, Summer 2023 has been challenging for Plaintiffs' lead counsel, with the several deaths and admission to hospice of close family members. Also, the associate attorney helping to brief these responses traveled out-of-state due to a death in her family and was in New York when Defendants filed their *Daubert* motions, then she was out of office upon returning due to Covid. The foregoing, along with deadlines and court appearances in other matters, and generally getting caught up with all pending matters following this Summer's events, is the good faith basis for seeking this extension of time to respond.

Consequently, Plaintiffs respectfully request a short extension of the deadline to file their responses to Defendants' *Daubert* motions deadline from Thursday, October 5, 2023, until Thursday, October 19, 2023. This request does not interfere with any scheduled court hearings or trial dates, thus there is no prejudice to the parties.

Pursuant to the Case Management Order (Doc. 25), Plaintiffs inquired via email on 4 October 2023 at 12:44 p.m. whether Defendants would stipulate to this request, but they have not replied to state a position.

A form of proposed order is submitted herewith for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 5th day of October 2023.

> **MILLS + WOODS LAW PLLC**
>
> By   /s/ Thomas A. Connelly
>    Thomas A. Connelly
>    Robert T. Mills
>    Sean A. Woods
>    5055 North 12th Street, Suite 101
>    Phoenix, AZ 85014
>
> **GILLESPIE, SHIELDS & TAYLOR**
>    DeeAn Gillespie Strub
>    7319 North 16th Street
>    Phoenix, AZ 85020
>
> *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  /s/   Michelle Feltes