**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>Arizona Dept. of Child Safety, *et al.*,<br>　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**ORDER**<br><br>(Hon. Roslyn O. Silver) |

 This matter coming before the Court on Plaintiffs' Motion to Extend Time to File Responses to Defendants' *Daubert* Motions, and good cause appearing therefore,

 IT IS HEREBY ORDERED extending the dispositive motion deadline up to and including October 19, 2023.