**GUST ROSENFELD P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity, *et al.*,<br><br>Defendants. | Case No.: 21-CV-00167-PHX-ROS<br><br>**THE PCH DEFEDANTS' <u>UNOPPOSED</u> MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OMNIBUS *DAUBERT* MOTION**<br><br>**EXPEDITED REQUEST** |

Defendants Phoenix Children's Hospital, Dr. William S. Wood and spouse Rachel Wood, Dr. Kathryn Coffman, and Haley Dietzman and spouse Roald Dietzman ("PCH Defendants"), through counsel, request a one-week extension, until October 19, 2023, to respond to Plaintiffs' Omnibus *Daubert* Motion As To Eleven Experts Retained By PCH Defendants and Defendant Cassidy (Doc 321).

On September 28, 2023, Plaintiffs filed their Omnibus *Daubert* Motion, which is 35 pages, covers multiple medical and legal issues, and seeks to exclude, either partially or fully, all eleven of the PCH Defendants' experts from testifying at trial. The PCH Defendants' deadline for filing a response is October 12, 2023. During the 14-day response period, lead counsel for the PCH Defendants, Kari Zangerle, will have traveled out of state for 11 days. Counsel for the PCH Defendants also have had time constraints related to a mediation, depositions, and other deadlines.

The PCH Defendants have conferred with the other parties regarding this requested extension, and there is no opposition. A hearing date has not been set for the motions, and therefore, the one-week extension will not cause a delay to a scheduled court hearing. Accordingly, the PCH Defendants request that the Court grant an extension, until Thursday, October 19, 2023, for the PCH Defendants to file a response to Plaintiffs' Omnibus *Daubert* Motion.

DATED this 10th day of October, 2023.

**GUST ROSENFELD, P.L.C.**

By  /s/ Kari B. Zangerle
Kari B. Zangerle
Robert C. Stultz
One East Washington Street, Suite 1600
Phoenix, AZ  85004-2553
*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Mark Shields, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ  85020
*Attorneys for Plaintiffs*

Georgia A. Staton, Esq.
Ravi V. Patel, Esq.
Stephanie D. Baldwin, Esq.
Jones, Skelton & Hochuli, PLC
40 North Central Ave., Suite 2700
Phoenix, AZ  85004
*Attorneys for State Defendants*

Cynthia Y. Patane, Esq.
Rachel L. Werner, Esq.
Gordon & Rees Scully Mansukhani, LLP
One Renaissance Square
Two North Central Ave., #2200
Phoenix, AZ  85004
*Attorneys for Defendant Brendan Cassidy*

By /s/ Melody Kern