1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.: 21-CV-00167-PHX-ROS<br><br>**ORDER** |

This matter having come before the Court on PCH Defendants' Unopposed Motion to Extend Time to File Response to Plaintiffs' Omnibus *Daubert* Motion, and good cause appearing,

**IT IS ORDERED** extending the PCH Defendants' Response to Plaintiffs' Omnibus *Daubert* Motion deadline up to and including October 19, 2023.