1  Cynthia Y. Patane (SBN: 018439)
   Rachel L. Werner (SBN: 033361)
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   Two North Central Avenue Suite 2200
3  Phoenix, AZ 85004
   Telephone: (602) 794-3647
4  Facsimile: (602) 265-4716
   cpatane@grsm.com
5  rwerner@grsm.com

6  *Attorneys for Defendants*
   *Brendan Cassidy and Jane Doe Cassidy*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; State of Arizona, a governmental entity; Brenda Gualajara, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Gualajara, her spouse, Fernando Araizo, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Araizo, his spouse; Alyssa Lucero, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Lucero, her spouse; Jeffrey Duncan, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Duncan, his spouse; Chantel Madson, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Madson, her spouse; Phoenix Children's Hospital, INC., an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Brendan Cassidy, individually and as a services provider for the State of Arizona Department of Child Safety and Jane | **CASE NO.  21-CV-00167-PHX-ROS**<br><br>**DEFENDANT CASSIDY'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OMNIBUS DAUBERT MOTION**<br><br>**EXPEDITED REQUEST** |

-1-

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | Doe Cassidy, his spouse; William S. Wood, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Wood, his spouse; Kathryn Coffman, individually and as a service provider for the State of Arizona Department of Child Safety and John Doe Coffman, her spouse; Hailey Dietzman, individually and as a services provider for the State of Arizona Department of Child Safety and John Doe Dietzman, her spouse; Zachary Dion, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Dion, his spouse; Carey Lewis, individually and as a services provider for the State of Arizona Department of Child Safety and John Doe Lewis, her spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; John and Jane Does 1-5; and Black Entities 1-5,<br><br>                              Defendants. |

  Defendant Dr. Brendan Cassidy moves the Court for a one week extension of the deadline to file his Response to Plaintiffs' Omnibus Daubert Motion ("Plaintiffs' Daubert Motion") (Doc 321). Defendant's Response is currently due on October 12, 2023. If the extension is granted, the new deadline would be October 19, 2023.

  Plaintiffs' Daubert Motion was filed on September 28, 2023. Defendant Cassidy is in the process of obtaining a declaration from his expert, Dr. Alex Levin, in support of his Response to Plaintiffs' Daubert Motion. Dr. Levin has not completed his review as of the time this Motion to Extend the Deadline is being filed. An additional week would provide enough time for Dr. Levin to complete his review and provide a declaration. Therefore, Defendant Cassidy respectfully requests a one week extension of the deadline to file his Response to Plaintiffs' Daubert Motion. Defendants Phoenix Children's Hospital, Dr. William Wood, Rachel Wood, Dr. Kathryn Coffman, Haley Dietzman, Roald Dietzman, Zachary Dion and Carey Lewis also requested an additional time to

respond to Plaintiffs' Daubert Motion (Doc 327). Their request was unopposed. As a result, Defendant Cassidy does not anticipate that his request will create prejudice to any other party or cause delay.

Dated: October 11, 2023  **GORDON REES SCULLY MANSUKHANI, LLP**

By: /s *Cynthia Y. Patane*
Cynthia Y. Patane
Rachel L. Werner
*Attorneys for Defendants*
*Brendan Cassidy and Jane Doe Cassidy*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Sandra Daussin, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

Georgia Staton
Ravi V. Patel
Jones, Skelton & Hochuli, PLC
40 North Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendants State of Arizona and ADOCS*

Kari B. Zangerle
Robert C. Stultz
Gust Rosenfeld, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553
*Attorneys for Defendants Phoenix Children's Hospital;*
*Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman;*
*Hailey Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

By: /s Diane Archie

-4-