# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Before the Court is the PCH Defendants' Unopposed Motion to Extend Time to File Response to Plaintiffs' Omnibus *Daubert* Motion (Doc. 327). As the Parties agree, and good cause appearing,

**IT IS ORDERED** the PCH Defendants' Unopposed Motion to Extend Time (Doc. 327) is **GRANTED**. The PCH Defendants shall have through October 19, 2023, to file their Response to Plaintiffs' Omnibus *Daubert* Motion.

Dated this 11th day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge