# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Defendant Dr. Brendan Cassidy has filed a Motion to Extend Time to File Response to Plaintiffs' Omnibus Daubert Motion (Doc. 328). Good cause appearing,

**IT IS ORDERED** the Motion to Extend Time to File Response (Doc. 328) is **GRANTED**. Defendant Cassidy shall have through **October 19, 2023**, to file his Response.

Dated this 11th day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge