# EXHIBIT 2

# CURRICULUM VITAE

# Todd Allen Lefkowitz, MD

**Home:**
22319 N  Freemont Rd
Phoenix, AZ  85050

mobile: 602 541 1599

e-mail: **eyeman27@earthlink.net**

## Most Recent Position:

Medical Ophthalmologist, Walman Eye Center, Phoenix and Sun City, AZ

Clinical Assistant Professor, University of Arizona Medical School/Phoenix

## Board Certification:

Diplomate, American Board of Ophthalmology Dec 1982
National Board of Medical Examiners  1978

## Education:

New York University School of Medicine,  M.D. 1977

Queens College, Flushing, NY B.A. 1973
 (Magna Cum Laude)

2

## Licensure:

**AZ (Active #13944)**
**NY (Active # 177797)**
**ID  (Active # MC-0487)**
**CT (Inactive)**
**MD (Inactive)**
**IL  (Inactive)**

## Post-graduate education:

**Residency: (Ophthalmology)**
**Georgetown University Hospital**
**Washington, DC**
**07/78-06/81**

**Internship: (Internal Medicine)**
**Metropolitan Hospital Center**
**New York, NY**
**07/77-06/78**

## Military experience:

**Chief, Ophthalmology**
**Luke AFB, AZ**
**08/83-09/85**

**Chief, Ophthalmology**
**Scott AFB, IL**
**07/81-07/83**

3

**Professional experience:**

**01/20-present  Walman Eye Center, Phoenix and Sun City, AZ**
**08/16-01/20  Banner Health Ophthalmology Hospitalist**
**10/15-06/2016- Focus Ophth, Tucson AZ**
**08/14-09/15  Griswold Eye Care, Oro Valley AZ**
**10/10-07/14 Opticare PC, Waterbury CT**
**09/08-09/10 Sonoran Desert Vision Center, Phoenix, AZ**
**08/04-08/08 Group Practice, Phoenix, AZ**
**03/90-07/04 CIGNA Healthcare (HM0), Tempe, AZ**
**06/88-02/90 Locum Tenens, Arizona and New York**
**09/85-05/88 Private Practice (solo), Scottsdale, AZ**

**Professional Societies:**

**American Society of Cataract and Refractive Surgeons**

**European Society of Cataract and Refractive Surgeons**

**Fellow, American Academy of Ophthalmology**

**Scholarly Organizations:**

**Phi Beta Kappa**

**MENSA**

**Practice Specialties:**

**Ocular Trauma Repair**

4

**Cataract Surgery**

**Lid Surgery**

**Glaucoma**

**Neuroophthalmology**

**Refractive Surgery: LASIK, PRK, CK**

**Strabismus Surgery**

**Pterygium Surgery**

**Hospital Affiliations:**

Banner Health, University, Thunderbird and Desert Campuses, Greater Phoenix AZ area

**Medical Review Experience :**

Physician Member, Arizona Medical Board, 2007-2010
Outside Ophthalmology Consultant, Arizona Medical Board, 2000-2007
Ophthalmology Case Reviewer for MAXIMUS, 2010-2015
Sonoran Desert Vision Consulting, Ophthalmology Expert Witness

**Medical Liability:**
No active malpractice cases
No history of medical malpractice settlements or verdicts

**No Medical Board Actions**

6

**3-time "Jeopardy" champion in 1991**

**Professional References:**

George Brinnig, MD
203 528 7613 (gbrinnig@gmail.com)

Scott Barnett, MD
Dean Graduate Studies
Mt Sinai School of Medicine
New York, NY
845 634 1809

Milad Haak, MD
916 218 2927

**Academic:**

6

**Clinical Assistant Professor in Ophthalmology, University of Arizona, Phoenix, AZ**

**Lectures given:**
**Ophthalmic Emergencies, to ED physicians in the Banner Health System**
**Inpatient Consultations to Hospitalists, to Hospitalists in the Banner Health System**

**Mentoring of PGY 1-3 residents in Ophthalmology at Banner University Medical Center, Phoenix, AZ**

**Mentoring of 1st and 2nd year Medical student, University of Arizona Medical College Phoenix**