EXHIBIT 3

Todd Allen Lefkowitz, MD, FAAO on November 14, 2022

```
              UNITED STATES DISTRICT COURT

                  DISTRICT OF ARIZONA


Honor Duvall, an individual; Donald)
Sankey, Junior, an individual;     )
S.Z.S., a minor, through his       )
parents and guardians Honor        )
Duvall and Donald Sankey,          )
                                   )
                Plaintiffs,        )Case No.:
vs.                                )21-CV-00167-PHX-ROS
                                   )
Arizona Department of Child Safety,)
a governmental entity; State of    )
Arizona, a governmental entity;    )
Brenda Gualajara, individually and )
as an employee with the State of   )
Arizona Department of Child Safety )
and John Doe Gualajara, her spouse;)
Fernando Araizo, individually and  )
as an employee with the State of   )
Arizona Department of Child Safety )
and Jane Doe Araizo, his spouse;   )
Alyssa Lucero, individually and as )
an employee with the State of      )
Arizona Department of Child Safety )
and John Doe Lucero, her spouse;   )
Jeffrey Duncan, individually and as)
an employee with the State of      )
Arizona Department of Child Safety )
and Jane Doe Duncan, his spouse;   )
et al.,                            )
                Defendants.        )
_____)

       DEPOSITION OF TODD ALLEN LEFKOWITZ, MD, FAAO

                 Phoenix, Arizona
                 November 14, 2022
                    10:11 a.m.

(COPY)
                         REPORTED BY:
                         HD REPORTING, LLC
                         HALEY DAWN WESTRA, RPR, CRR
                         Certified Court Reporter
                         AZ-CR No. 50762
```

1                MS. ZANGERLE:  Kari Zangerle on behalf of PCH
2    and the PCH defendants.  And also appearing from the
3    PCH legal department is Alaina Raetz.
4                MR. CONNELLY:  Thomas A. Connelly on behalf of
5    the plaintiffs.  Thank you.
6
7                TODD ALLEN LEFKOWITZ, MD, FAAO,
8    a witness herein, having been first duly sworn by the
9    Certified Reporter to speak the truth and nothing but
10   the truth, was examined and testified as follows:
11
12                          EXAMINATION
13   BY MS. PATANE:
14        Q.   Good morning, Dr. Lefkowitz.
15        A.   Good morning.
16        Q.   Will you state your full name for the record.
17        A.   Todd Allen Lefkowitz, MD.
18        Q.   Have you ever had your deposition taken
19   before?
20        A.   Yes, I have.
21        Q.   How many times have you had your deposition --
22        A.   Over 40.
23        Q.   -- taken?
24             Did you say --
25        A.   40.

1  block here, at Retina Consultants of Arizona.  And any
2  inpatient consults, I would go to the hospital.  And I
3  would also do surgery on ocular trauma patients.
4      Q.   Although you were seeing some of the patients
5  at Retina Consultants of Arizona, you're not a retina
6  specialist; correct?
7      A.   No.  We were just using their premises.
8      Q.   Okay.  How much of your time in 2018 and 2019
9  were you examining pediatric patients?
10     A.   I can't put a percentage, but I was on call at
11 Cardon Children's Hospital in Mesa, and so I saw quite
12 a bit of trauma to children.
13     Q.   How often were you on call for Cardons during
14 that time period where you were working at Banner from
15 2016 to 2020?
16     A.   Usually, it was one week at a time, 24/7, and
17 then one of my colleagues did the alternate weeks.
18     Q.   So you were taking call every other week for a
19 week?
20     A.   Yes.
21     Q.   Did you complete a fellowship in pediatric
22 ophthalmology?
23     A.   No.
24     Q.   Have you ever worked at a pediatric
25 ophthalmology practice?

