# EXHIBIT 4

**SONORAN DESERT VISION CONSULTING**
Todd A. Lefkowitz, MD, FAAO
DIPLOMATE, AMERICAN BOARD OF OPHTHALMOLOGY

# SUPPLEMENTAL EXPERT REPORT

*Duvall, et al. v. Arizona Dept. of Child Safety, et al.*, 21-cv-00167-PHX-DWL

I, Todd A. Lefkowitz, MD, am a licensed physician certified by the American Board of Ophthalmology. I am a physician licensed to practice Medicine in all its branches in Arizona, New York, Nevada, Utah, Washington State and Idaho. I currently practice in the area of Medicine applicable in this case. I am familiar with the standard of care for medical practice that currently relates to issues of care and treatment of patients such as Duvall/Sankey. I am familiar with the standard of care in this case by virtue of my training, education, and experience of 40 years in the same field or related healthcare fields as the physicians who treated Duvall/Sankey. I can fairly evaluate the quality of care that was provided to Duvall/Sankey.

Since the time of my deposition on November 14, 2022, I have been provided with and/or identified the following articles and legal case opinions that support my views and opinions as stated in my opinion dated December 8, 2021 and/or as testified to at my deposition, including my opinion that SBS/AHT are not founded on verifiable scientific evidence, and that the vast majority of literature relied upon by adherents of SBS/AHT theory is based on circular reasoning. I have also been provided with the following opinions and notes from defendants' experts. I am prepared to testify about these materials and supplemental opinion at the trial of this matter.

**ARTICLES:**

1. Nonaccidental Head Injury in Infants – The "Shaken-Baby Syndrome" by Ann-Christine Duhaime, M.D., Cindy W. Christian, M.D., Lucy Balian Rorke, M.D., and Robert A. Zimmerman, M.D.

2. Abusive head trauma: evidence, obfuscation, and informed management by Ann-Christine Duhaime, M.D., and Cindy W. Christian, M.D.
3. Feasibility and Accuracy of Fast MRI Versus CT for Traumatic Brain Injury in Young Children by Daniel M. Lindberg, MD, Nicholas V. Stence, MD, Joseph A. Grubenhoff, MD, MSCS, Terri Lewis, PhD, David M. Mirsky, MD, Angie L. Miller, MD, Brent R. O'Neill, MD, Kathleen Grice, BA, Peter M. Mourani, MD, Desmond K. Runyan, MD, DrPH
4. The "New Science" of Abusive Head Trauma by Daniel M. Lindberg, MD, Howard Dubowitz, MD, Randell C. Alexander, and Robert M. Reece
5. Validation of the Pittsburgh Infant Brain Injury Score for Abusive Head Trauma by Rachel Pardes Berger, MD, MPH, Janet Fromkin, MD, Bruce Herman, MD, Mary Clyde Pierce, MD, Richard A. Saladino, MD, Lynda Flom, MD, Elizabeth C. Tyler-Kabara, MD, Tom McGinn, MD, Rudolph Richichi, PhD, Patrick M. Kochanek, MD, MCCM
6. Prevalence and Evolution of Intracranial Hemorrhage in Asymptomatic Term Infants by V.J. Rooks, J.P. Eaton, L. Ruess, G.W. Petermann, J. Keck-Wherley, and R.C. Pedersen
7. The etiology and significance of fractures in infants and young children: a critical multidisciplinary review by Sabah Servaes & Stephen D. Brown & Arabinda K. Choudhary & Cindy W. Christian & Stephen L. Done & Laura L. Hayes & Michael A. Levine & Joëlle A. Moreno &Vincent J. Palusci & Richard M. Shore & Thomas L. Slovis
8. Validation of a Clinical Decision to Rule to Predict Abuse in Young Children Based on Bruising Characteristics by Mary Clyde Pierce, MD, Kim Kaczor, MS, Douglas J. Lorenz, PhD, Gina Bertocci, PhD, Amanda K. Fingarson, DO, Kathi Makoroff, MD, Med, Rachel P. Berger, MD, MPH, Berkeley Bennet, MD, MS, Julia Magana, MD, Shannon Staley, MD, Veena Ramaiah, MD, Kristine Fortine, MD, Melissa Currie, MD, Bruce E. Herman, MD, Sandra Herr, MD, Kent P. Hymel, MD, Carole Jenny, MD, MBA, Karen Sheehan, MD, MPH, Noel Zuckerbraun, MD, MPH, Sheila Hickey, MSW, MJ, Gariel Meyers, MSM, and John M. Leventhal, MD
9. Repository Copy of Consensus statement on abusive head trauma in infants and young children by Choudhary, A.K., Servaes, S., Slovis, T.L. et al
10. The creation of non-disease: an assault on the diagnosis of child abuse by Thomas L. Slovis, Peter J. Strouse, Brian D. Coley, and Cynthia K. Rigsby
11. Challenging the Pathophysiologic Connection between Subdural Hematoma, Retinal Hemorrhage, and Shaken Baby Syndrome by Gabaeff SC
12. Reply to Gabaeff by Christopher Greeley
13. Rebuttal to Greeley by Gabaeff
14. Retinal and Optic Nerve Hemorrhages in the Newborn Infant: One-year Results of the Newborn Eye Screen Test (NEST) Study by Natalia F. Callaway, MD, MS, Cassie A. Ludwig, BS, Mark S. Blumenkranz, MD, Jennifer Michelle Jones, RN, Douglar R. Fredrick, MD, and Darius M. Moshfeghi, MD
15. The Eye Examination in the Evaluation of Child Abuse by Cindy W. Christian, MD, FAAP and Alex V. Levin, Md, MHSs, FAAO, FRCSC, FAAP

