Cynthia Y. Patane (SBN: 018439)
Rachel L. Werner (SBN: 033361)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3647
Facsimile: (602) 265-4716
cpatane@grsm.com
rwerner@grsm.com

*Attorneys for Defendants*
*Brendan Cassidy and Jane Doe Cassidy*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; State of Arizona, a governmental entity; Brenda Gualajara, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Gualajara, her spouse, Fernando Araizo, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Araizo, his spouse; Alyssa Lucero, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Lucero, her spouse; Jeffrey Duncan, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Duncan, his spouse; Chantel Madson, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Madson, her spouse; Phoenix Children's Hospital, INC., an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Brendan Cassidy, individually and as a services provider for the State of Arizona Department of Child Safety and Jane | **CASE NO. 21-CV-00167-PHX-ROS**<br><br>**DEFENDANT DR. BRENDAN CASSIDY'S RESPONSE TO PLAINTIFFS' OMNIBUS *DAUBERT* MOTION AS TO ELEVEN EXPERTS RETAINED BY PCH DEFENDANTS AND DEFENDANT CASSIDY** |

Doe Cassidy, his spouse; William S. Wood, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Wood, his spouse; Kathryn Coffman, individually and as a service provider for the State of Arizona Department of Child Safety and John Doe Coffman, her spouse; Hailey Dietzman, individually and as a services provider for the State of Arizona Department of Child Safety and John Doe Dietzman, her spouse; Zachary Dion, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Dion, his spouse; Carey Lewis, individually and as a services provider for the State of Arizona Department of Child Safety and John Doe Lewis, her spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; John and Jane Does 1-5; and Black Entities 1-5,

Defendants.

Defendant Dr. Brendan Cassidy requests that this Court deny Plaintiffs' Omnibus *Daubert* Motion. Dr. Cassidy and his expert, Dr. Alex Levin, should be permitted to offer testimony at trial on Abusive Head Trauma (AHT). Their testimony on AHT satisfies the reliability standards of Rule 702, Federal Rules of Evidence, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Plaintiffs' *Daubert* Motion should be denied.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  SZS WAS DIAGNOSED WITH ABUSIVE HEAD TRAUMA (AHT) IN FEBRUARY 2019**

On 2/21/2019, SZS was referred to the emergency department of Phoenix Children's Hospital (PCH) by pediatrician Dr. Heather Gosnell. (Exhibit 1 - Desert Valley Pediatrics Record, pp. 00022-00027 kw.) Dr. Gosnell had been the pediatrician for SZS since he was born. She testified during her deposition in this case that she believed SZS had been abused. (Exhibit 2 – Deposition transcript of Dr. Gosnell, p.37:18 to p.38:9;

-2-

p.242:4-18; p.237:20-23.) Honor Duvall told the healthcare professionals at PCH that SZS had acute onset bruising, blood in his vomit, and conjunctival hemorrhages. According to Ms. Duvall, SZS had been sleepier over the last three days, sleeping through feeds, not crying a lot and not as active. (Exhibit 3 - PCH Record, pp.1258 - 1265 cycn.)

A CT of the head revealed intracranial bleeding. (Exhibit 4 – PCH Record, p.370 cycn.) On 2/22/2019, pediatric ophthalmologist Dr. Brendan Cassidy performed an evaluation. (Exhibit 5 – PCH Record, p.1281 cycn.) He found mild hemorrhages overlying the optic nerves, marked hemorrhage of all 3 layers of the retinas and mild vitreous hemorrhage. Dr. Cassidy's differential diagnosis included a bleeding disorder and severe health compromise such as sepsis or leukemia. Dr. Cassidy's record states, "Intracranial hemorrhage, mental status changes, bilateral marked retinal hemorrhaging involving both eyes, all 3 layers, and all zones of both eyes. This is most consistent with abusive head trauma." The ophthalmological findings identified by Dr. Cassidy were corroborated by other ophthalmologists. During the remainder of SZS's admission to PCH, a bleeding disorder and severe health compromise such as sepsis or leukemia were ruled out. He was discharged on 2/23/2019.

