# EXHIBIT 1

**Desert Valley Pediatrics - Goodyear**  May 9, 2022
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338  Page 1
6238777337  Fax: 6239322443

| **Swayde Sankey** | Ins. ID#: W239513854 | Age: 3 Years & 4 Months Old |
|---|---|---|
| PCP: Heather Gosnell MD | Contractor: Aetna | DOB: 12/23/2018 |

**02/25/2019 - Office Visit: 2 Month WC, concern for NAT, URI, vaccs**
**Provider:** Heather Gosnell MD
**Location of Care:** Desert Valley Pediatrics - Goodyear
This document contains external references

Age: 9 Weeks Old

### Vital Signs
**Entered weight:** 11 lb., 1 oz.
**Calculated Weight:** 11.06 lb. (5.03 kg.)   **Height:** 23.5 in. (59.69 cm.)   **Head circumference:** 16.14 in. (41 cm.)
**Temperature:** 98.4 deg F. (36.89 deg C.)   **Temp Site:** temporal
**BMI:** 14.08  **BSA:** 0.28
**Vitals entered by:** Maryellen RamirezVazquez MA on February 25, 2019 8:54 AM

Allergies:
NKDA

### History of Present Illness
**History from:** mother
**Chief Complaint:** health maintenance

### General HPI
Pt here for 2 mos wcc and vaccs.
He was sent to the ER 4 days ago after mom called in with report of hematemesis, conjunctival hemorrhages after crying, and bruises at diaper lines. Admitted to PCH x 2 days. Mom has many questions for me. ER was concerned about abuse and pt was admitted for further workup. Mom feels the hospital team was working to prove he was abused rather than checking into possible underlying causes. Throughout the hospitalization she was told something was normal, then another person would tell her it was abnormal. Fx in tibia noted. Then head CT done. CT essentially normal per mom. Then had MRI done which showed 2 bleeds. Ophtho saw retinal hemorrhages and told mom pt wouldn't be able to see with the amount of blood on exam. However, mom feels he is seeing fine. DCS and police are involved. GGM flew out to be safety monitor. He has a f/u ophtho appt today. No hem consult or work up has been done per mom. Father and GM are not allowed to see pt at this time. Mom can see him bid to BF.
Leading up to admission, mom was seeing new conjunctival hemorrhages over the last 2 wks. She feels he continued to have new L conjunctival hemorrhages develop while hospitalized. He has been a happy baby. 4 days ago, the day of her initial call to the office, he was acting more tired than usual. He had spit up brown mucous the evening prior. Spit up bright red blood x 1 four days ago. None since then. Mom also saw a sore on his palate while hospitalized. The sore is nearly resolved now. He takes bottles during the day when mom is at work, BF when mom is home.
Mom also concerned that he has been congested, chest rattling x 6 days. Mom and Dad have had colds. No fevers. Feeding well.
Mom concerned about a bleeding disorder. He bled a lot after newborn screen. Also bled a lot from IV site in the hospital. However, no excessive bleeding after circumcision.
Mom would like a repeat tib/fib xray today.

### Family History Summary:
   Reviewed history Last on 01/23/2019 and no changes required:03/01/2019
First Degree Blood Relative - Has No Known Family History - Entered On: 12/27/2018

### Social History:
   Reviewed history from 12/27/2018 and no changes required:
      Lives w/ Mother and Father

**Desert Valley Pediatrics - Goodyear**  May  9, 2022
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338  Page 2
6238777337  Fax: 6239322443

| | | |
|---|---|---|
| **Swayde Sankey** | Ins. ID#: W239513854 | Age: 3 Years & 4 Months Old |
| PCP: Heather Gosnell MD | Contractor:  Aetna | DOB: 12/23/2018 |

No Sibs
mom is a social worker
Passive smoke exposure - no

## Past Medical History:
  - BEMC, 39 wks, SVD, BW 7lbs 13oz (3561g), BL 20.75in, O+/dat -, Passed Hearing, Breast Feeding, HBV Given
  - BF- on vit D
  - admitted to PCH 2/19 for suspected NAT- subdural hematomas, retinal hemorrhages, tibial metaphyseal fractures

