# EXHIBIT 3

Phoenix Children's Hospital

ED/UC History and Physical

SANKEY, SWAYDE            6728809/47104619        02/21/2019 21:23 /
912 9104 A                DOB: 12/23/2018         Rowe, Dorothy H

History of Present Illness:
.: .
Time Seen: 15:50
History Obtained From: patient
Chief Complaint: Hematemesis
Clinical Summary: Swayde Sankey is a 60d old male with no significant PMH, born term with no complications,, who presents to the ED with acute onset bruising, hematemesis and conjunctival hemorrhage. Patient's mother was bedside and provided the history. She endorses that Swayde has been more sleepy over the last three days, sleeping through feeds and not crying a whole lot/not as active. Mother has noticed over the last three days he has had bruising around the diaper area and having some blood vessels popping in his eyes bilaterally. yesterday in his spit up, he had brown mucous tinged sputum/spit up. This morning he had some bright red blood in spit up, and then again another episode of emesis that was pink. He is breastfed, has been missing some feeds but overall has good appetite. UOP and stools WNL. Denies fever, cough, or diarrhea. Mom notes that she does have some congestion and wheezing, both mom and dad are sick with a viral illness. No family history of bleeding disorders.

Allergies:
        No Known Allergies:

Patient History:
· Past Medical/Surgical History    Reviewed with patient and/or family and no past medical or surgical history
· Past Family History     non-contributory
· Patient Lives With      mom and/or dad
· Attending Daycare or School        no
· Smoking in the house or exposure to second hand smoke      unknown

· Has patient traveled in the last month?   no
· Are Immunizations Current for Age?        yes

Home Medications:
* Outpatient Medication Status not yet specified

Vitals:

Initial Vital Signs:
· Admission Weight (kg)    4.995 kg

· Temperature (C) 37.1 degrees C
· Temperature (F) 98.8
· Heart Rate      144 bpm
· Respiratory Rate           40 /min
· SpO2    O2 sat (%)         97 %
· NBP Systolic    97 mm HG
· NBP Diastolic   60 mm Hg
· Date/Time       02-21-2019 15:12:00

Phoenix Children's Hospital

ED/UC History and Physical

SANKEY, SWAYDE           6728809/47104619        02/21/2019 21:23 /
912 9104 A               DOB: 12/23/2018         Rowe, Dorothy H

Physical Exam:
· GENERAL APPEARANCE     Normal: well appearing, alert, no apparent distress
· HEAD    normocephalic, atraumatic
· EYES    --
· --Eye(s) examined:     both eyes
· --Both Eye Normalities: PERRL, no discharge
· --Both Eye Abnormalities:     conjunctival hemorrhage
· EARS    TMs clear/pearly bilaterally
· NOSE    normal nasal mucosa, non-tender sinuses
· MOUTH/THROAT    airway patent, MMM, oropharyx normal without erythema, exudates, lesions,
· NECK    supple, full ROM, no lymphadenopathy
· RESPIRATORY/ CHEST     clear to auscultation, breath sounds equal, good air movement, no increased work of breathing
· HEART/CV       regular rate and rhythm, no murmurs, cap refill <2 seconds
· GASTROINTESTINAL       soft, nontender, nondistended, normal bowel sounds
· GENITOURINARY   normal external male genitalia, normal testicles and phallus
· LYMPHATICS     no cervical, axillary, or inguinal lymphadenopathy
· SKIN    --
· --Skin Normalities:    no rashes
· --Skin Abnormalities:  bruising underneath left axilla on left lateral rib cage and on lower lumbar spine above mongolion spot, also on BL buttock
· NEUROLOGICAL   neurologically intact, no focal deficits
· PSYCHIATRIC    interactive, appropriate, normal mood and affect

Assessment/Plan/Medical Decision Making:
.: .
Assessment: Swayde Sankey is a 60d old male with no significant PMH who presents to the ED with 3 days of ongoing sleepiness/fussiness, bruising around the diaper area, conjunctival hemorrhage and hematemesis. Patient appears well, alert and crying, bruising noted on BL buttock and lower lumbar area. Some larger injected vessels in eyes.

