# EXHIBIT 4

Phoenix Children's Hospital

Progress Note - Critical Care

SANKEY, SWAYDE            6728809/41457385        03/07/2019 20:30 /
612 6106 A                DOB: 12/23/2018         Graham, Robert H

Extremities/Musculoskeletal:  Moving all 4 extremities when disturbed from sleep
Skin:  No rashes, normal turgor, warm, dry
Neurological: Able to move all extremities, normal tone, arouses appropriately with exam, grasp reflex intact in all 4 extremities, rooting reflexes


Laboratory Results:
3/12 Na 144
3/8 CSF culture NGTD

Other Results:
Other Results:
3/11 MRI brain without contrast: Interval placement of left convexity subdural drainage catheter with near complete resolution of the previous left subdural collection. A trace right-sided subdural collection remains. No acute abnormality or adverse interval change.


Active Medications:

Continuous:
 Sodium Chloride  0.9% IVF1000 mL

Scheduled:
 **No Ibuprofen/No NSAIDS 1 dose Other (See Comments) Once
 Cefazolin InjectableIV 100 mg IV. Every 8 hours

PRN:
 Acetaminophen Oral Liquid 80 mg Oral Every 4 hours
 OxyCODONE Oral Solution 0.3 mg Oral Every 4 hours

Problem list/ plan:
Problem List / Plan:
· Problem List: .
        - Child physical abuse, suspected, initial encounter   _T76.12XA (Acute Issue),
        - Compression of brain  _G93.5 (Acute Issue),
        - Conjunctival hemorrhage, right eye  _H11.31 (Acute Issue),
        - Macrocephaly  _Q75.3 (Acute Issue),
        - Retinal hemorrhage, bilateral  _H35.63 (Chronic Issue),
   - Traumatic subdural hemorrhage without loss of consciousness, subsequent encounter  _S06.5X0D (Acute Issue)

· Plan:
2m2w male who was previously admitted on 2/21/19 for suspected abusive head trauma evaluation and found to have distal right tibial metaphysis bucket-handle fracture with residual sclerosis, bilateral subdural collections (L>R), bilateral retinal hemorrhages. Patient was discharged home on 2/23/19 to custody of MGGM with Neurosurgery and CPT follow-up. Patient seen in OP CPT