# EXHIBIT 12

Pediatric Radiology (2019) 49:421
https://doi.org/10.1007/s00247-019-04342-3

LETTER TO THE EDITOR



# Consensus statement on abusive head trauma: additional endorsements

Arabinda Kumar Choudhary[1] · Pilar Dies Suarez[2] · Gil Binenbaum[3] · Michael Guandalini[4] · Timothy Cain[5] · Catherine Adamsbaum[6] · Michel Panuel[7]

Received: 4 January 2019 / Accepted: 9 January 2019 / Published online: 14 February 2019
© Springer-Verlag GmbH Germany, part of Springer Nature 2019

Dear Editors,

We are pleased to report that we have had an excellent positive response to the consensus document on abusive head trauma in infants and young children, published in the *Pediatric Radiology* journal [1]. We have received interest from multiple organizations who support our position and would like to endorse our consensus statement. These additional organizations are the Executive Committee of the American College of Radiology (ACR), Sociedad Latino Americana de Radiología Pediátrica (SLARP), Société Francophone d'imagerie Pédiatrique et Prénatale (SFIPP), American Association for Pediatric Ophthalmology and Strabismus (AAPOS), Asian and Oceanic Society for Paediatric Radiology (AOSPR) and Australian and New Zealand Society for Paediatric Radiology (ANZSPR). These are added to previous endorsements from the American Academy of Pediatrics (AAP), Society for Pediatric Radiology (SPR), European Society of Paediatric Radiology (ESPR), American Society of Pediatric Neuroradiology (ASPNR), European Society of Neuroradiology (ESNR), American Professional Society on the Abuse of Children (APSAC), Norwegian Pediatric Association, Swedish Pediatric Society and Japan Pediatric Society, to combine for a total of 15 organizations endorsing our statement.

The consensus statement has been downloaded more than 5,000 times and at this writing was in the top 5% of all research ever tracked by Altmetric. At this writing the consensus statement was ranked No. 1 of 1,096 output from the *Pediatric Radiology* journal, tracked by Altmetric (https://springeropen.altmetric.com/details/42395294#score).

We hope our consensus statement makes a meaningful impact on the lives of young infants and children. We also hope our consensus statement clarifies issues and helps to guide clinical care providers, legal professionals, child care providers, news media and the general population. We encourage organizations interested in supporting and endorsing the consensus statement on abusive head trauma in young infants and children to reach out to us or to the editors of *Pediatric Radiology*.

✉ Arabinda Kumar Choudhary
ac0026@nemours.org

[1] Department of Radiology,
Nemours/Alfred I. duPont Hospital for Children,
1600 Rockland Road, Wilmington, DE 19803, USA

[2] Department of Radiology,
Children's Hospital of Mexico Federico Gomez,
Mexico City, Mexico

[3] Pediatric Ophthalmology Research,
The Children's Hospital of Philadelphia, University of Pennsylvania,
Philadelphia, PA, USA

[4] Paediatric Radiology, Queensland Children's Hospital,
South Brisbane, QLD, Australia

[5] Medical Imaging, Royal Children's Hospital Melbourne,
Parkville, Australia

[6] Pediatric Radiology Department, AP-HP, Bicêtre Hospital,
Paris-Sud University, Le Kremlin Bicêtre, France

[7] UMR 7268 ADÉS, Aix-Marseille Université-EFS-CNRS,
Marseille, France

## Compliance with ethical standards

**Conflicts of interest**   Dr. Choudhary provides medical-legal expert work in child abuse cases.

**Publisher's note**   Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

## Reference

1. Choudhary AK, Servaes S, Slovis TL et al (2018) Consensus statement on abusive head trauma in infants and young children. Pediatr Radiol 48:1048–1065

