# EXHIBIT 13




September 21, 2022

Ms. Cynthia Patane
Kent & Wittekind, PC
909 East Missouri Ave
Phoenix, AZ 85104

**Re: Sankey**

Dear Ms. Patane:

As per your request, please accept this letter regarding the above mentioned matter.
Please find attached a copy of my Curriculum Vitae. I am US Board Certified in Pediatrics (1986), Ophthalmology (1991), and Child Abuse Pediatrics (2009). I am the only physician world-wide with this triple board certification and one of less than 10 who are boarded in both pediatrics and ophthalmology. I am also Canadian board certified in Ophthalmology. I hold a Masters (MHSc) in Bioethics from The University of Toronto obtained (2001).

After obtaining my MD degree at Jefferson Medical College in 1982, I completed a full residency in Pediatrics at Children's Hospital in Philadelphia in 1985 after which I was a full-time staff Child Abuse Pediatrician until 1986 at which time I began my Ophthalmology Residency at Wills Eye Hospital. During the first two years of my Ophthalmology Residency, I practiced Child Abuse Pediatrics part time at Children's Hospital of Philadelphia. After completing my Ophthalmology Residency in 1989, I then completed a Pediatric Ophthalmology Fellowship at The Hospital for Sick Children in Toronto in 1990 after which I returned to Wills Eye Hospital and a community practice as a Pediatric Ophthalmologist for two years. In 1992, I became a Staff Pediatric Ophthalmologist at The Hospital for Sick Children and continued there until December 2008 when I returned to Philadelphia as Chief, Pediatric Ophthalmology and Ocular Genetics at Wills Eye Institute. During my time at The Hospital for Sick Children, from 2002-2008, with Academic Certification in Paediatrics by The Royal College of Physicians and Surgeons in Canada, I simultaneously worked as a Child Abuse Staff Pediatrician again. In 2020 I relocated to Rochester, New York, as Chief, Pediatric Ophthalmology and Ocular Genetics at the Flaum Eye Institute, and Chief, Clinical Genetics at Golisano Children's Hospital, University of Rochester Medical Center. I am a full Professor in the Departments of Ophthalmology and Pediatrics at the University of Rochester and hold the Adeline Lutz - Steven S.T. Ching, M.D. Distinguished Professorship in Ophthalmology.

Much of my research, clinical work, and teaching responsibilities have pertained to the ocular manifestations of child abuse, in particular retinal hemorrhages. I have lectured regarding the ocular manifestations of child abuse throughout North America and around the world. I have published (or in press) 297 papers in peer reviewed journals, 156 book chapters (published or in press), and 13 books much of the subject matter of which relates to the ocular manifestations of child abuse. I have given 1489 presentations worldwide not including talks given within the hospitals where I have been employed. Many of these talks, if not most, have been in regards to the ocular manifestations of child abuse. My research work has had a major focus in trying to understand the diagnostic implications, differential diagnosis and pathophysiology of retinal hemorrhages. This work and my clinical

involvement in this field actively continues. I am the primary ophthalmology consultant for Golisano Children's Hospital, for cases where there is a concern of possible child abuse. I was the invited author of a state of the art review on the topic of retinal hemorrhages in the journal of the American Academy of Pediatrics, *Pediatrics*,(1) the American Academy of Ophthalmology Information Statement on retinal hemorrhages in abusive head injury (http://one.aao.org/CE/PracticeGuidelines/ClinicalStatements_Content.aspx?cid=914163d5-5313-4c23-80f1-07167ee62579), and the American Academy of Pediatrics Position Statement on eye examination when concern for possible abuse arises.(2) I served two terms as an elected member of the Executive Committee of the Section on Child Abuse and Neglect of the America Academy of Pediatrics. I was given the Ray E. Helfer Honorary Child Abuse Society Award for Distinguished Contributions in the field of Child Abuse and Neglect. I was elected to the prestigious American Ophthalmology Society based on my thesis paper regarding the development of a system to characterize the retinal hemorrhages seen in abusive head
trauma/shaken baby syndrome.(3)

I have consulted and testified for both the prosecution and defense in both civil and criminal matters related to child abuse, although this represents a very small minority of my work. I estimate that I have testified no more than 2-3 times yearly, and usually less.

