EXHIBIT 14

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,
    Plaintiffs,
    vs.
ARIZONA DEPARTMENT OF CHILD SAFETY, et al.,
    Defendants.

Case No. 21-CV-00167-PHX-ROS

DEPOSITION OF BRENDAN CASSIDY, M.D.

Phoenix, Arizona
October 5, 2022
10:20 a.m.

Prepared by:
MICHAELA H. DAVIS
Registered Professional Reporter
Certified Realtime Reporter
Certified Realtime Captioner
Certified LiveNote Reporter
AZ CR No. #50574
carrie@carriereporting.com

CARRIE REPORTING, LLC
Certified Reporters
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
(480) 429-7573

(COPY)

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

---

**Page 2**

            I N D E X

| WITNESS | PAGE |
|---|---|
| BRENDAN CASSIDY, M.D. | |
|   BY MR. CONNELLY | 5 |
|   BY MS. ZANGERLE | 278 |
|   BY MR. CONNELLY | 319 |

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 40 | Diagram of the eye | 112 |
| 41 | Article entitled Racial and Ethnic Disparities and Bias in the Evaluation and Reporting of Abusive Head Trauma | 114 |
| 42 | Article entitled Children with asymptomatic brain bleeds as newborns show normal brain development at age 2 | 114 |
| 43 | Article entitled Retinal Hemorrhages Common in Healthy Newborns | 116 |
| 44 | Trauma history and physical; Bates Nos. PCH 1274 cycn - 1280 cycn | 118 |
| 45 | Report of Consultation; Bates No. SANKEY003825 | 143 |
| 46 | Photos; Bates Nos. PCH 1154 cycn and PCH 1162 cycn | 164 |
| 47 | Report of Warren H. Heller, MD; Bates Nos. AZDCS000834 - 837 | 230 |
| 48 | Consultation note; Bates Nos. PCH 0275 cycn - 0279 cycn | 241 |
| 49 | Report of Todd A. Lefkowitz, MD FAAO | 253 |
| 50 | Letter dated March 24, 2022 | 268 |

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

---

**Page 3**

1            DEPOSITION OF BRENDAN CASSIDY, M.D.
2  commenced at 10:20 a.m. on October 5, 2022, at the law
3  offices of GILLESPIE, SHIELDS, GOLDFARB & TAYLOR, 7319
4  NORTH 16TH STREET, PHOENIX, ARIZONA, before MICHAELA
5  HERMAN DAVIS, a Certified Reporter, in and for the County
6  of Maricopa, State of Arizona.

                  A P P E A R A N C E S

FOR THE PLAINTIFF:

    MILLS + WOODS LAW PLLC
    BY: MR. THOMAS A. CONNELLY
        5055 NORTH 12TH STREET
        SUITE 101
        PHOENIX, ARIZONA 85014
        tconnelly@millsandwoods.com

    GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
    BY: MS. NATALIE NEWELL
        7319 NORTH 16TH STREET
        PHOENIX, ARIZONA 85020
        nnewell@gllllaw.com

FOR DEFENDANT DEPARTMENT OF CHILD SAFETY:

    JONES SKELTON & HOCHULI
    BY: MR. RAVI PATEL
        40 NORTH CENTRAL AVENUE
        SUITE 2700
        PHOENIX, ARIZONA 85004
        rpatel@jshfirm.com

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

---

**Page 4**

FOR DEFENDANT PHOENIX CHILDREN'S HOSPITAL:

    GUST ROSENFELD, PLC
    BY: MS. KARI B. ZANGERLE (appearing via Zoom)
        ONE EAST WASHINGTON STREET
        SUITE 1600
        PHOENIX, ARIZONA 85004
        kzangerle@gustlaw.com

FOR DEFENDANT BRENDAN CASSIDY, M.D.:

    BROENING OBERG WOODS & WILSON, PC
    BY: MS. CYNTHIA Y. PATANE
        1122 EAST JEFFERSON
        PO BOX 20527
        PHOENIX, ARIZONA 85036
        cpatane@kw-law.com

ALSO PRESENT (appearing via Zoom):

