# EXHIBIT 15

COUNCIL ON CHILD ABUSE AND NEGLECT PROGRAM | JULY 01 2020

# Prevalence and Causes of Subconjunctival Hemorrhage in Children  FREE

Alomi O. Parikh, BA; Cindy W. Christian, MD; Brian Forbes, MD PhD; Gil Binenbaum, MD MSCE

*Pediatrics* (2020) 146 (1_MeetingAbstract): 1–2.

https://doi.org/10.1542/peds.146.1MA1.1b

**Topics:**  subconjunctival hemorrhage

PURPOSE Subconjunctival hemorrhage (SCH) is an easily diagnosed ocular finding that may result from traumatic or medical causes. SCH has been reported as a sign of occult abusive injury, but there are limited published data about SCH during childhood. We sought to determine the prevalence and causes of SCH in children. METHODS We conducted a retrospective cross-sectional study of children seen by pediatric ophthalmologists in an outpatient setting over a 4-year period. Reasons for examination included the wide variety of disorders evaluated by pediatric ophthalmologists, including amblyopia, strabismus, blurry vision, tearing, ptosis, cataract, trauma, infection, inflammation, retinal or optic nerve disease, prematurity, genetic or systemic disorder associated with ocular pathology, and others. Primary outcomes were prevalence of SCH across all examinations, for which serial examinations of the same episode of SCH were counted as a single case; and causes of SCH, based on history, physical ocular and nonocular findings, and laboratory and imaging studies. SCH prevalence was determined excluding eye surgery cases (a subtype of trauma) to reduce upward bias in the prevalence estimate. RESULTS We studied 33,990 children, who underwent 86,277 examinations (median age 5 years, range 2 days to 18 years; 9,282 under age 2 years, 13,447 age 2-7, 11,261 age 8-18). There were 949 (1.1%; 95% CI 1.0% to 1.2%) cases of SCH. The cause was iatrogenic trauma (eye surgery) in 636 children. When surgery was excluded, there were 313 (prevalence 0.4%) SCH cases, of which 261 (83%) were due to trauma; 40 (13%) ocular surface inflammation, including infectious conjunctivitis; 7 (2%) orbital or conjunctival lesion; 3 (1%) vessel rupture from choking or cough; and 2 (1%) coagulopathy related. Across all ages, including less than 2 years, trauma and inflammation together accounted for 94-97% of all cases of SCH. In 250 of 261 non-iatrogenic trauma cases, there was a clear history, witnesses, and/or additional ocular (e.g., hyphema, abrasion) or non-ocular (e.g., bruise, fracture) signs of trauma. The trauma was accidental in 183; inflicted in 59 (of which 11 involved child abuse); and unclear if accidental or inflicted in 8. The remaining 11 non-iatrogenic trauma cases involved small amounts of SCH that were attributed to minor trauma and had no subsequent concern for inflicted injury on follow up. CONCLUSIONS Subconjunctival hemorrhage is very uncommon in otherwise healthy children, with a prevalence under 0.5% in this relatively enriched sample of ophthalmology clinic patients. The great majority of cases are due to trauma, or less commonly ocular surface inflammation. "Spontaneous" SCH is extremely rare or does not occur in healthy children. All children presenting with SCH, including infants and young children, should be closely examined to identify other ocular or non-ocular signs that may be suggestive of trauma.

Copyright © 2020 by the American Academy of Pediatrics

## Comments

0 Comments