# EXHIBIT 2

# UNIVERSITY OF CALIFORNIA, IRVINE

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO   SANTA BARBARA • SANTA CRUZ

SCHOOL OF MEDICINE  
DEPARTMENT OF PEDIATRICS  
DIVISION OF CHILD ABUSE PEDIATRICS

CAST MEDICAL  
401 THE CITY DRIVE SOUTH  
ORANGE, CA 92868

Date: 1/19/23

Attn: Kari Zangerle, Esq.  
Campbell, Yost, Clare, & Norell  
3101 North Central Avenue, Suite 1200  
Phoenix, AZ 85012

Reg: child Swayde Sankey (dob 12/23/18)

Dear Ms. Zangerle,

I have been asked to respond to the expert opinion letter by Dr. Thomas Young dated 3/24/22 and his deposition performed on 11/4/22. Please refer to my initial opinion letter which is unchanged by Dr. Young's opinions and deposition. After review of his opinions and responses to deposition, I have the following opinions and concerns.

It concerns me that Dr. Young doesn't appear to recognize that as a licensed physician he is a mandated reported of suspected child maltreatment in the states where he holds licensure. Dr. Young's lack of knowledge of mandated reporter requirements and clear lack of having made any reports within or without his work as a forensic pathologist undermine his opinions regarding child maltreatment diagnosis and recognition. It is gravely concerning to me that neither his medical training nor his medical work in the military taught him the basics surrounding mandated reporting. His response to mandated reporting inquiry as "Well I will admit that there is a whole lot out there that I'm not aware of" is an inadequate excuse for a physician with decades of experience working with various hospitals and medical examiner offices.

Dr. Young is unaware of any medical organizations that refute Abusive Head Trauma as a legitimate medical condition and diagnosis. His excuse that these academies and professional colleges with their hundreds of thousands of collective members, each individually educated and trained, are somehow trapped in a network of biased conclusions and "circular logic" is illogical and unfounded. The very core of medical training teaches medical students, residents, and fellows to approach medical history taking and diagnostics with a broad, unbiased lens, and to create a comprehensive differential diagnosis to explain the patient's medical malady. The American Board of Pediatrics, the board that oversees board certification testing for all general pediatrics and pediatric subspecialty physicians, includes in the board specifications for the Child Abuse Pediatrics board certification test education and training on internal and external biases and understanding and including the comprehensive diagnostic list of medical diagnoses that mimic abuse. It can easily be concluded that medical school, residency, and fellowship graduates today receive far more dedicated education and training on biases, discrimination, the scientific method, research basics, and quality improvement than ever before, and much has evolved to expand and improve on the education of these topics since the 1970s and 1980s.

It concerns me that Dr. Young draws what he deems to be conclusive opinions rendered from "experience" while also maintaining significant inexperience with clinical work with living patients and inexperience with scientific

research including a lack of understanding of the scientific method, prospective research, retrospective research, or successful application with any Institutional Review Board (IRB). A complete paucity of ethical, IRB approved research, whether clinical, pathological, or pharmacological, calls into question Dr. Young's ability to render any opinion about research and scientific evidence. He has gathered no empirical data nor drawn any research-based scientific conclusions to support his opinions, and clearly has not read and processed the overwhelming quantity of ethical, IRB approved research on the medical and clinical specialty of pediatrics, childhood development, or child abuse pediatrics.

I disagree with the following misconception put forward by Dr. Young. He denies that Neuroradiologists can identify torn bridging veins on brain magnetic resonance imaging (MRI) without having any specific training or experience in radiology himself, let alone training in the greater complexities of magnetic resonance imaging, which was developed after his years of residency training. Magnetic resonance imaging has multiple modalities that can identify venous and arterial clots, aneurysms, hemorrhages, and ruptured vasculature including bridging veins. A pediatric neuroradiologist can more clearly explain the specific findings on brain MRI that indicate ruptured vasculature including modalities such as susceptibility weighted imaging, diffusion weighted imaging, and flair.

Although Dr. Young appears to disagree that this young infant's (Swayde Sankey) medical findings are injuries, he can put forth no plausible medical explanation to explain their existence. He also appears to minimize or dismiss medical findings corroborated by multiple subspecialty physicians as factually present. Furthermore, Dr. Young does not know the basic difference between Vitamin D insufficiency and deficiency, how a classic metaphyseal lesion (fracture) is caused or its basic medical mimics, nor does he know the basic medical pathology of osteogenesis imperfecta, Rickets, Menkes, or other pathologies on the broader diagnostic differential of bone fragility. Dr. Young's complete lack of knowledge regarding these medical diagnoses in living patients is strong evidence of his lack of expertise in pediatrics, primary care medicine, and child abuse pediatrics.

