# EXHIBIT 3



**Sarah Wagner, MD**
Professor & Program Director
Department of Obstetrics & Gynecology
Loyola University Chicago

Jan 24, 2023

I am a Professor of Obstetrics and Gynecology at Loyola University, where I also serve as Vice Chair of Education and Residency Director for the Department of Obstetrics and Gynecology. Upon earning my medical degree at Rush University, I completed my residency training in Obstetrics and Gynecology at New York University. As part of my professional activities, I am extensively involved in clinical care, teaching, and research.  I have lectured both regionally and nationally, and I am published in peer-reviewed journals such as *Obstetrics and Gynecology*. My CV reflects the awards and honors I have received, my research grants, and my participation and leadership in several professional societies. I am a fellow of the American College of Obstetricians and Gynecologists. I am board certified by the American Board of Obstetrics and Gynecology and devote approximately 60% of my professional time directly to clinical practice, nearly equally divided between Gynecology and Obstetrics. The remainder of my time is devoted to academic and administrative duties.   My rate for reviewing records is $625/hour and my rate for testifying as a witness in this case is $725/hour.

I have been deposed in the following cases:
- 12/17/2021: Testimony on Behalf of defendant for the US Attorney's office for Pineda v. US
- 2019: Testimony on behalf of the defendant for the US Attorney's office for Wages v. US

I have reviewed the following material:
- Deposition transcript of Honor Duval, taken January 14, 2022, with exhibits 22-31.
- Deposition transcript of Donald Sankey, Jr. taken January 12, 2022, with exhibits 1-21.
- Deposition transcript of Dr. Young
- Deposition transcript of Dr. Pickett
- Deposition transcript of Dr. Berebitsky
- Banner Estrella Medical Records (1-267) (Obstetrical records)
- Desert Valley Pediatrics Records (1-91)
- Phoenix Children's Hospital records for 2-21-19 & 3-7-19 admissions and PCMG out-patient visits (0001-1476 cycn)
- Phoenix Children's Hospital Child Abuse & Neglect Policy
- Report submitted by Dr. Gabaeff



**Sarah Wagner, MD**
Professor & Program Director
Department of Obstetrics & Gynecology
Loyola University Chicago

I hold the following opinions to a reasonable degree of medical certainty and believe the facts stated herein to be more likely true than not. My opinions regarding this case, the basis and reasons for them, and the facts or data considered by me in forming these opinions are set forth below:

- Swayde Sankey's mother was admitted on 12/22/2018 at 19:46 in active labor at 38 6/7 weeks.
- Ms. Sankey had a cervical exam at 22:30 notable for complete cervical dilation at +1 station at 22:40. Further descent to +2 station was noted at 00:22 on 12/23/2018. At 01:17, Ms. Sankey started pushing and delivered at 01:59. The patient underwent a spontaneous vaginal delivery approximately 3 hours and 20 minutes after complete dilation.

After careful review of the record, it is clear that the labor and delivery were managed appropriately in this situation. There is no mention of complications during delivery or fetal/infant trauma related to the delivery.

ACOG clearly states that a specific absolute maximum length of time spent in the second stage of labor beyond which all women should undergo operative delivery has not been identified. Moreover, at least 3 hours of pushing should be allowed in nulliparous women before determining that an arrest of descent has occurred[1]. While laboring down may increase the risk of infection, hemorrhage, and neonatal acidemia, laboring down has not been shown to lead to neonatal cerebral hematomas or skeletal trauma. Moreover, the rate of subdural hematomas is higher among infants delivered by operative delivery or cesarean, particularly cesarean after labor, than it is among infants delivered spontaneously[2]. The absence of abnormal labor or operative delivery indicates the likelihood of a subdural hemorrhage caused by labor is exceedingly low. It is clear that the management of the second stage in this patient's course is unrelated to the clinical presentation of their infant several months later.

Additionally, it can be said with certainty that there are no indications in the medical record that lead one to believe that the infant's bucket handle fracture is related to the mother's labor and delivery course. Neonatal fractures are rare but are most common in the setting of shoulder dystocia or malpresentation of the fetus. None of these situations were present in this patient's presentation.

We also treat the human spirit.   A Member of Trinity Health

**Loyola University Medical Center** | 2160 S. First Ave., Maywood, IL 60153 | 888-584-7888 | loyolamedicine.org

Wagner 0017 GR



**Sarah Wagner, MD**
Professor & Program Director
Department of Obstetrics & Gynecology
Loyola University Chicago

Obstetricians rely on the American College of Obstetrics and Gynecology (ACOG) to carefully review the available evidence and provide guidelines for antepartum, intrapartum, and postpartum care. As it pertains to the claim by Dr. Gabaeffe that Ms. Duvall's obstetric provider should have tested her vitamin D levels, screening for vitamin D deficiency is not recommended by the ACOG, as there is no substantial evidence to show that routine screening and treatment leads to improved outcomes for mother and baby. Moreover, neonatal rickets due to maternal vitamin D deficiency is exceedingly rare and occurs only in very severe circumstances of maternal vitamin deficiency. Ms. Duvall's level of 22nmol/L is a very mild case of hypovitaminosis D.

As it pertains to the claim by Dr. Gabaeffe that the presence of meconium infers fetal distress caused by a subdural hemorrhage in utero, and the claim by Dr. Young that the presence of meconium infers fetal distress caused by hypoxia, there is absolutely no evidence to substantiate these statements. Fetal defecation with meconium normally begins early in the first trimester, slows after 16 weeks gestation and becomes infrequent by 20 weeks, concurrent with innervation of the anal sphincter. From approximately 20 to 34 weeks, fetal passage of meconium remains infrequent. Fetal stress may result in meconium passage, due to increased peristalsis and relaxation of the anal sphincter. Meconium on its own is a nonspecific finding and could be related to a stressor that is acute and short lived or chronic. When fetal heart rate tracings are reassuring and labor is progressing normally, conclusions as to the etiology of the meconium passage are not possible. Yeomans et al examined this issue, exploring a possible association of acidemia in infants with meconium staining[3]. In evaluating 323 pregnancies with meconium, they found that the presence of meconium-stained fluid correlates poorly with the infant's umbilical cord pH.

In conclusion, it is my expert opinion that the clinical course of Swayde Duvall was completely unrelated to the management and delivery of Ms. Duvall's pregnancy. As discovery continues, I reserve the right to update my opinions after review of any additional materials.

Sincerely,

*[signature]*



**Sarah Wagner, MD**
Professor & Program Director
Department of Obstetrics & Gynecology
Loyola University Chicago

**Sarah Wagner, MD, FACOG (she/her)**
Professor, Department of Obstetrics and Gynecology
Residency Program Director
Vice Chair of Education

Stritch School of Medicine
Loyola University Medical Center
2160 S. 1st Avenue, Maywood, IL 60153

1. ACOG Obstetric Care Consensus, Safe Prevention of the Primary Cesarean Delivery, March 2014.
2. Towner D, Castro MA, Eby-Wilkens E, Gilbert WM. Effect of mode of delivery in nulliparous women on neonatal intracranial injury. N Engl J Med. 1999;341(23):1709.
3. Yeomans ER, Gilstrap LC 3rd, Leveno KJ, Burris JS. Meconium in the amniotic fluid and fetal acid-base status. Obstet Gynecol. 1989;73(2):175.