# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Honor Duvall, et al.,            )
                                 )
     Plaintiffs,                 )
                                 )
vs.                              ) No. 21-CV-00167-ROS
                                 )
Arizona Department of Child      )
Safety,                          )
                                 )
     Defendants.                 )
_____)

VIDEOCONFERENCE DEPOSITION OF HEATHER GOSNELL, MD

Goodyear, Arizona
November 1, 2022
11:33 a.m.

PREPARED FOR:
(CERTIFIED COPY)

Reported by:                         CARRIE REPORTING, LLC
SABRINA S. STERENFELD                Certified Reporters
Registered Professional Reporter     2415 East Camelback Road
Arizona CR NO. 51002                 Suite 700
                                     Phoenix, AZ 85016
                                     (480)429-7573

1    A.   Yes.
2    Q.   And for members of the jury, that means that you
3 have undergone both a written and an oral examination that
4 establishes your competency in the area of pediatric
5 medicine?
6    A.   Yes.
7    Q.   And you were asked some questions about
8 Mr. Sankey and Ms. Duvall and whether or not they appeared
9 to be abusive to you.  I want to follow up a little bit on
10 that.
11         Do -- in your experience in caring for
12 patients, do you -- are you generally able to identify in
13 advance if the parent could potentially be involved in
14 abuse to their child?
15   A.   No.
16   Q.   So even though a parent such as Ms. Duvall or
17 Mr. Sankey may not outwardly appear to you as being
18 parents that might engage in abuse of the child, that
19 doesn't rule out the potential that it can occur; fair?
20         MR. CONNELLY:  Form.  Foundation.
21         THE WITNESS:  Correct.
22 BY MS. ZANGERLE:
23   Q.   And when you were involved in caring for Swayde
24 during the year 2019, you noted in your medical record
25 that you had some concerns that this baby had been

158

1   involved in nonaccidental trauma; fair?
2              MR. CONNELLY:  Form.  Foundation.
3              THE WITNESS:  Yes.
4   BY MS. ZANGERLE:
5       Q.   And that was based upon your training as a
6   pediatrician and the information that you reviewed based
7   upon a variety of specialists as well as information you
8   took during your examination and discussions with family?
9              MR. CONNELLY:  Form.  Foundation.
10             THE WITNESS:  Yes.
11  BY MS. ZANGERLE:
12      Q.   As you sit here today, do you still hold the
13  opinion that -- based upon the information that you
14  reviewed, that this child had been -- was a potential
15  victim of SNAT?
16             MR. CONNELLY:  Form.  Foundation.
17             THE WITNESS:  Yes.
18  BY MS. ZANGERLE:
19      Q.   And I'm asking you that as the child's treating
20  pediatrician.  Based upon the materials you reviewed from
21  the various examinations during your care and treatment,
22  you formed an opinion that it was reasonable to
23  investigate the possibility of nonaccidental trauma for
24  this child's various medical conditions?
25      A.   Yes.