# EXHIBIT 7

Deposition of Taryn Bragg, M.D.                    August 17, 2023

1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Honor Duvall, et al.,            )
                                 )
            Plaintiffs,          )
                                 )
vs.                              )  Case No.:
                                 )  21-CV-00167-PHX-ROS
Arizona Dept. of Child Safety,   )
et al.,                          )
                                 )
            Defendants.          )
                                 )

DEPOSITION OF TARYN BRAGG, M.D.
(Videoconference via Zoom)

Phoenix, Arizona
August 17, 2023
1:02 p.m.

REPORTED BY:                 CARRIE REPORTING, LLC
Kristy A. Ceton, RPR         Certified Reporters
AZ CR No. 50200              2415 E. Camelback Road
                             Suite 700
                             Phoenix, AZ 85016
                             (480) 429-7573

 1   testimony she gave?

 2          A.   No.

 3          Q.   Did you know her to be a truthful person?

 4          A.   Yes.

 5               MR. STULTZ:  Form and foundation.

 6               MR. CONNELLY:  Okay.  I don't have any

 7   other questions at this time, Doctor.

 8               MR. STULTZ:  Rachel, do you have any

 9   questions?

10               MS. WERNER:  No questions.  Thank you for

11   your time, Dr. Bragg.

12               MR. STULTZ:  I have a few follow-up

13   questions.

14

15                         EXAMINATION

16   BY MR. STULTZ:

17          Q.   Dr. Bragg, you testified today that you

18   have treated patients who experienced subdural

19   hematomas via childbirth.  Do you recall that?

20          A.   Yes.

21          Q.   Approximately how many -- throughout your

22   career, approximately how many such patients have you

23   treated who developed subdural hematomas as a result

24   of childbirth?

25          A.   None.  I mean, none in the sense of

1    ongoing subdurals.

2         Q.   I'm going to get there.

3              But just your -- through the course of

4    your practice, approximately how many patients have

5    you treated who developed subdural hematomas as a

6    result of childbirth?

7         A.   Probably a couple hundred.

8         Q.   And in any of those other cases where --

9    or strike that.

10             In any of those cases where you provided

11   treatment to a child who developed subdural hematomas

12   as a result of childbirth, did any of them go on to

13   develop enlarging hematomas that required a placement

14   of a subdural drain?

15        A.   No.

16        Q.   In the patients you've treated who

17   developed subdural hematomas during childbirth, was

18   the blood in a different location than the blood that

19   Swayde had with his subdural hematomas?

20             MR. CONNELLY:  Form and foundation.

21             THE WITNESS:  Yes.

22        Q.   BY MR. STULTZ:  And so for the patients

23   that you treated who developed subdural hematomas as

24   a result of childbirth, where was the blood located?

25             MR. CONNELLY:  Form and foundation.

```
 1                 THE WITNESS:  Typically, along the
 2   tentorium and in the posterior fossa.
 3         Q.   BY MR. STULTZ:  And is that a different
 4   location than where the blood was located with
 5   Swayde?
 6         A.   Yes.
 7         Q.   Where was the blood located with Swayde
 8   as seen on the imaging?
 9         A.   On the top of the head --
10                 THE COURT REPORTER:  I'm sorry.  I didn't
11   hear that.  On the top of the head?
12                 THE WITNESS:  And the biparietal and
13   bifrontal region, along the convexity.
14         Q.   BY MR. STULTZ:  You were shown a
15   transcript and asked some questions about a
16   conversation that Swayde's mother recorded that she
17   had with you prior to the surgery.
18                 Do you recall that?
19         A.   Yes.
20         Q.   And is it fair to say that when you were
21   talking to Ms. Duvall about potential causes of
22   subdural hematomas, you were talking in general what
23   might be causes?
24         A.   Yes.
25         Q.   Is it fair to say that you were not
```