# EXHIBIT 8

Todd Allen Lefkowitz, MD, FAAO on November 14, 2022

```
                UNITED STATES DISTRICT COURT

                    DISTRICT OF ARIZONA


Honor Duvall, an individual; Donald)
Sankey, Junior, an individual;     )
S.Z.S., a minor, through his       )
parents and guardians Honor        )
Duvall and Donald Sankey,          )
                                   )
               Plaintiffs,         )Case No.:
vs.                                )21-CV-00167-PHX-ROS
                                   )
Arizona Department of Child Safety,)
a governmental entity; State of    )
Arizona, a governmental entity;    )
Brenda Gualajara, individually and )
as an employee with the State of   )
Arizona Department of Child Safety )
and John Doe Gualajara, her spouse;)
Fernando Araizo, individually and  )
as an employee with the State of   )
Arizona Department of Child Safety )
and Jane Doe Araizo, his spouse;   )
Alyssa Lucero, individually and as )
an employee with the State of      )
Arizona Department of Child Safety )
and John Doe Lucero, her spouse;   )
Jeffrey Duncan, individually and as)
an employee with the State of      )
Arizona Department of Child Safety )
and Jane Doe Duncan, his spouse;   )
et al.,                            )
               Defendants.         )
_____)

      DEPOSITION OF TODD ALLEN LEFKOWITZ, MD, FAAO

               Phoenix, Arizona
               November 14, 2022
                  10:11 a.m.

(COPY)
                        REPORTED BY:
                        HD REPORTING, LLC
                        HALEY DAWN WESTRA, RPR, CRR
                        Certified Court Reporter
                        AZ-CR No. 50762
```

```
 1   Swayde Sankey's birth?
 2        A.   Well, since I wasn't there, I have to rely on
 3   Cassidy and maybe Rosenthal, Fecarotta.
 4        Q.   Do you recall when the baby was born with
 5   respect to when Dr. Cassidy and Dr. Fecarotta and
 6   Dr. Rosenthal performed their evaluations?
 7             In other words, how old was the baby when they
 8   performed their evaluations?
 9             It looks like you're referring to some of your
10   handwritten notes; is that correct?
11        A.   That's correct.
12             I don't seem to have written down the date of
13   birth here, or it's not in the report -- well,
14   actually, I'm sorry, let me take that back.
15             "Patient" -- it says, in the general
16   chronology of events, patient was born on
17   December 23rd.  December 23rd.
18             So Cassidy's consult was in February of '19,
19   so it was 2 months later, almost to the day.
20        Q.   So by that point in time, when Dr. Cassidy
21   performed his evaluation, any retinal hemorrhages that
22   were present when Swayde Sankey was born would have
23   been resolved --
24             MR. CONNELLY:  Form and foun- --
25
```

```
 1   BY MS. PATANE:
 2       Q.    -- correct?
 3             MR. CONNELLY:  Form and foundation.
 4             THE WITNESS:  Well, I would agree about that.
 5   BY MS. PATANE:
 6       Q.    You saw in Dr. Fecarotta's exam that he
 7   identified retinal hemorrhages; correct?
 8       A.    Correct.
 9       Q.    You would agree with me that the finding of
10   retinal hemorrhages that he describes in his report on
11   March 7th, 2019, corroborates the presence of the
12   degree of retinal hemorrhages described by Dr. Cassidy
13   on February 22, 2019; correct?
14             MR. CONNELLY:  Form and foundation.
15             THE WITNESS:  As I recall, Fecarotta noticed
16   fewer hemorrhages than Cassidy claimed.
17   BY MS. PATANE:
18       Q.    And you understand that his evaluation
19   occurred on March 7th?
20       A.    I do.
21       Q.    And Dr. Cassidy's evaluation occurred on
22   February 22nd; correct?
23       A.    Correct.
24       Q.    Dr. Fecarotta, you said, found fewer retinal
25   hemorrhages; correct?
```