**GUST ROSENFELD, P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona  85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br>**PCH DEFENDANTS' MOTION TO ENLARGE THE PAGE LIMIT FOR RESPONSE TO PLAINTIFFS' OMNIBUS *DAUBERT* MOTION AS TO ELEVEN EXPERTS RETAINED BY PCH DEFENDANTS AND DEFENDANT CASSIDY [DOC 333]** |

Defendants Phoenix Children's Hospital, Dr. William S. Wood and spouse Rachel Wood; Dr. Kathryn Coffman; and Haley Dietzman and spouse Roald Dietzman ("PCH Defendants"), through counsel, request that the Court enlarge the page limit for the PCH Defendants' Response to Plaintiffs' Omnibus *Daubert* Motion as To Eleven Experts Retained by PCH Defendants and Cassidy. (Doc 333)

1  Plaintiffs' Omnibus *Daubert* Motion is 34 pages of text and seeks to exclude opinions offered by all ten of the PCH Defendants' experts. The PCH Defendants' Response is 32 pages of text. Pursuant to LRCiv 7.2(e)(1), a response and its supporting memorandum may not exceed 17 pages, unless otherwise permitted by the Court. Considering the scope and length of Plaintiffs' Omnibus *Daubert* Motion, the PCH Defendants request that the Court grant an enlargement of the page limit up to and including 35 pages, of which 32 pages is substantive text. The enlargement is necessary for the PCH Defendants to respond to the factual and legal arguments made in Plaintiffs' 34-page motion.

Pursuant to Paragraph 13.c of the Case Management Order, the parties previously have consulted and agreed to an enlargement of the page limits for the parties' *Daubert* motions and responses. (Doc. 25 at 8.)

DATED this 19th day of October, 2023.

**GUST ROSENFELD, P.L.C.**

By /s/ Kari B. Zangerle
Kari B. Zangerle
Robert C. Stultz
One East Washington Street, Suite 1600
Phoenix, AZ  85004-2553
*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Mark Shields, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ  85020
*Attorneys for Plaintiffs*

Georgia A. Staton, Esq.
Ravi V. Patel, Esq.
Jones, Skelton & Hochuli, PLC
40 North Central Ave., Suite 2700
Phoenix, AZ  85004
*Attorneys for State Defendants*

Cynthia Y. Patane, Esq.
Rachel L. Werner, Esq.
Gordon Rees Scully Mansukhani, LLP
One Renaissance Square
Two North Central Ave., #2200
Phoenix, AZ  85004
*Attorneys for Defendant Brendan Cassidy*

By /s/  Melody Kern