# EXHIBIT 3

# CURRICULUM VITAE

# THOMAS WILLIAM YOUNG, M.D.

<u>PERSONAL DATA:</u>

| | |
|---|---|
| Birthdate: | June 12, 1956 |
| Birthplace: | La Mesa, California |

<u>PROFESSIONAL POSITION:</u>

Heartland Forensic Pathology, LLC (private practice)
12717 Oakmont Drive
Kansas City, Missouri 64145

<u>ACADEMIC RECORD:</u>

| | |
|---|---|
| College: | Loma Linda University<br>College of Arts and Sciences<br>Riverside, California<br>October 1974 - June 1977 |
| Medical School: | Loma Linda University<br>School of Medicine<br>Loma Linda, California<br>September 1977 - November 1980<br>Bachelor of Science (Human Biology) and<br>Medical degrees awarded on November 30, 1980 |
| Internship and Residency: | Anatomic and Clinical Pathology<br>Loma Linda University Medical Center and Jerry L. Pettis Memorial Veterans Administration Hospital<br>Loma Linda, California<br>January 1981 - December 1984 |
| Fellowship: | Forensic Pathology<br>Office of the Medical Examiner, Fulton County (Program affiliated with Emory University, School of Medicine)<br>Atlanta, Georgia<br>July 1988 - June 1989 |

THOMAS WILLIAM YOUNG, M.D.                                           PAGE 2

BOARD CERTIFICATION:

    Diplomate-National Board of Medical Examiners
    January 2, 1982

    Diplomate-American Board of Pathology
        Anatomic and Clinical Pathology - May 31, 1985
        Forensic Pathology - September 25, 1989

MEDICAL LICENSURE:

    Missouri—MD108989
    West Virginia—29199
    Kansas—04-32417 (inactive)
    Georgia—030931 (inactive)

PROFESSIONAL ACTIVITIES:

    Heartland Forensic Pathology, LLC (private practice)
    Kansas City, Missouri
    January 2007 – Present

    Laboratory Director
    Putnam County Memorial Hospital
    Unionville, Missouri
    December 2017 – Present

    Forensic Pathologist, part time (State of West Virginia)
    Office of the Chief Medical Examiner
    Charleston, West Virginia
    December 2020 — Present

    Forensic Pathologist, part time (CDC Foundation grant)
    Office of the Chief Medical Examiner
    Charleston, West Virginia
    June 2019 — November 2020

THOMAS WILLIAM YOUNG, M.D.                                    PAGE 3

Laboratory Director
I-70 Community Hospital
Sweet Springs, Missouri
December 2017 – February 2019

Review Board, The American Investigative Society of Cold Cases (AISOCC)
June 2013 – Present

Participated in Federal Response to Autopsy Backlog following Hurricane María, Institute of Forensic Sciences, San Juan, Puerto Rico
August 2018 – October 2018

Jackson County Medical Examiner
Kansas City, Missouri
July 1995 – December 2006

Medical Examiner, Platte County Missouri
July 1995 – December 2006

Medical Examiner, Clay County Missouri
April 1996 – December 2006

Medical Examiner, Cass County Missouri
January 2004 – December 2006

Director, Office of the Jackson County Medical Examiner Forensic Pathology Training Program
July 2002 – December 2006

Clinical Associate Professor
University of Missouri-Kansas City School of Medicine
September 1997 – December 2006

Forensic Pathologist, National Disaster Medical System (DMORT - 7)
United States Department of Homeland Security
October 1996 – March 2006

**THOMAS WILLIAM YOUNG, M.D.**                                                  PAGE 4

Participated in Federal Disaster Response involving
Korean Airlines Flight 801, Guam
August 1997

Associate Medical Examiner, Fulton County
Atlanta, Georgia
July 1989 - June 1995

Assistant Professor of Pathology,
Emory University School of Medicine
August 1994 - June 1995

Clinical Assistant Professor of Pathology,
Emory University School of Medicine
July 1991 - August 1994

Medical Examiner for Division of Forensic Sciences,
Georgia Bureau of Investigation
Decatur, Georgia
July 1989 - June 1995

Chief, Anatomic Pathology
Ehrling Bergquist Strategic Hospital
Offutt Air Force Base, Nebraska
January 1985 - May 1988

