# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

The PCH Defendants have filed a Motion to Enlarge the Page Limit for Response to Plaintiffs' Omnibus *Daubert* Motion as to Eleven Experts Retained by PCH Defendants and Defendant Cassidy (Doc. 333) (Doc. 334). As the parties agree, and good cause appearing,

**IT IS ORDERED** the PCH Defendants' Motion to Enlarge the Page Limit (Doc. 334) is **GRANTED**. The Response shall be filed as lodged at Doc. 333.

Dated this 20th day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge