
Case 2:21-cv-00167-ROS   Document 337   Filed 10/23/23   Page 1 of 2

Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*, <br><br>        Plaintiffs, <br><br>v. <br><br>Arizona Department of Child Safety, *et al.*, <br><br>        Defendants. | Case No.: 21-cv-00167-ROS <br><br>**NOTICE OF CHANGE OF COUNSEL WITHIN THE SAME LAW FIRM** <br><br>(Honorable Roslyn O. Silver) |

Plaintiffs' counsel, Gillespie, Shields & Taylor, hereby gives notice of change of counsel within the same firm with Jenny D. Jansch of the Firm, email jjansch@gillaw.com, now represents Plaintiffs in place of Mark Shields.  Plaintiffs continue to be represented by DeeAn Gillespie Strub of the Firm, and Thomas Connelly of Mills + Woods Law PLLC.

**RESPECTFULLY SUBMITTED** this 23rd day of October 2023.

**MILLS + WOODS LAW, PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By    */s/ Jenny D. Jansch*

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

   */s/ Jenny D. Jansch*