Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Dept. of Child Safety, *et al.*, <br><br> Defendants. | Case No.: 21-cv-00167-ROS <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> (Hon. Roslyn O. Silver) |

The parties, by and through their respective undersigned counsel, submit this *Stipulation to Extend the Deadline to File Their Responses to Motions for Summary Judgment.* Due to scheduling conflicts and the number of issues raised in the Motions for Summary Judgment, the parties need more time to prepare their Responses. The parties have conferred and agreed to extend the deadline to file Responses to Motion for Summary Judgment to 3 November 2023.

The parties request that the Court extend the deadline for filing their Response to Motions for Judgment up to 3 November 2023. A proposed order is included for the Court's review.

**RESPECTFULLY SUBMITTED** this 23rd day of October 2023.

**MILLS + WOODS LAW PLLC**

By /s/ Thomas A. Connelly
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS, & TAYLOR**

    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**GUST ROSENFELD PLC**

By */s/ Rachel L. Werner*
    Rachel Leigh Werner
    1 E Washington St., Ste. 1600
    Phoenix, AZ 85004-2553

*Attorney for Defendant Brendan Cassidy*

**CAMBELL, YOST, CLARE & NORELL, P.C.**

By */s/ Robert C. Stultz*_____
  Kari B. Zangerle
  Robert C. Stulz
  3101 N. Central Ave., Ste. 1200
  Phoenix, AZ 85012
  *Attorneys for PCH Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  */s/ Jenny D. Jansch*