# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>Arizona Dept. of Child Safety, *et al.*,<br>　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**ORDER**<br><br>(Hon. Roslyn O. Silver) |

This matter coming before the Court on the parties' *Stipulation to Extend the Deadline to File their Responses to Motions for Summary Judgment,* and good cause appearing therefore,

IT IS HEREBY ORDERED extending the deadline to file Responses to Motions for Summary Judgment to 3 November 2023.

Dated this ___ day of October, 2023.

_____
Honorable Roslyn O. Silver
Senior United States District Judge