# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

The Parties have filed a Stipulation to Extend Deadline to File Responses to Motions for Summary Judgment (Doc. 338). Good cause appearing,

**IT IS ORDERED** the Stipulation to Extend Deadline (Doc. 338) is **GRANTED**. The parties shall have through **November 3, 2023**, to file their respective Responses to Motions for Summary Judgment.

Dated this 23rd day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge