# EXHIBIT 3

March 7, 2019: Mother brings Patient to Phoenix Children's Hospital because she notices his head circumference is increasing; Patient is seen by Dr. Christopher Fecarrotta who notes bilateral retinal hemorrhages and suggests 1 to 2-week ophthalmology follow-up.

March 22, 2019; Patient is seen by Dr. Peters at Phoenix Children's Hospital; she notes that the bilateral retinal hemorrhages are resolved. She recommends a 2-month follow-up.


DISCUSSION:

The retina is light-sensitive tissue in the back of the eye responsible for generation of vision. It is considered brain tissue and is part of the central nervous system. The retinal fibers are joined at the optic nerve, which transmits the visual stimuli received by the eye back to the occipital cortex, where it is ultimately interpreted. The optic nerve is surrounded by a tiny sheath, which contains the same meningeal layers as those enveloping the brain itself. The retinal structures, especially in infancy, are very small in scale. An infant's entire retina is a bit bigger than a postage stamp. Although comprised of several layers, the retina is a very thin piece of tissue, less than half a millimeter thick. The retina's contiguous layers are thus separated from one another by mere microns. The retina is fed blood through the central retinal artery and its branches as well as from blood vessels in the choroid adjoining the retina. There are capillaries throughout the retina, which are extremely small. The retinal vessels are microscopic, sensitive, and very vulnerable to abrupt changes in intracranial pressure, which the Patient displayed. This is not controversial outside the child abuse context.

The classical understanding of pediatric ophthalmologists and pediatricians is that the combination of retinal hemorrhaging, subdural hematoma and brain edema are highly suggestive of nonaccidental trauma. Even though this triad can be seen in the presence of infection, cerebral venous sinus thrombosis, blood dyscrasias, and other causes, the pediatric lobby invariably attributes the triad to abusive or nonaccidental head trauma or, as it was formally known, shaken baby syndrome. The literature is now quite clear that retinal hemorrhages in infancy and young childhood are found in a wide variety of traumatic and non-traumatic settings, such as external hydrocephalus, aneurysms, vascular malformations, certain fatal infections, venous thrombosis, natural child birth, caesarian child birth if accompanied by hypoxic injury, in the context of reperfusion and venous stasis, spikes in intracranial pressure, and a whole list of other rarer natural conditions and combinations of conditions. See Natalie Callaway, et al., *Retinal and Optic Nerve Hemorrhages in the Newborn Infant: One-Year Results of the Newborn Eye Screen Test (NEST) Study*, (2016), 123 *Ophthalmology* 1043 (finding bilateral, multi-layered retinal hemorrhages extending to all four retinal quadrants in a significant percentage of normal vaginal deliveries, including in many instances of hemorrhages that reflected optic nerve involvement). The rough equation that once prevailed of intracranial hemorrhage + retinal hemorrhage = presumptive SBS/AHT is not scientifically validated or otherwise reliable. See *M. Mattheij et al.*,

*Retinal Haemorrhages in a University Hospital: Not Always Abusive Head Trauma*, (2017), 117 *Acta Paediatrica Neurol. Belg.* 515, 521 ("Clinicians should also know that there is no pathognomonic size, distribution, or location of RH seen only in AHT."); *Mark J. Shuman, Severe Retinal Hemorrhages with Retinoschisis in Infants Are Not Pathognomonic for Abusive Head Trauma*, (2017), *62 J. Forensic Sci 807* ("The finding of severe retinal hemorrhages cannot be used to determine how, or even if, a traumatic event occurred.").

It is also important to keep in mind that while Dr. Cassidy is finding such relevance in the fact that the hemorrhage is seen in all three layers, the retina is extremely thin – less than half a millimeter thick. The layers are somewhat contiguous and separated by microns.

**In all cases, a complete dilated retinal exam must be performed in order to establish the extent of the hemorrhaging in the retina. This cannot be quickly performed in the absence of a dilated exam.**

CONCLUSION:

The record of Dr. Cassidy's eye exam on February 22, 2019 does not indicate that dilating drops were used. His description of hemorrhages out to the ora serrata begs disbelief since that far peripheral retina would not be visible in the undilated state.

Dr. Brendan Cassidy fell below the standard of care in failing to perform and a dilated retinal exam in this newborn in whom nonaccidental trauma was suspected, particularly when he was brought in to conduct this exam as part of the child protection team at PCH where his opinion was a material consideration in the determination to seize the Patient from the care and custody of his parents, without a warrant or exigent circumstances, which I understand to be a basis for Plaintiffs' claims against Dr. Cassidy.

I hold these opinions to be of the highest medical probability. I reserve the right to amend this report should any further information become available to me.

Todd A. Lefkowitz MD, FACS, FAAO, diplomate ABO
Sonoran Desert Vision Consulting
December 8, 2021