# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HONOR DUVALL, et al., ) | |
| ) Plaintiffs, ) | |
| ) vs. ) | Case No. |
| ) | 21-CV-00167-PHX-ROS |
| ARIZONA DEPARTMENT OF CHILD ) | |
| SAFETY, et al., ) | |
| ) Defendants. ) | |

DEPOSITION OF ANTHONY J. PICKETT, M.D.

Phoenix, Arizona
December 5, 2022
1:11 p.m.

Prepared by:                              CARRIE REPORTING, LLC
MICHAELA H. DAVIS                         Certified Reporters
Registered Professional Reporter          2415 E. Camelback Road
Certified Realtime Reporter               Suite 700
Certified Realtime Captioner              Phoenix, AZ 85016
Certified LiveNote Reporter               (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1       He did not ask you the question of race, but
2  I'll have you assume that there's been some allegations of
3  racial bias in this case in the way that Swayde Sankey and
4  his family were treated.
5       We're not recording your deposition, and so
6  I'll ask you some questions about yourself, if you'll
7  pardon me.
8       How do you identify racially?
9  *A.*    African American.
10 *Q.*    And you and Dr. Outcalt were the two people with
11 initial care and treatment of this child when he came to
12 Phoenix Children's Hospital?
13 *A.*    Yes.
14 *Q.*    And the two of you are the individuals that made
15 the decision based on discussion for the Child Protection
16 Team to be consulted, were you not?
17 *A.*    Yes.
18 *Q.*    How do you feel about there being allegations
19 that suggest that either Dr. Outcalt or yourself put this
20 kid in the system because of race?
21       MR. CONNELLY:  Form and foundation.
22       THE WITNESS:  The two emotions are anger and
23 pain.  It's hurtful, honestly, to think that any care I
24 provide would be racially biased or motivated.
25       In addition, I'm very sensitive to all of

1  that, and the residents that work with me, we have
2  discussions about how that's not appropriate.
3              So it's -- to me, it's just disappointing
4  and hurtful that this allegation is coming up.
5  BY MS. ZANGERLE:
6      Q.   Did race play any part in your provision of care
7  or supervision of Dr. Outcalt's care of Swayde Sankey?
8      A.   Absolutely not.
9              MS. ZANGERLE:  I don't have any other
10 questions.
11             MR. CONNELLY:  Just one or two.
12                  E X A M I N A T I O N
13 BY MR. CONNELLY:
14     Q.   Do you agree with me, doctor, that conducting
15 tests based on unexplained bruising when there is no
16 bruising is a problem?
17             MS. ZANGERLE:  Form and foundation.
18             MR. PATEL:  Join.
19             MS. PATANE:  Join.
20             THE WITNESS:  No.
21 BY MR. CONNELLY:
22     Q.   If there had not been any bruising on this
23 child, there wouldn't have been any skeletal exam called
24 for; right?
25             MS. ZANGERLE:  Form and foundation.