Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**MOTION TO EXTEND THE DEADLINE TO FILE REPLY TO DEFENDANT CASSIDY AND PCH DEFENDANTS' RESPONSE TO PLAINTIFFS' OMINIBUS DAUBERT MOTION**<br><br>**EXPEDITED REQUEST**<br><br>(Hon. Roslyn O. Silver) |

　　　Plaintiffs, by and through undersigned counsel, submit this *Motion to Extend the Deadline to file Reply to Defendant Cassidy and PCH Defendants' Response to Plaintiffs' Omnibus Daubert Motion as to Eleven Experts Retained By PCH Defendants and*

*Defendant Cassidy* (Doc. 332 and 333) and respectfully request an extension of eight (8) days for filing the Reply in this matter to 3 November, 2023.

Due to scheduling conflicts and other deadlines, Plaintiffs need more time to file their Reply. Defendants' counsel have been consulted about this request but have not stated a position.

A form of proposed order is submitted herewith for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 26th day of October 2023.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By    /s/ Jenny D. Jansch

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  /s/  Jenny D. Jansch

2