**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> Arizona Dept. of Child Safety, *et al.*, <br><br>    Defendants. | Case No.: 21-cv-00167-ROS <br><br> **ORDER** <br><br> (Hon. Roslyn O. Silver) |

    This matter coming before the Court on the Plaintiffs' Motion to Extend the Deadline to file *Reply to Defendant Cassidy and PCH Defendants' Responses to Plaintiffs' Omnibus Daubert Motion as to Eleven Experts Retained by PCH Defendants and Defendant Cassidy,* and good cause appearing therefore,

    IT IS HEREBY ORDERED extending the deadline to file Reply to Defendant Cassidy and PCH Defendants' Response to Plaintiffs' Omnibus Daubert Motion as to Eleven Experts Retained by PCH Defendant and Defendant Cassidy to 3 November 2023.

    Dated this ___ day of October, 2023.

 

                                                                                                         _____
                                                                                                         Honorable Roslyn O. Silver
                                                                                                          Senior United States District Judge

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556