# EXHIBIT 1

| | |
|---|---|
| **From:** | Robert Stultz |
| **To:** | Thomas Connelly |
| **Cc:** | Alexander Strub; Jenny Jansch; Kari Zangerle; Melody Kern; Michelle M. Feltes; Natalie Newell; dgillespie@gillaw.com |
| **Subject:** | RE: Duvall/Sankey - Discovery Dispute Re: Expert Fees |
| **Date:** | Thursday, October 26, 2023 9:39:15 PM |
| **Attachments:** | image001.png |

Tom,

We are going to comply with the Court's 14-line limitation. We will file the Joint Statement tomorrow morning and attach our email correspondence regarding the length of the Joint Statement.

Bob

**From:** Thomas Connelly <tconnelly@millsandwoods.com>
**Sent:** Thursday, October 26, 2023 11:08 AM
**To:** Robert Stultz <rstultz@gustlaw.com>
**Cc:** Alexander Strub <AStrub@gillaw.com>; Jenny Jansch <jjansch@gillaw.com>; Kari Zangerle <kzangerle@gustlaw.com>; Melody Kern <mkern@gustlaw.com>; Michelle M. Feltes <MFeltes@gillaw.com>; Natalie Newell <nnewell@gillaw.com>; dgillespie@gillaw.com
**Subject:** Re: Duvall/Sankey - Discovery Dispute Re: Expert Fees

Bob,

I made some changes to shorten Plaintiffs' position statement. You should make changes to your statement if there is anything else you can say briefly that will help the court decide this issue without further briefing or a hearing. I'm sure the court would appreciate that more than strictly standing on form over function. We are satisfied that we have succinctly set out Plaintiffs' position, that the few extra lines are necessary for the court to have the information and context necessary to make an informed ruling, and that Plaintiffs' submission is fully in line with the purpose and spirit of the court's guidelines.

Thanks.

Regards,

Thomas A. Connelly
Mills + Woods Law PLLC
5055 N 12th St, Ste 101
Phoenix, AZ 85014
D 480.566.8322
E tconnelly@millsandwoods.com
W www.millsandwoods.com

Sent from an Apple device

On Wed, Oct 25, 2023 at 12:43 PM Robert Stultz <rstultz@gustlaw.com> wrote:

Tom,

Plaintiffs' position statement far exceeds the 14-line limit. There is more I would like to have said in our portion, but we complied with the Court's instruction. Please revise your portion to 14 lines.

Thank you.

Bob