|   |   |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. |   |
| Arizona Department of Child Safety, et al., |   |
| Defendants. |   |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Plaintiffs have filed a Motion to Extend the Deadline to File Reply to Defendant Cassidy and PCH Defendants' Response to Plaintiffs' Omnibus Daubert Motion (Doc. 342). Throughout this case, it has been exceptionally difficult for Plaintiffs' counsel to file documents on time. Plaintiffs' counsel has repeatedly sought extensions on the day filings are due, indicating counsel do not treat the deadlines as real and assume the Court will grant more time. Because this is the final filing for the pending motions, the Court will grant this extension. But absent extraordinary circumstances, no further extensions will be granted. Failure to file the Reply by the deadline established by this Order will result in the Court resolving the motion based only on the motion and response.

Accordingly,

…

…

…

…

1   **IT IS ORDERED** the Motion to Extend the Deadline to File Reply (Doc. 342) is
2   **GRANTED**.  Plaintiffs shall have through **November 3, 2023**, to file their Reply.
3   Dated this 27th day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge