Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Dept. of Child Safety, *et al.*, <br><br> Defendants. | Case No.: 21-cv-00167-ROS <br><br> **PLAINTIFFS' STATUS REPORT ON PROGRESS OF PROBATE COURT APPROVAL OF SETTLEMENT** <br><br> (Hon. Rosyln O. Silver) |

Plaintiffs, by and through their undersigned counsel, pursuant to this Court's Order dated 20 July 2023 (Doc. 293), submit this *Status Report* indicating the progress of the Probate Court approval process pertinent to the settlement between these reporting parties.

Plaintiffs' filed the petition and other materials necessary for the Probate Court to approve the conservatorship regarding the minor, S.Z.S. A hearing on the petition is scheduled for November 8, 2023 in the Probate Court.

///

///

**RESPECTFULLY SUBMITTED** this 1st day of November 2023.

**MILLS + WOODS LAW PLLC**

By    */s/ Thomas A. Connelly*
      Thomas A. Connelly
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

   */s/   Thomas A. Connelly*