# EXHIBIT 1

Jordan Robb Oland, MD on September 26, 2022

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
Honor Duvall, an individual; Donald)
Sankey, Junior, an individual;    )
S.Z.S., a minor, through his      )
parents and guardians Honor       )
Duvall and Donald Sankey,         )
                                  )
                Plaintiffs,       )Case No.:
vs.                               )21-CV-00167-PHX-ROS
                                  )
Arizona Department of Child Safety,)
a governmental entity; State of   )
Arizona, a governmental entity;   )
Brenda Gualajara, individually and )
as an employee with the State of  )
Arizona Department of Child Safety )
and John Doe Gualajara, her spouse;)
Fernando Araizo, individually and )
as an employee with thes State of )
Arizona Department of Child Safety )
and Jane Doe Araizo, his spouse;  )
Alyssa Lucero, individually and as )
an employee with the State of     )
Arizona Department of Child Safety )
and John Doe Lucero, her spouse;  )
Jeffrey Duncan, individually and as)
an employee with the State of     )
Arizona Department of Child Safety )
and Jane Doe Duncan, his spouse;  )
et al.,                           )
                Defendants.       )
```

DEPOSITION OF JORDAN ROBB OLAND, MD
Scottsdale, Arizona
September 26, 2022
2:11 p.m.

(COPY)

REPORTED BY:
HD REPORTING, LLC
HALEY DAWN WESTRA, RPR, CRR
Certified Court Reporter
AZ-CR No. 50762

```
 1   cord versus breathing on its own; correct?
 2        A.   Yes.
 3        Q.   If you turn to the 5 -- to the next page,
 4   again, the color Apgar at 5 minutes is also listed as
 5   being "Body pink, extremities blue"; correct?
 6        A.   Which page are you on?  I apologize.
 7        Q.   Page 78.
 8        A.   And here at the top of that page?
 9        Q.   Yes.
10        A.   Yes.
11        Q.   And that, again, would be normal as a baby is
12   transitioning from being supplied with nutrition and
13   oxygenation from a cord to breathing on its own;
14   correct?
15        A.   Yes.
16        Q.   If you look at the entry that is below that,
17   that appears to be Ms. Wenzel's documentation from
18   Mom's chart that has then kind of flowed over and
19   dropped into baby's chart.
20             Do you see that?
21        A.   Yes.
22        Q.   And she notes that in her assessment that
23   the -- there was some thin meconium present; correct?
24        A.   Yes.
25        Q.   Is meconium considered to be an ominous sign
```

```
 1  at the delivery of a baby?
 2          MR. CONNELLY:  Form.
 3          THE WITNESS:  No.
 4  BY MS. ZANGERLE:
 5      Q.   In fact, it would be common for there to be
 6  thin meconium present on delivery of a term baby?
 7      A.   Yes.
 8          MR. CONNELLY:  Form.
 9  BY MS. ZANGERLE:
10      Q.   It does not appear to indicate that there has
11  been injury to the baby or the baby has had any
12  depressed activity while in utero; correct?
13      A.   Correct.
14      Q.   Had you seen anything that appeared unusual
15  about the baby's condition, would you have noted that
16  in your documentation?
17      A.   I would have, yes.
18      Q.   It lists that you are the delivering
19  physician?
20      A.   Yes.
21      Q.   And that you were delivering the baby on
22  behalf of Dr. Walter who was the attending or the
23  prenatal physician; correct?
24      A.   Yes.
25      Q.   It does not look like there were any blood
```

```
 1   thin meconium was noted.
 2   BY MR. CONNELLY:
 3       Q.   And meconium is a discharge from the child;
 4   right?
 5       A.   Yes.
 6       Q.   A fecal discharge of the child; right?
 7       A.   Correct.
 8       Q.   And does the fecal discharge from the child
 9   indicate some degree of trauma, however slight, in the
10   birth process?
11            MS. PATANE:  Form.
12            THE WITNESS:  Not necessarily.
13            MR. PATEL:  Join.
14            MS. ZANGERLE:  Join.
15   BY MR. CONNELLY:
16       Q.   When would it indicate trauma versus no
17   trauma?
18       A.   I don't know that there's a clear way to
19   determine the difference.
20       Q.   So as you're sitting here today, you can't
21   tell us whether thin meconium at the time -- as noted
22   in the delivery records, was as a result of some trauma
23   during the birth or the absence of trauma during
24   the birth --
25            MS. ZANGERLE:  Form and foundation.
```

1            MS. PATANE:  Form and foundation.
2     BY MR. CONNELLY:
3        Q.   -- as far as the child is concerned?
4        A.   Yeah.  What I can tell you based on this
5     delivery and this chart is that the Apgars were normal
6     and that the examination was normal, which leads me to
7     believe that the meconium was not associated with any
8     trauma.
9        Q.   Are you a mandated reporter?
10       A.   Yes.
11       Q.   Have you ever called in a report of suspected
12    abuse to the hotline?
13       A.   Not of a child but of a patient, yes.
14       Q.   Was that because the patient said something
15    that led you to believe she was being abused --
16            MS. PATANE:  Form and foundation.
17            MR. PATEL:  Join.
18    BY MR. CONNELLY:
19       Q.   -- or was it because you observed something?
20            MS. PATANE:  Form and foundation.
21            THE WITNESS:  It was due to the presence of
22    defensive injuries on physical exam.
23    BY MR. CONNELLY:
24       Q.   Did she describe the injuries as defensive
25    injuries?

1    Q.   Typically, babies that have had some type of
2  injury to their brain that is sufficient to cause an
3  injury, it will be reflected in changes in their
4  assessment at the time of birth, which can be reflected
5  in their Apgar scores?
6    A.   Yes.
7    Q.   And this baby had normal Apgar scores?
8    A.   Yes.
9    Q.   You saw the head, which was marked as Exhibit
10 No. 8, I believe.
11        When you see those newborn pictures of ▓▓▓▓
12 Sankey, does that cause you any concern about an
13 abnormal shape of the head?
14   A.   No.
15   Q.   Babies, in their skull, their fontanels are
16 open, are they not?
17   A.   Correct.
18   Q.   And that allows the skull to mold, and during
19 the labor process, to allow for a baby to fit through
20 the vagina and cervix; correct?
21   A.   Yes.
22   Q.   And that is a normal process that occurs as
23 part of labor and delivery, that that head can take a
24 different shape in order to allow descent of the baby?
25   A.   Yes.

1    Q.   And even though a baby may present, as
2  exhibited in Exhibit No. 8, with what some people might
3  refer to as having a little bit of coning or -- I think
4  "caput" is the medical term; correct?
5    A.   Yes.
6    Q.   That doesn't indicate that there's an injury
7  to the brain?
8    A.   Caput is normal.
9    Q.   And so you see that in most vaginal
10 deliveries?
11   A.   Yes.
12   Q.   Nothing about that, when you were doing a
13 visual exam of the baby at the time of birth, would
14 have caused you concern?
15   A.   Based on my review of this picture, this baby
16 appears normal.
17   Q.   Okay.  And nobody communicated to you from the
18 NICU that they had concerns about the shape of the
19 baby's head that necessitated further workup?
20   A.   If they had, I would recall it.
21   Q.   Thank you.
22        There was some questions about a document or
23 some documentation by the labor and delivery nurse
24 about at what time laboring down was beginning to
25 start.