# EXHIBIT 2



## Medical and Financial Treatment Agreement (Conditions of Admission)



ADM: 2/21/2019   DOB:
Physician, ED

This Medical and Financial Treatment Agreement (Conditions of Admission) is an important document. This Agreement is a contract between Phoenix Children's Hospital ("PCH") and the person signing below ("Undersigned"). This Agreement covers any services provided at any PCH inpatient or outpatient facility.

Patient named above is admitted to PCH for treatment. Here are the terms and conditions:

1) **MEDICAL TREATMENT:** Patient consents to the treatment and procedures performed during this hospitalization or on an outpatient basis, which may include, but are not limited to, physician and other licensed practitioners' services, nursing services, laboratory procedures and tests, medical and surgical treatments or procedures, anesthesia, radiologic and diagnostic examinations, emergency treatment, state-mandated screenings, and other hospital services provided under the general or specific instructions of Patient's physician and other licensed practitioners or as required by PCH policy. Specific consent forms such as surgical and anesthesia consent may also be needed. In certain situations, some tests may be performed without a separate consent. All female patients age 11 or older, and younger female patients who could become pregnant will get a pregnancy test at the time of inpatient admission and before potentially harmful outpatient procedures or tests. For outpatient visits, follow-ups, or ongoing treatment of the same type, this agreement is effective for one (1) year from the date signed below. For inpatient, observation, procedures or hospital testing, this agreement is effective for this visit.

2) **RELATIONSHIP BETWEEN PCH AND PHYSICIANS/OTHER LICENSED PRACTITIONERS:** Patient will be treated under the care and supervision of Patient's attending physician and other licensed practitioners. Some of the physicians, other licensed practitioners and other health care providers who give services to Patient are not employees or agents of PCH, but are independent contractors or independent providers who have privileges to use PCH facilities to care for and treat patients. Independent contractors and independent providers are responsible for their own treatment activities and PCH is not liable for their acts or omissions.

3) **PHYSICIAN AND OTHER LICENSED PRACTITIONERS' BILLS:** Patient's physicians and other licensed practitioners may bill separately from PCH. Physicians and other licensed practitioners may or may not participate in the same insurance plans as PCH. This could affect the payment made by Patient's insurance to physicians/licensed practitioners who do not participate in Patient's insurance plan. By signing this Agreement, Undersigned is responsible for all physicians/licensed practitioners' bills, separate from what is owed to PCH.

4) **HOSPITAL-BASED OUTPATIENT FACILITIES:** Services provided in PCH's outpatient facilities may be billed as hospital-based services and billed separately or jointly by the hospital, physician and/or other providers. Undersigned must pay for billed services as determined by Patient's insurance or other benefit plan.

5) **GENERAL DUTY NURSING:** PCH provides general duty nursing care. If Patient needs special or private duty nursing care, it must be arranged by Patient and the treating physician. PCH is not responsible for the lack of special or private duty nursing beyond the care that PCH and the treating physician determine is medically necessary.

6) **MONEY, VALUABLES AND PERSONAL ITEMS:** Money, valuables and personal items should be sent home when possible. PCH has a safe in which Patient may store money or small valuables upon request. PCH's maximum liability in case of loss or damage for items placed in PCH's safe is $500.00. PCH is not responsible for any loss or damage to items not deposited in the safe, including, but not limited to, money, glasses, wallets, purses, watches, jewelry, electronic devices, keys, clothing, toys, stuffed animals, and other personal items.

7) **WEAPONS/EXPLOSIVES/DRUGS:** Weapons of any kind, explosive devices, illegal substances or drugs, alcohol and other contraband may not be brought onto PCH property. If the presence of such items is suspected, PCH may search Patient's room and belongings. These items will be taken and disposed of as appropriate, including delivery to law enforcement.

8) **TEACHING PROGRAMS:** PCH participates in programs for training of health care providers. Services may be observed and/or provided to Patient by persons in training under the supervision and instruction of physicians or other health care providers.

9) **RELEASE OF INFORMATION:** PCH may disclose all or any part of Patient's medical and/or financial records necessary, as allowed by law and/or PCH's Notice of Privacy Practices.

10) **RIGHTS AND RESPONSIBILITIES:** PCH's Patient and Family Rights pamphlet explains Patient and his/her family's rights and responsibilities, including who to contact if there is a concern. Please read the pamphlet for more information.

11) **RECORDINGS:** PCH may record still images, photos, video and audio of Patient for the following purposes: diagnostic and surgical procedures for treatment, patient identification, patient safety, documenting Patient's condition, quality improvement and risk management activities, education, training and certain scientific and research activities. Such photos and recordings will be used or disclosed only as allowed by law and/or PCH's Notice of Privacy Practices. Digital video recording (DVR) of trauma/medical resuscitations may be performed for quality improvement or educational purposes, and will be used only for those purposes.

