# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HONOR DUVALL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. |
| ) | 21-CV-00167-PHX-ROS |
| ARIZONA DEPARTMENT OF CHILD ) | |
| SAFETY, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DEPOSITION OF HALEY DIETZMAN

Phoenix, Arizona
March 23, 2023
10:12 a.m.

Prepared by:                              CARRIE REPORTING, LLC
MICHAELA H. DAVIS                         Certified Reporters
Registered Professional Reporter          2415 E. Camelback Road
Certified Realtime Reporter               Suite 700
Certified Realtime Captioner              Phoenix, AZ 85016
Certified LiveNote Reporter               (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1     *A.*     I don't know.
2     *Q.*     And she was liaison officer in February of 2019;
3 right?
4     *A.*     I think so.
5     *Q.*     And you testified that when you talked to the
6 parents, you didn't ask them to give any kind of a consent
7 form; right?
8     *A.*     Not separate than the hospital care of service.
9     *Q.*     That they would have signed at the time the
10 child was admitted; right?
11     *A.*     Yes.
12     *Q.*     Which says nothing about -- it doesn't inform
13 the parents that the information that's gathered while at
14 the hospital might be turned over to law enforcement or
15 DCS in the case of an abuse investigation; right?
16           MS. ZANGERLE: Form and foundation.
17 BY MR. CONNELLY:
18     *Q.*     If you know.
19     *A.*     I honestly don't know what it says.
20     *Q.*     Okay. Now, you're aware that you -- you have to
21 get a consent from someone before you do a forensic
22 examination of a child; right?
23     *A.*     In what context?
24     *Q.*     In general, when you're doing an examination of
25 a child in a case where abuse is suspected and you're

1  representing or acting in your role as a member of the
2  Child Protection Team, you know that you have to get a
3  forensic consent for a forensic exam; right?
4      A.   When the child is admitted to the hospital, the
5  admission consent paperwork covers my exam, is my
6  understanding.
7      Q.   Okay.  So it's your understanding you don't have
8  to get a separate consent form to do a forensic exam?
9           MS. ZANGERLE:  Foundation.
10          THE WITNESS:  Correct.
11 BY MR. CONNELLY:
12     Q.   Okay.  And I asked you earlier about Shea G.
13 versus DCS.  Do you remember a case like that at all?
14     A.   I don't recall.
15          MR. CONNELLY:  What exhibit are we at?
16          THE COURT REPORTER:  130.
17          MR. CONNELLY:  Okay.  Let's make this 130.
18          (Deposition Exhibit No. 130 was marked for
19      identification by the reporter.)
20 BY MR. CONNELLY:
21     Q.   Exhibit 130 is a published opinion -- I mean,
22 it's a written opinion that's available online.
23          MS. ZANGERLE:  It's unpublished.
24          MR. CONNELLY:  And that's why I said it's a
25 written opinion that's available online.