# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,            )
                                 )
        Plaintiffs,              )
                                 )
             vs.                 )  Case No.
                                 )  21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD      )
SAFETY, et al.,                  )
                                 )
                                 )
        Defendants.              )
_____  )

VIDEOCONFERENCE DEPOSITION OF CHARLES MASON MAXFIELD, M.D.

Durham, North Carolina
April 7, 2023
10:31 a.m.

Prepared by:                              CARRIE REPORTING, LLC
MICHAELA H. DAVIS                         Certified Reporters
Registered Professional Reporter          2415 E. Camelback Road
Certified Realtime Reporter               Suite 700
Certified Realtime Captioner              Phoenix, AZ 85016
Certified LiveNote Reporter               (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1  *Q.*  What is a bone scan?
2  *A.*  A bone scan is an imaging test that uses a
3 radioactive substance that goes to healing bone.  Growing
4 or healing bone.  And, therefore, it will go, for
5 instance, to a fracture, typically.
6  *Q.*  Can a bone scan see things an X-ray can't see?
7             MR. STULTZ:  Form, foundation.
8             THE WITNESS:  In this setting of potential
9 child abuse, it can sometimes see acute rib fractures that
10 the X-ray doesn't see, but it's not as good as the X-ray
11 for metaphyseal fractures.  In fact, that's the reason we
12 don't do bone scans anymore in this setting.
13 BY MS. DAUSSIN:
14  *Q.*  You don't do bone scans because -- could you
15 repeat that?
16  *A.*  Because it's not as good as X-rays for
17 metaphyseal fractures, which are the most important, most
18 specific fractures for child abuse.
19  *Q.*  Okay.  Would it be important to know if there
20 were also rib fractures?
21             MR. STULTZ:  Foundation, form.
22             MS. STATON:  Join.
23             THE WITNESS:  Yes, it would be helpful, but
24 the bone scan is not the right way to answer that
25 question.  The correct way to look for additional rib

Case 2:21-cv-00167-ROS   Document 349-4   Filed 11/03/23   Page 4 of 5
VIDEOCONFERENCE DEPOSITION OF CHARLES MASON MAXFIELD, M.D., 04/07/2023

35

1  fractures is with a follow-up skeletal survey in
2  two weeks, which was done in this case, because rib
3  fractures can be quite subtle at first before they heal,
4  but after two weeks, and especially a little bit longer,
5  they become very apparent.
6              So we rely not on a bone scan but on a
7  follow-up skeletal survey to find additional fractures,
8  including rib fractures.
9  BY MS. DAUSSIN:
10     Q.   So a bone scan has no purpose, in your mind?
11     A.   We do about -- in this setting, I bet we do a
12  bone scan every five years, and it's typically only when
13  there's a question about disposition of the baby where --
14  if we're not sure if there's a rib fracture.  And then the
15  pediatrician is not sure if that baby is safe to go home
16  or they need to find an alternative living environment
17  until we get that follow-up skeletal survey in two weeks.
18              That's the only time we really use a bone
19  scan now.  And we would not use it in this case because
20  there was a definite metaphyseal fracture.  So in this
21  case, it would have played no role.
22     Q.   So if there were rib fractures -- did you say --
23  I'm sorry.  Let me just ask this.  Scratch that.
24              Did you see rib fractures in ▮▮▮▮▮
25     A.   No.

1  studies, as well as animal studies."
2          Did I read that correctly?
3      A.   Yes.
4      Q.   And is that also consistent with your knowledge
5  of the pediatric radiology literature?
6      A.   Yes.
7      Q.   And, Doctor, you've written about this in your
8  report, but in your review of the two skeletal surveys
9  from PCH and the imaging from Valley Radiology, did you
10 observe on the imaging a metaphyseal fracture in this
11 child?
12     A.   Yes.
13     Q.   Is there any doubt in your mind that all three
14 sets of imaging show a metaphyseal fracture?
15     A.   All three studies unequivocally show a
16 metaphyseal fracture of the distal right tibia.  I believe
17 a fracture may have been questioned on the left on the
18 first study, which I think is reasonable, but I think it
19 didn't pan out, and I think probably there was not a
20 fracture on the left side.
21     Q.   On the right side it's unequivocal that there's
22 a metaphyseal fracture?
23     A.   Unequivocal, yes.
24          MR. STULTZ:  I have no further questions for
25 you, Doctor.  Thank you.