# EXHIBIT 8

## Desert Valley Pediatrics - Goodyear
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443



Page 1

S▮▮▮▮ S▮▮▮▮   Ins. ID#: ▮▮▮▮   Age: ▮▮▮▮
PCP: Heather Gosnell MD   Contractor: ▮▮   DOB: ▮▮/2018

▮▮▮▮2018 - Office Visit: Newborn WC, NBS#2
**Provider:** Patti Jo Peterson-Balliet RN CPNP
**Location of Care:** Desert Valley Pediatrics - Goodyear

Age: ▮▮▮▮

## Vital Signs
Entered weight: 7 lb., 6.0 oz.
Calculated Weight: 7.38 lb. (3.35 kg.)   Height: 19.56 in. (49.68 cm.)   Head circumference: 3.78 in. (35 cm.)
Temperature: 98.49 deg F. (36.94 deg C.)   Temp Site: temporal
BMI: 13.56   BSA: 0.20
Vitals entered by: Jaineisha Price MA on ▮▮▮▮ 2018 11:16 AM
Done

Allergies:
NKDA

## History of Present Illness
**History from:** Parents
**Chief Complaint:** health maintenance

## General HPI
▮▮▮ male here for NB visit; 39 week, svd, 3561 grams, ▮▮▮▮

mom is breast feeding feeding. breast milk in. breast feeding q 2-3 hours (30-45 min) also giving EBM 2 ounces q 2-3 hours. no formula

transitioned stool --yellow seedy and wet diapers

## Family History Summary:
  Reviewed history and no changes required: ▮▮/2018
  First Degree Blood Relative - Has No Known Family History - Entered On: ▮▮▮▮2018

## Social History:
  Reviewed history and no changes required:
    Lives w/ Mother and Father
    No Sib
    Passive smoke exposure - no

## Past Medical History:
  Reviewed history and no changes required:
    39 week, svd, 3561 grams, ▮▮▮▮
    parents deny nuccal cord

    BEMC, Vaginal, BW 7lbs 13oz, BL 20.75in, Passed Hearing, Breast Feeding, HBV Given

## Activities of Daily Living

Desert Valley Pediatrics 00037 kw

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443

2
Page 2

S▇▇▇ S▇▇▇       Ins. ID#: ▇▇▇▇       Age: ▇▇▇
PCP: Heather Gosnell MD    Contractor: ▇▇▇       DOB: ▇▇/2018

**Feeding/Diet**
**Breast feeding:** 30-45 minutes every 2--3 hours
**Diet comments:** EBM  2 ounces q 2-3 hours, transitioned stool and wet diapers with feedings

**Risk Factors/Safety**
**Car seat use:** 100%
**Bike helmet use:** no
**Passive smoke exposure:** no
**Daycare:** no
**Tuberculosis exposure:** no
**Pets at home:** yes - dogs

**Developmental Screen:** (item's presence indicates accomplishment)
Rooting reflex, Startle, Suck & swallow.

**Age Appropriate Education and Guidance:** (item's presence indicates guidance given)
Supine sleep, Car seat/rear facing, Infant bonding, Bottle pr   Passive smoke, Support/who can help?, Infant crying/what to do?, Safe bathing/water temperature, Shaken baby preventio   Emergency/911, Sun safety.

**Behavioral Health Screen:** (item's presence indicates observed by clinician/reported by parent)
Family adjustment/parent responds positively t   child, Length of time infant cries, Encourage holding, Infant hands to mouth/self calming.

**Review of Systems**

**General:** reviewed, negative
**Eyes:** reviewed, negative
**Ears/Nose/Throat:** reviewed, negative
**Cardiovascular:** reviewed, negative
**Respiratory:** reviewed, negative
**Gastrointestinal:** reviewed, negative
**Genitourinary:** reviewed, negative
**Musculoskeletal:** reviewed, negative
**Skin:** reviewed, negative
**Neurologic:** reviewed, negative

**Physical Exam**
**General appearance:** alert, well nourished, well hydrated, no acute distress
**Head:** normocephalic; anterior fontanelle soft, flat; normal size

**Eyes**
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light
**Ophthalmoscopic:** red reflex present bilaterally

**Ears, Nose and Throat**
**External ears:** normal, no lesions or deformities

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443



Page 3

S▇▇▇  S▇▇▇  Ins. ID#: ▇▇▇▇  Age: ▇▇
PCP: Heather Gosnell MD  Contractor: ▇▇  DOB: ▇▇ 2018

**External nose:** normal, no lesions or deformities
**Otoscopic:** canals clear
**Hearing:** startle reflex present, localizes to sound
**Nasal:** mucosa and septum normal
**Pharynx:** tongue normal

