# EXHIBIT 9

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Honor Duvall, et al.,            )
                                 )
     Plaintiffs,                 )
                                 )
vs.                              ) No. 21-CV-00167-ROS
                                 )
Arizona Department of Child      )
Safety,                          )
                                 )
     Defendants.                 )
_____)

**VIDEOCONFERENCE DEPOSITION OF HEATHER GOSNELL, MD**

Goodyear, Arizona
November 1, 2022
11:33 a.m.

PREPARED FOR:
(CERTIFIED COPY)

Reported by:                          CARRIE REPORTING, LLC
SABRINA S. STERENFELD                 Certified Reporters
Registered Professional Reporter      2415 East Camelback Road
Arizona CR NO. 51002                  Suite 700
                                      Phoenix, AZ 85016
                                      (480)429-7573

```
 1                         I N D E X

 2   WITNESS                                           ON PAGE

 3   HEATHER GOSNELL, MD

 4

 5      Examination by MR. CONNELLY                         5

 6      Examination by MS. ZANGERLE                       154

 7      Examination by MS. PATANE                         222

 8      Examination by MR. PATEL                          223

 9      Examination by MR. CONNELLY                       225

10      Examination by MS. ZANGERLE                       244

11

12                         *       *       *

13
                              EXHIBITS
14

15     EXHIBITS       DESCRIPTION                 MARKED ON PAGE

16     No. 50    DVP00037 KW - DVP00040 KW                 50

17     No. 51    DVP00035 KW - DVP00036 KW                 62

18     No. 52    DVP00028 KW - DVP00031 KW                 64

19     No. 53    DVP00288 KW                               77

20     No. 54    DVP00022 KW - DVP00045 KW                 89

21     No. 55    DVP00018 KW - DVP00021 KW                117

22     No. 56    DVP00015 KW - DVP00017 KW                125

23     No. 57    DVP00011 KW - DVP00014 KW                133

24     No. 58    DVP00005 KW                              134

25     No. 59    DVP00006 KW - DVP00010 KW                141
```

1  BY MR. CONNELLY:
2       Q.    How many times, if you can estimate that for us?
3       A.    In those cases, they're usually going through
4  the emergency department.  I don't know, maybe ten.
5       Q.    And in those ten cases where you suspected abuse
6  of a nonverbal child, you said that it was -- you referred
7  them to an emergency room, is that it?
8       A.    Yes.
9       Q.    And in those cases, you noted in your records
10 that you had a suspicion of abuse and referred the family
11 to the emergency room; right?
12             MS. PATANE:  Form.
13             MR. PATEL:  Objection.  Form.  Foundation.
14             MS. ZANGERLE:  Join.
15             THE WITNESS:  It would depend.  It could be
16 something I would note an injury and recommend further
17 evaluation.  It depends on the circumstance what I would
18 write in the note.
19 BY MR. CONNELLY:
20      Q.    In the cases where you suspected abuse of a
21 nonverbal child that you recommended the family go to the
22 emergency room, did you make a call to the DCS hotline as
23 a mandated reporter?
24             MS. PATANE:  Form and foundation.
25             MR. PATEL:  Join.

```
 1                 MS. ZANGERLE:  Join.
 2                 THE WITNESS:  Yes.
 3   BY MR. CONNELLY:
 4       Q.   And that was in each one of those ten cases;
 5   right?
 6       A.   Yes.  Ten is a rough number.  I couldn't say
 7   that it was exactly ten or even -- I really don't have a
 8   number for you, but if I see a case I'm concerned about
 9   abuse, I'm reporting it to DCS.
10       Q.   Right.  I understand, and I don't mean to hold
11   you to ten -- exactly ten, but in each case where you
12   suspected abuse and you referred the family to the
13   emergency room, you also contacted the DCS hotline; is
14   that true?
15       A.   Yes.
16       Q.   Have you -- in your practice among those times
17   where you suspected abuse of a nonverbal child, were any
18   of them -- in any of them did you have a suspicion of
19   shaken baby syndrome or abusive head trauma?
20                 MS. ZANGERLE:  Form and foundation.
21                 MS. PATANE:  Join.
22                 MR. PATEL:  Join.
23                 THE WITNESS:  Not that I recall.  I would
24   say most of those children would wind up in the emergency
25   department before coming into the office.
```

