EXHIBIT 10

