# EXHIBIT 13

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., )<br>)<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>Arizona Dept. Of Child )<br>Safety, et al., )<br>)<br>       Defendants. )<br>_____) | No. 21-CV-00167-PHX-ROS |

VIDEOCONFERENCE DEPOSITION OF PATRICK HANGGE, M.D.

Milwaukee, Wisconsin
November 30, 2022
2:18 p.m. CST.

Prepared for:
(Certified Copy)

Prepared by:                              CARRIE REPORTING, LLC
CINDY MAHONEY                             Certified Reporters
Registered Professional Reporter          2415 E. Camelback Road
Registered Merit Reporter                 Suite 700
AZ CR No. 50680                           Phoenix, AZ  85016
carrie@carriereporting.com                 (480) 429-7573

1    A.  I don't know specifically.  I would imagine that I
2  typed the word SNAT.
3    Q.  Did you type everything that we see in the history
4  of present illness or was that populated from other
5  records?
6    A.  I don't know specifically in this case, but from
7  my practice at the Children's Hospital, I would type in
8  this myself.
9    Q.  You see here where it says that -- well, first of
10 all, you examine the child first and then talk to the
11 parents or the mother, or do you talk to the mother first
12 and then examine the child?  What order do things go in?
13           MS. ZANGERLE:  Form.
14 BY MR. CONNELLY:
15   Q.  If you recall in this particular case what order
16 they went in.
17   A.  I don't recall in this particular case.  I think,
18 generally speaking, I try to get a story and talk with the
19 family or the patient or the caregiver first and then do an
20 exam.
21   Q.  Okay.  So when you were talking to the mother, one
22 of the things she told you was that Swayde had some brown
23 tinged spit-up one morning and then that there was some
24 bright red spit-up too; right?
25   A.  I documented something like that in my note.

53

1      Q.   I'm showing you -- do you see here on the first
2  page, He had some brown-tinged spit-up, and this morning it
3  was bright red blood, small volume in the mucus?  Do you
4  see that?
5      A.   Yes.
6      Q.   Now, the mother didn't say that he vomited; right?
7  She said that he spit up; right?
8      A.   So I can't recall, but the word "spit-up" was used
9  in that sentence.  The word "emesis" is used in the next
10 sentence, and that's my version of saying "throw-up."
11     Q.   And when you look up "emesis" in the medical
12 dictionary, you'll see it defines it as vomiting, vomiting
13 blood.
14          And the mother didn't -- never said that he
15 was vomiting; right?  She said he was spitting up --
16          MS. ZANGERLE:  Form and foundation.
17          MR. PATEL:  Join.
18          MS. WERNER:  Join.
19 BY MR. CONNELLY:
20     Q.   -- is that right?
21     A.   You know, I don't remember my specific
22 conversation with the mother.  What I have documented here
23 would be the most accurate recollection of that encounter.
24     Q.   And mother didn't use the word "emesis"; right?
25     A.   No.  I don't always use the terms that the

54

```
 1    patients use in the medical chart.
 2        Q.   Do you agree with me that there's a difference
 3    between spitting up and vomiting?
 4        A.   Yes.
 5        Q.   And you also agree with me that it makes a
 6    difference if a patient is reported to be spitting up
 7    versus vomiting?
 8               MS. ZANGERLE:  Form and foundation.
 9               MR. PATEL:  Join.
10               MS. WERNER:  Join.
11               THE WITNESS:  There's a difference.
12    BY MR. CONNELLY:
13        Q.   And it can be a material difference in the -- in
14    the case of medical care and medical treatment; right?
15               MS. ZANGERLE:  Form, foundation.
16               MR. PATEL:  Join.
17               MS. WERNER:  Join.
18               THE WITNESS:  It's something as surgeons that
19    we routinely will clarify whether emesis is truly emesis or
20    if it's a small volume spit-up or regurgitation.  It's
21    pretty common for people not in the medical field to use
22    throw-up or spit-up interchangeably.
23    BY MR. CONNELLY:
24        Q.   So here you say -- this last sentence, Later today
25    he had another small volume emesis that was pink.
```

                                                                    55

1                So if I heard what you just said correctly,
2    you might translate spit-up into small volume emesis; is
3    that fair?
4                   MS. ZANGERLE:  Form.
5                   MR. PATEL:  Join.
6                   MS. WERNER:  Join.
7                   THE WITNESS:  I don't recall that discussion
8    I had with the mother, but I -- it is my typical practice
9    to clarify what the patient or the caregiver is saying by
10   "spit-up" or "throw-up."
11   BY MR. CONNELLY:
12      Q.   And so if it's spit-up, to you that translates to
13   small volume emesis, if I heard you correctly; right?
14      A.   No.
15                  MS. ZANGERLE:  Form.
16                  MR. PATEL:  Join.
17                  THE WITNESS:  Join.
18   BY MR. CONNELLY:
19      Q.   I'm sorry.  What was your response?
20      A.   So -- so spit-up is different than emesis.
21      Q.   Right.  I agree.
22                  But I also heard you say that you might
23   translate spit-up to being small volume emesis.  Did I
24   mishear you?
25                  MS. ZANGERLE:  Form.

