**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br><br>**ORDER** |

This matter having come before the Court on PCH Defendants' Motion to Enlarge the Page Limit for Response to Plaintiffs' Motion for Partial Summary Judgment (Doc. 349), and good cause appearing,

**IT IS ORDERED** that the PCH Defendants' Motion to Enlarge the Page Limit for Response to Plaintiffs' Motion for Partial Summary Judgment is _____.