# EXHIBIT B

```
 1    Q.   Okay.
 2    A.   So she wasn't gone for very long.
 3    Q.   All right.  And during that time, you were
 4   caring for Swayde?
 5    A.   Correct.  I believe he just slept until, like,
 6   she got back.
 7    Q.   Well, here's what it says.  It says, "Honor
 8   stated when she arrived home, Donald was rocking Swayde
 9   in the rocking chair and -- and said Donald told her
10   Swayde had --
11    A.   Oh, yeah.
12    Q.   -- spit up blood."
13    A.   Yeah.  Yeah.
14    Q.   That happened?
15    A.   Yeah.
16    Q.   Okay.
17    A.   That was -- that was in the morning.
18    Q.   Right.  So you were feeding him?
19    A.   Uh-huh.
20    Q.   And then he spit up blood, right?
21    A.   Yeah.  Well, it wasn't -- it was, like, a
22   little, soft, small spot, and I'm sure -- I believe
23   he -- he did it again with her.  And that's what caused
24   her to call the pediatrician.
25    Q.   Well, I'm -- I'm just reading what it says, so
```

| Duvall vs | Donald Sankey |
|---|---|
| Arizona Department of Child Safety | January 12, 2022 |

90

```
 1   I'm going to go on.  It says, "Honor --
 2        A.   Okay.
 3        Q.   -- told me Donald showed her the onesie that
 4   Swayde had spit up on, stating she was worried because
 5   it was bright red in color."
 6        A.   Yeah.
 7        Q.   And that's what you remember as well?
 8        A.   Correct.  It was more like a -- more like a
 9   loogie-type thing.
10             MR. CONNELLY:  A what?
11        A.   Like a loogie.
12             MR. CONNELLY:  A loogie, like -- like when
13   somebody spits?
14        A.   Yeah.
15        Q.   BY MS. STATON:  Okay.  But irrespective of
16   that, it was bright red in color?
17        A.   I don't know if it was bright red.  I know
18   there was some red in it.
19        Q.   Okay.
20        A.   But, I mean...
21        Q.   And then your wife, at least she told Detective
22   Skaggs that she gave Swayde some Tylenol and then laid
23   down in her bed with Swayde and they took a nap.  Is
24   that what you recall as well?
25        A.   I believe so, yes.
```



**Griffin Group International**
888.529.9990  |  602.264.2230

1  A. Yeah. We didn't have no idea.

2  Q. All right. So -- so would it be fair, sir, to
3  say that it was a combination of things that caused your
4  wife to be -- told you what -- what concerned her?

5  A. Yeah, I'm sure it was. Yeah.

6  Q. Okay. Did she ever express to you what -- what
7  caused her to, you know, call the pediatrician and --
8  and take Swayde to the hospital? Was -- what factors?
9  Did she say, "Well, it's because this, this and this,
10 that's why I took him"?

11 A. ==Yeah. Well, she would call the pediatrician==
12 ==about everything, one thing, because she just didn't==
13 ==know -- the pediatrician and her mom. But she said the==
14 ==lethargic and then him spitting up blood, she just==
15 ==didn't know what to do. So that's why she called the==
16 ==pediatrician, and then the pediatrician told her to go==
17 ==to the hospital. So that's the reason why she went to==
18 ==the hospital.==

19 Q. Okay. Now, after these -- your interview was
20 completed with Detective Skaggs and Brenda Gualajara --
21 well, first of all, did Miss Gualajara ask you any
22 questions or do you remember her asking you any
23 questions?

24 A. I'm sure she did --

25 Q. Well --



**Duvall vs**  **Donald Sankey**
**Arizona Department of Child Safety**  **January 12, 2022**

243

```
 1    A.    Correct.  Yes.
 2    Q.    So whatever the cause, when your son was at
 3  Phoenix Children's Hospital, he is sick and is in need
 4  of care as a patient in the hospital?
 5    A.    Correct.  Yes.
 6    Q.    I want you now, if you would, to turn to
 7  Exhibit 2, if you can pull that up.  It's the police
 8  department statement, No. 4.  You let me know when
 9  you're ready, sir.
10    A.    You said 2, right?
11    Q.    Yep.
12          MS. STATON:  It looks like this.  It's
13  pretty thick.
14          THE WITNESS:  What page am I going to?
15          MS. STATON:  He -- he has it now.
16    Q.    BY MS. ZANGERLE:  Are you ready?
17    A.    Okay.  Yeah, I'm ready.
18    Q.    You found it?
19    A.    Yes.
20    Q.    Very good.
21          I have a couple general questions before
22  we get to the ER visit.  It's your recollection that
23  your son had had in the day or two prior to his
24  admission, some blood that had shown up in his spit-up,
25  correct?
```



