# EXHIBIT C

```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF ARIZONA


Honor Duvall, an individual; Donald  ) Case No.
Sankey, Junior, an individual;       ) 21CV00167-PHX-ROS
S.Z.S., a minor, through his parents )
and guardians Honor Duvall and       )
Donald Sankey,                       )
                                     )
          Plaintiffs,                )
vs.                                  )
                                     )
Arizona Department of Child Safety,  )
a governmental entity; State of      )
Arizona, a governmental entity;      )
Brenda Gualajara; Fernando Araizo;   )
Alyssa Lucero; Jeffrey Duncan;       )
Chantel Madson; Brendan Cassidy;     )
Phoenix Children's Hospital, Inc.,   )
et al.,                              )
                                     )
                                     )
          Defendants.                )
_____)
```

**VIDEOTAPED DEPOSITION OF HONOR DUVALL**

```
              Phoenix, Arizona
              January 14, 2022
                 9:00 a.m.

REPORTED BY:
LINDA BLACKMON, RPR/RMR
Certified Reporter
Certificate No. 50320


PREPARED FOR:

(Copy)
```

2

I N D E X

| WITNESS | Page |

HONOR DUVALL

| Examination by Ms. Staton | 6 |
| Examination by Ms. Patane | 221 |
| Examination by Ms. Zangerle | 292 |

E X H I B I T S

Deposition  
Exhibits:       Description                                         Page

22   Timeline of Events prepared by Ms. Duvall              13  
     Bates AZDCS000676-683 (8 pages)

23   Social Work SNAT Assessment (2 pages)                  95  
     Bates AZDCS000133-134

24   2-25-19 Eye Examination by Dr. Heller                 127  
     Bates 000001-004 (4 pages)

25   DCS Assessment and Plan (1 page)                      138  
     Bates AZDCS000542

26   Examination by Dr. Wood dated 2-28-2019               143  
     and PCH Lab Records (13 pages)

27   Exmination conducted by Hailey Dietzman               153  
     dated 3-7-2019 (1 page) Bates AZDCS000795

28   Letter dated 10-8-2019 prepared by Chantel            181  
     Madson to the State of Oklahoma (7 pages)  
     Bates AZDCS001167 and SANKEY 000502-507

29   PCH Social Work Progress Note                         208  
     dated 3-10-19 by Cara Kelly  
     Bates PCH 0481 and PCH 0482 (2 pages)

30   Consultation Note by Dr. Fecarotta                    208  
     (1 page) BATES PCH 0279

84

was this something for the --

   A.    That was unusual.  It was a training.  I had to go to a training, just a training and then came home.

   Q.    Okay.  It said while you were away, you watched Swayde on a video monitor.  Was there anything that you saw that morning while you were in training if you would look at your phone that you thought was unusual in the way Swayde was acting?

          MR. CONNELLY:  Form, foundation.

   A.    No.

   Q.    BY MS. STATON:  And then it says, "Honor stated when she arrived home, Donald was rocking Swayde in the rocking chair and said Donald told her Swayde had spit up blood."

          Is that what you recall happening?

   A.    Yes.

   Q.    Okay.  Do you remember what he -- is that what he said or did he say something else at that time?

85

    Q.    But he said Swayde had -- had spit up blood?

    A.    I don't recall the exact words that he used.

    Q.    BY MS. STATON:  Well, whether it's exact or not was the word blood in there?

    Q.    BY MS. STATON:  Well, what do you recall?

    A.    I recall seeing the onesie with the spit-up on it.

    Q.    Well, he showed it to you, right?

    A.    Yes.

    Q.    Okay.  So there was some conversation before he showed it to you?

    A.    I would imagine.

    Q.    But you don't remember what he said to you and what you said to him?

    A.    I don't recall specifically.

    Q.    Okay.  And he showed you the onesie that Swayde was wearing?

    A.    Yes.

    Q.    And it says, "Honor told me Donald showed her the onesie that Swayde had spit up on, stating she was worried because it was bright red in color."

        Is that accurate?

    A.    Yes.

    Q.    Okay.  And that was unusual, I take it?

    A.    Yes.

    Q.    Okay.  And that did concern you?

    A.    Of course.  Yes.

    Q.    Okay.  When you saw that, did you, like, text

Case 2:21-cv-00167-ROS   Document 352-3   Filed 11/03/23   Page 6 of 7

**Duvall vs**  
**Arizona Department of Child Safety**

Honor Duvall  
January 14, 2022

273

    A.    I don't remember.

    Q.    BY MS. PATANE: Okay. Did you show the picture of the bib and the spit-up to anyone at D -- at DCS or PCH?

    A.    Yes.

    Q.    Do you remember when you showed the picture to anyone at PCH?

    A.    I would imagine when I took him to the ER, as like, "Here is what I'm talking about when I'm saying he spit up brown mucous," and then I would show him the picture.

    Q.    Did you show them any other pictures, that you can recall?

    A.    I don't recall.

    Q.    Did you tell anyone at PCH that you thought his head was big?

    A.    Not that his head was big. I told a nurse -- I don't know what night it was, but I remember feeling his soft spot, and it was kind of, like, bulging, and I told the nurse that.

    Q.    And I should back up. I -- I need to separate the admissions. Do you remember if you told anyone during the February admission that you thought his head was big or that something wasn't right with his head?

    A.    Yes, that's what I was talking about.

    Q.    Okay.

    A.    During the February admission, I -- I felt his soft spot, and it was bulging, and I told one of the nurses.

Case 2:21-cv-00167-ROS   Document 352-3   Filed 11/03/23   Page 7 of 7

**Duvall vs**  
**Arizona Department of Child Safety**

**Honor Duvall**  
**January 14, 2022**

356

```
STATE OF ARIZONA      )
                      )  ss.
COUNTY OF MARICOPA    )
```

    BE IT KNOWN that the foregoing proceedings were taken before me; that the witness before testifying was duly sworn by me to testify to the whole truth; that the foregoing pages are a full, true and accurate record of the proceedings, all done to the best of my skill and

ability; that the proceedings were taken down by me in shorthand and thereafter reduced to print under my direction.

    I CERTIFY that I am in no way related to any of the parties hereto nor am I in any way interested in the outcome hereof.

    [X] Review and signature was requested.  
    [ ] Review and signature was waived/not requested.  
    [ ] Review and signature not required.

    I CERTIFY that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206 J(1)(g)(1) and (2). Dated at Phoenix, Arizona, this 26th day of January, 2022.

        /s/ Linda Blackmon  
        _____  
        Linda Blackmon, RPR, RMR  
        Certified Reporter  
        Arizona CR No. 50320

        \*    \*    \*    \*

    I CERTIFY that GRIFFIN GROUP INTERNATIONAL has complied with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(1) through (6).

        /s/ Pamela A. Griffin  
        _____  
        GRIFFIN GROUP INTERNATIONAL  
        Registered Reporting Firm  
        Arizona RRF No. R1005