Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>            Defendants. | Case No.: 21-cv-00167-ROS<br><br>**MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMIT**<br><br>(Hon. Rosyln O. Silver) |

      Pursuant to LRCiv 7.2(e), Plaintiffs, through counsel undersigned, hereby request that the Court enlarge the page limit for *Plaintiffs' Combined Response in Opposition to: (1) PCH Defendants' Motion for Summary Judgment (Doc. 312) and (2) Dr. Brendan Cassidy's Motion for Summary Judgment (Doc. 310)*, (Doc. 352). PCH Defendants' Motion for Summary Judgment is 25 pages of substantive text and Defendant Cassidy's Motion for Summary Judgment is 15 pages of substantive text. Pursuant to LRCiv 7.2(e)(1), a response and its supporting memorandum may not exceed 17 pages unless otherwise permitted by the Court. Considering the scope and length of Defendants'

Motions, and that Plaintiffs are filing a combined response, Plaintiffs request that the Court grant an enlargement of the page limit up to and including 28 pages, of which approximately 27.5 pages is substantive text. The enlargement is necessary for Plaintiffs to respond to the factual and legal arguments made in PCH Defendants' 25-page motion and Defendant Cassidy's 15-page motion.

Pursuant to Paragraph 13.c of the Case Management Order (Doc. 25 at 8), the parties previously consulted and agreed to an enlargement of the page limits for the parties' Motions for Summary Judgment and Responses thereto.

**RESPECTFULLY SUBMITTED** this 3rd day of November 2023.

**MILLS + WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
   DeeAn Gillespie Strub
   Jenny D. Jansch
   7319 North 16th Street
   Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  */s/ Thomas A. Connelly*