Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**ORDER**<br><br>(Hon. Roslyn O. Silver) |

This matter coming before the Court on Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit for Plaintiffs' Combined Response in Opposition to Defendants' Motions for Summary Judgment (Doc. 352), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted.