# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

The PCH Defendants have filed a Motion to Enlarge the Page Limit for Response to Plaintiffs' Motion for Partial Summary Judgment (Doc. 351). Plaintiffs have filed a Motion for Leave to Exceed Page Limit (Doc. 353). The Parties have consulted on enlarging page limits and agree.

Therefore,

**IT IS ORDERED** the Motions to Exceed Page Limits (Docs. 351 and 353) are **GRANTED**.

Dated this 7th day of November, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge