# EXHIBIT 13

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,                     )
                                          )
         Plaintiffs,                      )
                                          )
              vs.                         )  Case No.
                                          )  21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD               )
SAFETY, et al.,                           )
                                          )
                                          )
         Defendants.                      )
_____            )

DEPOSITION OF BRENDAN CASSIDY, M.D.

Phoenix, Arizona
October 5, 2022
10:20 a.m.

Prepared by:                    CARRIE REPORTING, LLC
MICHAELA H. DAVIS               Certified Reporters
Registered Professional Reporter 2415 E. Camelback Road
Certified Realtime Reporter     Suite 700
Certified Realtime Captioner    Phoenix, AZ 85016
Certified LiveNote Reporter     (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

```
 1        Q.    All right.  And it's a standard practice because
 2   it helps ensure a more complete and thorough examination;
 3   fair?
 4                 MS. PATANE:  Form.
 5                 THE WITNESS:  For most cases, yes.
 6                 MR. PATEL:  Join.
 7   BY MR. CONNELLY:
 8        Q.    Okay.  For most cases.
 9                 But if I also heard you correctly, you're
10   saying that the fact of there being no dilation drops
11   administered, it doesn't inhibit your ability to do an
12   examination of the retina and the optic nerve.
13                 MS. PATANE:  Form, foundation.
14   BY MR. CONNELLY:
15        Q.    Is that a fair statement?
16        A.    In some cases, yes.
17                 MS. ZANGERLE:  Form.
18                 MR. PATEL:  Join.
19                 (Discussion off the record.)
20   BY MR. CONNELLY:
21        Q.    And if I recall your trial testimony correctly,
22   your testimony was that Swayde's eyes, the pupil size, is
23   about 4 millimeters, and so in Swayde's case, just with
24   the natural size of his pupils, you could do a sufficient
25   examination without dilation; right?
```

1          MS. PATANE:  Form and foundation.

2          MS. ZANGERLE:  Form and foundation.

3          MR. PATEL:  Join.

4          THE WITNESS:  I believe his eyes were

5    dilated by drops prior to my examination, and his pupils

6    were 4 millimeters when I met him, which is larger than

7    the typical two-month-old's pupil size, so his pupils had

8    been dilated.  They weren't maximally dilated like I

9    indicated in the case of aniridia where you have no

10   iris --

11   BY MR. CONNELLY:

12       Q.   And the reason you say that they were dilated

13   was because you saw or were shown in the medical records

14   where there was an order for dilation; right?

15       A.   I saw both an order and the fact that it was

16   completed, yes.

17       Q.   And where did you see the fact that it was

18   completed?

19       A.   On the medical record.

20       Q.   And what is the entry that shows the fact that

21   it was completed?

22       A.   Where it says completed and the time 12:10.

23   Initiated at 12:00, completed at 12:10.

24       Q.   And what would somebody have to do in order to

25   administer the eye drops?

1  the children are lying on their side.  They could be

2  cocooned.  They could have a --

3      Q.    Let me ask a more direct question because --

4  maybe it's because I asked a poorly phrased question, so I

5  want to ask a more direct question.

6              In this case, how long was it that you took

7  to examine Swayde Sankey?

8      A.    So the examination of his eyes was probably very

9  brief.  60 seconds, 120 seconds, minute to two.  That

10 would be the typical length of the exam.

11     Q.    And do you have any recollection of how long you

12 were in the room from the time you entered the room until

13 the time you left the room?

14     A.    What I -- I don't have a number for that.  What

15 I do remember is after seeing his exam, I explained to mom

16 what I saw.  She was asking me the implications of it,

17 what to expect.  I explained to her what would transpire

18 going forward.

19     Q.    Okay.  Let's take those one at a time.

20     A.    Okay.

21     Q.    What did you explain to Honor Duvall about what

22 you saw?

23     A.    I don't know specifically because I don't recall

24 the wording of the conversation, but I would have

25 explained to her that I saw bleeding in the back of the

1           MR. PATEL:  Join.

2           MS. ZANGERLE:  Join.

3           THE WITNESS:  That's why I indicated on my

4  dictation to share with other readers that's what I saw.

5  BY MR. CONNELLY:

6      Q.   Are you able to take photographs of the inside

7  of an eye when you perform an eye exam?

8      A.   Not in my office.  I don't have a camera like

9  that.

10     Q.   Do they have one at PCH?

11     A.   They do.

12     Q.   Did anybody take the time to take a photograph

13 of the inside of Swayde's eyes?

14          MS. PATANE:  Form, foundation.

15          MS. ZANGERLE:  Join.

16          THE WITNESS:  I don't believe he's ever had

17 a retinal photograph.

18          MR. PATEL:  Form, foundation.

19          THE COURT REPORTER:  Doctor, please pause

20 for just a beat before you answer so they can get their

21 objections in.

