# EXHIBIT 16

Jordan Robb Oland, MD on September 26, 2022

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Honor Duvall, an individual; Donald)
Sankey, Junior, an individual;      )
S.Z.S., a minor, through his        )
parents and guardians Honor         )
Duvall and Donald Sankey,           )
                                    )
                  Plaintiffs,       )Case No.:
vs.                                 )21-CV-00167-PHX-ROS
                                    )
Arizona Department of Child Safety,)
a governmental entity; State of     )
Arizona, a governmental entity;     )
Brenda Gualajara, individually and )
as an employee with the State of    )
Arizona Department of Child Safety )
and John Doe Gualajara, her spouse;)
Fernando Araizo, individually and   )
as an employee with thes State of   )
Arizona Department of Child Safety )
and Jane Doe Araizo, his spouse;    )
Alyssa Lucero, individually and as )
an employee with the State of       )
Arizona Department of Child Safety )
and John Doe Lucero, her spouse;    )
Jeffrey Duncan, individually and as)
an employee with the State of       )
Arizona Department of Child Safety )
and Jane Doe Duncan, his spouse;    )
et al.,                             )
                  Defendants.       )

DEPOSITION OF JORDAN ROBB OLAND, MD
          Scottsdale, Arizona
          September 26, 2022
            2:11 p.m.

(COPY)

REPORTED BY:
HD REPORTING, LLC
HALEY DAWN WESTRA, RPR, CRR
Certified Court Reporter
AZ-CR No. 50762

1   birth canal before active pushing begins?

2       A.   Yes.

3       Q.   Did you see anything in the record here that

4   would indicate to you that Ms. Duvall labored down for

5   a portion of her labor and delivery?

6       A.   So I didn't see any documentation of that term

7   by Nurse Wenzel, but I know that there was the one exam

8   where she was plus 1, and there was a second exam where

9   she was plus 2, so I would assume that she was laboring

10  down from that time to the plus 1 to the plus 2

11  station.

12      Q.   Back in 2018 for a nulliparous mom, would it

13  be common for them to have a period of laboring down

14  during their labor and delivery?

15          MR. CONNELLY:  Form and foundation.

16          THE WITNESS:  Yes.

17  BY MS. ZANGERLE:

18      Q.   And first-time moms can have extended periods

19  of active labor; is that correct?

20      A.   Yes.

21      Q.   And that's because their body has not gone

22  through the labor process before?

23      A.   Correct.

24      Q.   And given that she came into the hospital at

25  approximately 14:15 that evening and then delivers the

1    baby slightly before 2 a.m., does that appear to you to

2    indicate that she had an extended labor?

3        A.    No.

4        Q.    Any reason for you to be concerned that there

5    may have been excessive contractions that could have

6    exposed the baby to injury?

7        A.    Based on the chart, no.

8              MR. CONNELLY:   Form and foundation.

9    BY MS. ZANGERLE:

10       Q.    Let me ask you just a couple of questions if

11   I may, Doctor, about your background.

12       A.    Certainly.

13       Q.    Since -- if this case is tried, the jury may

14   hear your testimony, and so I just want to ask you some

15   questions about your training.

16             Where did you do your undergraduate education?

17       A.    Washington University in St. Louis.

18       Q.    Okay.  And when did you graduate?

19       A.    Graduated in 1995.

20       Q.    Where did you complete your residency?

21       A.    Mount Sinai School of Medicine in New York

22   City.

23             MR. CONNELLY:   Can you speak up a little,

24   please?

25             THE WITNESS:  Sure.

1              So I've handed you, Doctor, 200 kw.

2      A.    Yes.

3      Q.    Do you see notes there indicating that

4  laboring down was going -- that you gave an order to

5  begin laboring down at 1:17 a.m.?

6      A.    I'm looking here.  So I don't know that that

7  was an order.

8              It appears that this is documentation --

9  I don't know which nurse is writing this.  But I think

10 this is more a part of their narrative.

11     Q.    Does it reflect that laboring down was to

12 begin at 1:17 -- or began at 1:17 and was to continue

13 for 30 minutes before pushing would begin?

14             MR. CONNELLY:  Form and foundation.

15             THE WITNESS:  Yes, that's what it says.

16 BY MS. PATANE:

17     Q.    So if laboring down occurred for 30 minutes

18 starting around sometime after 1:17, would active

19 pushing have then started after that?

20     A.    Correct.

21     Q.    So laboring down, the whole process in this

22 case, seems to have been for 30 minutes; is that

23 correct?

24             MR. CONNELLY:  Form and foundation.

25             THE WITNESS:  That's what the chart reflects,

1    yes.

2    BY MS. PATANE:

3        Q.    And then that was followed by active pushing,

4    which would have begun sometime around 1:47 in the

5    morning?

6        A.    Correct.

7        Q.    And so the active pushing when the baby was in

8    the birth canal occurred from 1:47 to 1:59?

9        A.    Correct.

10       Q.    And then the head was delivered, you said,

11   at 1:59; correct?

12       A.    Yes.

13       Q.    Another record I wanted to ask you about is in

14   the --

15           MS. PATANE:  And we can mark this as the next

16   exhibit.  I don't know what number we're on.

17           THE REPORTER:  This will be 6.

18           (Deposition Exhibit No. 6 was marked for

19   identification by the reporter.)

