# EXHIBIT 17

Deposition of Gregory McKay                                July 31, 2023

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Honor Duvall, et al.,           )
                                )
            Plaintiffs,         )
                                )
vs.                             ) NO. 21-CV-00167-PHX-ROS
                                )
Arizona Department of Child     )
Safety, et al.,                 )
                                )
            Defendants.         )
_____  )

DEPOSITION OF GREGORY McKAY

Phoenix, Arizona
July 31, 2023
10:02 a.m.

Reported by:                    CARRIE REPORTING, LLC
Christine Johnson               Certified Reporters
Registered Professional Reporter 17505 North 79th Ave.
Registered Merit Reporter       Suite 301-C
Arizona CR No. 50383            Glendale, Arizona 85308

                                (480) 429-7573

 1      Q.   DCS did not provide any training to Dr. Cassidy;

 2   true?

 3      A.   True.

 4      Q.   You are aware that Dr. Cassidy did not have a

 5   contract with DCS to provide services in 2019; true?

 6      A.   True.

 7      Q.   You would agree with me that Dr. Cassidy was not

 8   expected to comply with DCS policies, procedures, or rules

 9   during his evaluation of Swayde Sankey in February 2019;

10   true?

11           MR. CONNELLY:  Form and foundation.

12           THE WITNESS:  True.

13   BY MS. WERNER:

14      Q.   You are aware that Dr. Cassidy was not acting on

15   behalf of DCS when he evaluated Swayde Sankey in

16   February 2019; true?

17           MR. CONNELLY:  Form and foundation.

18           THE WITNESS:  True.

19   BY MS. WERNER:

20      Q.   You are aware that Dr. Cassidy and DCS did not

21   collaborate or consult with each other in any way in the

22   evaluation or the exam findings of Swayde Sankey in

23   February 2019; true?

24      A.   True.

25           MR. CONNELLY:  Form and foundation.

```
 1   BY MS. WERNER:

 2        Q.   You understand that Dr. Cassidy was exercising his

 3   own independent medical judgment during the evaluation that

 4   he performed on Swayde in February 2019; correct?

 5        A.   Correct.

 6             MR. CONNELLY:  Form and foundation.

 7   BY MS. WERNER:

 8        Q.   You understand that Dr. Cassidy was not paid by

 9   DCS to perform an evaluation of Swayde in February 2019?

10             MR. CONNELLY:  Form and foundation.

11             THE WITNESS:  Not to my knowledge.  I would doubt

12   that.

13   BY MS. WERNER:

14        Q.   You understand that Dr. Cassidy did not prepare

15   any reports for DCS of his evaluation of Swayde in

16   February 2019; true?

17             MR. CONNELLY:  Form, foundation.

18             THE WITNESS:  I don't know.

19   BY MS. WERNER:

20        Q.   You understand that Dr. Cassidy did not

21   participate and was not involved in any decision making by

22   DCS during its investigation into whether Swayde Sankey was

23   abused; true?

24             MR. CONNELLY:  Form and foundation.

25             THE WITNESS:  True.
```

```
 1   BY MS. WERNER:

 2        Q.   You understand that Dr. Cassidy was not involved

 3   in the decision made by DCS about parental visitation; true?

 4        A.   I'm not directly aware, but likely true.

 5        Q.   Are the medical providers, do they have a say

 6   about visitation for the child?

 7        A.   Never.

 8             MR. CONNELLY:  Form and foundation.

 9   BY MS. WERNER:

10        Q.   You understand that Dr. Cassidy was not involved

11   in the decision made by DCS to take custody of Swayde Sankey

12   in February 2019; true?

13        A.   True.

14        Q.   You understand that Dr. Cassidy was not involved

15   in the preparation or decision to file the dependency

16   petition filed on March 19th, 2019, by DCS; true?

17        A.   True.

18        Q.   Sounds like there was no relationship between

19   Dr. Cassidy and DCS in 2019.  Fair?

20             MR. CONNELLY:  Form and foundation.

21             THE WITNESS:  Fair.

22   BY MS. WERNER:

23        Q.   Mr. McKay, would you agree that one of the primary

24   objectives in -- of DCS in 2019, was to keep children safe

25   within their own families; correct?
```