Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*, | Case No.: 21-cv-00167-ROS |
| Plaintiffs, | |
| v. | **MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMIT** |
| Arizona Dept. of Child Safety, *et al.*, | (Hon. Roslyn O. Silver) |
| Defendants. | |

Pursuant to LRCiv 7.2(e), Plaintiffs, through counsel undersigned, hereby request that the Court enlarge the page limit for *Plaintiffs' Reply in Support of Plaintiffs' Partial Motion for Summary Judgment (Doc. 319).* PCH Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment (Doc. 349) is 28 pages of substantive text and Defendant Cassidy's Response to Plaintiffs' Partial Motion for Summary Judgment (Doc. 347) is 6 pages of substantive text. Pursuant to LRCiv 7.2(e)(1), a reply and its supporting memorandum may not exceed 11 pages unless otherwise permitted by the Court. Considering the scope and length of Defendants' Responses, Plaintiffs request that the

Court grant an enlargement of the page limit up to and including 15 pages of substantive text. The enlargement is necessary for Plaintiffs to Reply to the factual and legal arguments made in PCH Defendants' 29-page response and Defendant Cassidy's 6-page response.

Pursuant to Paragraph 13.c of the Case Management Order (Doc. 25 at 8), the parties previously consulted and agreed to an enlargement of the page limits for the parties' Motions for Summary Judgment, Responses, and Replies thereto.

**RESPECTFULLY SUBMITTED** this 20th day of November 2023.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By  */s/ Jenny D. Jansch*
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  */s/ Jenny D. Jansch*