**GUST ROSENFELD, P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona  85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br>**PCH DEFENDANTS' MOTION TO ENLARGE THE PAGE LIMIT FOR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT [DOC 358]** |

Defendants Phoenix Children's Hospital, Dr. William S. Wood and spouse Rachel Wood; Dr. Kathryn Coffman; and Haley Dietzman and spouse Roald Dietzman ("PCH Defendants"), through counsel, request that the Court enlarge the page limit for the PCH Defendants' Reply in Support of Their Motion for Summary Judgment.  (Doc 358)

Plaintiffs' Combined Response in Opposition to: (1) PCH Defendants' Motion for Summary Judgment (Doc 312) and (2) Dr. Brendan Cassidy's Motion for Summary Judgment (Doc 310) is 28 pages of text. Pursuant to LRCiv 7.2(e)(2), a reply and its supporting memorandum may not exceed 11 pages, unless otherwise permitted by the Court. Considering the scope and length of Plaintiffs' Combined Response in Opposition to: (1) PCH Defendants' Motion for Summary Judgment (Doc 312) and (2) Dr. Brendan Cassidy's Motion for Summary Judgment (Doc 310) (Doc 352), the PCH Defendants request that the Court grant an enlargement of the page limit up to and including 18 pages, of which 17 pages is substantive text. The enlargement is necessary for the PCH Defendants to respond to the factual and legal arguments made in Plaintiffs' 28-page motion.

Pursuant to Paragraph 13.c of the Case Management Order, the parties previously have consulted and agreed to an enlargement of the page limits for the parties' Motions for Summary, Responses, and Replies. (Doc. 25 at 8.)

DATED this 20th day of November, 2023.

**GUST ROSENFELD, P.L.C.**

By  /s/ Kari B. Zangerle
Kari B. Zangerle
Robert C. Stultz
One East Washington Street, Suite 1600
Phoenix, AZ  85004-2553
*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
Gillespie, Shields & Taylor
7319 North 16th Street
Phoenix, AZ  85020
*Attorneys for Plaintiffs*

Georgia A. Staton, Esq.
Ravi V. Patel, Esq.
Jones, Skelton & Hochuli, PLC
40 North Central Ave., Suite 2700
Phoenix, AZ  85004
*Attorneys for State Defendants*

Cynthia Y. Patane, Esq.
Rachel L. Werner, Esq.
Gordon Rees Scully Mansukhani, LLP
One Renaissance Square
Two North Central Ave., #2200
Phoenix, AZ  85004
*Attorneys for Defendant Brendan Cassidy*

By /s/ Melody Kern