**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br><br><br>**ORDER** |

This matter having come before the Court on PCH Defendants' Motion to Enlarge the Page Limit for Reply in Support of Their Motion for Summary Judgment (Doc. 358), and good cause appearing,

**IT IS ORDERED** that the PCH Defendants' Motion to Enlarge the Page Limit for PCH Defendants' Reply in Support of Their Motion for Summary Judgment is _____