# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Counsel for Plaintiff has filed a Motion for Leave to Exceed LRCiv 7.2(e) Page Limit (Doc. 356) regarding the reply in support of the motion for summary judgment. Proposed documents must be lodged using the correct filing event in ECF. In the future, counsel must comply with the Electronic Case Filing Administrative Policies and Procedures Manual. Failure to do so may result in the filing being stricken and leave denied. Because the parties agreed to the enlargement, and good cause appearing,

**IT IS ORDERED** the Motion for Leave to Exceed LRCiv 7.2(e) Page Limit (Doc. 356) is **GRANTED**.

Dated this 20th day of November, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge