IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, et al.,<br><br>    Defendants. | No. CV-21-00167-PHX-ROS<br><br>**ORDER** |

Counsel for the PCH Defendants has filed a Motion to Enlarge the Page Limit for Reply in Support of Their Motion for Summary Judgment (Doc. 358) (Doc. 359). Proposed documents must be lodged using the correct filing event in ECF. In the future, counsel must comply with the Electronic Case Filing Administrative Policies and Procedures Manual. Failure to do so may result in the filing being stricken and leave denied. Because the parties agreed to the enlargement, and good cause appearing,

**IT IS ORDERED** the PCH Defendants' Motion to Enlarge the Page Limit (Doc. 359) is **GRANTED**.

Dated this 21st day of November, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge