|   |   |
|---|---|
| 1 | Georgia A. Staton, Bar #004863 |
| 2 | Ravi V. Patel, Bar #030184<br>JONES, SKELTON & HOCHULI P.L.C. |
| 3 | 40 N Central Avenue, Suite 2700<br>Phoenix, Arizona 85004 |
| 4 | Telephone: (602) 263-1752<br>Fax: (602) 200-7854 |
| 5 | gstaton@jshfirm.com<br>rpatel@jshfirm.com |
| 6 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Honor Duvall, et al., | No. 21CV00167-PHX-ROS |
|---|---|
| Plaintiff, | **Stipulation for Dismissal with Prejudice Only As to Defendants State of Arizona, Brenda Gualajara, Fernando Araizo, Alyssa Lucero and spouse Nicholas Costello, Jeffery Duncan and spouse Jeryl James, Chantel Madson and spouse Timothy Madson, Gregory McKay and Michael Faust** |
| v. |  |
| Arizona Department Of Child Safety, et al., |  |
| Defendants. |  |

The parties, by and through the undersigned, stipulate that this matter has been resolved only as to Defendants State of Arizona, Brenda Gualajara, Fernando Araizo, Alyssa Lucero and spouse Nicholas Costello, Jeffery Duncan and spouse Jeryl James, Chantel Madson and spouse Timothy Madson, Gregory McKay and Michael Faust, and request that this matter be dismissed with prejudice with each side to bear their own costs and attorneys' fees.

///

///

///

116505337.1

RESPECTFULLY SUBMITTED this 18th day of December, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Georgia A. Staton*
   Georgia A. Staton
   Ravi V. Patel
   40 N Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   *Attorneys for State Defendants*

MILLS & WOODS LAW PLLC

By */s/ Thomas A. Connelly*
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods
   5055 N. 12th Street, Suite 101
   Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR
   DeeAn Gillespie Strub
   7319 North 16th Street
   Phoenix, Arizona 85020
   *Attorneys for Plaintiffs*

116505337.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Cecily N. Benson*

116505337.1