**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, et al., <br><br>　　　　　　　　　　Plaintiff, <br><br>　v. <br><br>Arizona Department Of Child Safety, et al., <br><br>　　　　　　　　　　Defendants. | No. 21CV00167-PHX-ROS <br><br>**[Proposed] Order of Dismissal as to Defendants State of Arizona, Brenda Gualajara, Fernando Araizo, Alyssa Lucero and spouse Nicholas Costello, Jeffery Duncan and spouse Jeryl James, Chantel Madson and spouse Timothy Madson, Gregory McKay and Michael Faust Only** |

　　　　The Court having received the parties' Stipulation to Dismiss with Prejudice, and good cause appearing therefore,

　　　　IT IS ORDERED dismissing this case with prejudice as to Defendants State of Arizona, Brenda Gualajara, Fernando Araizo, Alyssa Lucero and spouse Nicholas Costello, Jeffery Duncan and spouse Jeryl James, Chantel Madson and spouse Timothy Madson, Gregory McKay and Michael Faust only, with all parties to pay their own costs and attorney's fees.

116505382.1