# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, et al.,<br><br>  Defendants. | No. CV-21-00167-PHX-ROS<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 362) as to specific defendants only,

**IT IS ORDERED** the Stipulation for Dismissal with Prejudice (Doc. 362) as to specific defendants is **GRANTED**.

**IT IS FURTHER ORDERED** Defendants State of Arizona, Brenda Gualajara, Fernando Araizo, Alyssa Lucero and spouse Nicholas Costello, Jeffery Duncan and spouse Jeryl James, Chantel Madson and spouse Timothy Madson, Gregory McKay, and Michael Faust are **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

Dated this 19th day of December, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge