Thomas A. Connelly (AZ Bar #019430
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, *et al.*,<br><br>Defendants. | Case No.: 21-cv-00167-ROS<br><br>**NOTICE OF OFFICIAL PUBLICATION OF AUTHORITY FOR PLAINTIFFS' OMINBUS *DAUBERT* MOTION**<br><br>(Hon. Roslyn O. Silver) |

Plaintiffs, through undersigned counsel, submit for the Court's convenience, attached as **Attachment A**, the opinion of the Superior Court of New Jersey, Appellate Division, in the matter of *State v. Nieves*, 476 N.J. Super. 609 (2023), as now published in the Atlantic 3rd official reporters at 302 A.3d 595, whereas at the time Plaintiffs filed their Omnibus Daubert Motion as to Eleven Experts Retained by PCH Defendants and Defendant Cassidy (Doc. 322 and 350),[1] that opinion was only available on Westlaw at 2023 WL 5947996. In *State v. Nieves*, the New Jersey appellate court considered the

---

[1] Plaintiffs first filed their *Daubert* Motion at (Doc. 321) but inadvertently failed to attach the exhibits to that filing. They then quickly recognized their mistake and refiled their *Daubert* Motion and Exhibits at (Doc. 322).

scientific reliability of expert testimony regarding shaken baby syndrome (SBS), also known as abusive head trauma (AHT). The appellate court holding supports Plaintiffs' argument that the theory of SBS/AHT is not generally accepted in the scientific community and therefore is inadmissible as expert testimony or evidence at trial.

**RESPECTFULLY SUBMITTED** this 19th day of January 2024.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By   */s/ Jenny D. Jansch*
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Michelle Feltes*

2