# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, et al.,<br><br>　　　　Defendants. | NO. CV-21-00167-PHX-ROS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 18, 2024, which granted the Motions for Summary Judgment, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 18, 2024

　　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　By　　　Deputy Clerk