Exhibit 2



### GUST ROSENFELD
#### ATTORNEYS SINCE 1921 P.L.C.

■ ONE E. WASHINGTON, SUITE 1600 ■ PHOENIX, ARIZONA 85004-2553 ■ TELEPHONE 602-257-7422 ■ FACSIMILE 602-254-4878 ■

KARI B. ZANGERLE
602-257-7448
kzangerle@gustlaw.com

August 4, 2023

**VIA E-MAIL**

Thomas A. Connelly, Esq.                     DeeAn Gillespie Strub, Esq.
Mills & Woods Law PLLC                       Mark Shields, Esq.
5055 North 12th Street, Suite 101            Gillespie, Shields & Taylor
Phoenix, AZ  85014                           7319 N. 16th Street
                                             Phoenix, AZ  85020

**Re:**   ***Sankey/Duvall v. Phoenix Children's Hospital, et al.***

Dear Tom, DeeAn, and Mark:

It is our understanding you have settled the claim against the State. Pursuant to ER 1.15, PCH and the individual Defendants request that the settlement funds not be disbursed until the end of litigation.  The claims pending against my clients provide for recovery of attorney's fees and costs if your clients are unsuccessful. If you intend to disburse the funds, including to recover your fees and costs, do not do so before advising us so we may address the disbursement with the court.

Very truly yours,

/s/ Robert C. Stultz

Kari B. Zangerle
Robert C. Stultz
For the Firm

KBZ/mak
cc:    Cynthia Patane, Esq.