# Exhibit 5



■ ONE E. WASHINGTON, SUITE 1600  ■  PHOENIX, ARIZONA 85004-2553  ■  TELEPHONE 602-257-7422  ■  FACSIMILE 602-254-4878 ■

KARI B. ZANGERLE
602-257-7448
kzangerle@gustlaw.com

August 29, 2022

<u>VIA E-MAIL</u>

Thomas A. Connelly, Esq.  
Mills & Woods Law PLLC  
5055 North 12th Street, Suite 101  
Phoenix, AZ  85014

DeeAn Gillespie Strub  
Gillespie, Shields, Goldfarb & Taylor  
7319 N. 16th Street  
Phoenix, AZ  85020

Re:   *Sankey/Duvall v. Phoenix Children's Hospital, et al.*

Dear Tom and DeeAn:

  Friday was the deadline for Plaintiffs to list experts in this matter.  We did not receive a pleading listing experts on any of the claims against the PCH providers, or the facility.  I have previously written to you about the requirement to support your claims against the providers through expert testimony, and you have already listed an expert against Dr. Cassidy on the standard of care.  The court granted multiple extensions to your offices in order to disclose expert witnesses.  Please advise by Friday at 5:00 p.m. if you will voluntarily dismiss your claims against Phoenix Children's Hospital and the individual providers.  If you are unwilling to do so, we will file motions for summary judgment and seek our fees and costs.

  We have been in discussions with your office about a discovery dispute over financial information requested by Plaintiffs.  In the draft Joint Statement of Discovery Dispute, Plaintiffs reference Claims 6, 11, 15, and 16, as support for the requested financial information.  Considering the lack of experts on any of the claims against PCH or its providers, we do not see how this information is discoverable, as we do not think the claims survive.  Before this discovery dispute is ripe, we need to resolve the status of the claims against PCH and its providers.

                Very truly yours,

                */s/ Robert C. Stultz*

                Kari B. Zangerle  
                Robert C. Stultz  
                For the Firm

KBZ/mak  
cc:   Georgia Staton, Esq.  
   Ravi V. Patel, Esq.  
   Cynthia Patane, Esq.