# Exhibit 6B

CLERK OF THE
SUPERIOR COURT
FILED
V. SATURNINO, DEP

2023 NOV -2  PM 4: 53

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Petitioners*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| In the Matter of the Conservatorship of: | Case No.: **PB2023-051294** |
|---|---|
| **SWAYDE ZAKAI SANKEY**<br>(DOB 12/23/2018)<br><br>Minor. | **AMENDED PETITION FOR APPOINTMENT OF CONSERVATOR FOR MINOR AND APPROVAL OF SETTLEMENT** |

Petitioners, **HONOR NACOLE DUVALL AND DONALD SANKEY,** by and through undersigned counsel, hereby petitions this Court for its Order Appointing Conservator for a Minor, Approving Settlement and Approving Attorney's Fees and Costs.

1.      Petitioners are interested in this matter because they are the parents of **SWAYDE ZAKAI SANKEY**.

2.      Venue for this proceeding is in Maricopa County, Arizona, because the minor will receive settlement in Maricopa County. The underlying civil rights matter and other claims filed in the Superior Court of the State of Arizona was removed to the United States District Court of Arizona. These matters have spanned three years and additional

GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

1

claims are still pending. The parties received the proposed settlement in this county, and

the parties will receive the net settlement funds in this county.

4.      Minor **SWAYDE ZAKAI SANKEY** was born on December 23, 2018, is

unmarried and currently does not have a conservator.

5.      The residence and mailing address for Minor and Petitioner are:

c/o Gillespie Shields & Taylor
7319 N. 16th St.
Phoenix, AZ 85020

6.      The following persons are entitled to, and will be given notice of this action

pursuant to A.R.S. §14-5405:

None

7.      Through the law firms of Mills + Woods, PLLC and Gillespie, Shields &

Taylor (hereinafter "Plaintiffs' Counsel"), Petitioners pursued claims against the State of

Arizona, Arizona Department of Child Safety ("DCS"), and several DCS employees

(collectively, the "State Defendants"), as well as others, for violation of paternal and

family civil rights including constitutional rights violations as to their natural born child,

**SWAYDE ZAKAI SANKEY**.

8.      DCS unlawfully removed their infant son and kept him from his parent's

primary care for 7 months. The child was placed with maternal great grandmother. The

parents both incurred significant attorneys' fees defending their parental rights in the

juvenile court and obtaining a dismissal of the pending dependency.

GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

9. Given the complexity and high risk in this pioneering area of law, Petitioners and Plaintiffs' Counsel agreed to a contingency representation at a contingency fee of 50%.

10. Subject to court approval, Petitioners through counsel negotiated a total settlement with the State Defendants only in the amount of $249,000, of which $5,000 is specifically allocated for **SWAYDE ZAKAY SANKEY**.

11. Mills + Woods, PLLC and Gillespie, Shields & Taylor have earned fees in the amount of $714,499.94 and incurred costs of $34,029.57 and $32,614.74, respectively, for a total of $66,644.31 costs advanced.

12. Plaintiffs' Counsel have agreed for the purposes of this settlement to recover costs from the settlement proceeds PRIOR to the contingency allocation, which is contrary to the terms of the contingency agreement and results in decreasing counsel's contingency allocation and increasing Plaintiffs' allocation. This amounts to counsel absorbing 50% of the costs as those amounts would normally, by the terms of the contingency agreement, be recovered solely from the Plaintiffs' recovery AFTER the contingency allocation.

13. The proposed distribution is as follows: $249,000 less recoverable combined costs of $66,644.31 = $182,355.69.

14. 50% of $182,344.69, equaling $91,177.84, proposed to be approved for attorneys' fees.

15. 50% of $182,344.69, equaling $91.177.84, proposed to be approved for Plaintiffs to be allocated $86,177.84 to parents and $5,000 to Swayde

GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

16.     The respective attorneys have worked diligently to achieve this result and will recover less than 15% of the professional fees incurred in pursing this recovery on behalf of the family for the past four years. Plus, counsel will recover costs prior to the settlement amount being divided as a professional courtesy that adjusts the contracted for fee in Petitioners' favor. This has been proposed so that the parents receive a greater portion of the settlement than they normally would under the contract. By strict application of the contract, the numbers would be: $249,000 x 50%, equaling $124,500 to Plaintiffs less costs of $66,644.31, for a total recovery of $57,855.69 with $5,000 to Swayde, thus netting parents $52,855.69. Under the proposal herein parents recover an additional $33,332.15.

17.     The child was an infant when taken from his parents and was in a family placement for 7 months away from home. During that critical time Swade's parents incurred significant and burdensome debt to defend themselves in the underlying unjustified dependency. The parents proposed adjusted recovery of $86,177.84 will allow them to resolve a good portion of the debt they incurred to defend their family integrity, which debt has hung over them since the time of the underlying dependency action.

18.     It is in the child's best interests that his parents be financially unburdened. The parents also bore the greater emotional distress from the unlawful taking of their child.

