Exhibit 7

# **EXHIBIT 7**

**Transcripts**

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/22 | Deposition Transcript of Honor Duvall, Griffin Group International | $1,271.40 |
| 02/03/22 | Deposition Transcript of Donald Sankey Jr., Griffin Group International | $1,498.20 |
| 02/09/22 | Videography of Donald Sankey Jr., VideoDep, Inc. | $680.00 |
| 05/23/22 | Transcriptions of audio recordings produced by Plaintiffs, Bartelt/Nix Reporting | $2,102.20 |
| 10/17/22 | Deposition Transcript of Brenda Martinez Guaajara , Carrie Reporting LLC, 10/17/2022 | $561.40 |
| 10/17/22 | Deposition Transcript of Jeffrey Duncan, Carrie Reporting, LLC, 10/17/2022 | $1,527.40 |
| 10/31/22 | Deposition Transcript of Brendan Cassidy, MD, Carrie Reporting, LLC, 10/31/2022 | $1,246.00 |
| 11/29/22 | Original Transcript of Toadd Allen Lefkowitz, MD med/tech/videotaped, HD Reporting, LLC, 11/29/2022 | $1,452.10 |
| 12/05/22 | Deposition Transcript of William Wood MD, Carrie Reporting, LLC, 12/5/2022 | $1,336.00 |
| 12/12/22 | Deposition Transcript of Heather Gosnell, MD, Carrie Reporting, LLC, 12/12/2022 | $1,329.90 |
| 12/19/22 | Deposition Transcript of Fernando Araiza, Carrie Reporting, LLC, 12/19/2022 | $717.20 |

| 12/19/22 | Deposition Transcript of Patrick Hangge, MD, Carrie Reporting, LLC, 12/19/2022 | $744.70 |
| 12/05/22 | Deposition Transcript of Kathleen Outcalt, DO, Carrie Reporting, LLC, 12/5/2022 | $843.50 |
| 1/09/23 | Deposition Transcript of Anthony J. Pickett, MD, Carrie Reporting, LLC, 1/9/2023 | $549.10 |
| 10/10/22 | Original Transcript of Jordan Robb Oland, MD, HD Reporting, LLC, 10/10/2022 | $996.25 |
| 12/02/22 | Copy of Transcript of Gary Berebitsky, MD, HD Reporting, LLC, 12/2/2022 | $243.60 |
| 12/07/22 | Original and One Copy of Transcript of Thomas W. Young, MD, Bartelt Nix Reporting, LLC, 12/7/2022 | $2,681.10 |
| 12/07/22 | Videography of Thomas W. Young, MD, Bartelt Nix Reporting, LLC, 12/7/2022 | $1,290.00 |
| 4/17/23 | Deposition Transcript of Chantel Madson, Carrie Reporting, LLC, 4/17/2023 | $874.40 |
| 4/17/23 | Deposition Transcript of Haley Dietzman, Carrie Reporting, LLC, 4/17/2023 | $1,306.70 |
| 4/17/23 | Deposition Transcript of Kathryn A. Coffman, MD, Carrie Reporting, LLC, 4/17/2023 | $1,269.50 |
| 4/03/23 | Deposition Transcript of Alyssa Lucero Costello, Carrie Reporting, LLC, 4/3/2023 | $814.70 |
| 5/01/23 | Deposition Transcript of Dorothy Rowe, MD, Carrie Reporting, 5/1/2023 | $834.00 |

| 5/01/23 | Deposition Transcript of Corey J. Rood, MD, Carrie Reporting, 5/1/2023 | $588.20 |
| 5/01/23 | Deposition Transcript of Charles Mason Maxfield, MD, Carrie Reporting, 5/1/2023 | $538.20 |
| 5/15/23 | Deposition Transcript of Kimberly Pender, Carrie Reporting, LLC, 5/15/2023 | $644.00 |
| 5/15/23 | Deposition Transcript of Katherine Paige Davenport, MD, Carrie Reporting, LLC, 5/15/2023 | $465.00 |
| 5/15/23 | Deposition Transcript of Jonathan Charles Horton, MD, PhD, Carrie Reporting, LLC, 5/15/2023 | $606.20 |
| 8/14/23 | Deposition Transcript of Gregory McKay, Carrie Reporting, LLC, 8/14/2023 | $760.50 |
| 9/11/23 | Deposition Transcript of Taryn Bragg, MD, Carrie Reporting, LLC, 9/11/2023 | $722.80 |
| | | **$30,494.25** |

## Deposition Related Expenses

| Date | Description | Amount |
| --- | --- | --- |
| 11/30/22 | Conference Room for Deposition of Dr. Patrick Hangge, Bartelt Nix Reporting, LLC, 11/30/2022 | $500.50 |
| 4/6/2023 | Conference Room/Video for Deposition of Corey J. Rood, MD, Bartelt Nix Reporting, LLC, 4/6/2023 | $350.00 |

| | | |
|---|---|---|
| 5/03/23 | Conference Room/Videoconference Maxfield Depo, Bartelt Nix Reporting, 5/3/2023 | $915.00 |
| 5/26/23 | Conference Room/Videoconference Katherine Davenport, D.O, Bartelt Nix Reporting, LLC, 5/26/2023 | $1,125.00 |
| 9/15/23 | Conference Room; Dr. Taryn Bragg, MD, Bartelt Nix Reporting, LLC, 9/15/2023 | $325.00 |
| | | **$2,865.50** |

## Travel Expenses

| Date | Description | Amount |
|---|---|---|
| 10/27/22 | American Airlines (Flight 11/03-11/04) - Depo of Plaintiff's Expert Dr. Thomas Young in Kansas City, MO on 11/04/2022, Kari Zangerle, 10/27/2022, ExpRpt 12072022 | $1,024.39 |
| 11/04/22 | Marriott KC Overland Park (hotel stay 11/03-11/04) - Depo of Plaintiff's Expert Dr. Thomas Young in Kansas City, MO on 11/04/2022, Kari Zangerle, 11/4/2022, ExpRpt 12072022 | $252.35 |
| 11/07/22 | Southwest Airlines - Flight Phx to-from San Diego, CA for Deposition prep / Depo of Dr. Kathleen Outcalt on 11/09/2022, Robert Stultz, 11/7/2022, ExpRpt 12022022 | $704.96 |
| 11/10/22 | Hilton Garden Inn - Hotel stay 11/08-11/10 for deposition prep / Depo of Dr. Kathleen Outcalt on 11/09/2022, Robert Stultz, 11/10/2022, ExpRpt 12022022 | $634.41 |

| | | |
|---|---|---|
| 11/10/22 | Hertz - Rental car 11/08-11/10 for Deposition prep / Deposition of Dr. Kathleen Outcalt on 11/09/2022, Robert Stultz, 11/10/2022, ExpRpt 12022022 | $193.74 |
| 11/10/22 | Sky Harbor Int'l Airport - Parking 11/08-11/10 for Deposition prep / Deposition of Dr. Kathleen Outcalt on 11/09/2022, Robert Stultz, 11/10/2022, ExpRpt 11102022 | $60.00 |
| 11/14/22 | American Airlines- flight 11/28-12/1/22 for depo prep meeting & depo of Dr. Hangge on 11/29 & 11/30/22, Kari Zangerle, 11/14/2022 | $615.20 |
| 12/01/22 | Yellow Cab Co- Phx cab fare - depo prep meeting & depo of Dr. Hangge on 11/29 & 11/30/22, Kari Zangerle, 12/1/2022 | $30.00 |
| 12/01/22 | Marriott Milwaukee Downtown-hotel stay 11/28-12/1/22 for depo prep meeting & depo of Dr. Hangge on 11/29 & 11/30/22, Kari Zangerle, 12/1/2022 | $821.57 |
| 12/01/22 | Hertz- car rental 11/28-12/1/22 for depo prep meeting & depo of Dr. Hangee on 11/29 & 11/30/22, Kari Zangerle, 12/1/2022 | $265.34 |
| 4/04/23 | American Airlines- baggage fees/fee paid prior to cancellation of deposition, Robert Stultz, 4/4/2023 | $30.00 |
| 4/04/23 | American Airlines- flight from Phx to/from Durham, NC for depo prep & depo of Dr. Charles Maxfield on 4/6 & 4/7/23, Robert Stultz, 4/4/2023 | $993.60 |
| 4/05/23 | Phx Sky Harbor Airpirt- parking 4/5-4/8/23 for depo prep & depo of Dr. Charles Maxfield on 4/6 & 4/7/23, Robert Stultz, 4/5/2023 | $112.00 |

| | | |
|---|---|---|
| 4/08/23 | American Airlines- checked baggage fee for flight from Phx to/from Durham, NC for depo prep & depo of Dr. Charles Maxfield on 4/6 & 4/7/23, Robert Stultz, 4/8/2023 | $30.00 |
| 4/08/23 | Enterprise RAC- car rental for depo prep & depo of Dr. Charles Maxfield on 4/6 & 4/7/23, Robert Stultz, 4/8/2023 | $284.71 |
| 4/08/23 | Durham Marriott City Center- hotel stay for depo prep & depo of Dr. Charles Maxfield on 4/6 & 4/7/23, Robert Stultz, 4/8/2023 | $872.42 |
| 3/24/23 | American Airlines- flight Phx to Washington for depo prep meeting & depo of Dr. Lewis Rubin on 3/28/2023, Kari Zangerle, 3/24/2023 | $511.90 |
| 3/24/23 | Taxicab Receipt- Washington, DC airport to hotel on 3/24/23 for depo prep meeting of Dr. Lewis Rubin on 3/28/2023, Kari Zangerle, 3/24/2023 | $35.00 |
| 3/28/23 | FedEx- return of file documents to GR for depo prep meeting of Dr. Lewis Rubin on 3/28/2023, Kari Zangerle, 3/28/2023 | $132.02 |
| 4/01/23 | American Airlines- flight 4/5-4/6/2023 for depo prep meetings & depo of Dr. Rood, Kari Zangerle, 4/1/2023 | $472.80 |
| 4/05/23 | California Yellow Cab- airport to hotel for depo prep meeting & depo of Dr. Rood, Kari Zangerle, 4/5/2023 | $62.50 |
| 4/06/23 | JW Marriott, Anaheim Resort- hotel stay for depo prep meeting & depo of Dr. Rood, Kari Zangerle, 4/6/2023 | $420.56 |

| | | |
|---|---|---|
| 4/06/23 | California Yellow Cab- travel from hotel to airport for depo prep meeting & depo of Dr. Rood, Kari Zangerle, 4/6/2023 | $59.24 |
| 4/12/23 | American Airlines- flight from Phoenix for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/12/2023 | $1,716.10 |
| 4/18/23 | Car service- from KBZ residence to airport on 4/18/23 for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/18/2023 | $100.89 |
| 4/18/23 | Alexandra Union Cab- taxi ride from airport to hotel on 4/18/23 for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/18/2023 | $30.00 |
| 4/19/23 | Residence Inn; Washington, DC- hotel stay 4/18-4/19/2023 for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/19/2023 | $624.97 |
| 4/20/23 | Glass Light Hotel & Gallery- hotel stay 4/19-4/20/2023 for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/20/2023 | $369.45 |
| 4/20/23 | UVC; Washington, DC- cab ride from airport to hotel after dropping off car for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/20/2023 | $23.03 |

| | | |
|---|---|---|
| 4/21/23 | Hertz- car rental 4/19-4/21/2023 for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/21/2023 | $273.92 |
| 4/21/23 | Washington Marriott; Georgetown- hotel stay 4/20-4/21/2023 for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 4/21/2023 | $382.64 |
| 5/01/23 | Hertz- toll charges 4/19-4/21/2023 for depo prep meeting & depo of Dr. Davenport in Norfolk, VA on 4/19 & 4/20/2023, Kari Zangerle, 5/1/2023 | $41.98 |
| 3/29/23 | Uber- transportation to airport Washington, DC; for deposition prep meeting of expert Dr. Lewis Rubin on 3/28/2023, Kari Zangerle, 3/29/2023 | $62.96 |
| 4/18/23 | Southwest Airlines- flight from Phx to San Francisco, CA; for depo prep meeting & depo of expert Dr. Jonathan Horton on 4/20 & 4/21/2023, Robert Stultz, 4/18/2023 | $684.96 |
| 4/21/23 | Hertz- car rental (4/20-4/21/2023); for depo prep meeting & depo of expert Dr. Jonathan Horton on 4/20 & 4/21/2023, Robert Stultz, 4/21/2023 | $505.08 |
| 4/21/23 | Courtyard by Marriott- hotel stay (4/20-4/21/2023); for depo prep meeting & depo of expert Dr. Jonathan Horton on 4/20 & 4/21/2023, Robert Stultz, 4/21/2023 | $340.89 |

| 8/15/23 | Southwest Airlines- flight from Phoenix to Las Vegas, NV; for depo prep meeting & depo of Dr. Taryn Bragg on 8/17/2023, Robert Stultz, 8/15/2023 | $597.96 |
| 8/18/23 | Las Vegas Marriott- hotel stay (8/16 to 8/18/2023); for depo prep meeting & depo of Dr. Taryn Bragg on 8/17/2023, Robert Stultz, 8/18/2023 | $579.57 |
| 8/18/23 | Budget - car rental (8/16 to 8/18/2023); for depo prep meeting & depo of Dr. Taryn Bragg on 8/17/2023, Robert Stultz, 8/18/2023 | $261.29 |
| 8/18/23 | Phoenix Sky Harbor - parking at Phoenix airport: for depo prep meeting & depo of Dr. Taryn Bragg on 8/17/2023, Robert Stultz, 8/18/2023 | $60.00 |
| | | **$15,274.40** |

## Medical Research

| Date | Description | Amount |
| --- | --- | --- |
| 10/21/22 | Book - The Sherlock Effect, Kari Zangerle, 10/21/2022, ExpRpt 12022022 | $43.39 |
| | | **$43.39** |



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85016

Kari B. Zangerle
Campbell Yost Clare & Norell PC
3101 N Central Avenue
Suite 1200
Phoenix, AZ 85012

# *Invoice #4536*

| Date | Terms |
|------|-------|
| 01/28/2022 | Net 30 |

---

**Job #21114465 on 01/14/2022**

**Case:** Duvall v. Arizona Department of Child Safety

**Shipped On:** 01/27/2022
**Shipped Via:** Electronic Delivery
**Reporter:** Linda Blackmon; Videodep, Inc.

| Description | Price | Amount |
|-------------|-------|--------|
| **Copy Transcript of Honor Duvall** | | |
| Transcript - Copy - Video (356 Pages) | $ 3.40 | $ 1,210.40 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibits (Scanned B&W) (40 Pages) | $ 0.40 | $ 16.00 |
| Assembly and Handling | $ 20.00 | $ 20.00 |
| | | $ 1,271.40 |

| | |
|---|---|
| Amount Due: | $ 1,271.40 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,271.40 |
|--------------|------------|
| Payment Due: | 02/27/2022 |

**Griffin Group International Reporters and Captioners**
**RRF No. R1005**
**3200 East Camelback Road, Suite 177**
**Phoenix, Arizona 85018**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177,
Phoenix, Arizona 85018

Kari B. Zangerle
Campbell Yost Clare & Norell PC
3101 N Central Avenue
Suite 1200
Phoenix, AZ 85012

