

GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Kari B. Zangerle
Campbell Yost Clare & Norell PC
3101 N Central Avenue
Suite 1200
Phoenix, AZ 85012

## *Invoice #4536*

| Date | Terms |
|------|-------|
| 01/28/2022 | Net 30 |

**Job #21114465 on 01/14/2022**

**Case:** Duvall v. Arizona Department of Child Safety

**Shipped On:** 01/27/2022
**Shipped Via:** Electronic Delivery
**Reporter:** Linda Blackmon; Videodep, Inc.

| Description | Price | Amount |
|-------------|-------|--------|
| Copy Transcript of Honor Duvall | | |
| Transcript - Copy - Video (356 Pages) | $ 3.40 | $ 1,210.40 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibits (Scanned B&W) (40 Pages) | $ 0.40 | $ 16.00 |
| Assembly and Handling | $ 20.00 | $ 20.00 |
| | | $ 1,271.40 |

| | |
|---|---|
| Amount Due: | $ 1,271.40 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,271.40 |
|--------------|------------|
| Payment Due: | 02/27/2022 |

**Griffin Group International Reporters and Captioners**
**RRF No. R1005**
**3200 East Camelback Road, Suite 177**
**Phoenix, Arizona 85018**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Kari B. Zangerle
Campbell Yost Clare & Norell PC
3101 N Central Avenue
Suite 1200
Phoenix, AZ 85012

## *Invoice #4621*

| Date | Terms |
|------|-------|
| 02/03/2022 | Net 30 |

**Job #21114466 on 01/12/2022**

**Case:** Duvall v. Arizona Department of Child Safety

**Shipped On:** 02/02/2022
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Linda Blackmon; Videodep, Inc.

| Description | Price | | Amount |
|-------------|-------|---|--------|
| Copy Transcript of Donald Sankey Jr. | | | |
| Transcript - Copy - Video (402 Pages) | $ 3.40 | | $ 1,366.80 |
| E-Tran/E-File | $ 25.00 | | $ 25.00 |
| Exhibits (Scanned B&W) (216 Pages) | $ 0.40 | | $ 86.40 |
| Assembly and Handling | $ 20.00 | | $ 20.00 |
| | | | $ 1,498.20 |

| | |
|---|---|
| Amount Due: | $ 1,498.20 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,498.20 |
|--------------|------------|
| Payment Due: | 03/05/2022 |

Tax ID No. 74-3158557
602.264.2230
3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005
All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).

**VideoDep, Inc.**
4802 East Ray Road
Suite 23-47
Phoenix, Arizona 85044
(602) 431-2181

Tax ID 86-0787482

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/9/2022 | 22-6763Da |

| BILL TO |
|---------|
| Kari B. Zangerle, Esq. |
| Campbell Yost Clare & Norell |
| 3101 North Central Avenue |
| Suite 1200 |
| Phoenix, Arizona 85012 |

| SHIP TO |
|---------|
| Emailed |

| TERMS | DUE DATE | REP |
|-------|----------|-----|
| Net 30 | 3/11/2022 | MN |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Honor Duvall vs. Arizona Department of Child Safety, et al. Case No. 21CV00167-PHX-ROS Video Deposition of: Donald Sankey, Jr. Date of Deposition: January 12, 2022 | | | |
| Deposition Media - Mpeg Files | | 320.00 | 320.00 |
| Video/Transcript Synchronization -  (Per Video Hr) | | 360.00 | 360.00 |
| Digital Video Transcript Emailed - 02/09/22 | | | |

INVOICES PAID AFTER THE DUE
DATE ARE SUBJECT TO LATE FEES
OF 2% PER MONTH (24% APR)

For your convenience, we accept all major credit cards.

| Please send your payment to the above address.  Thank you for your business! | **Total** | $680.00 |
|---|---|---|

