# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 202801
Invoice Date: 01/09/2023
Job Number: 2155

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Anthony J. Pickett, M.D.
Attendance Date: 12/05/2022, 1:00 p.m.
Reporter: Michaela H. Davis

| Description | Amount |
| --- | --- |
| Deposition Transcript of Anthony J. Pickett, M.D., 157 pages - Copy | 502.40 |
| Exhibits - scanned | 11.70 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 549.10 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HD Reporting, LLC**
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
production@hdreporting.com

Kari B. Zangerle
Gust Rosenfeld P.L.C.
One East Washington St.
Suite 1600
Phoenix, AZ

# Invoice #2192

| Date | Terms |
|---|---|
| 10/10/2022 | Due on receipt |

### Job #2238 on 09/26/2022

**Case:** Duvall vs. Arizona Department of Child Safety    **Personnel:** Westra, Haley Dawn

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Jordan Robb Oland, MD** | | |
| Original + 1 Copy (Med/Tech) (135 Pages) | $ 4.75 | $ 641.25 |
| Exhibits (500 pages or more) (450 Pages) | $ 0.30 | $ 135.00 |
| Hourly (3 Hours) | $ 55.00 | $ 165.00 |
| Production | $ 30.00 | $ 30.00 |
| Delivery of Original | $ 25.00 | $ 25.00 |
| | | $ 996.25 |
| | Amount Due: | $ 996.25 |
| | Paid: | $ 0.00 |

| Balance Due: | $ 996.25 |
|---|---|
| Payment Due: | Upon Receipt |

Thank you for using HD Reporting!

HD Reporting is aware that invoices may be passed onto clients for payment. Please note that ultimate responsibility for invoice payment is to the attorney named on the invoice.

If you would like to pay via check, please remit to:
HD Reporting, LLC
3101 West Thomas Road, Suite 107
Phoenix, AZ  85017

*Invoice #2192*

EIN: 81-1135452



**HD Reporting, LLC**
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
production@hdreporting.com

Kari B. Zangerle
Gust Rosenfeld P.L.C.
One East Washington St.
Suite 1600
Phoenix, AZ

# Invoice #2257

| Date | Terms |
|---|---|
| 12/02/2022 | Due on receipt |

### Job #2283 on 11/10/2022

**Case:** Duvall vs. Arizona Department of Child Safety    **Personnel:** Rexroat, Kelly

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Gary Berebitsky, MD** | | |
| Copy (Med/Tech) (56 Pages) | $ 3.75 | $ 210.00 |
| Exhibits (6 Pages) | $ 0.60 | $ 3.60 |
| Production | $ 30.00 | $ 30.00 |
| | | $ 243.60 |

|  |  |
|---|---|
| Amount Due: | $ 243.60 |
| Paid: | $ 0.00 |
| **Balance Due:** | $ 243.60 |
| **Payment Due:** | Upon Receipt |

Thank you for using HD Reporting!

HD Reporing is aware that invoices may be passed onto clients for payment. Please note that ultimate responsibility for invoice payment is to the attorney named on the invoice.

If you would like to pay ia check, please remit to:
HD Reporting, LLC
3101 West Thomas Road, Suite 107
Phoenix, AZ  85017

EIN: 81-1135452



# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106268 | 12/7/2022 | 93435 |
| **Job Date** | **Case No.** | |
| 11/4/2022 | 21-CV-00167-PHX-ROS | |
| **Case Name** | | |
| Sankey/Duvall vs. Phoenix Children's Hospital | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

ORIGINAL AND ONE COPY OF TRANSCRIPT:
    Thomas W. Young, M.D. - 312 pages

| | | | | | |
|---|---:|---|---|---:|---:|
| Reporting Service | 8.50 | Hours | @ | 75.000 | 637.50 |
| Original - Medical or Technical & Videotaped | 312.00 | Pages | @ | 5.150 | 1,606.80 |
| Exhibits Printed | 1594.00 | Pages | @ | 0.200 | 318.80 |
| Exhibits Printed - Color | 140.00 | Pages | @ | 0.200 | 28.00 |
| Exhibits via cloud storage | 1.00 | | @ | 15.000 | 15.00 |
| Electronic Production  (orig) | 1.00 | | @ | 75.000 | 75.00 |

TOTAL DUE  >>>          $2,681.10

THANK YOU FOR YOUR BUSINESS!!          Reporter:   K. Schmalz

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
 **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

---

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

Job No.      : 93435            BU ID      : Bart|Nix
Case No.    : 21-CV-00167-PHX-ROS
Case Name : Sankey/Duvall vs. Phoenix Children's Hospital

Invoice No.  : 106268          Invoice Date : 12/7/2022
**Total Due** : **$2,681.10**

Remit To: **BARTELT | NIX REPORTING**
       **T: 602.254.4111**
       **3101 North Central Avenue, Suite 290**
       **Phoenix, AZ 85012**

| **PAYMENT WITH CREDIT CARD** | MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106283 | 12/7/2022 | 93435 |
| **Job Date** | **Case No.** | |
| 11/4/2022 | 21-CV-00167-PHX-ROS | |

| Case Name |
|---|
| Sankey/Duvall vs. Phoenix Children's Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

VIDEOGRAPHY OF:
    Thomas W. Young, M.D. - Video

| | | | | |
|---|---|---|---|---|
| Video Service - First Hour | 1.00 Hours | @ | 240.000 | 240.00 |
| Video Service - Additional hours | 7.50 Hours | @ | 140.000 | 1,050.00 |
| **TOTAL DUE   >>>** | | | | **$1,290.00** |

THANK YOU FOR YOUR BUSINESS!!        Videographer:   T. Gonzales

TERMS:  DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.
 **There is a 3% charge for credit card payments.

