Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO PCH DEFENDANTS' MOTION FOR FEES AND COSTS (DOC. 367, 368)**<br><br>**EXPEDITED REQUEST**<br><br>(Hon. Rosyln O. Silver) |

Plaintiffs, by and through undersigned counsel, submit this Motion to Extend Deadline for Plaintiffs to Respond to PCH Defendants' Motion for Fees and Costs (Doc. 367, 368) and respectfully request an extension of time until 9 September 2024 to file a response.

This matter was initially filed in Arizona state court in November 2020 before the State Defendants[1] removed it to this Court. Following Plaintiffs' settlement with State Defendants, the only remaining Defendants were Phoenix Children's Hospital ("PCH"), Dr. William Wood and spouse, Dr. Kathryn Coffman, Haley Dietzman and spouse (collectively, "PCH" or "PCH Defendants"), and Dr. Brendan Cassidy (collectively with PCH Defendants, "Defendants").[2] Plaintiffs and Defendants all filed motions for summary judgment in September 2023, *see* Doc. 310, 312, 319, a time after this matter had been pending for nearly three years, and during which literally dozens of depositions had been taken, and more than a dozen experts had been retained by the parties, mostly by PCH who engaged at least ten (10) experts. Ten months later, on 18 July 2024, this Court granted Defendants summary judgment and denied Plaintiffs' motion for summary judgment. *See* Doc. 365. Final judgment was entered that same day. Doc. 366. Fourteen days later, on 1 August 2024, PCH Defendants filed a motion for fees and costs and a bill of costs. Doc. 367, 368. Assuming the standard 14-day response time applies, Plaintiffs' response to PCH's motion is due on 15 August 2024.

PCH's motion seeks a whopping $788,972.46 in fees and costs. The motion is supported by more than 400 pages of materials: 411 pages of dense attorney time records and cost and expense details; the rest consisting of miscellaneous (mostly extraneous) materials. Between 1 – 13 August, Plaintiffs' lead counsel was preparing for and taking three depositions, drafting an opening appellate brief in a large commercial matter on appeal in the Arizona Court of Appeals due on 19 August 2024, and preparing for oral arguments on three (3) motions for summary judgment to be heard in Maricopa County Superior Court on 30 August 2024, amidst many other tasks attendant to the daily practice of law. This morning, 14 August 2024, Plaintiffs' counsel learned that his last surviving

---

[1] Plaintiffs settled all their claims against the State Defendants in 2023. *See* Doc. 292, 362, 363.

[2] In or around September 2021, Plaintiffs voluntarily dismissed Defendants Zachary Dion and spouse, Carey Lewis and spouse, and the Unidentified PCH Social Worker. *See* Doc. 303, 307.

2

maternal uncle, to which he was closest, passed away, and that wake and funeral services will be held in Orange County, California, on 20 August 2024. Moreover, going forward between 14 – 30 August, counsel has four other depositions on calendar, the opening appellate brief previously mentioned, and the MSJ oral arguments previously mentioned. Counsel arranged for the assistance of another attorney in drafting the response. While that attorney has agreed to do so, he is on a humanitarian mission in Zambia, on the African continent. While there is no perceived danger of political strife in Zambia, its power grid is supplied by hydropower and the country is experiencing its worst draught in twenty-five (25) years; thus, power or Internet outages are a possibility and might hamper communication between Zambia and Arizona. Drafting counsel returns to Arizona on or around 4 September 2024.

Given the extremely burdensome standard for defendants to prevail on a section 1988 claim for fees,[3] on 13 August 2024, Plaintiffs asked PCH to withdraw its motion, which PCH predictably refused to do. Alternatively, given the facts, schedules, and events noted in the preceding paragraph, Plaintiffs asked PCH to stipulate to a 30-day extension for a response to be filed on or before 13 September 2024. PCH refused to so stipulate but did state that they would agree to an extension until 30 August 2024. While Plaintiffs appreciate that courtesy, and told PCH as much, given the schedules and events noted in the preceding paragraph, the 3-years' time covered by PCH's motion, and the 411 pages of dense time and cost records to be carefully gone over, it will be difficult to prepare a fulsome response by 30 August.

Given that this case has been pending for almost four (4) years now, and considering the 10-months necessary to resolve the MSJs, along with the importance of this issue to Plaintiffs and the jaw-dropping amount of fees and costs sought – $788,972.46, an amount that could bankrupt Plaintiffs – a short extension of time for Plaintiffs to prepare a fulsome

---

[3] "A prevailing defendant may recover an attorney's fee only where the suit was vexatious, frivolous, or brought to harass or embarrass the defendant." *Hensley v. Eckerhart*, 461 U.S. 424, 429, n. 2 (1983). PCH cannot satisfy this burden.

3

response to PCH's motion is reasonable and sought in good faith. Thus, Plaintiffs request a reasonable extension until Monday, 9 September 2024 to respond to PCH's bulky motion for fees and costs.

A form of proposed order is submitted herewith for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 14th day of August 2024.

**MILLS + WOODS LAW PLLC**

By  /s/ Thomas A. Connelly
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
    DeeAn Gillespie Strub
    7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

 /s/ Thomas A. Connelly