**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br>　　　　　Defendants. | Case No.: 221-cv-00167-ROS<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Rosyln O. Silver) |

　　　The Court, having received Plaintffs' Motion to Extend Deadline for Plaintiffs to Respond to PCH Defendants' Motion for Costs and Fees, and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their Response up to and including 9 September 2024.

　　　DATED this _____ day of August 2024.