# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Extend Deadline for Plaintiffs to Respond to PCH Defendants' Motion for Fees and Costs (Doc. 369). Good cause appearing,

**IT IS ORDERED** the Motion to Extend Deadline (Doc. 369) is **GRANTED**. Plaintiffs shall have through **September 9, 2024**, to file their response to the PCH Defendants' Motion for Fees and Costs (Doc. 367).

Dated this 15th day of August, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge