Thomas A. Connelly (AZ Bar #019430
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, *et al.*,<br>　　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**AMENDED NOTICE OF APPEAL**<br><br>(Hon. Roslyn O. Silver) |

Pursuant to Federal Rule of Appellate Procedure 4, all Plaintiffs hereby give notice of their appeal to the United States Court of Appeals for the Ninth Circuit from the entry of Judgment in favor of Defendants Phoenix Children's Hospital, Dr. William S. Wood and spouse Rachel Wood, Dr. Kathryn Coffman, Haley Dietzman and spouse Ronald Dietzman (collectively, the "PCH Defendants"), and Defendant Dr. Brendan Cassidy (Doc. 366) (collectively with PCH Defendants, the "Defendants"), pursuant to the district court's order granting the Defendants' motions for summary judgment (Docs. 310, 312) as to Plaintiffs' claims 6, 11, 15, and 16 (Doc. 365) entered on July 17, 2024. All Plaintiffs also appeal from the district court's order (Doc. 365) denying Plaintiffs' motion for partial

summary judgment (Doc. 319), entered on July 17, 2024. All Plaintiffs also appeal from the district court's order (Doc. 365) denying Plaintiffs' *Daubert* motion (Doc. 321, 322) as moot, entered on July 17, 2024. All Plaintiffs also appeal from any pertinent, pre-judgment, non-final orders or rulings subsumed into the final judgment, and any post-judgment award of fees to PCH Defendants.

**RESPECTFULLY SUBMITTED** this 17th day of August 2024.

MILLS + WOODS LAW PLLC

By  */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS, & TAYLOR
DeeAn Gillespie
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*

2