# EXHIBIT C

EXHIBIT 35

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,                )
                                     )
            Plaintiffs,              )
                                     )
                vs.                  )   Case No.
                                     )   21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD          )
SAFETY, et al.,                      )
                                     )
                                     )
            Defendants.              )
_____      )

DEPOSITION OF ALYSSA LUCERO COSTELLO

Phoenix, Arizona
March 15, 2023
9:59 a.m.

Prepared by:                     CARRIE REPORTING, LLC
MICHAELA H. DAVIS                Certified Reporters
Registered Professional Reporter 2415 E. Camelback Road
Certified Realtime Reporter      Suite 700
Certified Realtime Captioner     Phoenix, AZ 85016
Certified LiveNote Reporter      (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

1    A.    That is correct.

2    Q.    And you were not at that appointment at the

3    beginning on the 7th; right?

4    A.    That's correct.

5    Q.    When the parents -- and I should say the mother.

6    It was the mother, the father wasn't present.  But when

7    the mother said, "I don't want to go back to PCH, I want

8    to take my child somewhere else," Dr. Coffman and Haley

9    Dietzman stepped in and said, "You can't do that"; right?

10            MS. STATON:  Object to the form, foundation.

11            MR. STULTZ:  Join.

12            THE WITNESS:  I don't recall if that's --

13    those two specific individuals are who told Honor and the

14    family that.

15    BY MR. CONNELLY:

16    Q.    But what happened next was that you were

17    contacted by either Dr. Coffman or Haley Dietzman; right?

18    A.    Yes.

19    Q.    Who contacted you?

20    A.    By one of them.

21    Q.    But you don't remember which?

22    A.    I don't recall if it was Dr. Coffman or Haley.

23    Q.    And what -- what did whoever contacted you tell

24    you about what was happening?

25    A.    I was informed that the family was there,

1   briefed on what the situation was, and that he was

2   needing -- he was being recommended to go to the emergency

3   room at PCH, and that mother who was present, great

4   grandmother Margaret, and grandmother Dawn were hesitant

5   and did not want to go to PCH; they wanted to go to

6   Cardon's Children's Hospital in the East Valley.  And that

7   they -- "they" being CPT -- CPT being wary that they would

8   not follow up and go to Cardon's as they were expressing

9   to them.

10       Q.    Now, does that make any sense to you that the

11   family wouldn't take the child to Cardon's, particularly

12   in light of the fact that, first of all, they showed up at

13   Childhelp on the 7th, and, second of all, it was the

14   mother who observed the increased circumference?

15             MS. STATON:  Object to the form, foundation.

16             MR. STULTZ:  Join.

17             THE WITNESS:  What was your question again?

18   BY MR. CONNELLY:

19       Q.    Does it make sense to you, is it reasonable to

20   believe that the family would not have taken the child to

21   Cardon's given the circumstances?

22             MS. STATON:  Object to the form.

23             MR. STULTZ:  Join.

24             THE WITNESS:  No.

25             MS. WERNER:  Join.

1    Q.    Did you ever see anything in their manner or
2  demeanor that would lead you to believe that they would be
3  able to un- -- not be in control of their emotions such
4  that they would intentionally harm their child?
5    A.    No.
6    Q.    Or that they would shake -- violently shake the
7  child?
8    A.    No.
9    Q.    There came a time when you wanted to stop the
10  breastfeeding visits.
11           Do you remember that?
12    A.    I don't -- I don't recall that specific detail.
13    Q.    Okay.  Can you think of any reason why you would
14  prevent the mother from breastfeeding the child?
15           MS. STATON:  Object to the form.
16           THE WITNESS:  If I would have been
17  instructed that from my upper management, that's where I
18  could see that coming from.
19  BY MR. CONNELLY:
20    Q.    Okay.  So as you're sitting here today, you --
21  first, you don't recall ever instructing Honor that she
22  could no longer breastfeed; right?
23    A.    That's correct.
24    Q.    And as you're sitting here today, you don't
25  recall any situation or any reason why you would say that

Case 2:21-cv-01657-ROS  Document 372-35  Filed 09/29/23  Page 7 of 9

1  plans to take custody and sever rights.

2          Is this -- as far as your understanding, is

3  that a common technique used in investigations?

4          MS. STATON:  Object to the form and

5   foundation.

6          MR. STULTZ:  Form.

7          THE WITNESS:  Not for myself.

8  BY MR. CONNELLY:

9      Q.   Is it a technique that you employed in this

10 case?

11     A.   No.

12     Q.   If you had the opportunity to go back and do

13 anything differently in this case, is there anything you

14 would do differently?

15     A.   Yes.

16     Q.   What would you do differently?

17     A.   Stand up to upper management.

18     Q.   In what regard?

19     A.   Voicing actions that I was being instructed to

20 take with a family were not appropriate, so ...

21     Q.   And they didn't -- would it be fair to say that

22 some of the things you were instructed to do didn't align

23 with your values and your sense of right and justice?

24          MS. STATON:  Object to the form.

25          MR. STULTZ:  Join.

Case 2:21-cv-00167-ROS   Document 378-35   Filed 09/03/23   Page 7 of 8

```
1              MS. WERNER:  Join.
2              THE WITNESS:  Yes.
3              MR. CONNELLY:  Thank you for answering my
4   questions today.  The other lawyers now have an
5   opportunity to ask questions, if they want.
6              THE WITNESS:  Okay.
7                E X A M I N A T I O N
8   BY MR. STULTZ:
9        Q.    Ms. Costello, hi.  My name is Bob Stultz.  I
10  represent Phoenix Children's Hospital.  I only have a few
11  follow-up questions for you.  You've been -- it's been a
12  long day, and you've been very patient, so I will be
13  quick.
14             You were questioned earlier today about the
15  TDM on March 1st.
16             Do you recall that?
17       A.    Yes.
18       Q.    And if I understood your testimony correctly,
19  one of the things that came out of that was there was
20  going to be a medical records review; true?
21       A.    Yes.
22       Q.    And then after that medical records review,
23  certain decisions would be made about the present danger
24  plan?
25       A.    Yes.
```

STATE OF ARIZONA )
                 )  ss.
COUNTY OF MARICOPA )

        BE IT KNOWN that the foregoing proceedings were taken by me, MICHAELA HERMAN DAVIS, a Certified Reporter, in and for the County of Maricopa, State of Arizona; that the witness before testifying was duly sworn to testify to the whole truth; that the questions propounded to the witness and the answers of the witness thereto were taken down by me in shorthand and thereafter reduced to typewriting under my direction; that the foregoing pages are a true and correct transcript of all proceedings had, all done to the best of my skill and ability.

        I CERTIFY that I am in no way related to any of the parties hereto, nor am I in any way interested in the outcome hereof.

                [X] Review and signature was requested.
                [ ] Review and signature was not requested.
                [ ] Review and signature was waived.

        I FURTHER CERTIFY that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206(J)(1)(g)(1) and (2). Dated at Phoenix, Arizona, this 31st day of March, 2023.



_____
Michaela H. Davis, RPR, CRR, CRC, CLR
Arizona CR No. 50574

        I CERTIFY that Carrie Reporting, LLC, has complied with the ethical obligations set forth in ACJA 7-206.  Dated at Phoenix, Arizona, this _____ day of _____, 2023.

_____
Carrie Reporting, LLC
Arizona RRF No. R1064

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com