EXHIBIT D

EXHIBIT 40

**Date :** 3/14/2019 1:02:21 PM
**From : "Coffman, Kathryn"** kcoffman@phoenixchildrens.com
**To : "McKay, Gregory"** Gregory.McKay@AZDCS.GOV
**Subject : PCH patient**

> **CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Greg
I know you are aware of all the drama surrounding this patient and all the fall out.  I only became involved when they came to the clinic and were refusing to go to the hospital. Neither the worker nor her supervisor were available by phone so I went to Steven (which is what we do in the multidisciplinary center).  It was a potential emergency situations and we need to act first in the child's best interest.  I understand that now we are not to be talking with the staff here about cases that are not theirs, and we are not to ask about the plans for the family.  Not sure how this is in line with the advocacy center concept.
But what I am writing about is that it has come to our attention that the family was advised by someone from DCS to hire an attorney to sue the hospital. I have to contact risk management about this,  I really don't have any choice.  But I wanted to let you know about this first.
And I think that it's probably the best thing for me to resign my position with the state.  I haven't been utilized like we hoped and now I think that there are some bad feelings that will make it hard to continue. I will continue to help people on an as needed basis, and through PCH we can do trainings if desired.
LMK if  you have questions or want to discuss this.
Thanks
Kathy

This transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law from disclosure. Any unauthorized review, use, copying, disclosure, or distribution is prohibited. If you are not the intended recipient, or the person responsible for delivering this to an addressee, you should notify the sender immediately by telephone or by reply e-mail, and destroy all copies of the original message.

                                    AZDCS024781

**Date : 3/14/2019 1:17:07 PM**
**From : "McKay, Gregory"**
**To : "Coffman, Kathryn" kcoffman@phoenixchildrens.com**
**Subject : Re: PCH patient**

I have a ton of questions because I don't have any context regarding the issues you are raising. I'm in a meeting but will call you shortly.

Get Outlook for iOS

_____

**From:** Coffman, Kathryn <kcoffman@phoenixchildrens.com>
**Sent:** Thursday, March 14, 2019 1:02 PM
**To:** McKay, Gregory
**Subject:** PCH patient

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Greg
I know you are aware of all the drama surrounding this patient and all the fall out.  I only became involved when they came to the clinic and were refusing to go to the hospital.  Neither the worker nor her supervisor were available by phone so I went to Steven (which is what we do in the multidisciplinary center).  It was a potential emergency situations and we need to act first in the child's best interest.   I understand that now we are not to be talking with the staff here about cases that are not theirs, and we are not to ask about the plans for the family.  Not sure how this is in line with the advocacy center concept.
But what I am writing about is that it has come to our attention that the family was advised by someone from DCS to hire an attorney to sue the hospital. I have to contact risk management about this,  I really don't have any choice.  But I wanted to let you know about this first.
And I think that it's probably the best thing for me to resign my position with the state.  I haven't been utilized like we hoped and now I think that there are some bad feelings that will make it hard to continue. I will continue to help people on an as needed basis, and through PCH we can do trainings if desired.
LMK if  you have questions or want to discuss this.
Thanks
Kathy

This transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law from disclosure. Any unauthorized review, use, copying, disclosure, or distribution is prohibited. If you are not the intended recipient, or the person responsible for delivering this to an addressee, you should notify the sender immediately by telephone or by reply e-mail, and destroy all copies of the original message.