# EXHIBIT G

**Date :** 11/12/2019 2:46:00 PM
**From :** "Duncan, Jeffrey (Jeff)"
**To :** "Lucero, Alyssa M" Alyssa.Lucero@AZDCS.GOV
**Subject :** FW: JD37152-Sankey Ruling
**Attachment :** 20191112115122449.pdf;image001.png;image002.png;image004.png;

Ironic…. Looks like the Judge saw the same things we did on this case.



**Jeff Duncan**
Investigatons Manager, Office of Child Welfare Investigations (OCWI)
Department of Child Safety
965 E. Van Buren St. Suite 100 Avondale, AZ 85323
P. 623-333-7934
Jeffrey.duncan@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

---

**From:** Mulholland-Frei, Melinda <Melinda.Mulholland-Frei@AZDCS.GOV>
**Sent:** Tuesday, November 12, 2019 1:20 PM
**To:** Duncan, Jeffrey (Jeff) <Jeffrey.Duncan@AZDCS.GOV>
**Subject:** Fw: JD37152-Sankey Ruling

Good afternoon Jeff,

I just want you be be aware of this case and the Judge's ruling since this was a CC case initially.

Thank you,

Melinda

---

**From:** Barry, Bill <Bill.Barry@azag.gov>
**Sent:** Tuesday, November 12, 2019 12:45:01 PM
**To:** Madson, Chantel <Chantel.Madson@AZDCS.GOV>; Romero, Merlin M <Merlin.Romero@AZDCS.GOV>; Mulholland-Frei, Melinda <Melinda.Mulholland-Frei@AZDCS.GOV>; Berg, Caroline, S (Cari) <Caroline.Berg@AZDCS.GOV>
**Cc:** Naven, Tyne <Tyne.Naven@azag.gov>; Kawamura, Andi <Anndrea.Kawamura@azag.gov>
**Subject:** FW: JD37152-Sankey Ruling

Attorney Client Privilege

**Date : 11/12/2019 2:46:00 PM**
**From : "Duncan, Jeffrey (Jeff)"**
**To : "Mulholland-Frei, Melinda" Melinda.Mulholland-Frei@AZDCS.GOV**
**Subject : RE: JD37152-Sankey Ruling**
Attachment : image004.png;image005.png;image001.png;

I literally cannot tell you how much grief I took from PCH, CPT and management all the way up to Greg on this case for not immediately removing this kiddo. Looks like the Judge saw the same things I did.

Thanks for sending this over, definitely made my day.



**Jeff Duncan**
Investigatons Manager, Office of Child Welfare Investigations (OCWI)
Department of Child Safety
965 E. Van Buren St. Suite 100 Avondale, AZ 85323
P. 623-333-7934
Jeffrey.duncan@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Mulholland-Frei, Melinda <Melinda.Mulholland-Frei@AZDCS.GOV>
**Sent:** Tuesday, November 12, 2019 1:20 PM
**To:** Duncan, Jeffrey (Jeff) <Jeffrey.Duncan@AZDCS.GOV>
**Subject:** Fw: JD37152-Sankey Ruling

Good afternoon Jeff,

I just want you be be aware of this case and the Judge's ruling since this was a CC case initially.

Thank you,

Melinda

**From:** Barry, Bill <Bill.Barry@azag.gov>
**Sent:** Tuesday, November 12, 2019 12:45:01 PM
**To:** Madson, Chantel <Chantel.Madson@AZDCS.GOV>; Romero, Merlin M <Merlin.Romero@AZDCS.GOV>; Mulholland-Frei, Melinda <Melinda.Mulholland-Frei@AZDCS.GOV>; Berg, Caroline, S (Cari) <Caroline.Berg@AZDCS.GOV>
**Cc:** Naven, Tyne <Tyne.Naven@azag.gov>; Kawamura, Andi <Anndrea.Kawamura@azag.gov>
**Subject:** FW: JD37152-Sankey Ruling

**CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL                                                                 AZDCS017828