# EXHIBIT I

Date : 7/18/2019 3:13:38 PM
From : "Siever, Richard" rsiever@phoenixchildrens.com
To : "Barry, Bill" Bill.Barry@azag.gov
Cc : "Madson, Chantel" Chantel.Madson@AZDCS.GOV, 'Romero, Merlin M" Merlin.Romero@AZDCS.GOV, "Kingston, Emily" ekingston@phoenixchildrens.com
Subject : RE: Interview; ▮
Attachment : image001.png;

**CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Bill,

We have some more information about this, so please give me a call when you have time.

Thanks,
Richard

Richard Siever
Associate General Counsel
**Phoenix Children's Hospital**
1919 E. Thomas Rd. | Phoenix, AZ 85016
p (602) 933-4486 | f (602) 933-0309
mobile (602) 882-6034
www.phoenixchildrens.com | rsiever@phoenixchildrens.com

---

From: Barry, Bill <Bill.Barry@azag.gov>
Sent: Wednesday, July 17, 2019 1:49 PM
To: Siever, Richard <rsiever@phoenixchildrens.com>
Cc: Madson, Chantel <Chantel.Madson@AZDCS.GOV>; Romero, Merlin <Merlin.Romero@AZDCS.GOV>
Subject: [EXTERNAL] RE: Interview; JD37152

**WARNING** This is an external email sent from: Bill.Barry@azag.gov.

**DO NOT CLICK** links or attachments unless you recognize the sender.

---

Hey Richard – have a concern about something Dr. Woods stated yesterday and why the bone scan wasn't scheduled following his order on or about 2/28/19. I need to determine if M & F, or maternal great-grandmother who is the current caregiver, didn't just refuse or blow off the appointment for it. I've asked CM Madson who is Cc'd here to f/u with Dr. Wood's office to see what the next step is after he orders a test (e.g., who schedules it?) and if/when the appointment was actually scheduled. Wanted to run that by you first. Thanks.

Bill Barry
Assistant Attorney General

Office of the Attorney General – CFPD/PSS
15 S. 15th Avenue, Phoenix, Arizona 85007