Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br>          Defendants. | Case No.: 21-cv-00167-ROS<br><br>**MOTION FOR LEAVE TO EXCEED<br>LRCiv 7.2(e) PAGE LIMIT**<br><br>(Hon. Roslyn O. Silver) |

Pursuant to LRCiv 7.2(e), Plaintiffs, through counsel undersigned, hereby request that the Court enlarge the page limit for *Plaintiffs' Response in Opposition to The PCH Defendants' Motion for Attorneys' Fees and Costs.* (Doc. 373.)  PCH Defendants' Motion (Doc. 367) seeks $501,938.50 in attorneys' fees and $48,677.54 in costs for defending against a federal civil rights claim and pendent state law claims all of which it asserts were "meritless and frivolous" thus necessitating a recitation of the many pertinent facts the motion ignores as to the federal civil rights claim and a robust discussion about why fees are not available for the state law claims, as well as rebutting misplaced arguments about

MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

fee shifting as a sanction pursuant to section 1927. Considering the foregoing and in light of the scope of and arguments set forth in the motion, Plaintiffs request that the Court grant an enlargement of the page limit up to and including 21 pages of substantive text. Plaintiffs worked through eight versions of the response partly to reduce its length.

Pursuant to Paragraph 13(c) of the Case Management Order (Doc. 25 at 8), Plaintiffs consulted PCH Defendants who agreed to the enlargement of the page limits Plaintiffs seek here for their response.

**RESPECTFULLY SUBMITTED** this 9th day of September 2024.

**MILLS + WOODS LAW PLLC**

By____*/s/ Thomas A. Connelly*____
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

    *Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of September 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

    */s/ Thomas A. Connelly*_____