# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br>     Plaintiffs,<br>v.<br>Arizona Dept. of Child Safety, *et al.*,<br>     Defendants. | Case No.: 21-cv-00167-PHX-ROS<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Roslyn O. Silver) |

This matter coming before the Court on *Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit* (Doc. 374) for Plaintiffs' *Response in Opposition to The PCH Defendants' Motion for Attorneys' Fees and Costs* (Doc. 373) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted and the Response is accepted as filed.

DATED this _____ day of September 2024.