# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

Plaintiffs have filed a Motion For Leave to Exceed LRCiv 7.2(e) Page Limit (Doc. 374), requesting up to 21 pages of substantive text. As the PCH Defendants have no objection, and good cause appearing,

**IT IS ORDERED** the Motion for Leave (Doc. 374) is **GRANTED**. Plaintiffs' Response (Doc. 373) is accepted as filed.

Dated this 10th day of September, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge