**GUST ROSENFELD P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al.*,<br><br>Defendants. | Case No.: 21-CV-00167-PHX-ROS<br><br>**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO THE PCH DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND COSTS** |

Defendants Phoenix Children's Hospital; Dr. Kathryn Coffman; and Haley Dietzman and spouse Roald Dietzman ("PCH Defendants"), through counsel, submit this Unopposed Motion to Extend the Deadline to File Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 373) and respectfully request an extension of four (4) days, to September 20, 2024, for filing the Reply in this matter.

- 2 -

1  The additional time is necessary due to a personal family matter for the PCH
2  Defendants' counsel.  Plaintiffs' counsel has been consulted about this request and is not
3  opposed to the extension.  This Motion is submitted in good faith and not for purposes
4  of undue delay.
5  A form of proposed order is submitted herewith for the Court's consideration.
6  DATED this 12th day of September, 2024.

**GUST ROSENFELD P.L.C.**

By  /s/ Robert C. Stultz
    Kari B. Zangerle
    Robert C. Stultz
    One East Washington Street, Suite 1600
    Phoenix, AZ  85004-2553
    *Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

### CERTIFICATE OF SERVICE

I hereby certify that on September  12, 2024, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

- 3 -

| | |
|---|---|
| 1 | DeeAn Gillespie Strub, Esq. |
| 2 | Mark Shields, Esq. |
| | Gillespie, Shields, Goldfarb Taylor |
| 3 | 7319 North 16th Street |
| | Phoenix, AZ  85020 |
| 4 | *Attorneys for Plaintiffs* |
| 5 | |
| 6 | Cynthia Y. Patane, Esq. |
| | Rachel L. Werner, Esq. |
| 7 | Gordon & Rees Scully Mansukhani, LLP |
| | One Renaissance Square |
| 8 | Two North Central Ave., #2200 |
| | Phoenix, AZ  85004 |
| 9 | *Attorneys for Defendant Brendan Cassidy* |
| 10 | By /s/ Melody Kern |