# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.: 21-CV-00167-PHX-ROS<br><br>**ORDER** |

This matter having come before the Court on the PCH Defendants' Unopposed Motion to Extend the Deadline to File Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 373), and good cause appearing,

**IT IS ORDERED** the PCH Defendants' Unopposed Motion to Extend the Deadline to File Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc ___) is _____.  PCH Defendants shall have to September 20, 2024, to file their Reply.