IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

PCH Defendants filed an Unopposed Motion to Extend the Deadline to File Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 376).

Good cause appearing,

**IT IS ORDERED** the PCH Defendants' Unopposed Motion to Extend the Deadline to File Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 376) is **GRANTED**. PCH Defendants shall file their Reply no later than September 20, 2024.

Dated this 13th day of September, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28