# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HONOR DUVALL, et al.,          )
                               )
        Plaintiffs,            )
                               )
            vs.                )  Case No.
                               )  21-CV-00167-PHX-ROS
ARIZONA DEPARTMENT OF CHILD    )
SAFETY, et al.,                )
                               )
                               )
        Defendants.            )
_____)


DEPOSITION OF JEFFREY DUNCAN

Phoenix, Arizona
September 29, 2022
10:03 a.m.


Prepared by:                          CARRIE REPORTING, LLC
MICHAELA H. DAVIS                     Certified Reporters
Registered Professional Reporter      2415 E. Camelback Road
Certified Realtime Reporter           Suite 700
Certified Realtime Captioner          Phoenix, AZ 85016
Certified LiveNote Reporter           (480) 429-7573
AZ CR No.  #50574
carrie@carriereporting.com

(COPY)

```
 1  BY MR. CONNELLY:
 2      Q.   Yes, you're answering it.
 3      A.   Okay.  Again, I think another poorly worded
 4  e-mail on my part, but I think -- truthfully, I think it
 5  was a bit of frustration that I had with this case.  As I
 6  said, I felt like I wasn't ready to remove the child when
 7  we did.  That's not to say that I wasn't going to remove
 8  this child at some point because, in my opinion, there was
 9  sufficient evidence to do so and the judge signed the
10  order to do so.  But that e-mail in saying it made my day
11  I think was a result of the frustration from basically --
12  I would say basically I felt like there was some lack of
13  confidence in my ability to do my job.
14      Q.   Some lack of confidence by?
15      A.   By the director.
16      Q.   By the director?
17      A.   And by Dr. Coffman.
18           MS. ZANGERLE:  Form and foundation.
19           MS. WERNER:  Join.
20           MR. PATEL:  Join.
21           THE WITNESS:  So when I say "it made my
22  day," I think it was my validation for that, the fact that
23  I do know how to do my job, and I am fully capable of
24  doing it.
25           ///
```