**GUST ROSENFELD, P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona  85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br>**PCH DEFENDANTS' MOTION TO ENLARGE THE PAGE LIMIT FOR THE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO THE PCH DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND COSTS [DOC 378]** |

Defendants Phoenix Children's Hospital, Dr. William S. Wood and spouse Rachel Wood; Dr. Kathryn Coffman; and Haley Dietzman and spouse Roald Dietzman ("PCH Defendants"), through counsel, request that the Court enlarge the page limit for the PCH Defendants' Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs.  (Doc. 378)

Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 373) is 21 pages of text. Pursuant to LRCiv 7.2(e)(2), a reply and its supporting memorandum may not exceed 11 pages, unless otherwise permitted by the Court. Considering the scope and length of Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 373), the PCH Defendants request that the Court grant an enlargement of the page limit up to and including 15 pages, of which 13 pages is substantive text. The enlargement is necessary for the PCH Defendants to respond to the arguments made in Plaintiffs' 21-page Response.

Pursuant to Paragraph 13.c of the Case Management Order, the PCH Defendants consulted with Plaintiffs who agreed to this requested extension. (Doc. 25 at 8.)

DATED this 20th day of September, 2024.

**GUST ROSENFELD P.L.C.**

By  /s/ Robert C. Stultz
Kari B. Zangerle
Robert C. Stultz
One East Washington Street, Suite 1600
Phoenix, AZ  85004-2553
*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such

1 | filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF
2 | system participants.
3 |
4 | Thomas A. Connelly, Esq.
5 | Robert T. Mills, Esq.
   | Sean A. Woods, Esq.
   | Mills & Woods Law PLLC
6 | 5055 North 12th Street, Suite 101
7 | Phoenix, AZ 85014
   | *Attorneys for Plaintiffs*
8 |
9 | DeeAn Gillespie Strub, Esq.
   | Jenny D. Jansch, Esq.
10 | Gillespie, Shields & Taylor
    | 7319 North 16th Street
11 | Phoenix, AZ 85020
    | *Attorneys for Plaintiffs*
12 |
13 | Cynthia Y. Patane, Esq.
    | Rachel L. Werner, Esq.
14 | Gordon & Rees Scully Mansukhani, LLP
    | One Renaissance Square
15 | Two North Central Ave., #2200
16 | Phoenix, AZ 85004
    | *Attorneys for Defendant Brendan Cassidy*
17 |
18 | By /s/ Melody Kern