**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al*,<br><br>Defendants. | Case No.: 21-CV-00167-PHX-ROS<br><br>**ORDER** |

This matter coming before the Court on PCH Defendants' Motion to Enlarge the Page Limit for the Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 378), and good cause appearing therefore,

**IT IS ORDERED** that the PCH Defendants' Motion to Enlarge the Page Limit for the Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. ____) is granted. The PCH Defendants' Reply (Doc. 378) is accepted as filed.