# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

The PCH Defendants have filed a Motion to Enlarge the Page Limit for the Reply to Plaintiffs' Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs (Doc. 378) (Doc. 379). As Plaintiffs do not object, and good cause appearing,

**IT IS ORDERED** the Motion to Enlarge the Page Limit for the Reply (Doc. 379) is **GRANTED**. The PCH Defendants' Reply is accepted as filed at Doc. 378.

Dated this 23rd day of September, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge