**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, et al., | No. CV-21-00167-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Child Safety, et al., | |
| Defendants. | |

On July 18, 2024, the Court granted Defendants' motions for summary judgment, denied Plaintiffs' motions for partial summary judgment, and denied Plaintiffs' *Daubert* motion as moot (Doc. 365). Defendants filed a motion for attorneys' fees and costs (Doc. 367). Plaintiffs then filed a notice of appeal of this Court's judgment against their claims. (Doc. 371).

"If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved." Fed. R. Civ. P 54(d) advisory committee's note to 1993 amendment. "Particularly if the claim for fees involves substantial issues or is likely to be affected by the appellate decision, the district court may prefer to defer consideration of the claim for fees until after the appeal is resolved." Fed. R. Civ. P 58 advisory committee's note to 1993 amendment. "District courts have widely exercised their discretion to defer ruling on a motion for attorneys' fees or to deny the motion without prejudice pending an appeal on

the merits." *Freeman Inv. Mgmt. Co. v. Frank Russell Co.*, 2017 WL 11420268, at *1 (S.D. Cal. Feb. 9, 2017).

Here, Defendants request $501,983.50 in attorneys' fees and $48,677.54 in costs in a 485-page motion. This is a substantial amount, and the briefing is voluminous. "In the interests of judicial economy…it would be a[n] inefficient use of judicial resources to rule on [the motion] at this time, and then to later re-evaluate the issue after the appeal is completed." *Lasic v. Moreno*, No. 2:05-CV-0161-MCE-DAD, 2007 WL 4180655, at *1 (E.D. Cal. Nov. 21, 2007); *see also Reading Int'l, Inc. v. Malulani Grp., Ltd.*, CIVIL NO. 13–00133 JMS–KSC, 2014 WL 12772247, at *2 (D. Haw. Sept. 25, 2014) (staying motion for attorneys' fees where the amount of money at stake was "substantial" and "the request and related briefing are voluminous" and would "involve the painstaking review of somewhere between 74 and 101 pages of timesheets.").

Accordingly,

**IT IS ORDERED** given the pendency of Plaintiffs' appeal, Defendants' motion for attorneys' fees and costs (Doc. 367) is **DENIED WITHOUT PREJUDICE** at this juncture. The parties shall file any renewed motions for attorneys' fees and costs no later than 14 days after the issuance of the mandate by the Ninth Circuit.

Dated this 7th day of October, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge