| | |
|---|---|
| 1 | Cynthia Y. Patane (SBN: 018439) |
| 2 | **SHESTON LAW GROUP, PLLC**<br>14550 N. Frank Lloyd Wright Blvd. |
| 3 | Suite 200<br>Scottsdale, AZ 85260 |
| 4 | Telephone: (480) 885-2700<br>cpatane@shestonlawgroup.com |
| 5 | *Attorneys for Defendants* |
| 6 | *Brendan Cassidy and Jane Doe Cassidy* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey, | CASE NO.  21-CV-00167-PHX-ROS |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION** |
| v. | |
| Arizona Department Of Child Safety, a governmental entity; State of Arizona, a governmental entity; Brenda Gualajara, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Gualajara, her spouse, Fernando Araizo, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Araizo, his spouse; Alyssa Lucero, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Lucero, her spouse; Jeffrey Duncan, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Duncan, his spouse; Chantel Madson, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Madson, her spouse; Phoenix Children's Hospital, INC., an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Brendan Cassidy, individually and as a services provider for the State of Arizona Department of Child Safety and Jane | |

|   |   |   |
|---|---|---|
| 1 | Doe Cassidy, his spouse; William S. Wood, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Wood, his spouse; Kathryn Coffman, individually and as a service provider for the State of Arizona Department of Child Safety and John Doe Coffman, her spouse; Hailey Dietzman, individually and as a services provider for the State of Arizona Department of Child Safety and John Doe Dietzman, her spouse; Zachary Dion, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Dion, his spouse; Carey Lewis, individually and as a services provider for the State of Arizona Department of Child Safety and John Doe Lewis, her spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; John and Jane Does 1-5; and Black Entities 1-5, | |
|   | Defendants. | |

The Court and counsel are hereby notified of undersigned counsel's new address, direct telephone number, fax number and e-mail address:

SHESTON LAW GROUP, PLLC
14550 N. Frank Lloyd Wright Blvd., Suite 200
Scottsdale, Arizona 85260
phone(480)885-2700
Fax (480) 423-8783
cpatane@shestonlawgroup.com

Dated: October 16, 2024                **SHESTON LAW GROUP, PLLC**

                                       By:  /s *Cynthia Y. Patane*
                                            Cynthia Y. Patane
                                            *Attorneys for Defendants*
                                            *Brendan Cassidy and Jane Doe Cassidy*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Sandra Daussin, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ  85020
*Attorneys for Plaintiffs*

Georgia Staton
Ravi V. Patel
Jones, Skelton & Hochuli, PLC
40 North Central Ave., Suite 2700
Phoenix, AZ  85004
*Attorneys for Defendants State of Arizona and ADOCS*

Kari B. Zangerle
Robert C. Stultz
Gust Rosenfeld, P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ  85004-2553
*Attorneys for Defendants Phoenix Children's Hospital;*
*Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman;*
*Hailey Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

By: /s *Heather Bohnet*