| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 25 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

HONOR DUVALL, an individual on behalf of S.Z.S. and DONALD SANKEY, Jr., an individual on behalf of S.Z.S.,

        Plaintiffs - Appellants,

 v.

PHOENIX CHILDREN'S HOSPITAL, an Arizona corporation, individually and as a service provider for the State of Arizona Department of Child Safety; et al.,

        Defendants - Appellees,

and

ARIZONA DEPARTMENT OF CHILD SAFETY; et al.,

        Defendants.

No. 24-5969

D.C. No. 2:21-cv-00167-ROS

District of Arizona, Phoenix

AMENDED MANDATE

The judgment of this Court, entered August 01, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amounts of $66.60 (as to Appellee Brendan Cassidy) and $252.60 (as to Appellees Phoenix Children's Hospital, William S. Wood, Rachel Wood, Kathryn Coffman, Hailey Dietzman,

and Roald Dietzman).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT