|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 25 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| HONOR DUVALL, an individual on behalf of S.Z.S. and DONALD SANKEY, Jr., an individual on behalf of S.Z.S., <br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>PHOENIX CHILDREN'S HOSPITAL, an Arizona corporation, individually and as a service provider for the State of Arizona Department of Child Safety; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>ARIZONA DEPARTMENT OF CHILD SAFETY; et al.,<br><br>        Defendants. | No. 24-5969<br><br>D.C. No.<br>2:21-cv-00167-ROS<br><br>District of Arizona, Phoenix<br><br>MANDATE |

The judgment of this Court, entered August 01, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT