**GUST ROSENFELD P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department Of Child Safety, a governmental entity; *et al.*,<br><br>Defendants. | Case No.: 21-CV-00167-PHX-ROS<br><br>**THE PCH DEFENDANTS' RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**(Oral Argument Requested)** |

Defendants Phoenix Children's Hospital, Dr. Kathryn Coffman, and Haley Dietzman and spouse Roald Dietzman (the "PCH Defendants"), through counsel, renew their Motion for Attorneys' Fees and Costs. (Doc 367)

On July 18, 2024, the Court granted the PCH Defendants' Motion for Summary Judgment. (Doc. 365) The Court entered Judgment in favor of the PCH Defendants that same day. (Doc. 366)

On August 1, 2024, the PCH Defendants filed their Motion for Attorneys' Fees and Costs. (Doc. 367). On September 9, 2024, Plaintiffs filed their Response in Opposition to the PCH Defendants' Motion for Attorney's Fees and Costs. (Doc. 373.) On September 20, 2024, the PCH Defendants filed their Reply brief. (Doc. 378.)

On October 7, 2024, the Court entered the following Order:

> **IT IS ORDERED** given the pendency of Plaintiffs' appeal, Defendants' motion for attorneys' fees and costs (Doc. 367) is **DENIED WITHOUT PREJUDICE** at this juncture. The parties shall file any renewed motions for attorneys' fees and costs no later than 14 days after the issuance of the mandate by the Ninth Circuit.

(Doc. 382) On August 1, 2025, the United States Court of Appeals for the Ninth Circuit affirmed this Court's Order granting summary judgment in favor of the PCH Defendants. A copy of the Memorandum Decision is attached as Exhibit 1. On August 25, 2025, the Ninth Circuit issued a Mandate and an Amended Mandate. A copy of the Amended Mandate is attached as Exhibit 2.

With the Ninth Circuit affirming this Court's Order granting summary judgment, the PCH Defendants renew their Motion for Attorneys' Fees and Costs. (Doc. 367) The Motion is fully briefed and ready for oral argument or a ruling by the Court.

DATED this 25th day of August, 2025.

**GUST ROSENFELD P.L.C.**

By  /s/ Robert C. Stultz
 Kari B. Zangerle
 Robert C. Stultz
 One East Washington Street, Suite 1600
 Phoenix, AZ  85004-2553
 *Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and Roald Dietzman; Zachary Dion; and Carey Lewis*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Mark Shields, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ  85020
*Attorneys for Plaintiffs*

Cynthia Y. Patane, Esq.
Sheston Law Group, PLLC
14550 N. Frank Lloyd Wright Blvd., Suite 200
Scottsdale,  AZ 85260
*Attorneys for Defendant Brendan Cassidy*

By /s/  Melody Kern