# EXHIBIT 2

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HONOR DUVALL, an individual on behalf of S.Z.S. and DONALD SANKEY, Jr., an individual on behalf of S.Z.S., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> PHOENIX CHILDREN'S HOSPITAL, an Arizona corporation, individually and as a service provider for the State of Arizona Department of Child Safety; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> ARIZONA DEPARTMENT OF CHILD SAFETY; et al., <br><br> Defendants. | No. 24-5969 <br><br> D.C. No. 2:21-cv-00167-ROS <br><br> District of Arizona, Phoenix <br><br> AMENDED MANDATE |

The judgment of this Court, entered August 01, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amounts of $66.60 (as to Appellee Brendan Cassidy) and $252.60 (as to Appellees Phoenix Children's Hospital, William S. Wood, Rachel Wood, Kathryn Coffman, Hailey Dietzman,

and Roald Dietzman).

                                                FOR THE COURT:

                                                MOLLY C. DWYER
                                                CLERK OF COURT