Thomas A. Connelly (AZ Bar #019430
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Department of Child Safety, *et al.*, <br><br> Defendants. | Case No.: 21-cv-00167-ROS <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO PCH DEFENDANTS' RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> (Hon. Roslyn O. Silver) |

Plaintiffs, by and through undersigned counsel, in opposition to The PCH Defendants' Renewed Motion for Attorneys' Fees and Costs (Doc. 386), hereby renew their Response in Opposition to The PCH Defendants' Motion for Attorneys' Fees and Costs (Doc. 373), and reassert the arguments made therein as if fully incorporated herein. It is also notable that even though PCH Defendants now argue that Plaintiffs' claims were frivolous, unreasonable, or groundless, they did not at the outset of this matter file either a Rule 12(b)(6) motion to dismiss arguing that the claims were not plausible under *Twombly*

and *Iqbal*, or a Rule 11 motion arguing that the claims lacked a reasonable factual basis, were frivolous, or were filed only to harass. *If they could have, they would have*. And even though PCH Defendnats now argue that an award of their attorneys' fees should be shifted to Plaintiffs' counsel as a sanction under 28 U.S.C. § 1927, it is again notable that they did not seek Rule 12(b)(6) dismissal and/or Rule 11 sanctions at the outset of this matter. *If they could have, they would have*. Instead, for thirty (30) months—two and one-half years, from March 2021, when they filed an Answer (Doc. 19), until September 2023, when they filed their motion for summary judgment (Doc. 312)—they necessarily litigated vigorously against the claims, including by engaging ten (10) experts and instigating numerous discovery disputes.[1] Those actions by PCH Defendants strongly demonstrate that the claims were not frivolous, unreasonable, or groundless, and that counsel did not act unreasonably and vexatiously in asserting and pursuing the claims on behalf of Plaintiffs. Furthermore, the fully briefed dispositive motions were under consideration by the Court for eight (8) months before it issued its 17-page Order (Doc. 365), both circumstances tending to demonstrate the non-frivolous nature of Plaintiffs' claims.

For all the reasons asserted by Plaintiffs here and in their original Response, PCH Defendants' renewed and original motions for attorneys' fees and costs should be denied.

**RESPECTFULLY SUBMITTED** this 5th day of September 2025.

---

[1] For instance, on September 28, 2022, PCH Defendants filed a motion for a protective order to prevent the depositions of six defense witnesses noticed by Plaintiffs (Doc. 137) and on October 12, 2022, PCH Defendants filed a motion for summary judgment (Doc. 146) as discovery was ongoing to circumvent any further discovery, particularly financial discovery being sought by Plaintiffs. The Court denied PCH Defendants' motion for protective order and struck its motion for summary judgment and ordered PCH Defendants to comply with Plaintiffs' discovery requests and depositions, and to produce financial information requested by Plaintiffs. *See* (Doc. 149) at 6. Despite the Court's Order, the PCH financial information was withheld.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**MILLS + WOODS LAW PLLC**

By      */s/ Thomas A. Connelly*
            Thomas A. Connelly
            Robert T. Mills
            Sean A. Woods
            5055 North 12th Street, Suite 101
            Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 5th day of September 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

        */s/ Thomas A. Connelly*