Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, *et al.*,<br><br>　　　　Defendants. | Case No.: 21-cv-00167-ROS<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANTS' MOTION AND RENEWED MOTION FOR ATTORNEY'S FEES AND COSTS AND PLAINTIFFS' OPPOSITIONS.**<br><br>(Hon. Roslyn O. Silver) |

Plaintiffs, by and through undersigned counsel, submit this Notice of Supplemental Authority to inform the Court of the recent decision relevant to the issues raised in PCH Defendants' Motion for Attorneys' Fees and Costs (Docs. 367 (motion), 378 (reply), 386 (renewed motion)), and in Plaintiffs' Responses in Opposition to The PCH Defendants' Motion for Attorneys' Fees and Costs (Docs. 373 (response to motion) and 387 (response to renewed motion)).

On November 20, 2025, the New Jersey Supreme Court issued its opinion in *State v. Nieves*, (A-26/27-23) (088683), holding that traditional forensic testimony regarding

"shaken baby syndrome" and/or "abusive head trauma" lacks scientific reliability and should be substantially restricted or excluded. A copy of the decision is attached as **Exhibit A**. *State v. Nieves* is relevant to the issues in the PCH Defendants' motion for fees because that motion relies, at least inferentially, on the position that Plaintiffs' challenges to SBS/AHT forensic findings of the PCH Child Protection Team and PCH Defendants' 20-some forensic experts' opinions lacked merit and was made in bad faith. This recent decision of the New Jersey Supreme Court shows that courts nationwide recognize the evolving nature of the science, the unreliability of SBS/AHT forensic explanations, and the unreliability of forensic medical expert testimony in this area. This further supports Plaintiffs' position that their litigation stance from beginning to end was substantially justified, made in good faith, and not frivolous, unreasonable, or groundless, thus defeating PCH Defendants' claim for fees.

**RESPECTFULLY SUBMITTED** this 24th day of November 2025.

**MILLS + WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

　　/s/ Thomas A. Connelly

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556