**GUST ROSENFELD  P.L.C.**
Kari B. Zangerle, No. 013164
Robert C. Stultz, No. 025781
kzangerle@gustlaw.com
rstultz@gustlaw.com
One East Washington Street, Suite 1600
Phoenix, Arizona  85004-2553
(602) 257-7422
Fax: (602) 254-4878

*Attorneys for Defendants Phoenix Children's Hospital; Dr. William S. Wood
 and Rachel Wood; Dr. Kathryn Coffman; Haley Dietzman and
Roald Dietzman; Zachary Dion; and Carey Lewis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Honor Duvall, an individual; Donald Sankey, Junior, an individual; S.Z.S., a minor, through his parents and guardians Honor Duvall and Donald Sankey,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Department of Child Safety, a governmental entity; *et al.*,<br><br>Defendants. | Case No.:  21-CV-00167-PHX-ROS<br><br>**THE PCH DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANTS' MOTION AND RENEWED MOTION FOR ATTORNEY'S FEES AND COSTS AND PLAINTIFFS' OPPOSITIONS (Doc. 388)** |

Defendants Phoenix Children's Hospital, Dr. Kathryn Coffman, and Haley Dietzman and spouse Roald Dietzman (the "PCH Defendants"), through counsel, respond to Plaintiffs' Notice of Supplemental Authority (Doc. 388). In the Notice, Plaintiffs cite to *State v. Nieves*, (A-26/27-23) (088683), a New Jersey Supreme Court opinion issued on November 20, 2025.

In *State v. Nieves*, the New Jersey Supreme Court affirmed the intermediate Appellate Division's ruling. Plaintiffs did not cite the intermediate appellate court's ruling in their Response to the PCH Defendants' Motion for Attorneys' Fees and Costs (Doc. 373) or in their Response to the PCH Defendants' Renewed Motion for Attorney's Fees and Costs (Doc. 387). Plaintiffs cited the intermediate appellate court's ruling in Plaintiffs' Omnibus *Daubert* Motion as to Eleven Experts Retained by PCH Defendants and Defendant Cassidy, which the Court denied as moot when granting summary judgment in favor of the PCH Defendants. (Doc. 322, p. 33; 365, p. 17) Because Plaintiffs failed to cite the intermediate Appellate Division's ruling in their Responses to the Motion for Attorneys' Fees and Costs, they should be precluded from now citing the New Jersey Supreme Court's opinion affirming the Appellate Division.

*State v. Nieves* is irrelevant because this Court's ruling was not based on the scientific reliability or the general acceptance of the medicine at issue in the case. The Court granted summary judgment in favor of the PCH Defendants because Plaintiffs failed to present evidence of a civil conspiracy to deprive them of their constitutional rights and statutory immunity applied to the state law claims. (Doc. 365)

*State v. Nieves* is procedurally and factually distinguishable. *Nieves* was decided under the *Frye* standard, not *Daubert*. Nieves also involved two criminal appeals, in which the State had the burden of proof, whereas in this case, Plaintiffs bear the burden of proof. The *Nieves* Court found that the State had failed to meet its burden with respect to the admissibility of the expert testimony. The court's ruling was limited to that case: "we agree with the trial courts and Appellate Division that the State has not met its burden in establishing the reliability of SBS/AHT testimony in this case…." (Doc. 388-1, p. 10)(Emphasis added.) Moreover, the experts in *Nieves* specialized in biomechanical engineering, neurology, and radiology. Plaintiffs did not offer any experts in those disciplines, again demonstrating the irrelevance of *Nieves*.

DATED this 8th day of December, 2025.

**GUST ROSENFELD P.L.C.**

By  /s/ Robert C. Stultz
   Kari B. Zangerle
   Robert C. Stultz
   One East Washington Street, Suite 1600
   Phoenix, AZ  85004-2553
   *Attorneys for Defendants Phoenix*
   *Children's Hospital; Dr. William S. Wood*
   *and Rachel Wood; Dr. Kathryn Coffman;*
   *Haley Dietzman and Roald Dietzman;*
   *Zachary Dion; and Carey Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Mark Shields, Esq.
Gillespie, Shields, Goldfarb Taylor
7319 North 16th Street
Phoenix, AZ  85020
*Attorneys for Plaintiffs*

1  Cynthia Y. Patane, Esq.
2  Rachel L. Werner, Esq.
   Gordon & Rees Scully Mansukhani, LLP
3  One Renaissance Square
   Two North Central Ave., #2200
4  Phoenix, AZ  85004
   *Attorneys for Defendant Brendan Cassidy*
5
   By  /s/ Melody Kern
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26