1       Q.    -- so that we can look at that?
2       A.    Sure.
3       Q.    Thank you.
4             Have you ever worked as a hired expert?  And
5    I use that term as opposed to a treating physician, who
6    could also be deemed an expert.
7             So how many times have you been hired as an
8    expert witness in a case involving abusive head trauma
9    or shaken baby syndrome?
10      A.    About five.
11      Q.    And were you testifying -- or were you hired
12   by the plaintiff or the defendant?
13      A.    I was hired by the defendant.
14      Q.    Do you know the names of any of the defendants
15   in those cases?
16      A.    No.  But they were in Washington State.
17            One was in Tacoma; one was in Seattle; one was
18   in Kitsap County.
19            I don't have that kind of recall.
20      Q.    Do you remember when you were retained as an
21   expert witness for defendants in cases involving
22   abusive head trauma or shaken baby syndrome?
23            MR. CONNELLY:  Form and foundation.
24            THE WITNESS:  Can you repeat it, please?
25

```
 1        A.    Yes.
 2        Q.    Okay.  I just want to -- instead of saying
 3   it --
 4        A.    Sure.
 5        Q.    -- throughout the deposition, it will be
 6   easier if I can use AHT.
 7        A.    It's fine with me.
 8        Q.    You've been retained in this case to serve as
 9   a standard of care witness; is that correct?
10        A.    That's correct.
11        Q.    And do you believe that the standard of
12   care -- how do you define the standard of care for a
13   physician in Arizona?
14              MR. CONNELLY:  Form.
15              THE WITNESS:  It's basically what other
16   physicians in a similar situation would do in terms of
17   diagnosis and treatment.
18   BY MS. PATANE:
19        Q.    Would it also be -- would the standard of care
20   also be what is reasonable and prudent for a physician
21   to do in the same or similar circumstances?
22              MR. CONNELLY:  Form.  Foundation.
23              THE WITNESS:  It would.
24   BY MS. PATANE:
25        Q.    As an expert witness on the standard of care,
```

```
 1      A.   Closer to 100 percent, except for social
 2   security.
 3      Q.   How many cases do you have as an expert
 4   witness right now?
 5      A.   I would say probably 100.
 6      Q.   Do you know if you've ever failed to qualify
 7   as an expert witness in any case?
 8      A.   I have not.
 9      Q.   Doctor, I'd like to mark a copy of your report
10   as Exhibit 2 to your deposition.
11           (Deposition Exhibit No. 2 was marked for
12   identification by the reporter.)
13   BY MS. PATANE:
14      Q.   Doctor, I've handed you a report that you
15   signed, and it's dated December 8, 2021, on the last
16   page.
17           Do you see that?
18      A.   I do.
19      Q.   Is this the report that you authored in this
20   case?
21      A.   It is.
22           MR. CONNELLY:  The copy you gave me is not
23   signed, so I don't know...
24           MS. PATANE:  I wonder if I printed -- I'm not
25   sure why it's not signed.
```

1  expert witness file in this case.
2          If you had reviewed the deposition transcript
3  of Honor Duvall, would it be in your expert witness
4  file?
5      A.   I don't think it would be.
6      Q.   Why would it not be in your expert witness
7  file?
8      A.   Because I don't have an actual file.
9          I have access to all those emails, but I don't
10 have a particular file regarding what I looked at and
11 what I didn't.
12         But what I have on my yellow legal pad notes
13 would show what I principally looked at for the
14 formation of my opinion.
15         I didn't need to have a mountainous volume of
16 legal documents for me to form my opinion.
17     Q.   Okay.
18     A.   My opinion is formed strictly on a medical
19 basis and on a very simple tenet of pediatric medical
20 practice.
21     Q.   If you -- you may not have reviewed dependency
22 proceeding testimony, and you may not have reviewed all
23 the deposition transcripts in this case.
24         Do you know if you were told about any
25 deposition testimony that took place in this case?

## SIGNATURE PAGE

I, the undersigned, declare under penalty of perjury, that I have read the foregoing transcript of the testimony taken on November 14, 2022, in the above-referenced matter, and that the foregoing is a true and correct transcript of my testimony contained therein, except for the changes, if any, noted on the attached errata sheet.

_____    _12/19/22_
TODD ALLEN LEFKOWITZ, MD, FAAO      DATE

|   |   |
|---|---|
| 1 | **COURT REPORTER CERTIFICATE** |
| 2 | |
| 3 | BE IT KNOWN that the foregoing proceedings |
| 4 | were taken before me; that the witness before |
| 5 | testifying was duly sworn to testify to the whole |
| 6 | truth; that the foregoing pages are a full, true and |
| 7 | accurate record of the proceedings, all done to the |
| 8 | best of my skill and ability; that the proceedings were |
| 9 | taken down by me in shorthand and thereafter reduced to |
| 10 | print under my direction. |
| 11 | |
| 12 | I CERTIFY that I am in no way related to any |
| 13 | of the parties hereto nor am I in any way interested in |
| 14 | the outcome hereof. |
| 15 | |
| 16 | DATED at Phoenix, Arizona, this 28th day of |
| 17 | November, 2022. |
| 18 | |
| 19 | [X] Review and signature was requested.<br>[ ] Review and signature not requested.<br>[ ] Review and signature was waived. |
| 20 | [ ] Review and signature not required. |
| 21 | |
| 22 | |
| 23 | |
| 24 | _____ |
| 25 | HALEY DAWN WESTRA, RPR, CRR<br>Arizona Certified Reporter No. 50762 |

```
 1              REGISTERED REPORTING FIRM CERTIFICATE
 2
 3              I CERTIFY that HD Reporting, LLC, a
 4     Registered Reporting Firm in the State of Arizona,
 5     has complied with the ethical obligations set forth in
 6     ACJA 7-206 J(1)(g)(1) through (6).
 7
 8              I FURTHER CERTIFY that the foregoing
 9     deposition transcript was prepared by the reporter
10     designated herein; that a digital copy of the
11     reporter's transcript was submitted by the reporter to
12     HD Reporting, LLC, for the purposes of preparing
13     electronic and/or paper copies for the parties;
14     that the transcripts have been prepared, distributed
15     and invoiced pursuant to the order on file with
16     HD Reporting, LLC.
17
18              DATED at Phoenix, Arizona, this 28th day of
19     November, 2022.
20
21
22
23
24     _____
                         HD REPORTING, LLC
25            Arizona Certified Reporter No. R1139
```