16. Education paper Retinal haemorrhages in abusive head trauma in children by David S. I. Taylor
17. Debunking Fringe Beliefs in Child Abuse Imaging: AJR Expert Panel Narrative Review by Cory M. Pfeifer, MD, MBA, MPH, M. Katherine Henry, MSCE, Marguerite M. Care, MD, Cindy W. Christian, MD, Sabah, Servaes, MD, Sarah S. Milla, MD, and Peter J. Strouse, MD
18. Consensus statement on abusive head trauma in infants and young children by Arabinda Kumar Choudhary, Sabah Servaes, Thomas L. Slovis, Vincent J. Palusci, Gary L. Hedlund, Sandeep K. Narang, Joelle Anne Morena, Mark S. Dias, Cindy W. Christian, Marvin D. Nelson Jr, V. Michelle Silvera, Susan Palasis, Maria Raissaki, Andrea Rossi, and Amaka C. Offiah

**REPORTS:**

1. Dr. Levin Report 9/21/22
2. Dr. Horton Updated Report 1/4/23
3. Dr. Rood Report 9/22/23
4. Dr. Rood Updated Report 1/19/23
5. Dr. Wagner Updated Report 1/24/23

**NOTES:**

1. Dr. Horton's Notes
2. Dr. Grubenhoff's Notes

**CASE LAW:**

1. Opinion by Bender, P.J.E., In re M.R., 247 A.3d 1113 (Pa. Super. Ct. 2021), 2021 Pa. Super. 30, Decided Mar 1, 2021
2. In re LA.-RA. W., 2021 PA. Super. 227 (Pa. Cmmw. Ct 2021)
3. Cavazos v. Smith, 565 U.S. 1 132 S.Ct. 2, 181 L.Ed.2d 311
4. Claar v. Burlington Norther R. Co., 29 F.3d 499, 63 USLW 2096, 39 Fed. R. Evid. Serv. 911
5. Com. V. Epps, 474 Mass. 743, 53 N.E.3d 1247
6. Del Prete v. Thompson, 10 F. Supp. 3d 907
7. Ex parte Henderson, 384 S.W. 3d 833
8. General Elec. Co. v. Joiner, 522 U.S. 136, 118 S.Ct. 512, 139 L.Ed.2d 508
9. In re Yohan K., 2013 IL App (1st) 123472, 993 N.E. 2d 877 373 Ill.Dec. 318
10. People v. Bailey, 144 A.D. 3d 1562, 41 N.Y.S. 3d 625