## II. EVIDENCE OF AHT IS ADMISSIBLE PURSUANT TO RULE 702 AND DAUBERT

Rule 702, Federal Rules of Evidence, requires the trial judge to confirm that an expert witness' testimony is the product of reliable principles and methods and that the witness applied those principles and methods reliably to the facts of the case. In the field of science and medicine, these criteria may include whether the theory can, and has been, tested; whether it has been subjected to peer review and publication; whether the technique or studies used to support the theory have a known and acceptable error rate and control standards; and whether and to what extent the relevant scientific community accepts the theory or technique as valid and reliable. How a particular theory or methodology has been received by the mainstream scientific community is highly probative of its reliability.

1    Abusive Head Trauma (formerly known as Shaken Baby Syndrome (SBS)) is an established medical diagnosis. AHT is the product of reliable principles and methods, it has been subjected to peer review and publication, and the scientific community accepts the theory as valid and reliable. According to the Centers for Disease Control and Prevention (CDC), AHT is an injury to the skull or intracranial contents of an infant or child younger than 5 years caused by inflicted blunt impact, violent shaking or both. The constellation of findings may include injuries to the skeleton, brain, and retina. Common features include skin injury and evidence of oral trauma. AHT accounts for about one third of all child maltreatment deaths. Babies less than one year old are at the greatest risk of injury from AHT.

The AHT diagnosis is made through the differential diagnosis methodology. Differential diagnosis is "a standard scientific technique of identifying the cause of a medical problem" by "consider[ing] all relevant potential causes of the symptoms and then eliminat[ing] alternative causes based on a physical examination, clinical tests, and a thorough case history." *Hardyman v. Norfolk & W Ry Co*, 243 F3d 255, 260 (CA 6, 2001), quoting Federal Judicial Center, Reference Manual on Scientific Evidence 214 (1994). AHT is on the differential (i.e., is a potential cause) when an infant or young child presents with "neurologic signs and symptoms such as irritability/lethargy, altered mental status, seizures, respiratory compromise and apnea, fractures, varying degrees of pattern marks or bruises in unusual locations, vomiting and poor feeding." (Exhibit 6 - Choudhary et al., *Consensus Statement*, 48 Pediatric Radiology at 1051–1052, citing Reece et al, Inflicted Childhood Neurotrauma, American Academy of Pediatrics (Elk Grove, Illinois, 2003) pp 49–64.) If these are present, the clinician conducts a comprehensive medical evaluation, which includes a thorough physical examination, skeletal survey, laboratory studies, head and neck imaging, and a timely ophthalmology consultation. There are several ocular findings associated with AHT, the most common of which is retinal hemorrhages (bleeding inside the retina), which are found in approximately 85% of AHT cases. The clinician must recognize that retinal hemorrhages may be associated with

several conditions, but a specific pattern of retinal hemorrhages—those that are too numerous to count, in multiple layers of the retina, and extending to the retinal periphery—are highly specific for AHT. (Exhibit 7 - Bhardwaj et al., A Systematic Review of the Diagnostic Accuracy of Ocular Signs in Pediatric Abusive Head Trauma, 117 Ophthalmology 983 (2010)).

The diagnosis of AHT is supported by at least 700 peer reviewed, clinical medical articles, comprising thousands of pages of medical literature, published by over 1,000 different medical authors, from at least twenty-eight different countries. (Exhibit 8 - Sandeep Narang, A Daubert Analysis of Abusive Head Trauma/Shaken Baby Syndrome, 11 Hous. J. Health L. & Pol'y 505, 578 (2011)). AHT has been peer-reviewed and published in the fields of biomechanical engineering, general pediatrics, neonatology, neurology, neurosurgery, nursing, obstetrics, ophthalmology, orthopedics, pathology (forensic pathology), radiology and rehabilitative medicine. It is the most peer-reviewed and well-published topic in child abuse pediatrics. Thus, the diagnosis of AHT has been subjected to the rigors of scientific falsifiability, stringently peer reviewed and well published.  (Exhibit 8 - Sandeep Narang, A Daubert Analysis of Abusive Head Trauma/Shaken Baby Syndrome, 11 Hous. J. Health L. & Pol'y 505, 578 (2011)).