## Activities of Daily Living

### Feeding/Diet
**Breast feeding:** 30 minutes every 2-3 hours
**Formula:** 3-4 ounces every 2-3 hours of EBM

### Risk Factors/Safety
**Car seat use:** 100%
**Bike helmet use:** no
**Passive smoke exposure:** no
**Daycare:** no
**Tuberculosis exposure:** no
**Pets at home:** yes

### Developmental Screen: (item's presence indicates accomplishment)
 Some head control, Coos/babbles, Makes eye contact, Fixes/follows with eyes, Begins imitation of movement and facial expressions, Tummy time/lifts head/neck w/forearm, Startles at loud noises.

### Age Appropriate Education and Guidance: (item's presence indicates guidance given)
 Supine sleep, Car seat/rear facing, Infant bonding, Support/who can help?, Parent reads to child.

### Behavioral Health Screen: (item's presence indicates observed by clinician/reported by parent)
 Family adjustment/parent responds positively to child, Length of time infant cries, Social smile, Encourage holding, Infant hands to mouth/self calming, Enjoys interacting with others.

## Review of Systems

**General:** reviewed, negative
**Eyes:** reviewed, negative
**Ears/Nose/Throat:** reviewed, negative
**Cardiovascular:** reviewed, negative
**Respiratory:** reviewed, negative
**Gastrointestinal:** reviewed, negative
**Genitourinary:** reviewed, negative
**Musculoskeletal:** reviewed, negative
**Skin:** reviewed, negative
**Neurologic:** reviewed, negative

**Desert Valley Pediatrics - Goodyear**  
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338  
6238777337  Fax: 6239322443

May 9, 2022  
Page 3

| | | |
|---|---|---|
| **Swayde Sankey** | Ins. ID#: W239513854 | Age: 3 Years & 4 Months Old |
| PCP: Heather Gosnell MD | Contractor: Aetna | DOB: 12/23/2018 |

### Physical Exam
**General appearance:** alert, well nourished, well hydrated, no acute distress, smiles  
**Head:** normocephalic; anterior fontanelle soft, flat; normal size

### Eyes
**External:** conjunctival hemorrhages, medial aspect B, R>L, lids normal  
**Pupils:** equal, round, reactive to light  
**Ophthalmoscopic:** red reflex present bilaterally

### Ears, Nose and Throat
**External ears:** normal, no lesions or deformities  
**External nose:** normal, no lesions or deformities  
**Otoscopic:** canals clear  
**Hearing:** startle reflex present, localizes to sound  
**Nasal:** mucosa and septum normal  
**Pharynx:** tongue normal, healing white lesion on L side of palate

### Neck
**Neck:** supple, no masses

### Respiratory
**Respiratory effort:** no intercostal retractions, good aeration bilaterally  
**Auscultation:** no rales, rhonchi, or wheezes

### Cardiovascular
**Palpation:** no thrill, no displacement of PMI  
**Auscultation:** S1, S2, no murmur, rub, or gallop  
**Femoral arteries:** symmetric, palpable pulses, not hyperdynamic  
**Periph. circulation:** no central cyanosis, capillary refill <3 seconds

### Gastrointestinal
**Abdomen:** bowel sounds normal, soft, non-tender, no masses  
**Liver and spleen:** no enlargement  
**Hernia:** no hernias  
**Anus/perineum:** mucosa and skin intact, patent

### Genitourinary
**Scrotum:** testes descended, no lesions, cysts, edema, or rash  
**Penis:** no lesions or discharge

### Musculoskeletal
**Digits and nails:** normal  
**Head and neck:** normal alignment and mobility  
**Spine, pelvis, hips:** normal alignment and mobility, no deformity, negative Barlow and Ortolani maneuvers

### Skin
**Inspection:** mongolian spots on lower back/buttocks, possible faint ecchymosis on R knee

### Neurologic
**Reflexes:** 2+, symmetric, no pathological reflexes  
**Infant automatisms:** normal for age and development