        #Abnormal Bleeding/Bruising
        No Family h/o bleeding disorders; circumcised at two weeks of age with no overt blood loss
Will start PIV and obtain PT/PTT and CBC

Lab Results:
Laboratory Results:
Hematology:
  02-21-19 17:50, CBC and Differential
WBC Count        Image has been removed.  15.0    [6.0 - 14.0 K/uL]
RBC Count        Image has been removed.  2.85    [3.80 - 5.40 M/uL]
Hemoglobin       Image has been removed.  8.3     [10.5 - 14.0 gm/dL]
Hematocrit       Image has been removed.  24.8    [32.0 - 42.0 %]
MCV       87      [72 - 90 fL]
MCH       29.1    [24.0 - 30.0 pg]
MCHC      33.5    [31.0 - 37.0 %]

Phoenix Children's Hospital

ED/UC History and Physical

```
SANKEY, SWAYDE                    6728809/47104619        02/21/2019 21:23 /
912 9104 A                        DOB: 12/23/2018         Rowe, Dorothy H


RDW        12.7       [11.0 - 15.0 %]
Platelet Count    407       [140 - 450 K/uL]
Specimen checked for clots. None present.
MPV        10.1       [7.5 - 11.5 fL]
Differential Type
SCAN
Neutrophils        42      [ %]
Lymphocytes        51      [ %]
Monocytes           7      [ %]
Eosinophils         0      [ %]
Basophils           0      [ %]
Nucleated RBCs      0      [0 /100]
Absolute Neutrophils        6.3       [1.5 - 7.0 K/uL]
Absolute Lymphocytes        7.6       [2.4 - 9.1 K/uL]
Absolute Monocytes          1.1       [0.2 - 1.4 K/uL]
Absolute Eosinophils        0.0       [0.0 - 1.0 K/uL]
Absolute Basophils          0.0       [0.0 - 0.3 K/uL]
Platelet Estimate
ADEQUATE
RBC Morphology
RBC MORPHOLOGY NORMAL
        PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1280
   02-21-19 17:50, Prothrombin Time
INR       1.1       [0.8 - 1.2]
INR applies only to patients on stable Warfarin therapy
        Recommendations for monitoring anticoagulation and therapeutic test
ranges are

        available on the PCH Formulary.
        PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1280
Coags:
   02-21-19 17:50, APTT
APTT       32.0       [25.0 - 35.0 Sec]
Therapeutic range for unfractionated heparin is 81 - 109 seconds.
        PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1280
   02-21-19 17:50, Prothrombin Time
PT Time   14.3       [11.7 - 14.7 sec]

Diagnostic Results:
Radiology Results:
DR:
   02-21-19 19:29, Skeletal Survey Complete DR
Skeletal Survey Complete DR
FINAL

        PHOENIX CHILDREN'S HOSPITAL
        Diagnostic Procedure Report

        Patient: SANKEY, SWAYDE
        MRN: 6728809
        DOB: 12/23/2018
```

Printed By: Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
ED/UC History and Physical (SCM) - Page 3/8        Job 1467292 (06/25/2020 22:49) - Page 525  Doc# 262

PCH 1260 cycn

Printed By: Gabriel Antillon    * CONFIDENTIAL *    CHARTMAXX
ED/UC History and Physical (SCM)  -  Page 4/8            Job 1467292 (06/25/2020 22:49) -  Page 526  Doc# 262

PCH 1261 cycn

Phoenix Children's Hospital

ED/UC History and Physical

```
SANKEY, SWAYDE                    6728809/47104619        02/21/2019 21:23 /
912 9104 A                        DOB: 12/23/2018         Rowe, Dorothy H
```

Sex: M

Order #: 3584854
Procedure Description: CR SKELETAL SURVEY COMPLETE
Reason For Procedure:  Unexplained bruisingwith normal labs
Date: 02/21/2019
Visit #: 47104619
Location: Emergency

Attending Physician 1:
Attending Physician 2:
Ordering Physician: Outcalt, Kathleen
Primary Care Physician: Outcalt, Kathleen


EXAM: CR SKELETAL SURVEY COMPLETE, 2/21/2019 7:29 PM

HISTORY: Reason for Exam: Unexplained bruising with normal labs

Age: 60 days

Sex: Male

COMPARISON: None.

TECHNIQUE: A skeletal survey consisting of two views of the skull, frontal and
oblique views of the chest, frontal and lateral views of the spine, frontal
view of the pelvis, frontal views of the humeri, frontal views of the forearms,
frontal views of the hands, frontal views of the femurs, lateral views of the
knees, frontal views of the tibiae/fibulae, lateral views of the ankles, and
frontal views of the feet were obtained.