I have reviewed the materials which have been sent to me including the medical records surrounding the above named child and all supporting documents with the exception of neuroimaging for which I only reviewed the reports generated by the radiologists who have seen the actual films. Reading these films is outside my expertise and I would defer to radiologists with more experience and training in this area. When I sought additional information you provided documentation in response. I understand that you will be providing the court with a list of the items I reviewed.

Let me begin by summarizing my understanding of the relevant events in this matter.

Swayde Sankey was a previously well child status post essentially normal term pregnancy and delivery. There may have been some meconium staining of the amniotic fluid noted at delivery but the child was otherwise completely well and had an Apgar score of 9/9. He presented to Phoenix Children's Hospital on 2/21/19 at 2 months old with a history that 3 days previously the mother noted the child was sleeping through his feeds and not crying a lot. She noted that the child had new bruising in the diaper area and blood on the whites of the eye medially bilaterally. The day before admission child spit up with some brown mucus tinged material. The morning of admission he had bright red blood in what he spit up and then again had a pink vomit later. He was being breast-fed. The mother did not have cracked nipples by report. There was no other history of bleeding. Child had been circumcised with no excessive blood loss. The mother called the pediatrician who told her to go to the emergency room.

In the Emergency Room he was found to weigh 4.995 kg (25th percentile). Glasgow coma scale 15. Temperature was normal. He was a well appearing child. Photographs show bilateral medial subconjunctival hemorrhage. Examination noted bruising underneath the left armpit on the left lateral rib cage and on the lower lumbar spine above Mongolian spots. Also, there was felt to be bruising on both buttocks. The photographs I received were of poor quality making it difficult to see the bruising. Photographs of the face do not show periorbital swelling and I do not see ecchymosis. There is bilateral medial subconjunctival hemorrhage. A later note, from the child abuse team physician noted an arch shaped irregularity on the soft palate that was thought to be the cause of the blood in the child's spit up.




The skin lesions on the right lateral lower back and buttocks were noted as bruising versus Mongolian spots. There was anterior chest scattered, erythematous bruising and one "V" shaped bruise". Bruising was also noted on the right medial knee, right hip.

Admission labs showed white blood cell count 15, hemoglobin 8.3 (normal 10.5-14), platelet count 407,000, sodium 139, fibrinogen 286, INR 1.1, PTT 32.0, PT 14.3, indicating no tendency to bleed. Skeletal survey reveals fractures: distal metaphysis right tibia with periosteal reaction along the entire length and a subtle possible callus formation at the medial aspect of the distal left tibia "worrisome for fracture". A later follow-up skeletal survey confirmed these findings. CT scan of the brain showed "punctate" bilateral mixed density subarachnoid hemorrhage read as "extra-axial blood products of variable ages". Liver function tests were mildly elevated (AST 99, ALT 160, alkaline phosphatase 493) although normal values for the lab were not provided. Neurosurgery consultation felt no surgery was needed at the time. The child later went on to have a subdural drain placed. There was no mass effect on the brain. CT scan of the abdomen shows dual arterial supply to the right kidney and an anomalous left renal vein. There was also patchy pulmonary opacity of the right middle lobe felt to be "likely atelectasis". 3-D reconstruction of head CT scan shows no skull fracture. MRI of the brain shows bilateral frontal and parietal extra-axial fluid collections consistent with chronic bilateral subdural hematoma but the report specifically says that aging is not accurate. They also note "thrombosed cortical veins" in the frontal lobes. Platelet function testing was normal. Vitamin D normal. Von Willebrand's factor antigen was slightly high 201 (normal 50-150). Factor IX was normal. PTH was normal.

The mother (Honor Duvall) works during the day 8-5 as a social worker at a prison. The father (Donald Sankey) is a sports coach. The maternal grandmother occasionally cared for child. The dogs at home are described as "gentle". The mother reported that she thought the subconjunctival hemorrhages were due to crying. She denied any trauma. Immunizations were up-to-date. The child was conceived after several years and fertility treatments. It is noted in the legal documents that you provided that the parents "did not fit the profile of abusive or neglectful parents".