    HONOR DUVALL

    ALAINA RAETZ, PHOENIX CHILDREN'S HOSPITAL

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

13

1  lecture and rounds to begin your day. Then you see
2  patients in the clinic. You see consult patients over
3  lunchtime, if necessary. You see clinic patients in the
4  afternoon.
5      Q.   Let me stop you for a minute.
6           What's the difference between a consult
7  patient and a clinic patient?
8      A.   So a clinic patient would be somebody that you
9  see in the clinic; they come to you. In this case, at one
10 of the four hospitals, I would be based in that
11 ophthalmology general clinic. We'd have sub-clinics
12 within it, so each of the different subspecialties of
13 ophthalmology would rotate through, and I'd participate in
14 those subspecialties. And then if there was a patient
15 that needed to be seen in the hospital that I was working
16 out of that was not able to come to the clinic or office,
17 then we'd go out to the floors where the patient was
18 located and do the examination there.
19     Q.   And that would be considered a consultation?
20     A.   And that would be a consultation, correct.
21     Q.   And then when you're on your rounds, you're
22 visiting with patients who are admitted to the hospital
23 already?
24     A.   No. So, again, as a general ophthalmology
25 resident, typically the morning would be lectures and

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

14

1  rounds, meaning you met with other ophthalmologists and
2  students in lecture series.
3           The tiny minority of ophthalmology patients
4  would be admitted to the hospital for primarily ophthalmic
5  issues. So the rest of the day would be in the clinic or
6  seeing a consult or attending lectures in the evening.
7  And then emergency call.
8           And then there would be months set aside for
9  pure lecture time where we attended lectures at various
10 locations around New York City learning all the different
11 subspecialties.
12     Q.   You said that there were four subspecialties in
13 ophthalmology. What are the four subspecialties?
14          MS. PATANE: Form.
15          THE WITNESS: So what I actually said was
16 there's four hospitals that we worked out of.
17 BY MR. CONNELLY:
18     Q.   That's not what you said, but let me ask you how
19 many subspecialties there are then.
20          MS. PATANE: Form.
21          MR. PATEL: Join.
22          THE WITNESS: I haven't counted them in
23 about 28 years, but when I counted them 28 years ago,
24 there were 22 subspecialties. So I haven't looked at it
25 recently, so I can't tell you whether the number is

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

15

1  equivalent, higher, or lower now.
2  BY MR. CONNELLY:
3      Q.   Is pediatrics considered a subspecialty?
4      A.   Usually it's referred to as pediatric
5  ophthalmology and strabismus, and that would be the
6  subspecialty.
7      Q.   Pediatric ophthalmology what?
8      A.   And strabismus.
9      Q.   In strabismus?
10     A.   And strabismus, S-T-R-A-B-I-S-M-U-S.
11     Q.   Spell it again, please.
12     A.   S-T-R-A-B-I-S-M-U-S.
13     Q.   So is pediatric ophthalmology a subspecialty?
14          MS. PATANE: Form.
15          MR. PATEL: Join.
16 BY MR. CONNELLY:
17     Q.   The subspecialty that you recognize involving
18 pediatrics is called pediatric ophthalmology and
19 strabismus?
20     A.   That's the full traditional name for it, yes.
21 But we abbreviate it --
22     Q.   Pediatric?
23     A.   -- peds oph.
24     Q.   Okay.
25     A.   Pediatric ophthalmology, yeah.

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

16

1      Q.   So we'll have an understanding today, can we,
2  please, that if we are just talking about pediatric
3  ophthalmology, we're talking about the subspecialty of
4  pediatric ophthalmology and strabismus?
5      A.   Yes, I understand that.
6      Q.   All right. And what is the strabismus part of
7  that? What does that mean?
8      A.   It's when the eyes don't work together.
9      Q.   So when one eye is going -- looking to the left
10 and one eye is not following along?
11     A.   Right. They don't cooperate together in various
12 fashions.
13     Q.   All right. So you did your three-year residency
14 at New York Medical College participating in all four
15 different hospitals from 1990 to 1993. Then what did you
16 do?
17     A.   And then I went for one year to Atlanta, Georgia
18 and did a pediatric ophthalmology and strabismus
19 fellowship which also included oculoplastics.
20     Q.   What is oculoplastics?
21     A.   It's plastic surgery around the eye and the eye
22 socket.
23     Q.   When you did your pediatric fellowship, what is
24 it that you learned in your pediatric fellowship?
25          MS. PATANE: Form.