Review of infant Swayde Sankey's head circumference growth chart is simple for any medical provider who is trained in pediatrics and has any experience practicing pediatrics to recognize that something changed drastically with Swayde's head circumference between 1 month and 2 months of age. Swayde's head circumference jumped drastically from the 25th percentile to the 90th percentile in that 1-month timespan, crossing two growth lines. This is neither physiologically nor developmentally normal and is highly concerning for new pathology at that time that caused his abnormal head growth. In Swayde, this pathologic change is NOT from his birth nor related to any birth trauma, including any potential, yet unfounded, birth-related subdural hemorrhage. A foundational prospective research publication that Dr. Young has evidently failed to read and take into consideration is that of Rooks et al. (2008) in the *American Journal of Neuroradiology* titled "Prevalence and Evolution of Intracranial Hemorrhage in Asymptomatic Term Infants". These medical and scientific researchers set up an IRB-approved, prospective research study to examine 100 full term newborns for the presence of birth-related subdural hemorrhages. Newborns were evenly representative of males and females, 78% were born via vaginal delivery and 22% via cesarean section. Of the newborns delivered vaginally, 80% were spontaneous deliveries, 12% required vacuum assist, and 8% required forceps. Newborns prospectively had magnetic resonance imaging done of their brains following birth. All newborns were healthy without any concerns on initial newborn examination and without any medical complications from delivery. These researchers found that 46% of these newborns had small, thin (3mm or less) subdural hemorrhages all located over the posterior occipital lobes and only 23% had any infratentorial hemorrhage. All these term newborns were entirely asymptomatic and had normal newborn exams. Following discharge from the newborn nursery, these infants were followed long term with repeat magnetic resonance imaging of their brains. MRIs showed that 90% of these small, thin subdural hemorrhages had resolved by 4 weeks (1 month) of life and 100% had resolved completely by 3 months of life. None of the infants had symptoms, including macrocephaly, from these benign birth-related posterior subdural hemorrhages and none of these infants went on to develop chronic subdural hemorrhages nor hydrocephalus from these benign hemorrhages. These infants represent normal resolution of birth-related subdural hemorrhages. These infants do not represent Swayde Sankey because his larger, symptomatic subdural hemorrhages, macrocephaly, and additional injuries were not related to birth trauma.

Dr. Young's "catch-up mineralization" theory for the explanation for Swayde's right distal tibia findings is physiologically and scientifically untrue and therefore completely lacks scientific support. In addition, Dr. Young

states that a medical diagnosis is at best an "educated guess" and not a certain conclusion. This is factually incorrect in many cases that can be scientifically proven including the diagnosis of death with brain death exams, cancer with biopsy for pathologic diagnosis, fracture with radiographic imaging, appendicitis and other internal organ pathology with surgery, and many, many more medical diagnoses. The majority of medical diagnoses can be proven to near certainty with definitive, objective findings.

This being said, of utmost concern is Dr. Young's perseveration that child maltreatment cannot exist unless someone, specifically a verbal individual, witnesses the abusive event and can provide witness testimony. When pressed on whether a non-verbal infant alone with an adult caregiver could be abused and the adult caregiver then goes on to deny the maltreatment, Dr. Young opines that the injuries resulting from such maltreatment could not be concluded by an expert medical provider as abusive injury due only to the lack of witness testimony or confession. This is logically absurd especially from a forensic pathologist who has a historical practice of determining manner of death as suicide or homicide even without a confession by the deceased, the murderer, or a living witness to the event. Dr. Young's written opinion states, "One can be reasonably certain if witness accounts of the past are consistent or not consistent with physical evidence in the present, but one cannot reliably surmise past events from physical evidence **unless there is only one plausible explanation for that evidence**." This is the precise work of the physician, and even more so for the child abuse pediatrician. We form a differential diagnosis that lists the most likely medical causes (explanations) for the current medical findings, both individually and collectively. We then work diligently with the entire medical team of specialists to rule out or rule in the likely diagnoses from the differential. Dr. Young's speculation that multidisciplinary hospital medical teams first form a conclusion of abuse and then use bias to get all team members to make the diagnosis fit, without having actually worked in such a setting, is not only wholly inaccurate but frankly insults the medical education, training, and expertise of medical professionals across the disciplines.  In the case of Swayde Sankey, the individual medical findings are each a result of trauma, as all other plausible causes were thoroughly ruled out. Swayde's numerous individual injuries that each are the result of trauma **collectively conclude only one plausible explanation for their cause**, child physical abuse including abusive head trauma. This is a medical diagnosis that is scientifically based on reliable, objective medical findings, without circular logic, and accurately describes all of Swayde's medical findings even without a confession or a verbal witness. There is no other medical explanation that accurately explains these medical findings in this infant.

Sincerely,

*Corey J. Rood, MD, FAAP*
Child Abuse Pediatrician
Associate Clinical Professor of Pediatrics
**Division Chief** of Child Abuse Pediatrics
University of California Irvine School of Medicine, Dept of Pediatrics
**Medical Director** of the Child Abuse Services Team (CAST) Clinic, Orange, CA
**Medical Director** of the Child Abuse & Prevention Team,
Miller Children's & Women's Hospital, Long Beach, CA
Affiliate Child Abuse Pediatrician, CHOC Children's Hospital, Orange, CA

# References

Rooks et al. Prevalence and Evolution of Intracranial Hemorrhage in Asymptomatic Term Infants. *American Journal of Neuroradiology*. 2008;29:1082-1089.

Rood 0101 GR