Medical Director, Phase II
Laboratory Technician Training Program
Ehrling Bergquist Strategic Hospital
Offutt Air Force Base, Nebraska
January 1985 - May 1988

Major, Active Duty
United States Air Force Medical Corps
January 1985 - May 1988

PROFESSIONAL MEDICAL SOCIETIES:

    Alpha Omega Alpha Honor Medical Society (1980)

**THOMAS WILLIAM YOUNG, M.D.**                                         **PAGE 5**

American Society of Clinical Pathologists (1983; Fellow 1985)
College of American Pathologists (Fellow 1985)
American Academy of Forensic Sciences (1989; Fellow 2003)
National Association of Medical Examiners (1989; Fellow)

PUBLICATIONS:

1.  Young TW, Thrasher TV. Non-chromaffin Paraganglioma of the Uterus - A Case Report. Arch Pathol Lab Med 106:608-609, 1982.

2.  Young TW, Keeney GL, Bull BS. Red Cell Fragmentation in Human Disease (A Light and Scanning Electron Microscope Study). Blood Cells 10:493-501, 1984.

3.  Young TW. Reye's syndrome. A Diagnosis Occasionally First Made at Medicolegal Autopsy. Am J Forensic Med Pathol 13:21-27, 1992.

4.  Mandsager NT, Young TW. Pain During Sexual Response Due to Bilateral Bartholin Gland Adenomas. A Case Report. J Reprod Med 37:983-985, 1992.

5.  Young TW, Pollock DA. Misclassification of Deaths Caused by Cocaine. An Assessment by Survey. Am J Forensic Med Pathol 14:43-47, 1993.

6.  Gulino SP, Young TW. Restraint asphyxia [letter]. Am J Forensic Med Pathol 21(4):420, 2000.

7.  Garg U, Althahabi R, Amirahmudi V, Brod M, Blanchard C, Young T. Hyaluronidase as a Liquefying Agent for Chemical Analysis of Vitreous Fluid. J Forensic Sci 49 (2):388-391, 2004.

8.  Young TW, Wooden SE, Dew PC, Hoff GL, Cai J. The Richard Cory Phenomenon: Suicide and Wealth in Kansas City, Missouri. J Forensic Sci 50(2):443-447, 2005.

9.  Rosales CM, Laboy MA, Young T, Garg U. Death of an Infant Involving Guaifenesin. Tox Talk 30(3):9, 2006.

**THOMAS WILLIAM YOUNG, M.D.**                               **PAGE 6**

10. Young TW.  Examination of Female Pelvic Organs by *en bloc* Resection.  In: Spitz WU, editor.  Spitz and Fisher's Medicolegal Investigation of Death: Guidelines for the Application of Pathology to Crime Investigation.  Springfield, IL: Charles C. Thomas, 2006.

11. Young TW.  Catch-22 No More!  Twenty-two Lessons Learned as a Chief Medical Examiner.  http://www.heartlandforensic.com/writing/catch-22.  August 12, 2007.

12. Young TW, Okoye MI.  The Role of the Forensic Pathologist in a Mass Disaster.  In: Okoye MI, Wecht CH, editors.  Forensic Investigation and Management of Mass Disasters.  Tucson, AZ: Lawyers & Judges Publishing Company, Inc, 2007.

13. Rosales CM, Young T, Laster MJ, Eger EI, Garg U.  Sevoflurane Concentrations in Blood, Brain and Lung After Sevoflurane-Induced Death.  J Forensic Sci 52 (6): 1408-1410, 2007.

14. Young TW.  Forensic Science and the Scientific Method. http://www.heartlandforensic.com/writing/forensic-science-and-the-scientific-method.  February 13, 2008.

15. Young TW.  An Inferential Test for Expert Testimony.  http://www.heartlandforensic.com/writing/an-inferential-test-for-expert-testimony.  April 5, 2009.

16. Young TW.  Is Sherlock Holmes' "Reasoning Backwards" a Reliable Method for Discovering Truth?  Analyses of Four Medicolegal Cases.  http://www.heartlandforensic.com/writing/is-sherlock-holmes-reasoning-backwards-a-reliable-method-for-discovering-truth.  September 14, 2010.