12) **ASSIGNMENT OF BENEFITS:** If Patient is entitled to receive benefits from insurance, Medicare or Medicaid plans, including AHCCCS plans, and/or a third party, Patient assigns any and all benefits to PCH and all other providers of services to Patient. This assignment of benefits allows PCH, physicians/licensed practitioners and any other health care provider to be paid directly by Patient's benefit plan to be applied to Patient's bill(s). Undersigned, or the insured party, if applicable, is responsible for paying Patient's bill and any insurance deductibles and copayments regardless of this assignment.



PCH1541 (Rev. 6 (06/2018))          Page 1 of 2

DOS: 02/21/2019

<p>

 **PHOENIX CHILDREN'S Hospital** — Medical and Financial Treatment Agreement (Conditions of Admission)

 ADM: 2/21/2019  DOB: 
Physician, ED



13) **LIEN RIGHTS:** If services are provided as a result of an accident or the negligent or wrongful acts of a third party, PCH, physicians/licensed practitioners and any other health care provider providing services to Patient has the right to assert a lien against any judgment, damages or settlement that Patient receives from liable third parties or their insurers as allowed by law.

14) **FINANCIAL AGREEMENT:** In return for the services provided to Patient, Undersigned, or the insured party, if applicable, is responsible for paying Patient's bills and/or making payment arrangements prior to discharge satisfactory to PCH and all other providers of services to Patient. Prior authorization does *not* guarantee payment and there may be items or services that are not covered by Patient's insurance or other benefit plan. Undersigned is responsible for paying PCH's usual and customary charges, as filed annually with the Arizona Department of Health Services and available for inspection upon request. Each patient may be required to pay a different amount for services rendered based upon the terms of the patient's insurance or other benefit plan, or lack of coverage. Undersigned agrees to cooperate with PCH to obtain necessary insurance or other benefit plan authorizations. If the bill is not timely paid, Undersigned is responsible for paying reasonable attorney fees and collection expenses, and may be charged interest at the legal rate from the date of Patient's discharge until payment in full. This provision and the bold, capitalized language below will not apply in the event patient is in state custody or foster care.

15) **CONTACT:** PCH and its authorized agents have permission to contact the Undersigned at any telephone number associated with the account, including cellular telephone numbers, which could result in charges, for the purpose of appointment reminders, scheduling and collection of payment for services. Methods of contact may include text messages, use of pre-recorded or artificial voice messages, and use of an automatic dialing system.

**IT IS UNDERSTOOD THAT THE UNDERSIGNED AND PATIENT ARE PRIMARILY RESPONSIBLE FOR PAYMENT OF PATIENT'S BILL. IN GRANTING THE ADMISSION OR RENDERING TREATMENT, PCH IS RELYING ON THIS AGREEMENT TO PAY THE ACCOUNT. EMERGENCY CARE WILL BE PROVIDED WITHOUT REGARD TO THE ABILITY TO PAY.**

(Please initial) ___HV___ I have been provided a copy of the "Patient and Family Rights" pamphlet.
(Please initial) ___HV___ I have been provided a copy of the "Notice of Privacy Practices".
(Please initial) ___HV___ I have been provided a copy of the "Notice of Health Information Practices".

**Undersigned certifies that:**
(1) I have read and understand both sides of this Medical and Financial Treatment Agreement (Conditions of Admission);
(2) I am the patient or I am a legally authorized representative of Patient and authorized to sign this Agreement on behalf of Patient;
(3) I have had an opportunity to have any of my questions about this Agreement answered; and
(4) I agree to all terms in this Agreement.
(5) I have read and understand the Notice of Health Information Practices regarding my provider's participation in The Network, the statewide Health Information Exchange (HIE), or previously received the information and decline another copy.

_____   _____
Signature of Patient / Legally Authorized Representative of Patient    Witness

* Please check the box indicating this person's authority to act as a Legally Authorized Representative:

[X] Biological or adoptive parent
[ ] Legal Guardian*
[ ] Delegation of Authority*
[ ] Foster Parent*
[ ] Health Care Power of Attorney*
[ ] Mental Health Care Power of Attorney*
[ ] The patient is age 18 or older and does not have the capacity to make health care decisions or is being admitted in an emergency, and I have the following relationship with patient _____
[ ] Other (explain):_____

*Valid documentation must be provided

_____  Honor Duvall         2/21/19  17:12
Signature of Person Completing This Form    Printed Name    Date/Time

_____  Dylan Wingo         2/21/19  17:12
Witness' Signature    Witness' Printed Name    Date/Time

PCH1541 (Rev. 6 (06/2018))          Page 2 of 2

DOS: 02/21/2019