**Neck**
**Neck:** supple, no masses

**Respiratory**
**Respiratory effort:** no intercostal retractions, good aeration bilaterally
**Auscultation:** no rales, rhonchi, or wheezes

**Cardiovascular**
**Palpation:** no thrill, no displacement of PMI
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Femoral arteries:** symmetric, palpable pulses, not hyperdynamic
**Periph. circulation:** no central cyanosis, capillary refill <3 sec nds

**Gastrointestinal**
**Abdomen:** bowel sounds normal, soft, non-tender, no masses
**Liver and spleen:** no enlargement
**Hernia:** no hernias
**Anus/perineum:** mucosa and skin intact, paten

**Genitourinary**
**Scrotum:** testes descended, no lesion  cysts  edema,  r rash
**Penis:** no lesions or discharge
Child is uncircumcised
**Musculoskeletal**
**Digits and nails:** normal
**Head and neck:** normal alignme t and mobility
**Spine, pelvis, hips:** normal alignm nt and mobility, no deformity, negative Barlow and Ortolani maneuvers

**Skin**
**Inspection:** n  ashe   lesions  or ulcerations

**Neurolo ic**
**Reflexes:**  +, symme ric, no pathological reflexes, normal moro startle reflex
**Infant autom tism  :** normal for age and development


**Assessment**
**New Problems:**
Well child exam- ▇▇▇▇▇▇▇  (ICD-V20.31) (ICD10-Z00.110)

**Impressions:** Healthy, developmentally appropriate child and growing well. No concerns. F/u at next well check - 1 mo WCC. Needs NBS below. Discuss the importance Vitamin D supplemntation and advice given. No jaundice. Discussed parental concerns and all questions answered. RTC/ER if T<100.4, poor PO, jaundice below nipples, resp distress or other concerns

Desert Valley Pediatrics 00039 kw

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443



Page 4

S▮▮▮▮ S▮▮▮▮      Ins. ID#: ▮▮▮▮      Age: ▮▮▮▮
PCP: Heather Gosnell MD      Contractor: ▮▮▮▮      DOB: ▮▮/2018

## Plan

**New Prescriptions/Refills:**
D-VI-SOL 400 UNIT/ML ORAL LIQUID (CHOLECALCIFEROL) 1 ml PO daily.  #1[Milliliter] x 11, ▮▮▮▮2018, Patti Jo Peterson-Balliet CPNP

**Updated Medication List:**
D-VI-SOL 400 UNIT/ML ORAL LIQUID (CHOLECALCIFEROL) 1 ml PO daily.; Route: ORAL

**New Orders:**
99391 - Est EPSDT < 1 Year [CPT-99391]
Newborn Screen [36416]
**Disposition:** follow-up prn

**Vaccines Administered/Entered:**
Vaccination Group: Hepatitis B
Historical Source: Historical information - from parent's written record
Series: 1
Vaccination: Unspecified Formulation
Mfr / Lot# / Exp.Date:
Amt. Given / Route / Site:
NDC / CVX: 45
Administered Date: ▮▮▮▮ 2018
VFC Eligibility: Not recorded
VIS Date:
Comments:
Entered by: Price MA, Jaineis a
]

**Electronically signed by Patti▮ ▮o Peterson-Balliet CPNP  on** ▮▮▮▮ **2018 at 1:08 PM**
_____  _____

**Desert Valley Pediatrics - Goodyear** 
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338  Page 1
6238777337  Fax: 6239322443

| S▇▇▇ S▇▇▇ | Ins. ID#: ▇▇▇ | Age: ▇▇ | |
|---|---|---|---|
| PCP: Heather Gosnell MD | Contractor: ▇▇▇ | | DOB: ▇▇/2018 |

**▇▇/2019 - Office Visit: Circumcision**
**Provider:** Heather Gosnell MD
**Location of Care:** Desert Valley Pediatrics - Goodyear

Age: ▇▇

**Vital Signs**
**Entered weight:** 8 lb., 9 oz.
**Calculated Weight:** 8.56 lb. (3.89 kg.)    **Height:** 20.94 in. (53.19 cm.)
**Temperature:** 98.49 deg F. (36.94 deg C.)   **Temp Site:** temporal
**BMI:** 13.72  **BSA:** 0.23
**Vitals entered by:** Maryellen RamirezVazquez MA on ▇▇▇ 2019 1:43 PM
Done

Allergies:
NKDA

**History of Present Illness**
**History from:** parents
**Chief Complaint:** requesting circumcision

**General HPI**
Parent requesting circumcision for this infant boy
Risks/Benefits explained including elective nature of proced▇e.
Discussed risks of pain, bleeding, disfig▇ement and i▇fection.  Parents deny any family history of bleeding disorders.  Vit K given in hosp.
Parents verbalize understanding of risks a▇d wish to proceed.
Informed consent signed.