1    talking about a different child?
2         A.   This case plus others I've seen over the years.
3         Q.   And in this case, you yourself didn't have a
4    suspicion of abuse, did you?
5              MS. ZANGERLE:  Form and foundation.
6              MR. PATEL:  Join.
7              MS. PATANE:  Join.
8              THE WITNESS:  I did.
9    BY MR. CONNELLY:
10        Q.   Did you call the DCS hotline?
11        A.   When I saw the child, DCS was already involved.
12   [PCH]  Q.   So it wasn't until after the child had gone to
13   ~~DCS~~ [v PCH] that you had formed some suspicion that abuse had
14   occurred?
15             MS. PATANE:  Form.
16             MS. ZANGERLE:  Join.
17             MR. PATEL:  Join.
18             THE WITNESS:  Between the times that I saw
19   the child well and then he had this concern -- trauma come
20   up between the times that I saw the child.
21             MR. CONNELLY:  Will you repeat the
22   question, please?
23             (Court reporter read back the previous
24   question.)
25

37

```
 1   BY MR. CONNELLY:
 2       Q.   Can you answer that question?
 3            MR. PATEL:  Same objection.
 4            MS. PATANE:  Join.
 5            MS. ZANGERLE:  Join.
 6            THE WITNESS:  When I saw the child after
 7   the trauma had occurred, he had already had an evaluation
 8   in the emergency department.  He was hospitalized.
 9   BY MR. CONNELLY:
10       Q.   And it was PCH who diagnosed the suspicion of
11   abuse; right?
12            MS. ZANGERLE:  Form.
13            MS. PATANE:  Form.
14            MR. PATEL:  Join.
15            THE WITNESS:  Yes, the child was seen at
16   PCH.
17   BY MR. CONNELLY:
18       Q.   You yourself never made any diagnosis of
19   suspicion of abuse, did you?
20            MS. PATANE:  Form.
21            MR. PATEL:  Join.
22            THE WITNESS:  I'm not sure what you mean by
23   that question.
24   BY MR. CONNELLY:
25       Q.   Well, you never noted in any records that you
```

247

```
 1   STATE OF ARIZONA   )
                        ) ss
 2   County of Maricopa)

 3

 4           BE IT KNOWN that the foregoing proceedings were
     taken by me, SABRINA L. STERENFELD, a Certified Reporter,
 5   in and for the County of Maricopa, State of Arizona; that
     the witness before testifying was duly sworn to testify to
 6   the whole truth; that the questions propounded to the
     witness and the answers of the witness thereto were taken
 7   down by me in shorthand and thereafter reduced to
     typewriting under my direction; that the witness waived
 8   reading and signing said deposition; that the foregoing
     pages are a true and correct transcript of all proceedings
 9   had, all done to the best of my skill and ability.
             I FURTHER CERTIFY that I am in no way related to
10   any of the parties hereto, nor am I in any way interested
     in the outcome hereof.
11           I FURTHER CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206(J)(1)(g)(1)
12   and (2).

13   Sabrina L. Sterenfeld                       51002
     _____      _____
14   Certified Reporter                       CR Number

15   _____      _____
     Certified Reporter                    December 6, 2022
16   (Signature)

17           I CERTIFY that this Registered Reporting Firm
     has complied with the ethical obligations set forth in
18   ACJA 7-206(J)(1)(g)(1) and (2).

19
     Carrie Reporting, LLC                       R1064
20   _____      _____
     Registered Reporting Firm               RRF Number
21

22   _____      _____
23   Registered Reporting Firm            December 6, 2022

24   (Signature)

25
```