56

1         THE WITNESS:  I don't think that I said that.
2    I was clarifying that patients will say spit-up or
3    throw-up, and sometimes they use that interchangeably, and
4    it's our job to clarify if they mean spit-up or throw-up.
5    BY MR. CONNELLY:
6         Q.   You don't have a specific recollection about
7    whether or not you asked the parent for any clarification
8    in this case; right?
9         A.   I don't have a specific recollection, although it
10   is something that I would routinely do in practice to
11   clarify whether it's emesis or spit-up.
12        Q.   Did the child vomit at all during the time that
13   you were caring for him?
14        A.   I don't recall that.
15        Q.   If he had done that, that's something that you
16   would have noted in the records; right?
17        A.   If he was actively vomiting at the time of my
18   exam, I would have documented that.
19        Q.   I'm not talking about only at the time of your
20   exam, but at any time during the time that he was in your
21   care on the ninth floor while you were there, if he had
22   vomited during any portion of that time, it would be
23   reflected in the record; right?
24        A.   It gets recorded in the record.
25        Q.   And do you recall seeing in the records you

64

1    A.   I do.
2    Q.   So that's just a couple of hours before you
3 examined the child.  Then there are the findings.
4         My question is: Are these your findings or
5 are these the radiologist's findings?
6    A.   This is the radiologist.  This is the report from
7 the radiologist.
8    Q.   Okay.  So you didn't -- you didn't review the
9 x-rays and then author these findings here; right?
10   A.   No.  That -- that's from the radiology report.
11   Q.   Okay.  Up here at page 1275, which is the second
12 page of the document, under review of symptoms -- systems,
13 you say, Patient reports -- I always mess up the
14 pronunciation of medical terms -- hematemesis.  Did I get
15 anywhere close with that?
16   A.   Hematemesis.
17   Q.   Okay.  Hematemesis.
18             MR. CONNELLY:  For the court reporter, that's
19 h-e-m-a-t-e-m-e-s-i-s.
20 BY MR. CONNELLY:
21   Q.   Again, this is another word for spitting up blood;
22 right?  Or vomiting blood.  Excuse me.
23   A.   It is a medical term for blood in the vomit.
24   Q.   Again, I'm just going to come back.
25             The mother never said that the child was

1   vomiting blood, did she?
2        A.   I don't recall the specific discussion with the
3   mother.  Although, I have documented that there was some
4   bloody or brown-tinged spit-up as well as a small volume of
5   emesis that was pink.  And so both of those can exist in
6   that sequence.
7        Q.   Right.  Nobody is saying that they can't exist in
8   that sequence.
9             What I'm trying to determine, Doctor, is
10  whether the mother ever said the child was vomiting blood
11  or vomiting that -- that was pink, because there's a
12  difference between spitting up and vomiting.  We've already
13  established that.  That's what I'm trying to understand,
14  Doctor.
15            If I hear your testimony, you don't have any
16  specific recollection of the mother ever saying that the
17  child was vomiting blood or vomiting pink; right?
18       A.   I don't have a recollection of what the mother
19  told me as I sit here today, although I did write down that
20  those -- those sentences that we're discussing.
21       Q.   Got it.
22            Did you examine the child without a diaper
23  on, without his clothes on?
24       A.   Yes.  So typically how it works with these
25  children is the diaper is on for most of the time.  And

```
STATE OF ARIZONA    )
                    ) ss.
COUNTY OF MARICOPA  )
```

        BE IT KNOWN that the foregoing proceedings were taken before me, CINDY MAHONEY, a Certified Reporter, in and for the County of Maricopa, State of Arizona; that the witness, before testifying, was duly sworn to testify to the whole truth; that the questions propounded to the witness and the answers of the witness thereto were taken down by me in shorthand and thereafter reduced to typewriting under my direction; that the witness will read and sign said deposition; that the foregoing pages are a true and correct transcript of all proceedings had, all done to the best of my skill and ability.

        I CERTIFY that I am in no way related to any of the parties hereto; nor am I in any way interested in the outcome hereof.

        I FURTHER CERTIFY that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206(J)(1)(g)(1) and (2).

Cindy Mahoney                                              50680
_____              _____
Certified Reporter                              CR Number

*[Signature: Cindy Mahoney]*
_____              _____
Certified Reporter (Signature)                       Date

        I CERTIFY that this Registered Reporting Firm has complied with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(1) and (2).

Carrie Reporting, LLC                                      R1064
_____              _____
Registered Reporting Firm                       RRF Number

*[Signature: Batel Pakanaew]*
_____              _____
Registered Reporting Firm                            Date
(Signature)