**Griffin Group International**
**888.529.9990 | 602.264.2230**

| Duvall vs | Donald Sankey |
|---|---|
| Arizona Department of Child Safety | January 12, 2022 |

244

```
 1    A.    Correct.  Yes.
 2    Q.    Was the color bright red or can you describe it
 3  for me?
 4    A.    I want to say it was dark red.  I don't
 5  think -- I mean, it wasn't like this (indicating).  I
 6  think this is bright red (indicating).  And it wasn't
 7  like that to me.
 8    Q.    And that's something new that you had not seen
 9  until the -- the day of or within a few days of your son
10  being admitted to PCH, correct?
11    A.    Correct.  Well, with me, he just spit up a
12  loogie.  I'm not sure if he threw up again with my wife,
13  because after he spit up with me, I left and I went
14  to -- I went to work.  And then that's when she called
15  me from work and she was, like, "Hey, I just talked to
16  the pediatrician.  We're about to go to the ER."
17    Q.    Okay.  So before you left that day, you saw
18  what looked like -- you described it as a loogie, which
19  I think is kind of a mucousy, bloody --
20    A.    Correct.
21    Q.    -- substance that could be spit-up?
22    A.    Correct.  Yes.
23    Q.    And that you thought that it was kind of a dark
24  red in color, "yes"?
25    A.    Correct.  Yes.
```



```
 1    Q.    Had you seen any other spit-up with any color
 2  to it other than by mouth prior to that?
 3    A.    No.  All I saw -- with me personally, all he
 4  spit up with me was breast milk, was milk from the --
 5    Q.    Okay.
 6    A.    -- bottle or whatever he ate or stuff like
 7  that.
 8    Q.    So when you saw that dark red substance before
 9  you left for work that day, did you mention it to
10  anyone?
11    A.    Yeah.  I told my wife when she got home.  But,
12  I mean --
13    Q.    Okay.
14    A.    -- I wasn't -- I didn't really, like, go crazy
15  about it.  I didn't think nothing of it.  I was just
16  like, "Oh, he spit up a loogie."  I -- I spit them out
17  all the time, and mine has blood in it sometimes, too,
18  so I didn't think nothing of it.  But I did -- before I
19  left, I -- I told her about it, yeah.
20    Q.    And I assume as a new parent, sometimes you see
21  things, and you're not sure what to make of it quite
22  yet?
23    A.    Correct.  Yes.
24    Q.    But it was different enough that you thought
25  you should mention it to your wife before you went to
```

1  work?
2      A.   Well, I don't -- I wouldn't say different.  It
3  was just, like, the way that it happened, like, she
4  walked in while he was in the room and I was holding
5  him, and I was, like, "Oh, hey, look, he decided to spit
6  up a loogie."  And then I showed her.  And then she was
7  like, "Oh, okay.  That's weird."  And then I left and
8  got dressed, ready for work.
9      Q.   Thank you for clarifying that.  I didn't
10 realize that both you and your wife saw it before you
11 left.
12     A.   Yeah.
13     Q.   So when she calls you and is getting ready to
14 leave to go to the emergency department, does she report
15 to you that she has seen additional spit-up with blood
16 in it or what she believes to be blood?
17     A.   Yeah.  That, I don't know.  Like, in the -- in
18 the documents, I don't know if they're talking about the
19 blood that I -- the loogie that I had seen and showed
20 her or if he threw -- or if he spit up again.
21     Q.   Okay.
22     A.   That --
23     Q.   So you don't know if it was just once or it
24 happened another time before he went?
25     A.   Correct.  Yes.



**Duvall vs	Donald Sankey**
**Arizona Department of Child Safety	January 12, 2022**

355

```
 1      A.     The loogie?
 2      Q.     Yes.
 3      A.     It was when -- well, he did that with me, yes.
 4   But prior -- before that, he had never done -- like,
 5   spit up a loogie like that before.
 6      Q.     Okay.  So when was it that he spit up the
 7   loogie with you?
 8      A.     He spit it up that morning, the morning that
 9   she took him to the hospital.  So I had him.  She went
10   to do her little training thing.  It was probably, like,
11   an hour or so, and then she came back, and that's when I
12   told her, "Hey, he spit up some -- a loogie."
13      Q.     And you told her it was reddish brown?
14      A.     Yeah.  I saved the whole thing.  I put it in --
15   he spit it up on his bib, so --
16      Q.     Did you take a picture of that?
17      A.     Yeah.  It should be somewhere.  I know Honor
18   has it.
19             MR. CONNELLY:  Okay.  Let's mark
20   Exhibit 21.  These, again, are photographs that have not
21   been produced.  We just got them last night, so...
22             (Deposition Exhibit No. 21 was marked.)
23             (Off-the-record discussion.)
24             MS. ZANGERLE:  Counsel, just for the
25   record, I just found out that our computer server is
```