22 BY MR. CONNELLY:

23     Q.   Is that something that you could have asked to

24 have been done at the time?

25     A.   No.  The camera is in a different department,

1  and back then, it wasn't readily available.  About 2020 or
2  2021, we were able to work with the operating room which
3  owns the camera to get it lent out for floor use, and so
4  now more routinely it can be done.
5           They don't always have the staffing for
6  running the camera, so in some cases we get photographs,
7  sometimes we don't.  It's not a necessity to get a
8  photograph.  As you saw, there's no photograph in
9  Dr. Heller's record.  There's no --
10      *Q.*  Okay.  Doctor --
11      *A.*  -- photograph in --
12      *Q.*  -- I don't need a dissertation every time you
13  answer a question.
14           MS. PATANE:  Well, he has to be able to give
15  his answer, and it's just not finished when you decide
16  it's finished.
17           MR. CONNELLY:  Well, he goes way beyond the
18  scope of the question in answering.
19           MS. PATANE:  In your mind.
20           MR. CONNELLY:  Yes, in my mind.
21           MS. PATANE:  Not in my mind.
22           MR. CONNELLY:  Okay.  Good for you.
23  BY MR. CONNELLY:
24      *Q.*  But in 2019, the capability existed for PCH to
25  photograph the inside of this child's eye; right?

```
 1              MS. PATANE:  Form, foundation.
 2              MR. PATEL:  Join.
 3              MS. ZANGERLE:  Join.
 4              THE WITNESS:  Again, I'm not sure that the
 5   camera was being let out of the operating room at that
 6   time, so I can't tell you for sure.
 7   BY MR. CONNELLY:
 8       Q.   The camera was present inside the hospital at
 9   PCH in 2019; right?
10       A.   Yes.
11              MS. ZANGERLE:  Form and foundation.
12              MR. PATEL:  Join.
13   BY MR. CONNELLY:
14       Q.   Beyond -- besides abusive head trauma, the other
15   mechanisms that you note -- the single massive crush
16   injury at trial, you described that as a truck rolling
17   over someone's head; right?
18       A.   That would be one example.
19              MS. PATANE:  Form.
20   BY MR. CONNELLY:
21       Q.   What are the other examples of massive crush
22   injuries?
23       A.   Birthing.
24       Q.   I'm sorry?
25       A.   Birthing.
```

1    expect there to also be subdural hematomas; right?

2                    MS. PATANE:  Form and foundation.

3                    MR. PATEL:  Join.

4                    THE WITNESS:  I'm neither a neurologist nor

5    neurosurgeon, but I would say that there would be a

6    reasonable chance of having it.  I just can't tell you

7    what the percentage would be, so it's hard to fully answer

8    your question.

9    BY MR. CONNELLY:

10       Q.    And the massive crush injury that occurs through

11   the birthing process occurs during a normal vaginal birth;

12   right?

13                   MS. PATANE:  Form and foundation.

14                   MS. ZANGERLE:  Join.

15                   MR. PATEL:  Join.

16                   THE WITNESS:  Again, it does, but typically

17   doesn't cause hemorrhaging to this degree.  The example

18   you gave us today in photograph 40 --

19   BY MR. CONNELLY:

20       Q.    Oh, you're looking for something else.

21       A.    This one.  Photograph on Exhibit 43.  So we're

22   referring to healthy newborns, natural vaginal delivery,

23   having retinal hemorrhaging.  In this you'll see

24   approximately 20 small hemorrhages in one layer.  So it

25   doesn't match the number of layers, the areas involved, or

1   the mass component of Swayde's injuries.

2              So this particular example shows a mild

3   subconjunctival hemorrhage -- excuse me, a mild subretinal

4   hemorrhage could have some intraretinal component to it.

5   You can't tell in the photograph, but --

6   BY MR. CONNELLY:

7        Q.   Right.  You can't tell from that photograph.

8        A.   But the point is that it's mild.  This wouldn't

9   be sufficient for me.  If I looked in and saw this in

10  Swayde's eyes, I wouldn't be testifying what I testified.

11       Q.   And what you're looking at right there, that's

12  an example of a photograph of a retina taken by the type

13  of camera that PCH had in its operating rooms in 2019;

14  right?

15              MS. PATANE:  Form and foundation.

16              MR. PATEL:  Join.

17              THE WITNESS:  I can't tell if it --

18              MS. ZANGERLE:  Join.

19              THE WITNESS:  I don't know if it says the

20  type of camera.

21              It doesn't indicate in the paper that you

22  shared with us, but it is a retinal photograph.  But

23  there's a lot of different cameras, so I can't tell you.

24  It doesn't look like it because the little notch in the

25  image suggests it's a different form of retinal camera.