20   BY MS. PATANE:

21       Q.    There's a note in the records that the rupture

22   of membranes occurred -- we talked about this earlier.

23   The rupture of membranes occurred at 19:46.

24           Do you remember talking about that earlier in

25   your deposition?

1          A.    I remember talking about it earlier.  I would

2    need to find the page to confirm that.

3          Q.    And so let me ask you this.

4                If a note in the record said that the rupture

5    of membranes was at 19:46, and the head was delivered

6    at 1:59, that's about 6 hours and 20 minutes between

7    that time period; correct?

8          A.    Yes.

9          Q.    Do you consider that to be the time period

10   that Mom was in labor?

11         A.    So that's not a good definition for labor.

12         Q.    Okay.  So the 6 hours and 20 minutes or so is

13   really just the time period from when the membranes

14   were ruptured until the time the head is delivered?

15         A.    Correct.

16         Q.    What's the significance of that, if anything?

17   Why is that tracked?

18         A.    That would be -- that would be a normal

19   duration.

20               We get concerned when ruptured membranes is

21   prolonged.

22         Q.    Okay.  And did that factor into your ultimate

23   conclusion that this was not a prolonged delivery?

24               MR. CONNELLY:  What kind of delivery?

25

1          MS. PATANE:  A prolonged labor and delivery.

2          THE WITNESS:  So I think based on the previous

3   question, yes, this was a normal labor course.

4   BY MS. PATANE:

5      Q.   Okay.  Was her laboring down process normal?

6          MR. CONNELLY:  Form.

7          THE WITNESS:  Yes.

8   BY MS. PATANE:

9      Q.   It was not prolonged either, was it?

10     A.   No, it was not.

11         MR. CONNELLY:  Form and foundation.

12   BY MS. PATANE:

13     Q.   Have you ever had any conversations with Honor

14   Duvall, the mother, since she delivered the baby and

15   was discharged from the hospital?

16     A.   I have not.

17     Q.   Have you ever had any conversations with any

18   of her attorneys in this case?

19     A.   I have not.

20     Q.   Have you had any conversations with any

21   doctors who have represented to you that they're

22   experts working on her behalf in this case?

23     A.   I have not.

24     Q.   And this is the first time that you've met me

25   today; is that correct?

1   thin meconium was noted.

2   BY MR. CONNELLY:

3       Q.   And meconium is a discharge from the child;

4   right?

5       A.   Yes.

6       Q.   A fecal discharge of the child; right?

7       A.   Correct.

8       Q.   And does the fecal discharge from the child

9   indicate some degree of trauma, however slight, in the

10  birth process?

11          MS. PATANE:  Form.

12          THE WITNESS:  Not necessarily.

13          MR. PATEL:  Join.

14          MS. ZANGERLE:  Join.

15  BY MR. CONNELLY:

16      Q.   When would it indicate trauma versus no

17  trauma?

18      A.   I don't know that there's a clear way to

19  determine the difference.

20      Q.   So as you're sitting here today, you can't

21  tell us whether thin meconium at the time -- as noted

22  in the delivery records, was as a result of some trauma

23  during the birth or the absence of trauma during

24  the birth --

25          MS. ZANGERLE:  Form and foundation.

1           MS. PATANE:  Form and foundation.

2    BY MR. CONNELLY:

3        Q.   -- as far as the child is concerned?

4        A.   Yeah.  What I can tell you based on this

5    delivery and this chart is that the Apgars were normal

6    and that the examination was normal, which leads me to

7    believe that the meconium was not associated with any

8    trauma.

9        Q.   Are you a mandated reporter?

10       A.   Yes.

11       Q.   Have you ever called in a report of suspected

12   abuse to the hotline?

13       A.   Not of a child but of a patient, yes.

14       Q.   Was that because the patient said something

15   that led you to believe she was being abused --

16           MS. PATANE:  Form and foundation.

17           MR. PATEL:  Join.

18   BY MR. CONNELLY:

19       Q.   -- or was it because you observed something?

20           MS. PATANE:  Form and foundation.

21           THE WITNESS:  It was due to the presence of

22   defensive injuries on physical exam.

23   BY MR. CONNELLY:

24       Q.   Did she describe the injuries as defensive

25   injuries?

1          You disagree with one of those entries by

2   Ms. Wenzel; correct?

3       A.    Yes.

4       Q.    Because the mom would need to be fully dilated

5   in order for laboring down to begin?

6          MR. CONNELLY:  Form and foundation.

7          THE WITNESS:  Correct.

8   BY MS. ZANGERLE:

9       Q.    And even if Mom had gone through a greater

10  period of laboring down than 30 minutes, would that

11  cause you any concern about potential injury to this

12  baby?

13      A.    No.

14      Q.    Because your assessment and, I think, the

15  fetal monitoring strips indicate that this baby did

16  well during the labor process and was assessed as being

17  normal and well at the time of delivery?

18          MR. CONNELLY:  Form and foundation.

19          THE WITNESS:  Correct.

20  BY MS. ZANGERLE:

21      Q.    You were asked a number of questions about

22  injuries to the tibia or long bones.

23          I think you said that you've never seen it in

24  your career of 20 years where a baby has had injuries

25  to the long bones unless there is a breach delivery;