19.     Petitioners request this Court's Order authorizing payment to Plaintiffs' Counsel in the amount of $91,177.84 and cost recovery of $66,644.31.

20.     Petitioner Honor Duvall engaged Gillespie, Shields & Taylor ("Gillespie Shields") to represent her for purposes of her appointment as Conservator and for approval

GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

4

of the settlement reached on the respective claim of **SWAYDE ZAKAI SANKEY**. Gillespie Shields has incurred costs of $279, in the course of this representation. Gillespie Shields' work on this matter is ongoing. Petitioners request this Court's Order authorizing payment to Gillespie Sheilds, specific to the above captioned matter in the amount not to exceed $279, payable into Gillespie Shields client trust account for this matter.

21.     Litigation with the non-settling Defendants remains ongoing.

22.     Petitioners believe the settlement amount, allocated per the terms of the settlement agreement and as adjusted herein among the Plaintiffs is fair and just under the circumstances and that it is in the best interest, advantage, and benefit for **SWAYDE ZAKAI SANKEY**, and his respective estate, to accept said offer of compromise and settlement, in full settlement of the respective claims arising out of the claims against the State Defendants for violation of paternal and family civil rights.

23.     A minor who will receive funds into his estate, **SWAYDE ZAKAI SANKEY,** is required to have a conservatorship in which the funds of his estate will be preserved and managed in his best interest.

24.     **HONOR NACOLE DUVALL** as the mother of **SWAYDE ZAKAI SANKEY,** is a suitable and proper person to act as a Conservator with respect to the estate and affairs of **SWAYDE ZAKAI SANKEY** and is entitled to consideration for appointment under A.R.S. §14-5410.

25.     **DONALD RAY SANKEY, JR.,** as the father of **SWAYDE ZAKAI SANKEY,** is entitled to consideration for appointment under A.R.S. §14-5410 but has

GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

signed a Nomination and Consent to Appointment in support of **HONOR NACOLE DUVALL**.

26.     Petitioners request that no bond be required as the funds for the minor shall, with the Court's approval, be deposited in this jurisdiction, in a federally insured, interest bearing restricted account titled "The Estate of Swayde Zakai Sankey, a minor, by Honor Nacole Duvall, conservator" until such time the Minor reaches the age of Majority.

27.     **HONOR NACOLE DUVALL** accepts appointment as Conservator on behalf of **SWAYDE ZAKAI SANKEY**, respectively.

**WHEREFORE**, Petitioners respectively request that the Court, after notice and hearing, find as set forth below:

A.     After proper notice and hearing, find minor **SWAYDE ZAKAI SANKEY** to be in need of a Conservator.

B.     Appointing Petitioner **HONOR NACOLE DUVALL** as Conservator for **SWAYDE ZAKAI SANKEY**. For said minor, Conservator is granted the general powers of a Conservator pursuant to A.R.S. §§14-5424 and 14-5425.

C.     Waive the requirement for Petitioner Honor Duvall to participate in non-licensed fiduciary training prior to issuance of Letter of Appointment pursuant to Rule 27.0(A) of the Arizona Rules of Probate Procedure.

D.     Directing that "Letters of Appointment of Conservator" be issued to **HONOR NACOLE DUVALL** upon filing acceptance, stating as follows:

Conservatorship funds shall be placed in a court restricted interest-bearing bank account for safekeeping until such time as Minor reaches the ae of majority.

6

E.      Waiving Bond for respective Conservatorship of **SWAYDE ZAKAI SANKEY**.

F.      Waiving the filing of an inventory, appraisement, budget, and credit report, as well as waiving any further accounting requirements for the respective Conservatorship of said minor.

G.      Authorizing and approving the compromise and settlement with the State Defendants for violation of paternal and family civil rights for **SWAYDE ZAKAI SANKEY**, respectively for the total amount $249,000, and the distribution to **SWAYDE ZAKAI SANKEY** for the total amount of $5,000.

H.      Approving the fees and costs of Plaintiffs' Counsel, Mills + Woods, PLLC and Gillespie, Shields & Taylor, and directing **HONOR NACOLE DUVALL** to pay Mills + Woods, PLLC and Gillespie, Shields & Taylor in the amount of $91,177.84 for fees and $34,029.57 and $32,614.74, respectively, for costs incurred for their representation of Plaintiffs, including **SWAYDE ZAKAI SANKEY**.

I.      Approving fees and costs of Gillespie, Shields & Taylor and directing **HONOR NACOLE DUVALL** to pay Gillespie, Shields & Taylor, in the amount of $279 for costs for its filing of the conservatorship.

J.      Approving the allocation for the settlement proceeds for **SWAYDE ZAKAI SANKEY** as follows: $5000

K.      Order that the sum of $5,000 be deposited in a court restricted interest-bearing bank account for safekeeping until such time as Minor **SWAYDE ZAKAI SANKEY** reaches the age of majority.

**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

L.    Requiring **HONOR NACOLE DUVALL**, in her capacity as Conservator for **SWAYDE ZAKAI SANKEY** to file proof of restricted account for minor, with the Court withing ninety (90) days from the date of the signed Order.