# *Invoice #4621*

| Date | Terms |
|------|-------|
| 02/03/2022 | Net 30 |

**Job #21114466 on 01/12/2022**

**Case:** Duvall v. Arizona Department of Child Safety

**Shipped On:** 02/02/2022
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Linda Blackmon; Videodep, Inc.

| Description | Price | | Amount |
|-------------|-------|--|--------|
| **Copy Transcript of Donald Sankey Jr.** | | | |
| Transcript - Copy - Video (402 Pages) | $ 3.40 | | $ 1,366.80 |
| E-Tran/E-File | $ 25.00 | | $ 25.00 |
| Exhibits (Scanned B&W) (216 Pages) | $ 0.40 | | $ 86.40 |
| Assembly and Handling | $ 20.00 | | $ 20.00 |
| | | | $ 1,498.20 |

| | |
|--|--|
| Amount Due: | $ 1,498.20 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,498.20 |
|--------------|------------|
| Payment Due: | 03/05/2022 |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

# VideoDep, Inc.

4802 East Ray Road
Suite 23-47
Phoenix, Arizona 85044
(602) 431-2181

Tax ID 86-0787482

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/9/2022 | 22-6763Da |

| BILL TO |
|---------|
| Kari B. Zangerle, Esq.<br>Campbell Yost Clare & Norell<br>3101 North Central Avenue<br>Suite 1200<br>Phoenix, Arizona 85012 |

| SHIP TO |
|---------|
| Emailed |

| TERMS | DUE DATE | REP |
|-------|----------|-----|
| Net 30 | 3/11/2022 | MN |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Honor Duvall vs. Arizona Department of Child Safety, et al.<br>Case No. 21CV00167-PHX-ROS<br>Video Deposition of: Donald Sankey, Jr.<br>Date of Deposition: January 12, 2022 | | | |
| Deposition Media - Mpeg Files<br>Video/Transcript Synchronization - (Per Video Hr) | | 320.00<br>360.00 | 320.00<br>360.00 |
| Digital Video Transcript Emailed - 02/09/22 | | | |

**For your convenience, we accept all major credit cards.**

INVOICES PAID AFTER THE DUE
DATE ARE SUBJECT TO LATE FEES
OF 2% PER MONTH (24% APR)

| Please send your payment to the above address.  Thank you for your business! | **Total** | $680.00 |
|---|---|---|

# I N V O I C E

**BARTELT | NIX**
**COURT REPORTERS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. |
|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | | | | | |
|---|---|---|---|---|---|
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001580 - 2019_03_11_08_34_10 - 11 pages | | | | | 48.40 |
| Reporting Service | 4.00 | Hours | @ | 60.000 | 240.00 |
| Electronic Production (orig) | 1.00 | | @ | 45.000 | 45.00 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001581 - 2019_03_14_13_29_55 - 14 pages | | | | | 61.60 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001582 - 2019_03_15_08_17_31 - 7 pages | | | | | 30.80 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001583 - after leak - 10 pages | | | | | 44.00 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001584 - antibiotic - 6 pages | | | | | 26.40 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001585 - audio DDuvall, Coffman and Dietzman - 15 pages | | | | | 66.00 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001586 - ben part 1_2 - 27 pages | | | | | 118.80 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001587 - ben recording - 4 pages | | | | | 17.60 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001588 - Clint Morgan - 8 pages | | | | | 35.20 |

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | | | |
|---|---|---|---|
| Job No. | : 92380 | BU ID | : Bart\|Nix |
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |
| Invoice No. | : 105010 | Invoice Date | : 6/30/2022 |
| **Total Due** | : **$2,102.20** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **BARTELT | NIX REPORTING**
**T: 602.254.4111**
**3101 North Central Avenue, Suite 290**
**Phoenix, AZ 85012**

# INVOICE

2 of 4

**BARTELT|NIX**
**COURT REPORTERS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. | |
|---|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS | |

| Case Name | |
|---|---|
| Sankey/Duvall vs. Phoenix Children's Hospital | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | |
|---|---:|
| TRANSCRIPTION OF: | |
| DUVALL_001589 - DCS at moms house - 49 pages | 215.60 |
| TRANSCRIPTION OF: | |
| DUVALL_001590 - DCS - 21 pages | 92.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001591 - dr Bragg 2 - 10 pages | 44.00 |
| TRANSCRIPTION OF: | |
| DUVALL_001592 - dr Bragg after surgery - 23 pages | 101.20 |
| TRANSCRIPTION OF: | |
| DUVALL_001593 - dr Bragg - 18 pages | 79.20 |
| TRANSCRIPTION OF: | |
| DUVALL_001594 - genetics - 18 pages | 79.20 |
| TRANSCRIPTION OF: | |
| DUVALL_001595 - last opthalmology - 7 pages | 30.80 |
| TRANSCRIPTION OF: | |
| DUVALL_001596 - red head icu dr - 7 pages | 30.80 |
| 1 COPY OF TRANSCRIPT OF: | |
| DUVALL_001597 - ronaker day of clamping - 22 pages | 96.80 |
| TRANSCRIPTION OF: | |
| DUVALL_001598 - ronaker MRI results - 14 pages | 61.60 |
| TRANSCRIPTION OF: | |

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | | | |
|---|---|---|---|
| Job No. | : 92380 | BU ID | : Bart|Nix |
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |
| Invoice No. | : 105010 | Invoice Date | : 6/30/2022 |
| **Total Due** | : **$2,102.20** | | |

**PAYMENT WITH CREDIT CARD**  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **BARTELT | NIX REPORTING**
**T: 602.254.4111**
**3101 North Central Avenue, Suite 290**
**Phoenix, AZ 85012**

# I N V O I C E

3 of 4



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. |
|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

|  |  |
|---|---|
| DUVALL_001599 - Ronaker neurosurgery - 20 pages | 88.00 |
| TRANSCRIPTION OF: | |
| DUVALL_001600 - ronaker. - 4 pages | 17.60 |
| TRANSCRIPTION OF: | |
| DUVALL_001601 - ronaker - 9 pages | 39.60 |
| TRANSCRIPTION OF: | |
| DUVALL_001602 - ronneker - 12 pages | 52.80 |
| TRANSCRIPTION OF: | |
| DUVALL_001603 - rounds Friday - 9 pages | 39.60 |
| TRANSCRIPTION OF: | |
| DUVALL_001604 - rounds on 8th floor - 12 pages | 52.80 |
| TRANSCRIPTION OF: | |
| DUVALL_001605 - rounds Thursday - 11 pages | 48.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001606 - rounds - 6 pages | 26.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001607 - second opthalmology - 16 pages | 70.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001608 - Thursday pm roneker - 6 pages | 26.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001609 - trauma team - 17 pages | 74.80 |

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | |
|---|---|
| Job No. | : 92380 |  BU ID | : Bart\|Nix |
| Case No. | : 21-CV-00167-PHX-ROS |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital |
| Invoice No. | : 105010 |  Invoice Date : 6/30/2022 |
| **Total Due** | : **$2,102.20** |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **BARTELT | NIX REPORTING**
         **T: 602.254.4111**
         **3101 North Central Avenue, Suite 290**
         **Phoenix, AZ 85012**

# INVOICE

4 of 4

**BARTELT | NIX**
**COURT REPORTERS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. |
|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

TOTAL DUE  >>>                    **$2,102.20**

THANK YOU FOR YOUR BUSINESS!!          Transcriber:  S. Leard

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
 **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | | | |
|---|---|---|---|
| Job No. | : 92380 | BU ID | : Bart|Nix |
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |
| Invoice No. | : 105010 | Invoice Date | : 6/30/2022 |
| **Total Due** | : **$2,102.20** | | |

**PAYMENT WITH CREDIT CARD**   MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **BARTELT | NIX REPORTING**
         **T: 602.254.4111**
         **3101 North Central Avenue, Suite 290**
         **Phoenix, AZ 85012**



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202610** |
| Invoice Date: | 10/17/2022 |
| Job Number: | 2085 |
| Rebill Printed: | 12/19/2022 |
| **\*\*\* REBILL \*\*\*** | |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Brenda Martinez Gualajara, Volume I
Attendance Date: 09/23/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Brenda Martinez Gualajara, Volume I | 502.40 |
| 157 pages - Copy | |
| Exhibits - scanned | 24.00 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 561.40 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

| | |
|---|---|
| Gust Rosenfeld P.L.C. | **Invoice Number:** **202617** |
| ATTN: Ms. Kari B. Zangerle | Invoice Date: 10/17/2022 |
| One East Washington Street | Job Number: 2086 |
| Suite 1600 | Rebill Printed: 12/19/2022 |
| Phoenix, AZ  85004 | **\*\*\* REBILL \*\*\*** |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Jeffrey Duncan
Attendance Date: 09/29/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Expedited Deposition Transcript of Jeffrey Duncan, 310 pages - Copy | 1457.00 |
| Exhibits - scanned | 35.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1527.40 |

REBILL: According to our records, our office has not yet received payment on this invoice. Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202650** |
| Invoice Date: | 10/31/2022 |
| Job Number: | 2072 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Brendan Cassidy, M.D.
Attendance Date: 10/05/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Brendan Cassidy, M.D. expert and/or technical, 323 pages - Copy | 1195.10 |
| Exhibits - scanned | 15.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1246.00 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HD Reporting, LLC**
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
production@hdreporting.com

Kari B. Zangerle
Gust Rosenfeld P.L.C.
One East Washington St.
Suite 1600
Phoenix, AZ

## *Invoice #2247*

| Date | Terms |
|------|-------|
| 11/29/2022 | Due on receipt |

| Job #2284 on 11/14/2022 |
|---|

**Case:** Duvall vs. Arizona Department of Child Safety       **Personnel:** Davidson, Dana; Westra, Haley Dawn

| Description | Price | | Amount |
|-------------|-------|--|--------|
| **Original Transcript of Todd Allen Lefkowitz, MD, FAAO** | | | |
| Copy (Med/Tech)(Videotaped) (253 Pages) | $ 4.00 | | $ 1,012.00 |
| Exhibits (51 Pages) | $ 0.60 | | $ 30.60 |
| Production | $ 30.00 | | $ 30.00 |
| Rough Draft (253 Pages) | $ 1.50 | | $ 379.50 |
| | | | $ 1,452.10 |

| | Amount Due: | $ 1,452.10 |
|--|-------------|------------|
| | Paid: | $ 0.00 |

| Balance Due: | $ 1,452.10 |
|--------------|------------|
| Payment Due: | Upon Receipt |

**Thank you for using HD Reporting!**

**HD Reporing is aware that invoices may be passed onto clients for payment.  Please note that ultimate responsibility for invoice payment is to the attorney named on the invoice.**

**If you would like to pay ia check, please remit to:**
**HD Reporting, LLC**
**3101 West Thomas Road, Suite 107**
**Phoenix, AZ  85017**

*Invoice #2247*

**EIN:  81-1135452**



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202718** |
| Invoice Date: | 12/05/2022 |
| Job Number: | 2147 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): William Wood, M.D.
Attendance Date: 11/18/2022, 10:00 a.m.
Reporter: Cindy Mahoney

| Description | Amount |
|---|---|
| Deposition Transcript of William Wood, M.D. expert and/or technical, 338 pages - Copy | 1250.60 |
| Exhibits - scanned | 50.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1336.00 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.                                **Invoice Number:**    **202734**
ATTN: Ms. Kari B. Zangerle                           Invoice Date:   12/12/2022
One East Washington Street                           Job Number:         2101
Suite 1600
Phoenix, AZ  85004

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
         Case Number: 21-CV-00167-PHX-ROS
         Witness(s): Heather Gosnell, MD
         Attendance Date: 11/01/2022, 11:30 a.m.
         Reporter: Sabrina Sterenfeld

| Description | Amount |
|---|---:|
| Deposition Transcript of Heather Gosnell, MD expert and/or technical, 247 pages - Copy | 913.90 |
| Rough Draft (Final transcript must be ordered) | 370.50 |
| Exhibits - scanned | 10.50 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1329.90 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:** **202606**
Invoice Date: 10/17/2022
Job Number: 2084
Rebill Printed: 12/19/2022
**\*\*\* REBILL \*\*\***

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Fernando Araiza
Attendance Date: 09/21/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Fernando Araiza,183 pages - Copy | 585.60 |
| Exhibits - scanned | 96.60 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 717.20 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202776** |
| Invoice Date: | 12/19/2022 |
| Job Number: | 2148 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Patrick Hangge, M.D.
Attendance Date: 11/30/2022, 1:00 p.m.
Reporter: Cindy Mahoney

| Description | Amount |
|---|---|
| Deposition Transcript of Patrick Hangge, M.D. expert and/or technical, 185 pages - Copy | 684.50 |
| Exhibits - scanned | 25.20 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 744.70 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202714** |
| Invoice Date: | 12/05/2022 |
| Job Number: | 2144 |
| Rebill Printed: | 01/17/2023 |
| **\*\*\* REBILL \*\*\*** | |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Kathleen Outcalt, D.O.
Attendance Date: 11/09/2022, 1:00 p.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Kathleen Outcalt, D.O. expert and/or technical, 153 pages - Copy | 566.10 |
| Rough Draft (Final transcript must be ordered) | 229.50 |
| Exhibits - scanned | 12.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 843.50 |

REBILL: According to our records, our office has not yet received payment on this invoice. Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202801** |
| Invoice Date: | 01/09/2023 |
| Job Number: | 2155 |

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
   Case Number: 21-CV-00167-PHX-ROS
   Witness(s): Anthony J. Pickett, M.D.
   Attendance Date: 12/05/2022, 1:00 p.m.
   Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Anthony J. Pickett, M.D., 157 pages - Copy | 502.40 |
| Exhibits - scanned | 11.70 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 549.10 |

---

### We Appreciate Your Business!

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HD Reporting, LLC**
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
production@hdreporting.com

Kari B. Zangerle
Gust Rosenfeld P.L.C.
One East Washington St.
Suite 1600
Phoenix, AZ

## *Invoice #2192*

| Date | Terms |
|------|-------|
| 10/10/2022 | Due on receipt |

| Job #2238 on 09/26/2022 |
|---|

**Case:** Duvall vs. Arizona Department of Child Safety          **Personnel:** Westra, Haley Dawn

| Description | Price | | Amount |
|-------------|-------|--|--------|
| **Original Transcript of Jordan Robb Oland, MD** | | | |
| Original + 1 Copy (Med/Tech) (135 Pages) | $ 4.75 | | $ 641.25 |
| Exhibits (500 pages or more) (450 Pages) | $ 0.30 | | $ 135.00 |
| Hourly (3 Hours) | $ 55.00 | | $ 165.00 |
| Production | $ 30.00 | | $ 30.00 |
| Delivery of Original | $ 25.00 | | $ 25.00 |
| | | | $ 996.25 |

| | Amount Due: | $ 996.25 |
|--|-------------|----------|
| | Paid: | $ 0.00 |

| Balance Due: | $ 996.25 |
|--------------|----------|
| Payment Due: | Upon Receipt |

**Thank you for using HD Reporting!**

**HD Reporting is aware that invoices may be passed onto clients for payment.  Please note that ultimate responsibility for invoice payment is to the attorney named on the invoice.**

**If you would like to pay via check, please remit to:**
**HD Reporting, LLC**
**3101 West Thomas Road, Suite 107**
**Phoenix, AZ  85017**