# INVOICE

1 of 4

## BARTELT | NIX
### COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. | |
|---|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS | |

| Case Name | | |
|---|---|---|
| Sankey/Duvall vs. Phoenix Children's Hospital | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | | | | | |
|---|---|---|---|---|---|
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001580 - 2019_03_11_08_34_10 - 11 pages | | | | | 48.40 |
| Reporting Service | 4.00 | Hours | @ | 60.000 | 240.00 |
| Electronic Production (orig) | 1.00 | | @ | 45.000 | 45.00 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001581 - 2019_03_14_13_29_55 - 14 pages | | | | | 61.60 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001582 - 2019_03_15_08_17_31 - 7 pages | | | | | 30.80 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001583 - after leak - 10 pages | | | | | 44.00 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001584 - antibiotic - 6 pages | | | | | 26.40 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001585 - audio DDuvall, Coffman and Dietzman - 15 pages | | | | | 66.00 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001586 - ben part 1_2 - 27 pages | | | | | 118.80 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001587 - ben recording - 4 pages | | | | | 17.60 |
| TRANSCRIPTION OF: | | | | | |
| DUVALL_001588 - Clint Morgan - 8 pages | | | | | 35.20 |

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| Job No. | : 92380 | BU ID | : Bart|Nix |
|---|---|---|---|
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |
| Invoice No. | : 105010 | Invoice Date | : 6/30/2022 |

**Total Due** : **$2,102.20**

### PAYMENT WITH CREDIT CARD

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **BARTELT | NIX REPORTING**
**T: 602.254.4111**
**3101 North Central Avenue, Suite 290**
**Phoenix, AZ 85012**

# INVOICE

2 of 4

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. |
|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

## BARTELT | NIX
### COURT REPORTERS

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

---

TRANSCRIPTION OF:
    DUVALL_001589 - DCS at moms house - 49 pages            215.60
TRANSCRIPTION OF:
    DUVALL_001590 - DCS - 21 pages            92.40
TRANSCRIPTION OF:
    DUVALL_001591 - dr Bragg 2 - 10 pages            44.00
TRANSCRIPTION OF:
    DUVALL_001592 - dr Bragg after surgery - 23 pages            101.20
TRANSCRIPTION OF:
    DUVALL_001593 - dr Bragg - 18 pages            79.20
TRANSCRIPTION OF:
    DUVALL_001594 - genetics - 18 pages            79.20
TRANSCRIPTION OF:
    DUVALL_001595 - last opthalmology - 7 pages            30.80
TRANSCRIPTION OF:
    DUVALL_001596 - red head icu dr - 7 pages            30.80
1 COPY OF TRANSCRIPT OF:
    DUVALL_001597 - ronaker day of clamping - 22 pages            96.80
TRANSCRIPTION OF:
    DUVALL_001598 - ronaker MRI results - 14 pages            61.60
TRANSCRIPTION OF:

---

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

Job No.   : 92380         BU ID      : Bart|Nix
Case No.   : 21-CV-00167-PHX-ROS
Case Name  : Sankey/Duvall vs. Phoenix Children's Hospital

Invoice No.  : 105010       Invoice Date : 6/30/2022
**Total Due**  : **$2,102.20**

| PAYMENT WITH CREDIT CARD | MasterCard | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date:         Phone#: | | |
| Billing Address: | | |
| Zip:      Card Security Code: | | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To:  **BARTELT | NIX REPORTING**
        **T: 602.254.4111**
        **3101 North Central Avenue, Suite 290**
        **Phoenix, AZ 85012**

# INVOICE

3 of 4

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. |
|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