REGISTERED REPORTING FIRM No. R1028
This invoice complies with the ACJA Section 7-206(F)(3) as set forth in (J)(1)(g)(3) through (6)

---

**Tax ID:** 46-5583999

*Please detach bottom portion and return with payment.*

Kari B. Zangerle, Esq.
GUST ROSENFELD, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

Job No.      : 93435              BU ID       : Bart|Nix
Case No.    : 21-CV-00167-PHX-ROS
Case Name  : Sankey/Duvall vs. Phoenix Children's Hospital

Invoice No.  : 106283          Invoice Date : 12/7/2022
Total Due   : $1,290.00

Remit To: **BARTELT | NIX REPORTING**
    **T: 602.254.4111**
    **3101 North Central Avenue, Suite 290**
    **Phoenix, AZ 85012**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:** 203020
Invoice Date: 04/17/2023
Job Number: 2362

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Chantel Madson
Attendance Date: 03/29/2023, 9:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Chantel Madson, 240 pages - Copy | 768.00 |
| Exhibits - scanned | 71.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 874.40 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:** 203009
Invoice Date: 04/17/2023
Job Number: 2343

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Haley Dietzman
Attendance Date: 03/23/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Haley Dietzman, 264 pages - Copy | 844.80 |
| Rough Draft (Final transcript must be ordered) | 396.00 |
| Exhibits - scanned | 30.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |

Invoice Total: 1306.70

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 202998
Invoice Date: 04/17/2023
Job Number: 2342

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Kathryn A. Coffman, M.D.
Attendance Date: 03/21/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Kathryn A. Coffman, M.D., 249 pages - Copy | 796.80 |
| Rough Draft (Final transcript must be ordered) | 373.50 |
| Exhibits - scanned | 64.20 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1269.50 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** **202985**
Invoice Date: 04/03/2023
Job Number: 2325

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Alyssa Lucero Costello
Attendance Date: 03/15/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Alyssa Lucero Costello, 228 pages - Copy | 729.60 |
| Exhibits - scanned | 50.10 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 814.70 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ  85004

**Invoice Number:** **203052**
Invoice Date: 05/01/2023
Job Number: 2327

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Dorothy Rowe, M.D.
Attendance Date: 04/11/2023, 10:00 a.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---|
| Deposition Transcript of Dorothy Rowe, M.D. expert and/or technical, 148 pages - Copy | 547.60 |
| Rough Draft (Final transcript must be ordered) | 222.00 |
| Exhibits - scanned | 29.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 834.00 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 203045
Invoice Date: 05/01/2023
Job Number: 2365

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Corey J. Rood, M.D.
Attendance Date: 04/06/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Corey J. Rood, M.D. expert and/or technical, 123 pages - Copy | 455.10 |
| Exhibits - scanned | 98.10 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 588.20 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 203049
Invoice Date: 05/01/2023
Job Number: 2366

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Charles Mason Maxfield, M.D.
Attendance Date: 04/07/2023, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Deposition Transcript of Charles Mason Maxfield, M.D. expert and/or technical, 127 pages - Copy | 469.90 |
| Exhibits - scanned | 33.30 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 538.20 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 203092
Invoice Date: 05/15/2023
Job Number: 2380

In Re:  Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Kimberly Pender
Attendance Date: 04/14/2023, 9:00 a.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Kimberly Pender, 186 pages - Copy | 595.20 |
| Exhibits - scanned | 13.80 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 644.00 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Ms. Kari B. Zangerle
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 203086
Invoice Date: 05/15/2023
Job Number: 2385

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Katherine Paige Davenport, M.D.
Attendance Date: 04/20/2023, 10:00 a.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Katherine Paige Davenport, M.D., 131 pages - Copy | 419.20 |
| Exhibits - scanned | 10.80 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 465.00 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 203082
Invoice Date: 05/15/2023
Job Number: 2386

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Jonathan Charles Horton, MD, PhD
Attendance Date: 04/21/2023, 10:00 a.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Jonathan Charles Horton, MD, PhD 171 pages - Copy | 547.20 |
| Exhibits - scanned | 24.00 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 606.20 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 203283
Invoice Date: 08/14/2023
Job Number: 2530

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Gregory McKay
Attendance Date: 07/31/2023, 10:00 a.m.
Reporter: Chris Johnson

| Description | Amount |
|---|---|
| Deposition Transcript of Gregory McKay, 218 pages - Copy | 697.60 |
| Exhibits - scanned | 27.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 760.50 |

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# CARRIE•REPORTING LLC
CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Gust Rosenfeld P.L.C.
ATTN: Mr. Robert Stultz
One East Washington Street
Suite 1600
Phoenix, AZ 85004

**Invoice Number:** 203364
Invoice Date: 09/11/2023
Job Number: 2326
Rebill Printed: 11/20/2023
**\*\*\* REBILL \*\*\***

In Re: Duvall vs. Arizona Department of Child Safety, et al.
Case Number: 21-CV-00167-PHX-ROS
Witness(s): Taryn Bragg, M.D.
Attendance Date: 08/17/2023, 1:00 p.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---|
| Deposition Transcript of Taryn Bragg, M.D. expert and/or technical, 182 pages - Copy | 673.40 |
| Exhibits - scanned | 14.40 |
| E-Transcript | 25.00 |
| Processing | 10.00 |

Invoice Total: 722.80

REBILL: According to our records, our office has not yet received payment on this invoice. Please remit payment accordingly.

**PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.