11. People v Bailey, 47 Misc.3d 355, 999 N.Y.S.2d 713, 2014 N.Y. Slip Op. 24418
12. People v. Thomas, 22 N.Y.3d 629, 8 N.E. 3d 308, 985 N.Y.S.2d 193, 2014 N.Y. Slip. Op. 01208
13. Siharath v. Sandoz Pharmaceuticals Corp, 131 F.Supp.2d 1347, 58 Fed. R. Evid. Serv. 244
14. State v. Edmunds, 308 Wis.2d 374, 746 N.W.2d 590, 2008 WI App 33

**DISCUSSION:**

1.RETINAL STRUCTURES

The retina is light-sensitive tissue in the back of the eye responsible for generation of vision. It is considered brain tissue and is part of the central nervous system. The retinal fibers are joined at the optic nerve, which transmits the visual stimuli received by the eye back to the occipital cortex, where it is ultimately interpreted. The optic nerve is surrounded by a tiny sheath, which contains the same meningeal layers as those enveloping the brain itself.

The retinal structures, especially in infancy, are very small in scale. An infant's entire retina is a bit bigger than a postage stamp. Although comprised of several layers, the retina is a very thin piece of tissue, less than half a millimeter thick. The retina's contiguous layers are thus separated from one another by mere microns.

The retina is fed blood through the central retinal artery and its branches as well as from blood vessels in the choroid adjoining the retina. There are capillaries throughout the retina, which are extremely small.


2. THE BELIEFS ABOUT SHAKEN BABY SYNDROME AND RETINAL HEMORRHAGES

For many years, pediatric physicians and ophthalmologists, as well as many other physicians, were taught that retinal hemorrhages in childhood nearly always meant child abuse. This belief came to be a key part of the medico-legal diagnosis usually referred to as Shaken Baby Syndrome (now often referred to as Abusive Head Trauma).

The belief that retinal hemorrhages pointed so heavily to SBS stemmed from the hypothesis—often taught at the time as established fact—that such hemorrhages reflect injury to the retinae as a result of something called vitreo-retinal traction. The vitreo-retinal traction theory posited that during violent shaking there is friction and tugging between the retina and the vitreous, leading to hemorrhage and, in many instances, other retinal injury, such as macular folds or a condition referred to as retinoschisis.

The vitreo-retinal traction theory and the belief that retinal hemorrhage almost always means abuse, especially if widespread and in multiple retinal layers, was by far the dominant understanding in the medical community as of the time of Swayde's hospitalization in February 2019. Some knowledgeable physicians did raise concerns that the belief was not yet validated. See *Andrea C. Tongue, Editorial, The Ophthalmologist's Role in Diagnosing Child Abuse, (1991)*, 98 *Ophthalmology* 1009 ("Although it is possible that certain types of retinal hemorrhages and retinoschisis are a sign of shaken baby syndrome, to date there is no evidence that clearly establishes that retinal hemorrhages, be they intraretinal, subretinal, or subhyaloid, are indicative of nonaccidental trauma.").

Over the years, many physicians and other researchers began to question the beliefs about SBS. These challenges undermined confidence in the classic SBS beliefs, including the beliefs about the potential dangers of short falls and retinal hemorrhages. This progression is alluded to in the Superior Court's order the matter of *State v. Cocogni*, CR2000-004812, and presented in greater detail in *Randy Papetti, et al., Outside the Echo Chamber: A Response to the Consensus Statement on Abusive Head Trauma in Infants and Young Children (2019), 59 Santa Clara L Rev 299.*