The following 17 international and national professional medical societies have publicly acknowledged the validity of AHT:

    1. Society for Pediatric Radiology (SPR)
    2. European Society of Paediatric Radiology (ESPR)
    3. American Society of Pediatric Neuroradiology (ASPNR)
    4. American Academy of Pediatrics (AAP)
    5. European Society of Neuroradiology (ESNR)
    6. American Professional Society on the Abuse of Children (APSAC)
    7. Swedish Paediatric Society
    8. Norwegian Pediatric Association
    9. Japanese Pediatric Society

      10. Executive Committee of the American College of Radiology (ACR)

      11. Sociedad Latinoamericana de Radiología Pediátrica (SLARP)

      12. Société Francophone d'Imagerie Pédiatrique et Prénatale (SFIPP)

      13. American Association for Pediatric Ophthalmology and Strabismus (AAPOS)

      14. Asian and Oceanic Society for Paediatric Radiology (AOSPR)

      15. Australian & New Zealand Society for Paediatric Radiology (ANZSPR)

      16. Society of German-speaking Pediatric Radiologists (GPR)

      17. The Pediatric Society of New Zealand

(Exhibit 9 - Choudhary A. The impact of the consensus statement on abusive head trauma in infants and young children. Pediatric Radiology (2021) 51:1076-1078.)

      The assertions that AHT/SBS is controversial and not based on medical science are made by a small number of medical professionals who often lack expertise in pediatrics and lack appropriate grounding in scientific methods and procedures. (Exhibit 10 - Amicus Brief of the American Academy of Pediatrics to the Michigan Supreme Court, 2/9/2023.) Abusive head trauma or shaken baby syndrome, is accepted by the majority of healthcare professionals as a valid diagnosis. (Exhibit 11 - Narang SK, Estrada C, Greenberg S, Lindberg D. Acceptance of Shaken Baby syndrome and abusive head trauma as medical diagnoses. J Pediatr. 2016;177:273-8) (Exhibit 6 - Choudhary AK, Servaes S, Slovis TL, Palusci VJ, Hedlund GL, Narang SK, et al. Consensus statement on abusive head trauma in infants and young children. Pediatric radiology. 2018;48(8):1048-65) (Exhibit 12 - Choudhary AK, Dies Suarez P, Binenbaum G, Guandalini M, Cain T, Adamsbaum C, et al. Consensus statement on abusive head trauma: additional endorsements. Pediatric radiology. 2019;49(3):421.)

      According to Dr. Alex Levin, the medical community does not recognize a genuine debate over the validity of abusive head trauma. (Exhibit 13 – Report of Dr. Alex Levin, dated 9/21/2022.) Dr. Levin concluded that Dr. Cassidy's diagnosis of AHT was reasonable.

No genuine dispute exists in the relevant medical community about the continued validity of AHT. AHT is recognized as a valid diagnosis by 93% of academic pediatric neurosurgeons, pediatric neurologists, pediatric ophthalmologists, pediatric radiologists, pediatric critical care doctors, pediatric emergency medicine doctors, child abuse pediatricians and forensic pathologists at the 10 leading children's hospitals in the United States. (Exhibit 11 - Narang SK, Estrada C, Greenberg S, Lindberg D. Acceptance of Shaken Baby syndrome and abusive head trauma as medical diagnoses. J Pediatr. 2016;177:273-8.) Advocates for accused individuals, who are not experts in child abuse medicine but are primarily concerned about the significant legal consequences of the diagnosis, are the cause of the controversy.

## III. DR. LEVIN AND DR. CASSIDY APPLIED THE PRINCIPLES AND METHODS OF AHT RELIABLY TO THE FACTS OF THE CASE.

### A. Qualifications of Dr. Levin

Dr. Alex Levin is US Board Certified in Pediatrics (1986), Ophthalmology (1991), and Child Abuse Pediatrics (2009). (Exhibit 13 - Report of Dr. Alex Levin, dated 9/21/2022.) He is the only physician world-wide with this triple board certification and one of less than 10 who are boarded in both pediatrics and ophthalmology. He is also Canadian board certified in Ophthalmology. He holds a Masters (MHSc) in Bioethics from The University of Toronto (2001).