**Desert Valley Pediatrics - Goodyear**  May 9, 2022
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338  Page 4
6238777337  Fax: 6239322443

| | | |
|---|---|---|
| **Swayde Sankey**<br>PCP: Heather Gosnell MD | Ins. ID#: W239513854<br>Contractor: Aetna | Age: 3 Years & 4 Months Old<br>DOB: 12/23/2018 |

## Assessment
**New Problems:**
ANEMIA (ICD-285.9) (ICD10-D64.9)
UPPER RESPIRATORY INFECTION, ACUTE (ICD-519.8) (ICD10-J98.8)
Unspecified child maltreatment, suspected, subsequent encounter (ICD-V58.89) (ICD10-T76.92xD)
Conjunctival hemorrhage, bilateral (ICD-372.72) (ICD10-H11.33)
Unspecified injury of face, subsequent encounter (ICD-V58.89) (ICD10-S09.93xD)
Unspecified injury of right lower leg, initial encounter (ICD-959.7) (ICD10-S89.91xA)
Unspecified injury of left lower leg, initial encounter (ICD-959.7) (ICD10-S89.92xA)
WELL CHILD EXAM - 28+ DAYS OLD (ICD-V20.2) (ICD10-Z00.129)
WELL CHILD EXAM WITH ABNORMAL FINDINGS (ICD-V65.9) (ICD10-Z00.121)

**Impressions:** 1. Well child check. Normal growth and development.  Anticipatory guidance provided. F/u at next well check.
Vaccs.
2. Anemia. Suspect due to physiologic nadir and trauma. Start polyvisol with iron.
3. Recent PCH admission for concern of NAT. Healing oral lesion. B conjunctival hemorrheages. Pt well appearing today. Mom requesting xray of tib/fib to be done again in case it was artifact on ones at PCH. Repeat xray shows L tibia with periosteal reaction and possible distal metaphysis fracture (same read as PCH). R tibia repeat read as normal. He will f/u with child protection team at PCH in 2 wks, repeat skeletal survey scheduled 3/12 at 1300, ortho in 4 wks, neurosurg Dr. Bragg in 4 wks, needs repeat MRI prior. Mom and GGM were unaware of these upcoming appts. Info will be given.
4. I reviewed his hospital records, labs, imaging in detail. He was worked up for bleeding disorder and all labs normal including factor levels, PT, PTT, fibrinogen, platelet function analysis, and von willebrand's panel.
5. URI. Sx care and push fluids.  Nasal saline/suction. No OTC cold meds.  Cool mist humidifier. Monitor. RTC/ER for fever, worsening sxs, resp distress, no improvement within 10-14 days of onset, or other concerns.

Visit time=60min, additional 30 min spent reviewing records and determining plan of care, total time spent=90 min

## Plan
**Updated Medication List:**
D-VI-SOL 400 UNIT/ML ORAL LIQUID (CHOLECALCIFEROL) 1 ml PO daily.; Route: ORAL

**New Orders:**
99391 - Est EPSDT < 1 Year [CPT-99391]
DtaP - HepB - IPV [CPT-90723]
Pneum - 13 Valent (Prevnar 13) [CPT-90670]
HIB 3 Dose (Merck) [CPT-90647]
Rotateq [CPT-90680]
X-Ray, Tibia & Fibula [CPT-73590]
**Disposition:** return for WCC in 2 months

## Medical Decision-Making

**Amount/complexity of data to be reviewed**
* review/order clinical lab tests
* review/order radiology tests
* review/order other diagnostic or tx interventions
* obtain old records or history from another person
* review and summarization of old records

**Desert Valley Pediatrics - Goodyear**  
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338  
6238777337  Fax: 6239322443

*May 9, 2022*  
Page 5

| | | |
|---|---|---|
| **Swayde Sankey** | Ins. ID#: W239513854 | Age: 3 Years & 4 Months Old |
| PCP: Heather Gosnell MD | Contractor: Aetna | DOB: 12/23/2018 |

**Risk of complications:** high

The patient was counseled by the physician on immunizations due, and on the risks and benefits of immunizations.