FINDINGS:

SKULL: Normal.

SPINE: Normal.

CHEST/BONY THORAX: Normal.

PELVIS: Normal.

LOWER EXTREMITIES: Curvilinear fragment of bone at the distal metaphysis of
the right tibia and periosteal reaction which extends the entire length of the
right tibial diaphysis are evidence of fracture.
   A subtle curvilinear radiodensity and possible callus formation at the medial
aspect of the distal left tibial metaphysis are alsoworrisome for fracture.

Normal femurs and fibulas.

Phoenix Children's Hospital

ED/UC History and Physical

```
SANKEY, SWAYDE                  6728809/47104619        02/21/2019 21:23 /
912 9104 A                      DOB: 12/23/2018         Rowe, Dorothy H
```

UPPER EXTREMITIES: Normal.

ADDITIONAL COMMENTS: None.

IMPRESSION:

Right and left tibial bucket handle metaphyseal fractures.
Right tibial diaphysis. Periosteal reaction.

Electronically signed by: Dianna Bardo. 2/21/2019 8:07 PM.
Dictated by: Dianna Bardo on February 21, 2019 at 8:04 p.m.
Referring M.D.: Kathleen Outcalt on February 21, 2019 at 7:07 p.m.
Skeletal Survey Complete DR IMAGE

Reassessment:
.: .
Time: 19:43
Reassessment: patient was breastfeeding on re-examination. Labs all relatively unremarkable. favor skeletal survey in the setting of bruising with no lab abnormalities. Will call CPT when skeletal survey resulted
Xrays Reviewed: Yes
Provider Read: I personally visualized the image(s), which shows: BL buckethandle fx of tibia
Labs Reviewed: Yes
EKG: I personally reviewed the tracing with the following findings: Yes
Reassessment: 2...
Time: 20:24
Reassessment 2: Skeletal survey came back with BL buckethandle tibial fracture. CPT called and recommend admission to trauma, SW consult and CT head.

Time: 20:23
Consulting Physician's Name/Service: Child Protective Services
Recommendations: recommend CT head wo con, trauma consult, SW consult and further bleeding labs. Patient needs to be admitted

Discharge:
Diagnosis:
· Problem List    .
  - Unspecified child maltreatment, confirmed, initial encounter  _T74.92XA (Acute Issue),
  - Nonspecific elevation of levels of transaminase and lactic acid dehydrogenase [LDH]  _R74.0 (Acute Issue),
  - Retinal hemorrhage, bilateral  _H35.63 (Acute Issue),
  - Unspecified fracture of lower end of right tibia, initial encounter for closed fracture  _S82.301A (Acute Issue),
  - Unspecified fracture of lower end of left tibia, initial encounter for closed fracture  _S82.302A (Acute Issue),
  - Traumatic subarachnoid hemorrhage without loss of consciousness, initial

Phoenix Children's Hospital

ED/UC History and Physical

```
SANKEY, SWAYDE                6728809/47104619        02/21/2019 21:23 /
912 9104 A                    DOB: 12/23/2018         Rowe, Dorothy H
```

encounter  _S06.6X0A (Acute Issue)

- Disposition    admit
- Condition      stable


\* Outpatient Medication Status not yet specified

Attestation Statement:
- Teaching Attestation    I personally examined and evaluated the patient.

I have discussed the patient in detail with Intern/Resident/Fellow and agree with the findings and plan as documented.


Electronic Signatures:
Outcalt, Kathleen (DO-Resident)  (Signed 02-21-19 20:26)
        Authored: History of Present Illness, Allergies, Patient History, Home Medications, Vitals, Physical Exam, Assessment/Plan/Medical Decision Making, Lab Results, Diagnostic Results, Reassessment, Discharge
Pickett, Anthony (MD)   (Signed 02-22-19 15:24)
        Authored: Vitals, Discharge, Attestation Statement


Last Updated: 02-22-19 15:24 by Pickett, Anthony (MD)

Printed By: Gabriel Antillon   * CONFIDENTIAL *   CHARTMAXX
ED/UC History and Physical (SCM) - Page 8/8          Job 1467292 (06/25/2020 22:49) - Page 530  Doc# 262

PCH 1265 cycn