An ophthalmology consult was done by Dr. Brendan Cassidy, a pediatric ophthalmologist on 2/22/19. The examination time was not noted but the pupil dilation was given at 1:53 PM, approximately 13 hours following the emergency room presentation. He described "mild periocular ecchymoses and subconjunctival ecchymoses in both eyes". "There is mild hemorrhage overlying the optic nerve in both eyes. There is marked hemorrhage of all three layers, subretinal, intraretinal, and preretinal in both eyes. These hemorrhages are nearly confluent and go from the posterior pole all the way to the ora serrata in both eyes. There is mild overlying vitreous hemorrhage in several areas in both eyes". He felt these findings were consistent with abusive head trauma with a differential that includes single massive crush, massive single acceleration/deceleration injury, or a repetitive acceleration/deceleration injury. Also in his differential diagnosis was a bleeding disorder or "severe health compromise such as sepsis with leukemia". Visual responses are subnormal and prognosis was listed as "guarded". He specifically noted the potential for cortical visual impairment.

Two days after Dr. Cassidy's exam, the child was taken to general ophthalmologist, Dr. Warren Heller, who found a normal eye examination. There is no indication that Dr. Heller had the pupils dilated.

A follow-up dilated eye examination on 3/7/19 by Dr. Christopher Fecarotta found preretinal hemorrhage in the inferior macula and 2-3 intraretinal hemorrhages in the midperiphery of the right eye and left eye. Vitreous, optic nerve and retinal vessels were normal. Later follow-up examinations by




pediatric ophthalmologist Dr. Rosenthal-Peters found that the retinal hemorrhages had resolved although the subconjunctival hemorrhage persisted longer.

Assessment

I would like to comment on two aspects of this case: the etiology of the retinal hemorrhages and Dr. Cassidy's care.

In considering the retinal hemorrhages, one should always have a thorough differential diagnosis. In this case there is no evidence of leukemia, meningitis, systemic infection or bleeding disorder. I can find only a few relevant things worthy of consideration

1. Anemia – this child had mild anemia, and normal platelets, a combination that is not associated with retinal hemorrhages which only occur with severe anemia and most often when the platelet count is low.(4)

2. Head trauma – although the long bone fractures and bruising speak to multiple episodes of trauma, there is no history or evidence of external blunt force head trauma that can rarely be a cause of retinal hemorrhage, although much milder than seen in this child. Subconjunctival hemorrhage in infants is considered a "sentinel injury" for child abuse. The usual cause is blunt trauma although rarely it can be due to suffocation, whooping cough, or bleeding disorders. The blood vessels of the conjunctiva in children are very well supported and therefore difficult to burst without blunt trauma. Vomiting or other Valsalva maneuvers (increased intrathoracic pressure) can rarely cause pinpoint subconjunctival hemorrhage unlike that seen in this child. If the child did have blunt eyeball impact trauma, that rarely can cause retinal hemorrhage although not the severe symmetric retinal hemorrhage seen. Subconjunctival hemorrhage can occur due to normal birth but the configuration is different and would have resolved in the first weeks of life. In fact, at 4 weeks old, a pediatrician note specifically states that the conjunctiva were normal. There is an email letter from a lawyer when the child was 8 months old saying the mother reports when the child was given a "shot" that the doctor saw the subconjunctival hemorrhage. The letter asks the doctor to reply by email to confirm this so that Dr. Stephen Gabaeff could testify the next day. That day, Dr Gosnell replied stating that on a visit when the child was 2 months old, after the incident that resulted in hospitalization, the mother called the doctor back into room after vaccination to say the subconjunctival hemorrhage was worse. Dr. Gosnell writes, "they might have been darker. However, this was subjective and not something I was able to measure or say with certainty there was a definite worsening...It could have been that I had a better view of the eyes upon reexamination" and she notes bleeding disorder had been ruled out. There is no note in her record of that visit that these events occurred.