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

29

1   MS. PATANE: Form and foundation.
2   MR. PATEL: Join.
3   MS. ZANGERLE: Join.
4   THE WITNESS: Absolutely not.
5   BY MR. CONNELLY:
6   Q. Okay. What would you -- would you -- strike
7   that.
8   After you did your one-year fellowship in
9   Atlanta -- where did you do that at, by the way?
10  A. I'm sorry?
11  Q. Where did you do your pediatric fellowship in
12  Atlanta?
13  A. Most of the time was spent at Scottish Rite
14  Children's Medical Center, but we worked out of three or
15  four hospitals at that time. Grady. Piedmont.
16  Q. That's all right.
17  A. There was Northside. And there was one other
18  facility I'm blanking on. It was a couple years ago.
19  Q. Okay. Any at Emory?
20  A. We did lectures at Emory but no surgeries there.
21  Q. All right. So after you -- when you completed
22  your fellowship in pediatric ophthalmology and -- and
23  let's have the understanding that I'm just using the
24  shorthand. I understand it's pediatric ophthalmology and
25  strabismus. How do you say it?

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

30

1   A. Strabismus.
2   Q. Okay. That's why I'm not a doctor; I can't say
3   the words.
4   So after you finished that fellowship --
5   there's no board certification that comes along with that;
6   right?
7   A. That's correct.
8   Q. So it's just taking classes and passing the
9   classes; right?
10  MS. PATANE: Form and foundation.
11  MR. PATEL: Join.
12  THE WITNESS: No.
13  BY MR. CONNELLY:
14  Q. Were you graded at all during a fellowship? Do
15  you get graded?
16  A. No.
17  Q. Is it -- what if you -- is there anything as not
18  succeeding in a fellowship?
19  A. Yes.
20  Q. And what happens in that case if you don't
21  succeed in your fellowship?
22  A. Your mentors would suggest that you look for a
23  different career.
24  Q. Or at least a different specialty, subspecialty;
25  right?

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

31

1   So completing the pediatric fellowship
2   doesn't confer upon you a greater degree. You don't get a
3   degree in pediatric ophthalmology; right?
4   A. You're eligible to become a fellow of the
5   American Academy of Pediatric Ophthalmology and
6   Strabismus, but no degree.
7   Q. And are you a fellow in that academy?
8   A. Last time I checked, I was. I couldn't tell you
9   if the dues are current.
10  Q. All right. And is it true that all you have to
11  do to be a fellow is to have the one-year fellowship
12  successfully completed and pay a membership fee?
13  MS. PATANE: Form.
14  MS. ZANGERLE: Form and foundation.
15  MS. PATANE: Join.
16  MR. PATEL: Join.
17  THE WITNESS: I haven't applied in 28 years,
18  so I couldn't tell you what other aspects there are to it.
19  BY MR. CONNELLY:
20  Q. There's no testing involved is my -- is the next
21  question then.
22  A. There was no testing back then. I don't know
23  the current status.
24  Q. Okay. And today all you need to do to maintain
25  your membership interest in that organization is to pay

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

32

1   the fees; right?
2   A. That's correct.
3   MS. PATANE: Form.
4   MR. PATEL: Join.
5   BY MR. CONNELLY:
6   Q. So after you completed your fellowship in
7   Atlanta, what did you do next?
8   A. I took a job in private practice in Phoenix,
9   Arizona.
10  Q. So you moved to Phoenix in 1994?
11  A. Correct.
12  Q. And you joined a practice that was existing here
13  already?
14  A. Correct.
15  Q. What was the name of the practice?
16  A. Affiliated Eye Surgeons.
17  Q. Are you still with that practice?
18  A. No.
19  Q. Were you doing eye surgeries at Affiliated Eye
20  Surgeons?
21  A. Yes.
22  Q. Were you doing surgeries on adults as well as
23  children?
24  A. Not general ophthalmology surgeries. Strabismus
25  surgeries, trauma surgeries, but I wouldn't do adult