17. Young TW.  Attorneys and Judges, You Can Stop the Madness Now.  http://www.heartlandforensic.com/writing/attorneys-and-judges-you-can-stop-the-madness-now.  September 19, 2010.

18. Young TW.  Fatal Bronchial Asthma With Bilateral Lung Collapse.  Am J Forensic Med Pathol 31(4):373-375, 2010.

19. Young TW.  Do Resuscitation-Related Injuries Kill Infants and Children?  [letter]  Am J Forensic Med Pathol 31(4):e6, 2010.

**THOMAS WILLIAM YOUNG, M.D.**                                              **PAGE 7**

20. Young TW. Putting It All Together: The Logic Behind the Forensic Scientific Method and the Inferential Test. http://www.heartlandforensic.com/writing/putting-it-all-together-the-logic-behind-the-forensic-scientific-method-and-the-inferential-test. January 11, 2011.

21. Young TW. Do You Know The Difference Between Diagnostic Medicine and Forensic Medicine? http://www.heartlandforensic.com/writing/forensic-inference/do-you-know-the-difference-between-diagnostic-medicine-and-forensic-medicine. April 23, 2011.

22. Young TW. The Death of SIDS [letter]. Acad For Path 1(1):238, 2011.

23. Young TW. Shaken Infants Die of Neck Trauma, Not of Brain Trauma [letter]. Acad For Path 1(1):240-241, 2011.

24. Young TW. The Inferential Test is Always True. Think of it as a Law. http://www.heartlandforensic.com/writing/forensic-inference/the-inferential-test-is-always-true-think-of-it-as-a-law. September 11, 2011.

25. Young TW. Dr. Young Addresses The Big Question. http://www.heartlandforensic.com/writing/chapter-0-introduction. November 10, 2011.

26. Young TW. Inference in Forensic Pathology [letter]. Acad For Path 2(1):105-106, 2012.

27. Young TW. Diatoms, Retinal Hemorrhages and Other Forensic Tests: A Logical Assessment Using Probability Theory. http://www.heartlandforensic.com/writing/diatoms-retinal-hemorrhagesand-other-forensic-tests. August 29, 2012.

28. Young TW. Forensic Inference Emails. Accessed through home page of www.heartlandforensic.com. December, 2012 to February, 2015.

29. Young TW. The Sherlock Effect: How Forensic Doctors and Investigators Disastrously Reason Like The Great Detective. Boca Raton: CRC Press, 2018.

THOMAS WILLIAM YOUNG, M.D.                                   PAGE 8

30. Young TW.  Commentary on: Dror IE, Melinek J, Arden JL, Kukucka J, Hawkins S, Carter J, et al.  Cognitive bias in forensic pathology decisions.  J Forensic Sci https://doi.org/10.1111/1556-4029.14697. Epub 2021 Feb 20 [letter].  J Forensic Sci 2021;00:1.  DOI: 10.1111/1556-4029.14837.  Version of record online: 09 September 2021.

ABSTRACTS AND FORMAL PRESENTATIONS:

1. Hanzlick RL and Young TW: Cocaine-related Death Survey. Presented at the 23rd Annual Meeting of the National Association of Medical Examiners, Sanibel Island, Florida, September 1989.

2. Young TW: Reye's syndrome.  A Diagnosis Occasionally First Made at Medicolegal Autopsy.  Presented at the 24th Annual Meeting of the National Association of Medical Examiners, Denver, Colorado, September 1990.

3. Young TW and Pollock DA: Misclassification of Deaths Caused by Cocaine.  An Assessment by Survey.  Presented at the 43rd Annual Meeting of the American Academy of Forensic Sciences, Anaheim, California, February 1991.

4. Young TW: The Significance of Pigmented Pulmonary Macrophages in a Forensic Autopsy Population.  Presented at the 45th Annual Meeting of the American Academy of Forensic Sciences, Boston, Massachusetts, February 1993.

5. Young TW: Basics of Death Investigation.  Presented at the 105th Annual Meeting of the American Academy of Insurance Medicine, Kansas City, Missouri, October 1996.