**Family History Summary:**
    Reviewed history Last on ▇▇/2▇18 and no changes required ▇▇▇
    First Degree Blood Relative - Has No Known Family History - Entered On: ▇▇▇ 2018

**Social H▇story:**
    Review▇d history fr▇m ▇▇▇ and no changes required:
    Lives w/ Mother a▇d ▇▇▇
    No Sibs
    Passive smoke exposure - no

**Past Medical History:**
    Reviewed history from ▇▇/2018 and no changes required:
    BEMC, 39 wks, SVD, BW 7lbs 13oz (3561g), BL 20.75in, ▇▇▇-, Passed Hearing, Breast Feeding, HBV Given

**Physical Exam**
General appearance: alert, well nourished, well hydrated, no acute distress

**Genitourinary**

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443



Page 2

S▮▮▮▮ S▮▮▮▮▮   Ins. ID#: ▮▮▮▮▮▮   Age: ▮▮▮▮▮
PCP: Heather Gosnell MD   Contractor: ▮▮▮   DOB: ▮▮ 2018

**Scrotum:** testes descended, no lesions, cysts, edema, or rash
**Penis:** no lesions or discharge
Child is uncircumcised

## Assessment
**New Problems:**
Circumcision, routine or ritual (ICD-V50.2) (ICD10-Z41.2)

**Impressions:** Tylenol 1.25 ml given. Circumcision performed using 1.3 Gomco Clamp after sub▮utan▮o▮▮ injection of 1 ml total volume of 1% lidocaine w/o epinephrine as a dorsal penile nerve block. Pt tolerated ▮rocedu▮e well. No complications. Minimal blood loss and hemostasis achieved.  Discussed proper care of circumcision includ▮ng if b▮eeding more than size of quarter or can't be stopped with direct pressure then need to be seen immediate▮y in clinic o▮ ER
At 15 min f/u: Minimal oozing and pt is doing very well.

## Plan
**Updated Medication List:**
D-VI-SOL 400 UNIT/ML ORAL LIQUID (CHOLECALCIFEROL) 1 ml P▮ da▮y  Rou▮e: ORAL

**New Orders:**
Circumcision - (Gomco) [CPT-54160]

**Disposition:** return to clinic in a few days


]


Electronically signed by Heather Gos▮ell MD  on ▮▮▮▮▮▮▮ at 3:18 PM
_____

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443

Page 1

S███ S███                    Ins. ID#: ███         Age: ███
PCP: Heather Gosnell MD      Contractor: ███       DOB: ███ 2018

███ 2019 - Office Visit: ███ WC
**Provider:** Heather Gosnell MD
**Location of Care:** Desert Valley Pediatrics - Goodyear

Age: ███

**Vital Signs**
Entered weight: 9 lb., 10.5 oz.
Calculated Weight: 9.66 lb. (4.39 kg.)   Height: 21 in. (53.34 cm.)   Head circumference: 14.37 in. (36.5 cm.)
Temperature: 98.2 deg F. (36.78 deg C.)   Temp Site: temporal
BMI: 15.40  BSA: 0.24  Wt chg: 0.85 lbs. since ███/2019
Vitals entered by: Yudith Martinez MA on ███ 2019 7:37 AM
Done

Allergies:
NKDA

**History of Present Illness**
History from: mother
==Chief Complaint: health maintenance==

**General HPI**
==Pt here for 1 mos wcc.== NBS nl x 2.
Hx GER tx with reflux precautions. Spit up ██aries, s██ me da██ not at all, other days after every feeding. No pattern. No fussiness with feeds.

**Family History Summary:**
Reviewed history Last on ███ and n█ changes required ███
First Degree Blood Relative - Has No Kn█wn Family History - Entered On: 1███

**Social History:**
Reviewed history from ███ anges required:
Lives w/ Mother and ███
No Sibs
Passive smoke exposure - no

**Past Medical History:**
BEMC, 39 wks, SVD, BW 7lbs 13oz (3561g), BL 20.75in, ███ Passed Hearing, Breast Feeding, HBV Given
BF- on vit D

**Activities of Daily Living**

**Feeding/Diet**
Breast feeding: 20 minutes every 2-2.5 hours
Formula: 3-4 ounces every 2-2.5 hours of EBM
Diet comments: BF or takes EBM

**Risk Factors/Safety**

Desert Valley Pediatrics 00028 kw

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443



Page 2

S████  ████████     Ins. ID#: ████████     Age ████
PCP: Heather Gosnell MD     Contractor: ████     DOB: ████ 2018

**Car seat use:** 100%
**Bike helmet use:** no
**Passive smoke exposure:** no
**Daycare:** no
**Tuberculosis exposure:** no
**Pets at home:** yes

**Developmental Screen:** (item's presence indicates accomplishment)
Responds to sounds, Responds to parent's voice, Adequate Weight Gain, Vit D, Follows with eye, Awake for 1 hour stretches, Beginning tummy time play.