M.    Requiring the Conservator to notify the Court in writing of any change in her mailing address and requiring her to pay any costs for her failure to so notify the Court.

N.    Requiring Conservator to notify the Court in writing of any change in the Minor's place of residence and requiring Conservator to pay any costs from her failure to so notify the Court.

O.    Enter such other and further relief as the Court deems proper.

**RESPECTFULLY SUBMITTED** this 1 day of November 2023.

GILLESPIE, SHIELDS & TAYLOR

DeeAn Gillespie Strub
Jenny D. Jansch, Esq.
*Attorneys for Petitioners*

GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

**VERIFICATION**

STATE OF _____ )
                     ) ss.
County of _____ )

Petitioner, **HONOR NACOLE DUVALL**, by signing below, I swear or affirm that everything in this document is true and correct to the best of my knowledge and under penalty of perjury declare:

I am a Petitioner in the above and foregoing Amended Petition and have read the Amended Petition and know the contents of this document are true and correct to the best of my knowledge and belief.

_____
Honor Duvall (Nov 1, 2023 14:10 CDT)
Honor Nacole Duvall
Petitioner / Mother
Nov 1, 2023

**VERIFICATION**

STATE OF _____ )
                     ) ss.
County of _____ )

Petitioner, **DONALD SANKEY**, by signing below, I swear or affirm that everything in this document is true and correct to the best of my knowledge and under penalty of perjury declare:

I am a Petitioner in the above and foregoing Amended Petition and have read the Amended Petition and know the contents of this document are true and correct to the best of my knowledge and belief.

_____
Donald Sankey
Petitioner / Father

9

# Amended Petition for Appointment of Conservator and Approval of Settlement

Final Audit Report                                                                      2023-11-01

| | |
|---|---|
| Created: | 2023-11-01 |
| By: | Michelle Feltes (mfeltes@gillaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALA1pU0hrILVJH32-I0Jc9zhcf_YEgYEy |

## "Amended Petition for Appointment of Conservator and Approval of Settlement" History

Document created by Michelle Feltes (mfeltes@gillaw.com)
2023-11-01 - 6:32:00 PM GMT

Document emailed to honorduvall44@yahoo.com for signature
2023-11-01 - 6:32:31 PM GMT

Email viewed by honorduvall44@yahoo.com
2023-11-01 - 6:45:42 PM GMT

Signer honorduvall44@yahoo.com entered name at signing as Honor Duvall
2023-11-01 - 7:10:56 PM GMT

Document e-signed by Honor Duvall (honorduvall44@yahoo.com)
Signature Date: 2023-11-01 - 7:10:58 PM GMT - Time Source: server

Agreement completed.
2023-11-01 - 7:10:58 PM GMT

Adobe Acrobat Sign

GILLESPIE, SHIELDS & TAYLOR

7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

**VERIFICATION**

STATE OF _____  )
                       ) ss.
County of _____  )

Petitioner, **HONOR NACOLE DUVALL**, by signing below, I swear or affirm

that everything in this document is true and correct to the best of my knowledge and

under penalty of perjury declare:

I am a Petitioner in the above and foregoing Amended Petition and have read the

Amended Petition and know the contents of this document are true and correct to the best

of my knowledge and belief.

_____
Honor Nacole Duvall
Petitioner / Mother

**VERIFICATION**

STATE OF _____  )
                       ) ss.
County of _____  )

Petitioner, **DONALD SANKEY**, by signing below, I swear or affirm

that everything in this document is true and correct to the best of my knowledge and

under penalty of perjury declare:

I am a Petitioner in the above and foregoing Amended Petition and have read the

Amended Petition and know the contents of this document are true and correct to the best

of my knowledge and belief.

*Donald Sankey*
Donald Sankey (Nov 1, 2023 16:09 CDT)
_____
Donald Sankey
Petitioner / Father
Nov 1, 2023

9

# Amended Petition for Appointment of Conservator and Approval of Settlement

Final Audit Report                                                          2023-11-01

| | |
|---|---|
| Created: | 2023-11-01 |
| By: | Michelle Feltes (mfeltes@gillaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgD4skgBEwLGMBWbFhUaPE0pvsJhT_QFT |

## "Amended Petition for Appointment of Conservator and Approval of Settlement" History

Document created by Michelle Feltes (mfeltes@gillaw.com)
2023-11-01 - 6:33:04 PM GMT

Document emailed to donald.sankey1@gmail.com for signature
2023-11-01 - 6:33:28 PM GMT

Email viewed by donald.sankey1@gmail.com
2023-11-01 - 8:48:50 PM GMT

Signer donald.sankey1@gmail.com entered name at signing as Donald Sankey
2023-11-01 - 9:09:15 PM GMT

Document e-signed by Donald Sankey (donald.sankey1@gmail.com)
Signature Date: 2023-11-01 - 9:09:17 PM GMT - Time Source: server

Agreement completed.
2023-11-01 - 9:09:17 PM GMT

**Adobe Acrobat Sign**