*Invoice #2192*

**EIN:  81-1135452**



**HD Reporting, LLC**
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
production@hdreporting.com

Kari B. Zangerle
Gust Rosenfeld P.L.C.
One East Washington St.
Suite 1600
Phoenix, AZ

### *Invoice #2257*

| Date | Terms |
|------|-------|
| 12/02/2022 | Due on receipt |

| Job #2283 on 11/10/2022 |
|---|

**Case:** Duvall vs. Arizona Department of Child Safety       **Personnel:** Rexroat, Kelly

| Description | Price | | Amount |
|-------------|-------|---|--------|
| **Copy Transcript of Gary Berebitsky, MD** | | | |
| Copy (Med/Tech) (56 Pages) | $ 3.75 | | $ 210.00 |
| Exhibits (6 Pages) | $ 0.60 | | $ 3.60 |
| Production | $ 30.00 | | $ 30.00 |
| | | | $ 243.60 |

| | Amount Due: | $ 243.60 |
|---|---|---|
| | Paid: | $ 0.00 |

| **Balance Due:** | **$ 243.60** |
|---|---|
| **Payment Due:** | **Upon Receipt** |

**Thank you for using HD Reporting!**

**HD Reporing is aware that invoices may be passed onto clients for payment.  Please note that ultimate responsibility for invoice payment is to the attorney named on the invoice.**

**If you would like to pay ia check, please remit to:**
**HD Reporting, LLC**
**3101 West Thomas Road, Suite 107**
**Phoenix, AZ  85017**

**EIN:  81-1135452**

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106268 | 12/7/2022 | 93435 |

| Job Date | Case No. |
|---|---|
| 11/4/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

ORIGINAL AND ONE COPY OF TRANSCRIPT:
   Thomas W. Young, M.D. - 312 pages

| | | | | |
|---|---|---|---|---:|
| Reporting Service | 8.50 | Hours | @ 75.000 | 637.50 |
| Original - Medical or Technical & Videotaped | 312.00 | Pages | @ 5.150 | 1,606.80 |
| Exhibits Printed | 1594.00 | Pages | @ 0.200 | 318.80 |
| Exhibits Printed - Color | 140.00 | Pages | @ 0.200 | 28.00 |
| Exhibits via cloud storage | 1.00 | | @ 15.000 | 15.00 |
| Electronic Production   (orig) | 1.00 | | @ 75.000 | 75.00 |
| | | | **TOTAL DUE  >>>** | **$2,681.10** |

THANK YOU FOR YOUR BUSINESS!!          Reporter:   K. Schmalz

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
  **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 93435 | BU ID | : Bart\|Nix |
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |
| Invoice No. | : 106268 | Invoice Date | : 12/7/2022 |
| **Total Due** | **: $2,681.10** | | |

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **BARTELT | NIX REPORTING**
     **T: 602.254.4111**
     **3101 North Central Avenue, Suite 290**
     **Phoenix, AZ 85012**

# I N V O I C E

1 of 1

## BARTELT | NIX
### COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106283 | 12/7/2022 | 93435 |

| Job Date | Case No. |
|---|---|
| 11/4/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

VIDEOGRAPHY OF:

    Thomas W. Young, M.D. - Video

| | | | | |
|---|---|---|---|---|
| Video Service - First Hour | 1.00 | Hours | @ | 240.000 | 240.00 |
| Video Service - Additional hours | 7.50 | Hours | @ | 140.000 | 1,050.00 |

**TOTAL DUE   >>>**  **$1,290.00**

THANK YOU FOR YOUR BUSINESS!!  Videographer:   T. Gonzales

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
  **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

| | | | | |
|---|---|---|---|---|
| Job No. | : 93435 | | BU ID | : Bart|Nix |
| Case No. | : 21-CV-00167-PHX-ROS | | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | | |
| Invoice No. | : 106283 | | Invoice Date | : 12/7/2022 |
| **Total Due** | **: $1,290.00** | | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **BARTELT | NIX REPORTING**
         **T: 602.254.4111**
         **3101 North Central Avenue, Suite 290**
         **Phoenix, AZ 85012**



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:**  **203020**
Invoice Date:  04/17/2023
Job Number:  2362

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
      Case Number: 21-CV-00167-PHX-ROS
      Witness(s): Chantel Madson
      Attendance Date: 03/29/2023, 9:00 a.m.
      Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Chantel Madson, 240 pages - Copy | 768.00 |
| Exhibits - scanned | 71.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 874.40 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203009** |
| Invoice Date: | 04/17/2023 |
| Job Number: | 2343 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Haley Dietzman
Attendance Date: 03/23/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---:|
| Deposition Transcript of Haley Dietzman, 264 pages - Copy | 844.80 |
| Rough Draft (Final transcript must be ordered) | 396.00 |
| Exhibits - scanned | 30.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1306.70 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202998** |
| Invoice Date: | 04/17/2023 |
| Job Number: | 2342 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Kathryn A. Coffman, M.D.
Attendance Date: 03/21/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Kathryn A. Coffman, M.D., 249 pages - Copy | 796.80 |
| Rough Draft (Final transcript must be ordered) | 373.50 |
| Exhibits - scanned | 64.20 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1269.50 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:**   **202985**
Invoice Date:   04/03/2023
Job Number:   2325

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Alyssa Lucero Costello
Attendance Date: 03/15/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
| --- | --- |
| Deposition Transcript of Alyssa Lucero Costello, 228 pages - Copy | 729.60 |
| Exhibits - scanned | 50.10 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 814.70 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203052** |
| Invoice Date: | 05/01/2023 |
| Job Number: | 2327 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Dorothy Rowe, M.D.
Attendance Date: 04/11/2023, 10:00 a.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---|
| Deposition Transcript of Dorothy Rowe, M.D. expert and/or technical, 148 pages - Copy | 547.60 |
| Rough Draft (Final transcript must be ordered) | 222.00 |
| Exhibits - scanned | 29.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 834.00 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:** **203045**
Invoice Date:  05/01/2023
Job Number:        2365

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
         Case Number: 21-CV-00167-PHX-ROS
         Witness(s): Corey J. Rood, M.D.
         Attendance Date: 04/06/2023, 10:00 a.m.
         Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Corey J. Rood, M.D. expert and/or technical, 123 pages - Copy | 455.10 |
| Exhibits - scanned | 98.10 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 588.20 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203049** |
| Invoice Date: | 05/01/2023 |
| Job Number: | 2366 |

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Charles Mason Maxfield, M.D.
Attendance Date: 04/07/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Charles Mason Maxfield, M.D. expert and/or technical, 127 pages - Copy | 469.90 |
| Exhibits - scanned | 33.30 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 538.20 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203092** |
| Invoice Date: | 05/15/2023 |
| Job Number: | 2380 |

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Kimberly Pender
Attendance Date: 04/14/2023, 9:00 a.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Kimberly Pender, 186 pages - Copy | 595.20 |
| Exhibits - scanned | 13.80 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 644.00 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203086** |
| Invoice Date: | 05/15/2023 |
| Job Number: | 2385 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
　　　　Case Number: 21-CV-00167-PHX-ROS
　　　　Witness(s): Katherine Paige Davenport, M.D.
　　　　Attendance Date: 04/20/2023, 10:00 a.m.
　　　　Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Katherine Paige Davenport, M.D., 131 pages - Copy | 419.20 |
| Exhibits - scanned | 10.80 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 465.00 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection,
including attorney's fees and court costs.



17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203082** |
| Invoice Date: | 05/15/2023 |
| Job Number: | 2386 |

---

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Jonathan Charles Horton, MD, PhD
Attendance Date: 04/21/2023, 10:00 a.m.
Reporter: Carrie A. Cariati

---

| Description | Amount |
|---|---|
| Deposition Transcript of Jonathan Charles Horton, MD, PhD | 547.20 |
| 171 pages - Copy | |
| Exhibits - scanned | 24.00 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 606.20 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203283** |
| Invoice Date: | 08/14/2023 |
| Job Number: | 2530 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Gregory McKay
Attendance Date: 07/31/2023, 10:00 a.m.
Reporter: Chris Johnson

| Description | Amount |
|---|---|
| Deposition Transcript of Gregory McKay, 218 pages - Copy | 697.60 |
| Exhibits - scanned | 27.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 760.50 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection,
including attorney's fees and court costs.



17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **203364** |
| Invoice Date: | 09/11/2023 |
| Job Number: | 2326 |
| Rebill Printed: | 11/20/2023 |
| **\*\*\* REBILL \*\*\*** | |

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Taryn Bragg, M.D.
Attendance Date: 08/17/2023, 1:00 p.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---:|
| Deposition Transcript of Taryn Bragg, M.D. expert and/or technical, 182 pages - Copy | 673.40 |
| Exhibits - scanned | 14.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 722.80 |

REBILL: According to our records, our office has not yet received payment on this invoice. Please remit payment accordingly.

**PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# INVOICE

1 of 1

**BARTELT | NIX**
**COURT REPORTERS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106240 | 12/2/2022 | 93576 |

| Job Date | Case No. |
|---|---|
| 11/30/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

CONFERENCE ROOM:

   Dr. Patrick Hangge - Conference Room

| | | | |
|---|---|---|---|
| Conference Room / Videoconference | 1.00 | @ | 275.000 | 275.00 |
| Videoconference Set Up | 1.00 | @ | 181.500 | 181.50 |
| Parking | 2.00 | @ | 22.000 | 44.00 |

**TOTAL DUE  >>>**  **$500.50**

THANK YOU FOR YOUR BUSINESS!!

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
  **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

| | | | |
|---|---|---|---|
| Job No. | : 93576 | BU ID | : Bart\|Nix |
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |
| Invoice No. | : 106240 | Invoice Date | : 12/2/2022 |
| **Total Due** | **: $500.50** | | |

Remit To:  **BARTELT | NIX REPORTING**
**T: 602.254.4111**
**3101 North Central Avenue, Suite 290**
**Phoenix, AZ 85012**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

1 of 1

**BARTELT | NIX**
**COURT REPORTERS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107682 | 6/8/2023 | 94383 |

| Job Date | Case No. |
|---|---|
| 4/6/2023 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

CONFERENCE ROOM:

| | | | | |
|---|---|---|---|---|
| Conference Room - Santa Ana, CA | | | | |
| Conference Room / Videoconference | 5.00  Hours | @ | 70.000 | 350.00 |
| | **TOTAL DUE  >>>** | | | **$350.00** |

THANK YOU FOR YOUR BUSINESS!!

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
 **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

| | | | |
|---|---|---|---|
| Job No. | : 94383 | BU ID | : Bart|Nix |
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |
| Invoice No. | : 107682 | Invoice Date | : 6/8/2023 |
| **Total Due** | **: $350.00** | | |

Remit To:  **BARTELT | NIX REPORTING**
**T: 602.254.4111**
**3101 North Central Avenue, Suite 290**
**Phoenix, AZ 85012**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

**BARTELT|NIX**

**COURT REPORTERS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107396 | 5/3/2023 | 94397 |
| **Job Date** | **Case No.** | |
| 4/7/2023 | 21-CV-00167-PHX-ROS | |
| **Case Name** | | |
| Sankey/Duvall vs. Phoenix Children's Hospital | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert C. Stultz, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

CONFERENCE ROOM:
    Conference Room
        Conference Room / Videoconference - Full Day - Video Tech &
        Zoom Equipment                                                    1.00           @        915.000            915.00

        *Maxfield Depo*

                                                                    **TOTAL DUE  >>>**                                **$915.00**

THANK YOU FOR YOUR BUSINESS!!

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
   **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**OKAY TO PAY**
(INITIALS)
**FILE #** 030720-00002

---

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Robert C. Stultz, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

| Job No. | : 94397 | BU ID | : Bart|Nix |
|---|---|---|---|
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |

Invoice No.  : 107396                    Invoice Date : 5/3/2023
**Total Due**   : **$915.00**

| **PAYMENT WITH CREDIT CARD** | | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To: **BARTELT | NIX REPORTING**
     **T: 602.254.4111**
     **3101 North Central Avenue, Suite 290**
     **Phoenix, AZ 85012**

# I N V O I C E

1 of 1

## BARTELT | NIX
### COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108547 | 9/15/2023 | 95267 |

| Job Date | Case No. |
|---|---|
| 8/17/2023 | 21CV00167PHXROS |

| Case Name |
|---|
| Duvall v. Arizona Department of Child Safety |

| Payment Terms |
|---|
| Due upon receipt |

Robert C. Stultz, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

CONFERENCE ROOM:

Dr. Taryn Bragg - Conference Room

Conference Room / Videoconference - Full Day            1.00          @          325.000          325.00

**TOTAL DUE  >>>**                                                                    **$325.00**

THANK YOU FOR YOUR BUSINESS!!

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
  **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Robert C. Stultz, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

| | | | |
|---|---|---|---|
| Job No. | : 95267 | BU ID | : Bart|Nix |
| Case No. | : 21CV00167PHXROS | | |
| Case Name | : Duvall v. Arizona Department of Child Safety | | |
| Invoice No. | : 108547 | Invoice Date | : 9/15/2023 |
| **Total Due** | : **$325.00** | | |

Remit To: **BARTELT | NIX REPORTING**
**T: 602.254.4111**
**3101 North Central Avenue, Suite 290**
**Phoenix, AZ 85012**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# Your receipt

## Phoenix, AZ to Kansas City, MO
November 3, 2022
Ticketed on October 27, 2022 · Record locator: 

**DEPART**
### Phoenix, AZ to Kansas City, MO
November 3, 2022

| PHX | | MCI | | | |
|---|---|---|---|---|---|
| 1:28 PM | → | 5:59 PM | AA 1606 | Booking Class: V Fare basis: V7AIZNN1 | USED |

**RETURN**
### Kansas City, MO to Phoenix, AZ
November 4, 2022

| MCI | | PHX | | | |
|---|---|---|---|---|---|
| 6:47 PM | → | 7:40 PM | AA 1606 | Booking Class: R Fare basis: V7AIZNR1 | USED |

# Cost details

Kari Zangerle                                    $1,024.39



**MARRIOTT**

**MARRIOTT KC OVERLAND PARK**

**GUEST FOLIO**

| 1140 | ZANGERLE/KARI/B/MRS | 176.00 | 11/04/22 | 12:56 | |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | |
| CNK | 1 E WASHINGTON ST ST | | 11/03/22 | 19:25 | |
| TYPE | PHOENIX AZ 850042553 | | ARRIVE | TIME | |
| 19 | | PASSPORT: | | | |
| ROOM | ADDRESS | | | | MBV#:   XXXXX0132 |
| CLERK | | | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 11/03 | RM SERV | 20941140 | 44.49 | | |
| 11/03 | ROOM | 1140, 1 | 176.00 | | |
| 11/03 | ST. TAX | 1140, 1 | 16.02 | | |
| 11/03 | OCC. TAX | 1140, 1 | 15.84 | | |
| 11/04 | CCARD-VS | | | 252.35 | |

PAYMENT RECEIVED BY VISA    XXXXXXXXXXXX9170
*********** AUTHORIZATION ************
APPROVED
Total: $218.67 Card Type:⬛⬛⬛⬛⬛pproval Code: 08414G
********* EMV AUTHORIZATION ***********
App Label: VISA CREDIT Mode: Issuer
AID: A0000000031010 TVR: 0000008000 IAD: 0602120360A002 TSI: E800 ARC: 00 AC: 248D3504FDE012CD CVM: 5E0000
.00

============================= EXP. REPORT SUMMARY ================================================
| 11/03 | RM SERV | 44.49 |
|---|---|---|
| | ROOM&TAX | 207.86 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



MARRIOTT KC OVERLAND PARK
10800 METCALF AVENUE
OVERLAND PARK KS  66210

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES

| | |
|---|---|
| **From:** | Robert Stultz |
| **To:** | Melody Kern |
| **Subject:** | FW: [EXTERNAL]You"re going to San Diego on 11/08 (3XMTPD)! |
| **Date:** | Wednesday, November 9, 2022 10:42:23 AM |
| **Attachments:** | image001.png |

**Robert C. Stultz**

Gust Rosenfeld P.L.C.