**BARTELT | NIX**
**COURT REPORTERS**

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | |
|---|---:|
| DUVALL_001599 - Ronaker neurosurgery - 20 pages | 88.00 |
| TRANSCRIPTION OF: | |
| DUVALL_001600 - ronaker. - 4 pages | 17.60 |
| TRANSCRIPTION OF: | |
| DUVALL_001601 - ronaker - 9 pages | 39.60 |
| TRANSCRIPTION OF: | |
| DUVALL_001602 - ronneker - 12 pages | 52.80 |
| TRANSCRIPTION OF: | |
| DUVALL_001603 - rounds Friday - 9 pages | 39.60 |
| TRANSCRIPTION OF: | |
| DUVALL_001604 - rounds on 8th floor - 12 pages | 52.80 |
| TRANSCRIPTION OF: | |
| DUVALL_001605 - rounds Thursday - 11 pages | 48.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001606 - rounds - 6 pages | 26.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001607 - second opthalmology - 16 pages | 70.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001608 - Thursday pm roneker - 6 pages | 26.40 |
| TRANSCRIPTION OF: | |
| DUVALL_001609 - trauma team - 17 pages | 74.80 |

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| Job No. | : 92380 | BU ID | : Bart|Nix |
|---|---|---|---|
| Case No. | : 21-CV-00167-PHX-ROS | | |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital | | |

Invoice No.  : 105010          Invoice Date : 6/30/2022
**Total Due**  : **$2,102.20**

**PAYMENT WITH CREDIT CARD**          MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **BARTELT | NIX REPORTING**
**T: 602.254.4111**
**3101 North Central Avenue, Suite 290**
**Phoenix, AZ 85012**

# INVOICE

4 of 4



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105010 | 6/30/2022 | 92380 |

| Job Date | Case No. |
|---|---|
| 5/23/2022 | 21-CV-00167-PHX-ROS |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

**TOTAL DUE   >>>**                           **$2,102.20**

THANK YOU FOR YOUR BUSINESS!!          Transcriber:  S. Leard

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
  **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Mary G. Isban, Esq.
CAMPBELL YOST CLARE & NORELL, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012

| | |
|---|---|
| Job No. | : 92380         BU ID         : Bart\|Nix |
| Case No. | : 21-CV-00167-PHX-ROS |
| Case Name | : Sankey/Duvall vs. Phoenix Children's Hospital |
| Invoice No. | : 105010         Invoice Date : 6/30/2022 |
| **Total Due** | : **$2,102.20** |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **BARTELT | NIX REPORTING**
          **T: 602.254.4111**
          **3101 North Central Avenue, Suite 290**
          **Phoenix, AZ 85012**

## CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202610** |
| Invoice Date: | 10/17/2022 |
| Job Number: | 2085 |
| Rebill Printed: | 12/19/2022 |
| **\*\*\* REBILL \*\*\*** | |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Brenda Martinez Gualajara, Volume I
Attendance Date: 09/23/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Brenda Martinez Gualajara, Volume I 157 pages - Copy | 502.40 |
| Exhibits - scanned | 24.00 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 561.40 |

REBILL: According to our records, our office has not yet received payment on this invoice. Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** **202617**
Invoice Date: 10/17/2022
Job Number: 2086
Rebill Printed: 12/19/2022
**\*\*\* REBILL \*\*\***

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Jeffrey Duncan
Attendance Date: 09/29/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Expedited Deposition Transcript of Jeffrey Duncan, 310 pages - Copy | 1457.00 |
| Exhibits - scanned | 35.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1527.40 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

## CARRIE·REPORTING LLC
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202650** |
| Invoice Date: | 10/31/2022 |
| Job Number: | 2072 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Brendan Cassidy, M.D.
Attendance Date: 10/05/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Brendan Cassidy, M.D. expert and/or technical, 323 pages - Copy | 1195.10 |
| Exhibits - scanned | 15.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1246.00 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HD Reporting, LLC**
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
production@hdreporting.com

Kari B. Zangerle
Gust Rosenfeld P.L.C.
One East Washington St.
Suite 1600
Phoenix, AZ