As pertains to retinal hemorrhages and the other findings (such as folds and retinoschisis) that were so closely attributed to abuse, several efforts to prove through pathologic investigation that they were traceable to vitreo-retinal traction failed. See M. Vaughn Emerson et al., *Ocular Autopsy and Histopathological Features of Child Abuse*, (2007), 14 Ophthalmology 1384; Craig Munger et al., *Ocular and Associated Neuropathologic Observations in Suspected Whiplash Shaken Infant Syndrome*, (1993), 14 Am. J. Forensic Med. Path. 193, 199. The neuropathology literature came to advise that retinal hemorrhages and the other retinal findings likely did not reflect trauma to the eye from vitreo-retinal traction, but instead, in most instances, oozing from retinal vessels from intracranial or intravenous pressure changes and other factors. See *Jan Leestma, Forensic Neuropathology* (3d ed. 2014); *J. Douglas Cameron and M. Vaughn Emerson, Ophthalmic Pathologic Findings in Infantile Traumatic Brain Injury, in Essential Forensic Neuropathology* (*Juan Troncoso et al. eds. 2010)*, 213-14.

Several researchers endeavored to test the beliefs about SBS and retinal hemorrhages through experiments with neonate animals. These efforts all failed to validate that even very violent and repetitive acceleration or shaking will lead to the retinal findings thought by many to be a natural consequence of such forces. For example, one study used machinery to repetitively shake piglets, for both short and extended period. The study, which involved 50 piglets, reported "no ocular injury" in any piglet. See *Brittany Coats et al., Cyclic Head Rotations Produce Modest Brain Injury in Infant Piglets*, (2017), 34 *J. Neurotrauma* 235. In fact, in all these piglet and lamb studies, involving dozens of animals, not even one violently accelerated or shaken animal had

retinoschisis, macular folds, or the severe or extensive retinal hemorrhaging supposedly so characteristic of SBS/AHT.

Biomechanical testing has repeatedly confirmed that shaking produces acceleration-deceleration forces well below those present in short falls.  See *Papetti et al. (2019)*.  Nor does the literature involving cases of witnessed shaking support the belief that retinal hemorrhages are a predictable consequence of shaking. For example, a recent study examined 36 children who were witnessed being shaken or where caretakers voluntarily admitted at the hospital that they had shaken the children. The study reported: "*No infant subject to shaking* with or without blunt force trauma and without any possibly predisposing factors *had any of the findings regarded as highly specific for AHT.  Our findings imply that SDH or RH have low sensitivity for AHT, entailing a risk for false negatives if these features are believed to have a high negative predictive value*." See *Ingemar Thiblin et al., Medical Findings and Symptoms in Infants Exposed to Witnessed or Admitted Abusive Shaking:  A Nationwide Registry Study, (Oct. 13, 2020)*, PLoS ONE 1.

One early understanding that supported the vitreo-retinal traction theory was that retinal hemorrhages are found in purported SBS/AHT cases in which there is no neuroimaging evidence of intracranial bleeding, brain swelling, or any severe systemic dysfunction, such as extreme infection, metabolic collapse, or a coagulopathy.  Such cases where abuse was suspected, retinal hemorrhages were present, but there was no evidence of intracranial injury or other systemic dysfunction, would tend to support the notion that the retinal hemorrhages are a distinct traumatic injury to the eye.

However, subsequent studies have confirmed that it is "exceedingly rare" for retinal hemorrhaging to occur in the context of trauma, absent intracranial hemorrhaging or other abnormal neuroimaging.  Mary V. Greiner et al., *Dedicated Retinal Examination in Children Evaluated for Physical Abuse without Radiologically Identified Traumatic Brain Injury*, (2013), 163 *J. Pediatr*. 527, 529 (2013); Li et al., *Retinal Hemorrhages in Low-Risk Children Evaluated for Physical Abuse*, (2011), 165 ARCH. PEDIATR. ADOLESC. MED. 913 (0 of 141 infants and children evaluated for child abuse and without evidence of altered mental status, abnormal neuroimaging, or non-linear skull fracture had retinal hemorrhages); J. Thackeray et al., *Yield of Retinal Examination in Suspected Physical Abuse with Normal Neuroimaging*, (2010) 125 PEDIATRICS e1066 (extensive retinal hemorrhage found in only 2 of 282 children evaluated for potential abuse without neuroimaging evidence of brain injury, and both children showed evidence of head or face injury and/or altered mental status). If retinal hemorrhages in purported SBS/AHT cases are traumatic injuries caused by forces acting on the eye as a result of shaking or comparable forces, as opposed to a secondary consequence of altered intracranial or venous pathology from whatever source, then one would expect to see them in purportedly shaken or abused children who do not also have intracranial hemorrhage, raised intracranial pressure, or