After obtaining his MD degree at Jefferson Medical College in 1982, he completed a full residency in Pediatrics at Children's Hospital in Philadelphia in 1985 after which he was a full-time staff Child Abuse Pediatrician until 1986. At that time, he began an Ophthalmology Residency at Wills Eye Hospital. During the first two years of his Ophthalmology Residency, he practiced Child Abuse Pediatrics part time at Children's Hospital of Philadelphia. After completing his Ophthalmology Residency in 1989, he then completed a Pediatric Ophthalmology Fellowship at The Hospital for Sick Children in Toronto in 1990. Afterwards, he returned to Wills Eye Hospital and a community practice as a Pediatric Ophthalmologist for two years. In 1992, he became a Staff Pediatric

Ophthalmologist at The Hospital for Sick Children and continued there until December 2008 when he returned to Philadelphia as Chief, Pediatric Ophthalmology and Ocular Genetics at Wills Eye Institute. During his time at The Hospital for Sick Children, from 2002-2008, with Academic Certification in Paediatrics by The Royal College of Physicians and Surgeons in Canada, he simultaneously worked as a Child Abuse Staff Pediatrician again. In 2020, he relocated to Rochester, New York, as Chief, Pediatric Ophthalmology and Ocular Genetics at the Flaum Eye Institute, and Chief, Clinical Genetics at Golisano Children's Hospital, University of Rochester Medical Center. He is a full Professor in the Departments of Ophthalmology and Pediatrics at the University of Rochester and holds the Adeline Lutz - Steven S.T. Ching, M.D. Distinguished Professorship in Ophthalmology.

Much of Dr. Levin's research, clinical work, and teaching responsibilities have pertained to the ocular manifestations of child abuse, in particular retinal hemorrhages. He has lectured regarding the ocular manifestations of child abuse throughout North America and around the world. He has published (or in press) 297 papers in peer reviewed journals, 156 book chapters (published or in press), and 13 books, much of the subject matter of which relates to the ocular manifestations of child abuse. He has given 1489 presentations worldwide not including talks given within the hospitals where he has been employed. Many of these talks, if not most, have been in regards to the ocular manifestations of child abuse. His research work has had a major focus in trying to understand the diagnostic implications, differential diagnosis and pathophysiology of retinal hemorrhages.

Dr. Levin's clinical involvement in this field actively continues.  He is the primary ophthalmology consultant for Golisano Children's Hospital, for cases where there is a concern of possible child abuse. He was the invited author of a state of the art review on the topic of retinal hemorrhages in the journal of the American Academy of Pediatrics, *Pediatrics*, the American Academy of Ophthalmology Information Statement on retinal hemorrhages in abusive head injury

(http://one.aao.org/CE/PracticeGuidelines/ClinicalStatements_Content.aspx?cid=914163d5-5313-4c23-80f1-07167ee62579), and the American Academy of Pediatrics Position Statement on eye examination when concern for possible abuse arises. He served two terms as an elected member of the Executive Committee of the Section on Child Abuse and Neglect of the America Academy of Pediatrics. He was given the Ray E. Helfer Honorary Child Abuse Society Award for Distinguished Contributions in the field of Child Abuse and Neglect. He was elected to the prestigious American Ophthalmology Society based on his thesis paper regarding the development of a system to characterize the retinal hemorrhages seen in abusive head trauma/shaken baby syndrome. He has consulted and testified for both the prosecution and defense in both civil and criminal matters related to child abuse.

### B. Qualifications of Dr. Cassidy

Dr. Cassidy is a pediatric ophthalmologist. After completing medical school and a three year ophthalmology residency, Dr. Cassidy completed a one year fellowship in pediatric ophthalmology (Exhibit 14 – Dr. Cassidy's deposition testimony, p.16:13-22). During Dr. Cassidy's fellowship, he received additional training on signs and symptoms associated with non-accidental trauma and how it can affect a child's eyes. (Exhibit 14 – Dr. Cassidy's deposition testimony, p.298:15-24.) Part of the training he received during his fellowship was how to diagnose injuries in the eyes that could be associated with non-accidental trauma. (Exhibit 14 – Dr. Cassidy's deposition testimony, p.299:2-21.)