**Vaccines Administered/Entered:**  
Vaccination Group: Hepatitis B  
Series: 2  
Vaccination: Pediarix Intramuscular Suspension  
Mfr / Lot# / Exp.Date: GlaxoSmithKline / 2HC47 / 12/31/2020  
Amt. Given / Route / Site: 0.5 mL / IM / Left Thigh  
NDC / CVX: 58160081152 / 110  
Administered Date: 2/25/2019 11:12  
VFC Eligibility: Not VFC Eligible  
VIS Date: 8/24/2018  
Comments:  
Administered by: RamirezVazquez MA, Maryellen

Vaccination Group: DTaP  
Series: 1  
Vaccination: Pediarix Intramuscular Suspension  
Mfr / Lot# / Exp.Date: GlaxoSmithKline / 2HC47 / 12/31/2020  
Amt. Given / Route / Site: 0.5 mL / IM / Left Thigh  
NDC / CVX: 58160081152 / 110  
Administered Date: 2/25/2019 11:12  
VFC Eligibility: Not VFC Eligible  
VIS Date: 8/24/2018  
Comments:  
Administered by: RamirezVazquez MA, Maryellen

Vaccination Group: Polio  
Series: 1  
Vaccination: Pediarix Intramuscular Suspension  
Mfr / Lot# / Exp.Date: GlaxoSmithKline / 2HC47 / 12/31/2020  
Amt. Given / Route / Site: 0.5 mL / IM / Left Thigh  
NDC / CVX: 58160081152 / 110  
Administered Date: 2/25/2019 11:12  
VFC Eligibility: Not VFC Eligible  
VIS Date: 8/24/2018  
Comments:  
Administered by: RamirezVazquez MA, Maryellen

Vaccination Group: Hib  
Series: 1  
Vaccination: Pedvax HIB Intramuscular Suspension 7.5 MCG/0.5ML  
Mfr / Lot# / Exp.Date: Merck & Co., Inc. / R027320 / 7/8/2021  
Amt. Given / Route / Site: 0.5 mL / IM / Left Thigh  
NDC / CVX: 00006489700 / 49  
Administered Date: 2/25/2019 11:12  
VFC Eligibility: Not VFC Eligible  
VIS Date: 4/2/2015  
Comments:

**Desert Valley Pediatrics - Goodyear**  *May  9, 2022*
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338                      Page 6
6238777337  Fax: 6239322443

| **Swayde Sankey** | Ins. ID#: W239513854 | Age: 3 Years & 4 Months Old |
|---|---|---|
| PCP: Heather Gosnell MD | Contractor:  Aetna | DOB: 12/23/2018 |

Administered by: RamirezVazquez MA, Maryellen

Vaccination Group: PneumoPCV
Series: 1
Vaccination: Prevnar 13 Intramuscular Suspension
Mfr / Lot# / Exp.Date: Pfizer, Inc / X90022 / 11/30/2020
Amt. Given / Route / Site: 0.5 mL / IM / Right Thigh
NDC / CVX: 00005197102 / 133
Administered Date: 2/25/2019 11:13
VFC Eligibility: Not VFC Eligible
VIS Date: 11/5/2015
Comments:
Administered by: RamirezVazquez MA, Maryellen

Vaccination Group: Rotavirus
Series: 1
Vaccination: RotaTeq Oral Solution
Mfr / Lot# / Exp.Date: Merck & Co., Inc. / R027154 / 6/24/2020
Amt. Given / Route / Site: 2 mL / PO / Oral
NDC / CVX: 00006404701 / 116
Administered Date: 2/25/2019 11:13
VFC Eligibility: Not VFC Eligible
VIS Date: 2/23/2018
Comments:
Administered by: RamirezVazquez MA, Maryellen
]

_____

External Attachment:

   Type:       Image
   Comment:    External Document

**Filed automatically (without signature) on 02/25/2019 at 12:04 PM**
_____

**Electronically signed by Heather Gosnell MD  on 03/01/2019 at 8:42 AM**
_____

CONFIDENTIAL