3. Birth – Birth hemorrhage are well known and well reported and can be quite severe and extensive. However, any intraretinal hemorrhage would be gone by this age and it is hard to believe that even a preretinal hemorrhage could persist this long.

4. Terson syndrome – This is the association of any type of blood in the head with any type of intraocular hemorrhage. In the absence of a hyperacute severe sudden increase in intracranial pressure, this would be unheard of in a well appearing child like this.(5, 6)There is some evidence that this child had chronic




injury and an increasing head circumference suggestive of increased intracranial pressure, and there was no cup in the optic nerve suggesting perhaps some mild swelling, but the hemorrhages are far out of proportion to what one would expect as is his clinical wellness.

5. Cortical vein thrombosis – I add this simply for completeness. Although some have hypothesized in the courtroom that this may be associated with retinal hemorrhage, there is absolutely no scientific data to support this claim, and only data which refutes it.

6. Vomiting – This is a Valsalva maneuver. Multiple studies have shown this not to be a cause of retinal hemorrhages in children(7). Even in adults, it tends to only cause a single central hemorrhage in front of the macula.

There is some mention of benign enlargement of the extra-axial spaces and a re-bleed from a birth subdural hemorrhage as hypotheses offered by witnesses for the plaintiff. There is no credible evidence of which I am aware that would allow these as explanations for the retinal hemorrhages (or bruising and fractures) in this child.

As for Dr. Cassidy's and the hospital team's care, I must say that it was apparently excellent. The hospital workup for other causes of fractures and bleeding was extremely thorough. Dr. Cassidy conducted an eye exam which was well within the expected standards(8) and extremely well documented. Such an eye examination usually takes 1-2 minutes. Although photographs and a diagram are nice to have, a thorough description like he wrote is exemplary. His differential diagnosis was appropriate. There is some question as to how well the pupils actually responded to the dilating drops which were given, but his note indicates that his view was sufficient. I know there are some challenges to Dr. Cassidy's beside manner, but on this I cannot comment.

I find it impossible to believe that Dr. Heller's retinal exam was normal. There is no evidence that the pupils were dilated and an exam shortly thereafter by Dr. Fecarotta, a former resident of mine and a colleague whose pediatric eye examination skills I know to be excellent, revealed exactly what one would expect following the examination by Dr. Cassidy, thus giving further validity to the latter's findings. The normal examinations thereafter also are in keeping with what one would expect. Of course, it is possible that another abusive traumatic event happened in the interim causing retinal hemorrhages that were seen by Dr. Fecarotta but there is no interim explanatory event and it seems much more likely that he was seeing the residual of the hemorrhages seen by Dr. Cassidy, which could not possibly have resolved by the time the child was seen by Dr. Heller.(9)

I am aware of suggestions in the records I reviewed that this family does not fit the profile of abuse perpetrators. Although there are risk factors for child abuse, it should be noted that the perpetrators of child abuse come from every race, religion, ethnicity and socioeconomic class and no factor excludes anyone from the potential to commit an act of child abuse.

Dr. Todd Lefkowitz, a general ophthalmologist, who defines himself as an "expert witness in ophthalmology" makes several false statements. He uses the term "triad", a variably defined combination of findings, which have a broad differential, that despite being used in the older child abuse literature, has since fallen into disuse and has never in my over 30 years in the field, been used as the sole determinant of child abuse. He states that the child's findings (which I presume would include the retinal hemorrhages although he never specifically addresses them) might be explained by venous




thrombosis, "reperfusion and stasis", "spikes" in ICP, hypoxia and "a whole list of other rarer natural conditions and combinations of conditions". Some of these entities I have covered above and the others either do not cause retinal hemorrhages or when they do, cause an amount of configuration of hemorrhages far less than what was seen in this child. He speaks of a "SBS/AHT controversy". This is a manufactured courtroom "controversy" that is not born out in the real world of medical practice nor by the clear endorsement of multiple professional societies around the world.(10-12)