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

33

1  cataracts or adult glaucoma like my partners would. I was
2  doing pediatric ophthalmology and strabismus.
3      Q.  Is there some physical manifestation of the eye
4  that causes strabismus?
5          MS. PATANE: Form.
6          MR. PATEL: Join.
7          THE WITNESS: In a small proportion of
8  people, it will be an eye issue. The great majority is
9  how the brain interprets vision and gets the cooperation
10 of the eyes.
11 BY MR. CONNELLY:
12     Q.  So if you're doing a strabismus operation, what
13 is it that you're doing?
14     A.  In the great majority of the cases, you're
15 repositioning the muscles on the surface of the eye.
16     Q.  How long did you work at Affiliated Eye
17 Surgeons?
18     A.  From 1994 to 2002.
19     Q.  And what happened in 2002? Where did you go?
20     A.  I opened a practice called ABC Children's Eye
21 Specialists, and that was private practice initiated by
22 myself.
23     Q.  Is that practice still operating?
24     A.  Yes.
25     Q.  How many doctors are employed there?

34

1      A.  We have three pediatric ophthalmologists and
2  three pediatric optometrists. And we have one nurse
3  practitioner.
4      Q.  When did you first become affiliated with
5  Phoenix Children's Hospital?
6          MS. PATANE: Form and foundation.
7          MR. PATEL: Join.
8          MS. ZANGERLE: Join.
9          THE WITNESS: I would have applied to the
10 medical staff in 1994. I can't tell you when I was
11 accepted to the medical staff, but I would assume it was
12 1994 but could have been early 1995.
13 BY MR. CONNELLY:
14     Q.  Were you part of the medical staff at PCH in
15 2019?
16     A.  Yes.
17     Q.  Are you on -- in 2019, were you on the medical
18 staff at any other hospitals in the Valley?
19     A.  Yes.
20     Q.  Which other ones?
21     A.  In 2019, I can't tell you whether I was still on
22 at St. Joe's. Might have been. And then I was probably
23 on at six or seven Banner facilities at the time.
24     Q.  Were you on the medical staff at Cardon's in
25 2019?

35

1      A.  Yes.
2      Q.  Was that a Banner hospital at that time?
3      A.  I don't recall.
4      Q.  And Cardon's has a specialized child protection
5  unit; is that true?
6          MS. PATANE: Form and foundation.
7          MR. PATEL: Join.
8          THE WITNESS: I'm not sure.
9          MS. ZANGERLE: Join.
10 BY MR. CONNELLY:
11     Q.  You're aware of the Child Protection Team at
12 PCH?
13         MS. PATANE: Form.
14         MS. ZANGERLE: Join.
15         MR. PATEL: Join.
16         THE WITNESS: I don't know the name of it.
17 If that's the name of it. I know that there is a trauma
18 team or used to be a forensic team, and if it's child
19 protective team now, I don't know the different iterations
20 of the name of the facility.
21 BY MR. CONNELLY:
22     Q.  I don't either, but in 2019, we do know that
23 there was a group within PCH called the Child Protection
24 Team headed up by Dr. Kathryn Coffman.
25         Do you know Dr. Coffman?

36

1          MS. PATANE: Form.
2          THE WITNESS: I do.
3          MR. PATEL: Join.
4          MS. ZANGERLE: Join.
5  BY MR. CONNELLY:
6      Q.  So in 2019 -- well, in 2019, you were on the
7  medical staff at PCH, and so as a staff doctor at PCH,
8  what is it that you're able to do as far as -- let me
9  strike that and come back.
10         What's the -- what's the purpose or benefit
11 of being on the medical staff at PCH in 2019?
12         MS. PATANE: Form.
13         MS. ZANGERLE: Form and foundation.
14         MS. PATANE: Join.
15         MR. PATEL: Join.
16         THE WITNESS: My benefit are we --
17 BY MR. CONNELLY:
18     Q.  Yeah. You as a doctor, what's the benefit for
19 you to be -- to be part of the staff at PCH in 2019?
20     A.  If I have a --
21         MS. PATANE: Form.
22         MR. PATEL: Join.
23         THE WITNESS: If I have a patient in 2019
24 that requires hospitalization or surgery, I can refer the
25 patient to the hospital for hospitalization. And if I