6. Pattison CP, Marshall BJ, Young TW and Vergara GG: Is <u>Helicobacter pylori</u> the Missing Link for Sudden Infant Death Syndrome (SIDS)?  Supplement to Gastroenterology 112:4, A254, 1997.  Presented at the 97th Annual Meeting of the American Gastroenterological Association, May 1997.

**THOMAS WILLIAM YOUNG, M.D.**                                      **PAGE 9**

7.  Young TW, Blanchard CC, Brasfield R: Decapitation by Motorized Shoulder Harness, A Case Report. Presented at the 54th Annual Meeting of the American Academy of Forensic Sciences, Atlanta, Georgia, February 2002.

8.  Garg U, Althahabi R, Brod M, Young T, Blanchard C: Hyaluronidase as a Liquefying Agent for Chemical Analysis of Vitreous Fluid. Presented at the Annual Meeting of the Society of Forensic Toxicologists, October 2002.

9.  Gill TH, Young TW, Brasfield R: Sudden Death From Post-Traumatic Syringomyelia. Presented at the 37th Annual Meeting of the National Association of Medical Examiners, San Jose, California, September 2003.

10. Young TW, Gill TH, Brasfield R, Duffey J: Death by Bezoar? Presented at the 37th Annual Meeting of the National Association of Medical Examiners, San Jose, California, September 2003.

11. Garg U, Frazee SC, Breckenbach B, Kiscoan M, Johnson L, Miller J, Young TW: Interpreting Postmortem Tricyclic Antidepressant Levels in Vitreous Humor. Presented at the Annual Meeting of the Society of Forensic Toxicologists, October 2003.

12. Young TW, Wooden S, Cai J, Hoff GL, Dew PC: The Richard Cory Phenomenon, Suicide and Socioeconomic Status in Kansas City, Missouri. Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, Texas, February 2004.

13. Gill TH, Young TW, Willard MJ, Garg U, and Dasuki M: Fatty Oxidation Disorders and Sudden Unexpected Death in Children. Presented at the 39th Annual Meeting of the National Association of Medical Examiners, Nashville, Tennessee, September 2004.

14. Gill TH and Young TW: Slavemaster.com, The Serial Murders of John E. Robinson, Sr. Presented at the 38th Annual Meeting of the National Association of Medical Examiners, Nashville, Tennessee, September 2004.

**THOMAS WILLIAM YOUNG, M.D.**                         PAGE 10

15. Young TW, Brasfield R, and Gill TH: Catch-22 No More! Twenty-two Lessons Learned After 10 years as a Chief Medical Examiner. Presented at the 39th Annual Meeting of the National Association of Medical Examiners, Los Angeles, California, October 2005.

16. Young TW: Forensic Science and the Scientific Method. Presented at the 19th Annual Alumni Reunion Meeting, Department of Pathology and Human Anatomy, Loma Linda University School of Medicine, Loma Linda, California, March 2009.

17. Young TW: Pseudostrangulation. Presented at the 62nd Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington, February 2010.

18. Young TW: Is It Really So Elementary, My Dear Watson? What Every Attorney Should Know About Flawed Forensic Science Reasoning. Presented at the North American Regional Meeting of the International Society of Family Law, Kansas City, Missouri, June 2010.

19. Young TW: Is It Really So Elementary, My Dear Watson? What Every Attorney Should Know About Flawed Forensic Science Reasoning. Presented at the 15th International Conference of the National Child Abuse Defense and Resource Center, Las Vegas, Nevada, August 2010.

20. Young TW: What Every Pathologist Should Know About *Forensic Medicine*. Presented at the Osler Institute Pathology Board Review Course, Schaumburg, Illinois, April 2011.

21. Young TW: A "Show-Me" State Doctor Takes On Sherlock Holmes. Presented at the Connecticut Public Defender Spring Seminar, Hartford, Connecticut, May 2011.

22. Young TW: The Most Significant Fallacy of Modern Science. Presented at the Indiana Public Defender Seminar entitled, "Defending Child Abuse Allegations," Fort Wayne, Indiana, May 2012.

23. Young TW: A Little Lesson in Logic. Presented at the World Forensic Festival, International Academy of Forensic Sciences, Seoul, South Korea, October 16, 2014.

October 1, 2021