**Age Appropriate Education and Guidance:** (item's presence indicates guidance given)
Supine sleep, Car seat/rear facing, Infant bonding, Passive smoke, Support/who can help?, Infant crying/what to do?.

**Behavioral Health Screen:** (item's presence indicates observed by clinician/reported by parent)
Family adjustment/parent responds positively to child, Length of time infant cries, Encourage holding, Infant hands to mouth/self calming.

**Review of Systems**

**General:** reviewed, negative
**Eyes:** reviewed, negative
**Ears/Nose/Throat:** reviewed, negative
**Cardiovascular:** reviewed, negative
**Respiratory:** reviewed, negative
**Gastrointestinal:** reviewed, negative
**Genitourinary:** reviewed, negative
**Musculoskeletal:** reviewed, negative
**Skin:** reviewed, negative
**Neurologic:** reviewed, negative

**Physical Exam**
**General appearance:** alert, well nourished, well hydrated, no acute distress
**Head:** normocephalic, anterior fontanelle soft, flat; normal size

**Eyes**
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light
**Ophthalmoscopic:** red reflex present bilaterally

**Ears, Nose and Throat**
**External ears:** normal, no lesions or deformities
**External nose:** normal, no lesions or deformities
**Otoscopic:** canals clear
**Hearing:** startle reflex present, localizes to sound
**Nasal:** mucosa and septum normal
**Pharynx:** tongue normal

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443



Page 3

S▮▮▮▮ S▮▮▮▮   Ins. ID#: ▮▮▮▮   Age: ▮▮▮▮
PCP: Heather Gosnell MD   Contractor: ▮▮▮▮   DOB: ▮▮/2018

### Neck
**Neck:** supple, no masses

### Respiratory
**Respiratory effort:** no intercostal retractions, good aeration bilaterally
**Auscultation:** no rales, rhonchi, or wheezes

### Cardiovascular
**Palpation:** no thrill, no displacement of PMI
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Femoral arteries:** symmetric, palpable pulses, not hyperdynamic
**Periph. circulation:** no central cyanosis, capillary refill <3 seconds

### Gastrointestinal
**Abdomen:** bowel sounds normal, soft, non-tender, no masses
**Liver and spleen:** no enlargement
**Hernia:** no hernias
**Anus/perineum:** mucosa and skin intact, patent

### Genitourinary
**Scrotum:** testes descended, no lesions, cysts, edema  or ra  h
**Penis:** no lesions or discharge

### Musculoskeletal
**Digits and nails:** normal
**Head and neck:** normal alignment and mobility
**Spine, pelvis, hips:** normal alignment  nd m  bility, no deformity, negative Barlow and Ortolani maneuvers

### Skin
**Inspection:** no rashes, lesions  or ulcer  tions

### Neurologic
**Reflexes:** 2+, symmetric, no pathol  gical reflexes, normal moro startle reflex
**Infant automatisms:** normal for age and development

### Assessment
**Status of Existing P oblems:**
Assessed   EFLUX, ESOPHAGEAL as unchanged - Heather Gosnell MD
**New Problems:**
WELL CHILD EXAM - 28+ DAYS OLD (ICD-V20.2) (ICD10-Z00.129)

**Impressions:** Well child. Normal growth and development.  Anticipatory guidance provided. F/u at next well check.

### Plan
**Updated Medication List:**
D-VI-SOL 400 UNIT/ML ORAL LIQUID (CHOLECALCIFEROL) 1 ml PO daily.; Route: ORAL

**New Orders:**
99391 - Est EPSDT < 1 Year [CPT-99391]

Desert Valley Pediatrics 00030 kw

**Desert Valley Pediatrics - Goodyear**
700 N Estrella Parkway Suite 110 Goodyear, AZ 85338
6238777337  Fax: 6239322443

Page 4

S■■■ S■■■
PCP: Heather Gosnell MD

Ins. ID#: ■■■
Contractor: ■■■

Age: ■■■
DOB: ■■■ 2018

**Disposition:** return for WCC in ■■■

]

**Electronically signed by Heather Gosnell MD  on** ■■■ **at 9:21 AM**
_____

CONFIDENTIAL

Desert Valley Pediatrics 00031 kw