One East Washington Street, Suite 1600 | Phoenix, Arizona  85004-2553

602.257.7448 (direct) | 602.254.4878 (fax)

rstultz@gustlaw.com | gustlaw.com | bio



IMPORTANT & CONFIDENTIAL: This message is from the law firm of Gust Rosenfeld P.L.C. and is for the intended recipient only. This message (including any attachment) is privileged and confidential information exempt from disclosure under applicable law.

If you are not the intended recipient, any copying, use or distribution is prohibited. If you have received this message by mistake, please notify the sender by reply e-mail and then delete this message. Thank you.

**From:** Southwest Airlines [mailto:southwestairlines@ifly.southwest.com]
**Sent:** Monday, November 7, 2022 3:10 PM
**To:** Robert Stultz <rstultz@gustlaw.com>
**Subject:** [EXTERNAL]You're going to San Diego on 11/08 (3XMTPD)!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.





###  Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued [REAL ID](#) compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

## Hi Robert,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**NOVEMBER 8 - NOVEMBER 10**

# PHX  SAN

Phoenix to San Diego

Confirmation # **3XMTPD**

Confirmation date: 11/07/2022

| PASSENGER | **Robert Stultz** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262184815185 |
| EST. POINTS EARNED | 7,544 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight 1:**  Tuesday, 11/08/2022   Est. Travel Time: **1h 15m**   Business Select®

| FLIGHT # 1915 | DEPARTS | ARRIVES |
|---|---|---|
| | **PHX 04:30**PM | **SAN 04:45**PM |
| | Phoenix | San Diego |

**Flight 2:**  Thursday, 11/10/2022   Est. Travel Time: **1h 20m**   Business Select®

| FLIGHT # 3400 | DEPARTS | ARRIVES |
|---|---|---|
| | **SAN 11:55**AM | **PHX 02:15**PM |
| | San Diego | Phoenix |

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 3XMTPD** | | |
| Base Fare | $ | 628.61 |
| U.S. Transportation Tax | $ | 47.15 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 9.00 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **704.96** |

| Payment |
|---|
| ▬▬▬▬▬▬ |
| Date: November 7, 2022 |
| **Payment Amount: $704.96** |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262184815185

# All your perks, all in one place. (Plus a few reminders.)



**Business Select® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and A1-A15 priority boarding. If you need to cancel your flight, no worries, Business Select fares are refundable.[8] Learn more.

Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a transferable flight credit.[6]

# Prepare for takeoff

## Use our app to make changes to your trip, get a boarding pass, & more.

Get it on Google Play



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Diego.

Book hotel >

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262184815185: NONTRANSFERABLE -BG WN PHX WN SAN305.47WN PHX323.14USD628.61END ZP PHX4.50SAN4.50 XF PHX4.5SAN4.5

BLN0P8M
LLN0P8L

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting summer 2023,** for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select award travel reservation: The points used for booking will continue to be redeposited to the purchaser's Rapid Rewards account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?

## Connect with us

**Contact us**

Customer service | FAQs

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at **Southwest.com/rrterms.** Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at **Southwest.com/rrterms.**

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

[1] Flight credits unexpired on or created on or after July 28, 2022 do not expire. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date.

[2] First and second checked bags. Weight and size limits apply.

[3] Fare difference may apply.

[4] Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

[8] Refundable to your original form of payment, as long as you cancel your reservation at least ten (10) minutes prior to the original scheduled departure time of your flight.

[9] This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation.

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.



**Hilton**
**Garden Inn**

HILTON GARDEN INN SAN DIEGO OLD TOWN/SEA WORLD
4200 TAYLOR STREET
SAN DIEGO, CA  92110
United States of America
TELEPHONE 619-260-0607  • FAX 619-260-0608
Reservations
www.hilton.com or 1 800 HILTONS

Stultz, Robert

39745 N WISDOM WAY

ANTHEM AZ  85086
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 216/Q2T |
| Arrival Date: | 11/8/2022  6:01:00 PM |
| Departure Date: | 11/10/2022 10:51:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | MLOPEZRIOS |
| Room Rate: | 229.00 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 300917 A |

Confirmation Number: 3312230344

HILTON GARDEN INN SAN DIEGO OLD TOWN/SEA WORLD 11/10/2022
10:51:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 11/8/2022 | SUITE SHOP - BEVERAGE | AARVIZU1 | 1842580 | $12.00 | | |
| 11/8/2022 | MISC - SALES TAX | AARVIZU1 | 1842580 | $0.93 | | |
| 11/8/2022 | LOUNGE FOOD DINNER | LINTR | 1842598 | $30.00 | | |
| 11/8/2022 | F&B - FOOD TAX | LINTR | 1842598 | $2.33 | | |
| 11/8/2022 | LOUNGE TIPS | LINTR | 1842599 | $6.00 | | |
| 11/8/2022 | PARKING | MPIERSON9 | 1842822 | $22.00 | | |
| 11/8/2022 | GUEST ROOM | MPIERSON9 | 1842823 | $219.00 | | |
| 11/8/2022 | RM - OCCUPANCY TAX | MPIERSON9 | 1842823 | $23.00 | | |
| 11/8/2022 | RM - SAN DIEGO TMD | MPIERSON9 | 1842823 | $4.38 | | |
| 11/8/2022 | RM - CA TOURISM | MPIERSON9 | 1842823 | $0.43 | | |
| 11/9/2022 | SUITE SHOP - BEVERAGE | CREID56 | 1843545 | $6.00 | | |
| 11/9/2022 | MISC - SALES TAX | CREID56 | 1843545 | $0.47 | | |
| 11/9/2022 | SUITE SHOP - FOOD | CREID56 | 1843546 | $5.00 | | |
| 11/9/2022 | MISC - SALES TAX | CREID56 | 1843546 | $0.39 | | |
| 11/9/2022 | PARKING | CREID56 | 1843632 | $22.00 | | |
| 11/9/2022 | GUEST ROOM | CREID56 | 1843633 | $229.00 | | |
| 11/9/2022 | RM - OCCUPANCY TAX | CREID56 | 1843633 | $24.05 | | |
| 11/9/2022 | RM - SAN DIEGO TMD | CREID56 | 1843633 | $4.58 | | |
| 11/9/2022 | RM - CA TOURISM | CREID56 | 1843633 | $0.45 | | |
| 11/10/2022 | VERDE  FOOD BREAKFAST | LINTR | 1844002 | $14.00 | | |
| 11/10/2022 | F&B - FOOD TAX | LINTR | 1844002 | $1.09 | | |
| 11/10/2022 | VERDE  BEVERAGE | LINTR | 1844003 | $4.00 | | |
| 11/10/2022 | F&B - FOOD TAX | LINTR | 1844003 | $0.31 | | |
| 11/10/2022 | VERDE  TIPS | LINTR | 1844004 | $3.00 | | |

Stultz, Robert

39745 N WISDOM WAY

ANTHEM AZ  85086
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 216/Q2T |
| Arrival Date: | 11/09/2022 3:00 PM |
| Departure Date: | 11/10/2022 10:51:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | MLOPEZRIOS |
| Room Rate: | 229.00 |
| AL: | |
| HH # | ▮▮▮▮▮▮▮▮ |
| VAT # | |
| Folio No/Che | 300917 A |

Confirmation Number: 3312230344

HILTON GARDEN INN SAN DIEGO OLD TOWN/SEA WORLD 11/10/2022
10:51:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 11/10/2022 | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | | ($634.41) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton Garden Inn Old Town.

| | |
|---|---|
| **From:** | Robert Stultz |
| **To:** | Melody Kern |
| **Subject:** | FW: [EXTERNAL]Hertz Receipt |
| **Date:** | Tuesday, November 15, 2022 1:39:19 PM |
| **Attachments:** | image001.png |

Rental car reimbursement

**Robert C. Stultz**

Gust Rosenfeld P.L.C.

One East Washington Street, Suite 1600 | Phoenix, Arizona  85004-2553

602.257.7448 (direct) | 602.254.4878 (fax)

rstultz@gustlaw.com | gustlaw.com | bio



IMPORTANT & CONFIDENTIAL: This message is from the law firm of Gust Rosenfeld P.L.C. and is for the intended recipient only. This message (including any attachment) is privileged and confidential information exempt from disclosure under applicable law.

If you are not the intended recipient, any copying, use or distribution is prohibited. If you have received this message by mistake, please notify the sender by reply e-mail and then delete this message. Thank you.

**From:** Hertz [mailto:HertzNoReply@rentals.hertz.com]
**Sent:** Thursday, November 10, 2022 12:09 PM
**To:** Robert Stultz <rstultz@gustlaw.com>
**Subject:** [EXTERNAL]Hertz Receipt

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Here's Your Hertz Rental Car Receipt.                                    VIEW ONLINE



We're here to get you there.

We're here to get you there.

## Your Receipt

**VIEW RECEIPT**

|  | # | 01 MR | **RR** | |
|---|---|---|---|---|
|  |  |  | RES | K3054910482 |

**ROBERT STULTZ**

**INITIAL CHARGES**

| RENT RT | $ | 70.27/ DAY | @ | 2/ DAYS | $ | 140.54 |
|---|---|---|---|---|---|---|
| **SUBTOTAL** | | | | | T $ | **140.54** |

**CHARGES ADDED DURING RENTAL**

| LDW | DECLINED |
|---|---|
| LIS | DECLINED |
| PAI, PEC | DECLINED |
| PREM RD SVC | DECLINED |
| * ADDITIONAL CHARGES | |

**SERVICE CHARGES/TAXES**

| CONCESSION FEE RECOVERY | | 11.11 % | | | T $ | 15.85 |
|---|---|---|---|---|---|---|
| CA TOURISM ASSESSMENT | | 3.50 % | | | $ | 4.92 |
| CUSTOMER FACILITY CHARGE | | | | | $ | 18.00 |
| Vehicle License Fee | Accepted | @ $ | 1.07 | per day | T $ | **2.14** |
| TAX 1 | 7.750% | ON TAXABLE TTL OF $ | 158.53 | | $ | 12.29 |
| TAX 2 | 2.750% | ON TAXABLE TTL OF $ | .00 | | $ | .00 |

**TOTAL AMOUNT DUE**          $     **193.74**

**CHARGED ON**

**FOR EXPLANATION OF THE ABOVE CHARGES, PLEASE ASK A REPRESENTATIVE OR GO TO WWW.HERTZ.COM/CHARGEEXPLAINED**

| VEHICLE: | 02194/529855918MAZDA3SPT2.0FWS |
|---|---|
| LICENSE: | FL09AUPI |

FUEL:                                                        FULL8/8 OUT8/8 IN

MILEAGE IN:   22990                                          TR-X MILES:

MILEAGE OUT:   22974                                         MILES ALLOWED:

MILES DRIVEN:   16                                           MILES CHARGED:

CDP:                                                         00099

RENTED:                                                      SAN DIEGO-LINDBERGH AP

RENTAL:                                                      11/08/2217:36

RETURN:                                                      11/10/2211:07

RETURNED:                                                    SAN DIEGO-LINDBERGH AP

COMPLETED BY:                                                2413/CASDI11

PLAN IN:   RXHD1                                             RATE CLASS:   C

PLAN OUT:                                                    RXHD1

www.Hertz.com



## Hertz Car Sales



Reservations   |   Contact Us   |   FAQs   |   Privacy Policy

This electronic-mail message contains confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, copying or other use of this message is strictly prohibited and is hereby instructed to return or destroy this copy of this message.

® Reg. U.S. Pat. Off. ©2022 The Hertz Corporation. All rights reserved.

5601 Northwest Expressway, Oklahoma City, OK 73132 U.S.A.

## Robert Stultz                                      $60.00

### Details    ∧

📅 04/04/2023 · Exchange

| New ticket | [ $889.30 + Taxes & fees $104.30 ] $993.60 |
|---|---|
| Ticket #: 0012383763691 | |

#### Fare, taxes and fees    ∧

| New ticket | $889.30 |
|---|---|
| TAX | $66.70 |
| SECURITY SERVICE FEE | $11.20 |
| SYS GEN PFC (PHX) | $4.50 |
| SYS GEN PFC (RDU) | $4.50 |
| SYS GEN PFC (CLT) | $3.00 |
| U.S. SEGMENT TAX | $14.40 |
| U.S. SEGMENT TAX | $4.80 |
| U.S. SEGMENT TAX | $4.80 |
| U.S. SEGMENT TAX | $4.80 |

📅 04/08/2023 · ▮▮▮▮▮▮▮▮▮▮

| UP50LB23KG/62LI158CM (PHX - RDU) | [ $30.00 + Taxes & fees $0.00 ] $30.00 |
|---|---|
| Document #: 0010286591498 | |

📅 04/04/2023 · V▮▮▮▮▮▮▮▮▮

| UPTO50LB 23KG AND62LI 158LCM (PHX - RDU) | [ $30.00 + Taxes & fees $0.00 ] $30.00 |
|---|---|
| Document #: 0014411802446 | |

 **American Airlines**

AA RECORD LOCATOR: DZPZFV



Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

## Phoenix to Milwaukee 1 Adult

### Monday November 28, 2022 – Thursday December 1, 2022

| | |
|---|---|
| **AA Record Locator** **DZPZFV** | **Reservation Name** **PHX/MKE** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Nov 14, 2022 |

**Total Paid:**

**$615.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2584** 🛜 Create Notification 🖶 | **Phoenix** (PHX) November 28, 2022 09:30 AM On time Scheduled Time: 09:30 AM Estimated Time: 09:30 AM Actual Time: Terminal: 4  Gate: B9 Travel Time : 3 h 18 m Class : Economy Seat : 14F | **Milwaukee** (MKE) November 28, 2022 01:48 PM On time Scheduled Time: 01:48 PM Estimated Time: 01:48 PM Actual Time: Terminal:  Gate: D56 Baggage Area : Booking Code : L Aircraft : Airbus A319 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **464** 🛜 Create Notification 🖶 | **Milwaukee** (MKE) December 1, 2022 01:35 PM Travel Time : 3 h 52 m Class : Economy Seat : 9D | **Phoenix** (PHX) December 1, 2022 04:27 PM Booking Code : L Aircraft : Airbus A319 |

**Fare Amount**

**Adult**
1 × $545.12 USD          $545.12 USD

**AAdvantage® Benefits**

Main Cabin Extra          $0.00 USD

Priority Access℠          $0.00 USD

Same-Day Standby          $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes          $70.08 USD