### *Invoice #2247*

| Date | Terms |
|------|-------|
| 11/29/2022 | Due on receipt |

| Job #2284 on 11/14/2022 |
|---|

**Case:** Duvall vs. Arizona Department of Child Safety    **Personnel:** Davidson, Dana; Westra, Haley Dawn

| Description | Price | | Amount |
|---|---|---|---|
| **Original Transcript of Todd Allen Lefkowitz, MD, FAAO** | | | |
| Copy (Med/Tech)(Videotaped) (253 Pages) | $ 4.00 | | $ 1,012.00 |
| Exhibits (51 Pages) | $ 0.60 | | $ 30.60 |
| Production | $ 30.00 | | $ 30.00 |
| Rough Draft (253 Pages) | $ 1.50 | | $ 379.50 |
| | | | $ 1,452.10 |

Amount Due:    $ 1,452.10
Paid:    $ 0.00

| Balance Due: | $ 1,452.10 |
|---|---|
| Payment Due: | Upon Receipt |

**Thank you for using HD Reporting!**

**HD Reporing is aware that invoices may be passed onto clients for payment.  Please note that ultimate responsibility for invoice payment is to the attorney named on the invoice.**

**If you would like to pay ia check, please remit to:**
**HD Reporting, LLC**
**3101 West Thomas Road, Suite 107**
**Phoenix, AZ  85017**

*Invoice #2247*

EIN:  81-1135452

# CARRIE•REPORTING LLC
## CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:**   **202718**
Invoice Date:   12/05/2022
Job Number:   2147

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): William Wood, M.D.
Attendance Date: 11/18/2022, 10:00 a.m.
Reporter: Cindy Mahoney

| Description | Amount |
|---|---|
| Deposition Transcript of William Wood, M.D. expert and/or technical, 338 pages - Copy | 1250.60 |
| Exhibits - scanned | 50.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1336.00 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING llc
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202734** |
| Invoice Date: | 12/12/2022 |
| Job Number: | 2101 |

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Heather Gosnell, MD
Attendance Date: 11/01/2022, 11:30 a.m.
Reporter: Sabrina Sterenfeld

| Description | Amount |
|---|---|
| Deposition Transcript of Heather Gosnell, MD expert and/or technical, 247 pages - Copy | 913.90 |
| Rough Draft (Final transcript must be ordered) | 370.50 |
| Exhibits - scanned | 10.50 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1329.90 |

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

## CARRIE·REPORTING LLC
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202606** |
| Invoice Date: | 10/17/2022 |
| Job Number: | 2084 |
| Rebill Printed: | 12/19/2022 |
| **\*\*\* REBILL \*\*\*** | |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Fernando Araiza
Attendance Date: 09/21/2022, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Fernando Araiza,183 pages - Copy | 585.60 |
| Exhibits - scanned | 96.60 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 717.20 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE·REPORTING LLC
## CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

| | |
|---|---|
| **Invoice Number:** | **202776** |
| Invoice Date: | 12/19/2022 |
| Job Number: | 2148 |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Patrick Hangge, M.D.
Attendance Date: 11/30/2022, 1:00 p.m.
Reporter: Cindy Mahoney

| Description | Amount |
|---|---|
| Deposition Transcript of Patrick Hangge, M.D. expert and/or technical, 185 pages - Copy | 684.50 |
| Exhibits - scanned | 25.20 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 744.70 |

---

### We Appreciate Your Business!

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

## CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ 85004

| | |
|---|---|
| **Invoice Number:** | **202714** |
| Invoice Date: | 12/05/2022 |
| Job Number: | 2144 |
| Rebill Printed: | 01/17/2023 |
| **\*\*\* REBILL \*\*\*** | |

In Re:   Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Kathleen Outcalt, D.O.
Attendance Date: 11/09/2022, 1:00 p.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Kathleen Outcalt, D.O. expert and/or technical, 153 pages - Copy | 566.10 |
| Rough Draft (Final transcript must be ordered) | 229.50 |
| Exhibits - scanned | 12.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 843.50 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.