some significant systemic dysfunction. But numerous studies now make clear that such cases are almost non-existent. This collection of data, too, undermines the traditional understanding.

In his deposition, Dr. Cassidy testified that young children with the combination of retinal hemorrhages, intracranial hemorrhage, and an altered mental state, such as fussiness, are overwhelmingly SBS/AHT victims. The studies usually relied upon by professionals with admitted interest in child abuse pediatrics, and particularly AHT as Dr. Cassidy admits, merely show that young children with these characteristics historically have been very likely to have been classified as abused. Moreover, professionals dedicated to rooting out AHT like Dr. Cassidy overlook the controversy surrounding these studies and statistics.

The shaking hypothesis and the belief that shaking is an effective means of causing subdural and retinal hemorrhages became well-accepted in pediatric medicine before being scientifically or clinically validated. When a more dedicated effort began to validate the hypotheses, several clinical/observational studies appeared to do just that. These studies showed a very high percentage of SBS/AHT cases had retinal hemorrhages, while retinal hemorrhages were virtually nonexistent in accidental trauma cases, unless the cases involved extreme trauma such as an automobile wreck or multi-story fall. In most of the studies, 50-100% of the purported SBS/AHT victims had retinal hemorrhages, but only 0-5% of the infants classified as accidental trauma victims had such hemorrhages. These studies appeared to cement the belief that retinal hemorrhages, at least when combined with intracranial hemorrhage, are, in most circumstances, nearly *per se* proof of child abuse. Here are examples of how strong that belief became. See *Kenneth W. Reichert et al., Neurologic Sequalae of Shaken Baby Syndrome, in The Shaken Baby Syndrome: A Multidisciplinary Approach (2001)* ("The presence of retinal hemorrhage is virtually diagnostic of the violently shaken infant in the absence of severe accidental trauma."); *Alex V. Levin, 3 Ocular Manifestations of Child Abuse, (1990), 3 Ophthalmol. Clin. N. Am. 249, 256* ("It is difficult to answer the question whether trauma other than that resulting from deliberate abuse can cause retinal hemorrhage in infants."); *Rob Parrish, U.S. Dep't of Justice, Battered Child Syndrome: Investigating Physical Abuse and Homicide (2002)* ("According to all credible studies in the past several years, retinal hemorrhages in infants is, for all practical purposes, conclusive evidence of shaken baby syndrome in the absence of a good explanation. Good explanations include: [(1) a severe auto accident where the baby's head is impacted or the baby was thrown about wildly without restraint, or (2) a fall from several stories onto a hard surface].").

However, it is well-documented that these studies used flawed circular logic. As several researchers in a variety of disciplines have shown, the physicians who diagnosed the cases in the studies used the presence of intracranial hemorrhage and retinal hemorrhage as primary criteria for diagnosing SBS/AHT and then reported that, based on their study, SBS/AHT victims overwhelmingly have intracranial hemorrhage and retinal hemorrhage while accidental trauma victims do not. The documented problem is that the studies would find a strong correlation between intracranial hemorrhage/retinal hemorrhage and SBS/AHT was a self-fulfilling prophecy. One cannot validate a hypothesis based on a study that uses a classification system that *assumes* the association the researchers are supposedly testing.