Dr. Cassidy has practiced in the subspecialty of pediatric ophthalmology in Arizona since 1994. (Exhibit 14 – Dr. Cassidy's deposition testimony, p.32:6 to p.33:24). From approximately 1999 to 2017, Dr. Cassidy performed ophthalmology evaluations on hundreds if not thousands of children at Phoenix Children's Hospital for possible abusive head trauma. (Exhibit 14 – Deposition testimony of Dr. Cassidy p.43:12 - p.44:2).

///

///

///

### C. Retinal and subconjunctival hemorrhages, intracranial bleeding, lethargy and vomiting are common features of AHT.

#### 1. Ophthalmic Hemorrhages

The great majority of cases in which an infant has subconjunctival hemorrhages are due to trauma. (Exhibit 15 - Parikh A. Prevalence and Causes of Subconjunctival Hemorrhage in Children. Pediatrics (2020) vol 146, issue 1_Meeting Abstract) (Exhibit 2 - Deposition transcript of Heather Gosnell, MD, p.242:4-18 and p.237:20-23.) Subconjunctival hemorrhages are well described in infants who are abused. (Exhibit 16 - DeRidder CA, Berkowitz CD, Hicks RA, Laskey AL. Subconjunctival hemorrhages in infants and children: a sign of nonaccidental trauma. Pediatr Emerg Care. 2013;29(2):222–226.) Subconjunctival hemorrhages in the absence of a medical cause are red flags for child abuse, especially in infants.

Retinal hemorrhage is an important finding associated with AHT. Retinal hemorrhage has been described in children with other causes of trauma, particularly motor vehicle crashes, crush injuries, and critical illnesses. But retinal hemorrhages from accidental causes typically occur in a pattern clearly distinct from those associated with AHT. Retinal hemorrhage is more common and severe in AHT than accidental injury in infants. Hemorrhages like those seen in SZS, which extend to the outer margins of the retina (ora serrata), are extensive (too numerous to count), and involve multiple layers are associated with AHT.

Retinal and subdural hemorrhages can be caused by rotational acceleration/deceleration forces that occur in shaking. During shaking, the acceleration-deceleration forces are mostly oriented within the sagittal plane (forward-backward). The forces from grasping and shaking the torso are transferred by the neck to the skull, followed by stresses and strains on the soft tissues in the skull. When stress and strain exceed certain thresholds, material failure of the tissue will occur (injury), such as retinal hemorrhages and rupture of bridging veins leading to subdural hemorrhages. (Exhibit 17 - Marloes E., Modeling of inflicted head injury by shaking trauma in children: what we

can learn. Forensic Science, Medicine and Pathology (2019)).

The extensive retinal hemorrhaging in SZS is known to be caused by bleeding disorders, sepsis, leukemia, crushing of the skull or acceleration/deceleration. There was no history of a crush injury, nor was the physical examination otherwise consistent with a crush injury. There was no history of birth trauma that caused hemorrhaging that would have persisted for two months. Although Plaintiffs suggest birth trauma as a cause of SZS's findings, they have never come forward with evidence to support that theory. Thus, AHT from acceleration/deceleration was the most reasonable cause after bleeding disorders, sepsis and leukemia were ruled out.

### 2. Intracranial Bleeding

Subdural or subarachnoid hemorrhage after uncomplicated vaginal delivery resolves by 4 weeks. Subdural and subarachnoid hemorrhage after 1 month of age is unlikely to be birth-related. (Exhibit 18 - Rooks V. Prevalence and Evolution of Intracranial Hemorrhage in Asymptomatic Term Infants. Am J Neuroradiol 2008 June; 29(6): 1082-1089.) There is no evidence that birth-related intracranial bleeding re-occurs or that the vessels re-bleed. Thus, the intracranial bleeding identified in SZD on 2/21/2019 was not related to birth.