Dr. Thomas Young, a forensic pathologist, also prepared a report. He states that one can only diagnose abuse when it is witnessed and there is intent. Most abusive head trauma is unwitnessed despite countless confessions that have been well studied in the literature. The science of child abuse pediatrics and forensics is much about determining the nature of past unwitnessed events. Approximately 90% of physical child abuse occurs without intent to injure. He suggests that the subdural hemorrhage may be from birth, and could have led to a rebleed in which fibrin-degrading enzymes lead to other bleeding issues including retinal hemorrhaging and easy bruising. The child had no evidence of a coagulopathy and there is no evidence that I am aware of to suggest that this is a cause of retinal hemorrhages. He correctly talks about the very real phenomenon of confirmation bias in physicians. But this concept refers to a thought process rather than the falsification of observed physical findings. I have no reason to believe that Dr. Cassidy falsified his findings, in particular given the nature of the description, the consistency with the entire clinical scenario, and the consistency with the subsequent findings ofDr. Fecarotta.

Therefore, in the absence of any other explanatory diagnosis, I believe that this child's retinal hemorrhages are the result of abusive head trauma, most likely associated with repetitive acceleration-deceleration. I believe the care delivered by Dr. Cassidy and the medical team was appropriate, accurate, and excellent.

Sincerely,

Alex V. Levin, MD, MHSc, FAAP, FAAO, FRCSC
Adeline Lutz - Steven S.T. Ching, M.D. Distinguished Professorship in Ophthalmology
Chief, Pediatric Ophthalmology and Ocular Genetics
Flaum Eye Institute
Chief, Clinical Genetics
Golisano Children's Hospital and
University of Rochester Medical Center

Professor of Ophthalmology and Pediatrics
University of Rochester

601 Elmwood Avenue, Box 659
Rochester, NY 14642
phone 585-276-5036, fax 585 276-2517

alex_levin@urmc.rochester.edu




1. Levin AV. Retinal hemorrhage in abusive head trauma. Pediatrics. 2010;126(5):961-70.
2. Levin AV, Christian CW. The eye examination in the evaluation of child abuse. Pediatrics. 2010;126(2):376-80.
3. Levin A, Cordovez J, Leiby B, Pequignot E, Tandon A. Retinal hemorrhages in abusive head trauma: finding a common language. Transactions of the American Ophthalmological Society. 2014.
4. Levin A. Retinal haemorrhage and child abuse. In: David T, editor. Recent Advances in Paediatrics. 18. London: Churchill Livingstone; 2000. p. 151-219.
5. Shiau T, Levin A. Retinal hemorrhages in children: the role of intracranial pressure. Arch Pediatr Adolesc Med. 2012;66(7):623-8.
6. Binenbaum G, Rogers DL, Forbes BJ, Levin AV, Clark SA, Christian CW, et al. Patterns of retinal hemorrhage associated with increased intracranial pressure in children. Pediatrics. 2013;132(2):e430-4.
7. Herr S, Pierce M, Berger R, Ford H, Pitetti R. Does Valsalva retinopathy occur in infants? An initial investigation in infants with vomiting caused by pyloric stenosis. Pediatrics. 2004;113(6):1658-61.
8. Christian CW, Levin AV. The Eye Examination in the Evaluation of Child Abuse. Pediatrics. 2018;142(2).
9. Binenbaum G, Chen W, Huang J, Ying G, Forbes BJ. Natural history of retinal hemorrhage in pediatric head trauma. Journal of AAPOS : the official publication of the American Association for Pediatric Ophthalmology and Strabismus / American Association for Pediatric Ophthalmology and Strabismus. 2016;20(2):131-5.
10. Narang SK, Estrada C, Greenberg S, Lindberg D. Acceptance of Shaken Baby syndrome and abusive head trauma as medical diagnoses. J Pediatr. 2016;177:273-8.
11. Choudhary AK, Dies Suarez P, Binenbaum G, Guandalini M, Cain T, Adamsbaum C, et al. Consensus statement on abusive head trauma: additional endorsements. Pediatric radiology. 2019;49(3):421.
12. Choudhary AK, Servaes S, Slovis TL, Palusci VJ, Hedlund GL, Narang SK, et al. Consensus statement on abusive head trauma in infants and young children. Pediatric radiology. 2018;48(8):1048-65.