41

```
1   joined in '94 or '95 --
2       A.   Through present. Never drew a salary.
3       Q.   Never drew a salary from PCH?
4       A.   Never drew a salary, correct.
5       Q.   Okay. But you were on the staff, and as a
6   member of the staff, were you ever called to do an
7   emergency consult --
8            MS. PATANE: Form.
9            THE WITNESS: Yes.
10  BY MR. CONNELLY:
11      Q.   -- for a child at PCH?
12           MS. PATANE: Form.
13           MR. PATEL: Join.
14           THE WITNESS: Ever? Yes, absolutely.
15  BY MR. CONNELLY:
16      Q.   Okay. And were you called to do that in the
17  period between 1994 or '95, whenever it was that you
18  joined the staff, up through -- up through 1999, if you
19  can remember?
20      A.   From '94 to '99?
21      Q.   Yeah.
22      A.   Yes. Absolutely. Saw hundreds if not thousands
23  of patients, inpatients then.
24      Q.   And then if I understood what you said, in 1999,
25  somewhere between 1999 and 2001, PCH put out a contract
```
CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

42

```
1   for emergency care to -- as far as ophthalmology goes, to
2   the Arizona Pediatric Eye Specialists; right?
3            MS. PATANE: Form.
4            MS. ZANGERLE: Form and foundation.
5            MR. PATEL: Join.
6   BY MR. CONNELLY:
7       Q.   Do I have it correct so far?
8       A.   I think that's a reasonable expression of it.
9       Q.   All right. And then during that time, from
10  1999 -- or between 1999 and 2001, you don't know exactly
11  when, until 2017 or 2018, this emergency care contract was
12  in place, as far as your understanding; right?
13           MS. ZANGERLE: Form and foundation.
14           MS. PATANE: Form.
15           MR. PATEL: Join.
16           THE WITNESS: That's my understanding, yes.
17  BY MR. CONNELLY:
18      Q.   And then during that time then, during the time
19  that this contract for emergency care was in place, you
20  were not part of the Arizona Pediatric Eye Specialists
21  group that had this contract; right?
22      A.   That's correct.
23      Q.   And so in that time that the contract was in
24  place, were you called upon to examine a child on an
25  emergency basis where there were allegations of abuse?
```
CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

43

```
1            MS. ZANGERLE: Form and foundation.
2            MS. PATANE: Join.
3            MR. PATEL: Join.
4            THE WITNESS: During that time period, from
5   1999 to present? Or through 2019?
6   BY MR. CONNELLY:
7       Q.   '18, yeah.
8       A.   If we take that -- let's say it's an 18-year
9   chunk, I would have seen many hundreds if not thousands of
10  children in emergent and urgent situations that were
11  inpatient at Phoenix Children's Hospital.
12      Q.   Okay. But specifically in relation to part of a
13  team that was investigating abuse, would you have done it
14  during that time in that -- in that situation?
15           MS. PATANE: Form.
16           MS. ZANGERLE: Form and foundation.
17           MR. PATEL: Join.
18           THE WITNESS: So, again, I wasn't a member
19  of a team, but I would be contacted by trauma or forensics
20  or, again, if we loosely label it "the team," I would be
21  contacted from 1999 through 2017 to do possible abusive
22  head trauma or shaken baby -- at the time, that was the
23  label being used in the early portion of that time
24  frame -- to evaluate children for the potential for eye
25  problems in that setting. And, again, that would have
```
CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

44

```
1   been hundreds if not thousands of children over those
2   years.
3   BY MR. CONNELLY:
4       Q.   And so then when this contract ended, if I
5   understand your testimony correctly, the doctors that were
6   part of Arizona Pediatric Eye Specialists then
7   transitioned into being employees of PCH?
8            MS. ZANGERLE: Foundation, form.
9            MS. PATANE: Join.
10           MR. PATEL: Join.
11           THE WITNESS: That's my understanding, yes.
12  BY MR. CONNELLY:
13      Q.   And then in 2019 -- and let me go back for a
14  second.
15           You said that between 1999 and 2018, this
16  18-year period we are talking about when the Arizona
17  Pediatric Eye Specialist contract was in place, that you
18  would get called upon to do an examination on an emergency
19  basis for children where there were suspicions for abuse.
20           In those cases, how were you compensated?
21           MS. ZANGERLE: Form and foundation.
22           THE WITNESS: Typically --
23           MR. PATEL: Join.
24           THE WITNESS: -- my compensation was paying
25  for my gas to go to Phoenix Children's Hospital which is
```
CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573    carrie@carriereporting.com