Carrier-Imposed Fees          $0.00 USD

**Flight Subtotal**

**$615.20 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| ZANGERLE,KARI | | | $545.12 USD | 0.00 USD | 70.08 | 615.20 |
| **Payment Type:** █████████ | | | | | **Total** | **$615.20 USD** |

| PASSENGER | TICKET NUMBER | | | | | Charges or Fees |
|---|---|---|---|---|---|---|
| ZANGERLE,KARI | ██████ | | | | | 4.01 |
| **Payment Type:** ████████ | | | | | **Total** | 4.01 USD |

### Endorsements/Restrictions
NONREF/FAREDIF/CXL BY FLT TIME OR NOVALUE

### Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may r ~~Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

*[handwritten note]* new receipt w/add'l charge of $4.01 total = $615.20

File #030720-00002
Sankey v. PCH

Transportation 11/28-12/01/23

```
        YELLOW CAB
         COMPANY
         PHOENIX
       480-966-8377
------------------
          CASH
 VEHICLE:        248
 DRIVER:      143527
 DATE: 2022-12-01
 TIME:        16:55

 FARE     $   30.00
------------------
 TOTAL    $   30.00
```



**MARRIOTT**

**MILWAUKEE MARRIOTT DOWNTOWN**

**GUEST FOLIO**

| 701 | ZANGERLE/KARI/MRS | | 199.00 | 12/01/22 | 13:03 | | |
| ROOM | NAME | | RATE | DEPART | TIME | | |
| EKZ | 1 E WASHINGTON ST ST | | | 11/28/22 | 14:23 | | |
| TYPE | PHOENIX AZ 850042553 | | | ARRIVE | TIME | | |
| 74 | | | | | | | |
| ROOM | | | | | | MBV#: | 100340132 |
| CLERK | ADDRESS | | PAYMENT | | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 11/28 | GS BEVRG | 2 BUBBLY | 8.00 | | |
| 11/28 | ROOM | 701, 1 | 199.00 | | |
| 11/28 | ROOM TAX. | 701, 1 | 10.95 | | |
| 11/28 | OCC TAX | 701, 1 | 19.90 | | |
| 11/28 | PARKING | PARKING | 41.34 | | |
| 11/29 | ROOM | 701, 1 | 199.00 | | |
| 11/29 | ROOM TAX | 701, 1 | 10.95 | | |
| 11/29 | OCC TAX | 701, 1 | 19.90 | | |
| 11/29 | PARKING | PARKING | 41.34 | | |
| 11/30 | ROOM | 701, 1 | 199.00 | | |
| 11/30 | ROOM TAX | 701, 1 | 10.95 | | |
| 11/30 | OCC TAX | 701, 1 | 19.90 | | |
| 11/30 | PARKING | PARKING | 41.34 | | |
| 12/01 | CCARD-VS | | | 821.57 | |
| | PAYMENT RECEIVED BY: | | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.



MILWAUKEE MARRIOTT DOWNTOWN
323 E WISCONSIN AVE
MILWAUKEE WI 53202
PH:414-278-5999 FAX:414-278-5998

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**Melody Kern**

| | |
|---|---|
| **From:** | Kari Zangerle |
| **Sent:** | Wednesday, December 7, 2022 4:57 PM |
| **To:** | Melody Kern |
| **Subject:** | Fwd: [EXTERNAL]Hertz Receipt |

Kari
Sent from my iPhone

Begin forwarded message:

> **From:** Hertz <HertzNoReply@rentals.hertz.com>
> **Date:** December 1, 2022 at 11:22:36 AM MST
> **To:** Kari Zangerle <kzangerle@gustlaw.com>
> **Subject: [EXTERNAL]Hertz Receipt**
> **Reply-To:** NoReply <HertzNoReply@rentals.hertz.com>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Here's Your Hertz Rental Car Receipt.                    VIEW ONLINE



We're here to get you there.



Your Receipt

| From: | Robert Stultz |
|---|---|
| To: | Melody Kern |
| Subject: | FW: [EXTERNAL]Your purchase receipt - HJFZLB |
| Date: | Tuesday, April 4, 2023 12:12:29 PM |
| Attachments: | image001.png |

Receipt for checking in bag.

**Robert C. Stultz**
Gust Rosenfeld P.L.C.
One East Washington Street, Suite 1600 | Phoenix, Arizona  85004-2553
602.257.7448 (direct) | 602.254.4878 (fax)
rstultz@gustlaw.com | gustlaw.com | bio



IMPORTANT & CONFIDENTIAL: This message is from the law firm of Gust Rosenfeld P.L.C. and is for the intended recipient only. This message (including any attachment) is privileged and confidential information exempt from disclosure under applicable law.

If you are not the intended recipient, any copying, use or distribution is prohibited. If you have received this message by mistake, please notify the sender by reply e-mail and then delete this message. Thank you.

**From:** American Airlines [mailto:no-reply@info.email.aa.com]
**Sent:** Tuesday, April 4, 2023 12:11 PM
**To:** Robert Stultz <rstultz@gustlaw.com>
**Subject:** [EXTERNAL]Your purchase receipt - HJFZLB

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: April 4, 2023

# Your receipt

We charged $30.00 to your card ending in 5621.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: HJFZLB**

## Your purchase

**Robert Stultz**

[Join the AAdvantage® Program](#)

| | |
|---|---|
| Checked Bag (PHX-RDU) | $30.00 |
| Document #: (0014411802446) | |

| | |
|---|---|
| **Total cost** | **$30.00** |

## Your payment

| | |
|---|---|
| Visa ▮▮▮▮▮ | $30.00 |

| | |
|---|---|
| **Total paid** | **$30.00** |



[Book a hotel »](#)   [Book a car »](#)   [Buy trip insurance »](#)   [AAVacations »](#)

Contact us

Privacy policy

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

Please do not reply to this email address as it is not monitored. This email was sent to rstultz@gustlaw.com

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of

American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

| From: | Robert Stultz |
|---|---|
| To: | Melody Kern |
| Subject: | FW: [EXTERNAL]Your trip confirmation-HJFZLB 05APR |
| Date: | Tuesday, April 4, 2023 6:30:39 AM |
| Attachments: | image001.png |

New flight itinerary for this week.

**Robert C. Stultz**
Gust Rosenfeld P.L.C.
One East Washington Street, Suite 1600 | Phoenix, Arizona  85004-2553
602.257.7448 (direct) | 602.254.4878 (fax)
rstultz@gustlaw.com | gustlaw.com | bio



IMPORTANT & CONFIDENTIAL: This message is from the law firm of Gust Rosenfeld P.L.C. and is for the intended recipient only. This message (including any attachment) is privileged and confidential information exempt from disclosure under applicable law.

If you are not the intended recipient, any copying, use or distribution is prohibited. If you have received this message by mistake, please notify the sender by reply e-mail and then delete this message. Thank you.

**From:** American Airlines [mailto:no-reply@notify.email.aa.com]
**Sent:** Tuesday, April 4, 2023 6:28 AM
**To:** Robert Stultz <rstultz@gustlaw.com>
**Subject:** [EXTERNAL]Your trip confirmation-HJFZLB 05APR

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



PHX
**8:51** AM
Phoenix
American Airlines 2307

RDU
**4:09** PM
Raleigh Durham

Seats: --
Class: Coach (M)
Meals: Food For Purchase

Free entertainment with the American app »

---

## Saturday, April 8, 2023

RDU
**9:02** AM
Raleigh Durham
American Airlines 1906

CLT
**10:07** AM
Charlotte

Seats: 27A
Class: Coach (M)
Meals:

CLT
**11:04** AM
Charlotte
American Airlines 2240

PHX
**12:41** PM
Phoenix

Seats: 27E
Class: Coach (M)
Meals: Food For Purchase

---

Robert Stultz

Earn miles with this trip.

Join AAdvantage® »
Ticket # 0012383763691

---

## Your trip receipt

                Exchange

*Robert Stultz*

| FARE-USD | $ 889.30 |
| TAXES AND CARRIER-IMPOSED FEES | $ 104.30 |
| **TICKET TOTAL** | **$ 993.60** |



Book a hotel

Hotel offers

Book a car

Car rental offers

Buy trip insurance

Things to do

Contact us  |  Privacy policy

Get the American Airlines app

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -PHXMKE-NIL/American AirlinesBAG ALLOWANCE -MKERDU-NIL/American AirlinesBAG ALLOWANCE -RDUPHX-NIL/American Airlines1STCHECKED BAG FEE-PHXMKE-USD30.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM1STCHECKED BAG FEE-MKERDU-USD30.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM1STCHECKED BAG FEE-RDUPHX-USD30.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM2NDCHECKED BAG FEE-PHXMKE-USD40.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM2NDCHECKED BAG FEE-MKERDU-USD40.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM2NDCHECKED BAG FEE-RDUPHX-USD40.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CMPREPAID BAGGAGE CHARGES1STCHECKED BAG FEE-PHXMKE-USD30.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM1STCHECKED BAG FEE-MKERDU-USD30.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM1STCHECKED BAG FEE-RDUPHX-USD30.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM2NDCHECKED BAG FEE-PHXMKE-USD40.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM2NDCHECKED BAG FEE-MKERDU-USD40.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM2NDCHECKED BAG FEE-RDUPHX-USD40.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM

CARRY ON ALLOWANCEPHXORD ORDMKE MKECLT CLTRDU RDUCLT CLTPHX-02P/American Airlines01/UP TO 40 LINEAR IN/101 LINEAR CM01/UP TO 45 LINEAR IN/115 LINEAR CMADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

**If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies. Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page. SERVICE & SUPPORT ANIMAL REQUIREMENTS** For travel on or after April 1, 2019, the policy for traveling with Emotional Support and Service animals has changed  Visit Traveling with Service Animals for more information.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure

can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like: Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.  There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person. Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft. Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices. To change your reservation, please call 1-800-433-7300 and refer to your record locator. **NOTICE OF INCORPORATED TERMS OF CONTRACT** Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not limited to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.   You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.   Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage. For more on Canada passenger protection regulations visit aa.com/CanadaPassengers. NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

NRID: I485046665242330343078

Sankey v. PCH
File #03720-00002
030720 - 00002

4/05 – 4/08/23  - Parking at Phoenix Sky Harbor Int'l Airport

```
Phoenix Sky Harbor Intl Airpor
3420 E. Sky Harbor Blvd Ste 200
Phoenix, AZ 85034'
602-273-4545
Avn.SkyHarborParking@phoenix.gov

Receipt 9995/7765/826  04/08/23 13:32: 7

 000106 Lost ticket          112.00 $
 4/05/23 08:01 - 04/08/23 13:32
  ngth of stay: 3 Dy. 5 Hr. 30 Min.
      02990597315018263098487370??


        Total Amount       112.00 $

        Credit Visa        112.00 $
    ................................
                    Visa

STULIZ/ROBERT C
Account:
Amount = $ 112.00
```

```
**********************************
**  Book online for lower rates and  **
**  earn points for free parking at   **
**      SkyHarbor.com/parkPHX         **
**********************************
```

Sankey v. PCH
File #~~03720-00002~~
030720-00002

4/08/23   American Airlines  (Bag fee)

BAGGAGE CHARGE RECEIPT   American ✈

PASSENGER NAME
**STULTZ/ROBERT**

UPTO50LB 23KG AND62LI          1          30.00 USD

RDU CLT - AA CLT PHX - AA                30.00 USD
Total with Appli
Credit Card   VI█████████████

Fare   30.00 USD      FLIGHT   DATE              TFC=TAXES,FEES & CHARGES
TFC                   1906      APRIL 08, 2023
TFC                   PNR: HJFZLB                NOT VALID FOR TRAVEL
TFC                   Agent: RDU-SSM 001   0286591498   4
Total  30.00 USD



**Rental Agreement #** 462861776
**Invoice #** 90148421869

## Renter Information

**Renter Name**
ROBERT STULTZ

**Renter Address**
PHOENIX, AZ 85086
USA

## Vehicle Information

**2DR ALL-WHEEL DRIVE COUPE**
**License #:** N600161
**State/Province:** LA
**Unit #:** 7VBKJM
**Vehicle #:** NH192350

**Vehicle Class Driven**
Sporty Car 2 door/Automatic/Air

**Vehicle Class Charged**
Midsize 2/4 door/Automatic/Air

**Odometer Mileage/Kilometers**

**Starting:** 19,468    **Ending:** 19,494

**Total:** 26

**Fuel**

**Starting:** Full    **Ending:** Full

## Thank you for renting with Enterprise Rent-A-Car

**We appreciate your business!**
This email was automatically generated
from an unattended mailbox, so please
do not reply to this e-mail.
If you have any questions about your
rental, please view our Frequently
Asked Questions or send us a secured
message by visiting our Support Center

## Trip Information

| Pickup | Return |
|---|---|
| Wednesday, April 5, 2023  10:53 PM | Saturday, April 8, 2023  6:57 AM |
| | RALEIGH DURHAM ARPT (RDU) |
| **Start Charges** | 1008 RENTAL CAR DR |
| Wednesday, April 5, 2023  11:05 PM | RALEIGH, NC 27623-9217 |
| **RALEIGH DURHAM ARPT (RDU)** | USA |
| 1008 RENTAL CAR DR | |
| RALEIGH, NC 27623-9217 | |
| USA | |

## Renter Charges

| | | |
|---|---|---|
| **Rental Rate** | Time & Distance 3 Day at $70.00 / Day | $210.00 |
| **Taxes and Fees** | Transit Authority Tax (5.00%) | $12.43 |
| | Vlf Rec .10/day ($0.10 / Day) | $0.30 |
| | Nc Highway Use Tax (8.00%) | $19.89 |
| | County Gross Receipt Tax (1.50%) | $3.73 |
| | Conc Rec 11.11 Pct (11.11%) | $23.36 |
| | Customer Facility Charge 5.00/day ($5.00 / Day) | $15.00 |
| **Total** | | **$284.71** |

(Subject to audit)

Amount charged on April 8, 2023 to    (█████)    ($284.71)
APN: VISA DEBIT
AID: A0000000031010
Verified: Signature
Entry: Chip
TSI: 6800

**Amount Due**    **$0.00**



**DURHAM MARRIOTT**

**GUEST FOLIO**

| 417 ROOM | STULTZ/ROBERT NAME | | 219.00 RATE | 04/08/23 DEPART | DUPLICATE 18:00 TIME | | |
|---|---|---|---|---|---|---|---|
| DBDB TYPE | | | | 04/05/23 ARRIVE | TIME | | |
| ROOM CLERK | ADDRESS | | | | | MB#: | 074304368 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/05 | GIFTSHOP | CHIPS | 3.00 | | |
| 04/05 | GIFTSHOP | CRACKERS | 3.00 | | |
| 04/05 | GIFTSHOP | SODA | 3.00 | | |
| 04/05 | GIFTSHOP | WATER | 3.00 | | |
| 04/05 | PARKING | VALET PA | 25.00 | | |
| 04/05 | ROOM | 417, 1 | 199.00 | | |
| 04/05 | ROOM TAX | 417, 1 | 14.93 | | |
| 04/05 | OCC TAX | 417, 1 | 11.94 | | |
| 04/06 | CAFE 201 | 1415 417 | 26.58 | | |
| 04/06 | GIFTSHOP | 2SODAS | 6.00 | | |
| 04/06 | GIFTSHOP | 1SODA/1W | 6.00 | | |
| 04/06 | PARKING | VALET PK | 25.00 | | |
| 04/06 | ROOM | 417, 1 | 219.00 | | |
| 04/06 | ROOM TAX | 417, 1 | 16.43 | | |
| 04/06 | OCC TAX | 417, 1 | 13.14 | | |
| 04/07 | CAFE 201 | 1422 417 | 14.83 | | |
| 04/07 | GIFTSHOP | 1WTR/1TE | 6.00 | | |
| 04/07 | PARKING | PARKING | .00 | | |
| 04/07 | PARKING | VALET PK | 25.00 | | |
| 04/07 | ROOM | 417, 1 | 219.00 | | |
| 04/07 | ROOM TAX | 417, 1 | 16.43 | | |
| 04/07 | OCC TAX | 417, 1 | 13.14 | | |
| 04/08 | GIFTSHOP | WATER | 3.00 | | |
| 04/08 | | ROOM C/O | | 872.42 | |
| | | | | | .00 |