The circularity of the SBS/AHT literature with respect to retinal hemorrhages that appears to form the basis for Dr. Cassidy's and Dr. Levin's opinions is now widely acknowledged. See Papetti et al. (2019). Once it became clear that the early SBS and retinal hemorrhage studies had serious methodological flaws, researchers (nearly all of whom were believers in the SBS/AHT hypotheses) attempted to address the circularity concern by doing systematic reviews or other meta-analyses that rolled up all or a portion of these underlying studies and then ran regression and other statistical analyses on the data. The idea was that by aggregating data, and perhaps not using the worst of the studies, the circularity problem could be eliminated or mitigated. These papers, like the papers they rely upon, report strong associations between retinal hemorrhages, especially "severe" or "extensive" retinal hemorrhages, and SBS/AHT. But these studies are not scientifically reliable.

These papers as often referred to as "prospective" studies, but, as any reasonable medical professional must acknowledge, most of them are not prospective studies. Most are either retrospective studies or meta-analyses/systematic reviews that roll up data from several underlying studies and calculate statistics from that data. For example, the Bhardwaj (2010) paper that is often cited is not itself a prospective study, but instead is a systematic review of selected prior studies. One cannot resolve a rampant circularity problem by taking a series of flawed, circular studies and aggregating them.

This seems rather elemental. In 2016, the Swedish Agency for Health Technology Assessment and Assessment of Social Services produced a report (the "Swedish Report") on SBS. The Swedish Report, which was produced by the only independent scientific body ever to evaluate the evidence base for SBS, found the systematic reviews that proponents like Dr. Cassidy and Dr. Levin often reference, including the Bhardwaj (2010) paper, to be of "low quality" and to reflect a "high risk of bias." Swedish Report at 31 ("All the systematic reviews were assessed to be of low quality (high risk of bias)."). In a companion paper, the authors of the Swedish Report explained that, because these systematic reviews use circular reasoning, the "[s]ensitivity, specificity, and predictive values" they reflect "incorrect conclusions" and "incorrect calculations of incidence." *Niels Lynoe et al., Insufficient Evidence for 'Shaken Baby Syndrome' – a Systematic Review, (2017), 106 Acta Paediatrica 1021*. To reiterate, both the Swedish Report and the companion paper by its authors specifically grade the Bhardwaj (2010) paper as "low quality" and having a "high risk of bias." Other papers, too, criticize the Bhardwaj (2010) study as circular and thus methodologically flawed. See *Marc de Leeuw et al., The Optic Nerve Sheath Hemorrhage Is a Non-Specific Finding in Cases of Suspected Child Abuse, (2015), 36 J. Forensic Legal Med. 43* ("Furthermore, the overwhelming presence of ONSH [optic nerve sheath hemorrhage] in AHT cases in other studies [citing Bhardwaj (2010)] is often the result of patient selection bias, resulting in circular reasoning about the significance of ONSH in an infant death.").

The Bhardwaj (2010) paper itself concluded that most of the SBS/AHT literature on retinal hemorrhages is circular, specifically finding that 16 of the 20 studies it reviewed suffered from that flaw. *See* Bhardwaj at 985 ("Several weaknesses were identified in the included studies….This also meant that there was the potential for circular logic in all but 4 studies because [intra-ocular hemorrhages] are often used clinically as a diagnostic sign of abuse."). However, as

others have noted, even the four studies that the Bhardwaj study found to be the best designed also suffer from circularity. *Keith Findley et al., Shaken Baby Syndrome, Abusive Head Trauma, and Actual Innocence: Getting It Right, (2012), 12 Hous. J. Health L. & Pol'y, 209* (noting that the Bhardwaj study found 16 of the 20 studies it reviewed to be circular when, in fact, all 20 studies were circular).

**There Is No Basis for Inferring Abuse from Swayde's Retinae**

The literature is now quite clear that retinal hemorrhages in infancy and young childhood are found in a wide variety of traumatic and non-traumatic settings, such as external hydrocephalus, aneurysms, vascular malformations, certain fatal infections, venous thrombosis, natural child birth, caesarian child birth if accompanied by hypoxic injury, in the context of reperfusion and venous stasis, spikes in intracranial pressure, and a whole list of other rarer natural conditions and combinations of conditions. The rough equation that once prevailed of intracranial hemorrhage + retinal hemorrhage = presumptive SBS/AHT is not scientifically validated or otherwise reliable.