Infants and young children are more susceptible to head injuries than older children and adults for many reasons. (Exhibit 19 - Joyce T. Pediatric Abusive Head Trauma. StatPearls, 2023.) A child's brain has a higher water content than adults (pediatric brain 88%; adult brain 77%). Thus, the brain is more likely to suffer acceleration-deceleration injuries. Further, the unmyelinated brain in an infant is more likely to experience shearing injuries.

Shaking alone without impact can produce intracranial injury in the absence of an injury to the spinal column or neck. Thus, the absence of a neck injury does not rule out the presence of intracranial bleeding due to shaking. SDH associated with severe head injury is often located along the convexities of the frontal, parietal, and temporal lobes where tearing of bridging vessels and traumatic impact between the brain and the skull

occurs. A subdural hematoma is a common finding in abusive head trauma. Acceleration-deceleration force causes the brain to move within the fixed venous channels and skull. Hemorrhages occur in the subarachnoid and subdural space if there is rupturing or tearing of the bridging veins. (Exhibit 19 - Joyce T. Pediatric Abusive Head Trauma. StatPearls, 2023.) Subarachnoid hemorrhage can irritate the meninges, leading to secondary impairment of cerebrospinal fluid (CSF) resorption. If this happens, hydrocephalus can develop. The 3 millimeters subarachnoid hemorrhage over the right parietal vertex and subdural hemorrhage over the left parietal vertex that were seen on the CT scan of 2/21/2019 are consistent with acute tearing of the bridging vessels and a traumatic impact between the brain and skull from shaking.

### 3. Mental Status Changes

Increased blood within the cranium often causes nausea/vomiting, lethargy and irritability. (Exhibit 20 - Jones S. Samanta D. Macrocephaly. Stat Pearls. February 4, 2022.)

All of these symptoms were reported by Ms. Duvall. Increased blood within the cranium can also cause an increased head size. On average, head circumference increases by 2 cm per month in 0 to 3 months of age and 1 cm/month in 3 to 6 months of age. During the last six months of infancy, head circumference increases by 0.5 cm/month. During the first year of life, there is a 12 cm average increase in head circumference. (Exhibit 20 - Jones S. Samanta D. Macrocephaly. Stat Pearls. February 4, 2022.) In the month prior to his first admission to PCH (between 1/23/2019 and 2/25/2019), SZS's head circumference increased by 4.48 cm, more than double what is normal. This rapid increase in head circumference was most likely caused by intracranial bleeding.

It was reasonable for Dr. Cassidy to conclude that the intracranial hemorrhaging, mental status changes, and bilateral marked retinal hemorrhaging in the absence of other probable causes were most consistent with AHT. (Exhibit 13 - Report of Dr. Alex Levin, dated 9/21/2022.)  Although Plaintiffs have assumed Dr. Cassidy and Dr. Levin are testifying that they abused SZS, Dr. Cassidy and Dr. Levin have never given opinions

about the identities of SZS's abuser(s). Rather, they have given the opinions that his injuries are most consistent with AHT in the absence of other probable causes.

### III.  CONCLUSION

AHT is accepted by the mainstream medical community as a valid diagnosis and satisfies the reliability requirements of Rule 702. The opinions of Dr. Cassidy and Dr. Levin are the product of reliable principles and methods and they applied those principles and methods reliably to the facts of the case. Thus, Dr. Cassidy and Dr. Alex Levin should be permitted to testify that AHT is the most likely explanation for the findings in SZS.

Dated: October 19, 2023

**GORDON REES SCULLY MANSUKHANI, LLP**

By:  /s *Cynthia Y. Patane*
Cynthia Y. Patane
Rachel L. Werner
*Attorneys for Defendants*
*Brendan Cassidy and Jane Doe Cassidy*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Sandra Daussin, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ  85020
*Attorneys for Plaintiffs*

Georgia Staton
Ravi V. Patel
Jones, Skelton & Hochuli, PLC
40 North Central Ave., Suite 2700
Phoenix, AZ  85004
*Attorneys for Defendants State of Arizona and ADOCS*

Kari B. Zangerle
Robert C. Stultz
Gust Rosenfeld, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ  85004-2553
*Attorneys for Defendants Phoenix Children's Hospital;
Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman;
Hailey Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

By: /s Z. Seyferth

1308543/82822920v.1

-14-