297

1  Q.  You're aware at the time that he is a
2  two-month-old infant?
3  A.  Yes.
4  Q.  And I assume during your career, as well as in
5  your training, that you have had the opportunity to
6  examine a large number of babies that are infants?
7       MR. CONNELLY: Form and foundation.
8       THE WITNESS: Uncountable. Thousands.
9  BY MS. ZANGERLE:
10  Q.  Very good.
11      When you're going through your training as a
12  medical student, you indicated that you do some training
13  on the eye, but it's not in depth to the extent that you
14  would cover in your ophthalmology residency; accurate?
15  A.  Thousand percent.
16  Q.  And when you go to do your ophthalmology
17  residency, do you have training in both pediatric and
18  adult patients?
19  A.  Yes.
20  Q.  And during that time frame, do you receive
21  training on what potentially could cause the types of
22  conditions that you saw present in Swayde Sankey?
23  A.  Yes.
24  Q.  And as part of that training in your residency,
25  was there discussion about nonaccidental trauma and what

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

298

1  can be some of the signs and symptoms associated with the
2  child that has an eye injury from that mechanism of
3  injury?
4       MR. CONNELLY: Form and foundation.
5       THE WITNESS: There were many presentations,
6  many lectures covering that topic, yes.
7  BY MS. ZANGERLE:
8  Q.  After you completed your ophthalmology
9  residency, you did additional training, and I think you
10  mentioned it was at New York Medical College?
11  A.  No, my residency was at New York Medical
12  College. My additional training and fellowship was in
13  Atlanta through Scottish Rite Children's Medical Center.
14  Q.  Very good.
15      So you ended up doing additional training in
16  pediatric ophthalmology over and above what you learned in
17  your general ophthalmology residency?
18  A.  Correct.
19  Q.  So during your pediatric ophthalmology
20  fellowship, did you have additional training on signs and
21  symptoms associated with nonaccidental trauma and how it
22  can affect a child's eyes?
23      MR. CONNELLY: Form and foundation.
24      THE WITNESS: Absolutely.
25  ///

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

299

1  BY MS. ZANGERLE:
2  Q.  And part of that would be to teach you how to
3  diagnose injuries in the eyes that could be associated
4  with nonaccidental trauma?
5       MR. CONNELLY: Form and foundation.
6       THE WITNESS: Yes.
7  BY MS. ZANGERLE:
8  Q.  And would you say that that training that you
9  received at the children's hospital gave you a good sense
10  of what the signs and symptoms would be associated with
11  children that have suspected nonaccidental trauma and eye
12  injuries associated with it?
13      MR. CONNELLY: Form and foundation.
14      THE WITNESS: Yes. During the fellowship
15  year, we did quite a bit of didactic training with lecture
16  material, journal club, and we also examined children both
17  in the clinic and in the hospital setting for emergency
18  consults. And that was overseen by a group of pediatric
19  ophthalmologists and retina specialists and oculoplastic
20  specialists for the traumas. So we had extensive training
21  and experience with those topics, yes.
22  BY MS. ZANGERLE:
23  Q.  And so for people that may not understand what
24  journal club is, that is a process that you go through in
25  which you can go over current research and findings that

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

300

1  are published in medical journals; correct?
2  A.  Yes. We get taught to analyze those journal
3  articles and look to understand them and see if they are
4  valid to discuss potential learning points from those.
5  Q.  Sure. And part of what you're doing in journal
6  club is to learn about peer-reviewed literature and what
7  kind of the general scientifically accepted information is
8  about certain medical conditions related to the eyes?
9  A.  Yes.
10  Q.  So when you're shown an article today by
11  plaintiff's counsel that is from an online internet
12  publication, is that something that's considered to be
13  peer-reviewed medical literature?
14      MR. CONNELLY: Form and foundation, and move
15  to strike the characterization.
16      THE WITNESS: No, it's not considered peer
17  reviewed.
18  BY MS. ZANGERLE:
19  Q.  So peer-reviewed medical literature is either
20  independent research, or it could be other types of
21  research that are submitted to a journal in your specialty
22  or a specialty in which people that are unassociated with
23  the researcher or the authors review it to determine if
24  the science behind it and the conclusions behind it are
25  valid enough to warrant publication in a journal?