DURHAM MARRIOTT
201 FOSTER STREET
DURHAM NC  27701

### Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES



**American Airlines**

AA RECORD LOCATOR: CCDWPS





Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

| Phoenix to Washington **1 Adult** | | | |
|---|---|---|---|
| **Friday March 24, 2023** | | | **Total Paid:** |
| | | | **$1,212.90 USD** |

**AA Record Locator**
**CCDWPS**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

**Reservation Name**
**PHX/DCA**

Status: **Ticketed** Mar 16, 2023

| Flight | Depart | Arrive | **Fare Amount** |
|---|---|---|---|
| **American Airlines** **1542** | **Phoenix** (PHX) March 24, 2023 08:39 AM Travel Time : 4 h 17 m Class : First Seat : 1A | **Washington** (DCA) March 24, 2023 03:56 PM Booking Code : C Aircraft : Airbus A321neo | **Adult** 1 × $1,114.42 USD   $1,114.42 USD |

**AAdvantage® Benefits**

| Priority Access℠ | $0.00 USD |
|---|---|
| Same-Day Standby | $0.00 USD |

**Taxes & Carrier-Imposed Fees**

| Taxes | $98.48 USD |
|---|---|
| Carrier-Imposed Fees | $0.00 USD |

**Flight Subtotal**

**$1,212.90 USD**

**Receipt**

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| ZANGERLE,KARI | | | $1,114.42 USD | 0.00 USD | 98.48 | 1212.90 |
| **Payment Type:** | | | | | **Total** | $1,212.90 USD |

**Endorsements/Restrictions**
*NONREF/CHGFEEPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Terms and conditions:**

If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

$511.90
only to
Client

**TAXICAB RECEIPT**

Time: 3.24

Date: _____

Origin of trip: _Sanky Airport_

Destination: _to Hotel_

Fare: $94   Sign: _____



Address:         2400 M ST NW
                 WASHINGTON
                 DC 2000/
Location:        DCAKI
Device ID:       -BTC01
Transaction:     940362652413

c.dFy Ground
  :ing Numbers:
  328208105      (S)        107.
  396328208116   (M)
  Total Declared Value:    $0
  Total Weight:   30.35 lb
  pient Address:
  KARI BERNICE ZANGERLE
  GUST ROSENFELD P.L.C
  1 E WASHINGTON ST
  *TE 1600
  .IP  , AZ 85004
  602/ /7448

heduled Delivery Date 4/3/2023

'icing option:
  STANDARD RATE

ackage Information:
  Your Packaging

| #Pcs | Weight/pc (lb) | DV/pc (USD) | Dims. (In) |
|------|----------------|-------------|------------|
| 1 | 13.75 (S) | .00 | 18 x 17 x 8 |
| 1 | 16.6 (M) | .00 | 18 x 17 x 8 |

Standard- Medium, 17x17x7
790363010746      2  (T)      $22.98

      Shipment subtotal:      $107.66
Merchandise taxable subtotal:   $22.98
         Tax(DC): 6%           $1.38

      Total Due:             $132.02

                             $132.02

M = Weight entered manually
S = Weight read from scale
T  Taxable item

Subject to additional charges. See FedEx Service
Guide at fedex.com/serviceguide for details. All
merchandise sales final. FedEx disclaims all
warranties, express or implied, including, without
limitation, the implied warranties of merchantability
and fitness for a particular purpose. This packaging
sold 'as is' 'with all faults.' By paying for and
accepting this packaging, you agree to release and
hold FedEx harmless for any claims, suits, disputes
or causes of action relating to this packaging as
well as any related incidental or consequential
damages incurred by you or any other party.

Packing Pledge applies. See
fedex.com/us/packing-pledge for details.

       us at: fedex.com
   or call 1.800.GoFedEx
      1.800.463.3339

   Mar 28, 2023 3:29:43 PM

********** WE LISTEN **********
   Tell us how we're doing
& receive a discount on your next order!
      fedex.com/welisten
   Redemption Code: _____

      *** Thank you ***



**AA RECORD LOCATOR: JMNNNO**





**Get your boarding pass faster!**
Scan this barcode at any
American Airlines Self-Service
Machine.

## Phoenix to Santa Ana   1 Adult

**Wednesday April 5, 2023 – Thursday April 6, 2023**

| AA Record Locator | Reservation Name |
|---|---|
| **JMNNNO** | **PHX/SNA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 01, 2023 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2637** | **Phoenix** (PHX) April 5, 2023 08:10 PM Travel Time : 1 h 22 m Class : Economy Seat : 16D | **Santa Ana** (SNA) April 5, 2023 09:32 PM Booking Code : N Aircraft : Boeing 737-800 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2107** | **Santa Ana** (SNA) April 6, 2023 07:15 PM Travel Time : 1 h 25 m Class : First Seat : 4E | **Phoenix** (PHX) April 6, 2023 08:40 PM Booking Code : R Aircraft : Boeing 737 MAX 8 |

**Total Paid:**

**$472.80 USD**

**Fare Amount**

**Adult**
1 × $412.09 USD        $412.09 USD

**AAdvantage® Benefits**

Main Cabin Extra        $0.00 USD

Priority Access℠        $0.00 USD

Same-Day Standby        $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes        $60.71 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$472.80 USD**

## Receipt

| PASSENGER | TICKET NUMBER | T FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| ZANGERLE,KAR | | | $412.09 USD | 0.00 USD | 60.71 | 472.80 |
| **Payment** | | | | | **Total** | **$472.80 USD** |

## Terms and co

If you've already [...] ns of your trip not flown.

If your ticket invol[...] n Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for [...]

A summary of all [...] el are available on aa.com/conditionsofcarriage.

| | |
|---|---|
| **From:** | Kari Zangerle |
| **To:** | Melody Kern |
| **Subject:** | Fwd: [EXTERNAL]Receipt from CALIF YELLOW CAB TAXI 501 |
| **Date:** | Thursday, April 6, 2023 8:02:47 AM |

Kari

Sent from my iPhone

Begin forwarded message:

From: CALIF YELLOW CAB TAXI 501 via Square <receipts@messaging.squareup.com>

Date: April 5, 2023 at 10:02:10 PM PDT

To: Kari Zangerle <kzangerle@gustlaw.com>

Subject: [EXTERNAL]Receipt from CALIF YELLOW CAB TAXI 501

Reply-To: CALIF YELLOW CAB TAXI 501 via Square

<CAESKBIAGhpyX29qbGZvbXN1Z3JqdWN1MmhpZmRmdW1jaSIIZGlhbG9ndWUiIOeesFD7/IPQGT+HilY4wLolxJN3Z/RRjCx95vyTC3cJ@reply2.squareup.com>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Now when you shop at sellers who use Square, your
receipts will be delivered automatically.
Not your receipt?

**CALIF YELLOW CAB TAXI 501**

Let CALIF YELLOW CAB TAXI 501
know how your experience was

# $62.50

| | |
|---|---|
| Custom Amount | $50.00 |
| Purchase Subtotal | $50.00 |
| Tip | $12.50 |
| **Total** | **$62.50** |

CALIF YELLOW CAB TAXI 501

| | |
|---|---|
| ▬▬▬▬▬▬▬ ) | Apr 5 2023 at 9:55 PM |
| | #la4s |
| VISA CARDHOLDER | Auth code: 06047G |



AID: A0000000031010

**Receipt Settings**

Not your receipt?     Manage preferences

© 2023 Square Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

### JW Marriott, Anaheim Resort

1775 South Clementine Street
Anaheim, CA 92802 US
+1 714-294-7800

## Summary of Charges

| Guest Information | | | | |
|---|---|---|---|---|
| | KARI B ZANGERLE | | Dates of Stay | 04/05/2023 - 04/06/2023 |
| | 1 E WASHINGTON ST STE 1600 | | | |
| | PHOENIX, AZ 850042553 US | | Room number | 1129 |
| | | | Guest number | 32216 |
| | | | Member Number | •••••••132 |
| | | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 04/05/2023 | HSIA | FREEHSIA | 0.00 | |
| 04/05/2023 | DEST FEE | DEST FEE | 25.00 | |
| 04/05/2023 | DEST TAX | DEST FEE | 3.75 | |
| 04/05/2023 | ATID | DEST FEE | 0.50 | |
| 04/05/2023 | TR ROOM | 1129, 1 | 296.00 | |
| 04/05/2023 | ROOM TAX | 1129, 1 | 44.40 | |
| 04/05/2023 | ATID | 1129, 1 | 5.92 | |
| 04/05/2023 | CATOURFE | 1129, 1 | 0.60 | |
| 04/05/2023 | CATOUR T | 1129, 1 | 0.09 | |
| 04/06/2023 | IRD | 2196 | 44.30 | |
| 04/06/2023 | CCARD-VS | | | 420.56 |
| **Total balance** | | | | 0.00 USD |

## Important Information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**From:** Karl Zamperle
**To:** Melody Kern
**Subject:** [EXTERNAL]Cab receipt
**Date:** Thursday, April 6, 2023 3:07:23 PM
**Attachments:** Screenshot 2023-04-06 at 3.05.46 PM.png

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

3:05 

# Trip Details



Today, 8:40 AM                                    $52.70
Honda Accord 9BUL956                        +$6.54
                                              **Add to your tip**

● 1775 S Clementine St, Anaheim,
  CA 92802, US                                  Receipt

■ 1922 N Broadway, Santa Ana,
  CA 92706, US

 You rated Alejandro              ★ ★ ★ ★ ★

## After your trip, driver can't see your pickup or dropoff address details



[View what your driver sees](#)

---

Help



### Find Lost Item
We can help you get in touch with your driver

Kari Zangerle
Sent from my iPhone



## AA RECORD LOCATOR: EBVPME



**Get your boarding pass faster!**
Scan this barcode at any
American Airlines Self-Service
Machine.

---

### Phoenix to Washington  1 Adult

**Tuesday April 18, 2023 – Friday April 21, 2023**

**Total Paid:**

**$1,716.10 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **EBVPME** | **PHX/DCA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 12, 2023 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **447** Create Notification | **Phoenix** (PHX) April 18, 2023 06:30 AM On time Scheduled Time: 06:30 AM Estimated Time: 06:30 AM Actual Time: Terminal: 4  Gate: A26 Travel Time : 3 h 28 m Class : First Seat : 2C | **Chicago** (ORD) April 18, 2023 11:58 AM On time Scheduled Time: 11:58 AM Estimated Time: 11:58 AM Actual Time: Terminal: 3  Gate: H16 Baggage Area : - Booking Code : D Aircraft : Airbus A321 |
| **American Airlines** **1173** Create Notification | **Chicago** (ORD) April 18, 2023 01:11 PM On time Scheduled Time: 01:11 PM Estimated Time: 01:11 PM Actual Time: Terminal: 3  Gate: K9 Travel Time : 1 h 58 m Class : Economy Seat : 8B | **Washington** (DCA) April 18, 2023 04:09 PM On time Scheduled Time: 04:09 PM Estimated Time: 04:09 PM Actual Time: Terminal: 2  Gate: D35 Baggage Area : 11 Booking Code : M Aircraft : Airbus A319 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1218** Create Notification | **Washington** (DCA) April 21, 2023 10:18 AM Travel Time : 5 h 15 m Class : First Seat : 4C | **Phoenix** (PHX) April 21, 2023 12:33 PM Booking Code : D Aircraft : Airbus A321neo |

**Fare Amount**

**Adult**
1 × $1,560.00 USD    $1,560.00 USD

**AAdvantage® Benefits**

| Main Cabin Extra | $0.00 USD |
|---|---|
| Priority Access℠ | $0.00 USD |
| Same-Day Standby | $0.00 USD |

**Taxes & Carrier-Imposed Fees**

| Taxes | $156.10 USD |
|---|---|
| Carrier-Imposed Fees | $0.00 USD |

**Flight Subtotal**

**$1,716.10 USD**

### Receipt

| PASSENGE | | F | T FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|---|
| ZANGERLE,KA | | | | $1,560.00 USD | 0.00 USD | 156.10 | 1716.10 |
| **Payment** | | | | | | **Total** | **$1,716.10 USD** |

**Endorseme**
NONREF/FARE

Case 2:21-cv-00167-ROS   Document 367-9   Filed 08/01/24   Page 90 of 125

Terms and conditions:

If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

| | |
|---|---|
| **From:** | Kari Zangerle |
| **To:** | Melody Kern |
| **Subject:** | [EXTERNAL]Car service for my ugly early trip to DC. |
| **Date:** | Tuesday, April 18, 2023 6:05:52 AM |
| **Attachments:** | Screenshot 2023-04-18 at 6.05.09 AM.png |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Kari Zangerle
Sent from my iPhone

**ALEXANDRIA UNION CAB**
(703) 683-1200 - 24 Hr. Dispatch Service

FROM _____

TO _____

DATE 4/18 _____ FARE$ 30 _____

DRIVER'S NAME _____ CAB# _____

*By Request, We Accept*

No. 34915

Each Cab Independently Owned & Operated



**Residence Inn® Washington, DC Dupont Circle**
2120 P Street NW, Washington DC 20037 **P** 202.466.6800
**Marriott.com/WASRI**

| | | |
|---|---|---|
| K. Zangerle | | Room: 804 |
| | | Room Type: STQT |
| | | Number of Guests: 1 |
| | | Rate: $539.00        Clerk: |
| Arrive: 18Apr23   Time: 04:35PM   Depart: 19Apr23 | Time: 12:00PM | Folio ▉▉▉▉▉ |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 17Apr23 | Advance Deposit | | 624.97 |
| 18Apr23 | Rm Chg STDO T1 Transient | 539.00 | |
| 18Apr23 | City Tax | 85.97 | |

| | | |
|---|---|---|
| | **BALANCE:** | **0.00** |

**Marriott Bonvoy Account #**▉▉▉▉▉ .  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account.
Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

Glass Light Hotel & Gallery, Autograph C
201 Granby Street
Norfolk, VA  23510

Tel: 757-222-3033 Fax: 757-390-2627

KARI ZANGERLE

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 100259 |
| Folio ID | : | A |
| Arrive Date | : | 19-APR-23   20:27 |
| Depart Date | : | 20-APR-23   14:21 |
| No. Of Guest | : | 1 |
| Room Number | : | 505 |
| Marriott Bonvoy Number : | | ▮▮▮ |

Glass Light ORFAV  APR-20-2023  14:30  JAREB832

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 19-APR-23 | DEPOSIT | Deposit-VI-6273 | | -291.65 |
| 19-APR-23 | 12934 | In Room Dining | 48.80 | |
| 19-APR-23 | RT505 | Room Revenue | 15.06 | |
| 19-APR-23 | RT505 | Rm Chrg - AAA | 251.00 | |
| 19-APR-23 | RT505 | Room Tax 9% | 22.59 | |
| 19-APR-23 | RT505 | Occupancy Tax $3.00 | 3.00 | |
| 19-APR-23 | RT505 | Valet Parking | 29.00 | |
| 20-APR-23 | VI | Visa-▮▮▮ | | -77.80 |

Approve EMV Receipt for ▮▮▮▮▮ Captured
IAD:06021203A02002  TVR:0080008000  AID:A0000000031010
AID:A0000000031010  Application Label:▮▮▮▮▮
TSI:E800  ARC:00  CHIP

| | | | |
|---|---|---|---|
| | ** Total | 369.45 | -369.45 |
| | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

Glass Light Hotel & Gallery, Autograph C
201 Granby Street
Norfolk, VA  23510


Tel: 757-222-3033 Fax: 757-390-2627


KARI ZANGERLE

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 100259 |
| Folio ID | : | A |
| Arrive Date | : | 19-APR-23      20:27 |
| Depart Date | : | 20-APR-23      14:21 |
| No. Of Guest | : | 1 |
| Room Number | : | 505 |
| Marriott Bonvoy Number : | | ▮▮ |


EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room Rev | Food & Bev | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 04-19-2023 | 251.00 | 0.00 | 29.00 | -202.20 | 77.80 | 0.00 |
| 04-20-2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -77.80 |
| Total | 251.00 | 0.00 | 29.00 | -202.20 | 77.80 | -77.80 |


Enjoy your Stay? Please review us on TripAdvisor at tripadvisor.com.