I understand that Dr. Cassidy's and Dr. Levin's positions are that their expertise can distinguish between retinal hemorrhages evidencing abuse and retinal hemorrhages that may have other explanations. There is nothing, however, in the scientific literature or the training of an ophthalmologist that permits that distinction to be made in cases like this.  See *M. Mattheij et al., Retinal Haemorrhages in a University Hospital:  Not Always Abusive Head Trauma, (2017), 117 Acta Paediatrica Neurol. Belg. 515* (study concluded:  "The majority of children in all groups [AHT, suspect for AHT, and non-suspect] showed 'too numerous to count (>20) RH…. Results showed no difference between the groups concerning the location, distribution or size of the RH."); *id*. at 521 ("Clinicians should also know that there is no pathognomonic size, distribution, or location of RH seen only in AHT."); *Mark J. Shuman, Severe Retinal Hemorrhages with Retinoschisis in Infants Are Not Pathognomonic for Abusive Head Trauma, (2017), 62 J. Forensic Sci 807* ("The finding of severe retinal hemorrhages cannot be used to determine how, or even if, a traumatic event occurred.").

It has been known for many decades that a wide range of conditions or events (both natural and traumatic) that lead to systemic dysfunction, especially those affecting blood oxygen or venous pressure, can cause vulnerability in the retinal vessels.  See *Frank B. Walsh et al., 3 Clinical Neuro-Ophthalmology 2348 (1969)* ("The walls of the small venules in the retina are relatively fragile and may be ruptured by any mechanism that causes an acute rise in venous pressure."); *John B. Hickam and Regina Frayser, Studies of the Retinal Circulation in Man:  Observations on Vessel Diameter, Arteriovenous Oxygen Difference, and Mean Circulation Time, (1966), 33 Circulation 302* ("Systemic disorders often cause pathological changes in the optic fundus."). The retinal

vessels are microscopic, sensitive, and very vulnerable to hypoxia, congestion, reperfusion, and to abrupt changes in intracranial pressure, venous pressure, and metabolic factors. This is not controversial outside the child abuse context.

Even in the field of child abuse pediatrics, where it is still generally claimed that widespread retinal hemorrhages are often specific for abuse, there is recognition that: "Although the abusive traumatic event is the primary etiology of the RH, *factors such as hypoxia, anemia, reperfusion, autonomic vascular dysregulation, significant shifts in sodium balance, coagulopathy, and intracranial pressure elevation may modulate the appearance of RHs*." Cindy Christian, Alex V. Levin, et al., *The Eye Examination in the Evaluation of Child Abuse*, (2018), 142 PEDIATRICS *e20181411*.

In sum, it is much more likely and consistent with the scientifically reliable medical evidence that Colten's retinal hemorrhaging was a secondary result of a number of internal factors acting in combination rather than a tearing of such vessels as a result of shaking or similar forces. This would appear especially true given the absence of traumatic retinoschisis.

I disagree with Dr. Cassidy that the differential diagnosis for retinal hemorrhages like these are limited to sepsis, leukemia, or massive traumatic events like motor vehicle accidents, multi-story falls, single massive crush, massive single acceleration/deceleration injury, or a repetitive acceleration/deceleration injury, as in SBS/AHT. The forces involved in even very abusive shaking are not comparable to those in motor vehicle accidents or multi-story falls and "abuse" is neither a pathologic nor biomechanical concept. Dr. Cassidy's differential does not reflect the actual state of the literature.