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

297

1  Q.  You're aware at the time that he is a
2  two-month-old infant?
3  A.  Yes.
4  Q.  And I assume during your career, as well as in
5  your training, that you have had the opportunity to
6  examine a large number of babies that are infants?
7       MR. CONNELLY:  Form and foundation.
8       THE WITNESS:  Uncountable.  Thousands.
9  BY MS. ZANGERLE:
10 Q.  Very good.
11      When you're going through your training as a
12 medical student, you indicated that you do some training
13 on the eye, but it's not in depth to the extent that you
14 would cover in your ophthalmology residency; accurate?
15 A.  Thousand percent.
16 Q.  And when you go to do your ophthalmology
17 residency, do you have training in both pediatric and
18 adult patients?
19 A.  Yes.
20 Q.  And during that time frame, do you receive
21 training on what potentially could cause the types of
22 conditions that you saw present in Swayde Sankey?
23 A.  Yes.
24 Q.  And as part of that training in your residency,
25 was there discussion about nonaccidental trauma and what

298

1  can be some of the signs and symptoms associated with the
2  child that has an eye injury from that mechanism of
3  injury?
4       MR. CONNELLY:  Form and foundation.
5       THE WITNESS:  There were many presentations,
6  many lectures covering that topic, yes.
7  BY MS. ZANGERLE:
8  Q.  After you completed your ophthalmology
9  residency, you did additional training, and I think you
10 mentioned it was at New York Medical College?
11 A.  No, my residency was at New York Medical
12 College.  My additional training and fellowship was in
13 Atlanta through Scottish Rite Children's Medical Center.
14 Q.  Very good.
15      So you ended up doing additional training in
16 pediatric ophthalmology over and above what you learned in
17 your general ophthalmology residency?
18 A.  Correct.
19 Q.  So during your pediatric ophthalmology
20 fellowship, did you have additional training on signs and
21 symptoms associated with nonaccidental trauma and how it
22 can affect a child's eyes?
23      MR. CONNELLY:  Form and foundation.
24      THE WITNESS:  Absolutely.
25      ///

299

1  BY MS. ZANGERLE:
2  Q.  And part of that would be to teach you how to
3  diagnose injuries in the eyes that could be associated
4  with nonaccidental trauma?
5       MR. CONNELLY:  Form and foundation.
6       THE WITNESS:  Yes.
7  BY MS. ZANGERLE:
8  Q.  And would you say that that training that you
9  received at the children's hospital gave you a good sense
10 of what the signs and symptoms would be associated with
11 children that have suspected nonaccidental trauma and eye
12 injuries associated with it?
13      MR. CONNELLY:  Form and foundation.
14      THE WITNESS:  Yes.  During the fellowship
15 year, we did quite a bit of didactic training with lecture
16 material, journal club, and we also examined children both
17 in the clinic and in the hospital setting for emergency
18 consults.  And that was overseen by a group of pediatric
19 ophthalmologists and retina specialists and oculoplastic
20 specialists for the traumas.  So we had extensive training
21 and experience with those topics, yes.
22 BY MS. ZANGERLE:
23 Q.  And so for people that may not understand what
24 journal club is, that is a process that you go through in
25 which you can go over current research and findings that

300

1  are published in medical journals; correct?
2  A.  Yes.  We get taught to analyze those journal
3  articles and look to understand them and see if they are
4  valid to discuss potential learning points from those.
5  Q.  Sure.  And part of what you're doing in journal
6  club is to learn about peer-reviewed literature and what
7  kind of the general scientifically accepted information is
8  about certain medical conditions related to the eyes?
9  A.  Yes.
10 Q.  So when you're shown an article today by
11 plaintiff's counsel that is from an online internet
12 publication, is that something that's considered to be
13 peer-reviewed medical literature?
14      MR. CONNELLY:  Form and foundation, and move
15 to strike the characterization.
16      THE WITNESS:  No, it's not considered peer
17 reviewed.
18 BY MS. ZANGERLE:
19 Q.  So peer-reviewed medical literature is either
20 independent research, or it could be other types of
21 research that are submitted to a journal in your specialty
22 or a specialty in which people that are unassociated with
23 the researcher or the authors review it to determine if
24 the science behind it and the conclusions behind it are
25 valid enough to warrant publication in a journal?