UVC



Let UVC know how your experience was

$23.03

Custom Amount                                    $23.03
https://ezmetriq.com/r/64355_2XUQ92Z5

Total$23.03



UVC
2711 26th Street NE
Washington, DC 20018
202-255-0575



Apr 20
2023 at
7:57
PM
#hCFU
Auth
code:
076980

V        (Contactless)
V        RDHOLDER

A      00000031010
N



Receipt Settings

Not your receipt?
Manage preferences

© 2023 Square  Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

Map data © OpenStreetMap contributors
© Mapbox  Improve this map

## VIEW RECEIPT

|   |   |   | # | 01 MR | **RR** |   |   | **181974763** |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   | RES |   |   | K4654995863 |

### KARI ZANGERLE

### INITIAL CHARGES

| RENT RT | $ | 98.79/ DAY | @ | | 2/ DAYS | $ | 197.58 |
|---|---|---|---|---|---|---|---|
| **SUBTOTAL 1** | | | | | | $ | **197.58** |
| DISCOUNT - | R | 10% | | | | $ | 19.76 |
| **SUBTOTAL LESS DISCOUNT** | | | | | | T $ | **177.82** |

### CHARGES ADDED DURING RENTAL

| LDW | DECLINED | | |
|---|---|---|---|
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| PREM RD SVC | DECLINED | | |
| FPO | ACCEPTED | T $ | 69.85 |
| * ADDITIONAL CHARGES | | | |

### SERVICE CHARGES/TAXES

| VEHICLE LICENSE COST RECOVERY | | | | | T $ | .78 |
|---|---|---|---|---|---|---|
| TAX | 10.250% | | ON TAXABLE TTL OF $ | 248.45 | $ | 25.47 |

### TOTAL AMOUNT DUE

| | | $ | 273.92 |
|---|---|---|---|

CHARGED ON ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Gold Plus Rewards Points Earned This Rental:** 310

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

| VEHICLE: | 01398/148804820SIRTUCSONFWD2.S |
|---|---|
| LICENSE: | FL75BKWC |
| FUEL: | FULL8/8 OUT8/8 IN |
| MILEAGE IN:   38548 | TR-X MILES: |
| MILEAGE OUT:   38132 | MILES ALLOWED: |
| MILES DRIVEN:   416 | MILES CHARGED: |
| CDP: | 13000-ABA |
| RENTED: | UNION STATION |
| RENTAL: | 04/19/2312:10 |
| RETURN: | 04/21/2303:46 |
| RETURNED: | WASHGTN NAT'L AP |
| COMPLETED BY: | 2022/DCDCA11 |
| PLAN IN:   ICOD2 | RATE CLASS:   Q4 |
| PLAN OUT: | ICOD2 |
| FF: | ZE1 |

www.Hertz.com

Case 2:21-cv-00167-ROS Document 367-9 Filed 08/01/24 Page 99 of 125
https://www.marriott.com/reservation/findReservationDetail.mi?confirmationNumber=88911230&tripId=88911230&propertyId=waswe

# Stay Details

STAY DATES

## Thu Apr 20, 2023 – Fri Apr 21, 2023

**Room(s):** 1

**Adult(s):** 1

 **Washington Marriott Georgetown**

1221 22nd Street NW Washington District Of Columbia 20037 USA

Phone: +1 202-872-1500

## #88911230

---

Kari Zangerle, thank you for your reservation. Your reservation is guaranteed to your *Visa* card. An email with this information has been sent to **kzangerle@gustlaw.com.** We look forward to greeting you soon.

**Your receipt for hotel stays may be automatically sent to the email address associated with your reservation.** If you prefer, you may request a paper copy at the front desk when you check in. Learn how to change your email address.

**Guaranteed:** Non-smoking room.

**Not Guaranteed:** Extra towels, High floor, Refrigerator, Extra feather pillows.

**Identification required for rate eligibility upon check-in.**

## Summary of Charges

**Room Type**: Premier, Guest room, 1 King

### AAA CAA Hot Deals

### 1 room(s) for 1 night(s)

Prices in USD

| | |
|---|---|
| Thursday, April 20, 2023 | 305.00 |
| **Total cash rate** | **305.00** |
| **Destination Amenity Fee** | **25.00** |
| **Estimated government taxes and fees** | 52.64 |
| **Total Stay** | **382.64 USD** |

Case 2:21-cv-00167-ROS Document 367-9 Filed 08/01/24 Page 100 of 125

# Cancellation Policy

You may cancel your reservation for no charge before 11:59 PM local hotel time on April 17, 2023 (3 day[s] before arrival).

Please note that we will assess a fee of 305.0 USD if you must cancel after this deadline.

**Melody Kern**

| | |
|---|---|
| **From:** | Kari Zangerle |
| **Sent:** | Monday, May 1, 2023 11:33 PM |
| **To:** | Melody Kern |
| **Subject:** | Fwd: [EXTERNAL]Hertz Toll Receipt |

For Sankey tolls to and from Norfolk
Kari
Sent from my iPhone

Begin forwarded message:

> **From:** TollProcessing@platepass.com
> **Date:** May 1, 2023 at 10:26:43 PM MST
> **To:** Kari Zangerle <kzangerle@gustlaw.com>
> **Subject: [EXTERNAL]Hertz Toll Receipt**
> **Reply-To:** "Information@platepass.com" <Information@platepass.com>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

    

## Receipt 195754847

| | |
|---|---|
| **Rental Agreement:** 181974763 | **Last Name:** ZANGERLE |
| **Rental Start Date:** 04/19/2023 | **Pickup Location:** 0183010 UNION STATION |
| **Rental End Date:** 04/21/2023 | **Return Location:** 0181011 WASHGTN NAT'L AP |
| | **Amount Due:** $0.00 |

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all- electronic tollways without using a personal transponder or paying the toll authority directly. Our records indicate you declined the PlatePass All-Inclusive tolling option at the start of your rental, but during your rental you activated the transponder device affixed to the car windshield and incurred tolls. As a result, the card used for your Hertz rental was charged the cost of the PlatePass All-Inclusive rate as applicable to your rental period. No further payment or action is necessary. No additional charges will apply if new tolls are received from toll authorities relating to this rental agreement.

## Summary of PlatePass Charges

 **All-Inclusive Fee: $41.98**

| | |
|---|---|
| Total: | $41.98 |
| Amount Charged: | $41.98 |

**Amount Due:**    **$0.00**

Need itemized receipt?                    Need more information?

[ www.PlatePass.com ]          [ PlatePass FAQ ]   [ Contact PlatePass ]

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

# Trip Details



Yesterday, 11:20 AM
Oberndorf-Suburban-RSC36G

1221 22nd St NW, Washington, DC

1 Aviation Cir, Arlington, VA 22202, US

$62.90
Add a tip

Receipt

Your trip with SAEED  ★★★★★

After your trip, driver can't see your pickup or dropoff address details

View what your driver sees

## Help



**Find Lost Item**
We can help you get in touch with your driver

| From: | Robert Stultz |
|---|---|
| To: | Melody Kern |
| Subject: | FW: [EXTERNAL]You"re going to San Francisco on 04/20 (22VRYW)! |
| Date: | Tuesday, April 18, 2023 12:44:14 PM |
| Attachments: | image001.png |

Dr. Horton's deposition.

**Robert C. Stultz**
Gust Rosenfeld P.L.C.
One East Washington Street, Suite 1600 | Phoenix, Arizona  85004-2553
602.257.7448 (direct) | 602.254.4878 (fax)
rstultz@gustlaw.com | gustlaw.com | bio



IMPORTANT & CONFIDENTIAL: This message is from the law firm of Gust Rosenfeld P.L.C. and is for the intended
recipient only. This message (including any attachment) is privileged and confidential information exempt from
disclosure under applicable law.

If you are not the intended recipient, any copying, use or distribution is prohibited. If you have received this
message by mistake, please notify the sender by reply e-mail and then delete this message. Thank you.

**From:** Southwest Airlines [mailto:southwestairlines@ifly.southwest.com]
**Sent:** Tuesday, April 18, 2023 12:23 PM
**To:** Robert Stultz <rstultz@gustlaw.com>
**Subject:** [EXTERNAL]You're going to San Francisco on 04/20 (22VRYW)!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe.





**Hi Robert,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

APRIL 20 - APRIL 21

# PHX  SFO

Phoenix to San Francisco

Confirmation # **22VRYW**

Confirmation date: 04/18/2023

| | |
|---|---|
| **PASSENGER** | **Robert Stultz** |
| RAPID REWARDS # | 20642457334 |
| TICKET # | 5262444765400 |
| EST. POINTS EARNED | 7,315 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:**  Thursday, 04/20/2023    Est. Travel Time: **2h 5m**    Business Select®

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| **FLIGHT # 1407** | **PHX 08:30**AM | | **SFO 10:35**AM |
| | Phoenix | | San Francisco |

**Flight 2:**  Friday, 04/21/2023    Est. Travel Time: **1h 50m**    Business Select®

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| **FLIGHT # 3884** | **SFO 06:10**PM | | **PHX 08:00**PM |
| | San Francisco | | Phoenix |

# Payment information

| Total cost | | |
|---|---|---|
| **Air - 22VRYW** | | |
| Base Fare | $ | 609.45 |
| U.S. Transportation Tax | $ | 45.71 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 9.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **684.96** |

**Payment**

███████████  Date: April 18, 2023

**Payment Amount: $684.96**

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number is: 5262444765400

# All your perks, all in one place. (Plus a few reminders.)



**Business Select® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and A1-A15 priority boarding. If you need to cancel your flight, no worries, Business Select fares are refundable.[8] Learn more.

Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly you through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a transferable flight credit.[6]

## Prepare for takeoff

Use our app to make changes to your trip, get a boarding pass, & more.

Get it on Google Play



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Francisco.

Book hotel >

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262444765400: NONTRANSFERABLE -BG WN PHX WN SFO317.28WN PHX292.17USD609.45END ZP PHX4.80SFO4.80 XF
PHX4.5SFO4.5

BLN0W8M
BLN0W8N

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.**Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select award travel reservation: The points used for booking will continue to be redeposited to the purchaser's Rapid Rewards account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?          Connect with us

**Contact us**

Customer service | FAQs                    Get the mobile app

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

[1] Flight credits unexpired on or created on or after July 28, 2022 do not expire. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date.

[2] First and second checked bags. Weight and size limits apply.

[3] Fare difference may apply.

[4] Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

[8] Refundable to your original form of payment, as long as you cancel your reservation at least ten (10) minutes prior to the original scheduled departure time of your flight.

[9] This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2023 Southwest Airlines Co. All Rights Reserved.

| | |
|---|---|
| **From:** | RCS |
| **To:** | Melody Kern |
| **Subject:** | [EXTERNAL]Fwd: Hertz Receipt |
| **Date:** | Friday, September 29, 2023 10:59:52 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is the car rental receipt for Dr. Horton's deposition.

---------- Forwarded message ---------
From: **Hertz** <HertzNoReply@rentals.hertz.com>
Date: Fri, Apr 21, 2023 at 5:05 PM
Subject: Hertz Receipt
To: <bobstultz@gmail.com>

Here's Your Hertz Rental Car Receipt.                                        VIEW ONLINE


**Hertz ®**

## We're here to get you there.

We're here to get you there.



## Your Receipt

VIEW RECEIPT

| | # | 01  MR | **RR** | |
|---|---|---|---|---|
| | | | RES |  |

ROBERT STULTZ

INITIAL CHARGES

| RENT RT | $ | 142.12/ DAY | @ | | 2/ DAYS | $ | 284.24 |
|---|---|---|---|---|---|---|---|

| SUBTOTAL | | | | | | | T $ | 284.24 |
|---|---|---|---|---|---|---|---|---|

## CHARGES ADDED DURING RENTAL

| LDW | ACCEPTED @ $ | | | 25.00 | DAY | | $ | 50.00 |
|---|---|---|---|---|---|---|---|---|
| LIS | DECLINED | | | | | | | |
| PAI, PEC | DECLINED | | | | | | | |
| PREM RD SVC | DECLINED | | | | | | | |
| FUEL & SERVICE | $ | 11.71 | GALLON / TANK CAP | | 15.8 | | F $ | 46.25 |
| * ADDITIONAL CHARGES | | | | | | | | |

## SERVICE CHARGES/TAXES

| CONCESSION FEE RECOVERY | | | | 11.11 % | | | T $ | 42.78 |
|---|---|---|---|---|---|---|---|---|
| CA TOURISM ASSESSMENT | | | | 3.50 % | | | $ | 9.95 |
| TRANS & FACI | | | | | | | $ | 16.00 |
| Vehicle License Fee | | Accepted | | @ $ | 2.24 | per day | T $ | 4.48 |
| Cust Facility Charge | | Accepted | | | | | $ | 10.00 |
| TAX 1 | 11.875% | | ON TAXABLE TTL OF $ | | 377.75 | | $ | 39.36 |
| TAX 2 | 4.375% | | ON TAXABLE TTL OF $ | | 46.25 | | $ | 2.02 |

## TOTAL AMOUNT DUE

| | | | | | | $ | 505.08 |
|---|---|---|---|---|---|---|---|

CHARGED ON ████████              ████████████
FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

| VEHICLE: | 01298/737683323SIR MALIBU FW S |
|---|---|
| LICENSE: | CA9EOG094 |
| FUEL: | NOT FULL8/8 OUT6/8 IN |
| MILEAGE IN:   2282 | TR-X MILES: |
| MILEAGE OUT:   2227 | MILES ALLOWED: |
| MILES DRIVEN:   55 | MILES CHARGED: |
| CDP: | 00099 |
| RENTED: | SAN FRANCISCO INTL AP |
| RENTAL: | 04/20/2311:51 |
| RETURN: | 04/21/2317:01 |
| RETURNED: | SAN FRANCISCO INTL AP |
| COMPLETED BY: | 6288/CASFO15 |
| PLAN IN:   RXHD2 | RATE CLASS:       F |
| PLAN OUT: | RXHD2 |

www.Hertz.com



Hertz Car Sales

Reservations   |   Contact Us   |   FAQs   |   Privacy Policy

This electronic-mail message contains confidential information intended only for the use of the individual or
entity named. If the reader of this message is not the intended recipient, the reader is hereby notified that
any dissemination, distribution, copying or other use of this message is strictly prohibited and is hereby
instructed to return or destroy this copy of this message.