Beyond the fact that there is uncertainty and controversy regarding the pathophysiology of retinal hemorrhages in purported SBS/AHT cases, it is clear that the literature undermines the notion that extreme mechanical trauma, sepsis, or coagulopathy are necessary to cause widespread, multilayered retinal hemorrhages. See Nobuhiko Aoki, *Hemorrhage Caused by Minor Occipital Impact Witnessed by an ICU Nurse: A Case Report*, (2020), 4 *J. Pediatr. Neurol. Neurosci.* 47 (reporting on a child with a relatively minor head injury who developed bilateral, multilayered retinal hemorrhages while hospitalized); Natalie Callaway et al., *Retinal and Optic Nerve Hemorrhages in the Newborn Infant: One-Year Results of the Newborn Eye Screen Test (NEST) S*tudy, (2016), 123 *Ophthalmology* 1043 (finding bilateral, multi-layered retinal hemorrhages extending to all four retinal quadrants in a significant percentage of normal vaginal deliveries, including in many instances hemorrhages that reflected optic nerve involvement); E. Eris et al., *Retinal Haemorrhage Rates and Resolution Time of Retinal Haemorrhage in Newborns After Hypothermic Treatment for Hypoxic-Ischemic Encephalopathy*,(2020), 27 ARCH. DE PÉDIATRIE 29 (children delivered via planned caesarians but with hypoxic-ischemic brain damage: study results--79% of the infants with severe hypoxic-ischemic encephalopathy had retinal hemorrhages and the RHs in 90% of them "were widespread"); Shuman, *supra* (infant who died after ruptured vascular malformation had "bilateral optic nerve sheath hemorrhages and extensive bilateral retinal hemorrhages and retinal folds"); Joshua D. Levinson et al., *Diffuse*

*Bilateral Retinal Hemorrhages in an Infant with a Coagulopathy and Prolonged Cardiopulmonary Resuscitation*, (2016), 20 J AAPOS 166 (infant found unconscious with myocardial infarction had extensive multilayered retinal hemorrhages from posterior pole to the ora serrata; autopsy also revealed bilateral hemorrhage along optic nerves); Marcus C Salvatori and Patrick E. Lantz, *Retinal Haemorrhages Associated with Fatal Paediatric Infections*, (2015), 55 MED. SCI. LAW 122; Othon J. Mena et al., *Ocular Findings in Raised Intracranial Pressure: A Case of Terson Syndrome in a 7-Month-Old Child*, (2011), 32 AM. J. FORENSIC MED. PATH. 55 (2011) (retinal hemorrhages extending to the ora serrata and in multiple layers after an aneurysm); Anne Stray-Pedersen et al., *An Infant with Subdural Hematoma and Retinal Hemorrhages: Does von Willebrand Disease Explain the Findings?*, (2011), 7 J. FORENSIC SCI. MED. PATHOL. 37.

It is also important to keep in mind that while Dr. Cassidy is finding such relevance in the fact that the hemorrhage extends into multiple retinal layers, the retina is extremely thin—less than a half a millimeter thick. The layers are somewhat contiguous and separated by microns. Similarly, he finds it relevant that the hemorrhages extend towards the ora serrata. But again, this is an incredibly nuanced finding—the spread that Dr. Cassidy finds significant is only perhaps a centimeter. That many pediatric physicians and child abuse specialists still believe in such a hypothesis does not change the reality that the hypothesis has not been adequately validated and appears to be very questionable.

**CONCLUSIONS:**

In conclusion, Dr. Cassidy's report and reasoning as testified about is consistent with his understanding that severe retinal hemorrhages equals abuse, absent major trauma equivalent to falling off a cliff, being run over by a truck, sepsis, or a tiny handful of other exceptions. His report and reasoning are not consistent with the state of scientific understanding and are highly controversial outside the field of child abuse pediatrics.

A more recent re-evaluation of the aspects of the science behind SBS/AHT has led to re-examination of the classical thought on head trauma and its sequelae in the brain and eyes. Dogmatic Statements from the AAO and AAP lack foundation in scientific evidence.

---

Todd A. Lefkowitz MD, FACS, FAAO, diplomate ABO
Sonoran Desert Vision Consulting
May 25, 2023