® Reg. U.S. Pat. Off. ©2022 The Hertz Corporation. All rights reserved.

5601 Northwest Expressway, Oklahoma City, OK 73132 U.S.A.



**Courtyard by Marriott®**

1050 Van Ness Avenue, San Francisco, CA 94109 **P** 415.673.4711
**Marriott.com/SFOVN**

| | |
|---|---|
| Robert Stultz | Room: 318 |
| 39745 N. Wisdom Way | Room Type: EKNG |
| Anthem AZ 85086 | Number of Guests: 2 |
| | Rate: $239.00   Clerk: MZB |
| Arrive: 20Apr23   Time: 12:38PM   Depart: 21Apr23 | Time: 08:52AM   Folio |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 20Apr23 | Market Packaged Food | 3.67 | |
| 20Apr23 | Sales Tax | 0.32 | |
| 20Apr23 | Calif/Local Tourism Fee | 0.01 | |
| 20Apr23 | Room Charge | 239.00 | |
| 20Apr23 | Occupancy Tax | 33.46 | |
| 20Apr23 | BDA Tax | 5.38 | |
| 20Apr23 | CA Tourism Tax | 0.47 | |
| 20Apr23 | Healthy SF Fee | 2.25 | |
| 20Apr23 | Healthy SF Fee/TDA/Occupancy | 0.37 | |
| 20Apr23 | Guest Self Parking | 49.00 | |
| 20Apr23 | Parking Tax | 6.86 | |
| 20Apr23 | Calif/Local Tourism Fee | 0.10 | |
| 21Apr23 | Visa | | 340.89 |

Card #:
*Card Type: VISA Card Entry: CHIP Approval Code: 193582 App Label:*
*VISA DEBIT AID: A0000000031010*

**BALANCE:**   **0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

| From: | Robert Stultz |
|---|---|
| To: | Melody Kern |
| Subject: | FW: [EXTERNAL]You"re going to Las Vegas on 08/16 (32J5MS)! |
| Date: | Wednesday, August 23, 2023 5:20:51 PM |

**From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
**Sent:** Tuesday, August 15, 2023 3:06 PM
**To:** Robert Stultz <rstultz@gustlaw.com>
**Subject:** [EXTERNAL]You're going to Las Vegas on 08/16 (32J5MS)!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

**Manage Flight** | **Flight Status** | **My Account**



## Hi Robert,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**AUGUST 16 - AUGUST 18**

# PHX  LAS

Phoenix to Las Vegas

Confirmation # **32J5MS**                    Confirmation date: 08/15/2023

| PASSENGER | **Robert Stultz** |
|---|---|
| RAPID REWARDS # | ▮▮▮▮▮ |
| TICKET # | 5262490722183 |
| EST. POINTS EARNED | 6,344 |

Rapid Rewards® points are only estimations.



## Your itinerary

**Flight 1:** Wednesday, 08/16/2023   Est. Travel Time: **1h 10m**   Business Select®

|  | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 0866 | **PHX 03:30**PM Phoenix | **LAS 04:40**PM Las Vegas |

**Flight 2:** Friday, 08/18/2023   Est. Travel Time: **1h 10m**   Business Select®

|  | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 2394 | **LAS 09:30**AM Las Vegas | **PHX 10:40**AM Phoenix |

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 32J5MS** | | |
| Base Fare | $ | 528.52 |
| U.S. Transportation Tax | $ | 39.64 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 9.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **597.96** |

**Payment**

████████████
Date: August 15, 2023

**Payment Amount: $597.96**

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number is: 5262490722183

## All your perks, all in one place. (Plus a few reminders.)

**Business Select® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and A1-A15 priority boarding. If you need to cancel your flight, no worries, Business Select fares are refundable.[8] Learn more.

Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your

6

reservation in time, you'll receive a transferable flight credit.

# Prepare for takeoff



## Use our app to make changes to your trip, get a boarding pass, & more.

### Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in Las Vegas.

**Book hotel >**

### Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

**Prepare now >**

5262490722183: NONTRANSFERABLE -BG WN PHX WN LAS264.26WN PHX264.26USD528.52END ZP PHX4.80LAS4.80 XF PHX4.5LAS4.5

BLN0K8I
BLN0K8I

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled

reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?

## Connect with us

**Contact us**

Customer service | FAQs

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer is valid through December 31, 2023 11:59:59 p.m. CST. Rapid Rewards® Member will save up to 45% when the Member purchases the minimum amount of Rapid Rewards points specified on the landing page once the Member logs in to their account. A valid credit card is required to purchase points. A minimum points purchase threshold must be met on a per-transaction basis in order to qualify for the discount. Points can be purchased in blocks of 1,000 and a daily maximum of 60,000 points can be purchased by a Member with no annual maximum. Transactions are nonrefundable and non-reversible. Offer is only valid for Member receiving this email and by clicking on the link within this email. Gifted and transferred point transactions are not included in this promotion. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass® qualification. Prices are in U.S. dollars and include all applicable taxes. Prices for the purchase of points are only valid while a Member is currently logged in to **Southwest.com**® and such prices are subject to change. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

[1] Flight credits unexpired on or created on or after July 28, 2022 do not expire. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date.

[2] First and second checked bags. Weight and size limits apply.

[3] Fare difference may apply.

[4] Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

[8] Refundable to your original form of payment, as long as you cancel your reservation at least ten (10) minutes prior to the original scheduled departure time of your flight.

[9] This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2023 Southwest Airlines Co. All Rights Reserved.

**Las Vegas Marriott**

325 Convention Center Drive

Las Vegas, NV 89109 US

+1 702-650-2000

## Summary of Charges

| Guest Information | ROBERT STULTZ 39745 N. WISDOM WAY ANTHEM, AZ 85086 US | Dates of Stay | 08/16/2023 - 08/18/2023 |
|---|---|---|---|
| | | Room number | 1011 |
| | | Guest number | 19396 |
| | | Member Number | ●●●●●● |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08/16/2023 | TELECOMM | FREEHSIA | 0.00 | |
| 08/16/2023 | GIFTSHOP | 7185 | 7.78 | |
| 08/16/2023 | ROOM | 1011, 1 | 224.00 | |
| 08/16/2023 | TAX | 1011, 1 | 29.97 | |
| 08/16/2023 | PARKING | 08/16/23 | 25.00 | |
| 08/17/2023 | ROOM SVC | 2989 | 42.74 | |
| 08/17/2023 | GIFTSHOP | 7246 | 3.99 | |
| 08/17/2023 | ROOM | 1011, 1 | 195.00 | |
| 08/17/2023 | TAX | 1011, 1 | 26.09 | |
| 08/17/2023 | TELECOMM | FREEHSIA | 0.00 | |
| 08/17/2023 | PARKING | 08/17/23 | 25.00 | |
| 08/18/2023 | CCARD-VS | ROOM C/O | | 579.57 |
| **Total balance** | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our <u>Privacy Statement.</u>

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 702-650-2000

| From: | RCS |
|---|---|
| To: | Melody Kern |
| Subject: | [EXTERNAL]Fwd: Budget Rent A Car: Reservation Reminder: Reservation #36677161US3 at LAS |
| Date: | Wednesday, October 4, 2023 4:33:14 PM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ---------
From: **Budget** <budget@e.budget.com>
Date: Wed, Aug 16, 2023 at 4:11 PM
Subject: Budget Rent A Car: Reservation Reminder: Reservation #36677161US3 at LAS
To: <BOBSTULTZ@gmail.com>





**Identity Verification Requirements**

Budget does not accept digital driver's licenses for rental. Please bring a hard copy of your driver's license at the time of rental.

Please note: A secondary form of identification may be required when picking up your vehicle. Acceptable forms of identification include passports and state-issued photo ID cards.



## ROBERT, you're all set to go. Thank you for choosing Budget.

**Pick up:**
Wed Aug 16, 2023 at 05:00 PM

**Drop off:**
Fri Aug 18, 2023 at 05:00 PM

**Your Confirmation Number:**
**36677161US3**

Modify/Cancel/Refund This Reservation

**Your Car**



Volkswagen Jetta or similar
Mileage: Unlimited free miles
Automatic Transmission

| Estimated Total: | $261.29 |
| Amount Prepaid: | USD$261.29 |
| --- | --- |
| Base Rate: | $138.15 |
| Rental Options: | $0.00 |
| Protections/Coverages: | $60.80 |
| Surcharges/Fees: | $50.77 |
| Concession Recovery Fee (10%): | $20.20 |
| County Surcharge 2.00%: | $2.76 |
| Customer Facility Charge 5.50/day: | $11.00 |
| Government Services Fee 10.00%: | $13.81 |
| Vehicle License Recoupment Fee 1.50/day: | $3.00 |
| Taxes: | $ 11.57 |

View complete summary of charges

**Additional Fees May Apply If Changes Are Made To Your Return Date, Time And/Or Location.**

## Location Information

### Pick Up Location

Harry Reid Intl Airport,LAS
7135 Gilespie Street,
Las Vegas, NV 89119 US
702-736-1212
Sun - Sat open 24 hrs

### Drop Off Location

Harry Reid Intl Airport,LAS
7135 Gilespie Street,
Las Vegas, NV 89119 US
702-736-1212
Sun - Sat open 24 hrs

## Helpful Tips

- If you need to cancel 24 hours prior to the scheduled pick-up time, we will refund the full prepaid amount, less a $50.00 USD processing fee. If you do not cancel your reservation within 24 hours of the scheduled pick-up time, a refund of the full prepaid amount, less a fee of $150.00 USD, will be charged. If you fail to pick up the car, entire prepaid amount will be forfeited.
- Please bring your valid driver's license when you pick up the vehicle. If your driver's license is not issued in the US, then you must present your passport in addition to your driver's license.
- A credit card is required in order to pick up the vehicle. Budget accepts most major credit cards. At the time of the rental, we will request a minimum authorization (hold) or the estimated charges, whichever is greater, on your credit card. Please click here for full details: View full terms & conditions
- **Please note: At the time of rental, there will be a hold amount of up to $300 USD for credit and debit cards**
- If you are planning to use a debit card, please read our debit card terms and conditions for more information about the use of these types of cards. When using debit cards at airport locations, proof of a return flight that coincides with the rental must be shown. Some Avis locations do not accept debit cards at the time of rental for any vehicle including locations in the Northern/Central NJ area, Hartford, CT area, Philadelphia area, as well as other locations across the country. Debit cards are accepted at all NY locations.
- If during your rental you connect or pair your mobile device with the car (for instance via Bluetooth® or USB port), please unpair your device and delete any personal data stored on the car's infotainment system upon returning the car.
- Modify/Cancel/Refund This Reservation
- View full terms & conditions



**Happy renting with Budget? Buy with Avis!**
**www.aviscarsales.com/budget-car-sales**

Your privacy is important to us. Read our Privacy Statement.

Budget | 6 Sylvan Way | Parsippany, NJ 07054

Copyright © 2023 Budget Rent A Car System, Inc.
Thank you for not smoking. Budget maintains a 100% smoke-free fleet.

**PHOENIX SKY HARBOR INTERNATIONAL AIRPORT PARKING RECEIPT**
FOR INFORMATION REGARDING PARKING CALL (602) 273-4545
Visit us at skyharbor.com/parking

from   08/16/23 14:31:00
to:    08/18/23 11:20
Amount to pay:        60.00   $

Visa
xxxx xxxx xxxx 5621

Parking at
Airport



**EXPENSE REPORT**

The firm asks that any attorney expecting to spend monies in excess of the following limits receive PRIOR approval from the Section Leader and the Executive Committee at least 3 days in advance. Attach their approval with submission of this form.

●Lunch with Clients: $25/person      ●Activity or Event with Clients: $75/person
●Dinner with Clients: $75/person     ●Golf (Green Fees): $100/person
●Business Gifts: $25/person          ●Networking Activity: $100

### Billable to Client 1311-01-001

| Receipt Date | Client Name | Client Matter No. | Details of Expense | Amount |
|---|---|---|---|---|
| 10/21/2022 | Phoenix Children's Hospital | 030720-00002 | Book - The Sherlock Effect | $43.39 |
| | | | | |
| | | | | $      - |
| | | | **Billable to Client Total** | **$43.39** |

### Mileage 8300-XX-001

| Receipt Date | Company Name on Receipt | Reason for Trip | Miles Driven | Amount |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | **Mileage Total** | **$0.00** |

### Non Billable Travel Expenses 8300-XX-001

| Receipt Date | Company Name on Receipt | Details (i.e., hotel, transport, airfare) | Amount |
|---|---|---|---|
| | | | $ |
| | | | $      - |
| | | | $      - |
| | | **Non-Billable Travel Expenses Total** | **$0.00** |

### Seminars & Conferences 8200-XX-001

| Receipt Date | Company Name on Receipt | Details (i.e., hotel, transport, airfare) | Amount |
|---|---|---|---|
| | | | $      - |
| | | | $      - |
| | | | $      - |
| | | | $      - |
| | | **Seminars & Conferences** | **$0.00** |

### Client Meals & Entertainment 8600-XX-001

| Receipt Date | Company Name on Receipt | Details (i.e., restaurant, attendees) | Amount |
|---|---|---|---|
| | | | $      - |
| | | | $      - |
| | | | $      - |
| | | **Meals & Entertainment Total** | **$0.00** |

### Other (firm expense, meals & entertainment, sponsorships, etc.)

| Receipt Date | Company Name on Receipt | Details | Amount |
|---|---|---|---|
| | | | $      - |
| | | | $      - |
| | | | $ |
| | | **Other** | **$0.00** |

Prepare this report monthly and submit it to your supervisor for approval. Attach original receipts. Denote personal expenses on receipt, do not include on this report.

**Grand Total**   **$43.39**

Kari B. Zangerle
_____          _____          10/21/2022
Employee Name                    Employee Signature               Date Employee Signed

_____          _____          _____
Supervisor Name                  Supervisor Signature             Date Supervisor Signed

**Melody Kern**

**Subject:**                    FW: Book ordered for Sankey. Change to file for my reimbursement

**From:** Kari Zangerle
**Sent:** Monday, October 31, 2022 12:53 AM
**To:** Melody Kern <mkern@gustlaw.com>
**Subject:** Book ordered for Sankey. Change to file for my reimbursement



Kari
Sent from my iPhone

1